

Sedition Hunters



# #AstroNot Insider #1107

SeditionInsiders / by Sedition Hunters / August 13, 2021

Observed inside the Capitol



















**Share this:**

Tweet                Share 3

PREVIOUS                                                                                                            NEXT
Insider #10                                                                                      #TieDyeBadGuy Insider #11

Search …



# Tweets by @SeditionHunter



**#SeditionHunters**
@SeditionHunters

They stormed the Capitol! We call them #SeditionInsiders because they were inside the building. Recognize anyone? If so the FBI would like to hear from you. #CapitolAttack
Please note the numbers on these images are NOT FBI numbers
seditionhunters.org/seditioninside…



17h



**#SeditionHunters**
@SeditionHunters

They stormed the Capitol! We call them #SeditionInsiders because they were inside the building. Recognize anyone? If so the FBI would like to hear from you. #CapitolAttack
Please note the numbers on these images are NOT FBI numbers
seditionhunters.org/seditioninside…



20h

## Subscribe to Blog via Email

Enter your email address to subscribe to this blog and receive notifications of new posts by email.

Join 124 other subscribers

SUBSCRIBE

## Categories

Select Category

**Sedition Hunters**

Home   Perp Sheet   #SeditionBomber   Resources   The Protectors   About Us   Contact

