# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Case Number: 1:21-CV-02170

Plaintiff/Petitioner:
**ERIN SMITH C/O GOODWIN WEBER PLLC**

vs.

Defendent/Respondent:
**TAYLOR TARANTO**

Service Documents:
SUMMONS; COMPLAINT; FIRST AMENDED COMPLAINT; ALL ATTACHMENTS THERETO; CIVIL COVER SHEET

For:
GOODWIN WEBER PLLC
267 KENTLANDS BLVD, SUITE 250
GAITHERSBUG, MD 20878

Received by PRONTO PROCESS SERVICE to be served on **TAYLOR F. TARANTO, 1311 N BEECH AVE, PASCO, WA 99301**.

I, M ALMQUIST, being duly sworn, depose and say that on the **16th day of August, 2021** at **1:52 pm Pacific Time, I:**

**\*SUBSTITUTE SERVICE**

That on **8/16/2021** at **1:52 pm** at **1311 N BEECH AVE, PASCO, WA 99301**, I duly served the above described documents in the above entitled matter upon **TAYLOR F. TARANTO** by then and there at the residence and usual place of abode of said person (s), personally delivering ONE true and correct copy(ies) thereof to and leaving the same with **ERICA TARANTO,** as **WIFE/CO-RESIDENT,** being a person of suitable age and discretion then resident therein who confirmed residence of the party to be served.

**Additional Information pertaining to this Service:**
8/16/2021  1:56 pm  Documents were received at the Beech address by co-resident wife Erica Taranto.

**Description** of Person Served: Age: 43, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 120, Hair: Dark Brown, Glasses: **Y**

## AFFIDAVIT OF SERVICE For 1:21-CV-02170

The undersigned, being first duly sworn on oath, deposes and says; That he/she is now and at all times herein mentioned was a citizen of the United States and resident of the State of Service, over the age of eighteen years, not a party to or interested in the above action and competent to be a witness therein.

Subscribed and Sworn to before me on the 16th day of August, 2021 by the affiant who is personally known to me.

*Karoly Almquist*
NOTARY PUBLIC

*M Almquist*
**M ALMQUIST**
3073

**PRONTO PROCESS SERVICE**
**6201 W CLEARWATER AVE**
**STE A**
**KENNEWICK, WA 99336**
**(509) 547-1122**

Our Job Serial Number: PTO-2021002421

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

PRONTO PROCESS SERVICE  
6201 W CLEARWATER AVE  
STE A  
KENNEWICK, WA 99336  
Phone: (509) 547-1122  
Fax: (509) 491-1283  

**INVOICE**

Invoice #PTO-2021002421  
8/16/2021

GOODWIN WEBER PLLC  
267 KENTLANDS BLVD, SUITE 250  
GAITHERSBUG, MD 20878  

**Case Number: District of Columbia 1:21-CV-02170**

Plaintiff/Petitioner:  
**ERIN SMITH C/O GOODWIN WEBER PLLC**

Defendent/Respondent:  
**TAYLOR TARANTO**

Served: 8/16/2021 1:52 pm  
To be served on: TAYLOR F. TARANTO

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Kennewick, Pasco, Richland, Walla Walla, College P | 1.00 | 125.00 | 125.00 |
| TOTAL CHARGED: | | | $125.00 |

**BALANCE DUE:** $125.00

Please reference our invoice/job number(s) when issuing a check by either enclosing a copy of the invoice or statement with your check or make sure our numbers are on your check.

Page 1 / 1

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a