UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIN SMITH | | |
| c/o Goodwin Weber PLLC | * | |
| 267 Kentlands Blvd #250 | * | |
| Gaithersburg, MD 20878 | * | |
| Plaintiff | * | |
| -vs- | * | |
| | * | CASE NO: 1:21-CV-2170 |
| TAYLOR F. TARANTO      . | * | |
| 1311 N. Beech Ave. | * | |
| Pasco, WA 99301 | * | |
| | * | |
| Defendant(s), Pro Se. | * | |

## MOTION FOR EXTENSION OF TIME TO ANSWER

Defendant, Taylor F. Taranto, pro se, respectfully requests an order granting defendants, pro se, an additional 30 days in which to move, plead or otherwise respond to the Plaintiff's Complaint.  I am looking for an attorney who can assist in this case.

Opposing Counsel has been properly notified of this request.

          Respectfully submitted,

          /s/ Taylor F. Taranto
          Taylor F. Taranto, *pro se*
          Address: 1311 N. Beech Ave., Pasco, WA 99301
          Telephone: 509-430-2339
          Email: tft122@msn.com
          Defendant, *pro se*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing MOTION FOR EXTENTION OF TIME TO ANSWER was served by first-class mail, postage prepaid, on the 3rd day of September, 2021, upon:

>David P. Weber
>
>Goodwin Weber PLLC
>
>267 Kentlands Blvd., Suite 250
>
>Gaithersburg, MD 20878

>Respectfully,
>
>/s/ Taylor F. Taranto
>Taylor F. Taranto, *pro se*
>Address: 1311 N. Beech Ave., Pasco, WA 99301
>Telephone: 509-430-2339
>Email: tft122@msn.com
>Defendant, *pro se*