UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIN SMITH | | |
| c/o Goodwin Weber PLLC | * | CASE NO: 1:21-CV-2170 (FYP) |
| 267 Kentlands Blvd #250 | * | |
| Gaithersburg, MD 20878 | * | |
| Plaintiff | * | |
| ERIN SMITH, PERSONAL | | |
| REPRESENTATIVE OF THE ESTATE OF | | |
| JEFFREY SMITH | | |
| | | |
| -vs- | * | |
| | * | |
| TAYLOR F. TARANTO   . | * | |
| 1311 N. Beech, Pasco, WA | * | |
| Pasco, WA 99301 | * | |
| | * | |
| Defendant(s), Pro Se. | * | |

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

The defendant, Taylor Taranto answers the Plaintiff's First Amended Complaint as follows:

1-3.  Defendant has no knowledge of and so denies.

4.  Defendant is a resident of Washington State

5- 20.  Defendant has no knowledge of and so denies.

Count I Assault and battery

21-26. Defendant denies or has no knowledge of and therefore denies.

Count II Wrongful Death

27-32.  Defendant denies or has no knowledge of and therefore denies.

Count III Aiding and abetting

33-41 Defendant denies or has no knowledge of and therefore denies.

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT  1 OF 2

AFFIRMATIVE DEFENSES

The defendant claims the following affirmative defenses:

1. Act of God. That the later death of Mr. Smith was an Act of God and is no way attributable or caused by any prior actions of the defendant.

2. Comparative fault of a 3rd Party. No actions of the defendant were a cause of Mr. Smith's death, but it was the actions of a 3rd party.

3. Intervening cause. The death of Mr. Smith was caused by other circumstances in his life not directly or indirectly attributable to what happened at the Capitol.

4. Wrong party. The defendant was not a party to any injuries sustained by Mr. Smith at the Capitol.

Any and all actions of the defendant were not a foreseeable or unforeseeable cause of Mr. Smith's death. Wherefore, the defendant, Taylor Taranto, respectfully requests the court to dismiss the complaint against him with prejudice, to dismiss all causes of action against the defendant, including Causes of Action I, II, and III.

    Respectfully submitted,

    /s/ Taylor F. Taranto
    Taylor F. Taranto, *pro se*
    Address: 1311 N. Beech Ave., Pasco, WA 99301
    Telephone: 509-430-2339
    Email: tft122@msn.com
    Defendant, *pro se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was emailed this 6th day of Octobber 2021, to: Anthony M. Shore, Esquire, amshorelaw@verizon.net; and David P. Weber, david.weber@goodwinweberlaw.com.

/s/ Taylor F. Taranto
TAYLOR F. TARANTO