

| | |
|---|---|
| **From:** | Taylor T |
| **To:** | David Weber; Anthony M. Shore; Richard Link |
| **Subject:** | Re: Smith v Kaufman 21-CV-2170-FYP |
| **Date:** | Thursday, December 2, 2021 3:17:49 PM |
| **Attachments:** | image001.png |

According to this rule:

Local Rules
LCvR 16.3 DUTY TO CONFER
(c) MATTERS TO BE DISCUSSED BY THE PARTIES.
At the conference required by this Rule, the parties must confer to discuss the following matters:
(1) Whether the case is likely to be disposed of by dispositive motion; and whether, if a dispositive motion has already been filed, the parties should recommend to the Court that discovery or other matters should await a decision on the motion.

I would like to "recommend to the Court that discovery or other matters should await a decision on the motion."

---

**From:** David Weber <david.weber@goodwinweberlaw.com>
**Sent:** Thursday, December 2, 2021 12:01 PM
**To:** Taylor T <tft122@msn.com>; Anthony M. Shore <amshorelaw@verizon.net>; Richard Link <richard.link@goodwinweberlaw.com>
**Subject:** RE: Smith v Kaufman 21-CV-2170-FYP

Mr. Taranto: I now see your motion to dismiss. This does not mean that we are not obligated to file the proposed meet and confer statement. Rather, if anything, you should simply state that you intend, or that you have, filed a motion to dismiss. You are still obligated to comply with court orders and the local rules of the court, which required both the meeting we just had, and the filing of a joint statement. In addition, nothing in a motion to dismiss stops or stays discovery, other court rules, or scheduled events during the pendency of the motion.

What do you want to add to the statement, or should I simply state that you refuse to cooperate in the filing of the statement? Please provide your response, in redline, within one hour from now. Thank you,

**David P. Weber, CFE**
**Attorney at Law**
**GOODWIN WEBER PLLC**
**Attorneys Practicing in Virginia, Maryland and DC**
4073 Main Street, Second Floor
Chincoteague Island, VA 23336
**Direct** (757) 849-0222
**Email** david.weber@goodwinweberlaw.com

**Mail Address Only:**
PO Box 300
Chincoteague Island, VA 23336

**Please visit our website:** http://goodwinweberlaw.com/

Confidentiality
The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. Unless you are a current client of the firm, it is not intended as legal advice, and may not be relied upon or used as legal advice.  Nor does this communication establish an attorney client relationship between us until a written engagement has been made. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

**From:** Taylor T <tft122@msn.com>
**Sent:** Thursday, December 2, 2021 2:43 PM
**To:** David Weber <david.weber@goodwinweberlaw.com>; Anthony M. Shore <amshorelaw@verizon.net>; Richard Link <richard.link@goodwinweberlaw.com>
**Subject:** Re: Smith v Kaufman 21-CV-2170-FYP

Upon further inspection, I have opted to motion to dismiss.

**From:** David Weber <david.weber@goodwinweberlaw.com>
**Sent:** Thursday, December 2, 2021 9:49 AM
**To:** Anthony M. Shore <amshorelaw@verizon.net>; tft122@msn.com <tft122@msn.com>; Richard Link <richard.link@goodwinweberlaw.com>
**Subject:** RE: Smith v Kaufman 21-CV-2170-FYP

All:  thank you for the meet and confirm meeting.

As we discussed, please find what is hopefully a final redlined version of the document.  Please indicate your agreement to the document by reply all to this email, after which it will be filed with the Court.  In the absence of receiving an affirmative reply, the parties all agreed that it could be filed after 3pm EST today if a response is not received as agreed to.  It will be filed as is, with redline accepted.

