UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIN SMITH, *et al.* | * | CASE NO: 1:21-CV-2170 (FYP) |
| | * | |
| *Plaintiffs* | * | |
| | * | |
| | * | |
| TAYLOR F. TARANTO   . | * | |
| | * | |
| Defendant, *Pro Se*. | * | |

## **MOTION TO AMEND ANSWER TO PLAINTIFF'S COMPLAINT**

Comes now Taylor Taranto, Defendant *pro se,* in the above-captioned cause, and respectfully moves this Court for leave to amend the Answer previously filed by Defendant in this Cause to read as the **DEFENDANT'S FIRST AMENDED ANSWER AND COUNTERCLAIMS**, see attached. This motion is being made pursuant to *Federal Rules of Civil Procedure* 15 and 16 on the grounds that leave to amend should be liberally granted, and as the Court has not issued any pre-trial scheduling order stating a deadline to amend any pleadings, that the more liberal standard of *Federal Rules of Civil Procedure* 15 should apply.

Respectfully submitted,

/s/ Taylor F. Taranto
Taylor F. Taranto, *pro se*
Address: 1311 N. Beech Ave., Pasco, WA 99301
Telephone: 509-430-2339
Email: tft122@msn.com
Defendant, *pro se*