UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIN SMITH, et al. | * | |
| Plaintiffs | * | |
| v. | * | 21-CV-02170 (FYP) |
| DAVID KAUFMAN, et al | * | |
| Defendants | * | |

## **PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Plaintiffs, Erin Smith (individually and on behalf of the Estate of Jeffrey Smith), by and through undersigned counsel, hereby file this Motion for Leave to Amend the Complaint. Pursuant to Fed.R.Civ.P 15, leave to amend shall "be freely given when justice so requires." In support of this motion, the Plaintiffs would rely on the attached Memorandum. A copy of the proposed Second Amended Complaint is attached hereto both in clean format and in redline.

In accordance with Local Rule 7(m), undersigned counsel conferred via email with the Defendants and it appears they oppose this Motion, as they have not responded either affirmatively or negatively to the Motion, as of the time of filing.

WHEREFORE, the premises considered, your Plaintiffs pray:

A.  That this Motion for Leave to Amend the Complaint be granted;

B.  That Plaintiffs be permitted to file the Second Amended Complaint; and

C.  And for such other and further relief as this Court deems just and proper.

                                                                                                                                                                 /s/  David P. Weber
                                                            DAVID P. WEBER, CFE, #468260
                                                            Counsel for Plaintiffs
                                                            GOODWIN WEBER PLLC
                                                            267 Kentlands Blvd, Suite 250
                                                            Gaithersburg, MD 20878
                                                            (301) 850-7600

david.weber@goodwinweberlaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true a correct copy of the foregoing was electronically delivered via the Court's CM/ECF filing system on this 9th day of May, 2022, which will send an electronic copy to:

Anthony Shore, Esquire, 7415 Oak Lane, Chevy Chase, MD 20815; amshorelaw@verizon.net; and
Taylor Taranto, 1311 N. Beech Avenue, Pasco, WA 99301, tft122@msn.com

   /s/  David P. Weber
DAVID P. WEBER