UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIN SMITH, et al. | * | |
| Plaintiffs | * | |
| v. | * | 21-CV-02170 (FYP) |
| DAVID KAUFMAN, et al | * | |
| Defendants | * | |

## ORDER

UPON CONSIDERATION of the Plaintiffs' Motion for Leave to Amend the Complaint, in accordance with Federal Rule of Civil Procedure 15(a), and good cause having been shown, it is by the United States District Court for the District of Columbia,

ORDERED, that the Motion for Leave to Amend be and it hereby is GRANTED; and it is further,

ORDERED, that the Second Amended Compliant is hereby accepted for filing.

_____
JAMES FLORENCE Y. PAN
United States District Judge