


Sedition Hunters

# #AstroNot Insider #1107

SeditionInsiders / by Sedition Hunters / August 13, 2021

Observed inside the Capitol



















**Share this:**

Tweet          Share 3

PREVIOUS
Insider #10

NEXT
#TieDyeBadGuy Insider #11

Search …



## Tweets by @SeditionHunter



**#SeditionHunters**
@SeditionHunters

They stormed the Capitol! We call them #SeditionInsiders because they were inside the building. Recognize anyone? If so the FBI would like to hear from you. #CapitolAttack
Please note the numbers on these images are NOT FBI numbers
seditionhunters.org/seditioninside…



17h



**#SeditionHunters**
@SeditionHunters

They stormed the Capitol! We call them #SeditionInsiders because they were inside the building. Recognize anyone? If so the FBI would like to hear from you. #CapitolAttack
Please note the numbers on these images are NOT FBI numbers
seditionhunters.org/seditioninside…



20h

## Subscribe to Blog via Email

Enter your email address to subscribe to this blog and receive notifications of new posts by email.

Join 124 other subscribers

Email Address

SUBSCRIBE

## Categories

Select Category

### Sedition Hunters

Home    Perp Sheet    #SeditionBomber    Resources    The Protectors    About Us    Contact

