UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIN SMITH, et al. | * | |
| Plaintiffs | * | |
| v. | * | 21-CV-02170 (FYP) |
| DAVID KAUFMAN, et al | * | |
| Defendants | * | |

## **PLAINTIFFS' SECOND MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Plaintiffs, Erin Smith (individually and on behalf of the Estate of Jeffrey Smith), by and through undersigned counsel, hereby file this Motion for Leave to Amend the Complaint. Pursuant to Fed.R.Civ.P 15, leave to amend shall "be freely given when justice so requires." In support of this motion, the Plaintiffs would rely on the attached Memorandum. A copy of the proposed Second Amended Complaint is attached hereto both in clean format and in redline.

In accordance with Local Rule 7(m), undersigned counsel represents the following:

1. On May 7, 2022, an email was sent to the email addresses for both counsel for Defendant Kaufman, and Defendant Taranto *pro se*. The email asked that counsel and Defendant Taranto respond by the following day to indicate whether they consented or did not consent to the Motion to Amend, noting the Local Rules of this Court. The email stated that if a response was not received, that it would be presumed that they opposed said motion. The email errantly referenced Local Rule 4(m) of the Court, when it should have referenced Local Rule 7(m).

2. On May 7, 2022, a second email was sent to counsel for Defendant Kaufman and Defendant Taranto *pro se* after undersigned counsel noted that he misstated the

applicable Local Rule number. This second email indicated that the applicable rule was Local Rule 7(m).

3. On May 9, 2022, having not received a response from opposing counsel or Defendant Taranto *pro se*, and with the Scheduling Order establishing the following day as the deadline for amendments, undersigned counsel filed the Motion for Leave to Amend.

4. On May 10, 2022, after receiving this Court's Minute Order dated May 10, 2022, undersigned counsel again emailed counsel for Defendant Kaufman and Defendant Taranto *pro se*. This email forwarded the Court's Minute Order, and noted that it had been three days since undersigned counsel's initial email, and again requested that each party respond to the email indicating consent or non-consent, with a requested response time of no later than 5pm EST on today's date, as amended pleadings are due under the Court's Scheduling Order by today's date.

5. On May 10, 2022, after sending the above email, undersigned counsel attempted to contact Defendant Taranto by the phone number provided under his Answer [Docket Number 19]. This phone number was not in service.

6. On May 10, 2022, after calling and receiving the not in service message at the phone number on Defendant Taranto's Answer, undersigned counsel then called the different phone number listed on the docket sheet for Defendant Taranto and left a Voice Message. This VM indicated that emails had been sent today and on May 7, 2022, and requested that Defendant Taranto either respond to the email or return the phone call by today at 5pm EST.

7. On May 10, 2022, undersigned counsel called counsel for Defendant Kaufman, and left a Voice Message consistent with the message also left for Defendant Taranto, again with a requested response by 5pm EST today.

8. On May 10, 2022, at 5:52pm EST, counsel for Defendant Kaufman responded by email and indicated that Defendant Kaufman does not consent to any amendments of the Complaint. Counsel indicated that both emails from May 7 by undersigned went into his spam folder, that he saw them on May 8, after the requested deadline for response, and therefore did not respond. He further stated that the proposed second amended complaint was "last minute," and that he did not appreciate the first two emails on May 7, asking for a response the following day, Mother's Day.

9. On May 10, 2022, as of on or about 8pm EST, having not received a response email or phone call from Defendant Taranto, *pro se*, undersigned counsel now renews this Motion for Leave to Amend. Undersigned counsel does not know what other steps he may take in order to seek conferral with Defendant Taranto *pro se* under the circumstances. Undersigned counsel believes that the detailed information contained herein is in conformity with the Court's Minute Order, Standing Order, and L.Cv.R 7(m).

WHEREFORE, the premises considered, your Plaintiffs pray:

A. That this Motion for Leave to Amend the Complaint be granted;

B. That Plaintiffs be permitted to file the Second Amended Complaint; and

C. And for such other and further relief as this Court deems just and proper.

    /s/  David P. Weber
DAVID P. WEBER, CFE, #468260
Counsel for Plaintiffs
GOODWIN WEBER PLLC
267 Kentlands Blvd, Suite 250
Gaithersburg, MD 20878
(301) 850-7600
david.weber@goodwinweberlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true a correct copy of the foregoing was electronically delivered via the Court's CM/ECF filing system on this 10th day of May, 2022, and also emailed a copy of the documents to:

Anthony Shore, Esquire, 7415 Oak Lane, Chevy Chase, MD 20815; amshorelaw@verizon.net; and
Taylor Taranto, 1311 N. Beech Avenue, Pasco, WA 99301, tft122@msn.com

Further, a paper copy of the documents were also mailed to *Pro Se* Defendant Taranto.

    /s/  David P. Weber
DAVID P. WEBER