

PLAINTIFF'S
EXHIBIT

A



Dr. David Walls-Kaufman, DC – An Interview at The Plaza

20 views • Apr 15, 2021

👍 0     👎 0     ⇗ SHARE     ☰+ SAVE     •••

Dr. David Walls-Kaufman
8 subscribers

SUBSCRIBE













