

PLAINTIFF'S EXHIBIT C



**Government of the District of Columbia**
Police and Firefighters' Retirement and Relief Board

**ORDER GRANTING SURVIVOR ANNUITY**

| | |
|---|---|
| In the matter of: | D.C. Metropolitan Police Department |
| | Case No. PD21-1045 |
| **ERIN SMITH** | |
| Petitioner | Survivor Annuitant |

Petitioner Erin Smith seeks enhanced survivor benefits following the January 15, 2021, death of her husband, former Metropolitan Police Officer Jeffrey Smith. This Board previously issued a February 26, 2021, order granting the petitioner a survivor annuity, effective January 16, 2021, pursuant to D.C. Official Code § 5-716.

Based on evidence submitted by the petitioner and the Department, we find that Officer Smith sustained a personal injury on January 6, 2021, while performing his duties and that his injury was the sole and direct cause of his death. Accordingly, the petitioner shall receive an annuity "equal to 100% of [Officer Smith's] pay," in accordance with D.C. Official Code § 5-716(a-1). Accordingly, it is this date, March 7, 2022,

**ORDERED:**

1. The previous, February 26, 2021, survivor annuity order is vacated;

2. Petitioner Erin Smith is awarded a survivor annuity which is equal to 100% of Officer Smith's pay at the time of his death, effective **January 16, 2021**; and

3. Consistent with this order, the District of Columbia Retirement Board shall determine the petitioner's eligibility for any lump sum payment authorized by D.C. Official Code §§ 5-716(a)(2) and 5-716(a-2).

_____
Justin Zimmerman, Chairperson

JZ/ac