UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIN SMITH, et al. | * | |
| Plaintiffs | * | |
| v. | * | 21-CV-02170 (FYP) |
| DAVID KAUFMAN, et al | * | |
| Defendants | * | |

## PLAINTIFFS' LINE OF ERRATA

Plaintiffs, Erin Smith (individually and on behalf of the Estate of Jeffrey Smith), by and through undersigned counsel, hereby file this Line of Errata. Specifically, in the Amended Motion for Leave to Amend the Complaint [Docket 23], two attached documents, Exhibit 1, Redlined Proposed Second Amended Complaint [Docket 23-2] and Exhibit 2, Clean Proposed Second Amended Complaint [Docket 23-3], contained an error in the Certificate of Service. The documents were actually served through ECF and by mail upon Defendant *pro se* Taranto on May 10, 2022, and corrections of these documents with the proper date reflected are attached hereto.

WHEREFORE, the premises considered, your Plaintiffs pray:

A. That this Line for Errata is accepted;

B. That the Proposed Second Amended Complaint Redlined and Clean reflect the correct service date of May 10, 2022; and

C. And for such other and further relief as this Court deems just and proper.

    /s/ David P. Weber
DAVID P. WEBER, CFE, #468260
Counsel for Plaintiffs
GOODWIN WEBER PLLC
267 Kentlands Blvd, Suite 250

        Gaithersburg, MD 20878
        (301) 850-7600
        david.weber@goodwinweberlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true a correct copy of the foregoing was electronically delivered via the Court's CM/ECF filing system on this 10th day of May, 2022, which will send an electronic copy to:

Anthony Shore, Esquire, 7415 Oak Lane, Chevy Chase, MD 20815; amshorelaw@verizon.net; and
Taylor Taranto, 1311 N. Beech Avenue, Pasco, WA 99301, tft122@msn.com

A mailed copy of this Line of Errata and corrected documents were also sent to Defendant Taranto.

        __/s/  David P. Weber__
        DAVID P. WEBER