UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIN SMITH, et al. | * | |
|    Plaintiffs | * | |
| v. | * | Case No. 21-CV-02170 (FYP) |
| DAVID KAUFMAN, et al | * | |
|    Defendants | * | |

## PLAINTIFFS' CERTIFICATE OF DISCOVERY

COME NOW the Plaintiffs, Erin Smith (individually and as personal representative), and certifies that the attached Rule 26(a)(2) Disclosure Statement was served upon the Defendants via electronic mail, together with attachments listed in the Disclosure Statement, and that the Disclosure Statement and this Certificate of Discovery was also mailed, first class mail, to Defendant Taranto.

/s/ David P. Weber
David P. Weber, #468260
Counsel for Plaintiffs
GOODWIN WEBER PLLC
267 Kentlands Blvd, Suite 250
Gaithersburg, MD 20878
(301) 850-7600 Telephone
david.weber@goodwinweberlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing, together with the attached Disclosure Statement, was electronically filed via the Court's CM/ECF filing system on this 8th day of July, 2022, which will send electronic notice to: Taylor Taranto, tft122@msn.com,; and amshorelaw@verizon.net Anthony Shore, Esquire, 1311 N. Beech Avenue, Pasco, WA 99301; 7415 Oak Lane, Chevy Chase, MD 20815. A copy of this Rule 26(a)(2) Disclosure Statement and Certificate of Discovery was also mailed, first class mail, to Defendant Taranto.

/s/ David P. Weber