UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIN SMITH, et al. | * | |
|     Plaintiffs | * | |
| v. | * | Case No. 21-CV-02170 (FYP) |
| DAVID KAUFMAN, et al | * | |
|     Defendants | * | |

### PLAINTIFFS' RULE 26(a)(2) DISCLOSURE STATEMENT PURSUANT TO COURT'S SCHEDULING ORDER

COME NOW the Plaintiffs, Erin Smith (individually and as personal representative), and identifies the following individuals who will be called as retained expert witnesses in the trial of this matter.

**1.** **Dr. Jonathan L. Arden**, 333 Las Olas Way #1104, Fort Lauderdale, FL 33301 is a forensic pathologist. A copy of his CV is attached, together with a list of his prior testimony and his fee schedule.

   a. It is expected that Dr. Arden will offer his opinion testimony on the issue of the causal nexus between the assault and battery, aiding or abetting and conspiracy on January 6, 2021 by Defendants and the death of Officer Smith on January 15, 2021. The details of Dr. Arden's opinions are contained in his Declaration of August 13, 2021. Dr. Arden opines that there is a causal nexus between the assault and battery, aiding or abetting and conspiracy on January 6, 2021 by Defendants, and the development of post-concussive syndrome, depression and suicide.

    b. It is expected that Dr. Arden will render expert opinion testimony on any matter contained in his Declaration which is attached hereto and incorporated herein by reference, as well as opinions identified in this disclosure.

    c. Dr. Arden's opinions will be offered to a reasonable degree of certainty or probability as a forensic pathologist.

    d. Dr. Arden's report and opinion may be supplemented based on additional information/documentation that may be obtained in discovery from the Defendants, as well as the review of the forensic video analysis of Grant Fredericks. In addition, Dr. Arden may supplement his report and findings based on any expert witness report from the Defendants.

    e. Dr. Arden will be compensated at the rate of $550.00 per hour. He has been paid an initial fee of $1,500.00.

2. **Dr. Patrick Sheehan**, 7350 Van Dusen Road, Suite 240, Laurel, MD 20707 is a forensic psychiatrist. A copy of his CV is attached, together with a list of prior testimony and his fee schedule.

    a. It is expected that Dr. Sheehan will offer his opinion testimony on the issue of the causal nexus between the assault and battery, aiding or abetting and conspiracy on January 6, 2021 by Defendants and the death of Officer Smith on January 15, 2021. The details of Dr. Sheehan's opinion are contained in his reports of July 12, 2021 and March 8, 2022. Dr. Sheehan opines that there is a causal nexus between the assault and battery, aiding or abetting and conspiracy on January 6, 2021, and the development of post-concussive syndrome, depression and suicide.

    b. It is expected that Dr. Sheehan will render expert opinion testimony on any matter contained in his reports which are attached hereto and incorporated herein by reference as well as opinions identified in this disclosure.

    c. Dr. Sheehan's opinions will be offered to a reasonable degree of certainty or probability as a psychiatrist.

    d. Dr. Sheehan's report and opinion may be supplemented based on additional information/documentation that may be obtained in discovery from the Defendants, as well as the review of the forensic video analysis of Grant Fredericks. In addition, Dr. Sheehan will supplement his report and findings based on any expert witness report from the Defendants.

    e. Dr. Sheehan will be compensated at the rate of $480 to $750 per hour. He has been paid an initial fee of $3,456.00.

3.    **Grant Fredericks**, Forensic Video Solutions, 11001 East Coyote Rock Ln, Spokane Valley, WA 99206. A copy of his CV is attached, together with a list of prior testimony and his fee schedule.

    a. Mr. Fredericks is a Certified Forensic Video Analyst and 3D Scanning Specialist. A copy of his expert report is attached hereto (which includes his education, qualifications, certifications and background).

    b. It is expected that Mr. Fredericks will testify consistent with the findings and conclusions of his report dated July 6, 2022 and the Synchronized_Event_Tracking.pdf. which is attached hereto by link from dropbox, and incorporated by reference.

    c. Mr. Fredericks is expected to testify as to the video images captured on the BWC of Jeffrey Smith, as well as other on-scene video. Mr. Fredericks has been supplied video from

inside the US Capitol on January 6, 2022. Mr. Fredericks has analyzed and calibrated the video evidence in a detailed (frame-by-frame), synchronized and chronological format, to include the events involving Officer Smith and Defendants Kaufman and Taranto.

d. Mr. Fredericks' opinions will be offered to a reasonable degree of certainty or probability as a forensic video analyst/expert.

e. Mr. Fredericks is expected to testify that Defendant Kaufman struck Officer Smith with his own baton multiple times, and that Defendant Taranto assisted Defendant Kaufman, including positioning himself in front of Defendant Kaufman and other uniformed law enforcement officers while Kaufman wielded the baton toward Officer Smith.

f. Mr. Fredericks' report and opinion may be supplemented based on additional information/documentation that may be obtained in discovery from the Defendants, as well as any additional video or other information that is supplied to him. In addition, Mr. Fredericks will supplement his report and findings based on any expert witness report from the Defendants, as well as from Drs. Arden and Sheehan.

4. Plaintiffs reserve the right to supplement this disclosure, to include calling any expert witness listed or identified by the Defendants in this matter.

          */s/ David P. Weber*
          David P. Weber, #468260
          Counsel for Plaintiffs
          GOODWIN WEBER PLLC
          267 Kentlands Blvd, Suite 250
          Gaithersburg, MD 20878
          (301) 850-7600 Telephone
          david.weber@goodwinweberlaw.com

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing, together with a Certificate of Discovery, and attached exhibits was electronically mailed to: Taylor Taranto, tft122@msn.com,; and amshorelaw@verizon.net Anthony Shore, Esquire, 1311 N. Beech Avenue, Pasco, WA 99301; 7415 Oak Lane, Chevy Chase, MD 20815.  A copy of this Rule 26(a)(2) Disclosure Statement and Certificate of Discovery was also mailed, first class mail, to Defendant Taranto.

                                                                         */s/ David P. Weber*