UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIN SMITH, et al. | * | |
|     Plaintiffs | * | |
| v. | * | Case No. 21-CV-02170 (FYP) |
| DAVID KAUFMAN, et al | * | |
|     Defendants | * | |

## PLAINTIFFS' RULE 26 INITIAL DISCLOSURES

COMES NOW the Plaintiffs, by and through undersigned counsel and files this Rule 26 Initial Disclosure Statement.

## PERSONS WITH KNOWLEDGE

1. Erin Smith.

Erin Smith is the widow of Jeffrey Smith and Personal Representative of the Estate. She knows of Jeffrey Smith's mental state before and after January 6, 2021 (see Dr.Sheehan's report). She will discuss the impact on the death of her husband.

2. Defendant David Kaufman.

3. Defendant Taylor Taranto.

4. Officer Dustin Navaro; Metropolitan Police Department.

Officer Navaro conducted an investigation into the circumstances surrounding the line of duty injury of Jeffrey Smith.

5. Officer Matthew Givens, Metropolitan Police Department.
Officer Given is the former partner of Officer Smith (see Dr.Sheehan's report).

6. Members of the Metropolitan Police Department Civil Disturbance Unit.

7. U.S. Capitol Police Sgt. Aquilino Gonell.
He was present at and inside the US Capitol on January 6, 2021 and will describe the events of that day.

8. US Capitol Police Officer Harry Dunn.
He was present at and inside the US Capitol on January 6, 2021 and will describe the events of that day.

1

9.  Officer Daniel Hodges, Metropolitan Police Department.

He was present at and inside the US Capitol on January 6, 2021 and will describe the events of that day.

10. Former Officer Michael Fannone, Metropolitan Police Department.

He was present at and inside the US Capitol on January 6, 2021 and will describe the events of that day.

11. Chief of Police Robert Contee.

The Chief of Police of the District of Columbia, he has testified and provided written testimony to Congress on the events that the Officers of his Department witnessed and participated in on January 6, 2021. He has specifically referenced Officer Smith in his Congressional testimony.

12. US Capitol Police Chief Charles Manger has testified and provided written testimony to Congress on the events that the Officers of his Department witnessed and participated in on January 6, 2021. He was not the Police Chief on January 6, 2021.

13. Andrew Hass (Childhood Friend of Jeffrey Smith – see Dr. Sheehan's report).

14. Antjer Farmer (Friend of Jeffrey Smith – see Dr.Sheehan's report).

15. Wendy Smith and Richard Smith (parents of Decedent, Jeffrey Smith – see Dr.Sheehan's report).

16. Dr. Jonathan Arden, Expert (Witness)

17. Dr. Patrick Sheehan (Expert Witness).

18. Mr. Grant Fredericks (Expert witness)

19. Dr. Jocelyn Posthumus (Virginia Medical Examiner).

20. Dr. Olusolo Malomo, DC Fire and Police Clinic (performed an examination of Jeffrey Smith after January 6, 2021).

21. Pamela Orialfo, DC Fire and Police Clinic (performed medical examination of Jeffrey Smith after January 6, 2021).

## DOCUMENTS

The following documents are in Plaintiff's possession as of the time of this disclosure:

1.  Jeffrey Smith's Tax returns for 2019 and 2020.

2.  Text messages between Jeffrey Smith and Erin Smith on January 6, 2021.

3. Commonwealth of Virginia Death Certificate

4. Autopsy Report on Jeffrey Smith

5. Jeffrey Smith (BWC Video)

6. Video: John SullivanJade Sacker FULL UNEDITED VIDEO Capitol Riot mp4

7. Video: Capital Bench Mashup mp4.

8. MPD Injury Report.

9. U.S. Park Police Accident Report.

10. Police and Fire Clinic Records from 2015 to January 2021.

On information and belief, relevant documents pertaining to Plaintiff's claims may be found in the following locations:

1. **Federal Bureau of Investigation,** FBI Field Office, Attn: FOIA office, 601 4th Street NW, Washington, DC 20535

2. **US Department of Justice, National Security Division**, 950 Pennsylvania Avenue NW Suite 6700, Washington, DC 20530

3. **Metropolitan Police Department**, 300 Indiana Avenue, NW, Washington, DC 2001.

4. **DC Police & Retirement Board**, 1015 Half Street, SE, 9th Floor, Washington, DC 20003

5. **PFC Associates, LLC,** 920 Barnum St NE Washington, DC, 20017-2145

## DAMAGES

1. **Compensatory Damages**:

   | | |
   |---|---|
   | Count 1 Assault | $2,000,000 |
   | Count 2 Wrongful Death | $2,000,000 |
   | Count 3 Civil Conspiracy/Aiding & Abetting | $2,000,000 |

   The damages are based on the following:
   Loss of companionship, pain, suffering, inconvenience, physical pain, emotional pain, loss of consortium, emotional devastation,

2. **Plaintiff's lost wages (back pay and front pay)**

   2020 Earnings $96,073    2019 Earnings $84,893
   Loss of overtime and earnings for the expected career of Officer Smith. Overtime is not included in the line of duty death pension provided to Widow Erin Smith, and comprised

significant overtime monies.  In addition the pension does not include expected promotions to Officer Smith over his expected career.

Calculation will be updated based on receipt of information from the Metropolitan Police Department.

3. **Punitive Damages:**
   Count 1 Assault                                $5,000,000
   Count 2 Wrongful Death                         $5,000,000
   Count 3 Civil Conspiracy/Aiding & Abetting     $5,000,000

*/s/ David P. Weber*
David P. Weber, #468260
Counsel for Plaintiffs
 Goodwin Weber, PLLC
267 Kentlands Blvd, Suite 250
Gaithersburg, MD 20878
(301) 850-7600 Telephone
Mdavid.weber@goodwinweberlaw.com