UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIN SMITH | * |
|    Plaintiff | * |
| v. | *   Case No. 21-CV-02170 |
| DAVID KAUFMAN, et al | * |
|    Defendants | * |

## REPORT OF DC RULE 4.2 AND MAIL ADDRESS MATTER

The undersigned counsel for Plaintiffs Widow Erin Smith and the Estate of Jeffrey Smith, and Defendant David Kaufmann ("the Represented Parties"), and pursuant to this Court's January 4, 2024, Minute Order, respectfully submit this Report.

The Court's Minute Order directed the represented parties to contact the Assistant Federal Public Defenders representing Defendant Taylor Taranto in his criminal matter, and determine whether they consent to undersigned counsels communicating with Taranto. Counsel did make contact as instructed via email on the same date as the Court's Order, providing the Court's Minute Order. On January 5, 2024, criminal counsel replied by email that they did not so consent.

The Court's Minute Order also directed the represented parties to determine with the Assistant Federal Public Defenders whether the DC Jail address in the represented parties LR 16 Report was accurate. Criminal counsel, in the same email referenced above, stated that they preferred the represented parties use the Federal Public Defender's address of 625 Indiana Ave, NW, Washington, DC 20004 "given the jails slowness in getting individuals their mail."

Based on that response, counsel for Plaintiffs served Defendant Taranto with a second copy of the LR 16 Report to the c/o the Federal Public Defenders by First Class Mail and will serve this Report via same.

Respectfully,

/s/ Dr. David P. Weber
DR. DAVID P. WEBER, CFE, #468260
Counsel for Plaintiffs
GOODWIN WEBER PLLC
12417 Ocean Gateway #B11-112
Ocean City, MD 21842
(301) 850-7600
david.weber@goodwinweberlaw.com

1

/s/ Hughie D. Hunt
Hughie D. Hunt, Esq.
DC Bar# 486347
7845 Belle Point Drive
Greenbelt, MD 20770
(301) 982-0888
Attorney for Defendant David Walls Kaufman
hhunt@kemethuntlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true a correct copy of the foregoing was electronically delivered via the Court's CM/ECF filing system on this 12th day of January, 2024, which will send an electronic copy to:
Hughie D. Hunt, Esq. hhunt@kemethuntlaw.com.

A Mailed copy of the foregoing was also sent to Taylor Taranto, c/o Federal Public Defenders Office, 625 Indiana Ave, NW, Washington, DC 20004.

An Emailed Copy of the foregoing was also sent to Assistant Federal Public Defenders katie_guevara@fd.org; courtney_millian@fd.org.

/s/ Dr. David P. Weber
DR. DAVID P. WEBER