IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIN SMITH, et al. | * | |
| Plaintiff | * | |
| Vs. | * | Case No.: 1:21-CV-2170 (FYP) |
| DAVID WALLS KAUFMAN, et al. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S 26(a)(1)(A) STATEMENT

Comes now the Defendant David Walls Kaufman, by and through his attorneys Kemet and Hunt Law Group, Inc. and Hughie D. Hunt, Esq. and pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), hereby makes the following initial disclosures. Defendant expressly reserves the right to supplement these disclosures up until the trial in this case.

*(i) The name and, if known, the address and telephone number of each individual likely to have discoverable information - along with the subjects of that information - that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:*

The following individuals are likely to have discoverable information that Defendant may use to support his claims or defenses.

1. The parties to this case.
2. Unknown individuals present a the capitol on January 6, 2021.
3. United States Attorney for District of Columbia, Matthew Graves (202) 252-7566

*(ii) A copy - or a description by category and location - of all documents, electronically stored information, and tangible things that the disclosing party has in its*

***possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:*** Defendant has 1000s of hours of video footage showing all angles of the incident at issue in this matter, but purusant to a protective order needs permission or a court order to release to Plaintiff. Defendant has videos and pictures from his cell phone January 6, 2021 incident in his possesion.

***(iii) A computation of each category of damages claimed by the disclosing party:***

Defendant has not made a claim for damages in this action.

***(iv) Any relevant insurance agreement:***

Defendant has no relevant insurance agreements.

Pursuant to Fed. R. Civ. P. 26(e), Defendant reserves the right to supplement or amend these disclosures.

Respectfully submitted,

**KEMET HUNT LAW GROUP, INC.**

/s/ Hughie D. Hunt
Hughie D. Hunt, Esq.
DC Bar #486347
7845 Belle Point Drive
Greenbelt, MD 20770.
Attorney for Defendant
(301) 982-0888
hhunt@kemethuntlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day 3rd day of June, 2024, a copy of the foregoing Plaintiff's 26(a)(1)(A) Statement was served via this Courts electronic system to Attorney for Plaintiff, Richard, Link and David P. Weber, and per the Court's order no service of discovery material is required for Defendant Taylor F. Taranto

/s/ Hughie D. Hunt
Hughie D. Hunt, Esq.