UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIN SMITH, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No. 21-CV-02170 (FYP) |
| DAVID WALLS-KAUFMAN, et al | * | |
| Defendants | * | |

## PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS, ELECTRONICALLY STORED INFORMATION AND TANGIBLE ITEMS TO CO-DEFENDANT DAVID WALLS-KAUFMAN

Comes Now the Plaintiff, Erin Smith, by and through undersigned counsel, and pursuant to the Federal Rules of Civil Procedure 34, requests that the Defendant produce and permit the Plaintiff to inspect, copy and photograph or photocopy all documents and things in the Defendant's possession, custody and control which embody, refer to or relate in any way to the following subjects, other than written materials prepared in anticipation of litigation or trial.

1.      All documents identified in your Answers to this party's Interrogatories.

2.      All documents identified in your Answers to the Interrogatories of any other party.

3.      All written reports of each person whom you expect to call as an expert witness at trial.

4.      The most recent resume or curriculum vitae of each expert whom you expect to call as an expert witness at trial.

5.      All notes, diagrams, photographs or other documents prepared or reviewed in connection with their assignment in this case by each person whom you expect to call as an expert witness at trial.

6.      All written or recorded statements of this party, or of any agent, representative, or employee of this party, concerning the subject matter of this action.

7.      Any and all photographs of the scene of the occurrence, objects related to the occurrence, or related to injuries or damages claimed by the Plaintiff.

8.      Any and all diagrams or other graphic or pictorial representations of the scene of the occurrence, objects related to the occurrence, or the damages or injuries claimed by this Plaintiff.

9.      All transcripts or recordings pertaining to this occurrence, including but not limited to criminal transcripts.

10.     Any video, audio or visual recordings, surveillance films or photographs that you have knowledge of or have possession concerning or relating to Jeffrey Smith in any way.

11. A copy of any films, pictures, photographs, or other graphic or pictorial representations referenced in your answers to interrogatories or the answers to interrogatories of any other party.

12. A copy of any and all documents or other exhibits that the defendant intends to introduce into evidence at trial.

13. If any video was taken of the incident at the time it happened by way of surveillance cameras, cell phone or otherwise, attach a copy of the videotape of said incident hereto.

14. Any and all documents that support your contention, if any, that Jeffrey Smith or anyone associated with Jeffrey Smith acted in such a manner as to start, escalate, cause, or contribute to the incident as mentioned at question number (7) of the interrogatories

15.     Any and all documents that support your contention, if any, that a person not a party to this lawsuit acted in such a manner so as to escalate or cause the incident as mentioned at question number (8) of the interrogatories.

16. Any and all documents that support your contention, if any, that the injuries and death as alleged in the Amended Complaint are not causally related to the occurrence.

17. With respect to any cell phone that you own, possess or control, provide the following:

a)     Any and all video taken on January 6, 2021.

b)     Any and all social media shared by you on January 6, 2021.

c)     Any and all text messages sent or received by you on January 6, 2021.

d)     Any and all telephone calls sent or received by you on January 6, 2021.

e)     Any and all data that pertains to any interaction with Jeffrey Smith on January 6, 2021 and/or the occurrence described in the Amended Complaint.

18. Please produce any and all video taken on January 6, 2021.

19. Please produce any and all social media shared by you on January 6, 2021.

20. Please produce any and all text messages sent or received by you on January 6, 2021.

21. Please produce any and all telephone calls sent or received by you on January 6, 2021.

22. Please produce any and all data that pertains to any interaction with Jeffrey Smith on January 6, 2021 and/or the occurrence described in the Amended Complaint.

23.     Any and all documents encompassing or referring to any communication between you and co-defendant Taylor Taranto.

24.     Any and all documents encompassing or referring to any communication between you and any third party related to the occurrence or to this lawsuit.



_/s/ Richard J. Link_____
Richard J. Link, #443609
David P. Weber David P. Weber, #468260
Goodwin Weber PLLC
12417 Ocean Gateway #B11-113
Ocean City, MD 21842
(301) 850-7600
richard.link@goodinweberlaw.com
david.weber@goodwinweberlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via ECF this 26th day of August, 2024, which will send electronic notice to: Hughie D. Hunt, Esquire, Hunt Law Group.


_/s/ Richard J. Link_____
Richard J. Link