UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIN SMITH, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No. 21-CV-02170 |
| DAVID WALLS-KAUFMAN, et al | * | |
| Defendants | * | |

## JOINT STATUS REPORT

Pursuant to the Court's August 8, 2024 Minute Order, the Plaintiff and Co-Defendant David Walls-Kaufman, by and through undersigned counsel, hereby provide the following update to the Court in this wrongful death action.

1.  The parties have exchanged the Rule 26(a)(2) Statements.

2.  The Plaintiff has served Co-Defendant David Walls-Kaufman with Interrogatories and Requests for Production of Documents on August 26, 2024.

3.  The Defendant is working on discovery requests to the Plaintiff and will have the discovery propounded by September 5, 2024.

                                                ___/s/ *Richard J. Link*_____
                                                Richard J. Link, #443609
                                                David P. Weber David P. Weber, #468260
                                                Goodwin Weber PLLC
                                                11115 Lake View Ln #1698
                                                Berlin, MD 21811
                                                (301) 850-7600
                                                richard.link@goodinweberlaw.com
                                                david.weber@goodwinweberlaw.com
                                                *Counsel for Plaintiff*

                                        ___/s/ *Hughie Hunt*_____
Hughie Hunt
Hughie Duvall Hunt, II
KEMET HUNT LAW GROUP, INC.
7845 Belle Point Drive
Greenbelt, MD 20705
301-982-0888
301-982-0889 (fax)
hhunt@kemethuntlaw.com
*Counsel for Co-Defendant David Walls-Kaufman*