UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIN SMITH, et al. | * |
|     Plaintiffs | * |
| v. | *   Case No. 21-CV-02170 (FYP) |
| DAVID KAUFMAN, et al | * |
|     Defendants | * |

## PLAINTIFFS' EXPERT WITNESS LIST

COME NOW the Plaintiffs, Erin Smith (individually and as personal representative), and identify the following individuals who will be called as expert witnesses in the trial of this matter.

    **1.**    **Dr. Jonathan L. Arden**, 333 Las Olas Way #1104, Fort Lauderdale, FL 33301 is a forensic pathologist.

    a. It is expected that Dr. Arden will offer his opinion testimony on the issue of the causal nexus between the assault on January 6, 2021 and the death of Officer Smith on January 15, 2021. The details of Dr. Arden's opinions are contained in his Declaration of August 13, 2021. Dr. Arden opines that there is a causal nexus between the assault on January 6, 2021, and the development of post-concussive syndrome, depression and resulting suicide.

    b. It is expected that Dr. Arden will render expert opinion testimony on any matter contained in his Declaration which is attached hereto and incorporated herein by reference.

    c. Dr. Arden's opinions will be offered to a reasonable degree of certainty or probability as a forensic pathologist.

    d. Dr. Arden's report and opinion may be supplemented based on additional information/documentation that may be obtained in discovery from the Defendants, as well as the review of the forensic video analysis of Grant Fredericks. In addition, Dr. Arden may supplement his report and findings based on any expert witness report from the Defendants.

    e. Dr. Arden will be compensated at the rate of $550.00 per hour. He has been paid an initial fee of $1,500.00.

    f. See attached Exhibit 1:

    -Dr. Arden's CV

    -Dr. Arden's Testimony Log

2. **Dr. Patrick Sheehan**, 7350 Van Dusen Road, Suite 240, Laurel, MD 20707 is a forensic psychiatrist.

    a. It is expected that Dr. Sheehan will offer his opinion testimony on the issue of the causal nexus between the assault on January 6, 2021 and the death of Officer Smith on January 15, 2021. The details of Dr. Sheehan's opinion are contained in his reports of July 12, 2021 and March 8, 2022. Dr. Sheehan opines that there is a causal nexus between the assault on January 6, 2021, and the development of post-concussive syndrome, depression and resulting suicide.

    b. It is expected that Dr. Sheehan will render expert opinion testimony on any matter contained in his reports which are attached hereto and incorporated herein by reference.

    c. Dr. Sheehan's opinions will be offered to a reasonable degree of certainty or probability as a psychiatrist.

    d. Dr. Sheehan's report and opinion may be supplemented based on additional information/documentation that may be obtained in discovery from the Defendants, as well as the review of the forensic video analysis of Grant Fredericks. In addition, Dr. Sheehan will supplement his report and findings based on any expert witness report from the Defendants.

    e. Dr. Sheehan will be compensated at the rate of $480 to $750 per hour. He has been paid an initial fee of $3,456.00.

    f. See attached Exhibit 2:

      -Dr. Sheehan's Reports of July 12, 2021 and March 8, 2022

      Dr. Sheehan's Fee Schedule

      -Dr. Sheehan's Testimony Log

      -Dr. Sheehan's CV.

3. **Grant Fredericks**, Forensic Video Solutions, 11001 East Coyote Rock Ln, Spokane Valley, WA  99206 (509) 467-3559 grant@forensicvideosolutions.com

    a. Mr. Fredericks is a Certified Forensic Video Analyst and 3D Scanning Specialist. A copy of his expert report is attached hereto (which includes his education, qualifications, certifications and background).

    b. It is expected that Mr. Fredericks will testify consistent with the findings and conclusions of his report dated July 6, 2022 and the Synchronized_Event_Tracking.pdf. which is attached hereto and incorporated by reference.

    c. Mr. Fredericks is expected to testify as to the video images captured on the BWC of Jeffrey Smith, as well as other on-scene video. Mr. Fredericks has been supplied video from

3

inside the US Capitol on January 6, 2021. Mr. Fredericks has analyzed and calibrated the video evidence in a detailed (frame-by-frame), synchronized and chronological format, to include the events involving Officer Smith and Defendants Kaufman and Taranto. Mr. Fredericks opines, *inter alia*, that Kaufman struck Jeffrey Smith at least two (2) times with a baton.

    d. Mr. Fredericks' opinions will be offered to a reasonable degree of certainty or probability as a forensic video analyst/expert.

    e. Mr. Fredericks' report and opinion may be supplemented based on additional information/documentation that may be obtained in discovery from the Defendants, as well as any additional video or other information that is supplied to him. In addition, Mr. Fredericks will supplement his report and findings based on any expert witness report from the Defendants.

    f. See Attached Exhibit 3:

-Forensic Video Analysis Report.

-Fee Schedule

-Curriculum Vitae & List of Cases.

4.    **Cheryl Hyder,** 10195 Main Street, Suite M, Fairfax, VA 22031 is a Certified Public Accountant with professional certifications that include financial forensics and valuation.

    a. Ms Hyder has a particular expertise in conducting analyses of complicated financial facts in litigation and reporting on her findings. A copy of her CV is attached. It is expected that Ms. Hyder will offer her opinion testimony as to the economic loss to the Plaintiffs resulting from Mr. Smith's death on January 14, 2021. Her opinions will be offered to a reasonable degree of certainty as an expert witness. It is expected that Ms. Hyder will offer economic loss calculations for multiple employment scenarios including, *inter alia*, whether Officer Smith received an early (disability) retirement, retired upon attaining 25 years of service, or deferred

his retirement past 25 years to a later date. Ms. Hyder's objective and unbiased opinions, and expected testimony, will be based on her knowledge, experience and training as a Certified Public Accountant and forensic accountant, and further informed by her review, inspection and analysis of information she requests and receives. She anticipates this will include, but not be limited to, receipt of documents pertaining to Officer Smith's employment and related matters such as personal income tax returns of Erin Smith and Jeffrey Smith; the MPD payroll and promotion schedule (and related documents); documents from Officer's Smith's personnel file (to include promotions and training, overtime log, performance evaluations, fringe benefits); and other items which she may request and are provided to her. Her opinions will also consider empirical data obtained through her relevant and independent research, and the content of her interview with Erin Smith, which has not yet been scheduled.

    b. Ms. Hyder has just been retained. She needs information on the Decedent's earnings and other specific information about his employment, household maintenance and other related matters, to calculate the economic loss sustained by the Plaintiffs.

    c. Ms. Hyder will be compensated at the rate of $100.00 to $450.00 per hour. She has been paid an initial fee of $20,000. A report from Ms. Hyder will be supplied.

    d. See Attached Exhibit 4:

    Curriculum Vitae (includes List of Cases).

    Fee Agreement

5. Plaintiff reserves the right to supplement this disclosure, to include calling any expert witness listed or identified by the Defendants in this matter.

          /s/ *Richard J. Link*
Richard J. Link, #443609
David P. Weber David P. Weber, #468260
Goodwin Weber PLLC
11115 Lake View Ln #1698
Berlin, MD 21811
(301) 850-7600
richard.link@goodinweberlaw.com
david.weber@goodwinweberlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing was electronically served, this 30th day of September, 2024, to:

Hughie Hunt, Esq. KEMET HUNT LAW GROUP, INC., 7845 Belle Point Drive Greenbelt, MD 20705   hhunt@kemethuntlaw.com


          /s/   Richard J. Link
          Richard J. Link