UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIN SMITH, et al. | * |
| Plaintiffs | * |
| v. | *   Case No. 21-CV-02170 |
| DAVID WALLS-KAUFMAN, et al | * |
| Defendants | * |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order, the Plaintiffs and Co-Defendant David Walls-Kaufman, by and through undersigned counsel, hereby provide the following update to the Court in this wrongful death action.

1. The Plaintiffs have filed the Rule 26(b) expert disclosure as of September 30, 2024.

2. The Plaintiffs have issued a Subpoena to the Metropolitan Police Department to obtain information/documentation needed by Plaintiffs' expert to calculate damages. The Subpoena is returnable October 30, 2024.

3. The Plaintiffs served Co-Defendant David Walls-Kaufman with Interrogatories and Requests for Production of Documents on August 26, 2024. The Defendant has requested an extension to respond due the recent death of counsel's mother.

4. Defendant Walls Kaufman has served Requests for Production of Documents and Interrogatories on Plaintiffs on 10/17/2024.

   /s/ *Richard J. Link*
Richard J. Link, #443609
David P. Weber David P. Weber, #468260
Goodwin Weber PLLC
11115 Lake View Ln #1698
Berlin, MD 21811
(301) 850-7600
richard.link@goodinweberlaw.com
david.weber@goodwinweberlaw.com
*Counsel for Plaintiff*


   /s/ *Hughie Hunt*
Hughie Hunt
Hughie Duvall Hunt, II  #486347
KEMET HUNT LAW GROUP, INC.
7845 Belle Point Drive
Greenbelt, MD 20705
301-982-0888
301-982-0889 (fax)
hhunt@kemethuntlaw.com
*Counsel for Co-Defendant David Walls-Kaufman*