**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

| | | |
|---|---|---|
| Erin Smith, et al | * | |
| Plaintiffs | * | |
| Vs. | * | Case No: **1:21-CV-02170 (FYP)** Judge |
| David Walls Kaufman, et al | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

1. All documents identified in your Answers to this party's Interrogatories.
**ANSWER: Submitted.**

2. All documents identified in your Answers to the Interrogatories of any other party.
**ANSWER: None**

3. All written reports of each person whom you expect to call as an expert witness at trial.
**ANSWER: See Plaintiff's Expert Witness Disclosure**

4. The most recent resume or curriculum vitae of each expert whom you expect to call as an expert witness at trial.
**ANSWER: See Plaintiff's Expert Witness Disclosure**

5. All notes, diagrams, photographs or other documents prepared or reviewed in connection with their assignment in this case by each person whom you expect to call as an expert witness at trial.
**ANSWER: See Plaintiff's Expert Witness Disclosure**

6. 6. All written or recorded statements of this party, or of any agent, representative, or employee of this party, concerning the subject matter of this action.
**ANSWER: None**

7. Any and all photographs of the scene of the occurrence, objects related to the occurrence or related to injuries or damages claimed by the Plaintiff.
**ANSWER: Submitted.**

8. Any and all diagrams or other graphic or pictorial representations of the scene of the occurrence, objects related to the occurrence, or the damages or injuries claimed by this Plaintiff.

**ANSWER:** None

9. All transcripts or recordings pertaining to this occurrence, including but not limited to criminal transcripts.

**ANSWER:** None

10. 10. Any video, audio or visual recordings, surveillance films or photographs that you have knowledge of or have possession concerning or relating to Jeffrey Smith in any way.

**ANSWER: Will Supplment, with lifting of Government Protective Order**

11. A copy of any films, pictures, photographs, or other graphic or pictorial representations referenced in your answers to interrogatories or the answers to interrogatories of any other party.

**ANSWER: Submitted**

12. A copy of any and all documents or other exhibits that the defendant intends to introduce into evidence at trial.

**ANSWER:** See All Documents Produced

13. If any video was taken of the incident at the time it happened by way of surveillance cameras, cell phone or otherwise, attach a copy of the videotape of said incident hereto.

**ANSWER:** None

14. Any and all documents that support your contention, if any, that Jeffrey Smith or anyone associated with Jeffrey Smith acted in such a manner as to start, escalate, cause, or contribute to the incident as mentioned at question number (7) of the interrogatories.

**ANSWER:** See All Documents Produced

15. Any and all documents that support your contention, if any, that a person not a party to this lawsuit acted in such a manner so as to escalate or cause the incident as mentioned at question number (8) of the interrogatories.

**ANSWER: See all Documents Produced**

16. Any and all documents that support your contention, if any, that the injuries and death as alleged m the Amended Complaint are not causally related to the occurrence.

**ANSWER:** See All Documents Produced

17. 17. With respect to any cell phone that you own, possess or control, provide the following:
    a) Any and all video taken on January 6, 2021.
    b) Any and all social media shared by you on January 6, 2021.
    c) Any and all text messages sent or received by you on January 6, 2021.
    d) Any and all telephone calls sent or received by you on January 6, 2021.
    e) Any and all data that pertains to any interaction with Jeffrey Smith on January 6, 2021and/or the occurrence described in the Amended Complaint.

**ANSWER: None, Cell phone Confiscated by FBI**

18. Please produce any and all video taken on January 6, 2021.
**ANSWER: None, Cell phone confiscated by FBI**

19. Please produce any and all social media shared by you on January 6, 2021.
**ANSWER: None.**

20. Please produce any and all text messages sent or received by you on January 6, 2021.
**ANSWER: Will supplement.**

21. Please produce any and all telephone calls sent or received by you on January 6, 2021.
**ANSWER: Will supplement.**

22. Please produce any and all data that pertains to any interaction with Jeffrey Smith on January 6, 2021and/or the occurrence described in the Amended Complaint.
**ANSWER: None.**

23. Any and all documents encompassing or referring to any communication between you and co-defendant Taylor Taranto.
**ANSWER: None.**

24. Any and all documents encompassing or referring to any communication between you and any third party related to the occurrence or to this lawsuit.
**ANSWER: Objection, privilege, without waiving said objection, None.**

Respectfully submitted,

**KEMET HUNT LAW GROUP, INC.**


/s/ Hughie D. Hunt
Hughie D. Hunt, Esq.
DC Bar # 486347
7845 Belle Point Drive
Greenbelt, MD 20770
(301) 982-0888
Attorney for Defendant, *David Walls Kaufman*
hhunt@kemethuntlaw.com