Thank you,

**David P. Weber, CFE**
**Attorney at Law**
**GOODWIN WEBER PLLC**
**Attorneys Practicing in Maryland, Virginia, and DC**
9841 Washingtonian Blvd., Suite 200
Gaithersburg, Maryland 20878
**Direct (301) 850-3370**
**Fax (301) 850-3374**
**Mail Address Only:**
Goodwin Weber PLLC
267 Kentlands Blvd., Suite 250
Gaithersburg, MD 20878

**Email david.weber@goodwinweberlaw.com**
**Please visit our new website:**  http://goodwinweberlaw.com/

_____
Confidentiality
The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. Unless you are a current client of the firm, it is not intended as legal advice, and may not be relied upon or used as legal advice.  Nor does this communication establish an attorney client relationship between us until a written engagement has been made. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its

contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

---

**From:** Anthony M. Shore <amshorelaw@verizon.net>
**Sent:** Thursday, December 2, 2021 9:14 AM
**To:** tft122@msn.com; David Weber <david.weber@goodwinweberlaw.com>; Richard Link <richard.link@goodwinweberlaw.com>
**Subject:** Smith v Kaufman 21-CV-2170-FYP

These edits are acceptable.

Law Offices of Anthony M. Shore
7625 Wisconsin Avenue, Suite 200
Bethesda, Maryland 20814
(301) 661-5222


-----Original Message-----
From: Taylor T <tft122@msn.com>
To: David Weber <david.weber@goodwinweberlaw.com>; Anthony M. Shore <amshorelaw@verizon.net>; Richard Link <richard.link@goodwinweberlaw.com>
Sent: Thu, Dec 2, 2021 5:30 am
Subject: Re: Smith v Kaufman 21-CV-2170-FYP

Please review the edits of the document.

---

**From:** David Weber <david.weber@goodwinweberlaw.com>
**Sent:** Wednesday, December 1, 2021 12:00 PM
**To:** Taylor T <tft122@msn.com>; Anthony M. Shore <amshorelaw@verizon.net>; Richard Link <richard.link@goodwinweberlaw.com>
**Subject:** RE: Smith v Kaufman 21-CV-2170-FYP

Mr. Taranto:  Before tomorrow's call, please review the edits of Mr. Shore and our original document and let us know, using track changes, what edits you may have to the document in word.

Because we will now have four people on the call, we will circulate a dial in number for the conference call to all parties later today.   Thank you,

**David P. Weber, CFE**
**Attorney at Law**
**GOODWIN WEBER PLLC**
**Attorneys Practicing in Maryland, Virginia, and DC**
9841 Washingtonian Blvd., Suite 200
Gaithersburg, Maryland 20878
**Direct (301) 850-3370**
**Fax (301) 850-3374**
**Mail Address Only:**
Goodwin Weber PLLC
267 Kentlands Blvd., Suite 250
Gaithersburg, MD 20878

**Email david.weber@goodwinweberlaw.com**

**Please visit our new website:**  http://goodwinweberlaw.com/

_____
Confidentiality
The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. Unless you are a current client of the firm, it is not intended as legal advice, and may not be relied upon or used as legal advice.  Nor does this communication establish an attorney client relationship between us until a written engagement has been made. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

**From:** Taylor T <tft122@msn.com>
**Sent:** Wednesday, December 1, 2021 2:58 PM
**To:** David Weber <david.weber@goodwinweberlaw.com>; Anthony M. Shore <amshorelaw@verizon.net>; Richard Link <richard.link@goodwinweberlaw.com>
**Subject:** RE: Smith v Kaufman 21-CV-2170-FYP

Yes. I can be reached by direct alternative email ejsteinn@hotmail.com and phone number 509-531-2501 for expediency in the future.

Sent from Mail for Windows

**From:** David Weber
**Sent:** Tuesday, November 30, 2021 10:46 AM
**To:** Anthony M. Shore; Richard Link; tft122@msn.com
**Subject:** RE: Smith v Kaufman 21-CV-2170-FYP

Mr. Taranto:  Do you intend to join us for our meet and confer?  Thank you,

**David P. Weber, CFE**
**Attorney at Law**
**GOODWIN WEBER PLLC**
**Attorneys Practicing in Maryland, Virginia, and DC**
9841 Washingtonian Blvd., Suite 200
Gaithersburg, Maryland 20878
**Direct (301) 850-3370**
**Fax (301) 850-3374**
**Mail Address Only:**
Goodwin Weber PLLC
267 Kentlands Blvd., Suite 250
Gaithersburg, MD 20878

**Email david.weber@goodwinweberlaw.com**
**Please visit our new website:**  http://goodwinweberlaw.com/

_____
Confidentiality
The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. Unless you are a current client of the firm, it is not intended as legal advice, and may not be relied upon or used as legal advice.  Nor does this communication establish an attorney client relationship between us until a written engagement has been made. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

**From:** Anthony M. Shore <amshorelaw@verizon.net>
**Sent:** Tuesday, November 30, 2021 11:02 AM
**To:** Richard Link <richard.link@goodwinweberlaw.com>; tft122@msn.com
**Cc:** David Weber <david.weber@goodwinweberlaw.com>
**Subject:** Smith v Kaufman 21-CV-2170-FYP

My telephone number is below.

Law Offices of Anthony M. Shore
7625 Wisconsin Avenue, Suite 200
Bethesda, Maryland 20814
(301) 661-5222


-----Original Message-----
From: Richard Link <richard.link@goodwinweberlaw.com>
To: tft122@msn.com <tft122@msn.com>; Anthony M. Shore <amshorelaw@verizon.net>
Cc: David Weber <david.weber@goodwinweberlaw.com>
Sent: Mon, Nov 29, 2021 6:24 pm
Subject: Re: Smith v Kaufman 21-CV-2170-FYP

Mr. Shore:

Let's do this on **Thursday, December 2, 2021** at 12:00 pm EST.

Please provide telephone numbers where you can be reached.

Very truly yours,

**Richard J. Link**
**Attorney at Law**
**GOODWIN WEBER PLLC**
**Attorneys Practicing in Maryland, Virginia and DC**
**9841 Washingtonian Blvd, Suite 200**
**Gaithersburg, Maryland 20878**
**Direct (301) 850-7600 x103**
**Fax (301) 850-3374**
**Mail Address Only:**
**Goodwin Weber PLLC**
**267 Kentlands Blvd., Suite 250**
**Gaithersburg, MD 20878**

**Email** richard.link@goodwinweberlaw.com
**Please visit our website:**http://goodwinweberlaw.com/


**From:** Anthony M. Shore <amshorelaw@verizon.net>
**Sent:** Monday, November 29, 2021 1:45 PM
**To:** Richard Link <richard.link@goodwinweberlaw.com>; tft122@msn.com <tft122@msn.com>
**Cc:** David Weber <david.weber@goodwinweberlaw.com>
**Subject:** Smith v Kaufman 21-CV-2170-FYP

Mr. Link:

Attached please find my slightly modified Report. If these changes are acceptable and incorporated into the document I

give my consent to the filing of the Report.

I am available by telephone tomorrow before noon and all day Thursday. Kindly pick a time and let me know so that I may get the call on my schedule.

Tony Shore

Law Offices of Anthony M. Shore
7625 Wisconsin Avenue, Suite 200
Bethesda, Maryland 20814
(301) 661-5222


-----Original Message-----
From: Richard Link <richard.link@goodwinweberlaw.com>
To: amshorelaw@verizon.net <amshorelaw@verizon.net>; tft122@msn.com <tft122@msn.com>
Cc: David Weber <david.weber@goodwinweberlaw.com>
Sent: Mon, Nov 29, 2021 8:04 am
Subject: Smith v Kaufman 21-CV-2170-FYP

Greetings:

As you know, the Court has scheduled the initial conference in the above-referenced case on December 9, 2021 at 2:30 pm

Attached please find a draft Meet and Confer Statement.  Please let me know if you agree with this discovery plan, and whether you have any additions or modifications on behalf of the defendants.

Also, let me know your availability on Tuesday or Thursday of this week so we can discuss this matter in accordance with the DC Local Rules.  To be clear, we can only discuss this matter with counsel or with Mr. Taranto personally (meaning we cannot communicate with Mr. Taranto's spouse).

Very truly yours,

**Richard J. Link**
**Attorney at Law**
**GOODWIN WEBER PLLC**
**Attorneys Practicing in Maryland, Virginia and DC**
**9841 Washingtonian Blvd, Suite 200**
**Gaithersburg, Maryland 20878**
**Direct (301) 850-7600 x103**
**Fax (301) 850-3374**
**Mail Address Only:**
**Goodwin Weber PLLC**
**267 Kentlands Blvd., Suite 250**
**Gaithersburg, MD 20878**

Email richard.link@goodwinweberlaw.com
Please visit our website:http://goodwinweberlaw.com/