# The Theory of Everything

## The Auxetic Integrity of Thriving, Biology, Politics and the Social Psyche

Alternate Title:

## The Why and How of Human Events

By David Walls-Kaufman, DC

WALLS-KAUFMANN - 001

# Part 1: Where It All Begins

Chapter One: An Unbendable Methodology in Existence

The meaning and methodology of life begins at existence. If you do not exist you do not care. If you exist then, at each moment, you must continue to exist, and exist well enough to function, and breed. You must breed and have a lifespan longer than a shrimp unless you can figure all of life out in a day, and then hand off your notes on patterns to the next generation. We have a name for this. It is health. Without health, you do not exist, and nothing can be built on top. Without health you can focus on nothing else. Our meaning and purpose, and the Theory of Everything begins with health and thriving. *You were put here to thrive.* You were put here to thrive without cheating a single other person of *their* thriving, just like cells in the same body. Every part of your thriving is to cost them nothing; most importantly, you each thrive more the more you each thrive. Most of science and knowledge exists only to help us find out how we live better, how to make human existence more linear and predictable, more relevant to a life of understanding and a life that has value. We can find out every nuance about how life works now, today, by working backward from the consistency in human health and the innate reactions and expectations of all victims, and what we have pieced together about thriving over the centuries, in particular the last one. How existence is constructed makes more sense than anything else. We know this without analyzing the quantum world, and in fact the quantum construction of the leaves on the trees and the bricks in the house distracts us from the forest and the house, because the meaning and purpose of existence is shown in *every* part of their construct. It is there in plain view so that you do not need to solve the riddle of the smallest parts. It's in the brick, the mortar, the root, the fallen tree, what the grub does, what the angle of the door says. We know this because it can be shown that the optimal set point for the existence of us all cannot be improved upon. When we interpret, analyze and explain it there is simply nowhere else for it to "go" to be better. And the first part of it is

WALLS-KAUFMANN - 002

that every human is set up with the potential to thrive, and that the highest point of their life experience is tied into everyone else's.

This is the how and why of God, Nature, Life, Existence, the Universe, the Cosmos or Godness, or whatever else we want to think put us here, winding us up to set us in motion. If someone asks "What is Truth?" Truth is not in the eye of the beholder. The Truth is framed around what we just discussed, and then how best to use our abundant health. This two-part set point is the Mt. Everest, the Haley's Comet, of why we are here. Everything we value and respond to follows after this set-point, down the slopes or comet trail, down to the last penny. Our conscience and social kinematics are built on this perfect ready-made floor plan where a part of us *will not rest* until all of us have at least this guarantee of an opportunity to make the most of our lives. We can be stupid, we can make mistakes, we can be ignorant, we can make wrong choices—but even *this* bothers us because a tiny meter inside us knows that the "music" of the human race is "off." We seek this purity of tone because it strikes us as fair, it strikes us as right, and that this justice makes life better for us. This is the permanent gold standard of all that is. It as if something loves us all, and puts this garauantee into the very fabric of the universe, because it is in the very fabric of all of us. Something innate tells us that this is how we will find our most reward, satisfaction, fun and joy in this life.

The complete picture of this perfect grid, or operating system of life and existence, makes health and thriving more linear and predictable, and presumably *completely* linear and predictable except for accident and genius, or so predictable and linear that the leftover isn't worth arguing over. This underpinning of reality comes with a complete set of innate human ethics, a Canon of Human Ethics that are indirectly observable, that can be seen in the fallout of how we all respond to any adversity. Selye's discovery in 1935 that stress is the cause of disease did nothing to explain the Standard Model, of string theory, where many scientists want to begin any answer of everything, but Selye performed the greatest service to psychology, philosophy, ethics, religion, politics and the ontological question of meaning by proving that if there is stress then there is better

WALLS-KAUFMANN - 003

and worse.* For if there is "better and worse" then there may be an ideal, and if there is an ideal then there is only one,* and this is perfect, and there is no moral relativism, no moral equivalency, and no doubt. The hypothesis here is that there is then only one perfect way to achieve the greatest life experience in any human activity, even politics, and social welfare, and economics, and every alternative is less than perfect and therefore in some way an irritant, agitant, stress, accelerant, catalyst and push aiming us away from any suboptimal construct. The suboptimal experience naturally guides us toward the better existence for reasons of less stress, more safety and efficiency, and nobler productivity. This would correspond with any ideas on enlightenment and Utopia. *How* the quantum world holds this miracle in place is not answered here, and is not really important because of the apparent consistency in the perfection of the organization itself, and its unbendable internal mechanisms to constantly turn us toward the full and holistic respect of one another that ultimately always waits at the end of any transaction. In other words, why would anything with universal aptitude that is provably perfect—that possessed the innate capabilities to *arrive* at perfection, and *maintain* perfection, and then to steer *everything* that lives toward the realization of that perfection—allow itself to be changed? *How can this perfect model hang in space seemingly forever without degrading or collapsing from disuse atrophy, as anything else does in living system?* This is a description of the miracle in existence itself on top of the Standard Model that may *always* remain a mystery so that the monkey cannot tamper with the inner workings of flawlessness while he is waking up to the fact that he is maturing, and that his best life is to, as fully as he can, appreciate and imitate the perfection that is already here.

The hypothesis here is that both existence and life exist and "evolve" only to constantly exhibit, demonstrate and put to proof this never ending event of perfection, and its ascendance, like a high wire act that never falls. It is only ever "imperfect" on the margins of the envelope of its bounded instability. Life "evolves" to demonstrate to us that, no matter how fantastically complex the outer sculpture, the inner operating system remains eternally exquisite, and is only "imperfect" in how it presents us with limitations of matter, that make us have to care for the machine. So,

WALLS-KAUFMANN - 004

not just *disease* is caused by stress. *All* problems care caused by stress, by not knowing what the idea is, and not knowing how we need precise care and prevention. *Not knowing what the ideal is* allows us to unwittingly slip away from the ideal of our best life, our best life together. This is so because it is *that* perfect, and, as the pieces are intepreted and explained, we all agree that there is simply no other arrangement that makes sense, that would add up the same way. It would seem to be perfect enough on its face to be able to withstand the criticism that it is agency detection, or a search for simplicity. Epistemology will corroborate this directly or indirectly in every fact in human scale, and the methodology of how to never separate ourselves from this perfection has been coming into detailed focus from every branch of hard science for two hundred years. Health and thriving, inspiration, art and amusement, that lie at the center of the humanities, serve as additional corroboration of this concentric, processual model that has its roots in the work of Newton, Maxwell, Faraday, Einstein in their work on fields and Time, and finally string theory.

In brief, the human race is a genius machine. *Stress* is any impedance, any factor that promotes a departure from universal thriving, that interferes in any way with this endless, open-ended process toward surprise. Life, wherever it sparks, shows this property of evolving to the point to realize its greatest potential as a organism of creativity and genius. The toothpaste from the tube is to be wholly dedicated and tuned to this event, the great jazz riff of human genius—or else. Each molecule of toothpaste is to head in this direction just as every cell in the healthy jaguar is headed for its survival and breeding. This is the happy end for the jaguar, but for a human being, with the extra layer of imagination, creativity and genius, there is an added expectation, responsibility. The slightest deviation from this "responsibility," this peerless event, is ultimately the root cause of every personal or social problem. In this model itself lies the two-part definition of what is "healthy." It is the basis of social evolution and understanding. Thriving feeds genius and genius feeds thriving because they are more joyful than any alternative.

Just as Einstein theorized in relativity, that the speed of light is the speed limit of the universe is a "rule" or "property"of the universe that

WALLS-KAUFMANN - 005

cannot be changed, * it seems it is just as true that this moral orientation of everything around a biological perfect on the centerpoint of genius is also a founding property of existence. It seems the mystery of the Standard Model and string theory only lock this morality in place. It is an elliptical: We only have problems because we do not yet realize we are born perfect and everything here is already perfect, we only believe we and our world are imperfect because we have problems, and our problems and pain drive us to find answers in methods that would prove more perfect. In the end, none of our problems quite go away without fully honoring one another to do best what we are designed to do. How much more complete could our lives and existence be?

Then, of equal significance to Selye's discovery that stress is the cause of disease, is Selye's corollary that all non-traumatic behavior will kill, if it goes on uninterrupted—if it is not interrupted by cessation or the sleep cycle. *Every* influence, then, eventually becomes a cause of suffering and pain that pushes us toward our awakening. The fact that non-traumatic behaviors can make us shift to find healthier circumstances in response to some internal gearing is the neurobiological set point that is consistently reflected in history, ethics, politics, religion, behavior, psychology, relationships, wellbeing and choice. This model addresses everything beyond the cut point of the Standard Model because of how quantum factors seem to lift discovery, understanding, creativity, imagination and genius above all else and make them the center of our thriving. This model may very well bear on any matters beyond human scale since it would seem that anywhere *individuals* of any sort appear, they too would appear to be locked into a hierarchical social model based on this perfection as the foundation to do anything, since it seems individuals anywhere would benefit from strength in numbers, cooperation over conflict, and the harmonics of inspiration. If this is the case, the operating system might seem to be a property of existence itself, and the quantum could be expected to "go along with" this ideal wherever it travels, since—if it already exists independent of any other adverse influence—why would we ever expect anything inferior would ever change it?

WALLS-KAUFMANN - 006

For example, does prejudice or crime, which result only from tribalism, get in the way of fully opening the channel to human creativity? Do we expect that, in time, they have changed how the most important things to us are our thriving so that we can be even better creators? As another example, is welfare actually good for the life experience of the people we hope to help if the ultimate fixed point of human morality is to see *everyone* put their shoulder to the wheel of holistic creativity as much as they are able?* Welfare is the signature social construct of our age due to the influence of Progressivism and Marxism. How can programs designed to "help make life easier," that spend trillions of dollars, all with the best intentions, not really help spiritually, genetically and physiologically— unless there is a deeper modular integrity* on human thriving getting in the way that has as its capstone a purity around the creative event? If there is such a roadblock on humanity, are we wasting time and resources until we sketch out what this system is that may be waiting "in the wings" as a permanent feature of existence just as is the speed of light? If this hypothesis were true, then it would mean there is a permanent backstop in the universe that safeguards each one of us from the intrigues of every other person that would stop us from achieving the richest life experience. Welfare as we know it, as it is used now by some as a mechanism for democratic bribery, for *undermining* the welfare of us all, might cheat the life experience of all parties if the operating system were a biological intelligence that recognized the folly of putting cells on welfare. Those cells would be a dead spot. We would stunt their growth. Does any healthy body allow dead spots? How do dead spots happen? Is it from stress? The pattern of stress and damage might even show up in welfare where the universality of victim responses shows people on welfare do *not* thrive, *and* the taxpayer pays voluntarily into a system that cheats a fellow citizen of the birthright of their highest life experience. These norms on "health" may be a grid of vital expectations necessary to be met in full before the d'Artagnan ethic of all for one and one for all would open up to allow us any sort of Utopia or enlightened society.

If Selye's forgotten work suggests there is a grid of subconscious modular integrity that responds to better and worse, stress and benefit, in

WALLS-KAUFMANN - 007

psychology, behavior, ethics, spirituality, social policy and economics, do we know enough now to begin mapping it out especially with an eye to a complexity science, vitalist* perspective rather a mechanist,* with the fields of emergent order* and bounded instability* taking their place in the musical scale of string theory*? Bounded instability, emergent order, spontaneous self-order* and emergent outcomes squeeze together the great jazz riff of human imagination. If purest creativity is the centerpoint, is stress defined as *any* impediment? Each part could be expected to play its proper role, not as a serf or slave, but as much as they wish, and the more they do so the more safety, security, efficiency and productivity they might experience for more reward, satisfaction and fun than they can experience in any other alternative. If this were true, then human existence could be viewed as showing an unbendable centrifugal centripetal auxetic integrity wrapped around our highest holistic creative potential. By auxetic we mean a dynamic system that cannot be crushed or pulled apart by any force in scale with itself. Each part faces the same unbending expectations to play a constructive role in maintenance and creation. It appears that creation exists to give living things the chance to first appreciate that they are part of a perfect, but then to elevate their understanding in order to dip their fingers into the clay of themselves being creators. Only in this joy does each molecule vibrate most perfectly toward this end that is more open-ended than any other.

Essential to genius itself, *and* to our humanity, is the unexpected nature of genius. It appears that the Yin and Yang of existence is meant to be framed by the predictability, linearity and reliability of thriving in order to serve genius most powerfully, and the absolute unpredictability of genius. This would seem to be the case because the utter unpredictability of genius in all its forms means that we must appreciate the fact that *any one of us here* at any time can produce genius we might want, and consider valuable, and that might change *everything.* But at present, health and thriving are nowhere near linear and predictable given what we have accepted in our social facts on health, i.e. that health and disease are framed by the drugs-germs model. But the scientific world is actually teeming with findings and information in the new fields of *structural*

medicine, and the link between structure and precise body tuning, that hint that our body is a musical instrument needing to be precisely tuned, and that this complete structural integration acts in exact push-pull with the brain and nervous system, and the total integration of biological information coursing in fantastic layers of complexity through our body at all times. Here, we see emerging a system of fields and piezoelectric effects of informationa nuance that are staggering to behold—especially when we see *no forward movement* on these fronts advancing to more funding, more publication, more media and public awareness. In fact, at the heart of this remarkable new discussion lies the red headed stepchild of science called chiropractic. Chiropractic itself demonstrates how genius can be found *anywhere*, and how therefore a constantly open, inquiring mind is an essential part of being human and enjoying the highest life experience. Chiropractic alone has found the body-prism piece in biology and psychology where the *structure* of any living being is key to its complete function, even psychologically. The structure of humans can change their psychology and completely throw off the dialogue of any society trying to find its way forward to a more rational path. Structure determines the organism's own internal neural conversation on its wellbeing. If the promise of this new field holds up then it is no wonder the human race cannot move forward in any conversation on making health and thriving linear and predictable, psycho-biologically circular, around a fixed point. The concept is *impossible* without this piece of the puzzle, if true. The hole in "what is known" would be too great to connect the dots to make thriving-genius the cosmic axle. Structure appears to be the missing link: Structure and tuning mediate stress and benefit both inwardly and outwardly. Structure lies at the center of the continuum between death and thriving with the unique ability to "wipe the slate clear" on huge doses of toxic stress that is duplicate no other way. Without this structural tuning piece there is no way to arrange all the puzzle pieces to make human life whole—if to do so is possible in the first place—and there is no telling how long we will have to wait before we open our minds again to this structural component of human life, if true.

The concept of stress began with Walter B. Cannon in 1915*, and then Selye. Stress can be defined as any type of change that causes physical, chemical or psychological strain. But here we are describing "stress" as any challenge to our ideal. A challenge to the way we are supposed to be. A challenge to the way we find our own optimal life experience. A deviation from the innate auxetic tensegrity of the best way to think and live, including how to treat one another. *The stress response happens to us whether or not we admit the stress or are even aware of the stress or of the ideal.* Stress is the cost of living suboptimally. We are stressed *until* we make the full correction. Genes do not cause disease. Stress turns on those genes with the inability of the brain and nervous system to adapt to and recover from the challenge. Tau proteins, alterations in brain hemodynamics, brain firing, brain physiology, cortical thickness—these are not causes but rather effects from the trauma of splitting away from our limits of matter tied into the ideal way to spend our time here. This causes the shrinkage of the brain cortex. Frontal lobes and the temporal lobes of the brain actually shrink. This stress is well known to affect the entire spectrum of physiology *and* human social behavior.

So, are we ideally less crazy and mean than we think we are?

The stress cascade is well understood and ironclad from *all* stresses, *all* deviations, body, mind and spirit, even meaning and purpose. The brain shrinks and the amygdala (the survival brain) takes over and is now increasing in size, making the victim less rational and more emotional,* The brain can no longer handle this *endogenous* stress and becomes exhausted. This process can happen from one big chemical, physical or mental stress, or any little stresses in combination. The more we are stress damaged the more we act out in PTSD. We become more of a social risk. The cycle hastens toward an undeniable realization that *something* is wrong, and concrete solutions *must* be found because *everyone* is being harmed, directly or indirectly, since we are a social creature in tightly compacted social ecosystems. That feedback system in of itself is perfect then, for instruction. Numerous warning signs show up that society ignores or tries to medicate away, to cover these symptoms with medications instead of actually addressing the holistic cause. Currently, we medicate or therapize

rather than return to a baseline that is consonant with pure thriving, while the medication adds *more* stress to propel the cascade.

Brain stress warning signs include changes in personality and behavior, depression, anxiety, sleep issues, balance issues, postural issues that kill spinal cord and brain cells, high blood pressure, digestive issues, regular immune system issues, chronic pain problems that feed directly into cancer survival odds, psychological alterations, destructive ideation, criminality, psychosis, and higher risks for addictive behavior. These are all early signs that the cortex of your brain is starting to shut down from psychological, chemical and physical stress. This is when genetics start to determine how you will get sick and die. Will it be dementia, Parkinson's, MS, fibromyalgia, CFS, IBS, other autoimmune diseases, cancer, addiction, or any combination? Will the cortical alterations lead to stress "panics" on a societal level giving rise to aberrant political states? Speransky called this overwhelming of the system by stress the "ultimate paradoxical reflex,"* a breakdown of the central perfect reflex matrix so that, potentially, *everything* can go wrong. Society is a projection of the individual, writhing in mass psychosis from simple deviations from the internalized ideal. Our conscience and consciousness are the "sleeve" for this ideal, ensuring "garbage in, garbage out" or "perfection in, perfection out" with rather generous tolerances for near misses. *All* consequences appear to reflect the auxetic tensegrity in the system's requirements.

By auxetic tensegrity* we mean the incompressible modular integrity like water surface tension in a droplet of water, or in *any* living organism or ecosystem, and "field," by which that system maintains its optimal role contributing to the organization, the process, we have been discussing. As Heraclitus* said, the same man never steps into the same river because of the "processual" flow of both, and yet the operational integrity of the whole seems maintained because there is no higher place better to go. *Our innate expectations to see the perfect do not shrink.* We are blending the MCO (machine conception of organism)* with the SLC (stream of life conception of organism)* discussed by Bertalanffy*, Georges Cuvier*, J.B.S. Haldane*, Carl Woese*, Nicholson,* Dupré* and Dekker.* This "systems theory" of complexity science was developed specifically to address both our bias for

WALLS-KAUFMANN - 011

materialism, mechanism, separation, and over-specialization and plodding compartmentalization where specialists were unaware of complimentary ideas in other fields, as Dekker observes,* and to try to encourage a more meta-conscious, birds-eye-view perspective for the sake of giving different branches of science hints and tie-ins about their data and assumptions. The hypothesis here is that what Bertalanffy, Meadows* and complexity theory are missing is that not only is *every* ecosystem and *everything* that exists interwoven, layered or concentric, and in flow, but that everything about them is directed at the same seamless moral directive. The center point will not move. The eternal ethical message can be roughly translated as stated above: All things created find their highest expression in themselves being more purely creative. This conclusion arises both from action and even non-action. It may be that the "pathway" open to *all* living things great or small, and that, in time, over billions of years, they may *all* develop the capacity to realize this end. Even if they don't, the option is always open to them, just as with us. Any attack on you, as a citizen, in *your* creative process, is a crime, a disruption, in one of three ways: Either your *person,* your *property*, or the *information* you need to be realized is interfered with. Often, information interference is the most damaging. It is here that evil stakes its reputation and influence. While we should be careful about our very human desire to try to find simplicity,* to try to reduce all of life down to any simple formula, or to cover the most explanation with the fewest concepts, or to impose a pattern of simplicity where none fits, this unified theory seems sound so far because a) nothing is possible without life and health, and b) genius *is* more open-ended fun than anything else, and c) the pattern emerges eventually in *every* tribe in service to their own survival and advancement. This pattern suggests itself as the universal definition of innocence and guilt. It highlights the central importance of, First, Do No Harm and then Thriving For All which seem like the natural starting point for any take on enlightenment and Utopia. *Never* harm the tribe's (the human organism) ability to find the truth and to raise its quality of life by better understanding.

The life force is always an emerging, extruding preternatural event that *cannot* be contained. As an extension of this, our genius and drive to

find understanding and a higher quality of life also *cannot* be contained, *should* not be contained, and yet this is what psychosis, and bad leadership *always* attempt to do. It is our highest calling. This is why, in time, we realize we cannot stand them, and they are always losing friends, *especially* with education about the terrible things they do. This is what turns the crank of history. Bad leaders and bad ideas getting in the way of an event that will not stop, that should not stop, that cannot be stopped, because its key feature is its absolute unpredictability.

We can force ourselves to be poetical about this influence that layers and braids each part to lows together into the paint-by-numbers stress:benefit, risk:benefit ratios, and interpret what they are saying. They are saying "Harm to none, thriving for all, to create the optimal platform for genius." It is our serial pursuit of these new advantages, insights and experiences that is the prime mover. This peerless event is how we value *anything*, down to the last penny. We are free to participate in this stream however much we wish to, but how much or little you are paid is how much you contribute. Society has a very good judge of what value is, just as you know what to value in your life and just as you will not pay a million dollars to someone selling dental floss. Deviation is stress and injury, while returning to the fold is benefit and healing, depending on how much damage you have sustained in leaving. There is no choice, only ignorance of the fact. We are "healed" in order to return to the most rewarding, flawless process imaginable. All creatures, for their own good, are evolving toward this safer, more rewarding state of being.

Any deviation from this state within the tribe is a "crime." Any forced deviation from outside the tribe is "war." If some faction inside the tribe pretends to be of the same tribe only to hide a sneak attack to take over, the more they take society off course, using addiction to scramble and confuse society into not knowing top from bottom, the more this will lead to civil war because of the deviation, as more people wake up to what's going on with their loss of health. This is "revolution." Both the individual and society are wronged the more there is disruption. Everything is subordinate for good reason. The pursuit is as spiritual as it is material, since *everything* leads to more wisdom, even every mistake. We have the blessing of failure

because of our orientation. Primitive, Neanderthal, multi-tribal states of thinking prove themselves to be less efficient. What emerges is the idea of one tribe made of multiple sub-tribes that "compete" and rational selflessness or selfishness boil down to the same thing. Rational selfishness and selflessness, positive and negative rights, fuse into the same choice, just as mechanism and complexity do, materialism and spirituality, *always* leading to more of the best that existence has to offer. Our motivation for reaching this highest life experience is that all of our problems melt away. The closer we get the fewer problems we have. It is always more in our interest to do less harm to others, and the added incentive is the positive feedback loop into genius that makes each of us an indirect beneficiary. And there appears to be a concrete, reliable methodology for doing all of this that is the step-by-step certainty of the operating system. We might back away from this hypothesis at this point to say that it is weighted away from skepticism with agency and simplicity, but Nature often hides the best secrets in plain sight so that we *do* waste less time fooling ourselves. And what existence, again, will be more rewarding, satisfying and fun than the one with genius as prime adventurer?

We will analyze, as a logic experiment, and by process of removal, through a string of prima facia self-explanatory reasons, what are the moral essentials of thriving beginning in chapter fourteen. The disussion of chiropractic will provide the research that lays out the point on the key importance of the "structural component" to thriving. Polls today show that nearly eighty percent of us believe society is failing in the West.* Would a thriving society look like this—with runaway trillions in debt, rising stress and unhappiness, bank failures, forced vaccine compliance based on the belief that *your* bad health can bring down *my* good health, and all our money paid in taxes seemingly only making *more* Left-Right conflict, while elites receive *less* media scrutiny, yet winning *more* elections, as if the majority of voters will keep believing that elites being above the law and charges of corruption is the final destination of smart society? Debt is a sure sign of weakness, confusion and disease. Society today is a runaway autoimmune disease. Does a healthy body have "societal" problems, corruption, debt, addiction, poverty, welfare or hate? Are any

WALLS-KAUFMANN - 014

cells cheated? Which cells are community organizers that stir up trouble against society just so that elite sociopaths can take over? Who is on welfare in a small tribe? Is there an elite that discounts the value of lesser parts? Who gets an indefinite free ride among hunter gatherers besides the scary witch lady in the last hut? An argument could be made that society and the body are different things and cannot be expected to operate the same way. The hypothesis here is that, in fact, the operating system is identical for each, and the same stresses and benefits apply exactly to both.

Let us define "perfect." Perfect here means what we think it does. That which solves all problems that itself causes no side effects and further feeds forward toward perpetual thriving like a perpetual motion machine, lifting the system toward fewer problems. Perfect is that which you cannot do better than. We are functionally perfect as proven at least by the fact that not a single one of us can think of how we could improve how our health works except to wish that we could enjoy *more* thriving and health for *longer*, and that we had *no* limits of matter, as if we were gods. But realizing this perfect also seems to be a central point to our existence. If we were omnipotent then there would be no consequences and no point in learning anything, and we would likely appreciate *nothing,* or savor everything that much less. When everyone is rich no one is rich. When everyone is poor no one is poor. Realizing this perfect is central to its appreciation. Realizing that there just is no possible way to make the potential of our lives any better than it already is the most important part of our awakening. We could call this then an Appreciation Theory, to add to Game Theory* as explanations of what happens to us whenever we act. We *think* this world is imperfect, even horrible, because we have problems.

Life is tough when you only have a dim idea of what the boundaries, the rules, are as in "Thou Shalt not Commit Murder." But how do you not kill when the only way you know to survive, to eat, is to kill? Each day half the world survives by eating the other half, figuratively. Being born without parents the way we are, who know these rules, we are left to our own devices in a world of brutal pop-bumpers as trauma and stress squeeze us through the consequences of our actions, perhaps like vaginal birth, toward the lessons we must learn to reduce stress. Trial by fire. The

school of hard knocks. We kill each other until we realize life is so much better when we don't. It is the trauma of this "birth" that wakes us up. We hate this world because it gives pain, pain moves us to learn how to defeat it. We then teach the lesson with the appropriate verve to our children so that they are less likely to make the same mistakes of free will in being sloppy and careless—which they will still do anyway because they are *our* children, and they will be curious about deviating from the ideal by sticking their hand in the fire. To be born enlightened and fully realized would be to be born flatlined in a way. We would miss the thrill of figuring it our for ourselves. Even if enlightenment was lain in our laps we would *still* test the completeness because it is still not as convenient as doing nothing. With each mistake, the human animal learns to waste less time with endeavors that serve no purpose other than to teach you that you are slowing yourself down. You *could* be using your time constructively to improve everyone's life *at every moment*. These "health" problems come with a "best practices" roadmap that is so reliable it could be added to the *AMA Guides to Permanent Impairment.** Herbert Spencer's concept of "survival of the fittest" is an extension of this center point. The person ignorant of the perfect can do tremendous damage very quickly. Stress wounds accumulate like deadweight, like flaws inside the gem, like bends in the prism, like hole's in the spaceman suit, until the organism is more dead than vital, falling, going crazy, and we expire. The balance between perfect and imperfect is just like one bowling ball displacing another, with all hell breaking loose the more one takes over.

Not only Cannon's and Selye's work helps here in understanding the human relationship to stress and what enlightenment is. Another invaluable contribution to a better understanding of human need comes from the military-like enforcement of philanthropy in Marxism, the dominant 20th century concept on enlightenment itself.* This version of enlightenment is so simple that it attracts unusual loyalty, only more so in a world where some of us believe we are making insufficient progress toward the good. Marxism and derivatives have been tried in twenty-seven nations and counting, on diverse cultures and peoples with various measures of success that are quite surprising considering the ruthlessness

WALLS-KAUFMANN - 016

of the Left's intention to "help" and wipe out human imperfection even at the end of the barrel of a gun.* The fact that this threat against any of us doing anything "wrong" shows little success in outcomes might suggest that this take is in some way "artificial," or not as holistic as Marxist authors believe. The consistent failure of our charity throughout history also provides invaluable clues. Like Fleming with his moldy Petrie dish*— should we toss all of the frustration between Left and Right into the bin? In a perfect system, every input is here for instruction.

By any common understanding of enlightenment, any influence that authentically delivers enlightenment is going to settle all arguments and validate itself with results by all measures, like a healthier lifestyle.* In every measure, that which is "enlightened" should deliver physiological outcomes as complete as what is called "thriving" in every scientific field dealing with wellbeing. Every neurophysiological proof could be expected to turn on more predictably, and immediately—and *healthier*—than any alternative policy or influence. The result will be inarguable in every detail except if we point to some stray, transient detail like the temporary euphoria of a drug addict folding to their curse. But this is short term cherry picking and in no way holistic. There may be a compression phase, or adjustment phase, at first, like the cars of a train starting in motion, as seen when people get sore after first beginning their workout routine, or soreness after a chiropractic procedure. But is any serious person going to argue that this means the whole program should be shut down? We see these short term benefits in the use of performance enhancing steroids, for example. No one can argue the short term results, but a violation has taken place and the consequences of that break are inescapable as they go on. Problem is, we *will* hear these arguments against the holistic, often from authorities, because not all authorities and people are good. Some are downright evil. The Unified Theory gives us the specific details to know what they will say and how they will argue to cheat us of what we should be, and how we should live together. In short, they argue for addiction and emotion. For states of mind that are willing to accept the cherry-picked, short term, non-holistic data that feedback into social discontent until we let them go. This just proves that the perfect is nonduplicable.

WALLS-KAUFMANN - 017

How this magic happens is of secondary importance to that it is. How, for example, is a slice of bread perfectly digested *every* time? Is it so important to pick apart the *how* when the *why* gives you all that you want in life anyway, and you can ride it, like a surfer, to whatever destination genius leads to in our lifetime? In Full Health, somehow, everything seems to take care of itself. The scope of "Health" turns out to be large enough to encompass all of human events. From Selye and the Soviets, we know that better and worse exist, but does an ideal exist? In Utopia, no one has a rational argument against any part of state policy because there is none worth having. All needs are fulfilled as best they can be. Marxism, at its worst, has sometimes collapsed of its own philanthropic weight because of the defeat of the citizens in the face of being so aggressively helped. Ideas of Marxism and Progressivism attract unusual loyalty expressly because they are the most aggressive intentions to fix the world's imperfections* and help the Have Nots. Whitaker Chambers points out that this is the single unifying element of the ideology worldwide.* The single identifying mark of Marxism all over the world is the belief by Marxists that they are morally and intellectually superior to anyone else when it comes to issues of global policy, and how to manage human events. Socialist self belief is so strong that Leftist failure makes the Left insist that true Marxism has never been tried.* The "failures" are the result of impure embodiments, they say. Much of the problems the Have Nots face is their health problems, we should note. Marxism *has* failed to resolve all issues, like anything else, as has the more liberal West because it has missed the mark not so much on what causes stress, but what exactly accounts for the benefits that would offset the stresses. Scientists marvel at how life evolves.* Immunologist Lauren Sompayrac says our immune system provides us with "powerful defense," and has spent millions of years "evolving" to that level. This is not quite right. Instead, it seems, life and existence come perfect enough out of the box at least to always let breeding take place, or else every species would have snuffed out. Instead, in fact, at the highest levels of health and thriving, our immune system imitates life and existence to crush *every* adversity into thriving, to limit bounded instability, so that the healthier we are the healthier we will be in an open-ended feedback loop

WALLS-KAUFMANN - 018

equal to any attack in human scale. The inanimate rises perfectly in support of the animate with the creation of ferments percolating into a fermentation field that produces the space station of atmosphere and ocean, when the asteroid comes into the right distance from a sun so that photons create Carbon 14 in Oxygen, Nitrogen, Hydrogen, Carbon, Sulfur and Phosphorus. From here, the mass of all ecosystems move inexorably as one toward the single realization about the value and fun of creation. This journey, this flow, this exhibition, is flawed in only two ways—1) accident, and 2) organisms must kill one another to survive. But this brutal dog-eat-dog reality appears only to be the case for primitive organisms trapped by their limited understanding of energy transfer, i.e. you must kill to eat, to obtain energy. We could call this Phase One existence. Creatures might evolve to be able to explore beyond this dog-eat-dog brutality to realize the value of cooperation over conflict, of civil society, of volunteerism and education first and force second, unlike the Marxists believe. This might open the door to a Phase Two of realizations, discoveries, qualities and tones of life that the barbarian lone hunter will never be able to access. This "truth" might always be here, and creatures must only evolve to where they can begin to see the self-evident superior value, at which point they need only change their minds about how to live. The self-evident pattern that seems to recur in everything from food to materialism, even exercise and alignment is that More Is Less is traded in for Less Is More. Still, if this is obvious, if the process presents no flaw, why do we fight it?

Because of this unity, all great thought reinforces great thought. Are footnotes and endnotes really necessary in describing original thought on a unified theory since at each stage any unified theory must do what life and health do—take *all* adversarial events, facts, arguments, inclinations, opinions and germs and crush them into a readily identifiable rationale of why and method? Nothing escapes existence. The only contradiction to the flow is human choice. We are the only thing that *truly* can swim against the current, temporarily. Lao Tzu said "The Tao is all." But Lao Tzu loathed materialism.* However, our materialism helps *make* genius. *We could not answer the riddle between body structure and brain without x-ray.* Nietzsche famously said, "That which does not kill me makes me stronger." This is

not true; this *always* depends on our level of health. The stronger we are the more our body turns lead into gold, per Maslow and Nietzsche. At Half Health and less, a puff of breeze can knock us over. At present, since we all but ignore holism, we have not assembled a comprehensive test for Full Health, which *must* include our structure, which necessitates x-ray. Likewise, at some point early on any unified theory worth the name must make itself so obvious that any part can be explained on a level of 7th grade education, since at that age we are becoming adult enough that we can recognize the rough outlines of disaster and avoid them, i.e. the irrationality of psychosis and ignorance of facts that will try to seduce *you* into also ignoring the facts. A unified theory must on some level be so plain as to be understood by anyone on any level, and provable from any angle, any discipline—if life and existence are indeed unified for one credible purpose of value to all, in human scale, if not beyond, writ large enough so that even people in the back can see. If this is so, then eventually *everything* that is known should come together for the second tier of evidence, evidence synthesis—where every fact directly or indirectly assembles in unification specific to a field, relative to all other fields. Any unified theory must be relevant to what we all want, i.e. survival, health, offspring, and any advantages beyond, with a doable methodology as the roadmap. If the entirety of human mind and existence refract around the fixed point of wellbeing, then the gravitational force of the synthesis of all ideas should probably stand on its own without footnotes and endnotes from other thinkers making different arguments. And lastly, the theory must probably prove its worth by asking that no one be harmed, and everyone benefitted, and showing how this is done. There are only three ways to see the universe: a) the universe is a horrible ghastly mess and nothing makes sense, b) the universe is 50-50 and makes some sense and has some good stuff like sunsets and kittens, and c) the universe makes *total* sense and is thoroughly geared to our enlightenment and realization. My own personal prejudice in this last point comes from the belief that anything less would probably not be a fully rounded operation, given our own innate social and moral expectations, with room for growth. I believe your prejudice is the same as mine because it only makes sense that it is so if the truth is big

WALLS-KAUFMANN - 020

enough to be bigger than anything else. It appears everything that is evil lobbies for the end of some human enemy. Enlightenment asks only for the end of psychosis through a purity of mind and a finality of moral education. Yes, the purity of mind is a discipline you must maintain, like any social restraint, but it is eternally in your interest to do so, and best of all it is not that hard, and becomes easier with education. It only makes sense that society and the individual have the capacity to grasp this whole. Every well done study will back up these conclusions. How we weight the power and value of any study is by how well it sheds light on a better way to exist. Our orientation to this completeness is so basic that it is how we measure insanity and rationality. Insanity is self-destructive. Destructive of what? —Any part of body, mind, spirit, social or economic wellbeing or that which we value.

Energetic debaters have started with quantum theory as a good place to begin a unified theory, or the argument that there is no perfect and no central theme to human existence. This has made sense since no one before has thought *this* world makes complete sense, and that there is a simple means of solving all problems. Many authorities like the quantum world since it remains such a mysterious frontier, and because, they think, everything starts from there, from the bricks that make the wall. But the operating system that made the bricks makes the bricks no more connected to the system than any other part of the wall, or the wall overall. Pick up the thread from any part and you can find the whole. All roads lead to Rome, all roads lead to mediocrity—without the centerpiece of thriving. Also, in the conceit of intellect, they know it takes great brain power to delve into the quantum, and so there is a high degree of probability to keep the knowledge exclusive so that the little people are put in the position again to have to take the word of the elite. "The research tells us that you must continue to agree to be my serf." In part, this ego and bias reflects our age: An over-emphasis on the material and the elitist rather than the consciousness and populism behind it. Skeptics who will argue against this idea that the operating system of existence is perfect can draw only from four proofs: 1) accident, 2) Phase One dog-eat-dog psychosis, 3) all the consequences of splitting from the perfect, and 4) death.

WALLS-KAUFMANN - 021

The quantum world seems to behave like a world on roller skates compared with the Newtonian world, but this fact is probably only in place to stop the monkey from tampering with the great machinery that best guarantees the monkey's own safety while he learns about himself and the existentialism of a higher order of both purpose and energy transfer. Despite all the slippery roller skating, the quantum world at some point faithfully refracts into the Newtonian world like a child's pop-up book to assure progress, thriving and knowledge in the reliable way we know, and the wisdom of jumping out of the way of buses. We can have all the arguments we want about existentialism and dialectical materialism. After all, if nihilism is real, and we cannot rely upon our senses and reason, then nothing necessarily makes sense, and there is no reliable existential path, and no point in taking another step toward understanding anything, and no point in arguing that the many are *not* the chattel of the few, or that slavery and serfdom *are* inefficient in the chase for genius. Existence would be absurdly tragic if it behaved any other way than how it does, as many depressive personalities, and elites, would like to have us believe, so that they, the lone hunters, can take advantage of our primitiveness and ignorance while it lasts to encourage us to accept slavery and serfdom for some. *Every argument against the complete autonomy of the individual is a front for the tribe of the few to rule the many without compassion, potentially.* While the few always want to rule *us*, they will never agree to the inverse where we rule *them* without compassion however we see fit.

Life keeps evolving to up the ante on our disbelief as we watch the inverse zoological pyramid continue to slowly spin on its tip *while no power on earth can make it fall.* We evolve *for* the same purpose of realization to escape Phase One, Column A dog-eat-dog, Man's Inhumanity to Man, to enter Phase Two, Column B emancipated brotherhood as the optimal vessel of creation. Everywhere Life touches down it appears to lock onto this moral grid of populist versus elitist. The chambermaid will only see the selfish idiocy of her governess as unfair and unwise the more it is so. The Double Slit Experiments of Thomas Young in 1801,* proved the amazing wave/particle duality of reality that Richard Feynman said cannot be explained in any classical way.* This is the padlock on the universe

WALLS-KAUFMANN - 022

showing us that we are checkmated against any grift to alter the reality of Life's three-part lesson that dictates even to the psychotic lone hunter how we always get more if we play by the rules of universal civil rights. The rules are: Less is more, all have value, and serendipity.

But all of this begs the question: If the world is so perfect why does evil exist? Why is there antagonism, radicalism, criminality, psychosis and viciousness? In part, they are a health problem. But this is not explanation enough. *We need antagonism to move us forward.* Life is so good at Half Health that we would stay there forever, like animals—unless we had problems. Psychosis is like the lone hunter *who does not care about other people*. The less one cares about others the more they are a sociopath lone hunter. We might also say that the less one cares about the scientific perfect the more they are a psychotic. How could this exist in a perfect world? For example, does Marxism use bigotry, supremacy, viciousness, psychosis and the diminishment of their political enemies to get rid of bigotry, supremacy, psychosis and the diminishment of others? My own life is a testimony that they do. They will take the best and make them the worst, systematically. The Left says it uses these tools because the other side uses them. But if your enemies are truly subhuman—why not just educate on enlightenment and against prejudice rather than teach a perpetuation of the primitive cycle? Isn't this another cycle of tribalism versus tribalism? You hit me I hit you? It could go on forever like the Hatfield and McCoy feud until the waste and risks make us think there might be a better way to live. How do we know who's right in their idea about enlightenment, Right or Left or any other comers? The West has learned to be liberal and listen first and punish second. It is evolving toward the enlightened scientific idea that the only thing really wrong with the perfect world is not people, but psychosis. Psychosis is that irritant-stimulant that refuses to acknowledge the perfect and that is dead set, by design, to ignore it, and destroy it. *If psychosis is not dead set on destroying the perfect then it will fail, and fail to be the stimulant-irritant needle in the leg needed to wake us up from Half Health.* This is the perfect system versus the perfect enemy. Psychosis is also the offset of the unpredictability of genius that makes us all have potential value. By this

we mean, if people are always able to be expunged of their psychosis, they all have value. Which way do *you* think the script is written?

The Marxist tribe tells us that evil is defined by those who oppose them in their mission to rid the world of its problems. They are engaged in a desperate, grim war to save the human race from itself, from evil, from ignorance—from those who do harm. In its frustration to do good, Marxism is savage because we are *still* imperfect, they believe. But does real enlightenment require savagery, psychosis, diminishing or killing anyone if, presumably, enlightenment is the most beautiful, self-explanatory argument human ears will ever hear? Marxism further tells us by its actions that our world is so imperfect and horrible that we must consign ourselves to a military-like authority under a tribe of elites while they purge us of our greed, selfishness, materialism, disinformation, psychosis and viciousness that create "capitalism" that blocks the Have Nots from getting their fair share. After the Marxist elites purge us of our savagery, *then* they will put aside savagery, and we will emerge on the halcyon plane of Utopia, and the elite will surrender power and we will all be cleansed and equal. All problems, that are reasonable to expect to vanish, will vanish. . . . But what stops us from realizing this obvious end now?

By contrast, there is the vitalist, complexity hypothesis that extends from all the West has synthesized about what we know. It posits that *everything* that exists, including all disease, pain and evil, are here only for instruction because life is *so good as it is* that otherwise, without problems, *we would never think that existence is perfect or could be made significantly better than it is.* Evil and suffering *have* to be as bad as they need to be to get the job done. This would seem essential when appreciation is the key to life. Then, we ride like a surfer wherever we will go. The denial of viciousness and violent purging are unnecessary in the hearing of a better proposal. Plug and play. Change your mind about what is here and what your job is because then bread gets digested perfectly every time. All criminal or unethical actions are *already* offensive to our innate sensibilities inside our own tribe since we subconsciously know how easily anything bad can be turned around and done to *us*. We all implant ourselves in our tribe

WALLS-KAUFMANN - 024

precisely to *avoid* these risks. We *already* know how damaging crime is to the goals of the tribe. Any political or social split from the ideal eventually fails because it works for fewer and fewer people, by design, and because the "solution" only appeals to the worst of their nature, which is already offensive to us. As they act like addicts who always track down more power, money and sex for themselves by any means necessary, even the addiction of all the rest of us. There is nothing more offensive, and real education only makes it more clear why.

We can use Selye and the Soviets—and the West—to explore what the details of the ideal might be for the first time with the advantage of pieces coming together more recently in scientific literature. All methods may be more or less equal for *sustaining* and Half Health, but not all methods are equal for thriving and Full Health. Fully rounded thriving requires fully rounded perfection. By now, the science of thriving has pointed up a few focus principles or pure antidotes that defy the old axiom of "everything in moderation" that need to be broken up by the sleep cycle. Essential to this package is how to treat one another to interfere least in the great jazz riff of optimal creativity. *How do we coax the best of us from one another?* Creatures of free will can make any choice they wish, but any clash with the flow cuts back on the creativity of your times, of which you are a beneficiary. The vitalist school is forgotten today since early vitalist ideas were discredited with Bechamp's and Pasteur's experiments that disproved spontaneous generation, i.e. the idea that life arrives magically out of nothingness rather than from two parents.* However, who made the parents? —Life still *does* seem to arrive magically out of nothingness no matter how you slice it since the "dead" minerals of Carbon, Nitrogen, Sulfur, Oxygen, Hydrogen and Phosphorus stimulate one another to create slime and albumin to build the Man's Inhumanity to Man rambunction we see today. It appears the "magic" of consciousness* builds all of this. Each part comes with its own internal "guidebook" of stress versus benefit and limits of matter befitting its place. Each layer stops things like The Big Mac Diet, The Couch Potato Exercise Program and dog-eat-dog tribal prejudice from being optimal.

The big difference between the mechanist school and complexity science is that the former thinks of living things as rather clumsy, imperfect

WALLS-KAUFMANN - 025

machines made out of meat that are haltingly, imperfectly evolving just for the hell of it, with consciousness being a curiosity, almost a throwaway item in a sea of pain and loss. Agency, existentialism, dialectic materialism, noumena, phenomena, or Kant's transcendental idealism etc., are all nibbling at the edges of this consistency on the idea of what is most fun. First, Do No Harm and Less is More materialize the instant consciousness comes on line in any "thing," as the durable "pilot" in the cockpit that locks that piece into the flow. Nothing can knock this off its axis. The angled sides of the funnel are pre-determined. The "tragedy" is not realizing how easy cure and prevention are, and how prevention is the basis of all. But it begins with the brutal education of a creature that has no parent. Education is the head start. The owner of an old beater treats their car very differently than the owner of a beautiful new car. The owner of the raggedy clunker doesn't care what he bangs into. But the owner of the pristine new car drives *very* differently, living and dying over that first scratch. If everyone in the world realized they were born with a pristine car, we all live life very differently. If we understand that we have one shot at *real* perfection we, and our parents, would approach life very differently, even though we and the system are tough as nails. We would prevent every day to fortify us against damage, and we would maintain structural tuning and seek the repair of structural tuning at the instant of any possibility of splitting from Less is More. The best part is that, because the system is perfect, *we are not fragile.* But when we have no idea what's going on we bang into all sorts of things and pile up big damage all too quickly.

We are an infant or sub-adult growing through natural phases into something unimaginably splendid. Creatures *cannot* be born adult because they would never fully realize and appreciate. This river, this cyclone, of time and space carries along each grain, crushing *all* adversity into place. When any part is wounded by deviating, appropriate resources are sourced to healthfully crush this damaged part back on line in service, so that there is as little drag as possible—the drag being stress, a sub-optimal fulfillment of one's role, a sub-optimal life experience. Man's Inhumanity to Man is a circular firing squad and a waste of time where an elite convince us to go against the tide. The trickiest, most dangerous tribe of all is always the

elites at the top of any tribe using our primitive reflexes of tribal belonging to diminish the civil rights essential to being.

Nothing is without purpose, or amiss, as many have said, from Plato and Aristotle, to Saul Alinsky* and Lenin, radical and conservative. We *are* to judge one another, and we *do* judge one another, by how well we conform to this great sweep. Even our entrance to this amusement park ride is miraculous: First, it is free admission. Second, it happens at the end of the urge for procreation and orgasm—both of which are quite hard to resist, unless there is serious stress damage to the organism. Once born, our lives are a series of self-inflicted gun shot wounds that lower the flight path of the bird, trimming off lifespan, until we die of horrible illness and confusion many decades before our full lifespan of 150 years.* Smoking Kools and pot takes off 20 years. The Big Mac Diet takes off 10. Ignorant inter-tribal "political" abuse takes off 5. Not flossing takes off 3. Chronic pain takes 7. Elite tribalism crushing dissent takes 10. Pharma-centric life takes 10. Obesity takes off 30. A crooked neck can take up to 150. A freedom fighter battling psychotic elites adds 2. . . . Vitalism and complexity science open the door to something totally anathema to the ideal business models of the Pharma and Wall Street hegemon that now completely controls Western society through a bribery industrial complex, and a government willing to sell national policy to the highest bidder. This is massive corruption that Thomas Szazs calls pharmacracy,* and John Ehrenreich calls the medical industrial complex.* This bribery industrial complex stands willing to prevent us from seeing the final realization of the autonomous citizen of Western civilization that both Left and Right dream about, who work as much or as little as they want and do not begrudge the reward of anyone who authentically raises quality of life. This ideal ethical core lies at the heart of any tribe's behavior until one day we realize our tribes are better off if we simply enlarge the team. Our existence is as if a Great Conductor plucked us up out of our tribal sleep and stuck us on a train without any explanation or patience for our crotchety, lazy personality, the conductor knowing that the self-explanatory advantages of any great journey, especially this one, the perfect one, will eventually educate us and shut us up to be model travelers. All tribes honor and

WALLS-KAUFMANN - 027

respect this same moral template in order to avoid risky social friction, the social friction coefficient. We don't dare treat fellow insiders to bad conduct, but it is as if our frustrations mount so that we only too easily shortchange *outsiders*. These universal "courtesies" for insiders forestall friction and enemy-making. Hurting people in our *own* tribe makes enemies and destabilizes matters so that our tribe cannot fulfill its purpose —even if its purpose is to conquer other tribes, like Marxism. Marxism tells us that these *other* tribes who are not our moral or intellectual equal are the problem. *They* make the world less than what it should be.

Human beings may have all sorts of inferiority complexes, but when we join a group we always tend to think our *group* is the best, most enlightened group in the world. If we *don't* think so, and we think another group is more enlightened, we will join that better group, and be bigoted and supremacist about it and ourselves. This is our Noble Center and our Holistic Assumption about ourselves and our tribe. We can imprint on any tribe and think it superior if we are lacking the center pole of thriving and the harmonics of genius. As far as we lazily tend to be concerned, no group is better than our own. Any egoistic shortcomings we may feel for ourselves as a person are often compensated for by our identity with a tribe we deem superior, or wiser, than others. This is the core of subversion, where an invading force convinces people inside the tribe that the older generation of the tribe are backward and primitive, and morally and intellectually inferior. The Left, for example, is the most supremacist group that has ever lived, if we judge from its body count of 106M people dead for opposing it since 1917. The Left identifies itself across racial, national and cultural lines by its belief in its own superiority for wanting to help the Have Nots mostly by material means, by giving stuff for free to any citizen willing to take it. The Left thinks that no other group equals it for wisdom in politics, leadership and humanism. From its perch, the Left tells itself that *if we can just get rid of these other groups the world would be much better, and maybe perfect.* Tajfel has said our tribe gives us identity and self-esteem.* But when those among us are at their worst, their obsession with money, power and sex—whatever floats their boat—will make them think of the "tribe" of their opponents almost as food. The lone hunter in them is too

base to realize or care that we are all imprinted with the same template for ethics and mission from Phase Two existence, and who therefore see no sense in why *they* should be cheated of their potential, of *their* universal civil rights, to feed the addictions of the disrupters.

Unfortunately, the ego and desire of the lone hunter and the ease of feeling we are superior is as addictive as any other addiction. We humans are attracted to ease and pleasure. Both are highly addictive. The syndrome of addiction is the most destructive pattern we face because it alone makes us willing to ignore all facts on holistic wellbeing. More than anything else the syndrome of addiction pulls us away from the peerless event. At its best, tribalism is lazy thinking. At its worst, tribalism is the handmaiden of psychosis, the perfect doppelgänger of the scientific ideal. John Haidt*, Jeremy Bentham*, William Whewell*, E. O. Wilson*, Henri Tajfel* to name a few, have taken up this question of innate ethics, tribalism, insider-outsider, and ontology, and the Ionian Enchantment and the Ionian Fallacy that refer to the idea of consilience, of ontology, the idea that all of existence revolves around a fixed point that makes beautiful sense. The study of morality and the reasons why anything exists is philosophy and ethics. Many have hoped to identify such a principle, and many, as we pointed out earlier, have said to do so is impossible. Part of the problem has been that philosophy and ethics have been unable to pin themselves to anything tangible enough to even call themselves a science.* To repeat, this theory suggests that we enter this discussion through the concepts of thriving, stress and benefit, and how innocence and guilt are determined universally by the good of the tribe. If you go this far, the conclusion is unavoidable. Human psychophysiology wraps itself entirely around the peerless event of the created becoming a creator. Through that lens consilience or ontology emerge. It is formulaic through the mathematics of auxetic integrity. The more you compress the center the more resistive power you meet, while the opposite action reciprocates equally. Then there is Kidlin's Law—If you can write the problem or answer down clearly the problem is halfway solved, meaning the unification and civilization of the world for a higher purpose.* The only resistance will come from psychosis, the universal trouble-maker, shit-starter, naysayer, but psychosis will be forced to self-

WALLS-KAUFMANN - 029

identify, and if there is enough education this action is self-defeating. *Psychosis must always hide itself*. It can only succeed by hiding itself and denying it is what it is.

The basis of psychotic operations is to convince us that *our* team is wisest or superior to others in making the world a better place, and that to advance humankind we must kill the enemy. From behind this egoistic and lazy bias psychosis works its black magic. But actually the opposite is true: The only thing needed to be eradicated from this world is psychosis, the impurity, the impedance. However, in Phase One dog-eat-dog world, we may be unrealized enough to want to wipe out the other team simply because then our tribe has *more* materially, with no thought as to how genius opens the door to *far* more of what we want in that the wildebeast can now grow their own grass. This is a perfectly understandable animal instinct, but it is inexcusably ignorant from a human standpoint. It detracts from our enlightened self-interest as much as we implement it. We are also lazy about pulling up the stakes of belief and identity once we have made up our mind that we are on the right tribal submarine because it is easier not to, and it also can be difficult to deal with the guilt of being wrong, especially the more morally important is the issue at hand. It is a tribal submarine because of how insulated it can be. Sociologists point out how kinship, reciprocity, and sexual relationships form the universal core of all ethical systems, even those of primates.* All of this is true—because *all* of us have a connection to what is universally advantageous in strength in numbers and in cooperation over conflict leading to obvious risk:reward, stress:benefit ratios. But, again, creativity is the ultimate expression of existence. Creativity is the ultimate expression of creation. This ideal is the single item in existence that defies Murphy's Law, long term: *What can go wrong, will go wrong.* Our highest state of being cannot rationally be confused with anything else since this is the only super-validated state that serves as the jumping off point for everything else. We might conclude then that human existence revolves in binary bounded instability between the ideal perfect that *always* works perfectly, and that which is the consummate Stark Trek anti-matter black hole *opposite* of the perfect that *never* does anything right, and only exists to destroy thriving, life and existence, to

WALLS-KAUFMANN - 030

create the pain, contrast, conflict, competition and comparison without which learning, realization and appreciation are impossible. Every great story must have a hero and villain, and the perfect versus the anti-perfect in psychopathy* is ours.

This hypothesis is obvious if we dare to believe that the world makes sense. Aristotle approached some questions of existence by going through *why* before *how.** This approach can lead to mistakes. John Barrow calls this mistake the search for simplicity* that dates back to the first telling of myths. This is our innate desire for efficiency to explain the most with the least. While our desire for simplicity and one explanation may be a human weakness or failing, the urge also has merit for conservation of energy and safety, and learnability, whenever true. Any sure way of reducing stress, indecision and dead weight by way of simplicity and one-word answers is always beneficial. After all, if we assume or believe that we human beings *should* have access to answers, and that the world is more beautiful *with* good answers, and progressively more beautiful the more answers are true and lead to good things for more people, then it is worthwhile to try to simplify matters as long as any such picture hangs together. It would seem to be a self-proof of validity the more any such answers portrayed a picture where our answers for the highest life experience were universal, democratic, readily available, inexpensive, internalized and unlocked from low-cost inside-out practices in our being good to ourselves and to others, rather than these precious gems of thriving being the exclusive commodity of the intellectual elite that they could sell or withhold for selfish purposes of more gratuitous sex, power, money and ego. If we also saw the case that *all* human beings would have value if they are educated in the superior value of Phase Two existence, where sex, money, power and ego could be enjoyed but kept in check within holistic counts, then does that vitalist bias nudge us to accept a one-word answer if it seems to describe a remarkably humane silence, ontology, and Theory of Everything? *We all already believe the world is better off if we take better care of one another at least in our own tribe.* The d'Artagnan ethic has no flaw. Human beings seek to know the *how* in the hope of changing reality for their convenience, to make existence more linear and predictable, to make it easier, to bend it to our pleasure. But our

WALLS-KAUFMANN - 031

highest pleasures are found in meditation, in belonging, in achievement of the worthwhile. All of this comes back to the same thing, and sex and orgasm are an essential piece that keeps the wheel turning. But once we better understand the flawless *why*, and we see how surprisingly easily thriving is actually achieved through amazingly liberal parameters that are framed by hormetic benefit, then we realize that the *how* will never grant the hoped-for hall pass for scrambling what already perfectly guards us from one another, and from the urges of the lone hunter that still exist in too many of us because of our youth. At that point, the *how* becomes almost irrelevant except for academic interest, like how our body digests toast. It is a study of another part of the magic of spontaneous generation that yields perfection *every time*. The mechanics of the operating system appear rooted in consciousness that *looks* like an impenetrable mystery, and will probably remain so, like the ultimate *how* existence became, and continues to be, what it is. All of it is a rallying of purity around the genius of creation that seems to be born out of nothingness. Yet it always perpetuates itself toward the unsurpassalbe life experience for all, *with dream on top*.

# PART 2: The Keystone—The Open Mind

Chapter Two: The Opposite of Stress

There is no debate about the dangers of stress. But what about what lies on the other end? A consistent part of the methodology of thriving, of avoiding stress as much as possible, of never doing harm, is a basis point to make life linear and predictable except for accident and genius. Between the bookends of accident and genius everything would be known and understood. Lacking any understanding of how to break the old axiom is central to failing to find the unified theory, or unified methodology. Again, psychosis and lazy sociology are blocking us from seeing what is already in

the medical literature, clinical literature, history and self-evident examples of four open-ended positives that sustain the open-ended positive pursuit of genius. These focus principles are each "perfect" themselves, in how they remain open conduits to thriving and cure at any dose. They are mutual limiting factors on the best life. They create an optimal tuning, optimal harmony. Each piece is one of our essential, most potent antidotes, preventatives, guides, vitamins and restoratives on how to live and think our best. They are each an essential nutrient and vitamin, and one category is the Canon of Ethics, how to treat to conduit all of us to the highest thriving and fidelity to the peerless event. How hard can all of this be if we are already well-practiced in it with our tribal neighbors?

Our major stumbling block is our tribal supremacy. Our lazy, go-along-to-get-along propensity to follow along with "our" tribe that can be captured and manipulated by the form of tribalism that is by far the most dangerous and insidious of all: The tribe of our elites. This happens when our elite, our "superiors," our leaders, pill-roll themselves into their *own* tribe where they tend to discount us as inferiors and outsiders and people who do not matter when they pursue their own money, sex, power and ego. *We pay the price for them losing self-control.* By design, nothing is more offensive to us. Nothing makes a worse minority. Because of human tribal nature, and the perfect imperfect nature of psychosis, this is a constant battle. We can never rest. As an example, Democrats, especially because of the Marxist influence, will believe they are superior in their view of how to improve the world by giving stuff away for free, and rank and file Democrats will tend to lazily forget that their own worst enemy tends to be their elite running off with their own ego. This primitive tribalism up top, where psychopaths link arms, is the most dangerous tribalism, the most dangerous threat, we face. Aberrant elitism is the most important crank that has turned history. Elites running amok for money, power, sex and ego to make a hash of those below. *Fight my wars for me. Go hate the other guy and forget what I'm doing.* We are engaged in this unending cycle of *their* addictions because of our natural tribal inclinations to imprint and stay joined for the sake of ease and security. This is a terrific instinct when holistically applied. Like anything else, it's for shit when not.

WALLS-KAUFMANN - 033

To stay on top, our elite tend to compete against our own genius, and our realization that they are growing lazy, complacent, entitled and corrupt. Our elite is an establishment built on old genius that tends to war against new genius that would displace it. Our primitive tribalism was essential for survival during our dog-eat-dog adolescence in a Phase One Neanderthal period where enemies lurked behind every rock, and where we were right to be suspicious of strangers to take time to survey these outsiders and make sure they were "on our side" before we dropped our guard. Out of habit, and for efficiency, we tend to fall asleep on the actions and intentions of our own elite. Our tribalism is the entire thrust of psyops and propaganda. Division and control. Put us on different teams. All of it is impedance to the one great good, the unequaled adventure. The different sides will eventually see that they are better off streamlining into one event that never interferes with its own creativity, no matter who is made obsolete, or who's ox is being gored. This ego, or lack of ego, is the key to the human struggle. This is social justice, or not. History is our course correction after this one unsurpassable ideal.

The medical and clinical literature since even before the Popular Health Movement* is clear about the scientific and anecdotal evidence on how we do best to stay well naturally and holistically—yet we cannot seem to push past the Pharma status quo that categorically kills off the most important facts on understanding thriving and emancipation from impedance. Without health, nothing can be built on top. Pharma and all its paid-for stringers have proven through the traumatic vaccine program, AIDS, Fentanyl, and most recently Covid, that they are intent to interfere wherever they can to keep us trapped in a conceptual box that does not admit that we are masters of our own lives with little need of their products. Instead, Pharma acts like bad elites always do. They stress us, confuse us, prey on our fears, and keep us stupid to turn us in circles to pay for things that actually make us worse and make us buy more product. This sin against fellow tribesmen shocks us—except we must realize that they do not consider us their equals and in the same tribe. *To them, we are outsiders.* Drugs and germs are the icon rather than impedance and deviation. Stringers and guards for a grotesquely corrupt system are more

WALLS-KAUFMANN - 034

easily paid and bribed from the titanic fortunes built on the old genius of drugs and germs, while germs, more recent genius finds out, play an essential role in maintaining our biome. Germs are *not* the problem. We die within hours without germs.* Our body lives in symbiosis with germs as we do with farm animals. Stress upsets the apple cart and germs break out and go wild. Rebooting our brain with brain-first healthcare puts our brain and immune system out front again in Full Health so that we do not need drugs that are themselves serious stress. Pharma's old, toxic, artificial methods come from outside-in, and top-down, and completely ignore the ground-up, inside-out Life Well-Lived rooted in consciousness and the realized citizen and society. Instead, in aberration, we are *made* to fear, and kept in Half Health, so that we gladly keep paying impossible sums for "cures" that consistently come up short of achieving Full Health, and the best life. The US economy is $16T. The medical industrial complex (MIC) share of that is $4T. Four trillion is a big stack of money with which to pay confused people and bad people on top to help hide the facts of The Life Well-Lived, especially when all of us are still raised to think that miracle drugs and surgeries will be our magic carpet past Half Health to cure all illness. Given this basic ignorance about drugs-germs versus The Life Well-Lived, guards, politicians, media, fact checkers, state and federal agencies and police become socially willing to collude in what Michael Schellenberger calls the censorship industrial complex. For tribalism, and ignorance, they will help wipe out the information and conversation on what we need to know. Our elite, our establishment, has repeated the same sin of history, against the ascent of man, to built an obscenely profitable institution on the myth, the lie, that thriving and freedom from problems is a mystery and hard to come by, and that our lives in this world are fragile, and our purpose and meaning are unknown, and our world cannot be appreciably improved without *them.* In that sort of world, traumatic vaccines and drugs become the "dead end" for the virus, as per Anthony Fauci.* When in fact the only "dead end" to any problem is Full Health in the Life Well-Lived. The healthier we are the healthier we will be. Only thriving begets more thriving, with even mild toxicity feeding the cycle. *How is our life not the most generous proposition imaginable?* Our being trash

WALLS-KAUFMANN - 035

compacts *all* adversity into *more* genius, at Full Health. This is why psychosis always attacks information. The less anyone cares about others, and information, the more they are psychotic. It is probably doubtless true to say that our realization to Full Health and maximum genius is impossible without psychopathy. Whether we call it conversive thinking, dissociative thinking or ponerogenesis,* it ties into Speransky's ultimate paradoxical reflex. The translation is: *It can't get any worse.*

Aside from psychosis, there is also just plain old irrationality and stupidity. Just because the operating system is perfect doesn't mean there aren't stupid people and plain old irrationality, where we will *see and experience* the facts that solve our problem—but *choose* to look past these facts to *stay* sick and confused. Some of this is the going-along-to-get-along with the "social facts" of our tribe being more important to us. Galileo experienced this when Vatican officials refused to look into his telescope to prove they could see mountains on the moon. The world was stuck on Newton's physics even after Maxwell so that we could have realized Einstien's theory of relativity by 1861. In short, we will often never take issue with our tribe, even at considerable cost. Being social, or respecting tribal elders, is often more important than truth. The crime is acceptable as long as it doesn't cost us all too much. "Social facts"* are fallacies any tribe believes for convenience rather than face the ego-bruise of how wrong we were. We see this all the time, everywhere. We are *all* capable of this flaw. But no one is worse than the political Left—those who would hurt others to give free stuff to the poor with the idea that free stuff helps the poor, or anyone else. When challenged, the Left becomes so viciously agitated because, by challenging them, we force them to reconsider their moral choice to align with the Left on the issue of making life easier for those people under stress, in hopes this will help. To the Left, who are people who *joined* the Left to help the world in a drastic way, this challenge of their identity as the "helpers," the philanthropists, of the world, is the worst challenge they can be forced into. Many on the Left feel so intellectually and morally superior to the rest of us that they will *kill* for the Left, and now they risk the possibility that they could be proven *wrong*? No, thank you. *I would rather kill you than face that truth about myself. I am not open to*

WALLS-KAUFMANN - 036

*information along this line of reasoning.* Many of us, if it could be proven that we helped kill and harm innocent people for nothing, might be tempted to refuse to hear any such argument.

This tendency is called protective closed-mindedness.* It is all ego, or corruption. It may be that tribes can only move so far so fast toward the ideal. But our stupidity—thank God—does not change the ideal. It waits, untouched by disuse atrophy. All facts are tilted downhill toward that which protects us all from predation. The template is reinforced by the innate expectations and reactions of every sane person. But we *had* to evolve through this primitive tribal phase or appreciation would come to nothing, would mean nothing. As we evolve, our early tribal identity and protectiveness, so necessary for early survival, become, after three thousand years of Western civilization, our greatest impediments. How long will it take the human race to become rational enough to get out of our own way? This fiasco is especially ironic since no tribe allows prejudice among its own, and so we are well practiced in the discipline of the open mind within our group. The Flynn Effect shows that, for a variety of probably causes, human IQ is rising over time.* We are clearly smarter, more rational and selfless than our Astrolopythicus ancestors. But will this trend continue? And would psycopaths ever be obsessed with themselves enough to try to kill off the rise of our intelligence? *Of course they would.* This is what psychosis in the mind of a human being does. And will our rise of intelligence ever be enough to get us all to universally see the value of enlightenment as a species? The objective thinking in the rise of Western civilization has surely helped our ability to reason. But our lifespan was also steadily rising until 2014.* Now that the popularity of Leftism is convincing us to turn our back on the anti-tribalism of Western civilization, with the rise of Leftist tribalism, where are we headed? Will we require another 30,000 or 60,000 years to get past our tribal prejudices when the advantage of doing so stares us in the face today?

But in the perfect operating system every cloud has a silver lining: Our tribalism, our stupidity, our mistakes, make us take a stand. We make our choices based not just on evidence, but on social hierarchical proofs based on the person's wealth, credentials, reputation and acceptance by the

elite. For example, a Harvard lawyer, tops in his class, and a chiropractor, the red-headed step child of science, both tell the world they have discovered the unified theory. Which are you going to believe? Who is going to get the book deal and the international promotion tour? Again, *social* factors, not evidence. We get lazy on evidence and do what is popular. This is a logical fallacy called "citing to authority." Our *authorities* tell us something is true, therefore we believe it. Our resistance-to-reason mechanism might exist for the same reason that the wound phenomenon in our body exists: It helps make the lesson stick. It is also evidence of the resistance of a field. Any field has an integrity and it does not want to yield; it gives but won't break, like a plastic bag yielding to influence. If everything is made of electromagnetism, and EM always functions as fields, then psychology probably works like fields too. Every time we suffer a wound, the rim around the wound initially dumps acid and chemical markers *that make the wound worse* before it starts getting better. This mechanism seems preposterous because it is self-destructive. However, it acts like a rebound, or an extra push, into the negative to attract more resources, more effort, more wake up, more negative consequences, more pain, more attention—more lesson. It acts like the genie in the bottle who grants our wish, but asks: "Are you *sure* this is what you wish, Effendi?" Without this assist toward clarity and commitment that lulls us out of our sleep any lesson about Half Health is that much more difficult to learn, if not impossible. Call this defense of the perfect confirmation bias, but this curious kickback on self-destruction is taken here as further evidence that our operating system is perfect with all dials turned to maximum so that we realize the perfect ASAP.

In order to keep up the arguement that the operating system of existence is purely perfect, then this means that the germ or cancer of irrationality and psychosis is the only thing making us make any bad choices we make over anything—marriages, politics, denying we stole the cookie, losing our temper for poor excuses, sticking by our elites despite their vulnerabilities, prejudice, murder, ruin, oppression, diminishment of the people we feel morally and intellectually superior to. Just because the operating system beneath your feet is perfect does not mean *you* make

WALLS-KAUFMANN - 038

perfect choices every time. And while the operating system is *trying* to make you do the right holistic thing, you *can* overpower it and make the choice that wounds the holistic and satisfies your growing addiction to money, power, sex or ego. The pattern defies all logic, and will lock in dose-dependent consequences, our failings are so persistent that we should question just how rational we really are, as yet. Again, we are more rational and tribal than Australopithecus, but our social blinkers and weakness put us miles from being truly open minded and evidence-based universal citizens, who's *attachments* to the charming uniqueness of their tribe do not motivate us to actually *injure* people from other tribes, and disrupt the field of optimal genius. Greed, selfishness, materialism, position, ego, primitive tribal identity, habit, lazy or unethical convenience are all examples of temptations that, conceivably, all but the best, most rational, most disciplined, most morally educated, among us are immune from being persuaded by. Hopefully, the right choice is easier when we see the mechanism of morality and how it actually costs us personally, however small the dose. Anywhere it appears, however much it appears, it leads to a split from perfect pitch, a de-tuning, that is stress damage. This wild card of anti-perfect, irrationality and temptation *always* exists to spice up our life, to herd us forward. The mechanism is immovable because existence would not be perfect if it wasn't. But, again, in for a penny in for a pound: If the world was perfect in 50% of locations, or 70%, do we really think it isn't perfect in *all* locations? And no unified theory on human existence can ignore this devilish curiosity called irrationality that can surface anywhere in human life, at anytime, over anything, in anyone, to screw up our lives, i.e. to keep us stumbling proportionately into pain and problems that are only solved by a higher key in purity of purpose.

  Two tribes today tend to be more prejudicial than others because of their highly aggressive supremacy. One kills those who interfere with God's message, as they see it, and the other kills those whom they believe harm the Have Nots, as they see it. Let's look again at five benefits this theory argues are so powerful that they offset all stresses in human scale in both prevention and cure, and therefore establish a methodology consistently tied into thriving that no alternative can reproduce. These

would protect the "field" of our consciousness so that we are never punctured, or make the best repair, so that we do not age 2x to 3x faster the way we do now at Half Health. In other words, at Full Health, we should look and function at 150 as if we are 90, like 30 into our 60s and 70s. This would make us even more capable and experienced helpers of genius. All of the combined expertise of the medical world seems only to be able to tell us to "eat right, lose weight and exercise," i.e. the age-old axiom. This is not all the fault of our doctors and nurses, whom we love, and by and large are really trying to help us as best they know how. But they are the product of their times and their tribes and they did not educate themselves. Their authorities taught them. They were educated by Pharma, effectively, as pointed out by Thomas Sasz, and so many others, and by our social hierarchy that lives by the drug-germ model rather than the stress-benefit model.

Data continually indicate a handful of focus principles that defy the old axiom and that plug in like the intuitive deduction Mendeleev* used to fill out his Periodic Table after he had a dream about the elements re-aligning themselves: We know certain things to be true about benefits—the better the cure the more purely it will *not* prove stressful, and the best of them cannot violate First, Do No Harm or the perfect in any way. Because in genius, and invention, we will find new and better ways of First, Do No Harm long term because of the slant of the table. Because all of this is true, then the more perfect benefit for thriving will be the safest methodology around: The most benefit, the least harm. In fact, ideally, it should be *all* benefit, *zero* harm. These are the ones we really like, if we can find them .The more stressful something is the more dangerous it is. However much we admire our own superficial cultural and historic differences, like language, food, customs and clothing, underneath these interesting superficial differences, we appear operationally the same, as it seems God, Nature, Life, Existence, the Universe, Cosmos, or Godness made only one operating system to make realization that much easier. Again, *every* tribe believes its own people have value for the success of the group. As Maslow pointed out,* the more we thrive the more we think of nobler deeds. We are wired to seek what is better, as if we thought perfection is attainable, oddly.

WALLS-KAUFMANN - 040

Or at least a solution to today's problem. Well-done evidence *always* tells us what is better, oddly. *Why would this be in a world of randomness?* You and I, on both the Left and Right, believe that leaders should help find and spread holistic answers that unlock this greatest life experience for all, even if this virtue costs the elite something, and likewise costs everyone involved a little something materially, which it might—and this is the Less is More constant touched on earlier. Every deviation makes an enemy who was cheated of their most holistic life experience who will wait outside your hut, figuratively. This is the risk:benefit, risk:reward ratio closing the ouroborus circle, so that everything reminds you of the perfect. But with the complete unpredictability of genius—*you might sacrifice something material short term for genius and gain more materially from the alternative long term anyway*. This is the serendipity in First, Do No Harm and Less is More. You might *not* get any material benefit, but at least you won't do holistic harm that no one will tolerate.

Our worst problem today is how pyshosis has run amok and our education, media, entertainment, politics and information are all captured by a censorship industrial complex that exists not to inform us, but instead to propagandize us, disinform us, and insulate our establishment elite behind trigger words and trigger concepts that rain down on any whistleblowers or opposition. Our passions are *always* directed away from what they are doing, and why. Our social amygdala is primed to make a significant shift in our brain, to *damage* our own brain, away from reason in the forebrain, to emotion in the amygdala, from reason in the left brain, to emotion in the right brain,* all for one purpose—to let the elite escape the naturalist, populist meritocracy of genius that will gore any ox, including that of the elite, and move it aside because it has now been made obsolete in terms of standing in the way of human progress.

Any stress makes this shift from more rational to more emotional. Hence the interesting findings of Calhoun with population stress and his "behavioral sink." The stress-damaged mammalian brain loses the ability to process more complex rational thought and makes up the difference by shifting to more emotional thought.* *Any* stress, any deviation, will do the trick, and is therefore a tool to be used by those so psychotically twisted as

to think so little of the rest of us. Would they protect themselves by stressing society by any means necessary? —Even by ruining our quality of life, while denying they are doing so to our *face*, to piss us off and stress us out more, pissing in our face and making us call it rain—since this logical conflit *itself* is a potent stress. The goal of all propaganda and psyops is to stress us, to divide us, away from efficient unity around the event. Any democracy would subject the elite to the same meritocracy the rest of us face—are they helping us holistically raise our QOL, no matter who's ox is being gored. After all, even if we remained divided in national "tribes," wouldn't we still be better off if these "tribes" engaged in more-friendly-than-not creative competition to raise quality of life rather than wars based on the failure to see our common kinship in genius? This is the Mayer Lansky Principle. In 1929, Lansky gathered the heads of the national mobs and pointed out how much money they all lost when they were at war. Why not remain at peace and get rich? He proposed "The Syndicate" to negotiate all disagreements and keep the peace.* This is a simple efficiency principle. Unless we honestly believe that people in that other tribe *will never have a worthwhile idea, or could never help advance a good idea even if they could be educated to be decent people?* We only hurt tribal outsiders, as when the Mafioso finds out his old pal from the neighborhood ratted him out to the FBI, and turns him out of the tribe *in his own mind* before he kills him.

We assume our tribal elites are in the same tribe as us. But what if their motives are not holistic? We could do a lot of pointless damage doing what they say. The awakening toward this embalance of power, and elites manipulating the lower classes, *is* Western civilization. This efficiency has been emerging through Sinai*, the Greek Miracle, the birth of philosophy in East and West, Rome, Christianity, the British Miracle, the American Miracle, Progressivism, and other contributory streams where reason first started showing itself, according to the Greeks, who took these lessons from those cultures, dating back to Egypt, Babylon, Arabia. This "progress" has seen little resistance except from the elite through history because this better system only lowers impedance, and basically was not resisted by any group until Marxism, in the middle of the 19th century, when Marxism arose when it became impatient with the progress of Western civilization.

WALLS-KAUFMANN - 042

This tribal divide between elite and populist is the oldest, most costly division in history, as noted by Plato, although he said the divide was between rich and poor.* xxx

The blacks, the Jews, the Republicans, Democrats, the Trump voters, the MAGA Republicans, the deplorables, the infidels, the gun owners, they *all* have potential value in this flow. Even if you are a genius and they are not— how can you be sure if you are a genius when you sit on an island alone? With no one to compare yourself to. With no audience. None of this takes force or coercion, theft or murder, because the idea and purpose behind it are so well thought out that there simply is no other argument to make. It covers all bases and makes every promise real except that you may not be the world's greatest genius. But if you aren't you still get a wonderful participation trophy, and you get to buy all of that genius you can afford based on how much *you* have raised the quality of life of the world. Less lone hunter barbarism opens into More humanism. And we are a social creature so that more piling on begets more conformity to that which is open ended. My son proudly told me one day that he was learning all about bigotry in school. "Good," I said. "What is the one thing wrong with being a bigot?" I coached him when he hesitated: "There's only one thing wrong. . . . What is it?" The only thing wrong with being a bigot, I answered, is that you never know when you will cheat yourself of something wonderful. And so it is with any of life's rules: Less deviation, better result. Being a bigot, a supremacist, a tribalist, a lone hunter, a person with a closed mind—you cheat yourself because of life's unexplainable, open-ended characteristic of serendipity that protects each and everyone of us from one another. And it isn't just what you lose today, it is everything we all losedown chain, since the human race is clearly built as a genius machine.

So, what are the five factors that are each open-ended and each seem to reflect the perfection around us? All of social welfare and charity are built on this question. This is the essence of the Left-Right divide. How do we tweak ourselves so that thriving streams easily, cheaply, endlessly, from inside out, so that we can skip all the nonsense from crooked salesmen and primitive tribalism? How do we coax the best from one another so that we

participate at our voluntary maximum? This is what the Left has said they are focused on and what our trillions in tax money and energy are turned toward. We keep throwing money at the problem, and anyone who gets in the way of massive government retail therapy is called a racist, a Fascist, an "anti-vaxxer," a thug who wants to end democracy as we know it. But as Hemingway said in *For Whom the Bell Tolls,* we knew they weren't really Fascists; its just what we called them.* But we *love* feeling superior to others. Its our favorite pastime. Tribalism *is* racism, bigotry, supremacy, exclusion and diminishment. This is where the real fun of Man's Inhumanity to Man begins, when the elite lead the help class on spectacular panty raids. The populist must *always* keep the elite in check lest their egos carry them away. *Always* stay armed against the elite, until the day comes when they can prove a long track record of controlling their ego and materialism when genius comes crashing up from underneath no matter who gets in the way.

Whether we believe in God or a higher power or not we all admit that there is interconnection everywhere. In the ecosystem of the farm pond, the river, the watershed, the atmosphere, global warming, the earth's atmosphere, the village, the family, the clan, the city, the community, the race, the nation, the culture, we do not question our own favorite examples of connection. The only place we doubt this ecosystem interconnectivity is in tit-for-tat, push-pull exactitudes when the lone hunter in us rationalizes hurting other people, like psychopaths hurting normal people. Here, we think we can get away with our prejudice. Our prejudice is good prejudice. Our prejudice does not matter, or leave a mark. They *deserve* it, or the world is better off making them pay for their crimes—or we believe that there is no immediate ecosystem glue ironclad enough to tie us to them so that *we* are hit with the door on our way out. And there clearly isn't. Or we will time out by dying before the world turns. All of this is true. The stress clearly isn't big enough to catch up with us as we run down the street from the scene of the crime of smashing the skull of the MAGA Republican, while we do social justice for 1619. We think we have outrun the cost, or we have done Justice. There may be an "air gap" between each of our skulls as

WALLS-KAUFMANN - 044

citizens, but this "separation" exists between *all* particles or waves of the universe, as magnification proves, and this gap makes no difference in how any such organ or ecosystem works completely together, eventually. It is thought now that this "air gap" is actually filled with dark matter and dark energy so that there is no empty space at all after all.* This is wishful thinking on our part about the "air gap" and getting away with murder, theft and violent propaganda in order to serve enlightenment that is very popular now because we want to deny that wealth and success are tied to genius in raising quality of life. The fury of Marxism for the past wrongs of the West is like the 10th floor being mad at the first floor, when the 10th floor would never be what it is without the first. Or the person who loves music more than anything else in the world being furious with the people who first discovered music because they did not discover music two weeks earlier. Every success rests on a mountain of mistakes. We are *incapable* of learning without contrast, competition, conflict and comparison. We cannot look at the mountain of mistakes ex post facto and decide which one did not contribute to the success. To learn, it *has* to hurt. It *has* to cost. There *has* to be hard knocks and self-damage or the lesson never sticks and we do it all over again because we think it only hurts other people. As the Chinese say, "It is one hundred times better to see if for yourself than to hear about it from others." Our existence now in Half Health is not as good as our future life in Full Health. This reality is a closed kinetic system, like a farm pond, like marbles in a set, where everything we do and think refracts back off the side of the pond to equally affect the psychophysiological integrity of each particle in the stream. Their only defense is how healthy they are. Their Full Health is attached to compliance with the perfect. According to this hypothesis, we would collectively *always* get our holistic just deserts despite all lag times, which are inevitable given inertia, resistance and the different "materials" consciousness wraps itself in—unless the criminal dies of other deviations before they land.

We tend to think of our genius as a whimsical, separated, gaslit entity that flits here and there almost like a vapor, that it is unreliable, flimsy, inconsistent, risky, dangerous, uncertain, cantankerous, fickle, as bad as it is good. But this is to look at it too up close, and too fragmented. Our genius

WALLS-KAUFMANN - 045

is a collective force as unstoppable as gravity, as unstoppable as the ferments building the space station to reflect the force. It is as fierce and untamable as existence insisting that *everything* and *everyone* submit and contribute for their own fulfillment. It is a power as defined as we are. It is as certain as the sun coming up, just as surely as we cannot predict from where or whom the next great idea will come from. Each step builds on the next in sophistication and scope, requiring more powerful economics and a more powerful, self-aware society. The thrill of genius and understanding is the whole show. How many fellow cells in this organism of genius you want to disinformationalize, kill and steal from is up to you—but it will *always* be a distraction, a waste of time, to that extent. There is nothing else to do but be a part of this perpetually flowering smoking comet, opening door after door, telling us what it will about cooperation over conflict, about living to appreciate all at once as much as we can of all that is here. Nothing will stop it, nothing should stop it. It is the unchanging doorway, oracle, serially turning into a journey even the sitting in one place. Of course this is that which we prize most. Of course this is our purpose and meaning. We know because there is nothing better.

We can't think of anything to really do positively about our health because we are not expert in the field. In part, this is because we have never really thought that the operating system of existence and life might be perfect and address any problem we might ever have. In another part, this is because the genius that has been unfolding in brain-first health care has not been allowed to come forward for funding, for research, for publication, for peer review, for media coverage, and for education. How could this be if we are a rational creature with a purely open mind? In fact, it appears our modern establishments are built to scuttle our individual autonomy for profit and control. Health, therefore, has been up to now largely Half Health, a thing of chance, and luck, and youth. We are an expert in what *not* to do to hurt our health—don't overeat, don't eat too much fat, or sugar, don't eat poison, don't sit around too much, don't do drugs, don't hurt other people, don't get into accidents. But what to do on the *positive* side of the ledger is a riddle mostly because the medical industrial complex, by far the richest sector of our establishment and

economy, has stepped on the neck of information because that data would begin to change everything. It is stupendously profitable to stop *all* of that data from advancing for as long as you can. As a result, all the medical experts in all the research universities in the world cannot go beyond the old axiom. They are experts in medicine, not health. Most of them are great people, but their education is as hamstrung as yours about a purity of connection that strings into the future, seeking to find the perfect musical tone, tying us more soundly to everything that will ever be.

Chapter Three: Consciousness, Glue and Shaper of the Universe

Consciousness is like life and existence—we only really know what they are by watching the logic of how they crush all adversity into the perfect. Consciousness is the invisible pilot in the cockpit. It never fails and never needs repair, and is the only thing never touched by stress. It forms the gravity of bounded instability. Consciousness is *always* perfect. Stress can only ever hit the clothes that consciousness wears. From there on out *anything* can and will go wrong in in proportion to the stress. Some scientists are jealously reluctant to admit that any untouchable entity is superior to our own authority especially in today's political climate dominated by Marxist ideas on enlightenment. There is a part of us that does not like following rules that are not our own. This is, in fact, the defining characteristic of the psychopath. The psychopath is a maverick, a lone hunter, a primitive, who does not care what their actions cost the rest of us on any scale. The psychopath refuses to tame himself or to admit that anyone they do not select has value, let alone that we *all* have value. This is the emergent element of the Democratic Era. No one has a problem with this except the psychopath. There is no unfairness unless from accidents or criminals timing out in death before the disruption of their crime returns sociologically through the ecosystem to catch them. The restraint of psychosis was a key to the Industrial Age. The Industrial Age gave us a rude awakening to the sheer power of our genius. Overnight, it began transforming our permanent meritocracy of kings and aristocracy into a

WALLS-KAUFMANN - 047

fluid meritocracy of democratic creativity. It changed the nature of rich and poor, Haves and Have Nots. The poor were no longer those furthest from nobility, from the elite, they were those furthest from genius. Ever since, out of the innate goodness of our own hearts, we have been trying to explain and get rid of poverty to solve the relative ugliness that breaks our heart since not everyone is a genius instead of a helper, and we are only now understanding the beauty of our purpose. Progressivism and Marxist absolutism emerged from that period trying hard to answer why poverty existed and what to do to "fix" it. Perhaps the best thing to "fix" poverty is to let genius go on trickling down inventions and understanding until there comes a point we have no rational argument about need. At that point, maybe progress continues purely for the fun of it at whatever pace we individually choose to work.

In antiquity, men believed problems were caused by cranky gods, and one avoided problems by appeasing them.* Thales* and Hippocrates* were the first to doubt that the universe hinged on gods and to believe that the universe was an ordered system, while the Greeks admitted that they borrowed from ideas before them. We learned about cells and germs, and then the immune system, and then innate and acquired immunity* that depend almost entirely upon a person's health practices.* "Holistic" seems the best word choice however overused it is.* We are told to believe that the only certainty is uncertainty. Strangely, we all seem to at least *hope* that life could be made more fair and certain. Selye's work and Whatmore and Kohi's* work tell us that stress is psychological, chemical or physical.* Avalanches, buses and asteroids are accidents beyond human scale that exceed moral analysis. Life simply keeps the lessons rolling without us, hopefully to a more receptive audience. Five studies have found human lifespan to be 150 years,* most recently by Pyrkov.* Lacking any better understanding, for five thousand years we have thought Half Health sustaining is Full Health thriving and that we should fear germs. But look at the deadliest germ on the planet: Anthrax. What percentage of people die from full exposure to anthrax—even today, in a world of Half Health? The answer is one fifth.* Who does anthrax get? The unhealthy. Those at

WALLS-KAUFMANN - 048

Half Health. Full Health repels, trash-compacts even anthrax into a positive experience in the same way life does with *any* stress.

Tularemia is second to anthrax at less than 10% deaths.* Even rabies only shows symptoms in *twenty percent* of those even exposed.* Eighty percent do not even show symptoms because their Half Health innate immunity crushes rabies without raising a sweat,* i.e. producing a fever. The lower our health status the more the body has to recruit resources to defeat the attack. When innate immunity is not enough, the body ups its game to acquired immunity, which is a level of recruitment where you are "sick" with symptoms that put you in bed and make you prioritize getting healthy again. Healthier people do not even realize they are carrying a germ or stress* because their innate immunity crushes the offender without them being aware of it, just like they're not aware when their body digests bread. The more we live by the rules, the healthier we are, and the more life trash compacts *all* adversity into positives.

Thomas Aquinas, in his *Summa Theologica,** states that the first principle in practical reason is that the good is that which all things seek, and that the good of humankind is the basis of all else that follows. This would be the will of God, in his view. The Good has been energetically debated since the Greeks, and the ideas stretch back to the revelation at Sinai.* Thriving, virtue, the Good, is a scientific, diagnosable, quantifiable, universal and concrete neurophysiological sweet spot where all metrics are optimized, where stress is minimized, and the result will be reflected in *every* measure related to human wellbeing, and captured not only on paper, and in logic, but by our bliss responses that affirm for us that "this" is right, that this is the ultimate expression of First, Do No Harm. We can trust these signals unless they are stress-damaged by addiction, which is itself a red flag of self-destruction in-built to warn all of humanity away from any imbalance in negative and positive rights* that can arise from our pursuit of too much pleasure or ease. The good watchword for pleasure and ease might be "All things in moderation." Our bliss response is the neuroendocrine reflex that affirms for us that we are on our way to something truly worthwhile. It is the goal of science to pin down what is

better, healthier.** It appears to be Nature's pattern to build fantastically complex ecosystems on extremely simple fundamentals.* For example, all of life runs on food.* How can boiled potatoes make all this magic happen?

Generally, when we say a person is "innocent" we mean they haven't done anything wrong. But what do *I* care if innocent people are hurt? In a perfect world, hurting innocent people should probably be made real to me in some concrete way that costs me something personally that I would care about at least in an abstract way. One dry definition of human law says: "Law is a scheme of social control, backed and sanctioned by the power of the state, for the protection of social interests, by means of legal capacities and legal redress."* The discipline of law from long before Blackstone* and Coke* is to smooth out irrationality and inconsistency from tribal success for the improvement of both the tribe and the individual. The less one cares about others and the creative event the more they are a psychopath. *Any deviation is psychosis.* Psychosis ruins *everything:* Religion, tribalism, individualism, capitalism, Marxism, economics, Fascism, social democracy, socialism, wealth, commerce and enterprise, family, friendship, selflessness, government, bureaucracy, administration, idolatry, firearms, feminism, gayness, lesbianism, sex, childhood, work, labor, thought, art, yearning, being. Probably, even after we all agree about the fixed constant that makes all our lives better, psychosis *will still be there trying to separate us, to trick us, to appeal to our ego, to lure us away from the greatest life experience.* It is the most powerful influence on earth after the event itself; of course it is seductive, addictive, obsessive and romantic despite it being totally self-destructive. The historical trick of psychosis is to hide itself behind the blaming of *everything* that is wrong with this world on anything other than itself. This is easy at first since all tribes on the come-up tend to blame other people and tribes for their problems anyway. But now can this really be if all tribes want the same thing anyway—either now or later, after they mature more? At that point, we realize *psychosis* is the only real standout from the flow. The issue is how much of a person's personality and being are controlled by psychosis, and how much is rational?

Even psychosis is not best fought by war, death, theft or violent propaganda, but by earliest education on how we really have no better

choice than the most interesting life. Everyone would be for the ending of hostilities and hate except the worst psychotics who would scream that the enemy is just trying to make us put down our guard and corrupt us in our quest to rid us of the last race of wreckers, the hate-group *du jour*. The worst psychotics would self-identify by how loudly they screamed and laughed at the idea that all healing and prevention comes from inside out, around the right attitude, actions and choices. Psychosis means nothing if it does not try divide us by any means necessary.* Who is actually ever at fault and evil as an instigator is easily proved because we eventually see stress, self-destruction, inefficiency and insecurity as wandering away from what is true. In a perfect world, the insane party, the criminal, senses or knows that they are out of step with *all that exists,* and becomes more desperate and clownish because they know they have no relational argument, and can only scream. No more incentive than genius is needed because *all* of us already want to raise our quality of life according to our personality and tastes—which, again, opens the door to invite as much creativity as possible *without changing the operating system.* So how much "need" should we try to get rid of when civilization is a hungry jaguar pursuing "food," and "poverty" is the hind leg following along behind the senses and brain? *In time* the hind leg eats just as well as any other part of the jaguar. But on the animal's first hunt, with the Industrial Revolution, when the creature is first introduced to its incredible abilities as a pursuer of genius—it is startling to see the first differences between the Haves and Have Nots. Naturally, one thinks about solving poverty by getting rid of need and desire. But nothing moves without need and desire. Nothing is wrong with need and desire until they become gratuitous and psychotic, as is the case with anything.

No one can argue how tribes in Africa and the Mid-East are farther away from the trickledown of genius, the senses and the brain, that so far has been focused in the West. But that's *today*. The West was first at the door. Does the West control genius, or have they historically incentivized genius better than anyone? Time and maturity are inescapable truths in the development of any animal. This is the animal's first pursuit since the Industrial Age. *How much need should we get rid of? . . . How do we overcome*

WALLS-KAUFMANN - 051

*time and maturation?* How much destruction of the baby and the sub-adult must we do because psychosis screams at us because neither are fully adult yet? Everything already waits inside the baby's operating system to grow it into a creative without having its legs cut off. How much power do we give psychosis to trick us about what we are, and into imagining enemies where none truly exist? The heart, the lung and the knee of the jaguar are *not* separate tribes, they are sub-tribes that fix around the same goal.

This is why our entire concept of hope exists. Why would we ever even think something "better" is possible? Or that what we hoped for others might also see the value of? Or that this order would be scalable for one tribe worldwide, or beyond? <u>These are notions on wellbeing that come out of our healing reflexes and righting reflexes that exhibit a superpower for trash compacting any and all stress into perfection.</u> Our lives therefore are not fragile, as the corrupt always seem to want us to believe. The corrupt, psychotics, seem to *want* us to be divided, confused, weak, unhealthy, hedonistic, uninformed, addicted, abrasive and half tribally blind so that they can sell us more junk. This is the old (but credible) class warfare idea behind the Popular Health Movement* of the 1800s in America where health was seen as the foundation of an emancipated society and human race, so that people could prevent themselves from being corrupted. The proof seems baked into the cake: Only the template for thriving saves us. So, whom do we quote, and whom do we cite, from different thinkers making different arguments to help fill out an original theory that a tangible perfect is encoded in neurobiology to make genius the "food" of the most complete life?

As we pointed out, in such a world, there must be a prompt to keep us moving forward because the view from any overlook could be splendid enough that the traveler would not want to go on. Who would ever try to interfere with such a complete idea? The psychotic impulse, ignoring the holistic data for its own materialist convenience. For instance, why has there been a hard stop against the brain-first* revolution in chiropractic? Chiropractic's development of brain-first healthcare neutralizes the Left-Right divide because it makes the stress-benefit balance in the brain a much more linear equation, which is the answer to social welfare, which is a

reasonable ask, and that is the basis of welfare overspending everywhere in the West. Our brain is obviously the primary conduit for consciousness, and the sum of stress and benefit makes us who we are through our genes, so why are we still only talking about a future of drugs and surgeries that are *all* stresses, that supposedly one day will cure all disease? Stress will not cure stress. Deviation from the fixed point will not cure deviation from the fixed point. We are permanently checkmated by these facts. In order to get the best out of life we *must* be good to one another, fully, holistically.

xxxSince Rome, we have known the value of washing the outside of our body for better health. Chiropractic has been trying to tell us the value of washing stress junk out of the *inside* of our body and brain in real time, in order to *not* stunt our growth and reach our 150 years, and to maximally insure the psychobiological health that is the eternal nexus of negative and positive rights. And yet the reader has never heard of this breakthrough that might be the tipping point of all that we can reasonably desire. Worse, the science gets no effective funding from public research coffers so that this potential can be seriously explored. How can this glaring inconsistency stand in any "enlightened" age? Especially in an age in such desperate need of more holistic answers? Only because the information on this possibility is intentionally hidden behind the hard stop. All in, chiropractic may be the lynchpin to an holistic human realization. These brain-first discoveries are well enough understood but they have been met with an information blockade since 1909 from commercial *and* social forces. The nature of the social forces is that the news on brain-first healthcare is *so* good that it is *too* good, too fast, too outside the box, not one bridge too far, but two or three bridges too far, because of our refusal to believe at this point in time that structural issues of the physical body impact completely on psychological health through a full spectrum of physiological factors.* This invisible war against human emancipation is a form of inhuman sabotage that both the Left and Right detest more than anything. And yet, the scandal, the sabotage, stands hiding in the wide open because of this ongoing perfect storm of commercial and social factors.

Since Bechamp (not Pasteur) disproved spontaneous generation in 1852* these social and commercial forces have taken shape to keep life

scary and mysterious, where our health is fragile, and determined only by the magic carpet of technology, and commodities like traumatic vaccines, drugs, fighting germs and viruses that turn out to be utterly essential in our microbiome in order for us to achieve thriving. To this author's informal count, for example, *The Washington Post* has averaged an article on body pain twice a month since 1980. That's over one thousand articles, and of those only ten even mention chiropractic, and only two strongly favorably. The same suspicious blackout exists in the medical literature that we presume is a model extension of science itself that should be thoroughly immune from establishment and economic bias.* Given the unequaled success of chiropractic with body pain,* and given what pain is to social productivity,* to life experience,* and even to cancer,* and to psychological health,* and genetic expression,* this blackout is in traumatic conflict with any and all scientific and humanitarian narratives. There is no way this hard stop does not defy the law of averages nor any concept of humanity, science and public concern. Editors and reporters *cannot* be that stupid to *not* see the David vs. Goliath story here that would sell tickets and papers and clicks until the playing field was leveled between populist and elitist, and every bit of advantage that could be wrung out of the brain was gotten for the relief of human suffering. Body pain and arthritis are the destroyer of all healthcare systems, whether socialized or privatized makes no difference.* We have no rational interest in keeping health and thriving over-complex, elitist, expensive and overly materialistic. We only allow this to happen because of our extreme ignorance on the subject of health and our social trust in our betters.

Any talk of a full-scope unifying theory must enfold an argument on the cause and cure for cancer, our metaphor for death, as Susan Sontag wrote in 1978.* Otherwise, how can our unified theory be complete? Here we are saying that cancer, just like anything, is caused by stress, a split from the ideal, and the cure is the reversal of same, to work the "sleeve" of our consciousness to cohere all elements of our wellbeing like re-braiding a frayed rope. How close to a "perfect" linear and predictable life will these four principles get us (unless there is a fifth or sixth)? First of all, how perfect could it be, or does it need to be, for us to have no rational

argument with what we have left? Because what put us here clearly has a sense of fun, beauty, humor, irony, and love. Or will the instability in <u>Chaos Theory* reflect the (somewhat) uneven stream of bounded instability in emergent order, depending on the magnification of what we are looking at?</u> We will not know until our train arrives there. On the other hand, in meditation, mindfulness and prayer, we have a window into a startling purity of tone that is possible for us to achieve even now. On the authority of the person first at the door to see that existence is perfect, the right way to live and think will get us so close to linearity and 150 years of thriving that the argument is not worth pursuing. But if a unified theory cannot address the missing link on the cause and cure for all disease, including cancer, then who are we kidding? An editor friend of mine told me he was friends with a celebrated thinker who had a serious autoimmune disease. This thinker was working on his unified theory that those in the know were already anticipating. It would have been callus to tell my friend that his friend was not on the scent of a unified theory worth its salt because the man likely had no concept of how he had come by his disease or a methodology for curing it. If one doesn't comprehend this basic building block of what matters how can we say they are tracking a unified theory? Philosopher heal thyself. The idea must address how to cure *anything*, and why. And then, what are we supposed to do with ourselves? <u>And even more curious, if we have this lifespan of 150 years, and none of us has ever even come close to reaching it, why hasn't the capability atrophies from disuse like anything unused? The old truism says use it or lose it. The path untaken melts quietly back into the forest. Why and how does this ideal of lifespan remain hanging tantalizingly in space as if to tell us we are missing something when no one has ever set foot on this path?</u>

Of course, the unified theory articulated here will be ignored for sociological reasons that the Bible pithily captures in Ecclesiastes 9:16: "The wisdom of the poor man is despised." And, Ecclesiastes 9:17 further states, "The wisdom of the rich man is the gravy of the lickspittle." Actually, Ecclesiastes 9:17 does *not* say this, but it should. We already covered how social hierarchy in wealth and social status biases us against reason, against pure data. We often have to *force* ourselves away from sociological struts in

WALLS-KAUFMANN - 055

order to believe data, to go against the grain, the tribe, the establishment. The sliver of the one percent often can hide behind this social absolutism, and the stupendous bribes paid in the right places can hold up progress for long periods, as we see in the West today. The ideal business models of the corporate titans can become our national policy, no matter what it costs the rest of us, and we can look the other way for too long a period that makes no sense. Again, the fierce tribalism of the elite <u>is the addiction Catch-22 that locks the door against the tide of human advancement, against our genius figuring out solutions to today's problems. We can take heart in that this injustice, this man's inhumanity to man, is the slingshot mechanism, the resistance mechanism, the rebound phenomenon, of the wound phenomenon, that will eventually propel us out of this futile, destructive orbit. Things get worse before they get better to make any lesson stick.</u> The ongoing failure to *make* ethics and psychology scientific up to this point* should make the job of poking holes in this hypothesis on a fixed point perfection that much easier. The unified theory put forward here may not be complete, but the basics should be solid enough to call it a day, and let others build out from it. <u>Existence works through absolute laws, where one law is enough; these laws are structural forces that cannot be bent because the dial is already set to perfect, the good of all. In time, everything realizes compliance, since even the slightest change would scramble *everything*, and so overlapping laws are not needed. The laws of the perfect are made tamper proof by the protective coating of the quantum.</u> This is Aristotle's unmoved mover.* As said earlier, "moral equivalency" works fine in *sustaining,* but thriving requires all or none, either-or choice between the perfect and anything less. <u>The simplicity of this either-or choice liberates society most from the intrigues and stupidity of the specialist, the expert, the credentialed, the technocrat, the fancy talker, the politician, the elite, and the psychotic of any stripe wanting to sell an inferior life experience back to us.</u> <u>Religion speaks of meaning and faith, philosophy talks of virtue and ethics, politics addresses law and prosperity, and science discerns thriving and consistency. They are all the same thing, the same musical tone, the same purest life experience.</u>

Propaganda is kept intentionally simple for this reason, to have the most destructive impact on our tribal vanity. The simplicity of propaganda *must* imitate the simplicity of Life's Code. It cannot win otherwise because our choices are so clear: Hurt others directly and yourself indirectly in *every* way, or hurt no one and yourself in no way. Propaganda is built solely through the repetition of hate-filled lies about the badness of other people rather than the badness of psychosis. Even psychosis is best defeated by non-coercive education rather than violence. If we cannot escape the stress, we become unmotivated and dead-acting just like Selye's mice, waiting for the stress to pass, as Lech Walessa,* Solzhenitsyn,* Dos Passos,* and Shafarevich* have described, ducking into our own circles of sanity with community and friends where we can keep our sanity despite the bourgeois dictatorship raging outside.* These survival reflexes are so key to any victim's or addict's wellbeing—*and our own*—that our next concern is whether the righting reflexes of the victim or addict are so damaged that they pose a danger to themselves or to us.*

Chapter Four: Stress and Benefit

The claim that life is linear and predictable admittedly opens the door to wishful thinking, fundamentalism, observation bias and a search for simplicity, but this risk is offset by the fact that nothing is more easily disproved than a fake universal truth. One key feature of any fake truth is that it makes someone else the guru of your wellbeing rather than yourself, i.e. the cult asks for your blind allegiance that turns out to be against the better interest of both yourself and all of humanity. A fake truth *always* asks for your allegiance and dependence to a cult that is going to right the world's wrongs, and they also ask you to ignore the data that orient always to the power of non-coercive education rather than to killing, stealing and disinformation. These hateful cults do not realize that the human race is growing into a machine of genius already on a perfect plan, like a child

growing into an adult. They intend to kill or correct the West, which is humankind's crown jewel in fighting for human emancipation.

Other than the stock phrase "diet, exercise and losing weight," we can't think of anything else to do to de-stress us. A student of mine in 2001* told me about the preface to a T'ai Chi book in Chinese where the author observed how T'ai Chi was so perfect that one could practice it all day and it would never reach a point of diminishing returns. It would only continue to be more improving of every part of the individual the longer it was practiced for any one day or over a lifetime. One would never have to take a recuperative break from the main element of T'ai Chi, which is standing meditation. This affirmation of my own thinking got me to wondering: Are there any other "benefits" like T'ai Chi that are open-ended "perfect" antidotes to stress? Research appears to suggest three more. The other three open-ended cure-alls appear to be diet, exercise and how structure makes our body exactly like a musical instrument that needs to be tuned precisely. T'ai Chi, because it is at heart meditation, shows evidence of being the perfect exercise program, even to prevent weight gain,* and to be part of the perfect way to think, as proven by numerous studies,* as compiled in the *Harvard Medical School Book of T'ai Chi.*\* After T'ai Chi, the next candidate to answer the bell on an open-ended cure-all is the apparent fact that our body structure and its neurological status show an exact push-pull prismatic relationship, like a musical instrument, and that any *structural* defect wrinkles the body's flawless system of informational self-management. Any *structural* defect in our skeleton and soft tissue appears to radiate death like a ray gun and three-times faster aging/withering from inside-out from that point outward, and to *always* be the cause of our death. Once scrambled, once the glass pane of perfect neurological order is physically "broken" by wrinkling, nothing from outside-in can fix it.* Not drugs, surgery, chemicals, technology or even a repair of the original cause. This structural failure creates a neurological electrical fire that burns and spreads unseen through the computer,* corrupting systems, and it appears the key method of putting out this fire is purely to structurally re-tune the instrument. All of the four focus principles are imperative and work together. No one silo replaces another. Any shortfall sets up a chase with

lipstick on a pig fake cures that will never offset the Life Well-Lived. The stress of not thinking right is helped by eating right, but cannot be cured by it, and vice versa for all four. Chiropractic researcher and educator, B.J. Palmer,* coined the phrase "The power that made the body heals the body." Chiropractic educator, Reggie Gold, had a marvelous illustration in pointing out the helplessness of the entire medical industrial complex* (MIC) in growing a new cow from a steak. Balzac said it best, "Nature heals while the physician amuses the patient." Drugs and surgery can mask symptoms and remove tumors, but the source of the tumors lies always a millimeter underneath where fingers can reach, where our relationship with our consciousness and conscience make sure we remain faithful to respecting *everyone* and *everything* that is here by means of our own rational selflessness, our virtue, our goodness.

We all know this instinctively because we are all plants grown out of the same soil. After all, what can we do to save my daughter if she refuses to sit, stand, walk, lay down, eat, drink or stop eating? She is just like the steak that is beyond help. Nothing in the entire medical empire can stop what is going to happen except to knock her out and stop her from doing it. The entire Pharma-welfare-establishment universe and all their money and propaganda and all of our wishful thinking are helpless if we will not do what is right on our own. This is *all* individual choice, education and willpower. And the willpower is so much easier when education shows us that we actually *have* no choice, that there *is* no escape from being in awe of what is already pre-fabricated complete. Early prevention is always better than later come-from-behind cures, even when those later cures are perfect. The black box of consciousness decides if stress is big enough to distort brain function, like wobbling on a bicycle, and then the brain sends down inefficient commands out of phase with reality* that stress us more, because our entire body knows something profound has gone wrong. Here, Murphy's Law takes over because the brain's most complex task is movement, posture and alignment.* The injured, shrinking brain allows wrinkles and flaws in the body prism that quicken the cycle.*** Essentially, these wrinkles and subfailures behave like holes in our spaceman suit, sucking the life out of us. Pharma's fantastic wealth has led us to think of

health only in terms of liquids and drugs and surgically cutting out rotten parts. But solids, liquids and gases (body, mind and spirit) *all* play an equal role in embracing all that is here. These prismatic ray gun "kinks" shoot bad nerve flow downstream or upstream to wrinkle and age the organ or area that *will* become our cause of death, according to research.* They make us age,* hurt,* and hunch,* killing the spinal cord and brain,* to the point where we are so prematurely aged that we stoop, we need a cane, then a walker, causing runaway problems as we crumble* and miss out on decades of higher functionality and time as the electrical fire spreads. These prismatic distortions kill brain and nerve cells in the parts of our brain that are the seat of our personality, behavior, reason, criminality, addiction and psychosis.* Structure is elemental to appreciation.xxx

In keeping our posture *perfectly* straight and *perfectly* tuned,* our head needs to be kept straight over our pelvis* and feet while also three compound curves in our neck, mid-back and lower back* are kept precisely proportionate to one another to stop the deadly collapse.* The correlation between 2x - 3x faster aging and our missing chunk of lifespan is intriguing. The criminal, psychotic and social dysfunction piece is noticeable as well.* Look at the images showing the brain changes in both electrical activity and vascular flow to the brain subsequent to chiropractic procedures* in figures A and B and on the jacket of this book. As chiropractic researcher Christopher Kent has said, "If we are changing your brain, we are changing your entire life."* What can drugs do to stop this flow given how, by United States patent law,* drugs cannot be nutrients, since nutrients cannot be patented, and our bodies are made so that only air, water and nutrients are supposed to be inside our bodies at all. This is the Catch-22 of Pharma and technology that makes the myth that drugs and artificial outside-in can compensate for how we hurt ourselves when we do not understand The Life Well-Lived.*

When can we ever say that "This musical instrument is *too* perfectly tuned and needs to be tuned no more, or never again, and any further tuning is a problem or is going to be harmful"? Maestro is constantly tuning his instrument depending on how much he plays. No one plays an out-of-tune instrument unless as a joke. An untuned instrument is actually

painful to listen to. Yet, in spite of this basic law of structure and tuning, tone and music, and massive information traffic inside the body,* we were once told that the chiropractic field was "unscientific."* Today, the entire field is ignored. Suspiciously, it is *never* mentioned, as if it was the political opposition. It is a proof of the idea of the unpredictability of our genius when we see so much value coming to the world from the forgotten and (intentionally) misunderstood field of chiropractic. We see the same division between "unscientific" and "scientific" depending only on whether or not the observation, criticism, evidence or paper lines up for or against the ideal Pharma business model, and the worsening loss of citizen autonomy. Column A vs Column B. The brain-first revolution may be *un-chemical*, but it is by no means unscientific. Germane facts are reliably clinically identified by x-ray,* and multiple sources and disciplines show the affect on our function and potential,* that cause hump-back,* loss of strength,* falls,* that kill us faster,* impair life experience, distort essential nerve-brain balance, open into the stress cascade*—so that it cannot be disputed that our living engineering is fundamental to social potential.* Yet the emerging censorship industrial complex has hidden this for over one hundred years.** Winsor, as early as 1921,* on autopsy, the highest level of scientific proof,* found spinal joint decay speeding up aging by 2x-3x. He described a complete syndrome spanning nerve, blood and tissue health, while others have since found lymphatic damage as well,* in a zone of death accelerating aging *every* time. Winsor observes that these upsets in spinal segments *appear to precede old age and to cause it.*

The third category of cure is diet. Probably most biomedical problems in the field of chemistry are best handled by diet rather than drugs, since stress will not cure stress. Only air, water or nutrients are even supposed to be in our body at all, not drugs—and all of these will kill us at high dose too, as in the case of oxidative stress from too much aerobic exercise.* Most marathoners do not realize they suffer the same level of oxidative stress as four pack a day smokers.* Sometimes we get very lucky with drugs like quinine, hydroxychloroquine, chloroquine and ivermectin that have extremely good safety profiles that are unusually effective killing viruses or parasites.* These drugs are on the Essential Drugs list of many countries

WALLS-KAUFMANN - 061

because we got very lucky with their risk:benefit stress:benefit ratios.* These are among the safest, least stressful, most beneficial drugs there are, but they are by no means nutrients. Even they kill at doses above 1.4-1.6 mg.* Here, in the column of nutrition, the focus principle is that the higher the *percentage* in our diet of vegetables, fruits and anti-oxidants the higher our level of health and the less that goes wrong with us. We see in each of these cure-alls a hint of the Less is More principle that seems to be in play everywhere we look in the universe, as in the less misaligned we are the better life is, and the less we stress our innate ethics the more genius is stimulated, and, in diet, the less we eat the better off we are. We see this in the research on reduced calorie intakes and how beneficial it is to health.* James Fung, in his *Complete Guide to Fasting,* reports that 90% of diabetes Type II disappeared with dietary restriction and intermittent fasting, which he reported was much easier for many patients to stick with than diet modification.

The fourth category of perfection is our innate ethics—the internal, logical expectations on how to be treated by others that holds our psyche in shape in an auxetic ethical sphere that will resist, fight or succumb just like Selye's mice when stressed. This is why welfare doesn't genetically *help* people.* This is why welfare stunts growth.* This is why addictive welfare leads to the stunting of the life experience of *all* parties involved, of everyone touched by the deviation from the ideal. Why can't we remain children all our lives? Our logical ethical constructs appear to be the basis of happiness, citizenship, social welfare, philanthropy, purpose, meaning, mental health, maturity, decency and true compassion that keep us in line for the fullest life experience and the greatest stimulation of genius. Do we believe that a life on welfare gives the highest life experience? Why not? Even as reparations for slavery? Why not? (Because all of us must *work* to help genius along?) Why does Marxism in the West encourage *everyone* to be on some kind of welfare until it climbs to full control and then insists everyone work because it knows that idleness is the Devils' workshop? . . . The logical structural forces of existence line our consciousness and conscience and are the reactive ingredients that tell us right from wrong, but that are universally damaged by addiction. They tingle, they buzz, they

WALLS-KAUFMANN - 062

react, when we deviate from the ideal, and try to guide us back to it. They try to indicate when we need to honestly self-assess and take on the holistic hardship, adjustment, criticism, growth, truth and perhaps even pain, i.e. the pain of losing weight, or admitting we are wrong, or getting in shape, or stop smoking, or give back stolen property, in order for us to bring about the highest wellbeing and greatest chances for the future. We abandon these truths and guidelines most clearly when we are stress-damaged into addiction, when we decide to try to take the easy route in a short cut past living the right way, which we say here is the "peerless event" that opens the door widest to the possibility of ingenious advances and the quickest way to spread the fruits of those insights. As such, we theorize, brain damage is a two-way street both for the victim *and* the criminal that broke with the peerless event to sell the drugs that was deviation, since PTSD and brain shriveling show up in guilt, stress and depravity in every other case where people know they did wrong, like soldiers who have killed,* and in the consciences of most old criminals. After all, we are punished for any other stress even when we are ignorant of the law—just as we are "punished" for eating Twinkies even if we have no PhD in nutrition. On the other hand, we suspect the victim being cheated by the criminal act is *strengthened* by the stress as a further fortification as a preparation to "fight for right," for being a part of correcting the universal wrong, for being willing to Fight The Good Fight, and this is an expression of hormetic effect that will be explained later.

In other words, it makes a more beautiful picture to believe that the soldiers who fought and killed for the Nazis, the Soviets, and Mao—who slaughtered millions of innocent people—suffered subtle brain injury proportionate to their being on the wrong side of history that the Allies, the good guys, their "enemies" did not get. We are each hurt or benefitted *that much* for being an agent of Justice. This body, mind, spirit injury for being Stalin or Mao may not immediately incapacitate the criminal, obviously, since they may eat better for being a murderer, for example, and they may even be *happy* they got something for nothing. But, if the world is an exact moral circle, as it appears to be, then the slightest injustice would deviate and scar the brain *that much,* and this "miss" of the perfect would show up

just like any other stress, to be stacked up against all benefits in the hopper. The sum of all the positives and negatives in our life come out in how well, and how long, we live. The only question is whether the criminal is too primitive to be educated or to care that the perfect always offers a better choice that is healthier, more productive and safer. All heuristics, agency detection, confirmation bias, observation bias and metaconsciousness aside, the complexities of human social behavior line up on this grid with the fixed point as the sole determiner of result. And just as your bread is digested, you are what you are. Every ecosystem, no matter how crazily spread out and gerrymandered, shows this exact same modular integrity around support for the peerless event of creativity, for directing species toward the realization of a better existence through cooperation rather than conflict. Planted in the survival instinct of each living thing is the belief that, on some level, at some future higher state of being—nothing has to die to make the world a better place. But at present, since we still cannot conceive of any other way of living or any other form of energy transfer, we must slog our way, eat our way, through cannibalistic dog-eat-dog.

The mathematical probabilities of these trillions upon trillions of moments each moment all firing off in harmonious order to be crowned at the top by genius is absurdly impossible to calculate. Each adversarial event is multiplied by each moment each indivisible part, each atomic and molecular interface, that could wander off in any other direction, or stop functioning altogether, like spoiled children refusing to play along, or disintegrating spontaneously into nothingness again. But they do not. One researcher[*] calculated the probabilities at $10^{72}$—and that was before it was suggested here that existence is an ongoing perfect event, and that the *cause* of all problems is any veering away from the perfection of the event. *Then, Life passes off the miraculous to the next generation, including a flawless handoff of a perfect moral set—of thriving for all, harm to none, for the perfect creative platform?* On top of all this, the event carries *everything* forward toward some higher purpose that no particle in the set sees clearly, nor can even really imagine, no matter how intelligent and independent they are—like we humans at the top of the food chain in our corner of the galaxy? How can living things be carried involuntarily forward in a permanent lesson

plan for the perfect life experience if they are the offspring of randomness or chance? Randomness and chance means that the entire slowly turning cyclone evaporates back into nothingness. Randomness and chance mean an injection of the imperfect into the perfect. It is remarkable that such a thing as existence even happens, let alone that it is *flawless*, and that humankind takes its place at the top of this reliable stack, that is in no way precarious in human scale, in the front seat of the Safari wagon, watching *with no control over the tour* considering how little control we have over our own imagination, creativity and genius.

But it doesn't stop there: Then, the same mysterious operating system flowers into the ideal philanthropy that is universalized to *every* individual in the set—so that *none* of us has the greatest chance to live the best life if a single member is cheated? This is so perfect it is scary. Randomness and chaos are the polar opposite of what is going on here. Randomness and chaos means each moment is a springboard in every atomic and molecular moment for *anything* else to happen other than what Life's trash compactor *makes* happen to move us toward the most fun we can have in the endless discovery of genius. What life does is like going to meet the girlfriend's parents. There are infinite choices to screw up the date—the skatolic, pornographic, humorous and horrific variables are literally without end. *It breaks logical and scientific law for the two, the perfect and the anti-perfect, to occupy the same place at the same time.* As we said, blending the two *is* stress; it is the displacement that creates drag, that kills life, that unfolds the lesson. Life is so good even at this level that we need the needle in our leg. . . . The same "perfection" can be seen even in our 150 year lifespan: If we had a billion years to live—how much need or impatience would we feel to do anything? For how long would we put off the study of how we are supposed to live? But with 150 years—there is a deadline. With only 150 years you ask—*What will I do with my time here?* Pure thriving becomes the *only* pathway for behavior that bruises no feelings, satisfies all wants and leaves no questions, no loose ends, solves all problems, as long as all conversations are rational and framed around the same ultimate common good. <u>Of course the psychotic impulse will try to distract us from this simplicity by arguing that there are racial, sexual, political, economic and</u>

WALLS-KAUFMANN - 065

<u>hereditary differences for *individuals* to think that they are special and should be able to take the law into their own hands and punish people for humanity's past crimes. But this means some of us could argue that individual differences entitle some of us to own slaves, or to be pedophiles, or to make people serfs, or to rape, graze and predate on inferiors because we are exceptional, because we are lesbian, Marxists, politically privileged, or rich white playboy elites named Jeffrey Epstein who should never get caught.</u> Such a thing could never be because what would the chambermaid think who will wait outside our hut? Does she sense how easily any such wrong could be turned on her and therefore it is wrong? What happens to First, Do No Harm that is the ethical model inside each tribe?

The <u>anti-perfect mars the balance of our parasympathetic and sympathetic nervous</u> systems* so that we are less lively, healthy, plastic, flexible, energetic, stress-resistant, strong, loose, smooth in function, youthful and resistant to addiction. Our General Adaptive Potential (GAP) goes down.* Our brain shrinks, the amygdala grows, and we become more tribal, stuck, small-minded, piecemeal, halting, hateful of enemies that do not really exist. Any stressful deviation is not in *your* interest because society is interconnected. Stress clashes are better solved by openness, democracy, cooperation, reason, volunteerism, learning, evidence and innovation rather than by secrecy, cheating, force, exclusivity, conflict, emotion, primitive elitism and a misguided sense of exceptionalism. We go together or by that much less. We *know* these things to be true. We *want* these things to be true, in order to avoid the chaos outside the perfect that rips life, or the tribe, to shreds, and defeats what any sane tribe or individual wants. As Socrates said, "It is an illusion of the Good to think that I can improve myself by harming you."* Both Western civilization and Marxism were born to try to find the path to this idealism.


# Part III: Healthcraft = Statecraft

Chapter Five: The Catch-22 of Psychosis

WALLS-KAUFMANN - 066

Forget whatever else is said about leadership: What determines good leadership is how much leadership gets out of the way of human beings pursuing that which they crave most—a higher quality of life. What determines all "golden ages" is how well enlightened leadership lets the human organism pursue better understandings, services and products. The peerless event *is* the populist will. Rebellion happens when the elite get in the way of the peerless event. History cleans dirt off this rune. Psychosis attacks us especially via our tribalist supremacy. As Jonathan Bennett points out in *Deciding What Is Right,* we are reluctant to believe we can be wrong, or that we are *not* good people.* *All* of us believe in the exceptional nature of our tribe in the modern world, as the world has shrunk, and if we do not we move on to another tribe. No one believes in their exceptionalism more than people on the Left. It is this exceptionalism that unifies them around the world no matter where they come from. *They* believe they have the short course on fixing the world, and this is why no other tribe shows the fierce loyalty that the Left shows to itself. There are no leaks and whistleblowers from inside the Left. No one is as grimly determined to fix the world and help the Have Nots—and the secret, they believe, is to give away stuff for free, that thriving is a thing of materialism. To them, The Life Well-Lived and The Good Fight largely entail wealth redistribution and giving stuff away for free. This is how Marxism subverted the West. To appeal to the innate humanity of our kids to convince them that their parents' generation and society was *not* as humane as it could be, and for the kids to join the Left's more enlightened tribe. No one is more supremacist than the Left, who are so convinced that *they* are the answer on how to emancipate humanity that they have murdered 106M of their "political" enemies since 1917, and they pay *no* attention to the fact that they have. This body count suggests no tribe feels more supremacist, and less egalitarian, than the Left, and egalitarianism is the basis for civil society with trustworthy elections. No one lets dogs or subhumans or racists vote. You can't *tell* the dogs and subhumans and racists that you aren't letting them vote, or they would protest. You have to *pretend* you are on the same team and that you honor their vote. But this

WALLS-KAUFMANN - 067

pretense only exists because the radical knows that to admit that they are subverting the "animals" for their own good would start a civil war. The romance of the Marxist for their own exceptionalism, and the addiction to the ease of their assumption of their own superiority, has allowed Marxists to believe we face an emergency situation with global warming, plastics in the oceans, racism, white supremacy, patriarchy and Man's Inhumanity to Man that we cannot solve without a war-time intervention, and peacetime, civil ethics will not suffice. In war time, in an emergency, as the Leftist believes we are in—the people on the other side are not your equal. Their blindness and self-destruction makes them subhuman. As such, you will agree to military-style emergency leadership to save the planet to crush insanity until cooler heads prevail. Given this absolute self-confidence, and lack of faith in the genius machine of the human race, the Left's infamous "revolutionary discipline" is born. A new tribe is born, a new army, with soldierly discipline showing *zero* compassion for the conquered, who's greed and materialism and patriarchy and myopia are the whole problem. You do not tip off the enemy and make the job of saving the human race that much harder. You colonize the old society with the supremacy you teach their kids. The Left has no faith in the human race, they only have faith in themselves, in *their* tribe. The West has a loose faith in genius, in all of us being on the same team eventually being able to figure it out together, in the end of tribalism. The Left believes in *one more round of tribalism.* One more round, and *then* we will quit. The tribal identity of the West is this loose faith in all of us stumbling toward making the world better, and probably doing this best with democratic republics where the few must share power with the many, and truth probably always leads to the best solutions. The Left *does not* believe this. The tribal identity of the Left is an offshoot of the West *that has lost faith in humanity*, and believes that artificial restraints and controls by "very smart people" at the top, can outsmart, out-think, out-create, out-envision, out-genius all the rest of us who are in the great field that will give rise to tomorrow's genius. This is half of the essential conflict between Right and Left.

   Tajfel studied prejudice and first discussed in-group out-group.* As we said, tribalism is an inevitable and necessary step in the early rise of

man because of how dangerous Phase One world is before human beings see themselves in the same flow. Growing up in a tribe is like growing up in a submarine. We see little of the outside, and we must trust our captains for what they see in the periscope. All animals imprint very quickly on their parents. At first, all of the submarines of the world are steaming after their own success. Early problems occur because *some* submarines are pirate submarines that crash into, and loot and sink, other submarines because they, as lone hunters, are still swept up in the ease of making a living by destruction rather than by constructive productivity. Once we are imprinted with our tribal identity, and our desire to help the success of *our* tribe, and to define innocence and guilt by the success of *our* tribe, it takes either an act of subversion or an epiphany to break out of the assumption, to see past the thick walls of the submarine that there may be a universal unity of purpose transcendent to all tribes. It is the groping toward this principle that led to the rise of Western civilization and the era of republican democracy. As Whitaker Chambers points out, the thing that unifies the Left in this romanticism is their belief that the world is flawed and needs to be improved.* It is a litany of the glass half-empty. The stress of this litany is used to demoralize us and to inspire terrorist acts out of frustration and impatience. Our determined self-belief in our own goodness is good, attractive and charming. This is our inherent, stubborn bias. And rightly so. We harden up around *any* position because it is our "own," and it sticks to make it a better learning opportunity. A "mumslippin" is a colorful, archaic English term for a stubborn person who refuses to admit they are wrong even in the face of any evidence.* But an ordinary stubborn person won't kill people for holding contrasting "political" beliefs. Not so the hard Left. The hard Left is so convinced that "All the angels are on *our* side and all the devils are on *their* side" that they will kill you, ruin you, and subject you to nonstop propaganda if you get in their way. The Left is vulnerable to infiltration by psychopaths because of this totalitarianism since psychopaths always seek positions with a premium on power and no questions asked. Turning all emotion and encomium on the target while ignoring the gathering of psychotics on top is a hot house for psychosis. It is like throwing fertilizer on crab grass.*

Cross psychosis with the ease of addiction in believing our group is superior and we have a recipe for human disaster. Match this with Lincoln's famous remark that "There is no man so fine as to rule another without his consent," and his "Give people the truth and they will make the right decision every time." Psychotics, and people seduced along the psychotic spectrum, don't buy these eternal principles of the Democratic Era that are encoded into our operating system to push us to our full realization on the power of genius. They don't care, or they have lost faith. Psychosis will punish resistance with the Three Generations punishment, aiming at your kids and family, to murder, ruin and subject them to make sure everyone gets the point that only sociopaths win, which they can, for a time. The blind loyalty of the angry youth army,* impatient to improve the world, and locked in place by the golden handcuffs of salaries, jobs, grants and position (one must be paid to violate the holistic orientation of our conscience) will keep psychosis afloat for a time. Ironically, the Left has managed this backlash against the Democratic Era just at the point in history where we were willing to take a deep breath because we thought no one would ever again question egalitarianism and the peaceful transfer of power and everyone who is properly educated having a voice as we sought to improve our lives. Just when we are on the verge of ascending to the door of the First, Do No Harm of Phase Two, the psychosis in lone hunter Phase One leaps for the ring to keep us divided by the Left's tribal supremacy and prejudice with only one possible outcome—a return to rule by the few over the many.

    Part of the "discipline" of thriving is to know that we must keep all stresses and pleasures *within reason*. All stress is very good for us at first. Every poison and toxin is very good for us, at first, depending on how toxic it is. This is called hormetic effect, or the hormetic curve. We will say more about this later. Psychosis, we will notice, is always tempting us and our kids with ease and pleasure. Drugs, sex, rock n' roll, welfare, free stuff, no work and the lazy ease of believing we have *finally* joined the ultimate, right "enlightened" group so that we can turn off our discretion and moral radar and just have fun hunting and terrorizing the subhumans that the elites tell us to. Notice how psychotics *preach* losing control in all aspects of

WALLS-KAUFMANN - 070

our lives except the ones where they want us to act like their personal army of vengeance to cleanse the world of inferiors. They *want* more addicts to build an army with. They themselves are creatures, lone hunters, of their lusts—at least for wealth and power. You and I want to see power used to enforce wisdom in order to optimize the ascendance of the entire human organism and the maximizing of holistic pleasures that never pierce the envelope of addiction. *This is not what psychotics want.* Psychotics talk the best game because they speak from the best catalogue of political slogans that have ever struck human ears—its all for the Have Nots, the poor, to make life fair. As Thoreau wrote in *Walden,* "There is no odor so bad as that which arises from goodness tainted." We find the results of their methods and ideas always give rise to the Jeffrey Epsteins, the Bernie Madoffs, the Clintons, the Bidens, the Sam Bankman-Freids, the Nancy Pelosi's of the world, who never had a real job doing anything constructive yet became billionaires as careerists in the strata of elites. They rape, graze, predate and deceive to their heart's content because in part they believe the world is so flawed that their rapaciousness makes no difference and is what we deserve anyway. Psychotics have taken Washington in such numbers (with the help of the blind fury of the hard Left) that they have spun the institutions into a massive front of corruption with the censorship industrial complex hiding the bribery industrial complex. American government is nothing but the nonstop serial cover-up of layer after layer of Teapot Dome scandals. Covid, Fentanyl and the nonstop pushing of addictive behaviors show this is pure depravity and inhumanism. But this conflicts with the structure of existence itself, and all consequences, and so they must lie about *everything* in order to keep the lid on the fact that the depraved materialism of the few has given rise to raw insanity held in place temporarily *only* by our lingering social-tribal reflexes. The ideal business models of the donor class now dictate our national policy no matter what it costs the rest of us. All of this just at the dawn of the Era of Surveillance. Habermas calls this refeudalization—turning back the clock on the West to feudalism.* Next, the elite begin playing that old favorite game of theirs: "I'll hire your kids if you hire my kids." This is fine, except

WALLS-KAUFMANN - 071

what does the unending living force of emancipation have to say in us about all this?

The Left hitting the glass half-empty argument in a vacuum has riled up the angry youth army with our innate humanitarianism so that they are now the terror arm of the corporate class. Here, people addicted to the ease of their supremacy will *not* see the appeal to Less is More, all have value, and serendipity that the consequences constantly display. They will only see identity. Addicts *cannot* vote for the other side, because their despisal is visceral. Supremacy is all the Left has. The attitude of the Left reflects the comment of Golda Meir, who said, "The world hates a Jew who hits back. The world only loves us when we are to be pitied."* This is the psychosis at work in the Left in a nutshell: They marshal our pity for a forlorn world, then chop off the head of anyone who challenges the rule of their few. This is the psychotic litmus test: When one side agrees to peace and the other side still wants to kill them. America has given the Left everything they want—but the cry to kill off the West grows more chaotic. Those of us on the side of Western civilization, we think the Left and psychosis are *misguided*. We think all can be settled with a reasonable conversation because of our dim outline on enlightenment being within the reach of all. But the Left *hates* the Right. If you ask the Left "Who are the worst people in the world?" the answer moves across the Republican spectrum: Trump, MAGA Republicans, January 6-ers, Pence, Ron DeSantis, and before that Bush II, Bush I, Dan Quail, Ronald Reagan, Richard Nixon, Barry Goldwater, or whoever is the Republican nominee for president or high office. The top of the Republican ticket are the subhumans. It never changes. It cannot change—otherwise we look at the psychotic elites. The hard Left has no love lost for the incredible wealth and achievement built on the full faith and credit of three centuries of American-Western genius meritocracy. The psychotics seek to bring it all down through either the billionaire class buying everything at firesale prices by crashing the world economy, or Cloward-Piven crashing commerce and enterprise, which is the human constructive instinct at work. Either way, the psychotics will still have more, and the Left will have its dream of "staring all over again." . . . Except—*there is nowhere else to go beyond the pursuit of purest*

WALLS-KAUFMANN - 072

*creativity.* Anything else is a lesser alternative that will prove itself in the inferior results of more stress, less security, less efficiency and less holistic productivity. There is the genius meritocracy and everything else, and everything else is a some analog shading of the psychotic meritocracy.

This is why the Leftist army always waits to get its moral marching orders from above, because the sociopaths on top must work things out in the bribery meritocracy with the highest bidder. Who gets what and how much? Who is the biggest stakeholder in any national or economic transaction or crossroads? It is an invisible round table of cutthroats with Pharma on top. Deals can make the "enemy" shift in a moment's notice. Look at how Hillary got thrown under the bus for Barrack. Look how Bernie got thrown under the bus for Hillary. Look how Bernie got thrown under the bus for Biden. Psychosis is so corrupt and weak that it can only allow Alinsky's single target for moral outrage.* Only one enemy. Freeze them, harry them, blame everything on them.* Then orders trickledown to the terror apparatus. The Means of Information and Education only exist to distort any and all data so to keep the human race from coalescing into one efficient, de-stressed, safe entity to maximize upward movement. The mechanism is addiction to ease and pleasure that are gratuitous and out of bounds with wise behavior. Part of the psychosis wing is so anti-human that they view the human race as a cancer, while vaccines stand on the side of Pharma paying *massive* bribes to the political class, and also to stressing the human race through the onslaught of chronic inflammatory disease that makes us lifetime Pharma customers. Hence, because of the clotting factor with respect psychosis, the ultra rich have nothing to fear from the new faux Marxists with their CT, CRT and Cloward-Piven, equity or equality. If anyone is wondering, the difference between Equity and Equality is that equity is the meritocracy gathered around the quality of life of the Jeffrey Epstein Caligula elite, while equality is the genius meritocracy of raising populist quality of life in real time. *There is no other choice.* Exploitation only happens when anyone cheats the human race of the next great idea, or you cheat the help of a fair wage. No one wants this but a sicko. This is why Alinsky taught that the fight, the pressure, must never stop.* Ram Emanuel put the strategy into words years later: "Never let a good crisis go to

waste." And as Hillary Clinton said, "There is nothing but the fight." Keep stress alive, organic, constantly morphing and demanding more, never let reason and fairness rest because that is not the goal. The only goal and result is to preserve a criminal elite. So, the Left started alongside the 19th century Progressive movement with worker hours, workplace safety and wages and evolved to forcing transsexual operations onto kids for Pharma profits and because transsexuals make some of the most violent mobs fronting unwittingly for the elite. All of this is criminal exploitation because of the deviation from the mean since the elite must always try to stop our realization from doing an end-run around them. The Left now seems busily engaged in the complete disappearance of white people and Western civilization, and yet who has done more to unify the world? Slavery was ended in America because it was an unfair (*and* inefficient) pursuit of the miraculous, just as is the serfdom that Marxism offers. Slavery and serfdom are a prison, after all. Who let the American slaves out of jail? Did the slaves let *themselves* out of jail? Slavery was a British institution. The American majority moved toward freedom because we realized *we* all get more out of life holistically by playing by the rules that optimally fuel the quest. Alinsky said that American racism was so unsavory to middle class whites in the 1950s and 1960s that radicals were able to improve conditions for blacks however they wanted by merely using that word.* But if whites are so "racist" that they don't care about blacks—how could this tactic work? For what Alinsky says to be true, whites must be the exact opposite of racist.

The West has been the least tribal and supremacist of all tribes while the Left is the most supremacist, as the body count proves. The West were the smartest kids in the class synthesizing epiphanies from all over to lead the world to suspect that maybe all tribes were, or should be, pointed in the same direction. The West so easily fell prey to Marxist subversion, as Yuri Beshmenov explains,* because it was so un-tribal and suffering from its *embarras de richess*. We allowed ourselves to become distracted with the fact that there are people in this world who are hunter gatherers in the computer age, who are clearly at a disadvantage in a sophisticated, sophisticating world, who are more self-absorbed than others, but who are

still people capable both of genius *and* helping. Beshmenov appears thoroughly credible given the timing, method and results, and our self-doubt given how we are now saddled with a ruling class who feel none of life's optimism, decency, lenience, surprise, understanding, humanism, patience, generosity, civility, walk a mile in their shoes, due process, innocent until proven guilty, benefit of the doubt, seriousness of the evidence rather than seriousness of the charge, Charity Principle, Golden Rule, Golden Mean, and all the rest that are the soft light burning in the window of Phase Two. That toxic, elitist, psychotic side has none of the optimism and curiosity of the West for the enemy, and no hesitation about diminishing the enemy. Yet these are the very qualities of the West's open mindedness and curiosity that opened the Ashmolean Museum,* the world's first museum, in 1678. This was a step in the process to synthesize all that the world knew into one unifying principle. *How did all the information fit together?* What was the secret message? Only one side also shows the humane treatment of enemy as the United States has shown in every war starting before the Revolution, when George Washington would not hear of cruel treatment to the Indians, or for British prisoners, even given how the British treated American prisoners in New York and in Boston aboard the notorious Old Jersey in Boston Harbor, where thousands died in the most deplorable conditions and near-starvation.* This only happened because the usually lenient British were so pissed off about the colony splitting off with no appreciation for how much the Crown had spent keeping the colony safe. No one, except the Israelis, is more lenient with enemies. By contrast, look at the fury our new elites dole out in double standards for the political crimes of vaccine hesitancy, in an atmosphere of bribes and coverups, and questions over sketchy election handling in the cities where the one third of the nation that is hard Left has taken control of the election apparatus without any thought of egalitarianism. Until the Clinton administration, the United States had a quiet foreign policy where it chose intervention based on a simple formula: Who is going to kill the fewest? This *always* excluded the Left. Therefore the old America of Nixon, Kennedy and Eisenhower was despised and ridiculed for being too stiff, racist and straight laced.

WALLS-KAUFMANN - 075

While America brought this view of conflict and the battlefield from Washington forward through Lincoln, Wilson, Eisenhower and Kennedy, on the other hand the Japanese, Germans, Soviets and Marxists did what they did on the completely opposite side of the spectrum,* rampaging in rape, murder, reprisal and plunder at every village and crossing. Remarkably, America has few exceptions to her military conduct as seen in Milai and Abu Grabe. In Milai, Sergeant James Cally allowed his men to conduct reprisals on a village that was a Marxist stronghold that had been savaging his men in the inhuman way Communists do. Cally snapped. Even here, Communist atrocities were no excuse for the righteousness expected of the American fighting man. And the captured American media screamed at our hypocrisy, as instructed by radicals to always do.* In Abu Grabe, American prison guards put terrorist POWs in humiliating sexual positions and took pictures of them while the enemy was busy with open-ended, real terror. These are the two "atrocities" American fighting men are guilty of over a two hundred year history. Again, the American media screamed, as they were motivated to do because of their Leftist ties.* The atrocities allegedly against American Indians reported by Dee Brown in *Bury My Heart at Wounded Knee* are lies for which he lost his tenure at the University of Colorado in the early 2000s. No one knows that Brown, a Communist, lost his tenure for these lies because his lies are still among the best to demoralize and subvert us, repeated millions of times over since 1970 when this international blockbuster was published. American and Allied soldiers became famous for *not* terrorizing the enemy in every war they fought. Refugees flocked toward American and Allied lines in all modern wars because it was known that we were different from everybody else, especially the Left. And we were different for our faith in the soft light burning dimly in the window that told us that enlightenment was likely near enough that we didn't need to kill a bunch of people to find it.

The hatred of the Left for humankind is difficult to fathom since the rise of Western civilization leading the world into the Democratic Era *and* the rise of Marxism itself both prove two things: 1) we humans believe all submarines face the same direction, and 2) our willingness to open our Family of Man to everyone who agrees to the holistic rules. The rise of

WALLS-KAUFMANN - 076

Marxism is an offshoot of Western civilization much like a religious schism where the outgrowth becomes impatient and disillusioned with the mother religion. Here, we use the suffix "man" in Family of Man as a reach-back to Middle English, when the terms weapman and wifman referred to man and woman. And so, when we drop the prefix we include the entire human race,* and dispense with the entire catalogue of tribe-splitting sex identity pronouns that serve only as a smokescreen to hide the recapture of the throne by a few ruthless white men. The categorical hatred for America and the West by the psychotic white men behind Leftism is a boiled frog phenomenon that must keep imagining worse grievances, and progress along this series, just as Alinsky says organizers must do in their organizing.* They must never accept honest and open negotiations,* and when these are offered out of the decency of the other side, the radical must enlarge their demands, and therefore "grow" into more extremism. Keep decency off balance, keep pushing it back for more "progress"—even though normalcy is the optimal platform for creativity.

Hence, the white Left's long march through our institutions. The Left gathered everyone's concerns and promised them anything with top-down solutions* that were always materialistic in nature. As Alinsky said, "I can't get what I want without you, and you can't get what you want without me."* As they gathered power, Alinsky notes, the Left watched everyone come in to negotiate with them so as not to be left out.* The radicals moralized a welfare feeding frenzy based on their feeling that the world was imperfect, and opened the door to a power re-alignment that is nothing more than a restoration of feudalism. The poor became those farthest from the Left instead of those farthest from genius. The poor are those of us farthest from the bribery apparatus. This is a return to the age-old barbaric reasoning: The materialistic addiction of the few cheats us all of holistic considerations that *includes* the optimal materialistic chances for *all*, given the essential unpredictability of genius. The deviation from the holistic by this addiction to materialism upsets the apple cart both by creating a victim who needs justice and by cheating the genius event(s) that would have happened in the interim. Again, clutter, deviation, distraction and interference against the creative event. Musical impurities of addiction

WALLS-KAUFMANN - 077

and distraction—arousing our neurological response  to get past this noise, this tempting, toxic cyclical addiction that entices us to fall into the "instability" in bounded instability around the fixed point. The parameters of existence are so forgiving that we do not have to shut off our materialism, but merely keep it in check so that the desire is not gratuitous so that we make a holistic mistake. We can say that this idea is idealistic and Pollyanna-ish, and this is true, but the criticism does not change the fact that this fixed point is the centrality of stress, and stress happens whether we like it or not.

Civility becomes more important the more population increases. In 1700, when your house was a mile from mine, I didn't care what you did on your land. Freedom was easy. But today, living elbow to elbow in a small condo in a high rise with a four-generation Tokyo mortgage,* individuality and freedom require much more study. The Left is correct: The fact of second-hand smoke takes away your right to smoke in my face. Similarly, the Right can make the same argument: The fact that welfare is as toxic as smoking takes away your right to addict the poor solely for white psychotics' political power. Existence is a closed moral loop.

Chapter Six: The Holistic—And Whatever Else Is

Yuval Noah Harari's thoughts on what is called "hacking" the human psyche appear in a YouTube video entitled "Transhumanism and Eliminating Free Will."* Harari speaks of "intelligent design," meaning, in this case, the artificial intelligent design of smart people like himself using "data" to "hack" the human race and improve it with an eye to eradicating disease, poverty and Man's Inhumanity to Man probably for the sake of making the one in six of us who survive Kraus Schwab's The Great Reset safer, healthier, happier and more productive. Harari, like Alinsky, and Trotsky, and Washington, and Adams, Franklin, Benjamin Rush and others, warns us about the evils of elites, and yet he seems to blink past any idea of how he himself might be one of the elites who have crashed us through the

Epstein barrier where the few get to do to us whatever they want. Harari is a rambunctious fan of the Covid scare, of Covid lockdowns, mask mandates, traumatic vaccines, vaccine mandates,* sheltering in place to limit the pandemic, better living through Pharma, and "hacking" the human brain to reduce hesitation for the top-down command structure. Like so many "smart" people today, he dreads what we are doing to the planet, and fully supports The Great Reset that is the apple of the eye of the pampered and privileged white administrative civilization that wants to knock off one out of six of us. At present, this administrative state is acting fully on behalf of the Epstein class and their ideal business models, with the censorship and bribery industrial complex providing the advertising dollars that are the golden handcuffs of what Thomas Szasz calls "pharmacracy." Pharmacracy is the construct that says human revelation will come from technology and artificiality rather than The Life Well-Lived, with the syringe of the traumatic vaccine leading the way. Meanwhile traumatic vaccines, bad food, surgery, car accidents and head trauma are the gravest stresses outside of war that modern civilization faces. Let us not forget the constant barrage of stress we are under the siege of listening to ourselves say that the human race is a racist cancer whose numbers should be cut immediately by a Draconian cleaver. To be good people, our kids are told, they must abandon their parents and join a hedonistically-fixated youth cult, led by their teacher, that is the world's first exceptional group to see that the cure for poverty is to give free stuff to the Have Nots. They should file in as the push-button rioters fronting for the few in Pharma, Big Food, Big Finance, Big Tech, Big Education with their Column A thinking that clings to the idea that their top-down violence can dissuade the rot that comes from inside-out displacements.

Harari et al's "transhumanism" soft tyranny* echoes the worst fears of Whitaker Chambers when he said the modern world is at war between the forces of Communism and freedom.* Chambers was the converted Communist spy who exposed Alger Hiss and the army of Stalin's spies and shapers in all levels of the bureaucracy by the 1930s-40s. It is chilling to read Chambers's account of leaving the Communist Party in 1937 and seeing how even then the Left ruled a terroristic shadow government with

the resources to hunt him down and kill him, while America at large was so asleep that it had no idea that this shadow government had the power to silently erase an innocent spokesman of Western civilization.* "All the good people"* and the media aligned with Hiss, and later Ethel and Julius Rosenberg in the *denial* that they had all helped supply Stalin with the atomic bomb, Chambers writes. Stalin, a man who had butchered five times the people Hitler did. From Chambers we see the "opportunistic collusion"* that has grown up before our eyes, that Trotsky feared, and that Alinsky said he didn't want—a bourgeois dictatorship squashing any "hesitancy" toward its most craven materialist excesses, while selling us *and themselves* the idea that there lie holistic solutions. The optics of what all is happening today leave us no option but to believe our eyes despite the ruthless censorship and reprisals. This is all detestable to our instinct for popular rule and that all of us have value especially after we are educated to the centrality of the fixed point and its superior worth and fun over any alternative. The Hararis of the world talk as if they truly believe we will be better off if we slosh around with all the pills and shots and artificially sweetened drinks those at the invisible Round Table want to cram down our throats. It is not far-fetched to fear that they see our future is to wind up strapped in stalls like dairy cows and milked for our last middle class dimes that create the billionaire Epstein class while they flit about on their rape airplanes doing as they please internationally. If this is not true, why have our federal health agencies released new guidelines that have no ties to scientific reality or common sense? Big Food inflicts bad diet buoyed by federal subsidies for the needed junk crops that wound health and create health problems requiring massive intakes of drugs, long term insulin injections for kids, and even stomach reduction and fat removal surgeries for children as young as thirteen,* that are now recommended by the FDA as national policy.* These head-scratching "hacks" violate the Geneva Convention, the Nuremberg Codes, the Belmont Report, the Berlin Report, the Hague Conventions, the Declaration of Helsinki, the United Nations declaration of universal human rights, the United States Constitution, and the constitution of any other nation worthy of the name,* and three thousand years of Western ascent toward the realized society. Already, this

WALLS-KAUFMANN - 080

"hacking" has led to the biblical flood of chronic inflammatory disease since the 1980s, and the arrival of childhood cancers since the 1940s,* that might be the intended result of already vastly overprescribed shots and meds and artificialities that stress our society so badly that American lifespan is going down since 2014. All of this is the Column A tech-based ideal business model of the few eclipsing the Column B Life Well-Lived of the many to, astoundingly, become our national policy. This atrocity is only possible given the revolutionary discipline of the Left that refuses to look upstairs to see how the psychotics have circled their wagons, again. The Left's terror arm is on speed dial for the invisible round table, along with the bribery industrial complex, and perhaps the national security apparatus building up a blackmail file on all would-be do-gooders on Left or Right. What else beside this three-handed-manacle can account for the Right *and* the Left, that supposedly *hates* corporate abuse, remaining Mengele tight-lipped through this holocaust of crony capitalist mayhem?

Anyone who still believes like Harari in sweet release via hacking our genes is not reading the literature. Remember that "ease" and "doing things the easy way" is a primary addictor for the human mind. But if we believe that scrambling our genes will lead to human emancipation and Utopia, ask yourself: Will splitting the gene let Twinkies turn us into Arnold Schwarzenegger? Will splitting the gene turn us into happy slaves? Will splitting the gene make serfdom humane? Enough "hacking" will only turn us into soup. Luther Burbank, the great horticulturist, who conducted thousands of experiments with fruits and vegetables trying to breed out qualities we don't like,* spoke eloquently about the petulance of our genes. Burbank said gene manipulation was a stubborn game of robbing Peter to pay Paul, you get one thing you like, you get another you don't. Notice how the entire industry of "editing the human genome" dried up quietly after mapping the genome in 2010.* Where are the Twinkie body builders? Where are the sex slaves who live happily under the bed of the pimpled teenager as contentedly as a blow-up doll? Can we predict that our elites cannot rearrange populist DNA to cheat us of the civil rights branded in our soul without turning us into offal?

The Great Reset* is the wet dream of little white boys reared under the sci-fi Tech-, Pharma- and vax-myth in an era of Marxist pessimism and anger who do not yet grasp the magic of the human organism and what exists. The end of our problems is only ever as far away as changing our minds about First, Do No Harm, and admitting that we are trapped by this guardrail that protects us all from one another. A partial list of hackers identified by their own public statements includes Bill Gates, Big Tech, Prince Charles, Michael Bloomberg, Mark Carney, Klaus Schwab, George Soros, the Soros sons, David Rubinstein, Maurice Strong, Reed Hoffman, David Rockefeller, the World Bank, the IMF, Ken Galbraith, the United Nations Environment Program, the Bilderberg Group, the World Wildlife Fund, the Brundtland Commission, the Green Horizon Summit, the Green Finance Institute, the World Economic Forum (WEF), the Democrat Party, the United States Government bureaucracy, the European Union, and any Republicans who have blinked past the growth of this metastasis to let it become the sociopolitical core of the West.* The only proof that this latest echelon is *not* elitist, secretive, totalitarian, fanatical, fascistic and ponueristic is their own chuckling insistence that they are not, and that any talk about the death of human emancipation is "conspiracy theory."* They even claim to "own" science.* There is no deviation between what they want and Column A science. Hesitation, they claim,* is science denial,* and conspiracy theory.* Maurice Strong openly declared that the Earth is dying because of "capitalism," because of the first world exploiting the third world, and because of anthropogenic global warming.* In 1974 Henry Kissinger wrote a paper demanding world population be cut back.* Ted Turner said the same thing on the Charlie Rose show.* No one yet sees a problem pattern with this small klatch of billionaires high on the smoke of there being six billion too many of *us* on the planet, and the plan to wring out the excess via fossil fuel starvation, obesity diets, addiction, runaway crime, electric grid control, water control,* disarming the public, paving society with pharmaceuticals, and crushing us under stress to make us rats running wild in a diabolical artificially induced self-fulfilling prophecy. Jane Goodall said on video at the WEF that all of our problems stem from excess population.* The CEO of ——— is on video at the ———— WEF, saying

WALLS-KAUFMANN - 082

to stentorian applause, that, with drugs, "We are on track to halve [world] population by 2040."*

Yet humans tend to gather together in cities so that there are more trees in America today than there was during the Civil War.* And all Americans can attest how the unpopularity of hunting has led to an explosion of wildlife in our suburbs that at least attests to how wiser humans can live in harmony with their surroundings. And lastly Goodall and company can cry about extinction and poaching, which is led by the Chinese market believing Rhino horn cures erectile dysfunction—while they say nothing about Chinese bribes being a key factor in the erosion of Western wellbeing. One of the key elements of modern Leftist psychosis is to blame whole races or classes of people, or the entire human race, for the bad behavior of a few bad apple psychotics always at the top, who are now *with* the Left. Nuclear power and technology at this point could easily be used to protect sensitive areas and sensitive wildlife populations and kill off poachers and settle the problem, if alarmists were at all serious. This, as opposed to unblinking mass extermination that will *never* touch the sliver of the one percent or their families because they are so smart. But if they are so smart, why haven't they realized yet that the value of the human race depends entirely on education? After all, how many potential geniuses and helpers do we want? —Three or seven billion? Do the hackers believe that unleashing the (possible) genius of AI will hit the kill switch on human genius, and no one alive will ever have a good idea again? All developing societies shift toward lower child birth naturally and shrink into smaller spaces. Genocide seems over rash.

Our battle royal today is not between Communism and Freedom, as Chambers said. Our fight is as it ever was. It is the perfect versus psychosis, it is optimism versus pessimism, it is the view that the path to revelation lies through bloodshed and mass extinction versus that the path to wisdom lies in growing up because the operating system is your guide. Our problem lies in the elites pill-rolling themselves into their own exclusive tribe sneering at all the rest of us with yellow teeth while they play games with our holdover tribal instincts. The baby does not need drastic surgery to become an adult. Our tribal reflexes still hold us back. Our primary issue

WALLS-KAUFMANN - 083

is prejudice. The prejudice of the Left and the elite. Another round of tribacidal conflict will *not* advance our psyche if we (again) fail to realize that tribal prejudice is the main distraction from our purpose. Chamber's use of the word Freedom only works outside elitist, Leftist circles. Harari's lectures announce that his tribe sees populist freedom as the enduring problem until they educate *us* on *their* vision of human emancipation, that will require that six billion of us die. Both sides want emancipation, but only our side believes that seven billion potential geniuses are better than one hundred, and that genius will find a way to fit however many of us there are into a thriving civilization of geniuses and helpers. Their endgame is for the superior people made rich by yesterday's genius to micromanage the little people who will supplant them with tomorrow's genius, and to reward themselves for this noble feat with whatever materialist fruit they judge fair, no matter what is costs the rest of us. Our endgame is thriving for all, harm to none, and to limit genius only by holistic restraint, and to trust how it seems to show an organic facility that no human can outguess. To them, genius is a threat to their station, along with our desire for a higher quality of life, which is the fuel that makes life move. To them, the word Freedom means there *is* no system, or that the system is Natural Law, or God's will—all of which are trigger words for ignoring how Have Nots are made only by the movement of genius, and that the economics of genius provide the means to ease human suffering faster and more holistically than any alternative we will ever conceive of. For them, crime is obstructing their vision. To us, crime is blocking the event. This is the Greek "Logos" and the Chinese "Tao."* To some, "natural law" is the mother of all bigotry, supremacy, poverty, inequality, need and racism.* Talking about Freedom only convinces them that the world *has* no operating system, until *they* give us one. To this day, the Left has never figured out its alternative operating system. Karl Marx himself changed his own mind about enlightenment three times because he enquired deeply and stood nose to nose with his own private realization that there *is* no way around that which is already exquisite. We, and the Left, want perfection *now*—but we fail to account for one of the most critical factors in development: Time. Time itself feeds into maturation and event in a way

that is not substituted by any other factor, and cannot be faked. Time allows the stew to mature in its own juices. Time makes one surer of what they know and what they are missing so that they do not miss it when they finally see it. Only education can accelerate the process. But there is no substitute for pain and missing.

Life's operating system only leaves doubt when moral differences are so small that there is no physiological gain between choices, as with which toothpicks or socks should we buy, or which person should we buy from because we like them better. Or when our *personal* stake doesn't move the needle on the *social* scale. We see this in three famous examples of ethical dilemmas: In William Godwin's *Political Justice,* he offers the moral choice between saving the life of a great man or his chambermaid in a burning building, and the chambermaid is your mother.* In *The Method's of Ethics,* Henry Sidgwick presents the dilemma of whether we are obligated to find the best ethical solutions for all human beings, or even for animals.* Sartre's question is whether the son should join the war effort and leave behind his fragile mother who has already lost one son and could very well die of anguish without him.* All of these moral choices are still made by the moral grid framed around the fixed constant, with the dilemma coming only because of a split between the two basic life instincts in every person that we will cover later on. Notice how these famous dilemmas all boil down to the same three deviation-from-the-perfect causes: 1) Our *personal* loss when we must choose between our personal interest (our mother) and the larger social interest, meaning genius or social class. 2) Our *tribal* loss in war when we mistakenly believe an "enemy" tribe is on a course different from ours—since we are not, we *all* enjoy the highest life experience when we optimize ourselves for creativity. And 3) accident (the fire), for which there is, so far, no choice and no defense, unless technology opens up new possibilities here. The hypothesis here is that theoretically *all* living things could evolve over time to realize the universal benefit of First, Do No Harm, even where food is concerned, but for now, with no idea how to survive without killing to eat, we should kill as little as possible. This being said, most thinkers, from Aristotle, Godwin, Marx, Sartre, Coleridge and Sidgwick, believe we are improvable. Mencius said we all have a very

accurate sense of right and wrong*, and we know Mencius is right because all criminals flee the scene of the crime—since they know they have upset tribal and individual process. We have also touched on the Flynn Effect, where we collectively are becoming smarter, which hopefully means more rational, less tribal and less willing to diminish others. So, as we evolve, hopefully we will more quickly realize the underlying moral ideal as a process of fine tuning *every* iota of any organism or ecosystem.

But we also tend to cloud ethical questions with our preoccupation with sex and sexual fidelity that are fraught with subjectivity. Meanwhile, how you decide *whether* your spouse is cheating on you, and what it means to you, and how you should react, are all a product of mixing and matching the logical constructs of the fixed point. In addition, what is going on with you personally and sexually really only matters to the rest of us in regard to how it is affecting *your* flow, *your* tuning, in the process of creation. This is why the West has proven to be so forgiving and liberal on "different strokes for different folks," like entertainment, homosexuality, lesbianism and transsexualism that the Left keeps advancing in the Saul Alinsky vein as more stress, off balance and more outrageous obedience proofs that our populist democratic republic is kowtowing to the psychotic few. *Do what you want sexually just don't subvert the kids and spoil our quality of life.* "Infidelity" really only counts for society as a whole when, for example, promiscuity leads to seventy percent of black children being raised by a single mother* because welfare dismantles the family and fatherly responsibility, marrying the mother and the kids to the addictive state. Ditto with sexual addiction that weds a sexually addicted society to elites who seek depraved power by normalizing what is inarguably an unhealthy excess that can harm the individual and give them more stress and take them out of true. If these gratuitous indulgences and addictions become disturbing enough then society will turn toward solutions just as China has after seeing what has become of our kids decimated by addictions on all sides with the incumbent splits from reason.* What we see is more self-idolatry and gratuitous pleasure seeking with the predictable "going crazy" as kids are encouraged to split from the West's populist society to the Left's elitist society. Many hot button sex questions fall into a biological

WALLS-KAUFMANN - 086

limbo land where wrong or right are hard to determine without the behavior falling into what is gratuitous or without the specific cultural mores of a tribe causing stress to an individual particularly sensitive to the mores of that particular issue, like abortion or infidelity.

For example, what if an unhappy spouse seeks outside sex to help stay in a relationship to virtuously protect the kids? Or what if she has grown a little bored with the relationship, and its a weekend away, or he or she does not want the stress of leaving a relationship that is more comfortable than not? What if her husband is doing the same thing? Does a spouse always really want to know about infidelity? Does this change with age? What if the guilt of the spouse "spices up" the marriage or relationship so that the cheated-on spouse gets a benefit they enjoy and that is healthy? Does it make a moral difference if the next stop in relationships is better or worse than the one left behind? When is too much sex or too little sex stressful? All of these questions and conflicts can create neurological crosswinds that come out in the wash, and that society will have little credible stake in until society faces, for example, an army of fatherless children scarred by an initial impression that they are unworthy of their father's love, who are then statistically more likely to be criminals, more vulnerable to corruption by a corrupt state,* and thereby raising collective risk across the board. In general, the subject of sex titillates us about as much as how little it matters on the national stage, in the process. Infidelity is as old as the hills. It is in the Bible. It is in graffiti at Pompei.* Major religious figures do it all the time. Society is evolving toward the less stressful position where sex matters as much as it affects how we remain in line with the fixed point, i.e. how much does it affect our job, family, friends and society. It is a personal matter to the degree it does not break out into the open. Sex in all of the above cases, we have realized over time, out of deference for the least stressful position, is still best decided quietly between consenting adults. If this is maintained, we believe, then sex can be as fun and inspirational as it can be while not being exhibited so gratuitously that it has the chance to addict those most vulnerable to its allure. Our stopgap, we have organically found as a society, is where sex or anything else changes brains* and upsets constructive creativity. This gets

into how much time each of us every day should spend either pleasuring ourselves or cultivating ourselves, which we will discuss later. Work, and raising others' quality of life, is a form of cultivating ourselves, alongside the four focus principles of open-ended benefit. Western society has become very liberal about *how much* a person wants to cultivate themselves or work to raise others quality of life. When we get down to it, what is *not* tolerated by healthy thinkers is when people try to make a living in any enterprise that detracts from the fixed point.

In the end, sexual fidelity boils down to crushing your immediate desire for the sake of the boring always being safer than the exciting. It is a clear, stable choice that not everyone has the personality to make. Yet all of us but the sick rightfully find it awful when parents abandon or abuse their kids, or pick their personal happiness over the welfare of their kids while those children are dependent. Where kids are concerned, the "which pair of socks to buy" fuzziness does not apply, as we will discuss more later. All of us agree that people who do not care about kids are especial monsters. It is bad enough not to care about other people, but to not care about kids is a ripe taboo. It is critical to note the Catch-22 in Life's perfect operating system since one of the ultimate "sports" for psychotic elites is to exult in their power over us. In this theory of the anti-perfect always sticking the needle in our leg to wake us up to our humanity, it makes sense that the truly depraved would test their power over us in head-to-head competition with our most precious objects, our kids. They test, with their odious obedience proofs, if they have manipulated society enough to groom our kids both to be *their* allies *and* enablers of them over us, while they make sex toys of our own kids in broad daylight right under our very noses. All of this is psychosis rolling in the muck of its own realization. It is the perfect imperfect cannibalizing in the *constructive* human impulse. For the depraved, this is the ultimate high, the ultimate show of domination in the highest stakes game there is. This is depravity in the psychotic lone hunter lording over civilization, where we are defenseless to stop him despite all our resources, all our reason and instinct to do so. This is the in-built tendency of human society: The psychotics tend to rise to the top. They will pill-roll into their own society. Absolute power corrupts absolutely. We

must remain ever vigilant. The Left are the least vigilant of their own. Anyone who tries to call it out instantly self-identifies as a troublemaker with "problems with authority."  And all of this fantastic depravity is only held in place by primitive tribalism that, for a time, inhibits people from seeing the whole picture where even the depraved are harmed by their material shortsightedness, given the serendipity and force of human genius. How psychosis keeps rising to the top is what researchers are starting to publish about the Left.*

In the modern era, after all the West has learned, decent people do not have sex with kids because the act is not between two consulting adults, and we protect our kids from the intense attraction and potential addiction of sex because the emotions and brain impact of sex and orgasm and that level of relationship are too powerful for brains that young, not yet hardcased enough to deal with them. Further, we know (as well as do pedophiles) that children imprint easily on those around them, which is why Marxists and pedophiles work so hard to be the first faces they see, to pull them away from family and normal society, that understands the ruinous power of addiction in ease and pleasure. The consequences of sex with kids who *cannot* be physiologically ready for this experience because of the element of Time is plain throughout the scientific literature* that psychotics working through the self-righteousness of the Left will try to hide, rewrite and disappear. But addiction is addiction, and vulnerability is vulnerability. Kids and vulnerable adults need to be protected by society. The West did this until the Eisenhower, Kennedy and Nixon administrations when the complaints from the Left that we were too racist and square began having their effect on the youth. Whether or not the Left's "trusted experts" are allowed to rewrite the science on addiction and pedophilia remains to be seen. The pedophile, like any other addict, will rationalize the harm to others to get what they want, and will ignore all costs to their victims, and to society.* It is important to remember that genetic flaws tend to come in pairs or clusters,* and that smart people and artistic personalities often show sociopathic tendencies.* The elite pushing pedophilia, rape, grazing and predation is to be expected. It is probably basic to the cycle of why we become disgusted with them.

Power will *always* tend to overstep and make those below question. This is the wound phenomenon, honor among thieves, and the serial progression of crime hiding crime causing our revulsion. Anything but the perfect leads to permanent radicalism. Shafarevich* points to Leftism first appearing on the scene in the Aristohanes' play *The Congresswoman,*\* where the protagonists pine for a new society where women have no say over with whom they must have sex, because they are unequal. Women and all sexual objects are made the communal playthings of those *men* who are first among equals and who rule this new utopia,* because these rulers are under stress and deserve the reward, like Napoleon and the pig administrators in *Animal Farm.*\* The Left's push for pedophilia and transgender men taking over women's sports and women's roles reflects this basic misogyny that is itself an extension of psychotics hating the entire human race, except themselves. This is fantastically ironic, since the rises to power by convincing us that they care more about people than anyone. And again, the Left's unique revolutionary discipline makes them the last to pierce the tribal veil to question their authority. Psychology and history show us that the more one is a psychopath the less they will delegate to non-psychopaths, because they know they embark on a criminal agenda that will offend the sensibilities of non-sociopaths. Birds of a feather. Oil versus water. The psychopath knows he must build a bigger tribe to insulate himself by seducing people less on the psychotic spectrum to engage in honor among thieves. Psychopathology is addictive itself except to the most upright people. Regrettably, psychosis can be seductive as we see in the Stanford Prison experiments and the Lucifer Effect.* The psychotic tribe enlarges. The wound phenomenon making things worse to make it easier to make things better, so the lesson sticks. Psychosis slips deeper down the rabbit hole, rationalizing their excess, imagining enemies where none truly exist, violating the fixed point.

Our most instructive ethical riddles are placed before us not with sex, but with welfare for the Have Nots. Failing to understand that this matter is also a health question means we can spend a lot of time and resources fooling ourselves about "humanity" while psychosis tricks us into hurting even more people unnecessarily in ever more grotesque layers. The entire

Left-Right war rests on this point. That Marxist terror, *and* the stratospheric government retail therapy of Progressivism, *and* the laissez faire of American colonialism, have all "failed" on this problem brings us around to having lived through enough mistakes to see what we need to actually do in the rubble of our failures. We will remain "stuck" until we do. Yet our being "stuck" makes the Left hate the human race even more. Psychosis sits in its circular Catch-22 puddle of hate and tribalist diminishment of normalcy that arises from the perfect and, like any addict, cannot recognize and does not *want* to recognize, its own spiral. It wouldn't be the perfect Star Trek anti-perfect if it did. Psychopathy is in fundamental conflict with existence, and they will continue to hate for as long as they can talk *you* into going along with their crusade to slaughter the world into Utopia. To make you bet against our own genius, our strange, God-given ability to pick solutions out of thin air. The fixed point is to go with caution but trust that we will always be there in time to save ourselves.

Chapter Seven: Populist Optimism Versus Psychotic Cynicism

The revolutionary discipline of the Left has allowed psychosis to seize the United States. This was done via a hate affair, as opposed to a love affair, with the West and America. So, let us look at the West and human ascendance to see what it has done and if the hate is warranted. The Left gave birth to both Karl Marx and Howard Zinn* who have summarized the West, Britain and America only with the 1619 exploitation and slavery of the world. Like Plato, they blame the Haves for the Have Nots. Marx and Zinn both lied about the West and deny how the West has been leading the charge against elitism and tribalism in a story arc that is nothing short of a marvel. Western civilization is nothing but radicals challenging the elite to share power with the little people until the Left became even more angrily impatient and broke off in the Industrial Era. The story begins at Sinai, in 1313 BC, where the revelation said that God was a unified entity, a fixed

point, not spread out among a population of lesser pagan gods in multiple points. It said that a unified master plan stood behind everything, and that people and their society mattered, that they were held to moral standards, and that history could *progress* from that point, that conditions were improvable, and that God had given man choice, and choices mattered, and that we are responsible for our choices.* In the ancient world, human beings had no sense that there could be evolution, or improvement or change in their condition.* This idea of universal order emerges through Thales, Hippocrates, the Greek Miracle, Socrates, Plato, Aristotle, and Christianity, agreeing with the Jews that man was created in the moral image of God*—which hints that all men stand on equal footing, and therefore we must be especially careful about any elite tribe and their idea of "first among equals."

Continuing this thread of challenging the elite, and coalescing more tribes into one, the West climbed through the Romans who took yet another step toward in both ideas in their experimenting with law, civilization and civil rights, and growing an ever larger Roman tribe by happily allowing new tribes to keep their cultural identities so long as they aligned overall with Rome. The Jews and Christians made trouble for themselves by keeping their allegiance to God rather than to Caesar, if Caesar "slipped." Charlemagne, through the 8th century, first unified the majority of Europe to a larger "European" tribe, and won hearts and minds by being a lover of the people. Christianity spread like wildfire and brought unity as well, attracting converts with its egalitarian subtext. The English then greatly accelerated the push-back against elitism with The Rights of Englishmen,* the banning of polygamy in the 7th century,* and Magna Carta,* that either made people more equal or shrank aristocrat power so that the elite and the populist stood on more level ground. Johannes Gratian* in Italy placed the guiding conscience of the individual at the center of society and the search for truth in 1140 and demanded that the elite should not infringe on this guidance. This ascendance toward a unification of tribe also brought the end of European slavery in the 11th century, and Martin Luther* in 1517 further affirmed how all the people should stand on level ground because God spoke to us *all*, not just the Church, which could be corrupted, and

WALLS-KAUFMANN - 092

could become elitist, and how the dim outlines of this truth stood in an individual's conscience as the manifestation of God's will, and how the Church, the elite, should not try to crush this realization for their own material gain. This began the Protestant Reformation* by declaring the elitist authority of the Church was corrupt and self-serving and not an honest manifestation of what God wanted. Martin Luther declared the conscience of the individual liberated from *all* opportunistic elitist authority, and sacrosanct in its autonomy to believe what it sees for the greater good that should not be breached by *any* authority because our conscience was a sort of sacred eye given by God. John Locke in 1689 further released the individual from the selfish rule of tyrants,* followed on by the British Civil Wars that toppled royal authority even more and founded the British Commonwealth in 1653.* Controversies over elitist self-serving closed the Star Chamber in 1641*, and gave rise to the Licensing Act of 1695 where the Crown agreed to lift much of its censorship both due to populist pressure from outside the ranks of the elite, and from the pressure of conscience inside the ranks of the elite. In the Licensing Act and censorship, we see the elite trying to censor information so that populist will is not gathered and inspired to do an end run around the elite trying to stay on top by obstructing ideas. This abolition of censorship led to an explosion of nearly three hundred periodicals that completely changed the pace of the spread of ideas.* . . . And yet Marx and Zinn act as if none of this steady confrontation of the elite ever happened, while *they* try to trick us into accepting another iteration of elitism.

In the march of the West toward the emancipation of the individual and the identification of wise society, there was the Mayflower Compact in 1620, and American independence in 1776 that for the first time ever heard declared all men created equal. This, in a world where slavery was regularly practiced around the globe, despite the West first giving it up in the 11th century. The American Declaration of Independence began the end of black slavery in the British Empire's Western Hemisphere, and began the beginning of the elevation of the esteem of the black man, which Karl Marx himself certainly did not believe in since he called them a useless waste to the movement in *Das Kapital*.* In a world full of slavery, Thomas Jefferson

made this proclamation of all men being equal that is the ultimate slap in the face to elitism and psychosis, since this is the first agreement that must be made in order to care about all people. Like it or not, and however imperfectly it may have been carried out, the steady confrontation of the elite is the legacy of the West. No wonder psychosis hiding behind the Marxist facade does not want Western history taught.

This American-British-Western spirit boldly encouraged black liberation with the Constitution's 3/5ths clause that rewarded states with more power as they freed their slaves, as observed by Frederick Douglass,* who said he loved the Constitution for this reason. Gratefully, white people in state after state began freeing black slaves in full acknowledgement that this last glaring vestige of tribalism was unfair and crude, unsafe, stressful, inefficient and less productive than how society could be. It is clear from the record that early adopters and the majority believed liberation was more humane, that freedom led to greater productivity, genius and quality of life for all.* Then there was William Wilberforce, the Evangelical who led Britain to ban the international slave trade in 1837.* With these evolving changes in attitude, ships under both the American and British flags boarded slave galleys to free their human cargo. Along the way there also had been early adopters such as Balboa* and Roger Williams* who advocated for fair dealings with the Indians. The United States created the 1866 Civil Rights Act* to accelerate the end of white tribalism over black. . . . All of this is the West leading the way of the nibbling at the edges of tribalism that the rest of the world saw the sense of and followed suit more than not, because, once again, we are more efficient as one tribe in the competition of genius rather than many tribes at war.

But the shocking introduction to the raw power of human genius with the Industrial Age upset everything, from how wealth is made, to who holds status, and what is valuable. The Western tribe began to shift its meritocracy from one that was royal-centric or elitist-centric, to one that was populist-centric, from nobility to genius. The pull of this event, the opportunities opened by this event, created seismic social challenges when jobs moved people off the land into higher population densities with infrastructures that were unprepared and primitive because the like had

never been seen. The walk from royal to populist, from agricultural to industrial, brought England to pass laws for public health and workplace improvements that paralleled people pushing for a higher living standard in the growing confidence of their own worth that now was completely changed with opening the door onto a new chapter in creativity. Our impatient chase for genius made employees and "help" all the more valuable and worthy of protection. "Help" insisted it be fairly compensated in lieu of its contribution to advancement. <u>Was it more out of decency or need that the geniuses had to compromise to helpers?</u> Locke said that greed is what brings both sides, genius and help, to the negotiating table. But Locke is wrong. This depends on the individuals involved. Many geniuses are quite generous and don't want the stress of being "unfair." All that matters is that all parties fit themselves around the table as best they can because our imagination is a force of nature that *will not stop* no matter our fear of it or who's ox is being gored.

In this vein, cotton weavers formed the first labor union in 1793.* England banned labor for children under age nine in 1833 with the Factory Act*, and in 1847 the Ten Hour Act restricted work hours for women and older children to ten hours.* The restructure and improvement of hospitals had already begun earlier in the 1700s, when the administration of hospitals was shifted from under the purview of the Church to the universities that had become in Europe the place to train doctors. The abbey schools and monastery schools of the Middle Ages had given rise to the early universities. The Renaissance had shown that many of the old masters had fudged their data in the classics on medicine and anatomy, which led to the realization that a more regularized methodology in thinking and finding proof was in order, as noted by Francis Bacon* in the early 1600s. This led to the formation of the Royal Society that put together early scientific journals.* Here, the West operated on the assumption that correct information gave insight into an order worth seeing for the release from human problems. Hospitals began to be better used for the study of disease and physiology, and the improved training of doctors and nurses, and better treatment for the poor.* Edwin Chadwick's 1842 "The Sanitary Condition of the Labouring Population of Great Britain" changed the world

by setting the stage for even more aggressive social welfare considerations and improvements at the dawn of the Progressive era.* In 1869 the London Charity Organization Society* was formed that set the first example for organized and heavily financed philanthropy, and was imitated in the United States. In the 1850s, John Snow in London proved cholera came from contaminated water from the infamous Broad Street pump and sickened the entire neighborhood, yet his medical colleagues remained stuck in their preconceived notions about disease so that the brilliance of his findings were ignored for thirty more years.*

The next year, 1853, London created the first Board of Health* that was rapidly copied in other European capitals. And 1858 became known as the year of "The Big Stink," when London sewage conditions became so foul that Parliament acted to establish the first-ever sewage system.* Other European capitals quickly followed these measures that would lead to the improvements noted by the 1963 CDC report* on how infectious disease had disappeared from the face of the Earth not by Pharma's sacred cow of the traumatic vaccine, but because of modernity and Progressive efforts in the evolution of nutrition, hygiene, urban sanitation and anti-poverty programs. Even Polio was cured by modernization, the CDC report says, although the Sabine non-traumatic vaccine helped immune systems, while the Salk live virus traumatic vaccine actually caused the *resurgence* of Polio to the extent that the CDC Vaccine Branch had to hurry up and hide the data flooding in that proved this point.* Also in the 1850s, Antoine Bechamp, the greatest microbiologist of the century, disproved spontaneous generation and described health as a *condition* that resulted from the totality of one's life habits and situation.* Bechamp was not alone. Many great thinkers of the time shared the same view even inside the medical orthodoxy, an orthodoxy that as far back as the Middle Ages had been wickedly intolerant of competition. Florence Nightingale wrote an attack in 1860 on the theory that germs caused disease rather than lowered health as a condition.* This Column B school was headed by the likes of Bechamp, the Popular Health Movement, and homeopathy, which at the time was more popular than the conventional medicine we know today, but not more politically astute or aggressive businesswise. Bechamp

WALLS-KAUFMANN - 096

described tiny mycrozyma organelles (called chromosomes today)* that he said seemed to behave as our gate keepers to health or disease, holding their fingers to the wind of our overall condition to decide if the weight of our life habits should trend *toward* thriving or *away* from it.

Even Karl Marx is a continuation of the Western push against elitism. However, his remarks on the nature of man are stunningly naive even for his time. For example, his theory that the *only* factor that shapes a man (epigenetics) is his work.* *Every* part of what we do and think affects every other part of us, fluently,* from the food we eat to the thoughts we think. Still, his ideas on how to take better care of people in need struck a cord with Jewish newspaper owners, and these owners encouraged Marx to expand upon his thoughts in the hopes his ideas could be socially beneficial.* Countless other early adopters responded to Marx's ideas on the causes of poverty and in their generosity they did not want to blame the poor for being poor. All of this was part of an outpouring in the West to help the Have Nots. And why not? Startlingly, city conditions were so bad that it was not until 1893 that cities first became centers of population *growth*.* The remarkableness of the Progressive era shows up in 1912, when the Titanic went down, and five of the richest men in the world went down with the ship rather than head for the too few lifeboats and take the spots held by poorer people. These included John Jacob Astor, Benjamin Guggenheim, Isidor Strauss and his wife Ada. What do we think the chances of seeing this chivalry duplicated today among our own political and donor class with their self-idolatry?

In spite of all this, Marxist lights have continued to say that rich Western philanthropist early adopters were nothing but racist Scrooges wanting to twist more work and obedience out of people to the extent that human tribalism has not improved, to the extent that we need to let them, as a new elite, lead us in violent revolution against all that is. According to the Marxists, all that the West has done, *and* our constructive instinct, should be torn down and looted by Cloward-Piven, CT and CRT to finance a total re-imagining of the psyche that the Left has yet to describe except that we will be giving away more free stuff. In Leftism, what is criminal is the solution. What is constructive is destructive, what is destructive is

constructive. Catabolism is switched for anabolism. Psychosis is peddled as normal, and normal is peddled as psychosis.

Incredibly, under Leftist psychosis, we throw away every tenet of Western civilization carefully construed over three thousand years around the creative event, and we let the Jeffrey Epsteins float above the law for an undetermined period of time while they "fix" things. Because of the Left's revolutionary discipline, not a *single* letter or public protest is on record of *anyone* on the Left, who are the only people who could have stopped Epstein, insisting that we have gone to far and we must get to the bottom of who joined him on his rape island and who had reason to snuff him out to keep him silent. Epstein is the poster child of what can go wrong and will go wrong when psychosis runs away with our social loyalties. Matters are so filthily corrupt in the Epstein case that the prosecutor against Epstein, Bruce Reinhart,* was switched over from the Epstein prosecution to the Epstein defense to quickly help Epstein and his staff, including his pilots, keep a lid on their turning states evidence to blow open the whole can of worms.* After that, Reinhart was promoted to a Florida judgeship.* We cannot help but have the visceral reaction we do when we see the elite "crossing the Epstein Barrier" this way unless you too are on the payroll or you are stuck in tribal identity. Because of the fixed point of the perfect— *this is not good even for the elite, this is risky business even for them, because of how they are so outnumbered.* The Epstein ring could not have even happened under Eisenhower, Kennedy, Nixon and Reagan. Democrats would not dare to have conducted such a ring and then murder the kingpin in plain sight to give us all the middle finger. *The New York Times,* local authorities or the feds could pull on *any* string tied to this mess and get to the bottom of it, but they don't. They stay pat. We pretend it isn't happening. We're either scared of Democrat push-button Antifa or we're on the payroll with the golden handcuffs of jobs, salaries, pensions and grants. This middle finger shows us that we no longer have a democracy, because the entire role of democracy is to assure that *no one* stands above the law. Democrats clearly stand above the law, and we accept it.

Mr. Chamath Polihapitiya is the son of immigrants, and an NBA owner, and a huge Democrat donor, who openly admitted in the spring of

2022 that the elite and NBA owners do not give a damn about Chinese slave labor making cheap NBA shoes for the brands of favorite black stars.* Ditto the Epstein ring. Amazingly, elites like Mr. Polihapitiya, Harari, Soros, David Rubinstein make the same choice as did *every* American slaveholder—profit over human rights that ultimately hurts our creative zest to that extent. It may not be much of an extent, but there is *still* no moral reason to do harm others. However much we each personally want to think the advancements of the West came, whether by conscience or by unionized force, the Era of Democracy came from the West, and its fundamentals are purely good.

The advance of the interests of the little guy continued everywhere in the West as the anti-elite parade continued: In 1894, in France, the notorious Dreyfus Affair* saw an innocent Jewish army officer accused of giving military secrets to the Germans. Journalists Emile Zola and George Clemenceau famously came to his rescue because Dreyfus was a Jew and a lie had been told that the French establishment was willing to stand beside out of self-protection for the actual traitor, who was one of their own tribe, and they didn't want to be embarrassed. The word "intellectual" came out of this battle with the French elite, and this is the first time that artists, writers and academicians acted as a unified against the elite. By World War I, the continuation of this popular and intellectual sentiment to check the excesses of the elite especially in Europe that the arts and intelligentsia were alive with Leftist and Progressive sentiments.* "In the summer of 1921 it would have been hard to find a war veteran who wouldn't have endorsed that [Socialist] program," writes John Dos Passos.* Many vets were convinced the Allies were prolonging the war to stop the Socialists.* Socialism was called a "welcome contagion."* *The New York Times* reported that a Socialist revolution in Berlin overthrew the Kaiser on November 10th, the day before Germany ended the war, and finally, gratefully, ended a war that was nothing but an exercise in elitist ego* that led to the deaths of 42M. Marxism was coming to be seen as the superior social plan over laissez-faire freedom because it actively and aggressively wanted to help the little man. This precisely aimed revolt by the German army has been hidden by the modern Left to stop us from getting ideas.

WALLS-KAUFMANN - 099

In a March 2021 article in *National Review* by Daniel Buck and Garion Frankel, the takeover of American education by Progressives and their values is outlined.* Between 1910 and 1930, the authors write, eighty-eight normal schools for training teachers followed the Flexner model on European education* to become associated with universities and became teacher colleges. "At the most influential of these, Columbia's Teachers College, John Dewey and William Kilpatrick trained 35,000 students and wrote popular essays that influenced countless more."* Dewey was strongly Progressive, Kilpatrick was a mainline Marxist,* with Kilpatrick openly identifying himself as a Democratic Socialist and serving on the boards of such groups as New York Urban League, American Youth for World Youth, and the Bureau of International Education, all of which took their orders directly from the Soviet apparatus.* This was a compelling influence in combination with the stark disillusionment after the manslaughter of The Great War. By the 1930s, when the Depression hit, the growing movement to help Communism swept anew over Britain so that future Communist spy Kim Philby* lived in a university environment in which it was said that *everyone* was a Communist,* and the Soviets enjoyed such favor and confidence in their position that they openly courted spies and moles from a British gentry radicalized by its determination to help make the world a better place.* By this time, Marxism was becoming an offshoot of the West, not a part of the West, or Progressivism, if by nothing else than its own radical identification as a group wanting violent overthrow of the parent outlook, of the West's complacency. Whitaker Chambers warned his wife in 1937 that they were defecting from the "winning side to the losing side" by following his conscience to expose the hidden army of secret activists by then already tightening their grip on Washington, the capitol of the free world.* By then, the Left was well on its way climbing up through the Washington apparatus—with the influence of sociopathology working through the same mechanisms as the Stanford Prison experiment and the Lucifer Effect to touch off early despotic tendencies in the army of people wanting to "help." As the Leftist phalanx took shape, so did the seduction toward psychosis. As it doubtless climbed,

opportunistically, like poison ivy, into higher more powerful strata of American government, gathering psychosis all the way.

As for education, the Western ideal of teaching people how to reason and think on their own to find wisdom, and to appreciate the individual, and the avoidance of group-think, in the tradition of Luther, Locke, and Gratian, was actually seen by the Left as an interference in bringing the human race together. But it was not. If the Left had advanced for the sake of the underprivileged in an intellectually honest, open and holistic way then ordinary people would have no problem with it. The Left in the 1930s knew it could not co-opt America with a third party because resistance to Communism and totalitarianism was too strong, along with the unique American tradition of individualism and a vision of government by amateur politicians and non-careerists who would remain vigilant to the clotting factor of psychosis in power. The Left had to hide itself; it must set up shop in one of the two major Parties, and the logical choice was the Democrat Party with its links to labor even since the Andrew Jackson era. From here, psychosis did what is usually does—outwork anyone else, gravitate toward leadership, use its influence to put loyalists, fellow psychotics, professionals and careerists in place who closed the door of the cockpit shut after themselves in the slow process of poisoning a society against any trepidation about a sliver of the one percent taking over everything.* While humanists like John Dewey never would have wanted to open the door to elitism on par with what we have today with the Epstein class, Dewey's naivety no less let wise education reforms* become central to the worst spread of group-think cancer—the cancer of a new elite armed with the greatest campaign slogans ever devised to become an Epstein class that they swear is all to help us and the little guy. If there is such a thing as population stress, where the creature that has no predator becomes predator to itself, perhaps this worsened matters as well.

These good education reforms encouraged students' "personal interests" and "exploration" came from Dewey, Abraham Flexner and others, who had been lauding the German models for education since the 1890s. Buck and Frankel describe how school was made easier, which has an organic appeal to the young, and to anyone through our addiction to

ease. Progressives also championed more liberal sex that could not have been more timely for the heroes of the Lost Generation* who had staggered away from the Great War ripe with bitter feelings for the hidebound Old World rejection of pleasure. Much of this reform was needed and overdue, and built upon the Progressive mood to populate a new elite class with professional reformers who would marshal together all that the West had learned for a scientific push toward fixing the problems of the human race. The idea was irresistible. It was the best idea the world had ever seen, with more resources and insight available to achieve that end than had ever been seen before. It was spiced with less formality and more sex. It took offense with the hypocritical old strictures of the puritan old guard. The academic side of the Left brought insights into social psychology, psyops and propaganda that could be used "for good" in the great sweep to upend wrong. Justifiably, this new, hidden Leftist elite became only more in love with itself as it quietly took control of all the levers of power after the setback of McCarthy responding to warnings flooding in from all across America that said the Reds were "burrowing from within," their own term, to set up their wartime elite for the final push to cure the world of its ills. However, even then, this nanny state push to addict the people to the welfare teat was seen for the disaster it was by the likes of Dos Passos,* Hemingway,* Dorothy Parker and John Kennedy.* They all warned about what would happen when we weakened citizens by doing things for them. JKF's favorite stump speech in 1960 was that Americans had become too soft.* The upshot of all of this by the 1970s was the Left's politicalization of everything, the Left wanted us to judge *everything* by whether or not it helped the Democrat Party save the planet. All the angels were on one side and all the devils on the other. By the 1970s, *every* bit of information showed this spin, where good and evil lay *not* with the creative event, but with the say-so of the Democrat Party.

Schism and tribalism can arise over anything. One of the most startling demonstrations of this fact occurs in our nation's history between our own Founding Fathers when two sides emerged almost immediately after the revolution. The two sides came to despise one another over suspicions and accusations that the *other* side was secretly plotting to re-establish

monarchy and get back into good graces under King George.* With Jefferson on one side, and Washington on the other, this rift formed the basis of our two parties today. The accusation on both sides was absurd,* yet both sides were equally willing to believe it anyway—seemingly because Game Theory is accurate for the way it describes us as willing to take sides for the excitement of anything. This is fine for stakes and wagering where the outcome is toothpicks and socks, but our focus on the sweep spot where we collectively do our best work never has a good moral reason to be compromised. So it appears that the human organism will always tend to divide itself even over distinctions without a difference, with the difference maker always lying in what is gratuitous. What *feels* good *is* good, until that gratuitous line is crossed, with the subtle danger being that the next stop is addiction, the stuck place where facts do not matter in warning us that we are imagining enemies where none truly exist. As Justice Stewart famously said of pornography, "I can't tell you exactly what it is—but I know it when I see it." The distinction he wanted to express is the dividing line between what is pleasurable and that which is gratuitous and addictive. *All* pleasure is good. All pleasure is tempting. The turning point is when we turn the corner toward a self-destructive, non-holistic loop that bleeds strength from the forward impulse and we choose to ignore the related facts and data designed to tell us when we have crossed the line. While it is true that many artistic personalities show addictive tendencies and that these excesses often fuel greater art, but this is all *self-destruction,* and we would all agree that a different line is crossed when the struggling artist drags someone down with them. To sin against any member of your own tribe is a crime.

So Marx, Zinn and the Left lied and stoked hate against the West and dumped gas on the fire by pointing out how the West was stuck in failing to help the little guy. Again, this is only a ruse to hide how the psychotics have built their Jeffrey Epstein Caligula class that will take a lot more time for the public to figure out given how history and civics are not taught any longer, and how immigrants are pouring in with very low citizen expectations and little to no background in the West's ascent toward the fully enlightened, emancipated citizen demanding that the elite mind their

manners. Eisenhower's and Nixon's America was made out to be racist, backward, straitlaced, un-fun and sexless.  But if it was sexless—how were you born? Progressivism and the Republican Party gave us the 1956* and 1960* Civil Rights Acts that had no Democrat Party support.* Doris Day America was truly on its way to become a nation of one tribe with certainly the most prosperous, happy and inventive people in the world—even blacks, unless someone is actually going to try to argue that the situation for today's blacks is better with their rates of anger, hostility, resentfulness, joblessness outside of patronage government jobs, across the board lower test scores, broken families, drug use, illness, murder rates, crime, higher stress levels, lower new business startups than the 1950s, and no one letting them know that people with high melanin in northern sun-reduced climes should expect to get lower natural Vitamin-D production levels than needed to adequately fire their immune systems, which will *always* make them more prone to *all* diseases and stress, and this is not racism. Psychotic opportunism has encouraged blacks to now vote 9 out of 10 for our new elites largely for the ease of blaming *everyone* for their problems except blacks themselves. The wrong of slavery or any other criminality does not excuse victims from the law that dictates how the only way to prevent problems or fix them is through the four pure cures. As we have seen, the majority of Americans were early adopters who *let* slaves out of jail because it was a "sin" to sub-optimally inspire genius. They were the best of people, not the worst. To punish the children of these most forward-thinking people is psychosis, and it will not work long term.

It is theorized here that, with such a perfectly thought out moral grid, those who suffer wounds from evildoers will always show hormetic effect that fortifies them as an army of righteousness. For instance, both the Allies and the Axis powers were killing each other in WWII, but only one side killed innocent people. The admittedly romantic theory here is that the stress of war *helped the Allied soldier* more than the Axis soldier because of the Allies fighting on the right side of history. This does not mean that Good always conquers Evil in the short term—as the body count of Marxism shows since 1917. It means this one extra advantage also lines up for the Good, so that Evil is fought with *every* healthy mechanism that

exists, for the sake of long term advantage and saving as many innocent lives as possible by a force that has put every other advantage in our favor. This "advantage" would be an innate *biological* feature, whereas the wound phenomenon "advantage" for evil makes the crime louder so that the break is detected earlier, and the lesson sticks better. <u>More, the only true producer of anything worthwhile is the peerless event. Therefore, Marxism, like cancer, does not really produce anything (other than that which is produced in line with the peerless event), and can only "spend" that which the flow has already</u> produced. Hence, the more anything is out of line with the peerless event the faster it collapses of its own weight. Marxism does little more than push around the deck chairs on the Titanic until the money runs out. By this ingenious means, there is never enough money around for psychosis to bribe us all for living in direct conflict with good ideas, and more good ideas left unacted upon are always putting egg on the face of psychopathy. Whatever made us could not have made the more perfect needle(s) in our thigh.

Why don't we *still* have slavery, and gays in closets, and the grinding poverty that George Orwell describes* where half-starving French kids chased orange peels over sidewalks,* and lodgers burned raw sulphur to drive bed bugs from their warren into the apartment of the poor bugger next door,* and the nice old couple who did not change out of their clothes for four years,* and the poor idiot peasant girl sold into slavery to a Paris bar?* Slowly, slowly, although with fits and starts, human invention raises quality of life, and the Flynn Effect raises our intelligence—so far, at least. While the caboose of the train and the hind leg of the jaguar may get to the destination "last" they still get there, and not a single cell is cheated. The caboose and the hind leg are in process as much as any other part, while the Left argues they never arrive at the destination. But broom pushers are a dime a dozen and geniuses are not. However, if the hubris of genius thinks it can do what it did without help and diminishes people into prejudice to that extent, look out. Never indulge in hubris with people who can spit in your food. On the other hand, it is hubris for the helper to think they are as important as the genius in a world that prizes genius more than anything else. Marxists shit-start by saying everyone should take equal

share in the spoils. But creation needs to be emphasized. History shows if genius isn't rewarded it will not happen at the rate we want or the rate we need. It is the water that lifts all boats. Nothing is more risky than genius because it alone opens the door on territory not yet seen. Will the invention be popular or not? Will it work or not? Will it be noticed? What are competitors inventing in the meantime? Will public taste turn away before the product or service is out? Often, no one but "The Genius" is expert in the breakthrough at hand. As such, society—even "experts"—might miss it, and the few will not support it. The few, not being experts themselves, must rely on the advice of their "experts"—who might not be experts and who might say the idea is crap. Who loses? We all do. What remains unchallenged? The status quo. Who is that good for? None of us. In 2001, inventor Jim Warren envisioned a much simpler combustion engine that eliminated the cam, i.e. 180 moving parts and 1/3rd the weight of the standard engine that makes it 30% more efficient. This means this engine could have slowed down the world's burn rate of fossil fuels by 30% since the date of its inception. In Thomas Edison's time, in the late 1880s, moving this engine to market would have taken two years. Since 2004, the Enginuity Power Systems Company has taken nineteen years, and counting, to bring this engine to market in spite of the fact that the 30% increased efficiency has been proven at Oak Ridge Labs.* The elite class fight good ideas that threaten them and keep an eye on us by wanting us to have permission slips even to breathe. To fight genius is to lose it, and all that will follow downstream from serendipity. We assume that there is only ever 10% more to ever learn, as Patent Office Inspector General Johnson memorably said in 1892, "Ninety percent of useful inventions are already invented." The saga of chiropractic is another example. You have been told by experts, by the best in the field, that chiropractic is crap and, if anything, only good for back pain. Because you did not have an open mind, to consider the larger data *outside* your social circle, you have paid a price. You are not yet smart enough to see the value of the purely open mind beyond social restraints. These social restraints are our prejudices. They will cause us to miss out on genius, and plain old benefits that would change our lives.

The dead end on the Epstein case, and the exposes of the Left by Dotson Rader, Michael Schimmelman, Whittaker Chambers, Steve Kirsch and many others, to the dead end of our welfare state, we now can see the inevitability of psychosis and how absolute power tends to corrupt absolutely and how this plays into, as Bruce Lipton and Candace Pert have observed, the organism cannot be in growth and defense at the same time. This is not quite true, for the biological function is analog, not digital, and the organism will be in flow *as much as it can be,* while proper tuning would put the entire organism purely into creative mode. In other words, the genius may lose their leg in a skiing accident, but they can still work in the lab as much as they are able. Still, the paranoia in psychosis will make it fight good ideas by "breaking eggs to make the omelette," as Francois de Charette* said, and Robespierre,* and quoted by the avowed Communist *New York Times* journalist, Walter Duranty,* who won his Pulitzer for hiding the Marxist genocide of 30M people in 1936.* But if we slow down genius today do we ever catch up? If you miss a flight can you catch up by walking? Our pace of discovery is never the same. In health, any deviation leaves a *permanent* mark that the four cures can remedy so that there is very little difference—but there is still a difference.* The operating system seems to load consequences so that we are behooved to realize our mistakes and fix them ASAP in our own interest.

Consciousness could be instantly semiconductive* so that any change or information shows up immediately across distance. The only variables are 1) how big a dose is each stress or benefit relative to the farm pond, and 2) how "big" is the farm pond, and what are its borders. The idea that all things in existence are completely interconnected in a complexity science framework of a single farm pond is called "protoconsciousness" in quantum physics,* and the possibility to prove it is true in research is being explored now. If protoconsciousness is true, then *everything* in existence is a a single living, conscious organism, animate and inanimate alike. Physicists say, if true, this would explain many mysteries of the universe.* Well, of course it would. But even if total interconnection is *not* true—*why are we exactly better off the more we live as if it is true?* Some might try to argue that this model of reality looks fine in a model of Newtonian physics, but might

not hold up in a quantum model. But this argument is probably baseless because our morality seems to be woven into the universe as a *property* like the speed of light, so that, no matter what goes on in the quantum world—do we think that would ever make slavery and serfdom moral?


Chapter Eight: Population Stress

From the population stress studies of Calhoun* we can see that the creature that has no predator becomes predator to itself, and begins to imagine enemies where none truly exist. In animals the fight is tooth and claw. In people this is a split from reason, where stressed people encounter *more* stress as they fail to realize the three principles of Phase Two, i.e. harm to none, thriving for all, for the optimal creative platform. Are the T'ai Ping Rebellion in China in the 1850s, in which 30 million perished, and the rise of Marxism since 1917, and World War I, which killed 47 million, and World War II, where 72 million died, examples of population stress feeding us worse returns to fuel self-discovery? Is that stack of 260 million added to by the overselling of dangerous heroic medicine claiming millions of lives worldwide based primarily upon the myth of the effectiveness of the traumatic vaccine? Are the Great Reset* egoists part of self-destructive population stress just as is the blind loyalty of Communism to the few? Prior to the T'ai Ping Rebellion, the entirety of all wars in history killed vastly fewer people. And we still haven't added in the millions of more deaths and suffering resulting from hiding chiropractic and the advent of our brain in healthcare and social welfare.

The inflection point around the time of the Industrial Revolution may have nothing to do with population stress forcing the most costly divide between elite and populist, pessimist and optimist, destructive and constructive, catabolic and anabolic. It may be just the industrialization of war, of psychosis and propaganda. But people must still *go along* with the desire to diminish other people in prejudice and to think themselves so superior that the ostracized group has no value, even if they are educated

in First, Do No Harm. What also might be the child of population stress is the sobering rise of the science of propaganda and psy-ops that serve no purpose but to create prejudice for as long as possible so that the few can gain materially as much as possible. Think of all the harm some of us have done by following disturbed elites even when facts gave us underline extra double-dog no doubt about what the better answer was. All of these shades of psychosis are acidly anti-God or anti-Godness since the "hackers" seem to want to *play* God. Hans Selye placed mice on a slowly turning record turnstile without doing any overt harm except that the environment never settled enough to allow the mouse to respond to it in reliable ways. That's all. Nonstop *gentleness* killed the mouse. As we pointed out before: Which is best—walking, standing, sitting, lying down, eating, not eating, drinking, not drinking? The hypothesis here suggests that ethical stress is a form of mental stress because it is a deviation from a physiologically tangible, self-explanatory ideal that is as physical as any physical stress, as physical as a car accident over time. It is also crucial that we understand what is called hormetic effect,* where stress (even outright poison and severe radiation) turns out to be really good for us at first, or until it breaks the functional envelope of our perfection, our limits of matter, like piercing a cell with a needle or breaking a pane of glass. Hormetic effect comes from any stress *challenging* our envelope, whereas stress is actually breaking it. The examples are endless: Alcohol, drugs, bad food, radiation, bad habits, pollution, worry, exercise, synthetics, our entire artificial modern life. There is no question our world has gotten much more polluted than our ancestors ever saw, so how are we living far longer than they ever did, at least until 2014? Part of this answer is hormetic effect.

Selye mapped out the hypothalamic axis, the adrenal gland's response.* He described the mouse going through first an alert response followed by the phases of escape, exhaustion, sickness, and finally death. The mouse *could not adapt to the abnormal gentleness* even to the extent that it died, and even though Life gave the mouse incredible tools for adaptation to avoid death at all costs. *Something inside the mouse killed it because the mouse did not live the way it was supposed to.* Whatmore and Kohi, in 1967, won their Nobel for finding that stress first causes an informational

problem, like a bad cell phone connection,* like a scramble of informational cancer, a hole in informational purity, between brain and body, so that the body works out of phase with reality. <u>Perhaps this "out of phase with reality" means that the first thing that stress does to us is to cause a time cleft or time gap that pushes us into damage because our fundamental biological intelligence or consciousness *knows* we are out of synch with something better; as if there is a *schedule* that we are supposed to keep up with in order for us to fully *respect* ourselves and existence?</u> Maybe consciousness arranges our stress and healing response to wake us up to the gap and then try to catch us up to where in time we *should* be, since we are beings of free will? The stress challenge is the first domino to fall in the cascade leading to dysfunction, fatigue, faster aging, immune irrationality, immune incompetence, illness, panic, breakdown, and also to insanity, criminality and under privilege.

Then there is *exogenous* and *endogenous* stress, or outside and inside stress. Endogenous stress happens when the stress punctures our envelope like barbarians past the gate, and is ten times more harmful than outside, exogenous stress. Exogenous stress is the pressure of the needle pushing the cell wall, and this is *very* good, and endogenous stress is the puncture introducing the outside imperfect into the interior perfect. <u>That "germ" of imperfect may act like a dead weight, or a piece of chaos, or something vibrating out of true. Maybe this inoculated "flaw" causes the time cleft? Calling this possibility a time cleft is an entirely artistic speculation but, whatever it is, this first problem *cannot* be animal, vegetable or mineral yet, or material, as the old game of Twenty Questions* starts. What is left but the intangible structural precursor that we call consciousness*? After all, what made the quantum particles, and where inside them would they hold the computation to envision all this existence and interplay? What is left but time and perfection in the operating system based on awareness itself and forward motion that is a fundamental property of existing? The timing of the perfect advancement is thrown off. Then the size and scope of the wound depends only on the equation between the size of the wound, our genetic resilience, and our medical history, which is our history of stress, i.e. how much we have deviated from the perfect advancement over our</u>

<u>entire lives.</u> It is always a question of percentages between perfect and flawed, one bowling ball displacing the other, depending on the sum of our Life Well-Lived, which could be the sum of how far behind we are in our development. In any event, the hormetic buffer seems to give us extra security and breathing space against our shortcomings, and our creativity, so that, if our experiment blows up the lab, the fall-out from the explosion, from the mistake, turns out to be extremely *good* for us, to a rather generous extent. For example, hormetic effect in x-ray make it so that up to *over six hundred x-rays a year are extremely beneficial to our health.*\* Hormesis might go along with the entire orientation of our tribalism to excite genius to suggest that whatever made us *wants* us to experiment and test our creativity and imagination rather than jump in fear at our own shadow. Whether or not hormetic potential came out of evolution it is the perfect compliment for a creative creature that will indeed make mistakes.

Lipton, Candace Pert, Baluska and Reber\* have already found that every cell in our body is intelligent, and fits into the cellular basis of consciousness (CBC) model of biology\* where every one of seventy trillion cells in our *entire* body is a distinct consciousness that is part of the collective consciousness of our being, just like we are in our society. Our entire body knows *something* has gone terribly wrong when stress "pierces" our membrane to take us off line. It has also been found that the <u>seventh and ninth rings of our spinal cord act like old fashioned telephone "party lines"</u>\* so that each of seventy trillion cells in the body\* can talk freely with any other cell at any time. In addition, the human mind has been found to be so sensitive as to be able to detect a single photon of light,\* and is aware of microwave changes down to $10^{-15}$ watts per $cm^2$.\* We are a wonderland with a tremendous breadth of awareness. And yet Pharma wants to smash into it with a toxic traumatic vaccine to "help" it fight disease. . . . Our problems, our stress, is the failure to be *what* we are supposed to be, and *when* we are supposed to be there. The reaction of the victims and enemies we are prejudiced against makes no doubt. We are *supposed* to be someplace better, and something inside us *knows,* and the timetable is set in our physiology. The lesson goes on with zero compassion in the cost of our three most precious gifts, our life, our genius and our kids, because their

world is riskier and not as advanced as it could be. We stunt *their* lives for us being behind the horizon of realization in holding tribal prejudice over our faith in, and our emphasis on, what is complete, and more satisfying, more rewarding, and more fun than any other way to live.

First, Do No Harm is rather self-explanatory as a morality. But what about the specifics of how it is lived? What are the exact specifics of how to avoid any serious stress that may tempt me to follow lunatics who promise me they can fix the world by killing and terrorizing a bunch of people? T'ai Chi, for example, is rich with meaning and method as the second magic bullet, the magic bullet of how to use our mind. The art also gives us a unique insight into how the Order around us works. It lets us get our hands directly into the "clay" of consciousness. Consider the Confucianist principle called "<u>colleagues in the same discipline</u>"\* that refers to people who are dedicated to an art like T'ai Chi to find truth such that this tie makes them closer than brothers, because even brothers might lie to one another, whereas colleagues in the same discipline must *never* lie, because truth is more precious than anything, and the search for truth requires the highest degree of honesty and frankness since to risk missing the truth is to miss everything. Only with utter honesty and frankness can both seekers optimize their chances to find truth, it is believed. But, in life, in a way, aren't we *all* colleagues in the same discipline? This being said, the greatest gifts for achieving thriving and for understanding have come from both East and West. The East gave us the *Tao* 道 (Dow) of mindfulness and meditation, while the West has given us two gifts: The maturation of the system of reason to the point that the idea finally stuck, and the system of chiropractic and the bodymind prism musical instrument realization that has not yet gripped. While the Greeks developed reason, they tried, but did not develop a complete physical discipline for their concept of Logos, while the Chinese did. *Tao* literally translates as path, or road, way or method. The *Tao*, or Logos, speaks to us because we all know on some level that perfect health and thriving exist since we all enjoyed them in our youth. They are also the aim of hope. We also see this state reflected in the objects we guard more preciously than anything else—our children. *Tao* and *Logos* are perfect accountings. How do we know the difference between crime

and citizenship? <u>Because one orients to the peerless event and the other is</u> <u>*any* distraction. And satisfying crime, or a false claim of criminality, games</u> <u>the Tao, leaving or creating a "hole," an offset. If we steal from someone</u> <u>who was living in congruence we create an enemy or victim.</u> And so, the *Tao* is that psychotic thugs and ignorant billionaire "capitalists" who introduce criminal accounting will never get it right—they just breed enemies by the billions. They had *better* kill them all, and deal with the revulsion of everyone who sees the atrocity, which can only be done with disinformation and calling all truthful data part of a "conspiracy theory." Every victim senses that if we took thirty thousand years, using the most powerful computers to try to plot out a meritocracy that was more fully rounded and faultless than this populist accounting, we could not find a better *Tao* and *Logos*. Every mistake compresses the incompressible auxetic system to push back. The cork, the beach ball, or rowboat, fights upward from the dark cold of what we do not want, proliferating revolution in perfect proportion to the size of the crime. Our soul knows something grander exists and does not want to be left behind, or denied seeing that which is so much better, and completely open-ended as far as we can see.

Compressing the incompressible is T'ai Chi in a nutshell. Sinking and accumulating *chi* (氣) (consciousness) transforms the upright body into the auxetic elastic backstop or catapult or standing wall of water that we create through practice at the core of our being. The bullet object progressively encounters the root, the bulk, the inert resistance, of this entity, like the rowboat sinking into the water,* or the hand sinking deeper into the cotton bale.* The pressure mounts to show the futility of clashing with Aristotle's prime mover,* with the *Logos*, the *Tao*. This highest level of the art is called Receiving Energy, *Jieh Jin (*接近)*. This is where the tendon, smooth muscle or *chi* training of T'ai Chi finalizes into the actualization of the famous "uncarved block," or *pu* (樸).* Here, the tensegrous, auxetic system is fully rounded and precisely mimics the *Tao*, the impenetrable completeness of existence. As T'ai Chi students say when they encounter a teacher much better than they are, "My mistake is to challenge you." T'ai Chi is the only place where the athlete's maxim "A quick big man beats a quick little man

every time," breaks down, and only because of the cultivation of *chi*. In T'ai Chi, the small *realized* man beats the big man. Or, more precisely, to the extent his realization outsizes the larger man's size. This idea appeals to us because of romanticism with the underdog, which ties into Marxism, and the West, our Haves versus Have Nots. This *Tao* imitates the hormetic curve —at first, the challenge works for you, but as you go deeper the building pressure illustrates that you have gone too far, you went the easy way only to discover that the easy way (feeling superior to others) was a trick. The study of *chi* implies we are exactly like iron filings on paper coming into congruent alignment over a magnetic field.* The same thing turns out to happen with microscopic granules of Chinese ink aligning under the brush of a true master presumably with the power of his *yi*, ee (意) mind, or *chi*.* The consistency of the equation is so pure that one is tempted to think that whatever made us loves us all equally, and wants us to be happy, and settled, as quickly as possible, with as little waste as possible for a higher mission. This is the point Rudyard Kipling missed when he said that East is East and West is West and never the twain shall meet.* Of course they will. There is no other place to go to solve all problems and to enjoy more fun and safety than is possible from any alternate course. Every result of our lives is aligned so that whatever we think made us, God, Nature, Life, Existence, Universe or Godness, wants us to realize this lesson as quickly as possible. Selflessness and selfishness come from the same source.

T'ai Chi as the magic bullet shows us how to think, as in the purest thinking is meditation, i.e. less is more. Only T'ai Chi and Aikido* completely embody the idea and real practice of cooperation over conflict, of using less to do more. All other martial arts are embodiments of clashing and conflict. But Aikido lacks the internal discipline that was discovered by the Chinese as an extension over the Indian discovery of seated meditation.* The journey begins with Tai Chi's central discipline,* which is to use the body and mind wholly in a perfect display of Less is More to cultivate tendon, smooth muscle, and *chi*. Chinese cosmology says that all is built of *chi*.* *Every* cosmology has its word for the ground stuff of everything. Probably, these all refer to the same thing; the word *chi* is best described in Western diction as a *part* of consciousness, or the entirety of

consciousness—who knows which since absolute first principles can be hard to fathom?, as if by design. The sensations and behavior of *chi* cultivation in the art may comprise our entire sensorial experience of consciousness itself. Can we ever be sure? It is difficult to say definitively because the subject is a first principle and the sample size of people who have achieved this level of insight is so small* as yet, and the art is more difficult than anything else because nothing else is so fine as to see the perfect mental-physical embodiment of Less is More,* and this earth *is* provably a meritocracy around enlightenment. But this focused contemplation on the first principle is the root of any form of mindfulness, meditation or prayer. The other side of the coin offsetting the time required comes the ease of being mindful and meditative every day—of thinking right every day. What is different about the Chinese is that in T'ai Chi they are the first to offer a practicable methodology for getting our fingers into the clay of the ground substance,* and cultivating it, playing with it in tangible ways, so that it grows to an objectifiable status, as measurable and scientific as anything needs to be.* Correspondingly, we are improved in our daily lives in every way the more completely and purely we practice this pure way to think, to reflect, embody, represent and extend this first principle of *Tao*, *Logos*, existing and being conscious. The *chi* is added to, or given "muscle," or volume, or refined, over much time through this elementary discipline developed by the Chinese at least in the sense that they are the first to make the idea stick. Western science refers to this energy as direct current bioelectricity (DCB).* NIH research on DCB has measured individuals for how much DCB they have.* Chinese classics have said that DCB can be used either for healing, or for martial arts,* and most sources say the abilities are roughly transferable one to the other with a little practice. Again, the sample size of able people is yet so small it is hard to say. The sample size is so small because the knowledge on how to cultivate *chi* is so little known,* in part because the skill is so rare that it has always been viewed in part as a fantasy—and this "fantasy" aspect is largely contributed to because this purest physical, objectified manifestation of Less is More appears to take more effort and time than any other art. (Maybe *this* is more of what we are supposed to do with our time

if AI takes over all of our jobs and makes us "obsolete"?) Certainly, the healing *chi* does not translate to martial *chi*, but I for one remain skeptical that the martial is not the same thing since the two are cultivated in enough the same way to be distinctions without a difference.* Without more proof, and a larger sample size, there is only expert opinion, the lowest form of evidence.* Up to now, the entire Chinese canon rests on expert opinion and citing to authority. The reason why these Chinese methods are so little known is also the direct result of Chinese masters being unable to secure credit and reward for their knowledge (genius), and as a result they tightly restricted whom they would teach. Two of the great exponents who brought T'ai Chi to the West are Prof. Cheng Man-ch'ing (郑曼青) and his pupils, Lo Peng-jeng, of San Francisco, and Robert W. Smith, of Bethesda, Maryland, my grand-teacher and teachers, respectively. This story of the stunted growth of T'ai Chi is a cautionary tale on how we should always be humble and acknowledge and reward genius rather than let it go unrewarded, stolen or unrecognized. It also shows that spirituality and materialism come from the same source since the West discovering T'ai Chi only resulted from the West traveling to China mostly for materialist wants, and East and West most assuredly compliment one another, since the Chinese aren't living to 150 either.

   To India we owe the debt of having first discovered the path of seated meditation,* or at least of making the idea stick. But the Chinese took the meditation idea a step further, blending it with standing, posturing and slow exercise that opened the door to the lore of internal martial arts. India has no lore of internal martial arts that the Chinese call *nei jia* (内家), meaning internal style, or *chi* operated.* Prayer is the lightest of these states of mind, followed by mindfulness and then meditation. These are all sacred to us no matter our background at least in terms of prayer (mindfully blending or visiting with the deity) being the central tenet of observance.* All three are degrees along the same continuum of communing with our inner consciousness, our most direct sensory portal to the complete, to God, to Godness, and there is no good data that does not prove this. Anywhere along the continuum of this perfect thinking the bodymind responds in kind to cultivate our internal fortitude, constantly

demonstrating Less is More, i.e. less movement, less thought, less externality, less distraction, less animalism, less irritation, less stress, less sense of self, that *always* leads to more of the most desirable result. Then the lore also shows us the best way to learn to use this power through the martial-touch-sensitivity practice called *t'ui shou* (推手) push hands,* with a colleague. Standing and moving meditation gives you everything the seated gives you and more. The choice is our own whether to kill two birds with one stone. It is remarkable how little the practice of meditation has changed considering the remarks on the practice from a 7th century Buddhist monk.* Lou Kliensmith,* a senior American student of Prof. Cheng, said he loved T'ai Chi because it was the only path to enlightenment that offered an objective proof, that all other paths suffered from the subjective Achilles Heel of "How do you prove you are enlightened?" In T'ai Chi, he said, "If you think you've got it, all you have to do is get up off the bench and invite a classmate to a round of push hands. If you get knocked on your ass—you know you haven't reached Nirvana yet!"* T'ai Chi cannot be more reductionist; you cannot "do" or "think" less, while the way of the world is completely opened to you as you become an immovable mass at the core of all. We see the same open ended invitation offered to us in wise society and the pursuit of imagination. More, and the most, comes from the perfect Less. So far, without that special practice, the effort has been found to be useless, since how can a person be said to be enlightened if they cannot demonstrate this objectification of realization?

It may seem that this benefit we get from T'ai Chi is rather arduous and cumbersome. Many of us don't want to work that hard or to be made to feel guilty for doing anything more than we are already doing, regarding exercise and diet. Or, if we come to real T'ai Chi late, after a lifetime of reading great thinkers on enlightenment without ourselves developing any firsthand, in-body experiential sense of consciousness, where does that leave us on the spectrum of people claiming to be enlightened? Again, First, Do No Harm is easy. What *else* do you have to teach me? How do I cure cancer, for example? For these reasons, more people are following the data to T'ai Chi in spite of their social overlays. The data is powerful since

mindfulness is one of the four open ended focus principles. The goal here is not to scold for people who have no interest in this practice, or for quitting because they are lazy. The goal is only to give more insight and credibility into the special nature of the few, powerful, consistent ways to live better. You have free will, and can do whatever with your life you please. But *everything* feeds back. Four things are a super bonus. T'ai Chi is proof that not all the best stuff is given gratis of our simply being here, for us living as nothing but animals. We *must* cultivate ourselves to enjoy the richest life experience, and reach 150 years and look like we are 90. Again, how could this portal into the miraculous remain intact over millions of years without collapsing into nothingness from no one using it? This "right way to think" shows that education, logic and *effort* are needed to get the most out of our time here. Effort in the right way, that the Chinese call *kung fu*, (功夫) and the Stoics call *praktikos*, in the Chinese means *time,* effort, time spent, and internal fortitude. Except for adrenaline junkies and thrill seekers. This idea ties directly into Stoicism* in its use of logic to find virtue, and the training of the body and mind for a happier, more virtuous life. The *morality* on both sides is the same. It must be; there is no choice. However, the Chinese have found a unique portal to go deeper.

The question for us gets back to how much time each day we should spend amusing ourselves or cultivating ourselves. If we start with baby steps early in life, this better-for-us-at-any-dose "right way to think" is no more of an imposition than anything else, as, say, learning to play a musical instrument, as it cultivates our inscape* to thicken, strengthen and fill out our consciousness like nothing else. Today, people are waiting to find this help until age sixty, seventy, eighty to protect against dementia. Why wait, when the method in T'ai Chi already proves itself in the data to be superior to anything else, an open-ended benefit, even for losing weight* because of the powerful de-stressing benefit from meditation?

Chapter Nine: Brain-First Health Healing the Left-Right Divide

On October — 2022, David DePape attacked Paul Pelosi and said later that he did it because "Liberty isn't dying. Its being killed systematically and deliberately. People killing it have names and addresses so I could pay them a little visit for a heart to heart chat about their bad behavior."* People on all sides will continue to wake up to the basic bad idea of an abusive few who grow their power by fighting good ideas. You can't find a person who will fight this concept except when paid to do so by Pharma, Big Food, Big Finance and Big Tech in their circle jerk at the top, paying off the bigs who control blind Marxist loyalty at least for the moment. The Constitution, the Geneva Convention, the Hague Conventions, the Nuremberg Codes, the Berlin Report, the United Nations declaration of human rights, the Declaration of Helsinki, and three thousand years of Western ascent are breathtakingly ignored for the sake of letting Column A "science" convince us that popular will has no credibility in the pursuit of genius. All of this crushes Ernesto Laclau's* definition of populism and that of Thomas Paine, Saul Alinsky, Leon Trotsky, Thomas Jefferson, Madison, Spinoza, Marx, on and on. Laclau defines populism as a consistent social force pushing for emancipation from any oppressive, restrictive social or economic structures. <u>Laclau, too, helps make the point that there is only one ideal, one driving force, in human behavior and psychology that aligns everything around it.</u> Twitter leaks thanks to Elon Musk now show the media acted through their Trusted News Initiative* to guard their own market share and block internet upstarts from exposing their role in this Big Lie that our elite are on our side. Our vision is in the end shared by everyone, Left, Right, gnostic, agnostic and atheist because the open-ended end game of research and discovery will prove more rewarding, satisfying and fun than any alternative. This *is* hope and human vision. To resist *is* insane. We *must* look up from our shoulder at the wheel of our tribalism just as did Lt. Col. Nicholson in *Bridge on the River Kwai,* where Nicholson realizes "Oh, God—What have I done?" We are driven by our need for simplicity and the easy answer, and the answer *is* easy, its easier than any alternative. The sucker in every one of us watched that misty day in 1886 when *all* of Pasteur's unvaxxed sheep fell suspiciously

dead on cue while *all* of his vaxxed sheep remained wet-nosed and glossy,\* which defies all laws of biological probability, considering the 42% lethality of Anthrax. The unlikelihood has made history suspect that Pasteur spiked his samples,\* and the sanitized public record of French farmers decrying the results of the vaccine afterward looks exactly like the censorship industrial complex we see at work today. Traumatic vaccine is *not* the "dead end" that Anthony Fauci said it was. *Health* and thriving are the only dead end. Let us refer again to the logic example of Dr. Reggie Gold and the piece of steak, and Balzac's line.

On the other hand, traumatic vaccine is *the* most invasive, stress-inducing procedure in the modern world, along with car accidents, head injury from sports and surgery. It damages our immune system more than anything else. It *produces* people with permanently harmed immune systems that will be faithful drug takers for life. Traumatic vaccine is the lynch pin of modern world drug taking. This is why so much censorship rests on this one topic. Traumatic vaccines *are* Pharma market share. From that grey day we got two of our most vocal tribes, pro-vax and anti-vax, Column A, Column B. Reporters and newspapers are products of their tribes too. The rich are their advertisers. The modern vaccine schedule is the world's single most important cut point dividing us from the dreams of both the Left and the West for the realized citizen and wise society. The "consensus reality" of our tribe is the medical model. But no data supports this that isn't tainted by Pharma money. The only thing holding this false "social fact" in place is social gearing. Nothing will save our daughter if she will not sit down. Traumatic vaccines *do* work, but usually not very well, and they *only* work by damaging the immune system,\* robbing Peter to pay Paul, and then fail, whereas health works for a lifetime and for anything on human scale. Non-traumatic vaccines work just as well, if not better, by not damaging the immune system, which means to shift our immune system from the normal and healthy IgG and IgT cascades to the IgE cascade of overload, stress and damage.\* *All* stress after hormetic effect shrinks our brain and swells the amygdala, pushing us from left brain to right, to make us more emotional, tribal, manipulable—willing to become

the predator for the species that has no predator, and theoretically more vulnerable to manipulation and propaganda.

Edward Jenner, considered the father of modern vaccinology,* in 1795, vaccinated dairy maids with cow pox in order to immunize them against the much more harmful small pox. Jenner was completely successful, and his shot worked long term. *And he vaccinated the dairy maids by simply scratching their arms with the cox pox serum.*\* Jenner's non-traumatic vaccine delivered all of the benefits of traumatic vaccine and *none* of the problems of traumatic vaccine. Keep in mind the research that shows our brain is so keen that it can detect a single photon of light, and is aware of microwave changes down to $10^{-15}$ watts per $cm^2$. Our immune system is so exquisitely sensitive that Jenner's harmless *suggestion* was all that was necessary to jumpstart it.* So, why does Pharma use traumatic vaccines that dump a huge payload of foreign material and highly toxic aluminum and mercury adjuvants and preservatives into the bloodstream to bypass all of the natural immune radar, and that are then pumped everywhere within the body in two beats of the heart? Part of the answer lies in how a non-traumatic vaccine is so simple and easy to give that literally anyone can do it, even the corner pharmacist, or a mother at home, and so it has less sex appeal and does not lend to the mystique of the 20th century physician and to the narrative of the technological miracle that is completely appropriate for handling trauma injury, but is inappropriate for helping us unlock thriving from inside out.

Remember where medicine was at the time. It was being existentially challenged by homeopathy.* By the 1840s, homeopathy was the medicine of choice for the majority of people in both America and Europe.* In 1836, the first medical association in America, the American Homeopathic Association, was formed, and coined its slogan, "First, do no harm."* This slogan was a direct shot across the bow of orthodox, heroic medicine because MDs were *intentionally* making their work more toxic, aggressive and dangerous because this course, they believed, was more sensational, it proved that the doctor was *doing* something active, not just sitting their passively letting nature take its course.* This treatment strategy was distinctive to their brand, and rather more distinguishable from the more

naturalistic and conservative competition in practices such as naturopathy and homeopathy that focused on enhancing the body's recuperative powers not clashing with them.* The age-old saying, "The cure is worse than the disease,"* stems from this period when society questioned the thinking of their classic "allopathic" physicians. Furious with the appeal of homeopathy and the more naturalist schools of healing tied to the Popular Health Movement, and to "lay healing" in general that was mostly delivered by the women in the family with their favorite methods of healing coming to them through her family line, orthodox urban-based allopathic medicine formed the American Medical Association in 1846 and brazenly co-opted the slogan, "First, do no harm"* from the homeopathic association as their own. This blatant plagiary may seem like a joke, and echoes the same sort of bald gaslighting we see today from our elites and their censorship industrial complex, but they did it.

Armed with these sexy new tools of 19th century technology, the AMA then went on to state legislatures to use their economic and social clout to smash the competition throughout the Progressive era. To this end, medicine defined itself as two things apart from what was natural and holistic. Medicine said it was, a) the diagnosis of disease, and b) the puncturing or cutting of the skin (for vaccines and surgery.) As such, the practice was violent, invasive, dangerous, dramatic, exciting, technological, mysterious and needing large investments in training and expertise. The diagnosis of disease is not important to naturalistic schools of healing because they seek only to strengthen the body's natural self-diagnostic and recuperative ability since the body at Full Health makes its own perfect diagnosis, and its own perfect cure, and never misses, individualizing the fix for any given circumstances. Since the 19th century then, "the miracle of vaccines" has been sold as the replacement mastermind improvement over natural immunity in the Pharma myth and the technological myth. Today, modern societies are progressively being built outward from these myths into a public health strategy that literally rots the core of our collective immunity and paves the way for drug-saturated generations of half-wits who will believe every lie that few tell them that permits the few Haves to live like materialistic Caligula kings over their poor, surveilled, half-wit

serfs. We half-wits have been trained to feel naked and afraid without our vaccines and drugs. We have been acculturated to give *no thought* to actual wellbeing, and any serious attacks on the central myths of vax-centrism and techno-centrism are systematically taken down by the censorship industrial complex powered by the four trillion taken in each year by the medical industrial complex. We remain so sociological in our reasoning rather than data driven that we may remain the plaything for sociopaths at the top for another sixty thousand years before people become repulsed enough by this Big Lie that insist society realize we *must* be our own doctors. The hiding of chiropractic, the traumatic vaccine myth since 1910, the AIDS, fentanyl and covid scandals all sadly suggest that our sociopaths on top are perfectly willing to plunder our ignorance and never let us up for air. They appear perfectly willing to *manufacture* our poor health in order to sell more products back to us and split the profits among themselves until they become sickened about what they do, or we revolt.

Traumatic vaccines "work" temporarily at the cost of the tsunami of chronic inflammatory disease especially since the 1980s,* such as ADHD, asthma and all allergies, and the onset of childhood leukemia since the 1940s,* that were all but unknown before the vaccine schedule was steadily raised by behind-the-scenes pressure. This pressure was carrot and stick aimed at agencies and associations, in this case the Advisory Committee on Immunization Practices American Academy of Pediatrics who are the sine qua non of vaccine advise.* The rigors of research, first of all, progressively lower the value of research the more it is tied to profit. No one, for example, includes people in car crash studies who have open litigation where they might fudge data on how badly they are injured. Technically, this mean Pharma has *no research* on vaccine benefits that are not directly or indirectly tied to the trillions in the slow spin cycle of manufacturing poor health to sell more product. Bad food and sociopolitical stress through the hiccup of Marxism, that might be population stress, vie for close seconds on the musical scale of stresses that are creating the current roadblock against human advancement. But the tide against bad ideas will not abate. It will keep rising until it breaks through.

Aggressive intolerance for the competition has always been part of the medical personality even as far back as the 1700s.* To the reader, this may seem like an occult tangent for a book on ethics and a theory of everything. However, if we agree that health lies at the heart of existence, and thriving lies at the heart of the greatest human "mission," and that any interference by crooked elites interferes with the purity of this thriving, then 19th and 20th century intrigues by orthodox medicine, using its social and economic influence to misguide authorities is indeed emblematic of the entire social equation of corruption and Man's Inhumanity to Man. Both the pumping up of the vaccine myth and the hiding of chiropractic lie at the heart of this matter both as examples of corruption, and explanations of why we are "stuck" at this highly irrational and inhumane stuck point of Marxism versus the West, and how we get past where we are. Western societies, especially European and urban American ones, tended to esteem their doctors more than American ex-urban populations. But this changed somewhat with 19th century technical advances so that both rural and urban American populations came together to more respect "medical" capabilities. What we might call urban medicine, especially New England medicine, Yankee medicine, had pushed hard to raise the esteem of the field to the highly exclusive status that European doctors enjoyed, where doctors were all university-trained and revered, and entry was more tightly class restricted and professionally restricted so that the average European MD had a practice of around four thousand patients while the average American MD had a practice of 300.* The AMA felt that the prestige of the medical profession was being dragged down by the rural half of the field that had been educated by the "proprietary" medical school system that had come on line in 1803.* These proprietary schools were so called because they were owned and run by prestigious local MDs who could make more money opening a medical school and training doctors to be doctors. As a result, rural America, poorer America, had more doctors, since, just as today, doctors tend to want to flock to richer areas.*

So a serious economic and professional dispute took shape between urban and ex-urban, richer and poorer, American medicine that reflected into the politics of the day, Republican versus Democrat, Progressive and

laboring class American. The AMA wanted to turn the screws so that only the rich need apply to an exclusively university-based system that would make it impossible for any ordinary working man or woman to take years for education and training with no income. The proprietary schools were the working class schools. Obviously, this opportunistic class-based and education-based elitism had been entirely too much for American populism to agree to until the 1880s when the rallying around post-Civil War Progressive attitudes began to change the tenor of the political climate. The American attitude until then was that it was up to *medicine* to argue its case before the American people to make these changes from the bottom up, rather than for government, or for elites, to make any changes from top-down. America, after all, was the land that was the crown jewel of the West's checking the power of the elite. However, again, the good intentions of Progressivism led to upper class society and super-rich philanthropists shifting toward the AMA position because it seemed logical, and it was an easier belief system than the holistic—since "whole living" wasn't curing all disease either, as we see from *Walden* and Thoreau dying at age 45 from tuberculosis as a vegetarian.* Knowing what they knew then, and knowing what we know now, how could technology *not* conquer disease and cure all the world's problems when the Progressive tribe forced these improvements down the throats of stupider people for their own good? John D. Rockefeller, the titan of the oil industry, and himself a top advocate for homeopathy,* viewed the landscape of healthcare as a vast plane of business opportunity if the Column A "commodity model" of healthcare gained traction. Rockefeller also lost his grandson to poor medical care and became more activist about elevating care as a result of this loss. In 1900, a pain-killer called Aspirin became the first "official" patented "miracle drug" that set the stage for an entirely new, and centralized, business sector.* Before that, whiskey and laudanum were the chief pain killers. But opium remained the go-to. When "drug use" began to emerge as a social concern before the 1920s, ninety percent of heroin addicts told authorities their addiction had started with the opium-based pain killers their family doctors had prescribed them in childhood.* Again, medical doctors tended to overprescribe the use of opium on children in order to prove to the

parents that they were "doing something" to help the child. Nervous parents tended to think the doctor was doing a great good when the child with a flu was knocked cold by opium.

However, try as the AMA might, they had not been able to beat labor's proprietary school system and shift to Europe's university model that made blue blood doctors lords of all they surveyed.* After all, why would the nation ever agree to fewer doctors—and more elitist doctors who would cluster in cities—rather than more? Even in colonial America physicians congregated near money. But with Progressive good intentions, and knowing what everybody knew about health, Henry Pritchett at the Carnegie Foundation for the Advancement of Teaching* saw things the AMA way, and to think along avenues that could get America to turn the corner to see how university superstars, gadgets, and *things*, and things to *buy*—could *commodify* the life well-lived and end human suffering. Pritchett, himself an educator, thought it best to broach the matter by a review of medical education that would touch the growing national ego about its doctors, its medicine, its sophistication as an emerging, important nation.* The presentation had to beat the lively debate between heroic medical orthodoxy and natural wellbeing stretching back to the 1700s in the roots of today's Republican and Democrat Parties. Labor's Democrat Popular Health Movement had swept Democrat iconoclast Andrew Jackson into the White House in 1829,* with all his cranky intolerance for elitism and pretense, and the despotism of the city power centers. The Popular Health Movement and the rise of homeopathy fully complimented American and Western populism.* The Popular Health Movement was a powerful ideal framed around the select responsibility of a free people, namely Americans, to fastidiously guard their sovereign health *as an honorific and essential safeguard* for those who hoped to keep America either an island of liberty in a world of serfdom, or the vanguard toward that better world beyond elitism always fighting good ideas that threatened them, and always laying down that glass ceiling to keep people serfs unless it served elitist ends. The rest of the world could do as they pleased, but Americans would guard their vision, and their body, mind and spirit health

and stay "free"—although their ideal reached beyond mere "liberty" to encapsulate a glimpse at the entirety of human existence.

To help the AMA push, Henry Pritchett found Abraham Flexner, the education reformer, through his brother Simon Flexner, who was an MD researcher on staff at the Johns Hopkins medical school, and a board member to the Carnegie Foundation. Pritchett, in 1908, tasked Flexner to finish the review of American medical education that AMA board members had started two years before, and the two men understood the report had to be sensationally offensive to American pride to push the issue of blue blood medical education over the hump and get the country to close out on the artificialization of American medicine. Only the top-notch, university-trained white sons of the best upper class and middle class families would control the domain, blocking any swarthy, dubious quacks graduated from a diploma mill aiming to separate the gullible public from their dollars. Pritchett gave Flexner a copy of the earlier AMA attempt at the same project that had floated around for ten years that had been shelved because Pritchett and the AMA believed the report looked too much like an inside job* to convince the public to go elitist. But by fall 1909, just eight months later, Flexner claimed to have visited every one of nearly two thousand medical schools around the country, by train and buggy, no less, in a sort of Santa Claus whirlwind tour, to complete his "assessment" of "every" American medical school. Pritchett could see from the sections Flexner mailed to him that the remarkably well-lettered educator, himself university trained in Germany, was building out a "tour de force" not only for medical education, but for American education in general. Education needed to become less rigid, less rote, Flexner said, repeating what he had learned in Germany. Pritchett prepared thousands of copies of the Flexner Report to distribute across the nation to all the key opinion shapers in the philanthropies, leading newspapers, major politicians and personalities, universities, libraries. His network was top-notch since money spoke, and the philanthropies were monied enough to change the nation with a wave of their hand. The Flexner Report captured a moment much like the Dreyfus Affair, where society better organized itself around its administrative class for the top-down streamlining of resources and ideas.

The results of the Flexner Report would have been all that Pritchett and clerisy society had hoped for if the national health apparatus had been re-framed around greater holism, and the open mind, and scientific accuracy rather than a sweetheart deal for a certain corporate sector. But they were not. The Flexner Report cogently discussed education, but reflected Flexner's own complete ignorance of health, and his own bias that human completeness would one day come from a test tube. As such, his ignorance combined with his influence, would pave the way for toxic artificialities to steamroll common sense that would last for generations, and heighten primitive tribalism rather than defeat it. Society needed *more* doctors practicing better methods, not fewer. Flexner brought a whiplash change so that, overnight, education toward drugs, shots, tech and artificiality became the undisputed anchor of our social facts. The number of MDs and medical schools were slashed by the 1920s by a factor of ten,* and Pritchett realized by then that his good intentions had been thoroughly played by the medical establishment. He saw not only the extinction of naturalness, but both women and blacks from the field, and the unchecked rise of medical costs,* and the shrinking of "healthcare" into those temples of control called hospitals. The Flexner Report is all but forgotten today, but was long hailed as the turning point that "modernized" American healthcare. It was. The report was the Trojan Horse that allowed wellbeing to be highjacked by potentially vicious unscrupulous forces of the sort that are behind every great human tragedy.

No one saw this tragedy up close better than chiropractors. Those on the cutting edge of brain work tried to warn the public but the profession had no megaphone, and could only tell the public one person at a time, and all of us have faulty memory, and none of us like to lose our society. Plenty of MDs, nurses and researchers agreed about how self-destructive is any such heist against data and facts, but they all missed the naturalist brain piece so that they argued no better than did Thoreau, and they also lacked a megaphone and the accreditation of larger social forces. In the 1980s Pharma put together a committee of experts to find the best way to assure their continued growth of future market share. Their experts told them the obvious choice was to keep pushing the vaccine schedule because

<u>traumatic vaccines so hurt immunity that vaccines caused at least a 25% increased risk of chronic inflammatory disease.\*</u> A University of Christchurch study found that the incidence of allergy and asthma is 25% and 21% respectively in the vaccinated population, and zero for both in the unvaccinated population.\* *That means if you have an allergy of any kind—say, to shellfish or peanuts—and have paid all your life for allergy or asthma medications, you got it from your vaccines that are "curing" you of diseases the 1963 CDC study said died out in the early 1960s from societal evolution.* Short decades ago the older generation were always heard to remark how "No one used to have allergies! Where did all these allergies come from?" Today we hear the same remarks about Autism and ADHD. Sources have tried to warn about the hand-off of naturally extinct infectious diseases for the tidal wave of chronic inflammatory disease escalating since the 1950s,\* but they are met by brutal retaliation when they come from inside the medical field, and brutal censorship industrial retaliation when outside the field.\* Chronic disease in diabetes type II, autism, ADHD, AIDS, rising vulnerability to pain and other chronic conditions are all mushrooms rising in the darkness of our basic misunderstanding about health that has been carefully and painstakingly curated. Another factor in our refusal to admit the writing on the wall is how we love our doctors and nurses (who did not educate themselves), and how we must accept the level of moral bankruptcy required to create this holocaust-level of dereliction of human feeling. This is one of the great crime's of civilization. It would be unthinkable before living through what we have seen with AIDS, Fentanyl and Covid, ruthless recent political events, and the censorship and bribery industrial complex grinding out plain thinking about wellbeing. Both sides are waking up to this complete, full-stop reversal of *every* tenet of Western civilization's democratic principles that manifest in the Epstein case. The fact that no one in the bribery or censorship class has been exposed or faced prosecution *cannot* be the result of chance because mathematical odds lead to 50-50 win some lose some. So far, the bribery and censorship Caligula class are getting away with *everything,* so that we, the public, have little choice but to accept that our suspicions are more than the "conspiracy theory" that is *always* the last refuge of the monster. After all, would a sober

democracy ever go wrong with looking under the kimono with this much indication of elitist impropriety? A four trillion dollar war chest is a helluva lot of money to bribe every senior sector of a society. The only function of reason and democracy is to assure that these double standards in law and protection *never* exist between elite and populist.

The growth in political-medical tyranny with shots and chiropractic redoubled with AIDS in the 1980s so that the good intentions of the "gay mafia" helped give birth to Anthony Fauci and the weaponization of the NIH and NIAID, as Celia Farber has covered.* This putridity has synched with the schoolboy Marxist fetish of billionaires wanting to play genocidal do-gooder even as Pew and other research outlets show that economic development is strongly erasing poverty even from the Third World by human advancement lifting all boats.* If the world is on the brink of crisis, then why are *all* measures of wellbeing and longevity trending strongly up everywhere except in America since 2014—especially among white males— where obesity, depression, disillusionment, Fentanyl, lassitude, screen-time, substance abuse, estrogenization from food and ostracism for the "crime" of Western civilization is crushing prospects for these generations.* Stress on the human race of any kind would show up in lowered lifespan and wellbeing.

Chapter Ten: The War on Chiropractic and the Brain-First Revolution

The brain and nervous system are *the* master system of our body.* For a brief period around the First World War, chiropractic laid down a track record of barely believable cures in every facet of human wellbeing that American newspapers were still willing to cover out of honest human interest and the David and Goliath story.* The newly hatched medical industrial complex hated that chiropractic was saying that everything had "one cure" in curing a stress-botched brain and nervous system, while medicine itself said that everything had "one cure" in medicine. Medical clout was used to cancel and blackball anyone who tried to promote

chiropractic* in the first use of the censorship industrial complex. This plan was helped because chiropractic was largely an ex-urban and rural uprising while "scientific" medicine was establishment-urban. After Flexner, medical education become more influenced by Pharma every decade that passed.* Holism and prevention were never part of medical education and were blocked from our cultural space as well. This had begun with Pasteur through his political ties to the throne of King Louis, the Parisian bureaucracy, and the French wine industry and press. Signer of the Declaration of Independence, Dr. Benjamin Rush, a fervent anti-slaver, first noted that soldiers in the Revolutionary War healed far better outdoors in apple orchards than they did in hospitals.** Yet in Covid, we saw the entire firmament of American healthcare tell us to mask up and shelter in place in spite of re-inoculation* problems and Foegen effect* that are totally contradictory to *everything* credibly known about immunity. Quarantining the healthy, and traumatic vaccination rather than non-traumatic, and sheltering in place, and breaking up stress-relieving healthy routines, banning human and family contact, closing churches, calling an epidemic a pandemic to scare more people (stress), and encouraging more fear and social disruption that leads only to immune suppression on a massive scale, and using force and bureaucrat overreach, political overreach and the malfeasance of captured federal and state agencies, and encouraging a public political divide between Left and Right—not a single advisory or policy from our government during Covid promoted less stress, immunity and health. It is as if all actors *wanted* more people scared and killed for reasons of their own. Sen. Rand Paul learned from a FOIA request that took years to fill that Pharma, between 2010 and 2018 alone, had distributed nearly $300M between 1,800 NIH officials.* He found Pharma had given $400M to NIH officials between 2016 and 2022.* Joe Biden has received over nine million from Pharma, according to Politico.* Fauci's money from Pharma is still unknown, but one leaked document on his financial interests filed with NIH reported income from Pharma up to that time of five million dollars.* Robert Kennedy and others have exposed how Fauci and his team at NIH and NIAID for the first time in American history began to *share patents* on vaccines and drugs* with drug companies in the

1980s, and to profit from them directly, according to numerous sources and records. Kennedy also reports that Fauci has direct financial interests in several drugs, including Remdescovir,* and falsified data to undermine more benign therapeutics to funnel populations toward much more harmful and profit-making double bonus vaccines.* On and on. If true, how much worse can this serial betrayal of public trust get? On the other hand, what is the motivation of Column B to lie? If chiropractic's track record is any indication, the $4T economy will be cut by 90 to 95%. What will doctors and nurses do? Become chiropractors and make their living in some way other than poisoning, chopping and being a part of deceiving people about thriving. At the heart of The Life Well-Lived is the revelation that we are almost entirely in control of our own thriving and highest life experience with almost no wiggle room in bounded instability. How is this not the essence of credibility? Unlike Pharma's profits from Column A that are inversely proportionate to hiding Column B truth, if true. One side ultimately relies on the push-button mob thuggery of the Left to stop good ideas while the other side enacts First, Do No Harm. One side gets courts to close vaccine documents for seventy years while the other proceeds on the Western assumption that the book of public affairs must fastidiously remain open under antiseptic sunlight. One side says the answer is in buying more stuff while the other says think more deeply about why you are here, and the love letter from existence.

The ongoing postmortem throws shade on those who refuse to open their books and stop using fear and division. It appears we are looking at a feeding frenzy run on ruthless Leftist supremacy, and do-gooder double dipping through the traumatic vaccine myth and its $75B in profits for the Covid vax alone,* all paid for by the tax payer. One survey of luxury items from cars, vacations, homes, watches and jewelry found that the DC metropolitan area has become number one for money lavished on these items in 2022-2023.* Medical and agency whistleblowers tried to call foul on these optics of runaway elitist malfeasance,* but at each turn they faced what John Gibson calls "social terrorism"* through the Left's censorship industrial complex. As Tucker Carlson has said, "The obedience mask signaled complicity in all of this," with this wholesale abandonment of

concern with public wellbeing. What is especially concerning is how Elon Musk in a sit-down with Tucker Carlson* informed the public that Google and other interests who were working on their version of AI were underlining(programming the AI to lie). How does AI serve any purpose if it lies? Musk said that he was thinking of starting his own AI to counter this effort.

Aaron Mboma gave a critique of holism and Bechamp by citing to Pharma authority and said that germs cause disease, not health status.* He allowed that some germs are harmless, like *Azotobacter* and *Rhizobium*, but *V. cholerae* is to be feared, he said. But, again—anthrax: Does Full Health fail against *V. cholerae*? The extra immune boost of chiropractic should cinch the deal. By the 1910s the AMA knew what D.D. Palmer had discovered in chiropractic and the brain in 1895.* Any honest scientific and humanitarian interest would have investigated these cures. But the AMA chose to seal chiropractic in the same crypt as Poe's telltale heart. Palmer discovered chiropractic accidentally by curing a deaf janitor's deafness who had been deaf for seventeen years after hearing a "snap" in his back while being stooped in a crawl space. Local MDs claimed Palmer had bribed the lowly Negro janitor to claim Palmer had cured his deafness, and attacked the credibility of Palmer's discovery by calling it "Nigger Science."* Prior to newspapers also becoming captured by the 1930s, they often told the chiropractic counter-culture story, and the profession grew like wildfire* on the reputation of these astounding cures,* like diabetes type I,* and paralytic polio. Chiropractors went to jail. Chiropractic showed explosive growth until the 1920s when several hard blows landed at once: First, the Flexner report by that time had helped unify medicine not always for the better, and the social impact of this unity influenced journalism. Second, B.J. Palmer, the son of D.D., became so greedy and carried off with himself that he permanently damaged his own credibility in the infamous NCM debacle, in which an instrument for chiropractic analysis that cost $1.25 to produce B.J. leased to doctors in the field for $2,400 a year.* B.J. was the firebrand beating heart of the profession who's fall from credibility the field never really recovered from. This self-inflicted wound by the profession's star against the field itself ended chiropractic's Golden Age, along with the closing out of honest and favorable press coverage. Third, medicine came

up with its first real "scientific" win after digitalis for metabolic disease: This was the discovery of insulin in 1922 so that chiropractic was suddenly not the only cure in the world for diabetes type I. Now, with insulin, you could pretend to "cure" your disease by paying a lot of money to take a harmful drug all your life. Fourth, ten years after insulin, medicine came up with its third real drug win, the discovery of penicillin. Before penicillin, the best cure for any infectious disease was chiropractic bringing on its immune surge of 27%* from any adjustment, and this of course was hardly known to the public. One need only read about venereal disease in Hemingway's *Death in the Afternoon* to grasp the game-changing significance of this antibiotic.* Before this pill, chiropractic had built much of its reputation on saving people with an immune boost measured at 27% from a single adjustment,* and 49% in six months with upper cervical work.* Medicine now had two solid therapies to hide the fact that the entire world was at Half Health. Fifth, the AMA got what it wanted in imitating the "dignity" European MDs when they convinced the public that only quacks advertised, and chiropractic was only spreading news of its power through advertising.* Sixth, the next nail in the coffin was public health insurance and government social welfare programs in the 1960s that blocked anything natural, starting with chiropractic. In time, by the 1980s, these programs were forced to "include" chiropractic. However, chiropractic is a shower to clear stress accumulation out of the brain; it is tuning the entire body alignment, especially the spine, of the kinks that bring death 3x faster than normal. How many times do you take a shower? How often do you want your body structure kept perfectly tuned? . . . These insurance programs followed the medical directive and capped chiropractic at eight, ten, twelve visits per year, and some at twenty-four. This is game-playing that intentionally misses how body-tuning and brain-first healthcare must be universally available in order to deliver the impact they could, and will someday. With everyone keeping up with the Joneses in specialty education since Flexner, America moved to a position where fewer chiropractors were being graduated, with more impressive education, a la the medical model, while their numbers were reduced,

which made them a smaller voice, a smaller stakeholder, and on the verge of dissappearance.

So Palmer's timing could not have been worse. His discovery would have changed the world a hundred or two hundred years earlier because the social cohesion and economic factors would not have been in place to block the shift. But just at the moment of his epiphany on the power of the brain, civilization pulled out of the dock on the coal-belching Titanic of germ-phobia and germ-avoidance, when germs are already known to be critical for human thriving.* Our own genius with technology in the Industrial era so blinded us that we failed to see that something equally important is meant to come out of our own core if we tune our body, mind and spirit to the ideal frequency of being the perfect creative force. As such, bad elites smothered the brain-first infant so well that, to this day, scientists *never* consider the prism-brain part of human events despite chiropractic findings proving nothing short of spectacular wherever applied.* Now, nearly a complete blackout has been achieved.*

The power of chiropractic to cure is so remarkable that it appears some in chiropractic's own leadership may have succumbed to the same capture techniques used everywhere else in science, health and state.* Some of chiropractic's own organizations hide and deny chiropractic results and findings today as much as the upper echelons of the AMA once did. Major The associations typically ridicule chiropractic's talking past pain management to how the stress-free brain would change the human experience as we know it. Why would major chiropractic associations show no scientific curiosity given what has been found preliminarily? Certain chiropractic associations have penalized chiropractors during Covid for using the specific term "immune boosting" when chiropractic clearly shows it does this. Is it because this term is so catchy that it might stick and make a difference?* The internet sabotages chiropractic as well, and no amount of letters allow chiropractors to correct the record.* One instance is how the AMA was completely embarrassed in the 1976 Wilks vs AMA antitrust case, yet the Wikipedia page is sanitized to hide how the AMA worked completely out of bounds in both public interest and science to manipulate the censorship apparatus as dirtily as a Tammany Hall ward

politics fight.* No chiropractic attempts have ever worked to fix the Wilks site* as if someone has captured Wikipedia to make it part of the problem in elitist Column A, not the solution in populist Column B. Another example is on-line items that list the income of different professions and chiropractic always stands in dead last place by far, at $40K a year, while in fact chiropractic is easily on par with all other fields,* and better, given the significantly reduced overhead and risks that would be expected with an arguable cure-all. This on-line money lie that refuses to go away is one of the slickest ever perpetrated. <u>What promising young student wants to spend four years for a professional degree to make entry-level money in a field that will *never* have a seat at the round table because of how the game is played?</u> Ecclesiastes 9:16: "The wisdom of the poor man is despised." Wikipedia has never let any chiropractic group set either record straight.* By contrast, *Barons* magazine has twice ranked chiropractic as the ideal profession for the level of satisfaction, the lowest level by far of malpractice risk, the highest levels of customer satisfaction, the highest levels of health, and the lowest overhead by far among professions.* How can the brain *not* be the answer we have been looking for since the safety record of chiropractic is unmatched? If a method is flawlessly safe, how can it *not* be one of our focus principles? The world needs twenty times more chiropractors than we have.* What is needed is what Thomas Paine and Saul Alinsky said was a "people's movement" against the wall placed before us* by elites that may try forever to stand in the way of good ideas that threaten to make them obsolete. Advocates of the brain must move into politics, and to invite conscientious MDs and nurses to learn chiropractic methods and to begin to introduce them into mainstream health while the public dares our superiors to stop us. In fact, chiropractic waits as the perfect lock-and-key solution to the attempt from above to squeeze the West into straightjacketed national healthcare plans run by death panels on top incentivized to rub pennies together. Chiropractic provides the public with an outlet for inexpensive thriving while the top echelon can only look on and lump it.

Since the chiropractic genie is somewhat already out of the bottle because of chiropractic being able to remove the worst scourge of modern

civilization—body pain*—the stopgap strategy of the MIC seems to be to ignore chiropractic except as fancy physical therapy, and block the media from telling the public that the West's revelation of the realized citizen and wise society is at hand. Body and spine pain *are* the destroyer of national healthcare balance sheets whether healthcare is socialized or privatized.* Why would the powers that be ignore any such help for national balance sheets in a crisis? It makes no sense—unless the powers that be fear that the brain genie coming out of the bottle will change everything? It would appear that the "plan" is to sidetrack chiropractic by the following half measures: 1) Physical therapists can "use" chiropractic half measures to bandaid some body pain, but 2) since PTs are not educated as chiropractors with the strong political streak of their 19th century Mid-West heritage,* and the Popular Health Movement, and the promise of Western civilization, then PTs can unwittingly defang some of chiropractic's message of "The Brain Can Heal Anything" that is the pivotal element in achieving a fully realized society.*

Chiropractic and the brain are *never* in the conversation. Chester Wilk, chief plaintiff in the Wilks vs. AMA case, writes of the steps in the AMA's collusion to finally destroy chiropractic in the 1960s.* Since then, the AMA has lost power (just as has the oil and auto industries) to the richest conglomerates at the top—Pharma, Big Food, Big Finance and Big Tech— who's psychopaths chameleon nicely with the Marxist psychopaths into at least getting their own since the West is lost. Medical doctors are getting rich enough, but the golden era of the AMA is as dead as the golden years of chiropractic, so that *real* power lies with the conglomerates who one-hand-washes-the-other circle-jerk with Washington and the populist fate in America is all over but the shouting. With top-down control from conglomerates *and* bureaucracy, the MIC can starve private practitioners (not just chiropractors) into having no choice but to live on the scraps. Each day, doctors of all kinds are being muzzled from top-down to *never* challenge the diktats of less care, more expensive care, more specialization, waiting lists, control, death panels, and an interference with social realization.

Within a few years of 1895, Palmer's ideas to de-stress the brain were used in juvenile delinquency cases and mental institutions, all with spectacular results.* For more information on all that has been found in and around chiropractic research, the reader is directed to three sources: 1) The research archives of the Chiropractic Biophysics (CBP) organization, 2) The International Chiropractors Association online response to Covid and how chiropractic boosts and rationalizes immune power.* 3) The research archives provided by the National Upper Cervical Chiropractic Association (NUCCA),* and 4) the research materials assembled under Network chiropractic.* Palmer's methods—even in this first iteration before great advances in imaging, structural understanding and methods—were used to cure or significantly help nearly every disease known.* There is no chance that scientific authorities honestly "missed" these findings* because the lack of curiosity is biologically contrary to everything that science and intellect are. One of the primary aims of the AMA* was to keep chiropractic looking illegitimate by blocking it from being taught in public universities, and taught only in small private institutions as it remains today. Wilk, and another source inside the Association of American Medical Colleges (AAMC), said that, to this day, if any university is thinking of opening a chiropractic school, the AMA would show up with representatives from the AAMC and the American Association of Nursing Schools and threaten to remove the accreditation of both the university's medical and nursing schools if they did so.* Keep in mind, Wilk and the other plaintiffs said that they did not want monetary damages from the defendants, which shocked the thirteen AMA lawyers. What they wanted was, going forward, a spirit of scientific openness and fair play where the AMA would dedicate its energies to seeing that chiropractic's brain-first revolution got the focus it merited. This was agreed to on a warm handshake between the grinning AMA reps and their lawyers.* It is clear from the record that nothing has changed despite the gentleman's agreement between the Wilk plaintiffs and the smarmy AMA officials and their thirteen attorneys.

Consider these last few points on how vital our body prism is to the human race: Forward head posture (slumping) slows down brain and spinal cord reaction times by either 20% or 15%, depending on whether or

not the person has pain.* (If all disease is caused by stress making the brain incompetent and inefficient then this study alone should close the book.) Each chiropractic adjustment boosts T-cell counts 27% in two hours.* Chiropractic techniques boost immune activity by 48% in six months in patients with full blown AIDS,* while the immune strength of controls who did not get chiropractic dropped eight percent. (This study was supposed to lead to a much larger study, but when the directors of the international physicians organization saw the results they shut the study down completely.)* Palmer's methods were used for a report in 1935 on the impact of chiropractic on mental illness in a South Dakota state mental asylum.* In all of more than seventy cases, including the worst cases, there were robust responses, and *every* patient was cured and released back to their normal lives in four to six weeks, some eight. Chiropractic methods were used to follow the mental cases of 400 patients by 1949.* In that 1935 report, a judge implored the state legislature of South Dakota to look at the success of chiropractic curing all the worst cases the state insane asylum board had probably picked to embarrass chiropractic.* It is heart breaking to read how the judge implored the legislature to admit chiropractors on hospital staff, and not let medical influence hide the breakthrough. But the state did not listen by the narrowest vote. In a study published in 2000, chiropractic was added to a drug treatment program. Where the average completion rate is 37% in these programs, in the chiropractic group the completion rate was 100%.* In a study by Haavik, a single chiropractic adjustment was found to increase muscle strength by 62% in patients with chronic stroke.* One researcher has found that a single chiropractic adjustment improves brain wave patterns as much as 50 to 200 sessions of meditation and biofeedback.* A CBP study found that restoration of the neck curve markedly reduced concussion in a professional rugby player. Before curve restoration, the athlete suffered 12 concussions over eight years, and only two after restoration over eight more years at the same level of intensity.* The same sort of CBP neck curve study found an improvement of 200-400% in blood supply to the brain, and the study included three reviews of the medical literature saying that Alzheimer's and dementia both begin with reduced blood flow to the brain.* As we said

before, when the neck alignment comes undone the brain becomes 20% less efficient.* . . . This fact alone should stop the presses. What problem won't an inefficient brain cause?

Palmer's methods went on to build a small cancer hospital in Nebraska that achieved wonderful results,* and a 4,500 bed hospital in Colorado that took every case regardless of the means to pay yet that suffered every dirty trick the medical and regulatory boards could think of to stop it from being built, to stop it from getting any certifications, and to close it down.* Medical authorities and their celebrity helpers used every tool of defamation, libel and slander they could against this hospital and got away with it.* There have been two free chiropractic children's hospitals as well, Kentuckiana and Oklahaven that have done marvelous work yet have been virtually ostracized from the sort of attention and that usually pours in for children's clinics on the medical side. Through chiropractic's brief history, facilities like these have asked medical authorities to come see how chiropractic's new brain methods seem to be able to help cure or aid everything from cancer to criminality.* Medical doctors like Campbell in 1915 pleaded with their medical colleagues to understand the link between alignment and brain.* Campbell notably said that in a sense doctors live to make health more complicated than it needs to be.* A Dr. Hendryson, an Army surgeon in the Second World War, in 1942, observed chiropractic curing soldiers with spine and body pain twice as fast as all conventional medical means combined. Hendryson, himself an AMA Board member, urged the AMA to deploy chiropractors to every Army hospital in both the Atlantic and Pacific theaters to help with the war effort. The AMA ignored Hendryson's urging and never even responded.* It seems the AMA was unmoved even by Winston Churchill's urging that the free world must move heaven and earth to keep the world safe.

A patient of mine in the 1980s was a right hand man of Saul Alinsky, the famed Marxist political strategist, who famously said that Democrats must turn their fight against Republicans into a nonstop war of mockery and ridicule *because no one can survive nonstop mockery and ridicule.*\* Alinsky confided to his lieutenant that it was medicine's savage treatment of chiropractic with mockery and ridicule that made him realize the power of

these tools. Alinsky left out this key detail because the name of chiropractic had been so thoroughly cratered that people would jump on *his* back and detract from the points being made in his book if he made any move to even indirectly resuscitate chiropractic by saying that the invective against it was staged and unjustified. The destruction of chiropractic, Alinsky said, had been so thoroughly effective that any defense of it would bring down the wrath of God on *him*. Alinsky said he had never seen a murder and disposal of the body as complete as that for chiropractic, an art he didn't know anything about except, as a man with an inquiring mind, to wonder about all the vitriol. Alinsky saw chiropractic made so radioactive that even he couldn't touch it *especially* for the sake of showing how easily society could be manipulated by mockery.*

The superior intelligence of psychopaths tends to catch us with our pants down because, as we said, all normal people hold a default setting that tends to believe their social betters, and to believe that no one really wants to destroy our starship to the unknown. As the old saying goes, "A lie circles the earth before the truth gets its pants on." And the only reason those lies exist is because they are essential to distracting us from our sole mission. As another old saying states, "absence makes the heart grow fonder." Not all of the war on chiropractic is the result of the MIC. Part of the problem, as we have said, is our stone-cold, basic irrationality and laziness. Take the example of the smart, high-powered government lawyer who came into my office for chiropractic and had diabetes type I. "Be careful," I warned him, "the adjustment may crash your blood sugar by normalizing your insulin level." I showed him a CBP study with belt-loop blood glucose monitors tracing dramatic normalizations of insulin levels and blood sugar within twenty minutes. With three successive adjustments, my patient's de-stressed brain dropped his blood glucose levels over 70 points within 20 minutes, the first correction lasting for four days. On his third visit the patient confessed in amazement, "My glucose went down 72 points and stayed there for three weeks!" That was the last time I ever saw him. He went back to his daily insulin injections rather than stick with a natural, in-body, toxic-free answer to his diabetes requiring maybe once-monthly adjustments instead of daily injections. The same thing happened

to the chiropractic researcher who authored the CBP study.* A woman patient sent him photos of her blood glucose monitor showing 70 point drops within twenty minutes. "This is amazing!" she texted him.* She quit chiropractic too. This woman was a diabetes researcher and went back to injecting herself and *searching for a cure for diabetes*.* These stories are legion in chiropractic. There is nothing like the chiropractic experience, and chiropractic history, to show how much the human race is still a rather scared, primitive, insulated tribal being rather than a creature of pure reason.

Chapter Eleven: Health and Genius, Our Yin and Yang

Perhaps the greatest mystery is our gift of genius. We never know where genius is going to come from, who it will come from, what its going to say, what it will inspire, what else it will inspire, where it will lead, or even what problems it might cause that will then inspire additional genius. Genius is our great democratizer. Genius turns the human political crank. Genius is the singular force of the peerless event that motivates us to raise our quality of life, that is the action of economics, and defines the worth of all things down to the last penny. The great jazz riff of genius is the basis of everything human. Because of genius alone the elite and psychopaths fight our good ideas and slow down the human process to stop any threats to their complete escape from the genius meritocracy. Psychosis chooses to bet against our genius rather than roll with it, and risk being tilled out. The perfect unpredictability of genius changes everything in a heart beat. The biggest problem genius causes is how we must adjust our lives around it, to shift down the bench to make room for the improvements. In a heart beat, genius bankrupts the buggy whip industry. Genius is good for all except those holding stocks in the buggy whip factory, and all others down-chain who must likewise shift down the bench to make room for a new standard of living. No one potentially ever loses more to our genius than the establishment—unless they are alert, and open-minded, or unless

they can figure a way to slow genius down so that they can cancel the biggest threats, or get in on the ground floor of every new development. This is why the ultimate goal of all elites, establishments and bureaucracies is to freeze us in place, to make us have to buy permission slips even to take our next breath. For some odd reason, as if by design, *nothing* keeps pace with human genius. Old genius fights new genius every step of the way—until we become selfless enough to see the universality of indirect benefit, which we all do already for people in our own tribe. The collective unending flowering of genius is a juggernaut that will not stop, that has no mercy for what it makes obsolete or who's ox is being gored because we are a creature of genius, a machine of genius, who seeks to live better and understand. The juggernaut has moved us from the caves of our common origin. Guilt and innocence are framed around the purity of pursuing genius. It is for this open-ended end we are in flow. The most sophisticated creatures learn that their highest life experience, reward, satisfaction and fun will come from their being creators themselves. We are driven by this excitement, this need and *not* having what is new. This drive is as material as it is spiritual; one cannot be separated from the other, as we can see by how much we have learned. Our consciousness will never stop seeking completeness. Poverty is relative, produced by genius alone in a civil society—so how much can we do, and *should* we do, about need and suffering, about *not* having, that turn our attention to creation—at least until our level of productivity makes "poverty" outmoded? *All* of our problems stem either from misunderstanding thriving in its most thorough sense, or from misunderstanding genius as the center of all, so that the Yin-Yang of our existence is thriving and genius circling together.

    With the wild card of genius makes populist and elitist conflict inevitable until we accept that we are a single tribe and that the only measure by which we should all be judged is how well any of us help all of us serve creation, and that the only "mistake" is to seize the materialist answer that dislodges the holistic equation that ideally feeds genius. This is what makes us tick. Hence the Western truism—"From rags to riches to rags again in three generations." Psychotic elites don't want this fate for themselves and their children. Hence, the penurious bureaucracy,

administration and refeudalization, the bottle necks of red tape, pink slips, permissions, approvals, certificates, impact studies, backsheesh and insider trading that constantly kick out victim enemies and resentments from an organism eager to see tomorrow. At their worst, the elite turn to the most heinous of all sins—they *stop* the conversation on progress by cheating us of the information necessary to find solutions. Psychotics instinctively know that we are on our way around them as soon as we see how. They hold us up like bandits rifling bags at the border. Otherwise, they risk *everything*, for them, their kids and grandkids, which is among the strongest urges any of us have for doing anything. At their worst, they profit from an economy of depravity and stasis that only survives, like cancer, like a leech off of the economy of that which has never been done before. And what does genius do? Sit and wait? Why? Genius comes faster than any human thinking. Without genius, we are merely re-stocking shelves. What happens if the artist does not scribble down the idea in the middle of the night? Do we want the idea lost? The brute does. Incestuous, nepotistic, inbred, corrupt elitism has no allegiance to the inevitable as this curious talent of ours puts on a show beyond the spectacular. Collectively over the centuries, genius is the brute force of fortuitous benevolence.

We've covered three of the focus principles on the basics of thriving in order to purely serve creation.  The last is how to treat others in order to tune the human organism most perfectly in behavior and psychology. Ethics and philosophy have been thought to be fuzzy since the Greeks because no one could escape "everything in moderation." Ethics was divided into philosophical "pure ethical concepts" and then "applied ethics" that deal with everyday life.* Because of this fuzziness ethics has never even been regarded as a real science. One ethicist said, "Very few general ethical principles can be used with precision in real life as they cannot take into account the particular [variables]; consequently there is often uncertainty about the answers to moral problems until we come to particular cases."* People were left to their own judgment, to construct their own system of Applied Ethics, to fit the circumstances of their own life. But this is sustaining, not thriving. Like standing, sitting, walking or laying down, to bring an end to all social problems means to study thriving

closely, and to become an expert in Health. *How do people best spend their lives?* "Conscience," one summary of ethics stated, "the permanent will to act in the spirit of the *objective ideal* [emphasis added] in which one believes, is indispensable, but it may mislead, unless guided by reflection.* The final word in ethics has been: "Moderation in all things, and study your conscience."* We failed to plot out ethics in the past because we had not put into focus what the meaning and purpose of life and existence are. They are to appreciate the beauty of creation and to enjoy it, and imitate it, with every moment of your life, and even if you take breaks and stray off a little bit from what is healthiest for you—it is all extremely healthy for you until it becomes gratuitous. So, what are the logical constructs of social and psychological biology by which life and existence most efficiently work? What is the day to day, real-time behavioral fabric of thriving for all, harm to none, for maximum creativity?

The first three focus principles on how to live deal with *you,* and how to respect *yourself.* The last looks at how to respect others and make room so that both of your life experiences are maximized. It does not matter if you know what the rules are. Consequences *teach* you the rules. Any cheat is a stress. Impurity bleeds into the system and distorts it so that the end *you* holistically want is interfered with that much. Nothing more or less should ever be asked of you. These psychological focus principles *are already how we treat others inside our same tribe until we get angry at them and push them out of the envelope.* Like the Mafioso who finds out about the informant. Just as with meditation, mindfulness and prayer, the more time you spend thinking *this way* the healthier you will probably be in every aspect of your life, and we guess the world is so precisely balanced that *both* parties pay *some* cost for deviation. Those who fight for the Good are probably holistically rewarded in every way just as those who fight for Evil are harmed, in proportion with all other factors of thriving.

So where do we begin this innate ethical, psychological analysis? John Haidt is the author of many books and is the most often quoted expert in psychology.* He believes that the idea that humans have no inborn morals is the worst idea in psychology.* He and his team examined mountains of sociological and anthropological data and came up with five

sets of two innate morals each: 1) loyalty/betrayal, 2) care/harm, 3) fairness/reciprocity, 4) authority/subversion, and 5) sanctity/degradation. Haidt believes these moral constructs provide a "rough draft" of innate ethics that we then build upon with experience.* Haidt says that the conflict between liberals and conservatives comes from how each tribe values these morals differently. Liberals, he believes, value subversion over authority, and betrayal over loyalty. Similarly, Joseph Loconte goes further and makes the point that "Communism strips the individual of those qualities that distinguish the human person from all other creatures: individualism, creativity, sacrificial love, the longing for transcendence."* But this analysis of human ethics believe both of these statements miss the point of simplicity and universality: Life shows only one operating system and our innate ethical construct is wholly reflective of its optimal functionality, and this is seen in the activity of all tribes to survive and advance, even if tribes are sometimes in conflict with one another.

All tribal "submarines" use the same ethical operating system to do any task, even to destroy other tribes. For example, *all* criminals want to subvert the law and grow their gang, but the "honor among thieves" ethics they use internally to keep order is the same construct used by the larger society. That "law" is their same instrument of action and self-preservation. No tribe deviates from this system, not even elites, thugs, Marxists, or Republicans. Innocence and guilt are determined by members being on board with tribal survival, and hopefully something better. American "conservatives" are descended from the "radicals" of the Western populist ideal who were eager to betray King George once they perceived their tribal interests to be separate from his. The children of those "radicals" are now "conservatives" trying to preserve a union who's wealth and health, they believe, the Left does not understand nor appreciate, i.e. that "capitalism" is merely the commerce and enterprise of human beings following the constructive instinct to learn more about improving their lives. The Left believes the meritocracy of "capitalism" is bogus, and intends to loot it and start all over again, to lead the human race in a "better" direction than the one we are going in now. Loconte and Haidt miss how Marxists *love* individual achievement, creativity, sacrificial love,

longing for transcendence, loyalty and authority—as long as these actions preserve *their* elite, *their* tribe, *their* mission. Marxists are so committed to making the world a better place that they are willing to engage in the wartime ethics against the society at large, what remains of the West, following behind their elite in nearly blind revolutionary discipline. Do Communists not reward their scientists? Do they not give stipends, jobs, salaries, grants and medals for patriotism and achievement to their loyalists? Do they laude comrades who say, "Socialism is transcendent!"? All of Haidt's ethics are determined right or wrong merely by tribe survival, by Tajfel's in-group versus out-group. Nazis, Marxists, liberals, Mafia—any gang of thieves or garden club would agree completely with all of Haidt's ten innate ethics.

So, why did we punish Hitler's Nazis at Nuremberg for following these ethics? As we said, *any* collection of ethics could be said to be our "innate" ethics, but only one event constantly whispers in our ear about how to most efficiently define guilt and innocence universally, across all tribes, and to make it in our *personal* interest to guard that single standard, that optimal method, of exploring our circumstances. This standard tells us why the Jews were *not* guilty, while the Nazis said they were, and could show us "proof." Any "proof" they had would be proof of Jews engaging in the "psychosis" of interfering with the purity of the Nazi event, meaning the attempts of the Nazi Party to sustain itself and grow. The same structure applies to the 106M Socialism has killed since 1917. Harming innocent people by damaging their person, property or information may make any sub-tribe more "successful" for a time, but this success is an illusion of the greatest good, which is the most efficient advancement of the human organism understanding its own existence and improving it.

Maybe our ethics are an extension of mindfulness so that "ethics" is just an extension of being more meditative? But meditation seems to aim inward while ethics seems to aim outward, and both seem to be critical enough that each warrants their own category. It is not enough to say "Be mindful of others and respect them." What are the *exact* working parts of this "respect"? From the study of health we see *active* expectations presented to us that *cost* us if we are ignorant of the "law." Just because you

are ignorant of chiropractic and tuning does not exempt you from the cost of having a spine bent like a T-square.

A boss sees herself in her own tribe. She does not treat her employees as equals. But she can only take her superiority so far unless she wants a lawsuit for abuse—then, if she is excessive in her abuse, she must hide the information, the truth, about what she has done. Or, in a corrupt system, she can "kick up" to crooked politicians who will stop the wheels of media and justice because she has paid tribute. We can also claim any number of behaviors are our "true" innate ethics. For example, Love, Loyalty, Authority, Prayer, Justice. They all sound good. But in the end there is only one difference maker—how existence evolves creatures to make them find their highest reward, satisfaction and fun in themselves being creators. Our ethics are the distinct units of behavioral function that make this happen. All of us, radicals *and* conservatives, run down this checklist of logical constructs that we may as well call "morals" to calculate the fairness or unfairness, the value, the healthfulness or not, of anything, and relate it consciously or not to the peerless event, to how to achieve the best life. When the College Socialist Student Union office is broken into, the radicals there find out who did the break in by going down the who, what, when, where, why and how checklist not only to track down *and* punish the culprit, but to examine everything about the event to see if they want to change anything in order to improve their own life prospects. The checklist shows us how to make life more linear and predictable in order to better serve our self-interest in the tribe.

Long before Haidt, Socrates, Plato and Aristotle ventured into virtue ethics, with Plato listing four cardinal virtues of wisdom, justice, fortitude and temperance. Jeremy Bentham contributed his ideas on "utilitarian" pleasure and pain. Long before that there was the Bible's thou shalt not steal or murder, or covet thy neighbor's wife, or work on the Sabbath. Then we have William Whewell's cardinal virtues of Benevolence, Justice, Truth, Purity and Order, and Kant's categorical imperative, and then Marxism imposes its version of enlightenment in scope, sample size, range, and intensity of program that could *never* get IRB approval in any Western nation, at least not before the 2016 elections and the Covid massacre. We

could ad "love for mother," or "discipline," but no system makes any difference unless it reflects how life and existence trash compact *all* factors in scale into the processual event of creation. The logical constructs offered here in this analysis that reflect this work are: 1) Balance, 2) Form, 3) Independence, 4) Self-Responsibility, 5) Reason, 6) Work, 7) Freedom, 8) Earning, 9) Truth, 10) Efficiency and 11) Compassion. With each of the eleven principles we are trying to explain as much as possible with as little as possible, covering as much ethical-functional territory as possible without any gaps or overlaps. These eleven focus principles best explain how the human psyche identifies constructive existence within any group, with only slight variation under stressful extremes like war or when the group is under attack. Then, a war-time or emergency shift will allow operations like Independence, Freedom and Compassion to be fudged as long as these harsh measures are only aimed at outsiders. The key here is for elites to manipulate their tribe to stress the population into *believing* they are at war, with, say, racism, global warming, pollution or plastics in the ocean, to get the population under stress enough that they will "agree" to let their elite do criminal, war-like things to the "enemy." For example, killing off Republicans, racists, deplorables, mouth-breathers, troglodytes, bottom feeders, subhumans, kikes, Dagos, whops, Jews, or spear-chuckers regardless of their future potential to contribute genius even if they could be educated to realize that the human organism is a machine of genius, and it is in *no one's* interest to impede it.

Beyond these eleven ethics it also seems plain that we are drawn to Power, Beauty and Love, but these emotional touchstones have more to do with our personal lives and sex rather than statecraft, although Power, Beauty and Love do figure as well into our social hierarchy and elections and picking leaders. For example, a man will often choose a mate on beauty and love and mostly ignore power, i.e. whether the woman is wealthy or has stature or not. Men will not ignore beauty, but they will ignore power, although it makes the mate more attractive. Women will ignore love and beauty to take power, a rich husband, or better yet, a pro athlete, because the athlete covers both beauty *and* power. While beauty, power and love make certain political candidates more attractive to us, the

emotional touchstones are little compensation for competence and the success of the tribe the more the tribe is led away from the creative event and the success that comes with that process. We may have "loved" a particular president, but we will tend to regret voting for that "tall, handsome" fellow if he ruins our economy, savings and citizenship enough with policies that bleed energy away from useful creation. Height is included in Beauty because it can become ridiculous how many categories we have for beauty, considering how the Chinese have eight categories of beauty, ranging from voice, eyes, hair, complexion, color, carriage, gait, and so on, as spelled out in the novel *Chin P'ing Mei.**

There may be more or fewer logical constructs than these that define our conscience. But Life works with ruthless efficiency. Laws are structural forces that do not need reenforcement *because they relate immediately to the perfect.* There may be redundancy and overlap in *systems,* inanimate and animate, but there is no need to duplicate essential *principles* that mimic creation. They are only "deviated" from by the "variation" in bounded instability, which, like Brownian Movement,* gives additional clarity to the perfect in the middle since nothing for long escapes the orbital path. Any addition or subtraction from these eleven moral/logical focus principles will probably only better define what thriving is, and shed even more clarity on how tribes reflect collective individual thought. As we said at the opening of the book, these principles, like the speed of light, may be intrinsic rules dyed into the fabric.

We can see points of overlap in the observations of these principles from different thinkers over the ages: Haidt's fairness/reciprocity, and Whewell's justice align with balance. Plato's wisdom, justice, fortitude and temperance align in the same way as principles we use to identify, and enact, that which is useful. Spinoza warns that the elite better think about the little people if they know what's good for them,* which corresponds with elitism versus populism and making enemies. Rousseau's comments on the control of information by the corrupt,* and Whewell's benevolence aligning with compassion, and truth being the same idea, and Whewell's order being described elsewhere as Natural Law* by Plato, Aristotle, St. Thomas, Locke, Rousseau, Kant, Hobbes, Spinoza and Hart—an emerging

structure can be seen from around the globe and through history as we learn more about our own capacities. Here, we use the term "how life works" to identify this centrality to existence at least in human scale, and quite possibly beyond, that evolves us to the realization of Less, Is More, and First, Do No Harm. This evolution seems to engage whenever Oxygen, Hydrogen, Sulfur, Carbon, Nitrogen and Phosphorus reach a certain temperature and begin to rub one another. It seems inevitable next that "individuals" would be created, who would then inevitably find advantage in strength in numbers and the harmonics of imagination.

We will now give a self-explanatory description of each ethical unit, like the elements in the periodic table. Each one has their specific and necessary place. Without any one the picture makes no sense and will collapse. This is the analysis of the order in "Natural Law," "complexity science," "bounded instability," and "emergent order." Whewell even included a category for prayer, along with welfare of the family, while prayer aligns with mindfulness/meditation, and welfare of the family lines up with the first instinct of survival reflexes, which we will explain. But without the specific ingredient of "how life works perfectly" to show a reason for us all more purely chasing thriving for all and harm to none, for the fun pursuit of the unknown and the not-yet-created there is no imperative reason for us to do anything but whatever hedonistic excess we like. Without this "healthy" boundary, we cannot see how the "help" of the most voluptuous and addictive Western mature welfare states might detract from the richest life experience of everyone involved, like every cell in the body, for a more fun and exciting journey into the unknown. We argue here that acts of charity, help and philanthropy, like love, power or beauty are a "miss" if they do not contain these eleven principles of healthy construction that are mutual limiting factors investing our consciousness and conscience locked around the most efficient creation.

Chapter Twelve: Why Do We Want to Live?

Before ethics, there is motive: *Why* do we want to live? *Why* do we fear death? *Why* do we want to keep going? *Why* do we care? *Why* do we hope? *Why* do we treasure family and friends? *Why* do we want something better and to succeed? After all, what difference does our survival make? Who cares if we survive, or care, or not? Why does the fermentation field not stop at slime? *Why do we all have this survival instinct?* To think that such a thing universally happens in a world erected on randomness is absurd. Similarly, scientists have not been able to satisfy themselves about *why* life evolves. There is no certain answer that a parentless species can find although these qualities are self-evidently highly desirable in any tourist, any house guest, any companion, for company, if the epiphany at Sinai is correct that our existence matters, and if whatever created us desires companionship and an appreciative audience for painting a picture of everlasting perfection serving creation as easily as a busker street artist dabbing pastels on a sidewalk. . . . *We* want these qualities in companions. <u>We may have a survival instinct for the same reason life evolves: So that we stick around long enough to have the chance to see the magic in the ins and outs of all that is. No matter how grand the sculpture is it has an operating system that makes it fit right in.</u> Does it seem logically plausible that we *are* created in the image of what creates us?* God wants comp'ny. . . . Why *wouldn't* God want company? Fun as splendor is—wouldn't it go down even better with comp'ny? With offspring who would grow up to appreciate creation and try it out for themselves? *Why* does Life make ferments that form a food chain so that creatures risk being horribly eaten by others, so that Life forms the stable platform that keeps elaborating itself so that creatures can learn the advantage of *not* being eaten like animals, and *not* being animals? It is remarkable that such a thing even happens, and that creatures take their place at the top of this reliable stack, in the front row of the Safari wagon, watching *with no control over the tour*. What fun would it really be if boring little *you* could control the tour?

Borrowing from Occam to explain existence beyond "God wants comp'ny," it may be that the only two motivations for self-preservation we need are: 1) to preserve our own life, and those nearest and dearest to us in an enlarging tribal circle, for strength in numbers, with more friends inside

and fewer enemies outside, to nation and civilization, to give us cover from harm. After that, maybe the only other life instinct any living creature needs is 2) the unbreakable desire to get More for Less. _This is all we need to want to stick around to see the end of the show and figure out the nuances that always lead to the fullest appreciation of what is._ After all, it is inefficient to say "Our motivation is a higher quality of life." What does that _mean_ on a case by case basis? It could take centuries to figure this out, as we point out here in outlining the purpose of human ascent, and in the central importance of the tie between tuning and the brain removing distractions to creativity. But to want _more_ is clear cut. Every animal understands it. These two drives, instincts, are all we need to set us on our way home, toward how life gets better the less we act like animals, the more we truly care about others, and how everything here feeds into our understanding. Peter Kropotkin, in _Mutual Aid: A Factor of Evolution,_ wrote in 1902 that mutual aid and cooperation have been crucial factors in the rise of social institutions, and we would agree because this willingness is an extension of getting more for less, and being less animal, enlarging our envelope, and trying cooperation before conflict to preserve resources and lower risk. But these two life instincts are not morals in of themselves. _Nothing_ is moral and right unless it faithfully imitates how existence seems to move toward a rather delightful logical end that is more fun than any alternative. These two drivers force us ahead into existence so that we _must_ have morals to make the most of our life experience, as we move, despite ourselves, toward the rather delightful realization about the central importance of creation less as adversaries than colleagues in the same discipline.

Emanuel Kant, the most significant modern thinker in ethics,* said that we must look for "categorical imperatives" that would be good for the most people most of the time, such as Don't kill, Don't steal, and Help the Poor. Kant was unable to list out any concrete categorical imperatives because the conflict between tribes clouds the issue as tribes ascend toward the realization of the ultimate value of creation itself. Kant said that the only absolutely good thing is "good will." He believed good intentions were the overriding factor in morality, and this principle should be obeyed for its own sake. Kant seems to be saying to us, "Because I _believe_ my

welfare policy is good for society, or it *sounds* good, because it seems charitable and kind, therefore it *is* good, and could never lead to an addiction of creatives and helpers that might pull us off course, or slow down our progress with unhealthy, unrealized people." Of his "categorical imperative" Kant stated, "A person should act on that principle, and when everybody acts like that principles become a universal law."* No wonder Kant is so popular today among elites. Kant is their wet-dream: Brainwash *everyone* and they will pay me to have sex with their kids. Kant sounds like he is saying that democracies have the power to wish things into reality by majority rule. <u>Kant is saying the human mind can shift universal law. We are saying here that the human potential is only optimized when we realize that universal law is pushing us to see that nothing compares to the open-ended dynamism of creation itself, and appreciating all that it is</u>. If the rulers can brainwash the majority then no harm is ever done, according to Kant. And we have no power or intrinsic civil liberties to even complain about it, or correct course. Perfect. Game over. But does the universal operating system care about public opinion? Has it cared for five thousand years what is convenient to us, or to the few? Instead, the moral operating system in us seems to have waited for us to become aware enough to realize who we are and what we are here to do. We are here to explore and to appreciate the never-ending perfection. After all, why doesn't any victim like to be victimized? *Why* do they have survival instincts? Why don't they just shut up and take it when they are prejudiced against and diminished? *What would they rather be doing besides being diminished for the sake of the few?* As we said earlier, the chambermaid is *built* to judge the excesses of her governess. Pressure mounts the more the governess is off course. Selye has already shown that "subtle" is no defense. Do we make slavery and serfdom Just by popular demand? What will the victims and early adopters say? What will happen to risk-benefit for the elite and their police?

Kant's most important teaching is that the "morality of an action depends only on the motive, and is independent of the effects on the person doing it or on the others."* From a health and philanthropy standpoint, this is, frankly, lacking. Can we say the same thing about our daughter, or our good intentions to help? If we had the power to bend

structural forces to our own convenience, wouldn't we have made health and thriving linear and predictable to our liking long ago? Achievable by eating Twinkies and bonbons, snorting cocaine, gratuitous sex, our favorite addictions, owning slaves and following along with our elite to show prejudice to whomever they tell us to? <u>Our ignorance about meaning has allowed us to be tricked by malignity to believe that our lives are so horrible that escapism through addiction is preferable to reality.</u> We see in our time the preaching of cynicism, and encouraging our kids to join this cynicism and addiction in the runaway popularity for pot, drugs, sexual excess and ideological excess, all of which have created a society, and an economy, of depravity that interferes with thriving and the human constructive instinct. Look at the rampant suicide, addiction and self-destruction among the young who are now convinced that life, and humanity, are so bad, and there is no exit. Kant's ideas on human will being able to trump biological reality makes gases (conscience and consciousness) count more than liquids and solids (chemistry, biology and structure). But each bring equal weight in a closed, interconnected system. One of the profound truisms of T'ai Chi is: "If you want it, no one can stop you." This is true, but you don't get it by wishful thinking: You only get it by the work of the right practice, and the reason of the right knowledge. The "No one can stop you" rule holds true with humans and enlightened society. But wishful thinking doesn't get it done. The structural grid of reality guards us from one anther's animal instincts. Incredibly, we are not *built* to accept anything short of what is best. That every bit of modern Western society is now "politicized" to make us accept the criminality of the few will not stand. It is only a temporary detour. Soon enough, the children of the few will wake up to realize how awful their parents are, and negotiate with the many on how to course correct. It all comes down to lowering taxes and regulations to free creativity. Lower them to the lowest ratios and people don't care who runs the "government." To call this "politics" is to romanticize it and not understand it for what it is: It is nothing but the needle in our leg.

    The idea of a unified ontology arose with Thales, Socrates, Plato, Aristotle, Copernicus, Cicero, Thomas Aquinas, Galileo, Sidney,

Harrington, Hobbes, Locke, Francis Bacon, Isaac Newton Kant, Bentham, Whewell and, more recently, with Edmund O. Wilson. The concept was called the Ionian Enchantment.* William Whewell in the 1700s coined the term "consilience," roughly meaning the great convergence of all around a central order of meaning*, if not methodology. They believed that the order could only be plotted out by a more systematic way of thinking that came to be called "science." All the early scientists came from their study of scripture* in the hopes of finding a consilient, ontological principle. There was no division in their mind between theology and belief in God, or the rigors of science. This faith in God and the existence of goodness and sense in everything lasted roughly until the 1800s when the social disenchantment gave rise to the likes of Marx and Engels, still with the idea of helping make the world better, but through torment and catharsis. Einstein sought this unifying formula too and hoped to capture it in a formula as eloquent as his Theory of Relativity.* Physicist Leon Lederman said that his ambition was to live to see all of physics reduced to a mathematical formula so refined as to fit on the front of a T-shirt.*

On the other hand, many have said that this Ionian Enchantment is ludicrous. Henry Sidgwick, in *The Axiom of Ethics*, points out how, the more we learn about different peoples and times, "the less disposed we are to believe that there is any definite code of absolute rules, applicable to all human beings without exception."* Holders of this view point to the story of Darius asking the Greeks to not cremate their fathers after death, and asking another tribe to stop eating the flesh of their fathers after death, and asking both sides to switch their rites with the other, and both sides wailing in protest.* Ludwig Wittgenstein said in a 1929 lecture at Cambridge* that no such "coercive power" existed in the universe to bring all men to the same moral conclusion, and that any book that said so would "with an explosion, destroy all the other books in the world."* Isaiah Berlin* and others have said that there is also an Ionian Fallacy* in believing that all things and all knowledge can be unified. In this vein, Marcelo Gleiser reminds us that learning is a "branching phenomenon," where the more we learn the more there is to know.* This is true. <u>Scientific specialization follows the tips of the diaspora outward from the Big Bang, or down into</u>

the bowels of the house of mirrors in quanta, watching existence create ever more fantastic sculptures that, to Sidgwick, Wittgenstein, Gleiser and Berlin, seem to hold no common relevance that man can follow for the secure benefit even of a majority. Gleiser notes that different layers of life and matter at different levels of complexity respond to laws that simply do not work at the next level, such as the theory of general relativity, quantum mechanics, atomic particles, microbes, biochemistry, psychology. "Another limiting problem in the unification of the physical sciences is the issue of complexity," Gleiser writes in *A Quest For The Unattainable Unification Of Knowledge.* "Even if we are all made of atoms, we can't use atomic physics to describe our physiology and much less our behavior. Different laws are called for as matter coalesces into more complex structure, and these laws are not reducible to the ontological power.* . . . If this weren't the case, biologists would all have to be experts in quantum mechanics." Gleiser is right: Our genius chases the truth at the end of each tendril of the Big Bang's debris field, and we see the breathtaking minutiae that specialization and the human intellect is rightfully in lust with for the wonder of it all, and Campbell is right that specialists tend to want to overcomplicate matters. Gleiser is also right in how all the various ecosystems weave, layer and braid together, each different "thread" adding tensile strength than if the systems were not interwoven, or tangled, or made of the same substance, or one material system. In fact, it might be crazy *not* to weave together such a complex system to padlock the one focus point at the heart of it with impenetrable diversity, so that the final lesson, if there is one, is made that much more secure by making its basic building block *consciousness*, that is a "thing" that lives right next door to nothingness. This padlock of diversity could be viewed as an extra proof of ontological meaning rather than choosing the glass half-empty argument. In human scale, at least, *this* is the answer. The message in the operating system seems worth abiding by, seems to offer consistency, seems to be padlocked by every human expectation, and seems to show a practicable methodology for pursuing it, and a universal reward for following it. However, many experts agree with Gleiser and Berlin that they can see no pattern in existence, or knowledge, and the reason for creation, and human

events, that Thales, Whewell and Wilson et al hoped to hang their hat on for consilience. We can *never* learn enough, Gleiser and Berlin insist,* to realize any concept that could tangibly tie together our purpose, our meaning, our methodology, and how things work. We must be satisfied,* they say, with living forever alongside an unsolvable riddle regarding the how and why of everything. Gleiser says that, without a "new tool or a new hypothesis" for investigation, we cannot answer these questions. "It's the incompleteness of knowledge that makes us matter," he writes beautifully.* And he is right: We *do* matter if not solely for the sake of trying to figure it all out. . . . But if Sidgwick and Wittgenstein are right that there is no cultural centrality, do all cultures and people not gravitate toward efficiency and better risk:benefit ratios? <u>If they all do edge toward less stress, more safety, efficiency and constructive productivity, *why* do they do it—and what is the method to achieve it?</u>

The growing disillusionment with religion, poverty, hardship and stupidity gave rise to the Progressive era and then Marxism. This came from many sources, but one of them was the Renaissance and the enlightenment finding out that the old masters like Galen had fudged their data, on anatomy and physiology, for instance. The discovery of dinosaur bones challenged the Bible certainly as an historical document, if not a moral one, although few can argue that the beauty of Jesus' message on universal love could not be a more consummate expression of what any credible God would want us to learn one day, if God exists. Some began to believe religion hampered science and humankind by interjecting the belief in a supreme being that had created everything, and that religion caused tribalism. E.O. Wilson, in fact, came to this same conclusion that religion should be done away with.*

It certainly is true that tribalism, like addiction, can form around nearly anything. With the arrival of the Industrial Age, as the caboose trailed the locomotive, and the hind leg trailed the jaguar, Progressives and Marxists taught us to see the world as we do today, as a cold, cruel, static, half-impoverished place that *no* loving being would unleash its children into the wilderness of. They did not see that if everyone is rich no one is rich. They did not see that there are no happy slaves, and that early

adopters, often especially among the children of the elite, are driven by their conscience toward the improved society. Simultaneously, fantastic technological achievements and new understanding encouraged people to look past a so-called God and take action to solve our own problems since we were making no credible progress, in their opinion. Man on his own, they believed, should try to be more humane, and to shape this cold cruel world to fix the eternal horrors of disease, pain, want, poverty, illiteracy, struggle, war, the strong exploiting the weak, and the cunning twisting the naive. What good was the fantasy of God in solving these horrors? Look at the tons of mistakes made in the past by people waiting on God, they believed. The rise of the British Commonwealth, the American Revolution, and then the French Revolution, galvanized the world in the excitement of populism and self-governance where the rabble were finally breaking completely clear of the ancient awe for tribal betters. Now, we would share in power, and see, at least in France, what the people could do with the wealth they broke open from the banks of the elite. The long march of the West to neuter elitism had reached its zenith with American independence in 1776, with an attitude inspired by the Roman general, Cincinnatus, and George Washington, both of whom retired quietly to their farms after winning unmatched glory in war. King George said of Washington, "If it is true, he is the greatest man who ever lived."* The American idea was to have a government run by populists, by amateurs, cycling in and out of official posts, not making careers out of these posts, not using these positions as launch pads for a new tribe that would one day turn around to kill off the populist democratic republic.

Marx's audacity and irreverence toward religion and institutions was exciting, and contagious. This new, Marxist irreverence appealed to the young, and aimed itself at the young, who's own conscience for a better world allowed them to imprint on this new group and separate them from their own parents, culture, nation. This was a new cult of impatience to liberate the world, after Dreyfuss. Marxism was like a latter day Christianity, invading all strata of society with the lusty, radical idea that there *was* no supreme being, there *were* no rules, that the universe had no point of birth or origin, and sex should be had openly anytime by anyone

without consequences—all for the sake of uplifting the beggary class. Anyone who said no was a fogey and should be laughed at, frozen and intimidated. The universe had always been here, a vast cluster of cold rocks and empty space, they now surmised, and the inherent disorder and cruelty in its fabric could be seen throughout history in Man's Inhumanity to Man, and only radicals in the new perspective of working less and giving stuff for free to the poor could improve this sad, wicked stalemate. Even "health" was a dubious, unreliable, transitory state of cruel illusion that accident or unseen circumstances could snatch from anyone at any moment. Life had *happened* because of chance. Inventions, science and reason could improve this impersonal mess, or at least smooth it out to make it a bit more fair. This fantastic hope in a philanthropic intelligentsia turned the eyes of the West further away from any thoughts about God, Nature, Life, Existence, Universe or Godness that had visited the horrors upon us. It was a heady time. Man had no Lord and Master who had lain down a rule book on pleasure or sexual temperance. The head of the AMA, Arthur Billings, gave a speech in New York in 1909 promising that medical science would cure all diseases by 1950.* Man might believe Kant and write his own rules, and do whatever the heck he wanted to help the poor without any fear of watchful consequences.

But by 1912, this trend in human-as-king self-rule had to look at evidence that forced scientists to recalculate their assumptions about a flat, solid state, dead universe where Life had happened only as a freak accidental spark. Telescopic evidence showed that the entire universe was in the process of a vast symmetrical expansion that forced astronomers to conclude that the universe *had* been born from a single event called the Big Bang. Einstein had already found these observations emerging from his own mathematical calculations about the universe, and was so surprised at how his numbers departed from the by-then fashionable idea of a static universe that he *rewrote* his mathematical description to show that the universe was *not* expanding, but static, immemorially.* But by 1927, he met in a taxi with George Lemaitre, the 1912 astronomer,* to hear firsthand about the data on the Big Bang, proved by the red spectrum shift affirming outward galaxy movement as from an explosion. Edwin Hubble by 1929

had also elaborated on redshift and a possible expanding universe.* Einstein would admit that the re-writing of his own formula on universal expansion and the origin of existence from a single event was the greatest mistake of his career.* Once again, *social* pressures influenced one of the greatest independent thinkers who ever lived.

But the growing, venereal perception of the world was still coming on strong.* The Left's ideology appealed strongly to humankind for three reasons: First, the addiction to ease when we think we are superior to other groups. Second, our ego when we think we and our tribe are exceptional. And third, power, determination, rage—the appeal of the lone hunter in us who is tempted to think all can be made better by trashing others and extracting material gain: An orgy of killing off injustice. The Left's arrogance began to show up even in the scientific consensus that allowed after Hubble how there *was* a Big Bang, but the world was still a backward, hate-filled blockade to Utopia. Why did we need to wait for a meteor slit in the sky to tell us that we had to go easier on the poor? The Left was youthful, highly intellectual, and open to all different points of view except those critical of it. There may have been a Big Bang, but there was *still* no God, Nature, Life, Existence, Universe or Godness that had lain down a complete system through which we must mature to better realize who we are and what we are here to do. Marxism preached that it must destroy Christianity and Western ethics* and greed and materialism and the work ethic and guilt for our being duped by a belief in a higher power.

Antonio Gramsci,* the Italian Communist, wrote a manifesto critical of Stalin in 1937, in which he said the future of Marxism lay in destroying Christianity, because the failure of Stalin and Marxism to tame the Russian people was the result of Christian values being the first coat of paint in the training of kids, and Marxism instead needed to take control of the schools and make itself and its pessimism for anything but itself that first coat of paint.* Forget the control of the Means of Production, he effectively said, the Left must turn instead upon the Means of Information, Education and Entertainment for the long march to rewrite the human code. Since newsrooms had always leaned blue collar rather than aristocratic this was a natural fit. The media hid the fact that growing Marxist pessimism was

displacing Western optimism. With Marxism, the aristocrats, the children of the elite, were made sick by the abuses of the past, and were flowing in line behind the little people, the upcoming intellectuals and geniuses, like Zola, Stein, Clemenceau, and exciting new authors and artists. Hiring, firing and editorial practices shifted for the sea-change to spread through academia, entertainment, government, arts, news and finally even business. The goal was to raise wages, make fair labor practices, improve housing and healthcare, provide for hardworking people down on their luck between jobs, liberate sex, make more leisure time, to get *everyone* under scientific medical care. Only people who were inhumane and stupid would stand in the way. The most radical elements bided their time, honed their speeches. This was all for the little people. As Alinsky wrote, when they want to negotiate to allow for your reasonable demands—demand something new, move the goalposts, to keep pushing forward.* Radicals yearn to one day own all the bullets, and the ballot boxes.*

The change toward pessimism could be seen in books in the 1930s, TV shows and movies from the 1960s to the 1970s. One by one, a bad guy / good guy was not defined on the old metric of the West groping toward generalized human improvement, where the criminal defined by that metric *always* got caught and crime never paid. The new metric of good and evil became framed by the Democrat Party helping the little guy, and, again, the criminal *always* got caught and crime never paid. The Good Fight was shorthand for never going against the *the Party* and the Have Nots. *S*tealing, robbing, injuring, mocking and sabotaging the Old Guard Haves (racist Republicans) was *funny,* and always a *good* thing. This message took over by the 1970s, disappearing last from the cowboy Westerns, and was repeated millions of times in a vacuum—all the angels are with Democrats, all the devils with Republicans. Propaganda and psyops are always and only hate speech repeated millions of times in a vacuum until everyone is onboard to help the elite interfere with better ideas. The Oscar, the Pulitzer, the Grammy, the Emmy, the Nobel, book deals—they all became captured by the new "wiser" metric. *You will not get into the arts unless you laud the Left. You will never get favorable media coverage unless you push the Left's vision of enlightenment.* Our new "royalty" became people in entertainment and in

politics. You could only get in by changing your worldview to save the planet and the human race. *There was only one way to do it.* Rich and poor slowly became those closest or farthest from the new nobility again, not those closest or farthest from genius. The angry, mean-tempered, uncool, leering, racist, sexist Republican *always* were the secret traitor, the bad guy, working with inhuman corporations, while the Democrat "China Syndrome" hippie hero barely escaped assassination attempts charging to get the story to *The New York Times* to bust open the awful scandal while audiences went wild. The Democrats, *always* got the girl, just as Republicans *always* looked pathetic, vicious, racist, unstable, with their bad breath, greed and chain smoking. The portrayals were dumbed down to idiot level. But there was no escape. Armed with this new simplicity about realization, we could join the tribe and throw aside all doubt and hesitancy about good and evil. The West had found value in leniency, forgiveness, research, turning the other cheek, controlling your temper and patience— but now that wasn't necessary for Republicans. The Left *knew* it was right. The answer was *easy*. Social justice was a commodity that could be *given* away, like thriving. The Gramsci legacy was that the law of advantage in first action was used to subvert the Western world into believing Marxists that eternal war against the human constructive impulse was enlightenment.

Still, within science, the question remained of where did Life come from, however imperfect, if not from God? Why do Carbon, Oxygen, Nitrogen, Hydrogen, Sulfur and Phosphorus pull down their pants and do the things they do? Speculation ran far and wide. Richard Dawkins and Francis Crick* postulated that space aliens put life on Earth, with life's "signature intelligence," to launch the evolutionary process. But—why should evolution happen at all? And—how does "signature intelligence" account for a perfect operating system that seems to inevitably put on the same show? Why is this movie reflected in the eyes of every victim? And where did space aliens get the magical fire of "Life" before they brought it here on a burning torch in a flying saucer powered by dried cow pies? Or did they "make" it? But if space aliens made life, what made them? Other scientists have tried to explain Life by proposing that there are multiple

universes existing side by side, via string theory, or fluctuations in Zero Point Energy (ZPE)*, and that this cosmic commingling or friction or onanistic love-making somehow or other opens into the freaky magic fire of Life jumping out of nothingness. But, still, who created these volatile ingredients, these hazardous materials that can spontaneously erupt into perfection when the cosmic pick up truck hits a pothole off the job sight? And how does one chance out-flickering spark of magic make a revolution in a river that carries *everything* along with it toward the realization that *all* things have value in that they are educable and can help in the greatest voyage ever undertaken? How does any of this speculation about alien creators and hazardous waste and cosmic masturbation make any difference in explaining how *no creature wants to die and the only escape from suffering is to join in rational selfishness that comes full circle to stagger in awe beneath the sublime?* Why does each creature suffer in exact proportion to how it fails to live up to its own wonder, and the fun of existing, whether known or not? None of this is necessary for slime and albumin to exist. Any explanation that even begins to construct an argument from ordinary components systemically under-appreciates the pitch-perfect musical tone that is already the foundation of all law.

In nothingness, there is *nowhere* any permanent desire or need to make Life what it is probably other than for the admiration of something in some way conscious that would marvel at the thing itself, like an artist or parent admiring its own work. Physicists Sir John Polkinghorn and Sir Fred Hoyle* have both concluded that the parameters of our world are so perfect for the springboard of life that existence itself infers that a super intelligence must have laid the foundations. Then there is DNA, least impressive of all. Elon Musk has observed that DNA is like a computer program that is far, far superior to anything we are capable of creating. Then there is the fact that everything seems to arise from the nothingness of consciousness anyway. And then, on top of all that, it all rounds out into a summary of perfect conception that automatically shifts organic reactions *against* any abuse via a grid where the conscience of each victim is an eternal trip wire against the excesses of every other?

Chapter Thirteen: The Specific Points on Our Moral Compass

The Utilitarian School started by Jeremy Bentham, followed by Stuart Mill and Henry Sidgwick, cross-pollinated with the American founding. This school convinced Jefferson to include "happiness" in the Declaration of Independence as the greatest goal of statecraft and ethics. Jeremy Bentham's "fundamental axiom" was that "it is the greatest happiness of the greatest number that is the measure of right and wrong."* "Nature," he said, "has placed man under the governance of two masters, pain and pleasure. It is for them to tell us what we ought to do, therefore, we shall do."* No one can argue this idea of majority rule, or the greatest good for the largest number, or that stress *can* lead to pain, or that thriving *can* lead to happiness. But these points don't give enough clarity on what the specific ingredients of thriving are. Thriving does not help the *majority* of cells in a body. Thriving is that which cannot be done better than for *all* the cells in the body. So, how do we do *that*? Besides, every holistic healthcare practitioner knows that pain is the last thing to come and the first thing to go away, and that one pain can be hidden by another pain via Hilton's Law,* like a loud sound hiding a quieter sound. This is the whole problem with all of our "today-I-have-no-symptoms" medical model of wellbeing and statecraft gratis the mechanist school of clumsy thinking. And where is the trustworthy, preventive methodology to always get the most pain *avoidance* and *get* the most holistic pleasure? And is everything really "fine" until one last straw breaks the camel's back? And what, exactly, do health and thriving "feel" like? Any unchanging stimulus is soon ignored by the nervous system.* There *must* be variation, pulse and contrast. If everyone is poor no one is poor. If everyone is a genius no one is a genius. If everyone is rich nothing gets done until money loses its meaning and people have need again. Tremendous damage is done inside a painless body, or a body that slowly adapts to abnormality and pain, with the boiled frog phenomenon, in sustaining, as we saw in the Winsor autopsies where *mild spinal curves caused more health damage than bad curves*. This leaves no room

but to give up, or that perfect tuning is our only sanctuary. Ninety-six percent of the brain is not even wired to interpret pain.* This is partly because, if brain function was one hundred percent faithful and accurate to delivering pain signals, our life experience would very much resemble being boiled in oil. Gladly, we have "looseness" in our pain apparatus, just as we have looseness with hormetic effect and inputs not being really bad until they cross the gratuitous line. Notably, our bodies are such that we can live surprisingly sloppy lives and still maintain thriving. Unfortunately, with *no* insight into the four focus principles—and possibly more?—our lives are an endless screed of ignorant self-abuse. No end of arthritis, sclerosis, and atherosclerosis can leach in before we hit the pop-bumper of pain. No wonder we get nowhere near 150 years. The first most common symptom of heart disease is death by heart attack, in fact.* Good clinicians know that, when you hear of someone dying out of the blue, its almost certain they died of a heart attack. Besides, in the unique curious case of thriving, if we, as B.J. Palmer famously said, "Get the Big Idea, All Else Follows," thriving brings enough perfection and wipes the slate clean of all the even smallest particulars so that, amazingly, we don't have to sweat the small stuff. Yet, in spite of how critical it is, what thriving exactly "feels" like is nebulous. If our full lifespan of 150 years is accurate, then no one in recorded history has ever "felt" enough amiss with their health to ever think outside the tribal box.

And what about the behavior of addicts, the obsessed, and people in a cult? Their fixations, addictions and obsessions can give them endless enviable pleasure, satisfaction and contentment, and even avoidance of glaring pain or guilt, and complete removal from all pertinent facts. Addicts and sociopaths can have *no* moral restraints or guilt, amazingly. But is it morally right at any moment that addicts cut themselves off from reality, especially if reality is loaded with information on cures that work for us all, and the imperial validity of the operating system? And *why* don't we think its perfectly fine for them to cut themselves off from reality in their cult or addiction or sociopathology? Bentham's pleasure and pain is much too broad. Lag times of consequences and crosswinds are far too confusing. We can wait forever for some consequences depending on the

size of the dose and the size of the farm pond, such as Beria* raping little girls in secret one at a time, which by itself is a crime that might take forever for social consequences to show up in an uprising, while common sense tells us immediately what the problem is: The clever should not cheat the life experience of the weak and naive. All of this confusion and uncertainty is what we get with a society living in a state of sustaining and Half Health rather than thriving and Full Health, waiting on pain to guide us, like a toy boat bumping from one side of the tub to the other, because we are unsure what the Periodic Table on thriving says. Our conscience gives a very good bird's eye view.

Bentham's "happiness" is not as on-point, universal and holistic as the simple medical concept of "quality of life," or "raising quality of life." "Happiness," like "Love," is overbroad and inexact. *Some* part of our brain and physiology are probably *always* signaling us about the slightest little departure from perfect tuning. It is more accurate to say that every choice we make we make to raise our quality of life based on available data and personal taste, while the choice does not always make us happy. And we have also always made this choice before without realizing that we are all interconnected either by the *actual* connection of protoconsciousness, or the *indirect* consequence of the reaction of our victims, and a purity of being creative. This author can admit how I *hate* nothing more than the push-ups part of his daily exercise routine that I put off until the last second of the day. Push-ups make me squirm in detestation. I do them because I fear the ugly helplessness of dysfunction as I age if I *don't* do them, when health and function abandon me if I don't actively preserve them, as age tries to paint me into a corner of dysfunction. T'ai Chi was once a chore too, before *chi* became a real thing with its own blissful hypnosis and draw. As a doctor, I also have a vanity about health that is key to instructing patients especially as I get older so that I can show the difference between using the cures as I understand them, nor not. There are no end of things we do in life that we despise and that we are much "happier" not doing. Every New Year's exercise and weight loss resolution is one, along with tooth brushing, flossing, bathing, using deodorant, a job, working, our boss, food shopping, changing clothes, meetings, washing dishes, going to the bank,

buying stamps, going to the cleaners, house cleaning, raking leaves, being polite, being on time, paying bills, straightening up, holding the elevator, admitting we are wrong, ass wiping—the list of detestations is endless. *None of this touches on happiness.* It is prevention. With apologies to Bentham, and another nod to Occam, we take minimal action for quality of life, unless we are talking about heroism, parenting, or care for one's parents, where we make the choice to risk harming our own quality of life for the sake of others out of a sense of duty—*the idea of how easily the same wrong could be done to us.* This is not to say that this is all that "duty" is. Duty is also love and deep ties to stability and continuation, a toughness to guard a continuation of family and tribe as if they are here to realize a lesson one day that is worthwhile. These are sacrifices we make for an investment for others. Grudgingly putting in an investment now to get more later is more or less the rule of our life. This "promise" of return remains the motivation when we trade the barbaric for the civilized. We will make these social sacrifices far less grudgingly when we finally realize that, in the holistic, there is no escape and nothing better, and, if done from the outset, there is nothing easier.

So, we update Bentham's idea on pleasure and pain, and insert stress, benefit and "quality of life" to lay out a more accurate description of what we are about. What is holistic *tends* to lead to greater happiness, and is more congruent with discovery and serendipity. Over this moral structure, our bliss and guilt responses kick in too. Even if we self-selected in mates for nobler qualities that were *better*, how can a tangible perfection exist beyond us, that challenges *every* animal preference for short term thinking, convenience and ease that tend not to be the first choice? Education about sub-perfect feedback makes our understanding and choices easier, but we must still have the will not to do what animals do because they lack the intelligence. Existence *proves* that there is actually nothing easier, but that lesson is hidden and results often are delayed, and many morally lazy people *do not want to see the lesson* because they prefer the material reward and do not give a damn about holistic tuning. And yet, the grid seems to withstand all pressures of time and to be part of the fabric.

The argument for natural selection in animals leading to evolution is certainly part of the answer, and we have already said that we all hold an impression of what the perfect is to guide us. *But how could chaos and randomness create the perfect solution and hold it in place forever?* Chaos and entropy break down *everything* for recycling, except the operating system. Chaos and entropy serve as confirmation that *nothing* touches the perfect. Everything is recycled for further demonstration. Even "instinct" is an insufficient explanation. Why does "instinct" reliably aim at Phase Two like anything else?* Even Bentham's wise assertion that our goal should be to do what is best for the "greatest number" falls far short of the concrete offer made to us all at the peak of health—where what is best *for all* is actually possible for trillions of cells in any body. The system appears flexible enough to envelope *any number* of units no matter their superficial characteristics, or the size of the organism, to protect each unit equally. While Bentham seems to oversimplify life, he gets into a grid for measuring the amplitude of stress and benefit: (1) intensity, (2) duration, (3) certainty, (4) proximity, (5) association with other pleasures / stress-benefit, (6) purity (freedom from stress), and then (7) the extent to which the pleasure / stress-benefit is shared by the community, or society.* The same measuring stick of location and dose is applicable to stress, benefit, thriving, perfection and anti-perfect in the farm pond. The operating system seems to synthesize at least partially and indirectly all the concepts of Darwinian evolution, Evolutionary Game Theory, Game Theory, Prisoner's Dilemma, replicator dynamics, replicator equations, group selection, sexual selection, parental care, co-evolution, ecological dynamics, attractors, evolutionary stable states. Anthropology, sociology, economic theory, political theory, Adam Smith's "invisible hand," Milton Friedman's monetary theory, stagflation, free markets, market dynamics, individual motivation, instinct, reflexes, all frame the same operation, with margin left over for personal taste, as well as sloppiness in minding our health. While we *do* operate like machines of flesh, which we must for the sake of defending all, we still remain so much more because of our personal, spiritual component.

Earlier, we talked about the two instincts to survive and to get more for less that make us what we are and drive us forward into realization.

Our drive to get more for less is viewed by the Left as a problem. Millions have blamed this for the "capitalism" that is burning down the world. "Greed" and "selfishness" and materialism do indeed get us into all of the trouble we face. Our dilemma is choosing the material over the holistic, rather than choosing to be *less* material in order to stay within the holistic. But this instinct of More for Less is the same instinct that stops a slave from being happy. This instinct makes the guy we cheated at the end of the line wait in the dark outside our hut. This instinct alone locks us into living holistically together to realize the Less is More structure seen everywhere—in meditation, in diet, in deviation from ideal structure, and now in the ideal of what to expect of others for the highest life experience. Greed, selfishness, materialism, selflessness are all still bounded by what is gratuitous, and this is still bounded by the ideal. Our two life instincts together are Adam Smith's "invisible hand," although Smith says that it is greed that makes us want to sell a better mouse trap. This depends on the personality of the seller. Some people are more philanthropically minded, and, with education, we would expect more people to be motivated by holistic interests more than material, since rational selfishness and selflessness arrive at the same perfection anyway. Both require simply a change in one's attitude—pessimistic or optimistic—about *why* they exist, and *how much* material they want the more it tilts the holistic. But one choice over the other invites a healthier, happier frame of mind through nobler purpose that, again, physiology shows, opens into the more fun, optimistic, holistic, serendipitous outlook. Glass half empty, glass half full.

Wanting more for less motivates us to want a better life, to join a society, to listen, to want more efficiency, to get strength in numbers, to cooperate, to push for one tribe, to make any lesson influence more people. All of Haidt's ten ethics speak more to the fact that we *have* two life instincts than how we should use those instincts to achieve what is best for us. Care/Harm tells us nothing about what we *should* fear, care about, or harm, for example. We should care for good people and defend against, and guide, bad people. Just because we *want* to exist does not tell us *how* best to exist. Everyone in the tribe should care for and harm based on whether or not people push for thriving in the most complete sense. Only

one thing gives us the constant example large enough so that everyone in the back can see.

Chapter Fourteen: Analyzing Each Ethic

Haidt offers ten ethics in care/harm, loyalty/betrayal, authority/subversion, fairness/reciprocity, sanctity/degradation. This theory proposes eleven: 1) balance, 2) form, 3) independence, 4) self-responsibility, 5) reason, 6) work, 7) freedom, 8) earning, 9) truth, 10) efficiency and 11) compassion. Haidt's moral couplet of fairness/reciprocity and Whewell's justice get at our first innate ethic. A more concise concept of this is Balance. We are hardwired to expect Balance. In fact, *any* living thing is hardwired to expect Balance. The more Balance is missing from any ethical or social transaction, then this is an unmistakable sign to us of a problem, a threat, a sub-optimal, unhealthy situation that *will not work* in dose-dependent fashion. There is no "rough draft" necessary here because the removal of Balance is not perceived as favorable by any of us, such as in a double standard in college admissions for the children of the one percent versus our kids. The more any influence violates Balance the more the modular auxetic integrity causes tension the more we are on the losing end of the stick. Our aversion to imbalance is so certain that the people benefitting from the equation must hide their crime to keep getting away with it, or to sneak up on us, when they intend to take Balance away. Balance is a stress pop-bumper depending on the dose, and dose only matters, again, because of Balance itself. Balance is a law. It needs no other backup. The lack of Balance for Haves and Have Nots drove Socialism into mind.

Our other ten morals are similar pop-bumpers and laws that create the same worry and attention in our survival and righting reflexes for the same reasons, because each is essential for physiological and operational optimization. Violation makes us seek relief, less risk, less cost, less instability, less insanity, to move us in the "right" direction that we cannot help wanting because everything is better off that way. Deviation is stress

that impacts our entire physiology and earns the same automatic centripetal reflex alarms because we would be insane to associate these losses and stresses with health as based on our two life instincts. None of these principles are reducible without extinguishing ourselves. We sense, quite rationally, that social cohesion is not possible without a mutual, logical and reliable moral infrastructure that grows The Family of Man / Tribe as big as it can be, to advance toward Maslowian higher considerations. Thoroughbred race horses are wickedly proud and competitive.* They race like hell shoulder to shoulder. But in the one hundred-ninety years of modern horse racing, according to Laura Hildebrand in her bestseller, *Seabisquit*, despite all that science and money can do—average race horse finish times have not budged an inch.* Meanwhile, human athletic performance keeps improving, for one reason: Horses only see what's going on in the pack, and have no abstract appreciation. With genius, we can inspire one another from the other side of the globe, and through history.

Balance tells us more why Hitler's Jews and Stalin's anti-Marxists were innocent. But Nazis, Soviets and Democrats would all tell us that it was *balanced* that their enemies die, that the world was improved by annihilating them, that the goal of their tribe was threatened by these people. But in the end—are the tribes of Jews and Nazis *really* on different courses? Only with genius, with Life's serendipity, our single most democratizing, equalizing factor, is it in *my* interest not to behave like an animal and kill off the competition so that they, their kids and grandkids do not have a chance to show us genius. If genius was *ever* predictable we could corner the market and never lose and say "All those people over there have no value, and *will* never have value, even with education about the nature of existence." It is arguable that we could wipe them off the game board and never be the less for it. Only the unpredictability of genius stops us from ever having that confidence, that lack of humility. And then, with the extra gear of help and support, and the harmonics of inspiration, we need to be even more cautious.

What if one of the Jews or the White Russians annihilated in the great Marxist purge to end all bigotry and make life better for the poor had the

strength of intellect and conviction to go beyond Palmer to demonstrate brain-first healthcare in 1952 so that the Pharma brick wall came down and no one died of cancer or crippled immunity from vaccines after that date? Or they changed aging so that you had healthy decades more with your parents or children while hanging on to the ability to walk easy and upright no matter how long you lived? So that your child never died of leukemia or a drug overdose or your parents lived so much longer and better with that much less pain and loss, and we could know not only great grand kids but great great grand kids? Or they changed criminology so that crime all but vanished and millions remained unharmed downstream, and your child never got stabbed in the neck for being trumped up as a "racist" by psychotics seeking to divide us for materialist, animal gain? What if the children of one of them had the credentials of Steven Hawking and convinced us that effective social welfare comes from our own brain—and the world listened? What if one of their descendants did the same thing in 3023, instead of the year 5994? What if one invented a pill that makes all the bad stuff go away without our having to earn thriving by respecting what has been created? What are we missing today because they are not here? Will the next big thing ever come again with other people if each of our imaginations is stamped a little differently? It is hard to grasp an abstract when you *cannot* know what you missed—but, with life, the more we tune ourselves the more there is serendipity.

Our choice to be more animal and unrealized becomes even more inexcusable when we see how little it takes for us to *not break* the bargain with our genius and thriving. *Just act as if everyone was a Democrat like us.* The odds of your neighbor being Einstein is extremely low, but there are so many different kinds of Einstein, and there is genius great and small. Silience is the term for *all* the genius going on around us in the human race at the same time that is pushing and doing, though we haven't the remotest capacity to grasp the magnitude of it all because there's just too much and it comes too fast and varied.* Do we *really* want to discourage silience for our tribal vanity? Is your personal selfishness and greed and materialism *that* important to you? Just take a little less. Earn it in a more "honest" fashion. Our elites already extend this grace to themselves. Why don't we

insist they, like all tribes must, open it up to the entire Family of Man? If you don't want that, what *are* you here for?

Balance, after all, is an inescapable universal reality, a structural force. Nothing happens without Balance determining—*forcing*—every scintilla of any outcome, across any materials, gas, solid or liquid within that ecosystem, precisely according to dose. The Law on the Conservation of Matter, The Law on the Conservation of Energy, Wolff's Law, Hueter-Volkmann Principle of soft tissue breakdown from any joint sub-failure, gravity, small force, weak force, the Law of Thermodynamics, the Law of the Stress and Benefits Cascades, the Law of How Life Works. No matter where you go Balance tracks you down. There might be a Law on the Auxetic Integrity of the Human Psyche. Balance is the key component of evidence and results. All of mathematics underscores this principle. If the equation is not Balanced, then it is known to be false, or that it is predictably headed toward the resolution of *eventual* Balance, in accordance with the laws of the ecosystem, that are not *allowed* to stray from the Balance of the overall system. Balance is a structural force that cannot be overcome, nor even bent a tiny bit. Only the lag time fools you, or the "stray" of the bounded instability. But the lag time itself is only another expression of Balance. Balance wins every time. In fact, if Balance is ever overcome, or overcome at sometimes and not others, even in the slightest, then the unpredictable result for every living thing would be catastrophic. Life and health *could not exist* if we ate something and Balance did not restrain the outcome in bounded instability, to make sure broccoli did not turn into a child's tricycle during bowel transit. The same with the sperm and ovum. Or if our next step on the sidewalk touched off a nuclear explosion. Balance seems to be held in place by existence *for the reason that existence can exist.* Balance is so basic, ever-present and thoroughgoing that it is absurd to think that it would *not* show up as a key construct of the human psyche and human ethics.

Balance underlies our entire framework for Justice, fairness and exchange. It is the only dynamic underlying *all* of Haidt's ten ethics. Any alternative is a cheat, a robbery, an unfairness, for the party on the short end of the stick. The cheated party *cannot be convinced* that the outcome is

Fair, in dose-dependent fashion because of Balance. The profiteer, the thief, or the insider, can be convinced because his survival reflexes are not influenced in the same way because he got more for less. If a victim suffers the theft of $100, the victim expects rightly to be compensated $100 plus "fair" interest for the loss of the money in the interval, as a "fair" add-on "in lieu of social experience." If the judge awards $3, what will the victim think? If the judge awards $10,000 what will the victim think, and who becomes the "victim"? The judge may not care because at first Balance tells him he has nothing to lose; but if he pisses off enough victims they will wait outside his hut. If the award is $90, the victim can live with this better than $3, because $90 is more Balanced. But, with Balance, why should crime pay at all? And what happens to the social platform by which we raise one another's quality of life the more Balance is upset?

If Balance is true, then the social ecosystem is a closed feedback loop like any other that keeps *exact* record of *every* benefit and infraction, that in some way must be marked and tallied up just like every other stress and benefit in our lives, singularly or collectively. In Balance, no influence is simply forgotten, like marbles in a set. Actually our brain is loaded on the negative side by giving seventy percent more weight to slights than compliments.* The only uncertainty lies in the size of the dose, the cross currents of lag times, and how big the "envelope" is. A bigger farm pond absorbs more toxins. There can be more distance from the toxic source. But Balance removes all uncertainty about disappearance. Balance makes for little lag time in the turning gears of a motor. There is more lag time in knee ligaments being stretched. The softer the material the longer the lag time. What is "softer" than the stuff of our consciousness? (Or is consciousness as inflexible as rebar—since we don't even know what it is yet?) But if Balance exists the only question is *when*. Balance gives rise to every victim, every enemy, to Western civilization, Marxism, Perestroika, and Solidarity. The ecosystem may absorb for a time, but results are still coming.

Sociologists and behaviorists have found that even small children, infants and animals show a distinct understanding of what is fair and unfair.* They will cry, or protest, or express hurt, and become discouraged with injustice even to the point of no longer wanting to participate in the

experiment when they are cheated. When a "bystander" in the experiment, who did not give the right answer, or did not even participate in the experiment, gets the reward—the victim responds irritatedly. These are subjects too young or too primitive to have been taught Balance. Infants of all species show the same reactions to physical attractiveness, and to better behavior. Even creatures that are not social animals show a perfectly formed sense of fairness, such as the leopard in the tree that sees its kill stolen by hyenas. It appears to be a more sophisticated emotional reaction beyond the dumb, primal loss of a meal. Or when a lone lion and a lone hyena, mortal enemies, fortuitously help each other with a kill, then contentedly share the meal on opposite ends of the same carcass. Maybe this is confirmation bias. But as early as Darwin we see Fairness expressed at all levels even among animal social groups and lone hunters,* and those group leaders who violate Balance are not liked.

After Balance, what is next? After fairness/reciprocity, Haidt proposes loyalty/betrayal, authority/subversion, sanctity/degradation, and care/harm that are "organized in advance of experience." For the most part, each of these four categories are still Balance. These ten ethics Haidt lists make sense to us because of Balance. Why did the person give loyalty, sanctity, care and respect authority? —Because it was Balanced that they do so for their self-interest in the success of the tribe.

Chapter Fifteen: After Balance, Form

How were Nazi loyalty/betrayal, authority/subversion, sanctity/degradation, and care/harm viewed at Nuremberg? Why is "loyalty" important yet no defense there? Because Nazis and Communists were "loyal" to a lesser, more brutal tribal model of "enlightenment" than life and holism suggest in the largest context. How do we distinguish Good from Evil? Opposite actions can be moral in different tribes depending on what the goal of the tribe is. If a tribe is a criminal or psychotic gang then their *goal* is not productive creativity. Their goal is to make their way by

feeding off the fruits of productive creativity since it is far easier to destroy than to create. They value *creativity* in stealing and murder. There *must* be a logical construct after Balance to help us define health or disease, the holistic from the selfish, or the good of the poor, and that is Form. Form is a structural force for recognition. Form, or Structure, is a law of structural force dealing with anything that makes anything what it is and identifiable, that gives it its value, that determines its support role in the peerless event. Form is like a child's pop-up book that makes anything what it is. Competition, contrast, conflict and comparison are all Form. Our daily life is a series of reactions to the cinema of data, of Form, flying past. Without Form, Balance alone cannot calculate *why* some people are innocent, and why they have value to us. They had value because of life's Form, of the Form of fun, and the Form of all that those innocent people did. Therefore it was *not* Balanced to kill each individual without better evidence. Life, Chaos, Entropy, Loyalty, Betrayal, Haidt's and Bentham's ideas all have a Form by which we can compare and contrast, choose and learn to make our lives better. Form makes anything either consonant with health, thriving and life, or not, or middling. Form makes different materials what they are so that the lag times in consequences become inevitable. But despite lag times, steel gears, knee ligaments and gaseous consciousness are still responding to the same laws of Form and Balance. There is no escape.

   A good explanation of the role of Form in our moral thinking can be seen in the story of Darius and the Greeks touched on earlier.* It was the Form of how to deal with a dead father that made the two groups believe what they did, and it was the structural force of Form that made one act desecration and another not. Who was right? Form provides the template for deciding. Form provides the one ideal icon. We believe today more like the Greeks because the other convention looks too much like (has the Form of) cannibalism. Cannibalism is repellent today probably because the practice violates the reverence we have for ourselves, which is tied to our belief that we are made in the image of God.* Form made Stalin define innocence and guilt entirely on loyalty to him no matter who he wanted to kill. The Form of loyalty distinct to the Marxist tribe made too many Marxists blind to Stalin's atrocities. Why do we think Stalin, Mao and

Hitler had ideas on innocence and guilt that are not as universal as ours? Why is Marxism in America trying to wipe out our historical literacy (Form) to make us forget the West's lessons on being leery of elites? We believe we can lay our hands on logic and evidence that proves the worth of caution to all who are sane. We would even go so far as to say our Form on Innocence and Guilt is broad minded enough that it should be the standard because we have seen enough mistakes (Form) to say so, and because ours conforms to First, Do No Harm and to the optimal serendipity that is more likely to follow.

If others disagree, then they would be outsiders to us to that extent. They would be *criminals* if they imposed their ideas on us or used force to make us submit and made us lose ground in the pursuit of the creative. Form tells us what psychosis is and why we should avoid it at all costs. At Nuremberg, it made no difference that Hitler's Form of Innocence included all the insiders who helped commit genocide by "just following orders" for the "right" reasons. At Nuremberg, the West stood the Axis on trial as a lesson on the dark side of tribalism but gave Marxism a pass because of the influence of highly placed Marxists in our government by then even though the Left had murdered fifteen times as many innocent people as the Nazis had. These Marxists wanted to downplay Stalin's holocaust in order to stop Americans from seeing how the Form of the Left was opposite to that of the West in its belief that enlightenment cannot come without force. As a whistleblower inside the Merrick Garland FBI said to James O'Keefe of Project Veritas about the FBI forming a department to spy on Project Veritas and others beginning to resist the Democrat Party:

"Tyranny happens incrementally, and it happens by a bunch of people agreeing to small injustices over and over simply to keep their paycheck and their pension. To maintain your paycheck and pension, that gives you the Holocaust."*

You and I believe his statement is true or not because of Form, and whether or not we identify with the Left or with the West. Form, as with marbles in a set, makes for inevitable reactions restricted by bounded instability. If we are Democrats, we think the statement above is an

exaggeration or does not apply to Merrick Garland because he is doing God's work, and Form makes us think we and our tribe are in the right. As Westerners, we nod our heads in sad agreement because Form makes our tribe hold a different view on advancing the world. Haidt lists authority/ subversion as morals. But, again, they are of no use as stand-alones. This is still just Balance. Does Red Team or Blue Team deserve authority or subversion? We need more information. We need to see the Form of some orientation of the two teams to a larger goal, and the evidence that shows how our physiology reacts. Form makes the facts ad up to something holistically better, or not. When we hear about Stalin, Mao and Hitler, the Form of such a colorful tale makes us wonder why so many people died. What did they do? How could so many millions of criminals be found in one rabbit hole? The Form of the stunning event makes us curious to learn more in case it ever happened closer to home, to us. We learn more about the history, we hear what others have to say about it, and people may even laugh and make macabre jokes—but we are still screening information through the mesh of Form and Balance in search of how to make our own circumstances more secure.

All of this happens because any living thing would be stupid not to do it. It is a cold, hostile world out there. The Form of Life is peopled by the Forms of predators. Form makes anything more knowable, predictable and linear. Form allows the human mind not have to start at zero to re-learn *every* lesson *every* time—and die, or suffer, or miss an opportunity, in the moment of not knowing what to do. Form, like Balance, holds things in place so that broccoli or a Filet O' Fish do not change into a chainsaw or a crow bar during bowel transit. The structural force of Form, whatever holds it in place, forbids this from happening. Form allows more profitable use of our time, to lessen the chances of being lied to, cheated and deceived by clever elites, for example, after we learn that the Form of elites makes them the most vulnerable to become hypnotized by their own ego, and to become irrationally selfish and care about others less. For this reason it is absurd when the Left repeats the propaganda line to us that says, "You can't say that—it's a generalization!" This old Leftist propaganda trope is one of the first violations of Form used to subvert how a society has

previously ruled on innocence, guilt and value. The subverters are a hostile tribe *pretending* to be the same tribe, in order to re-open the books to get the society to go soft on crime so that crime (and stress) can get closer to the levers of power for a sneak attack, when the hidden monster suddenly drags down the wildebeest, and the few are in power again not having to give ground to better ideas. If both tribes live in alignment with the operating system then there is no problem, no "difference," and no real insider-outsider worth worrying about because the restrictions to imagination are minimized. But the human mind *cannot learn* without the generalization that Form/Structure provide for efficiency. Does the Left not "generalize" against Republicans? The only time generalizing is harmful is when it is irrational, as we said. This is when any influence tries to persuade you, or force you, to accept something—like addiction—that is contrary to the purity of what is supposed to happen.

Form is a concept that has fallen out of favor since it is a term used by ancients like Plato and Aristotle, and moderns should distance themselves from the ancients in some way to show they have made progress from ideas that are two thousand years old. But some concepts and structures are so basic and necessary that they are unavoidable. The structural force, the logical construct, of Form is as imperative as Balance is, because things do and *must* have predictable characteristics or our lives are a disaster, and the perfect potential is unknowable. Form is interesting in of itself in its deeper layers too. Form makes one thing *different* (presumably) from every other thing that has ever been no matter how similar any two individuals appear, or how similar things of the same sort appear, like leaves on the same tree, when they are material objects, rather than concepts that influence us. Form does this even as it is the foundation of us recognizing that we can consider things to be *the same* enough to put them in the same category, like trees, bushes, stones, solids or liquids. Because of Form, it is hard for us to accept that a man be treated like a dog, or that a man be held as a slave, or that serfdom is optimal, or that criminal politicians get away with their crimes, or that some of us even *do* crimes, or that the elite do not think of us as being important except to trick us. Form makes it not proper for a child to be treated like a man, or advisable for women to run into

walls. Twins or triplets should not be judged guilty for the crime committed by one of them even though they look and act so much alike. Form is what is violated when the child lies about stealing from the cookie jar. Form is what is violated when the politician takes bribes to rule against the public good. In both cases, Balance is only slightly mussed. All of these are intolerable breaches of Form that matter more to us the more we are dragged down by the violation.

The distinct Forms of things and events interact with Balance, like women running into walls, to bring about the conclusion of equations that steer us toward what we want, and that, if we know all the variables, seem to be linear and predictable where wellbeing and the optimal pursuit of genius are concerned. When elites try to hide important information from us, or when they tell us that there is no difference between freedom and intimidation, or that we cannot trust that we see their crimes with our own eyes, or that it is our "patriotic duty" to ignore their criminal elitism—all of this falls inside Form. Our alert response goes off. For some reason we can't help this. Form tells us that *no one* should get a vacation from the rules of the potential in the operating system because they alone are best for everyone. For example, the Marxist elite want to be in the elite to play "I'll hire your kids if you hire my kids." This is understandable because of the Form of our first life instinct. However, they will not let *you* make the same protections for *your* kids since Marxists are for wealth taxes that wipe out *your* savings "since your kids didn't earn them," while *their* kids get to keep all of the *political* privilege of their name that *they* did not earn. This double standard is both a violation of Balance and Form and signals to us that republican democracy has been left behind, and that the elite are once again in power doing unfair lone hunter things.

Tampering with Form also happens by playing with the definitions of words, and ignoring consequences for the sake of the elite always winning materially while the rest of us pay the price both materially and holistically. Another example of clashing with form is Marxist historical revision of the West and America and the world to convince people there is no progress toward the operating system, and that evolution needs to be jump started by violence. The sliver of the one percent tries to wipe the educational slate

clean and infuse confusion because they think we will be stupid enough to miss how *they* started the chaos, to injure our brains, and so we will believe that only *they* can cure the chaos, as Alinsky says.* Form proves the worth of itself by consistently affirming for us that all accurate facts reveal what is better than what we've got. Scrambling Form is always a setback, a stress with alarm systems and consequences that guide. Hence, the Left says: "There is nothing but the fight; never let a good crisis go to waste," to scramble information, scramble Form, to subvert what is true, to throw a stink bomb into events with the hope that unwise leadership can prevail, for a time. We descendants of Western civilization know ourselves to be innocent by having been on balance the early adopters who *led* the fight to end slavery, polygamy, hegemony and deviation from what is pure. Rich white playboy psychotics today finger painting with history to take power from other white people is worrisome because the Form deviates. We are *built* to worry about these things because we are built to know we *can* all win together, for the right reasons.

Because Form constructs the universe around tangible perfection, any impulse to undo the construct *must* focus on disinformation and the crude cultivation of hate and division to delay unification. To get around our innate openness toward cooperation in spite of propaganda, Nazi Germany had to start using gas to de-face the enemy in the concentration camps. Stalin's people found some of the same thing, but nothing de-faces the "enemy" like Leftist ideas, as proven by the body count. Stalin also more evilly addressed this problem by threatening to kill officers who would not shoot, or follow orders to starve Ukraine, which Hitler and his chain of command were less willing to do since those soldiers were still Germans. To Marxist's, only obedience to the elite matters, as proven by the entire history of the movement, and its permanent posture inside a war-time, military-like structure that is so averse to the event that they can never relax. Nation, culture, race nor even family matters less as one penetrates deeper into the rings of Leftist power, as proven, again, by the body count. The Left has always called this its "revolutionary discipline." This cruelty stems from the group's identity being framed only around its sense of superiority. *The Washington Post* in 2022 happily reported several times how

Democrat parents were cutting off ties with Republican grandparents wanting to see their grandkids over "politics." The *Post* heartily cheered on this woke punishment of family as merely an extension of the social terrorism that should be used for the "instruction" of the bad people.* Decent people would never hold ideology or anything else over family unless the kids were being schooled by criminals or barbarians who would get the kids in trouble in a civilized society oriented toward the higher ideal. But the Left focuses on this strategy of prying kids away from their parents because of its belief in its own supremacy. All of this is Form, one Form conflicting with another. With every "injury" defined as a deviation from the perfect. But a common criminal knows he isn't saving the world with his crimes, he's just making a living. The Leftist is a true believer in the purge, and getting rich off the death of little people doesn't phase them at all. This supremacy tied to humanism makes the Left the toughest addiction to crack. Today, the Left sits on top of the greatest fortune ever assembled, on the full faith and credit of America, the purest reflection of the holistic system the world has ever seen—and they are perfectly content to bleed it, and ride it down, for as long as they can in the belief that they are on the path to something better. Again, psychosis is as irrational as it ever needs to be to get the job done: Awakening us.

Notice how the Left subverts children away from their parents by appealing to the child's sense of nobility: The child is enticed and love-bombed to join the Left because the Left claims America and white people are inferior in their humanism. All of this is Form. They attack through stress—"The world is horrible, we must change it to make it Fair!" They attack through addiction—drugs, sex, rock n' roll, welfare, and the ease of feeling superior. "Pleasure," they say, "is a good thing. And your *parents* don't want you to feel pleasure!" But we are *all* here to enjoy pleasure. Pleasure *is* healthy. However, notice how the psychotic impulse always pushes *gratuitous* drugs, sex, rock n' roll, welfare, ideology and self-absorption, self-idolatry jammed down our kids throats, all the time saying in essence that hedonism is the same as the good. This is a two-sided lie. Decent people *always* object to whatever comes in the Form of what is addictive and gratuitous that erodes brains and faculties. Young brains are

not hardcased yet to stand up to the powerful influences and emotions that come with these intense experiences and stresses. It *always* leads to brain damage, and which way is the shrinking of the brain likely to steer the kid —toward normality or away from it? Especially with psychosis by its side coaching the naive child? You will stress and malform these brains and lower their life experience. There is no research that has ever said any different except by that funded by radicals who wish to trick us and groom us for a life less than what ours should be for the sake of also making their own addicted lives less than what they should be.

This is what grooming is. Addicts growing their tribe for strength in numbers. Grooming people and children to stand on the muddy edge of the cliff in hopes they slip. All of this is Form. There is *nothing* in it for you because of the difference between holistic pleasure and gratuitous pleasure that risks addiction and obsession, and pulls the person away from facts seen through the holistic lens. Therefore Form, data and information *must* be attacked with the all-out war of disinformation since all accurate information wants you to live correctly. Without learning the Form of the West's history forcing elite tribes to share power, and to show respect, how long will it take us to undo *this* generation of psychosis, that could be our last before we learn all of our problems are of our own making? Each pull-back from facts makes the holistic pattern that much harder to read, while addiction does nothing but get in the way.

Look at the disgust in Khrushchev and others after the death of Stalin in 1953,* making veiled public apologies for what the entire Leftist world condoned under Stalin and Beria. Antonio Gramsci believed it was the deep morality from Christianity that made Soviet Marxism fail. Gramsci softly criticized Stalin in 1937, since he knew this was a death sentence, as it is becoming today when we criticize the Democrat Party and dare say they are tampering with elections, which they provably are doing at least through media manipulation to hide unflattering facts.* Stalin had already murdered the two Scandinavian Communists who said that only whites were capable of ruling a Socialist world.* Stalin called them to Moscow to hear their arguments over dinner and to read their scientific papers that were then all the rage among Communists. Stalin was quite taken with

their findings and pondered deeply over them for three days, asking endless questions, wondering if he should steer Marxism forward under a network of white pontiffs running the whole global shebang.* On the third day, by the sliver of a totalitarian hair, Socialist multi-culti was born because Stalin probably decided that Marxism might encounter strong headwinds if the ideology published its idea that Leftist brown, black, red and yellow must bow down to Leftist white. Joseph Stalin, with his black teeth,* doubtless grinned when he ordered those two Swedish Communists shot in order to put an end to the problematic buzz they had created.

But if Gramsci is right, that "Christian" morality is what blocked the Left by being the first coat of wax, and Marxism needed to make itself the first coat of wax, then is he saying that mass extermination of the innocent does not bother non-Christians because they are so drone-like? But non-Christian Asians have fared no better under Mao, Pol Pot, Ho Chi Minh and the Kims than anyone else. What about the Africans? Otherwise, Marxist elites could train anyone who isn't Christian to be a happy slave. They could do *anything* to us and our kids and we would not feel any pressure at all if their psyops was good enough. The Muslim *assassine* were brainwashed to believe they would go to heaven with eighty virgins if they flung themselves off cliffs for their leader.* This was cleverly done by drugging them and having them wake up in "heaven," a pleasure palace where they spent three days wining, dining and whoring before they were drugged again and "brought back to earth." In all these cases, psychotics are depriving their inferiors of accurate information on Form. The distortion strikes us as morally perverse because of how it leads us away from the most important lesson. We are at our best functioning as one unit doing what was done to us—creation.

Form is worth taking a deeper look at still for other reasons. Form seems to act like a construct that spreads out variability so that we are *ensured* every material thing that exists, or that has ever existed, be *different* from every other thing that has ever existed, anywhere. This may seem like a trivial point, but it is curious, and has critical moral implications: No two people are alike. No two snowflakes are alike. No two grains of sand are the same. No two fingerprints. No two leaves on the same tree are ever

alike, nor are they like any others on the same type of tree anywhere in the world. No two falling drops of rain, at any one moment, are ever the same as any others that have ever fallen at any single moment, ever, in existence. Magnification proves this. There is no further proof available other than the reader probably would not doubt it, and that any exception to the rule would be so fleeting, so minuscule, as to make no difference anyway. It is impossible to take the most stable of elements, metals, and go into a lab and manufacture two to be exactly alike, as magnification would again prove. Does the pattern hold true even down to quantum particles or wave forms so that they are also as different as grains of sand? Ultimately, they seem to be made of consciousness anyway, if protoconsciousness turns out to be true. There seems to be a point being made in Form that each thing is different from every other thing that has ever been as if God, Nature, Life, Existence, Universe or Godness is just showing off, blowing our mind, easy as can be, that such a thing could ever be. Yet the universe adds up in the totally miraculous orderly holistic way that it does, in spite of this seemingly *forced* infinity of infinity of different parts, in the inverted pyramid that is unable to be knocked off its axis. But this mind-blowing distinctive invariable variability in Form is still not the end of Form.

Form also makes sense if God, Nature, Life, Existence, Universe or Godness is interested in creating, watching, a process where there is improvement, change and unending allostasis. Because, if each human imagination looks at human quality of life from a slightly different angle than every other that has ever existed, does this help maximize the chances of people coming up with new ideas for making life better? Endless variation also makes for the least stable platform, like a tabletop resting on a sea of uneven marbles or ball bearings. If Form allows each ball bearing to be uniform, then there is more predictability in the system. But when Form makes each ball bearing *different*—and not even ball bearings!—then the dynamic variation is clearly loaded for change, instability. <u>But—</u> <u>because of the brilliant force persistent in Life that harnesses all living</u> <u>change back to healing, and back to the *constructive*, back to the *creative*—</u> <u>then the latent instability in the holistic system is pre-loaded for change</u> <u>that will *inevitably* arrive at our improvement, in spite of the obstacles of</u>

<u>ignorance, tribalism, laziness, lag times, prejudice and primitiveness. Form brings the vibration, the bounded instability, that ensure our travel up the funnel.</u> In sustaining, without Form, the sand grains could sit contentedly on the slope for eons. But the Form of Life and Health pre-load the system toward perpetual *positive* agitation by the very essence of Life's brilliant Brownian Movement.* In this way, again, the Form of complexity *should* encourage nothing but optimism, at least long term, for our moral evolution as we learn more about the advantage of being selfless.

Since human beings are like odd numbers in this way, remembering Plato's essay on "Odd and Even,"* where Even numbers are in some ways predictable, and Odd numbers are completely different, and if groups or races are like different bags of different odd numbers of people with no even numbers in them, then no two bags are ever alike, nor will they ever be. This unchangeable fact drives Marxism crazy and makes them whip us like a dog because they say they want "equity." But CT, CRT and "equity" are impossible given the oddness of Form. They cannot get past our enlightened self-interest in rewarding genius most because of its most benefit to all—just as Marxists reward most their best criminal masterminds for keeping the rest of us down. The oddity of Form will not *allow* any two outcomes to ever be exactly alike, and therefore "equity" is *never* possible, although it becomes the perfect bumper sticker for a smash and grab society. Any ideal that promises "equity" could horse whip the human race forever. The difference between "equality" and "equity" is that equality is based on a *universal* fairness oriented toward constructive creativity for *everyone,* whereas equity is the meritocracy of the few blindly retarding genius. Equity is elitist; equality is populist. "Equity" will inspire stress and psychosis for as long as facts make a difference.

All people are different, therefore all groups are different in their gifts and liabilities for raising quality of life any way we slice it, and we will *always* be able to find differences in outcomes. Again, the Left looks at this as a "problem," as with our wanting more for less. This incurable difference is used to whip us toward a result that is impossible, as magnification proves, that is also the *raison d'etre* for Leftist atrocities. Form *forces* every conceivable difference in human scale into the system, however

small, to optimize our irritation and sensitivity toward finding *the only escape*. To the Leftist, this landscape of invariable variables in talents and liabilities is a bad thing, but *every* difference between any of us is the needle in the thigh that takes us home. We are built to snoop around *every* "unfairness" for a solution, as our kids do in school when Leftism convinces them that the only solution involves discrimination, if not worse. Different strengths and weaknesses between people and groups cannot help but set up healthy competition, contrast, conflict and comparison by which we learn the limited usefulness of Phase One tribalism. *Our groups will NEVER be ingenious at the same things to the same degree.* Pre-loading the system with permanent differences means that, between Balance and Form, a game of ping-pong takes place in game theory that, over time, *assures* progress toward more socially positive solutions, with obvious hiccups only further affirming the only solution available to us.

Chapter Sixteen: Form Is Still More Interesting

Let's look at Life and Form from the standpoint of each person being a work of art. Imagine that we were God looking at us: Do you want to watch the static paint-by-numbers tableau that never changes, made of the same blobs of paint, of even numbers rather than odd, so that the human race is a family of stick figures that can only move and speak when the Lord God prompts them to, as any crooked elite would like? Or the dynamic creation in constant flux, the flower shivering in constant opening and becoming, built for progress, and speed, where the goal of the game is known while the route is always different, and the safety and reward of your children is always going up with each step of realization? It may seem unfair or unwise to *us* that no two human beings will *ever* be equal in terms of their positive reward, or a bad idea that the invariable variable of Form saddles us with the potential problems of superficial differences that cause *all* insider-outsider conflict. But, again, Form *drives* into the system the most

unrest, curiosity, dissatisfaction, imagination, questioning, competition, early adoption and advantage that stand the best chance of breaking us out of the complacency of *sustaining*, and unwitting conflict, to always seek the better way, to always think if there is a more efficient way to do anything. Nothing is better than Form itself to nettle us to question our circumstances in Phase One, and to appreciate our goal.

The third interesting characteristic about Form means that no two of us are genetically alike. Obviously, fanning the genetic envelope as wide as possible optimizes the survivability of that species against any massive accidents beyond human scale. On the other hand, this maximal stretching of the modular integrity of genetic variation means that on each end of the spectrum are individuals that are best suited for this environment, and those that are the worst suited. If the environment suddenly switches and becomes something else, then the least suited can become the best suited, and the maximal fanning in Form means that the most individuals survive. This variation is good for the species, but is tragic for the individuals not the best suited. This genetic sensitivity would show up in children who develop adverse health reactions to the environment. Some may even die. (Lets not forget the comments relating to childhood leukemias and the vaccine schedule touched on earlier.)* Not even chiropractic and The Life Well-Lived would save those worst suited. Some of us might blame God or Nature for the cruelty of taking the lives of innocent children this way. But the forced variation of Form, and the bounded instability and resonance of life, make perfect sense in the larger context of survival of the most, with the broadest pallet of genetic variation each time, and for the fastest progress toward realization by the parentless species that *cannot* be born realized if there is to be true appreciation and humility. And so, for the bereft parent that has lost their child to an environmental sensitivity, and who hates God for "taking" this child, or for those militant atheists who question the very existence of God for this reason—what should our answer be? Form itself makes it so that as yet we *cannot have both options at the same time.* Our interest in existence and our appreciation for what we have make these things impossible.

Given our differences, what would _you_ do if you were whatever created us? Would you make us more adaptable? We already _are_ marvelously adaptable. How much more adaptable can we be made before our liquidity of Form would make no consequences for us so that we are gods, so that we cannot _learn_, so that we have no _reason_ to learn, so that there is nothing _to_ learn, and nothing with enough contrast to appreciate so that we are back at the starting point at Sinai where Life and existence are mysterious, flat problems of static sustaining that make little difference anyway? While we might argue that whatever made us should have made genetic transference "perfect," the instability is an essential factor of volatility that probably goes hand in hand with Life's lively pursuit of more elaborate manifestations that are even greater challenges for the ideal. This also goes along with our immune system never sleeping on the job, considering that germs evolve along with us on a parallel track, sniffing out our weak spots. Both sides are always upping their game. Do we really think being static is better or more interesting than how we are now? Life and health really have no alternative but to pick Form.

The fourth curiosity about Form is how our sense of Form evolves over time toward what is better, generally, since Sinai, certainly not smoothly, although propaganda and psyops are throwing us for a loop by exploiting our tribal ties. Five thousand years ago, a slave owner was not a bad person to own slaves. As soon as Sinai hinted at the larger Family of Man, the die was cast on slavery and serfdom, as suggested by Lincoln's maxim of showing people right and wrong and they will do what's right every time, as long as people are watching, as ——- said.* Only psychotics show no qualms about bringing slavery and serfdom back, they just never give you the satisfaction of admitting that's what they are doing, until they are laughing at your for believing them. But the most sophisticated societies are evolving toward the democratic realization that gets the most out of us and spreads the wealth and genius faster than any other method. We can see in history abrupt jumps in holistic realization as we put the pieces together on our potential. Supremacy all over the world is being challenged except with the Left, who will smilingly murder you for challenging theirs. No one is more addicted to their own superiority. It is

visceral with them. They have no concerns for being cautious about punishments and crime. The West whittled away at the tribalism that permitted slavery until it was given up entirely in the 11th century, but then accepted it again for blacks in the colonial period because Muslims and blacks enslaved blacks and brought them out of Africa for convenient sale. Blacks had no governments, nations, navies, ambassadors, governments or international presence to protect them, as slavers of the time rationalized, and were all but malaria-proof. Malaria was one of the most dreaded diseases of the day when white men ventured into tropical regions.* Full Health would have solved malaria like anthrax, but who knew? In the absence of the tool of Full Health, some Europeans were willing to fudge their Family of Man ideas to rationalize that blacks were outsider enough to excuse slavery, since they benefitted from the "fudging." Look at all of our public figures and celebrities making the exact same excuses today with respect to our slavery and serfdom when China and mega corporations make them richer if they ignore the civil rights of others. Lebron James* chooses to profit more from slave-made shoes from China, just as *all* top Democrats in Washington, and plenty of Republicans, take bribes that deny the humanity of *every* one of us harmed. They stunt the growth of billions of us. It is astounding how, overnight, human life has been made cheap again by Leftist cynicism. The sliver of the one percent now controlling our lives again have learned nothing from three thousand years of civilization while they blather on using the best campaign slogans the world has ever heard.

The return of slavery for blacks was controversial even at the time among early adopters, since the West had already worked its way logically past the split once. When blacks sold other blacks into slavery, as they do in Africa even to this day, the institution verified the legitimacy of itself. But the inner voice grew in strength from early adopters like Thomas Jefferson, Benjamin Rush, Ben Franklin, John Jay, George Washington, Alexander Hamilton and countless others, so that Jefferson wrote his groundbreaking idea about all men being created equal, however imperfect he was personally, when the shot at Lexington heard round the world established the high water mark for constraining elitism. The first draft of Jefferson's

Declaration of Independence called for the abolition of slavery.* However, Georgia and South Carolina refused to go along with this bold step in emancipating outsiders,* and the fragile young nation could accept nothing short of total unity between states when facing war with Britain, the greatest naval and military power on earth.* Without American unity, the British could run Washington ragged, ceding to Britain the ability to move entire armies in a week by ship, while Washington would take a month to close the same distance over land, arriving at the fight with exhausted troops.* Despite Georgia and South Carolina causing this near-miss to abolish slavery, immediately, the Declaration of Independence inspired state after state to jettison slavery unilaterally*—moving innately toward the ideal on The Family of Man that we hold today, except for our elite. England, in 1837, led by Wilberforce,* banished the last vestige of slavery in its empire, although most of the rest of the world continued the practice of slavery. Wilberforce said before Commons, "I could not believe that the same Being who forbids rapine and bloodshed, had made rapine and bloodshed necessary to the well-being of any part of his universe."*

Today, in many African countries, slaves can still be bought on the street for between $300 and $800, the same amount, ironically, for which they could be bought in Richmond in 1860.* One pro soccer player spoke out against the anti-American ignorance of the 1619 Project obsession with America's "racism" while the Left does nothing about slavery in Africa and got himself doxed out of the sport.* But "racist" America has admitted an estimated 120 million immigrants since 1964*, and eighty percent of those are non-white.* What "racist" country would ever do this? The theme of all propaganda* is to brew the crudest human emotions and to allow only one devil for them to boil against. Make *that* group the outsiders. Deflect all hate at them so that the elite can do whatever they like. This is why, after 9/11, the American media forced a lid down on angry American patriotic reaction that would have unified "us" against the enemy of radical Islam instead of the Republican Party. The Left's entire scheme of supremacy could be fumbled if America rallied around something other than our groomed hate for "racist" Republicans. As if responding on cue to a single source, our media tamped down our emotions, asked us to "turn the other

cheek" toward our radical Islamic brothers, but kept our powder dry for Republicans. . . . All of this is Form. Every human being experiences a reflex, moral, stressful twinge when Form is scrambled. Our lives, existence and health are impossible without this basic construct to identify the stress and benefit framed around the peerless event of optimal exploration and creation. Three types of crime are possible against us in person, property or information that delay us from seeing this best way to spend our lives, where our growth is otherwise stunted in some way.

Chapter Seventeen: Independence

Haidt's next couplet of innate morals is sanctity/degradation. This is still Balance and Form. How does sanctity/degradation help us identify the good, and innocence and guilt? Good people sanctify what is good and degrade what is bad. Misguided people do the opposite. We have to know what is good and bad. The peril of the syndrome of addiction and how it makes us blind to the facts that save our lives makes Independence a self-explanatory moral imperative. Is drug addiction "degradation"? Yes. It hurts a person's physiology because it is an extreme departure from the diet and toxicity focus principle, and it hurts behaviorally by making us heedless of facts that always point to a better life experience. Independence is critical in part because no two objects can occupy the same place at the same time, and Life is always built upon individual units that must themselves remain vibrant. This may not be the case on some quantum plane, but it is in *your* plane. *You* are bound by Newtonian restraints just like Selye's mice. It is also the factor behind T'ai Chi's *Jieh Jin*. That which is more evolved holds the space more securely. That which is imperfect cannot hold the same space as the perfect, like one bowling ball displacing another: Life is always evolving toward the more realized because of the superior advantages. The contrast or conflict with this principle is the definition of stress, disease and problems. The state of being is either-or *in*

*that unit.* Perfect or not. The first functional unit of society is the individual, and that individual will fall somewhere on the continuum between the perfect and anything else and influence their society accordingly, as would any cell. And even if the "quantum plan" of your imagination let you occupy the same space as another object—does *that* rationalize slavery and serfdom, or more imperfect over less?

Life maximizes progress not only with Form, but with individual variation, granulation, individual consciousness, viewpoint, mobility, force and sensitivity. The *individual unit* must remain true. The more units are in true the more the instrument is in tune. The greatest threat to this individual integrity is addiction—where the individual *does not care* about their own ruin or anyone else's, and the facts that show them the direction they are trending in. The less one cares about their own tuning and the tuning of others the more they are a sociopath. Optimistic people who see a reason for optimism care about tuning. Pessimistic people who see no reason for optimism care little about perfect pitch. *This selfish choice may be fine except that we are all connected and our wellbeing in the end is entirely a collective note.* The structural force of Independence therefore emerges for us as a moral imperative, a moral focus point. What is wrong with addiction, obsession, welfare or cultism? They are all beyond gratuitous and they are all toxic. "Toxic" to what? . . . To what is best. Does the toxicity of addiction stress the brain and cause cortex shrinkage, left-right shift and amygdala/emotional enlargement and rational retreat? Probably so. The toxicity-deviation seems designed to get louder and louder until the unit takes corrective action in their own enlightened self-interest. Addiction, the lack of Independence, makes us "one man down" in our race to find relief. They have become so seduced by what they believed was an "easier path" than the holistic, or what they were *deceived* to believe was easier, that they could be pulled off the holistic squad. The loss of Independence is so costly that the victim may never find their way back.

The ease of addiction and obsession are the heart of psychosis. Psychosis cannot exist, for example, without the supremacy of addiction-obsession that makes followers of the Left refuse to listen to our side of the story. They have lists of sources, authors, news casters, books, magazines

that are off limits for them because they are right-wing-nut-job, conspiracy theorist, lunatic fringe, Fox News, Tucker Carlson, Newsmax, etc., all dependent on how much any source props up their elite no matter what their elite do to us. A deep component of what psychosis is becomes the addiction to *your* helplessness, the addiction to make *your* life less than what it should be. This is why we don't allow sex with kids, for example. The two parties are *not* adults, equals, standing on level ground, both able to defend their interests. The child is helpless. The child *knows* they are helpless. The height of cruelty is shown to children by our demonstrating that their welfare does not matter to us. Meanwhile, if spoken to kindly, the child can be imprinted on an evil tribe that has no moral compunction about targeting other tribes that are in line with evolution. This helplessness of the child is what the hardened psychopath wants for *you*. They want it any time they please. They are the joker in the deck addicted to this power, caring *nothing* for anyone, and they know its wrong, and so they must hide it and deny it because you will *never* give them that advantage over you once you know this is the horrible thing they are after, and what they are capable of once they have tricked you. Hence psychosis and addicts are always denying what their goals are, and what they are going to do to you. They shrewdly prey on your tribal wishful thinking. There is an old saying in research that says, "Research often lags far behind common sense," and the corollary here is, "Denials by psychopaths often lag far behind common sense." Because of group dynamics, and the runaway nature of their crimes, we often see a pattern where psychopaths gather together in an obtuse bloc and escalate into remarkable treasons against the human race, as scarily demonstrated in the Stanford Prison experiments and the Lucifer Effect.*

Independence is the basis of every medical test of a patient's wellbeing: Can the patient read the eye chart *independently*? Lift the weight *independently*? Digest their food *independently*? Manage their blood pressure independently? Walk and stand independently? Run and balance and do the task independently? Manage liver enzymes independently? Evaluate their circumstances independently? Keep a child and bank account independently? Figure out their problems independently? Maintain their

distance of independence from harmful influences? Even the Marxist asks if that *individual* is going to remain reliable and loyal to the collectivist tribe in the quest to deliver the human race. Holistic independence is what is violated every time a person becomes addicted to any idea or method that they think will be easier and more rewarding than what is complete. Cult members uniformly believe they and their cult are special, exceptional, and that the rest of humankind is unworthy or unenlightened, and can only "join" the cult through some cathartic event or initiation, for Utopia. What defines a cult is a take on Utopia or holism or exceptionalism that involves secrecy or damage to others because the cult member misses the part about how the key to improvement is education because holistic improvement lies in the personal interest of us all. No other end is more satisfying, rewarding or fun. Missing this essential piece about existence, about how self-fulfilling and self-explanatory it is, members of cults can hold warped ideas that convince them that others of us have no value.

Toxins, addictive substances, cults, welfare, bad ideas, bad people, stress, trauma, having a slave do our work, theft, the use of force when addicts want goals out of congruence—all of these are influences that can damage us and pull us off course by harming individual integrity. More puritanical ideas of yore preached that we should be leery of *any* temptations. Today we are much more experienced and liberal. But with our understanding of hormetic effect where toxins are *really* good for us at first, we know we have wider tolerances on enjoying life. We are *here* to enjoy life. Just watch out for the gratuitous so you don't slip over the edge and become an addict and spoil your rational apparatus. This dovetails with the West's idea how the individual never needs to sacrifice their individuality in the most sophisticated, holistic society; they must only give up their most animal, lone hunter desire to wreck things for others who are also involved in the processual flow. This is not a tough ask. Each person should be a clear-eyed, boots-on-the-ground, no bullshit strong watchdog citizen looking for any deviation from the ideal. Enlightened society does not want static, unthinking Borg-like, military-like, closed-minded conformity, especially to the elite tribe slowing down good ideas. This is why, in the West, our ideal of the citizen has evolved to be that of an open-

minded, educated, enlightened independent who enjoys total Command Authority,* like American servicemen uniquely hold, to question and speak out on any action or command that appears to deviate from the peerless event. Their conscience attaches to the United States Constitution, where the government serves the people, and the elite are kept in check, and the system works best when citizens have shame sculpted around thriving for all. With America's unique Command Authority for soldiers, any US soldier has the right to disobey any order that clashes with their understanding of universal rights embodied in the Constitution. Society can ask nothing more of its citizen, and citizens can ask nothing more of any society, than this selflessness-selfishness, independence-inter dependence locked around the fixed point. One size fits all. As the American Founders said, "If it's criminal for an *individual* to do a thing, then it is criminal for the *government* to do it."* And as Jefferson said, "Tyranny is defined by that which is legal for the government to do but illegal for the citizen."

By 1140, out of the thinking of Johannes Gratian, and again in 1517, in the grievances of Martin Luther against the Church, and later John Locke, the West separated the individual from any earthly authority vulnerable to corruption by virtue of the belief that the individual's own conscience was the best guide for finding the will of God. In January 2022, the FBI official website under Director Merrick Garland announced that America's greatest threat was *not* from foreign powers anymore, like China, or state-sponsored radical Islamic terrorism, but *domestic* terror, which Garland defined as individuals who have a problem with authority.* This begs the question of who's authority? Did Merrick Garland have a problem with Donal Trump's authority? Didn't we see Merrick Garland with a "Question Authority" bumper sticker on his VW bug in the '70s? Why has the bottle stopped spinning to suddenly make the Jeffrey Epstein Caligula class sacrosanct? In Merrick Garland's world, are individuals no longer allowed to question the authority of the Caligula class?

Earlier we noted how all tribes use the eleven morals to keep order inside their own tribe. Notice how the elite want *their* individualism, not yours. Elites have a problem with *your* individualism threatening to expose

the rape, grazing, predation and grooming they must keep secret. Individualism is holistic society's nanotechnology. Gratian, Martin Luther, Locke and Jefferson realized each person is their own engine, their own laboratory, for not only exploring genius, but also for re-stocking the shelves, and identifying which parts of new genius are worthwhile to them in their personal tastes. Each individual, when holistically well-trained, is an invaluable nanobot guard dog/watch dog and *the most* difficult to corrupt. We are simply better off with more watchdogs and junkyard dogs and creatives than fewer. We want *more* researchers, not fewer. This model emphasizing the liquidity of citizen independence came from the Greeks, the Normans, and the Iroquois Nation.* Would we rather have 12 potential geniuses or seven billion? Should we let the Great Reset crowd exterminate six billion helpers? Even if machines one day become creative—does that stop human beings from *also* being creative? For all its wonders, can AI be independently creative? Or just "creative" in imitating us? And will AI be able to out create us, or just join as co-creatives? The fifty states are each their own lab for trying different policies to compare and contrast. How does all of this feed into the harmonics of inspiration? The emphasis and trust on the individual as a unit for action and discernment maximizes the vibrancy, immediacy, liberality, responsiveness and liveliness of any society for flow. We *trust* genius. We *trust* people the more they are educated in holistic value. We now know that if we teach the individual well we waste less time. This is civics. Each cell hemmed in by what is immovable. <u>We do not bet against our genius and we trust that we will be there in time to save ourselves</u>.

What is wrong with being obsessed and addicted is the same thing wrong with any other clash—we become less alive. Any "underground" or illegal economies always trade in drugs, sex, rock n roll, and other addictions. They are depraved economies that are out of true with what we should be doing. Weak people can turn to these outlets when they feel discouraged about making their way in the productive, genius economy, but this is no excuse for them becoming part of an elaborate cancer that feeds on inhibiting our process. People who are discouraged with the productive economy do not realize how starved the world is for help, or

how our creativity is literally open ended, or how their materialism is jamming the works. There is honor in all work, and not all people want to work that hard. It is all fine—as long as you are in process in First, Do No Harm. Nothing is more powerful than our will to live, and yet addicts, the depraved, the obsessed, the maniacal, turn their back on the screaming alarms of self-preservation in order to stand pat for an end that is, by every measure, a toxic distortion of More for Less.

The West trusts the individual to be the early adapter, the canary in the coal mine, a non-duplicate vessel, cilia hair, radar hair, poised to detect the sick. As Left-wing agitator Dotson Rader proudly told William F. Buckley in an October 1972 television interview, the Left cheered louder the more they turned people into what Rader called "outlaws" and "deviants" where they then tend to be radicalized addicts against holistic norms. People on drugs, meds, criminals, homosexuals, radical Muslims, black nationalists, lesbian nationalists, illegal aliens, sexual deviants, pedophiles, transsexuals—*anyone* with a quirk, Rader admitted. These "deviants" the Left love bombed and encouraged to come forward into an army to live "freer" lives, with limitless sex and addiction on all sides, to swamp the boat. Rader spoke of the glee with which the Left watched as each year they saw in entertainment and the arts how the deviants and addicts, and the "flawed hero," were made the icons of our culture to mock the old Western establishment. The Left offered every stripe of criminal (except Republicans) a get-out-of-jail free card, to swell the tumor of those who now attacked the human constructive impulse. *Productivity* was now "racist" unless it advanced Leftist elite power. This is a devastating social blow because artistic personalities tend to be outlaw and sociopathic,* although not all artists are sociopaths. But this tendency of artists to show Leftist, or anti-establishment, sympathies does not make slavery, serfdom or elitism palatable. The modern Left in America is forming around the message that "capitalism," by which they mean constructive productivity, is racist.* This translates to "I want to make a living by supporting the Leftist oligarchy, and anything else is 'racist.'" But what is "holistic" is that which feeds positively into the process of more exploration, understanding and raising human quality of life. While artists (and anyone else) are

perfectly within their rights as artists, as iconoclasts, to poke fun at any establishment—what alternative is there to the event? What else could anyone's "utopia" be aimed at besides this? Human imagination neutralizes any alternative. If those are not your goals you are insane, or you are *paid* to hold a shortsighted opinion. The Left has made our schools and entertainment factories to addict and turn out Lefties who are maniacalized to pursue lesser ends. This is a temporary roadblock. Who but a monster tries to push the naive over the slippery slope of addiction to co-profit from their short-sighted materialist gain? This is pressure for a bomb. Our elite are already living in gated communities. By driving us full bore into this ruin of Independence, we are lead not into *Mankind's Search for Meaning and Joining*, but rather into *Mankind's Search for Addiction and Escape.* By the Left convincing every generation since the 1960s that existence is set up to orient toward *anything* but that which is the most rewarding, satisfying and fun, they have unleashed mass escapism, panic and addiction, so that our kids now flock toward suicide, self-destruction, and moral bankruptcy while our elites coldly turn their back on these lemmings pressing into the sea and punish us for fighting their non-holistic cynicism that sees no value in anyone who opposes them. These factors are proving everything Calhoun found in his experiments on population: Our elites are imagining enemies where none truly exist and making themselves our true enemies by doing so. Look at the studies on the levels of happiness and depression among people self-identifying on either side of the political divide by Schlenker, Pew, Goldberg, Gallup, Newport and Wilcox.** Which side, Left or Right, is more stressed and cynical that life is worth living? The results of these studies on happiness are well enough known to the Left that they have already dismissed the results with the catchphrase "ignorance is bliss." But this is just more of the Catch-22 denial of addiction and supremacy to save one's ego.

Independence frames up demanding limitations when we want to "help" each other with welfare, for example. We see this in how our daughter is beyond help if she will not live right. Independence makes our most difficult moral dilemmas not sex, but welfare and the war on poverty. Our most difficult ethical dilemma comes in the hypothetical standoff

between the welfare queen and the working mother in the grocery line when Marxism will kill us for disparaging the welfare queen when she buys better groceries than the working mother can afford, and says, "I'm free to do whatever I want!" Yes, we *do* have free will—but we face watchful consequences that show relief from all our problems comes from only one path. Figuring the morality between the welfare queen and the working mother requires all eleven of our ethics. Haidt's ten ethics, and pleasure and pain, and the rest, are no help. All eleven of our ethics show us the only way to help people without cheating them of any part of their best life experience—while the psychopaths jeers at us and tries to prey on our addictions to get the crowd on their side to stop us. But every theft to feed an addict breaks the chain. If the innate template was not as it is we could steal health and the optimal life experience from one person and give it to another, and leave no shortage, no cheat, that forces us to fully appreciate one another. Something very good in us wants to be able to wave a magic wand and make our problems, and other people's problems, go away. We can't. There is only one escape: Full appreciation of *everything*. *We* have evolved, the perfect has not. Being obsessed to First, Do No Harm is the only obsession worth keeping; it is the key to life. *This* is "magic." We should teach this in schools. This is the end of philosophy. *All* handouts and freebies, corporate or otherwise, including theft, hold an overpowering fentanyl-like ability to seduce, addict and trick. While materialism itself isn't bad unless it is gratuitous, this is its double-edged sword. This is why materialism is the slippery slope on the edge of holism.

Our 1964 War on Poverty was our third great divergence from Independence to use federal tax dollars as a tidal wave to lure people away from independence and addict them to one Party. The whole country paid for this bribe but only one party got the credit, thanks to the media. The denial of this bribe, this addiction, was the first hint of the viciousness from Marxism that had now infiltrated our national dialogue, and that was now going to begin seriously separating us from our common national identity as Americans who had reached the high point of the West's conquest of any elite. Now, Left-leaning passions would drag us back downhill. The Left cannot let go of whatever is inside them that makes them angry, impatient

and defensive about all of the "political" positions or ideas. That block is the entire problem. Our second great offense against citizen independence was Roosevelt's New Deal. Many spoke out against this threat to independence and addiction. Earnest Hemingway, a consummate champion of the poor, despised Franklin Roosevelt for what he believed the New Deal was doing to the human spirit.* Dos Passos, a Communist at the time, had already warned against Woodrow Wilson's parental meddling,* as did Gertrude Stein, James Joyce, Dorothy Parker and other icons who were definitely on the side of helping the little people. This "charity" has built an army of those to whom, as Michael Schellenberger has said, everything is given while nothing constructive is ever asked.* Schellenberger, trained by George Soros in how to "fight drug addiction" in the Bay Area, realized after twenty years that nothing good was coming from hardcore Leftist proposals that were in the end only normalizing drug addiction, and making everything worse. Needle exchanges, free crack pipes, removing stigma, politically correct language to seal addicts off from the call of their own consciences, open air drug markets, normalizing use, all of it was leading to an explosion in human ruin and waste, and Soros et al remained as stoic as drug addicts themselves about the harm they caused.

Stress ruins in full spectrum. You don't have to be a doctor to see the results. Do people on social welfare or corporate welfare look healthy? Do they act healthy? Do they think healthy? Notice how, since the 1960s, we hear the constant refrain from the Left that we *always* need more money for welfare programs, and yet everything is getting worse by every measure. What problem has gone away with our *material* charity that is blind to the holistic parameters? Have the corporate welfarists and the street welfarists been on these programs all their lives? For multiple generations? . . . Have either of them become less rapacious under the influence of all that charity? Did it "prime the economic pump"? (If it does, then why don't we all quit work and see what happens when we are all on welfare?) At what point does any "charity" begin turning around and start to work, to get people off it, to motivate people to do anything? . . . How is welfare money earned? . . . By *not* helping to turn the gears toward exploration and

something constructive. By *not* competing honestly. Every particle of us is in time a measuring stick of how well we are in flow in creativity: Our skin, eyes, tongue, energy level, thoughts, ease, strength, ability to think healthfully, our vibrancy, our streets, our buildings, our attitude toward others, our appreciation for others—they are all part of the man falling through a curtain since everything is connected, to the brain being alert to a single photon. Our body, mind and spirit are Fukuyama's and Wilson and Kelling's Broken Windows theory.*

Who among us is teaching their kids that addiction, obsession and dependency are worthy goals in life? Is this child abuse? Ask any addict: Rehab of any kind is an absolute bitch, the worst thing in the world. The ugliest event on earth is addiction and obsession used against independence by the new tool of industrial propaganda until the self turns on itself merely for the sake of destruction as its own impulse. <u>*Nothing* is more vile and de-humanizing than intentionally inverting our magical self-protective alarms in survival reflexes so that they don't go off when the clever can exploit the naive with the advantage of first action to make them an addict.</u> The trick in rehab is convincing the addict that their addiction is ruin and that life is worth living, and that the perfection that is here is proof positive that they matter and we are better off for them being here, and that the greatest gift of all is our ability to open our mind as wide as possible to appreciate all that is possible.

The Left will mock the idea that we should ask something constructive of the poor because the poor are so hard up that they don't have the luxury to be concerned with philosophical issues. However, the most important lesson to learn in life is this optimism about our situation. The emergency of the poor's hunger or whatever else is wrong is easily and humanely dealt with by the elements of existence that do not change for *any* of us, no matter our circumstances. Alinsky writes that helping the poor is not enough, its *not* the objective. When the enemy is reasonable with reasonable demands, he writes, turn up the heat, move the goalposts, ask for more, and keep asking—until what? Obviously, the Left is seeking conflict. *Any* conflict. Why? —for the same reason as ever: So that the few can hide the basic crime of them non-holistically ruling the many. *This is the*

*only crime.* The hallmark claim of Leftism is that we *can't* be tough on the poor, or trans, or any of the Left's *cause celeb,* because, they claim, life and discrimination are already tough enough on them. We can never blame the poor for being poor, they say. The stress of real life and finding a job cannot be "dumped" on people made fragile by social injustice. *But there is only one crime.* The Left creates *another crime, another stress,* by punishing us for deviating from the center of *their* universe—their elite. But the stress of the first crime, of withholding the poor, or trans people, or corporate raiders, from holistic adulthood and citizen responsibility as best as they can do it is an addiction that visibly takes its toll. Both the corporate welfarist and the street welfarist will respond abnormally. Reentry into responsible society for any addict is always easiest when we lead with education about meaning, and optimism, and then the four cures. Addicts often find solace in religion because a glimpse at the higher, sensical order rightly gives them a reboot into the worth of us all. Sadly, any addict's brain has been scarred by their self-abuse, because their wounded mind has latched onto the false profits of hedonism and pessimism, and the belief in an ease to be gained by cheating the holistic. It is a trick. The only escape from problems is to appreciate the perfect that is already here. *We are here to experience the highest joy from the Totality, not from any artificially enhanced stimulant that tricks us away from the fixed point.* Addiction is here as a part of psychosis to jar us out of our complacency *because life in sustaining is that good.* Even now, with all our problems, we are in no rush to find Nirvana—except that we still have problems. And we will only look at ideas on Nirvana that adhere to our socially accepted ideas on same. Chiropractic, for example, is so far outside our social box that this model on Nirvana will not be accepted, maybe for as many centuries as it takes the medical myth to run out. Independence seals us all inside the cocoon of our own live experience. We cannot go into the gym and lift the patient's weights for them. We cannot go into their kitchen and eat their spinach for them no matter how much we love them, like our daughter. Any addiction from Independence makes us less sharp, less sensitive, less critical, less rational. We *care* less about finding our way from sustaining to thriving. Welfare-soft, do-nothing soft Western society is being shown how rude and ugly existence becomes

when we short circuit any part of helping other people make the most of their own life experience, just as we want the most from our own.

Chapter Eighteen: More On Independence

How does my neighbor learn holism if my Independence is violated so that I am punished for her crime? How are any of us improved if Ford is not judged independently on their merit for making a better car? How will the elite ever learn the error of their ways if my independence is violated when, every time they pick a bad stock, they fill the hole of their losses with my tax money, or that of my children? In the operating system, every cell or citizen pays or benefits independently for how well they serve the whole. While we *are* one large organic mass genius machine moving ahead —we are still each independent with our own account in what the father of Aikido, Morihei Ueshiba, called, The Bank of Heaven.* Ueshiba said, "In the Bank of Man the more you put in the more you get, but in the Bank of Heaven the more you give away the more you get."* The Leftist elite love a saying like that: —*You* take less materially while *they* secretly take more. What Ueshiba should have said was, "In the Bank of Heaven the more you *teach something true and people accept it* the more you get." The structural force of independence gives us each our own magical piggy bank at The Bank of Heaven, so that, if we eat too many Big Macs, we cannot hide from the results even if we duck down in the middle of the crowd at the vegetarians conference. The lesson on the Life Well-Lived is unlearnable, and pointless, without this exact pay-in to our own account that no one can change. If it was changeable—like our daughter refusing to stand up—we would miss the meaning of life. *The cost wouldn't impress us.* Each Twinkie, and broccoli spear, is fed into your account by the miracle of the skin, of individuality, and we cannot hide. Each moral shows us that when we trade punches with each other we punch ourselves in the mouth, *in spite of the fact of our independence,* miraculously.

Claiming that welfare is a Balanced reward for the wrong of slavery is an argument worth having. But the fact is that no matter how badly we are ever stressed and damaged by anything, the only way back is through the four cure-alls. Cause is deviation, cure is return. Material compensation for a wrong is what courts do, but the Left creating mass addiction only worsens any injury, and shows that the Left either hasn't thought things through or doesn't care—they just want power for material ends. To help do this Marxism uses the "class guilt" ruse. But this violates Independence. When falsely accused, Marxists, like all of us, say, "I didn't do anything wrong!" Do they intend for *themselves* and their kids to pay a price and not profit from America's slavery past? Of course not. They are in a different tribe. How many Americans actually owned slaves? Most of us are descended from the early adopters because the early adopters won, and by far in America most people did not own slaves. In New Orleans, more blacks owned slaves than whites.* The population of the United States at the time of the Civil War was twenty million, with one million black slaves. That's one in twenty Americans who actually owned slaves *then*, with even the entire South at the time being roughly divided in attitudes toward slavery one third for, one third ambivalent, and one third against.* Slavery was bitterly disputed even in the South, as we see from the war memoirs of Sam Watson, in *Company Haytch.** All the immigrants that have come to America since then never owned an American slave, a nation of over 320 million. Are we down now to one in fifty who are descended from slave owners? As Mark Levin has said, "Reparations are for those who never were slaves from those who never owned slaves." Kamala Harris's family owned over two hundred slaves in Jamaica.* Will *she* pay? Or will she, as an elite, call the IRS and get herself off the hook? After all, our eternal problem with psychotic elites is how they never live by their own rules. Alinsky pointed out the fun, the effectiveness, of radicals always demanding the establishment live by their own rules.* But this strategy only works with an establishment that has some sort of conscience, which psychotics gathering at the top never do.

There is also the complicating factor of hormetic effect with any such crime as slavery, not that this is an argument for atrocities. The gene stock

of Holocaust survivors is much stronger than people who did not suffer it.* The gene stock and health of Hiroshima and Nagasaki survivors is far higher than average Japanese. How does *this* factor into reparations? Doubtless it shouldn't, because then hormetic effect becomes the elite's argument for slavery: "It's *good* for you—keep being my slave!" On the contrary, hormetic effect should go down in the books helping convince the psychotics that they better look out for their slaves waiting in the dark outside their hut. Any deviation at first *improves* the victim, not that this means good will win over evil in the short term. It means our psyche is set so that good will always win out *eventually.* Look at the 106M people the Left has murdered since 1917 and the Left still has not woken up to their being the dupes of psychosis. And people's own choices should obviously count too on slavery reparations for best results. Consider three families: The Jones family were slaves and for over five generations since does well for themselves by working hard in line with the peerless event. But the Monroe family who were also slaves pays no attention to their responsibility to make the world a better place, and this lazy selfishness shows up in their standard of living since they are far from genius. The Wayne family cares even less and engages in the depraved economy where they have given the world a long string of drug dealers and pimps who deal in addiction. On what grounds do the Monroes or the Waynes take anything from the Joneses? Or anyone else of 49 out of 50 families descended either from early adopters or people who never owned slaves? The Left *cannot* argue "epigenetics" because all cure only comes through the four cures *that have nothing to do with materialism.* Don't blame me for something someone else did, unless, like the Left, I tricked them into doing the wrong, or I was paid to go along with it—as our police are paid now to treasonously split from America and the West. Reparations could be a tolerable conversation if the Left's ideology was not the enemy of all that is constructive in us. Tribalism made slavery. No one is more murderously tribal than the Left.

    Again: 1) only one in 50 Americans are descended from slave holders at this point, yet *everyone* is supposed to pay? 2) Slavery was abandoned not only because it was immoral, but also because it was so much less

productive than trading with free people in cooperation rather than conflict in the pursuit of growth. 3) Don't the tens of trillions in American debt for social welfare programs since the Civil War already settle the account?, and the purchase of Liberia?* 4) The majority of Americans targeted to pay reparations are Jones families who have on balance lived wisely and who should be exceedingly proud of their American heritage re-affirming the death of tribes. And 5) "Poverty" is relative, and what causes "poverty" is not contributing in any way anyone wants. Any material problems can easily be addressed while not permitting addiction or the reduction of the need to be productive. If American society is "racist" why doesn't this show up in incomes in professional sports, entertainment or the arts? Why are short fat Chinese guys absent in the NBA just as NBA players are absent in Chinese restaurant management and computing? Our two survival instincts are so powerful to get in on the ground floor, to get ahead of the competition to raise quality of life that the system itself fights "racism" and "tribalism" naturally. The public doesn't *want* to see short fat Chinese guys in the NBA unless as a joke because they are incompetent in the art. The public does not want the incompetent in any art, they prefer for the incompetent to find the place where they are *not* incompetent. The Left won't let the incompetent run their game any more than anyone wants to. The Left's demand for "equity" is a push to put the incompetent in places they don't belong and punish anyone who reacts negatively to the pointlessness of the idea. Again, we cannot lift the patients weights for them, and we cannot eat their spinach for them.

Chapter Nineteen: Still More on Independence

Cancer is a disease and a bad thing only because it contributes nothing constructive to the host while taking up space and consuming food that should go to constructive functions. Cancer is a "hole" of deadweight in the body's perfect. The cause of death in cancer is starvation, i.e. too

many juvenile and non-productive cells contributing nothing except eating food that should be going to productive ends. Bureaucracy, elitism, welfare and addiction are the same thing—they contribute nothing positive to life's processual event. Cancer cells are *dependent* upon eating sugar because they are too immature to be capable of making their own food, of making their own way. Rader, Schellenberger, Whitaker Chambers, Milton Friedman, David Horowitz, Thomas Sowell, J. Edgar Hoover and many others have warned us about the irrationality of citizens who do not work. Does even the Left envision Utopia as being a place of unhealthy dependencies?*

Similarly, our deadweight bureaucracy "administrates" to tell us how to do our job in raising quality of life while they have no experience in our area of genius, and have come out of school as Leftist hatchlings who have never done anything constructive in their lives and who are pessimistic enough about the human race that they have no qualm about controlling it. At this point, our bureaucracy *only survives* by blocking genius. *We* normal people live by the meritocracy of exploration to whatever extent they allow, while *they* live by the cancerous meritocracy of stamping approvals and fees on every breath we take. Their quality of life rises for making ours go down, literally, and that is fine with the Left given its toxic outlook on the constructive impulse. Meanwhile, we are now realizing the finer point that the American Founders worked toward that is that the only legitimate function of government in a democratic republic is to help organize our guard against psychosis and pessimism from ever even being born, let alone creeping into the dominant position from the natural gathering of psychotics at the top.

A healthy body works on a functional system that keeps only as many "administrative" cells as necessary. The Left grows bureaucracy like fertilizer on crab grass to oppress our inevitable populist reaction to their choking of the canal. The healthy body has *no* cells on welfare. In a healthy body, each cell works healthfully as much as it is able or you don't eat, and you are attacked by the immune system, just like in a Marxist state. If you leave people alone, this is the action they imitate in free trade, just like ferments begin to gurgle under the right conditions, responding to the constructive impulse. Before the great in-creep of the Marxist zeitgeist,

every nation was percolating tentatively toward this understanding of our existence. Now, layer upon layer of do-nothing government jobs create more interesting branches of addiction that interfere. Washington produces high paying jobs by the carload to create ring after ring of hierarchical insulation to protect the worst psychotics at the top. The city even has a law since the 1970s that *exempt bureaucrats from being fired*. Why did a judge in the 1970s exclude the entire US bureaucracy and elite from the acid test we all live by? The law, in part, stopped Democrats from firing Republicans post haste and filling those slots with more Democrats who were loyal enough to miss the signs of the gathering of psychotics above. Democrats had to wait until Republicans retired to fill those slots with more Democrats likewise "educated" on the wisdom of stopping the human race from killing itself, or so they believed. Nothing was asked of these new layers except blind loyalty to their indoctrinated ideas on "the good fight," which at that time meant helping the little people. Washington DC evolved to the point that each election night saw the city shake like a jolly tumor, cheering for its own side winning as each day the monster got closer to being able to leap on the neck of the wildebeest, and drag it down. The polls started going dark for about as many hours as the video surveillance cameras the night Jeffrey Epstein was snuffed out like a Mafia hit. All of this is the obliteration of independence where holistic populism trusts the educated citizen to be a nanobot alarm against any infringement on what is best for us all at all times without exception.

Independence works against bad leaders by putting them in a strict minority who cannot survive without guards and hiding what they do, in Teapot Dome scandal after Teapot Dome scandal, while their muck piles up around their excesses to sicken us about what they have done. As our disgust mounts, and our illusions of being in the same tribe as them eventually pops like a soap bubble, Independence makes them stand naked and alone. Psychotic oligarchs cannot defend themselves or feed themselves, by beautiful design. Their interdependency on us is part of the "liberation" of being filthy rich. Rich people cannot enjoy what they have without us. Our social interconnectedness is the only weapon we ever need, along with the reasonableness of what we eternally ask—that makes

psychotics lose friends every day and makes their police question if they really like their bosses enough to go along with the endless creation of obscenities rather than things with value. Two revolutions happened in Ghana and Sri Lanka in 2022 that captured news in the West hid so that we wouldn't get any ideas on how easy it is to overthrow psychopaths. *The people* rose up for their quality of life against GSE policies (Race, Equity and Inclusion) that had starved the people of those nations of food and gas, so that the people just *walked* into the parliament buildings and peaceably showed their elites the door. They peaceably Ghandied the psychopaths out of their mansions and offices in a manner far more humane than the Left ever showed to their enemies—which may show the growing instinct for decency that, like the Flynn Effect, could be growing in all of us. There is no more reasonable ask in the world than our optimal creativity. So, why don't the people of Cuba, Venezuela or any other Leftist nation rise up and walk down their overdogs? Because they lack the means of information to educate the entire population and to coordinate for the ultimate cause, and they are afraid of being shot by the police, who are on the payroll enough to line up with the psychopath tribe, and who might be psychopaths themselves. But what always has happened under grotesque people is that the early adopters, and the kids of the psychopaths, begin to cringe at what their parents have done, and opportunities for congruence with the process open up. Finding the event and letting it happen is the optimal life experience and each mistake we make reiterates the lesson. We accelerate what is going to happen anyway, so that our instincts become the blueprint for our making friends with the cops who guard the psychopaths, so that we show them the repugnance of crimes against humanity, against the most decent request that human beings could ever ask one another, and pointing out how the people would stand behind them in any turnover of power if they just realized how alone the monsters are. No questions asked. Or keep them in power and just reduce taxes and regulations and any punishment of the constructive impulse. The new tenants of government would have the same chance for popularity with low taxes, low regulation and protection of creativity, and they would face the same cycle of resistance if they failed, with the same cycle presenting itself in perpetuity

since nothing will every prove more satisfying, rewarding and fun than the meritocracy of creation. This most reasonable demand in the world is the best way to pull support away from the monsters on top.

Independence also comes up because of who the corrupt want the dependent person or corporation hung around the neck of. Do they want the costs of addicted freeloader corporations and citizens hung around *my* neck, when I'm busy taking care of myself and my family? Why should I carry the deadweight of anyone who refuses to raise quality of life? Why are corporations any different from people in this measure? You and I have our generous social instincts like Darwin talked about,* to help the less fortunate. We may be okay dragging the deadweight of a freeloader addict around for a little while, depending on our personal tastes, or if we know the person is a conscientious soul down on their luck between jobs. But how long will we carry freeloaders who are just gaming our emotions, like our good-for-nothing leaders, and their bureaucracy, and their media, that are now *their* junkyard dog instead of ours, and not really news agencies at all but merely outposts of agitprop against the rise of our disgust? How is any dependent freeloader deserving of reward more than the person actually raising quality of life anywhere they fit in? What part of their brain is this addiction good for? We will carry our kids until they are eighteen before we begin to grow tired of even *their* dependency, because something inside us tells us that their dependency sours and is no longer good even for them. *How does such a change of mind even happen?* Why is this change for parents universal? Something about the Form of adults and Independence makes it so that everyone must stand on their own to be healthy, and enter the meritocracy to play their part wherever they fit in, like tissues in a body. At some point in maturation, even among animals, the polarity flips so that the dependence of the child is darling, but the dependence of the adult is ugly, and no longer healthy for *any* party involved, even the sociopath, because of the enemies stacking up outside their hut, and the delay in the event. We accept the dependence of the elderly, and our parents, after they have earned it for having spent a life guiding us to be productive. But carrying the weight of people, corporations, oligarchs and bureaucracies on the welfare of escaping the only meaning that matters eventually proves to

be more harm than good. We will eventually work past this bizarre hatred of the constructive instinct that has arisen in us perhaps because of population stress, and it is primarily through the spread of addiction that this monstrous impulse in us succeeds. Given how the individual is the basic unit of human life it would be surprising if independence was not a structural force in human morality.

Chapter Twenty: Work, Action

After Balance, Form and Independence, the next logical construct in our subconscious expectation is the principle of Work or Action. Haidt would say sanctity/degradation, but this ethic is still Balance and Form. Work gets into the fact that we must *act* to stay alive and thrive: I must *act* in order to survive. Also, action happens. *Something is always happening.* How do I adjust? How is it affecting *my* existence? What caused it? What does it mean? What does it change? What does it tell me? How do I keep making my life more linear and predictable around these actions? *Every* happening is connected to the ideal. Keeping in step with the ideal is impossible without Work and Action. Life and existence are streams of a kind, and we must keep our place in the stream by Action.

Work frames the Who, What, When, Where, Why and How of *The Kansas City Star* book on style regarding how we live.* Work deals with our realization that we must *always* do something. Work does damage, Work does repair. Only the right Work is prevention and maintenance, and leads to the optimal life experience of doing only good and no harm. We cannot stand still. Work is standing, sitting, lying down, walking with or against the current, and *every* action is instructive on the optimal life experience. Healthy Work is exactly what the welfare queen does not do because she is addicted and exploited so that her energy, her presence, her Time here, is aimed in the nonproductive direction of allowing monsters to squat in our house. And so the structural force of Work is appreciated by us all, even the Left, at least within their own tribe for their own cause.

Work is inevitable for all living things the moment they exist. On a 3x5 card tacked to a cork message board at the health food store in 1977 a few blocks from Palmer College of Chiropractic advertised a workshop to a nervous new student the first week at the school, the first week away from home and a mother who was an exceptional cook and housemaker. "Health is not something given," the card read, "it is something earned." It was an epiphany. That which you want most will not be given to you. Survival, health and thriving are impossible without Work, and only Work maintains them only for as long as you do it. The same construct that defines the optimal life defines the optimal Action.

Work also relates to movement. Movement and Work go hand in hand, being essential for life. If we mummified a patient in ropes and duct tape so that they could not budge an inch for a month except for their heart and lungs—whose movement we cannot stop without killing them, strangely—they might not even survive the trauma. Amazingly, oddly, doing *nothing* is trauma, in time, as lethal as eating poison. That which exists must do its Work in order to keep their place in the flow. Dead things need not worry about decisions and Work. The normal Work and movement of a properly aligned joint is also critical to the health not only of that joint, but of society, as we have seen. The abnormal work of joint sub-failure quickly leads to an explosion of social ruin. Arthritis shows up in the misaligned joint just two weeks after the injury.* The Work of joint failure is also nearly the sole cause of all High Resource Patients (HRP) that are the financial ruin of all national healthcare systems whether socialized or privatized.* And, in Work, we realize, we should help our brother and sister stay on the path of what life demands because life hardly requires anything materially from us, since the key to all is Working in the right way so that the best pours effortlessly from inside out to help move everything forward. Not working, or working wrongly, is the sole source of *everything* bad. And we are each hemmed in by Independence to do our own Work.

The Law of Work means we *cannot* stand still. We *must* move, act and decide. Once we exist, we are unable *not* to participate in life, amazingly. Once our existence touches off, like a fuse, the only way to stop it is by committing suicide, which is an astonishing end of misunderstanding and

hope that is *only* going to happen at the end of a remarkably sad series of stress deviations without holistic relief. Work, in a sense, is a peak at what Time is; the fact that things, everything, continues to unrelentingly *happen.* In this way, there is probably no part of our universe that is truly dead, or inert, just like our body and our existence. Even all the "dead" stuff is still *happening* and creating the "inanimate" background of the masterpiece. Any spot of illness or decay in our body makes us suffer because that endogenous stress is *working* out of phase with the journey. With Work, we learn right from wrong. For example, we *know* better now through action than to try to keep a slave in our basement. You *used* to be able to keep your slaves out in the yard. Human action has resulted in showing us what is better. We could fool ourselves about what is important for a very long time without this innate need for Work and Action that sticks results right under our nose. Work makes results undeniable.

Something inside us kills us if we do not Work just as something kills us the more we work out of true. *Something stops us from picking a safe spot to the side of Life and spectating.* Amazingly, this means that we will, just by being alive, be forced by consequences toward a higher understanding. In Work, there is no fault for not being a genius, but the more we do not lend a helping hand to genius the more we are punished in risk:reward and sociobiological reflexes. Again, Speransky's ultimate paradoxical reflex versus the peerless event reflex. Work sets up a dynamic where we have no choice but to strap in for the ride wherever existence is going, and to go with the right attitude, since no journey will ever outdo this one, and we might as well enjoy it. Between the bounded instability of Form, and the unavoidable driver of Work pushing the plunger in the syringe, the system could not be more prejudiced for generosity and speed. Fifteen thousand years of modern tribal life, and five thousand years of civilization, since the clock began is not a long time. And the last major stumbling block to realization is us getting past the introduction of propaganda and psyops by personality types who can capture these advantages and use them futilely for their own material spree at the pointless holistic cost of us all. This trick of their's becomes harder when the analysis of human dynamics shows that *their* materialist fixation costs *us* so much, and that, looking at matters

through the long term holistic reward versus the short term materialist gain by the few, there is only one rational choice.

Medical research has found that an injured person should only rest for seventy-two hours.* After that, the need for Work makes the patient only hurt themselves worse with inactivity. This does not mean that the injured person is better off ignoring their injury and going back to full function, but rather that they should do whatever they can to get up off the couch and bring their injured "deadweight" along as best they can as quickly as they can. For optimal recovery, the patient needs to exercise whatever parts of them still work, and neurological wiring indirectly feeds that benefit across to the injured side, even if the injured side is paralyzed.* This same need is seen in monkeys subject to artificial stroke, where the monkeys given the standard medical treatment of heavy drugs and no activity fare far worse than monkeys who are *not* medicated and encouraged and allowed to move as much as they can.* This gets back to T'ai Chi encouraging this type of movement exploration and development in its unique Push Hands practice, *Tui Shou* 推手. Part of the idea of the practice is to loosen the whole body so that it becomes separable and granulized into its smallest constituent parts instead of being locked into big "dead" chunks, as otherwise happens as we age with lower use. T'ai Chi says to use this hard Work to become like a child in this way.* Otherwise, even in our eyeball, if surgically immobilized so that micro-vibration does not happen, the visual field quickly turns to grey because of how our body tends to fall asleep on unchanging stimuli, like the messes in hoarders' houses.* The universal holistic Work requirement also stops us from helping anyone whom we addict to welfare.

Work is vibration that helps frame what is *virtuous* and *worth* doing. How is Work made holistic? By keeping within the four focus principles and our ethics oriented to optimal constructive creativity. This is the only way to cultivate and amuse ourselves at the same time. We are heartbroken seeing our son wasting away, doing things that addict him and conflict with the ideal that feedback into a deeper darkness for him, making him spiral into a state more likely to lead to the self-harm that affects us all. Today, this leads to Pharma's psychotropic medications even for *teenagers*

*and younger* to which nearly every mass shooting in America has been tied since we coined the phrase "going postal."\* Was there no depression in America before we started going postal? There was, but people lived with it and didn't have psychotropics to take by the carload, handed out like skittles instead of realizing how all aspects of holistic life feed into our state of mind. Working all aspects of life properly, holistically, makes life a joy, not an abyss. <u>These drugs and artificialities will never be a substitute for living right. And keeping them imposed on society when, on balance, they appear to be part of the problem making modern life *less safe and secure*, with depression and mental illness *rising* under their tenure, then this is yet another demonstration of the compound depravity that the Jeffrey Epstein class is strangulating us with</u>. What we are facing is a massive Post Traumatic Stress Disorder\* shrinking-of-the-brain cascade that we got from not knowing who we are.

Work figures into how we assess any relationship: What is the person we are with *doing*? Are they doing *nothing*? Are they too dependent, or too independent so that they ignore our healthy needs? Or working too hard in weird ways that don't really help? This gets back to Form. Form is the syringe, Work pushes the plunger, Balance mediates the result. Is our partner doing what the tribe says they *should* do? Is the garden club member paying their dues? And if our partner Works to help the less fortunate in our tribe, we admire these "good" works. This Work of selflessness is a very strong bond for a relationship. Our partner is more safe, admired. Or are our partner's efforts going not into the genius economy but into the depraved economy, trying to grow and profit from addiction? If we are addicted ourselves we might be fine with these abnormalities, but how do we feel now that we know that the addictive syndrome is fundamental to psychosis, the only evil, and that all of it is a waste of time and resources, and that, eventually, we will find out that our world will never settle down except around the right Work?

How do we feel the more our Work is judged on the Leftist model rather than the holistic? How do we feel as a parent about a Double Standard for the Work of our children compared to the kids of the elite, and the taxes the elite pay compared with our kids? What if their Work is

inferior, but they get into Harvard for their political privilege tied into burdening the creative process? Why does that Work not work for you? If you are a Democrat you will accept it for a little while. But why is the Work of that fake meritocracy an irritation every time the chambermaid sees it? <u>Is it because falsity cannot generate enough resources to sustain us the way what is true does? Is it because Game Theory shows us that the only thing that trips our interest enough to play and give output is raising our quality of life?</u> Only what is true generates enough interest to turn the wheel. There is therefore never enough bribe money to bribe us all, forever, to permanently pull us out of the flow. Why would this limitation exist if the operating system were not perfect? Genius itself is alluring because what it brings *works* so much better. Why doesn't clashing with this scenario Work for you unless you are being bribed to block it? Now Work to try to change your mind about the unfairness of it and tell us the results. The bribe will feel less good to you the more you see that what is going on here could not be better than it is. It has no room to move.

Endless numbers of jobs make society better, and there is honor in all work, all help, to raise quality of life, as long as it is holistic, and the possibilities are open-ended, as if by design. Work also evolves right along with the Form of our progress, as do our cultural mores, based on what we learn about how best to spend our time exploring. The world is bi-polar: We are either working perfectly for the ideal or we are not and something is not quite right. We do not do the same jobs we did in Chaucer's day. If space aliens are visiting us, do they do the same Work we do? And if robots someday take over all jobs, and unlike us will be happy slaves and serfs, because their doing our work is so effortless, will we *still* need to find constructive Work? The answer is Yes because of the seventy-two hour rule, and because we have a structure, and we must divide our time between how much we pleasure ourselves and cultivate ourselves because Work is here as a permanent factor in our thriving.

What happened in the 1980s when Democrats screamed at Ronald Reagan's push to get all people on welfare back to work? Why did they infamously say that there were "no jobs" for the poor? Really? How can there ever be not enough *work* for human beings to do to make the world a

little better? Did the Soviets and Red Chinese not find work for everyone? Democrats said this was "racist," and "blaming the poor for being poor" even though at the time more whites were on welfare than blacks. Working a "job" for the sake of raising someone else's quality of life is only one Form of self-cultivation. The seventy-two hour rule means we should not take a break from cultivating ourself (rather than only amusing ourself) for more than three days. Research will tell if this three day marker is universal. But *every* part of us lives or thrives as one, solid, liquid or gas. Work turns the crank, and the results are precise across body, mind, spirit.

Work blocks us from the Kantian good intentions idea that we can improve society with wishful thinking. We are beings of structure as much as conscience, and this fact *must* be addressed. We *cannot* live on wishful thinking alone. Good intentions have their place wherever they can turn the crank appropriate to them, i.e. in "gas," or spirituality and psychology —but Work makes it so that the wishful thinking of our elites does not exonerate them when they groom and sexually predate on us and our kids* and choose the material over the holistic-material. We say "holistic-material" because, collectively, our material interests are always optimally handled by the perfect holism in First, Do No Harm. We have material wants because otherwise our creativity, curiosity and exploration would lack one of its most potent drivers. Without Work, we cannot tell if the instrument is in tune. But no matter what marvels we ever invent, it appears that Form will never let us escape the three-part reality of Less is More, everything has value, and serendipity; of thriving for all, harm to none, for the optimal chase after serendipity. After all, why would it change when what we have is perfect? *How* could it change without a completely new evolution into energy? Claims from psychosis that there is not enough work make no sense since self-cultivation can never end—and where will our self-cultivation go in the future past its current aim of First, Do No Harm? Cultivation is *any* holistic Work. Look at all the Work remaining to be done: For instance, everyone could have thriving, and then, when we drive through a city and see all the eyesores that depress the spirit—that the Left has encouraged in order to demoralize us—we could rally to make all of those areas one day exquisitely beautiful. We can transform all the

civilized parts of the world into breathtakingly beautiful Japanese or English garden communities with wild areas for contrast and as tribute to the beauty of what is *not* cultivated by human hand. There is no end to what we can Work to do.

Claims that there is no Work are a hustle to hide addiction. Both the prevention and recovery from addiction are *impossible* without holistic work. Such claims try to take advantage of our political tribalism and our electoral short attention spans. What lengthens our attention spans is the realization that there is no escape from respecting all of us anyway. Any lesser Work makes enemies. Our attention span grows longer the more we see our lone enemy always says the same things—the world is shit, we must kill and steal to make it right. Working to push distraction out of our thoughts and actions does not mean that we have to be Calvinist sexless workaholics who have no fun. It means have all the fun you want, but remember that cause and cure are always tied into the four focus principles, and don't let your pleasure become gratuitous—and never slow down genius. A little distraction brings hormetic effect that *helps* the process. Choose for yourself how hard you want to work, and what Work you want to do. Have as little money as you want—but know where money comes from. Don't ask for charity, put your shoulder to the wheel, and when charity comes to you, if you need it, make sure that you are not slipping down the rabbit hole to addiction, and that you are still pushing to raise quality of life. It is all that can be asked.

In general, people do prefer to work. We see the clear evidence of this in the strong contrast of how the US economy responded under Obama, Trump and then Biden, cycling between stop and start, as it always does when people are rewarded for their own industry, and the entire train of their being responds to an holistic change. Our innate reaction to proper Work is our bliss response. Rocky Pratt, a Guardian Angel, in a 1980s television interview, said that he had done a lot of bad things in his life and joined the Angels to atone for it, and whenever an old woman on the subway thanked him for being an Angel, he said, "Money can't buy that feeling."* Why did he get that bliss response? And why do some of us snigger at the likes of him trying to tell us something important?

Work brings up an interesting question: How much force should we use to stop people from becoming addicts and make addicts break free of their addiction to become productive citizen cells again? Marxism believes in using brute force against anyone going against its enlightenment. The West is much more liberal in part because the parameters of enlightenment were largely unspecified. But now that they are specified—how much force should society use for prevention and to stop mistakes, stupidity and addiction, notwithstanding how education rather than coercion is always the first step? How hard can it be with holistic education in harm to none, thriving for all, for the optimal platform, and it all comes from inside out, being the bedrock of all education? . . . Look at all the problems we have for holistic education *not* being the bedrock of eduction. The answer to how much tough love should enlightened society use to stop people from harming themselves and harming us all, and to cultivate themselves proactively (like Marxism wants with "woke" society) is up to the Form of the "personality" of that society when it meets the fool or psychopath who will not listen or chooses stupidly. Brutal psychosis has had zero success with force to shift our focus. If after hormetic effect no good comes from deviating from the perfect—why should society tolerate deviation any more than the Marxists do? If fools and psychotics *do not care* that their problems will never go away without accepting the perfect—then society must decide how close to monitor them, like Marxists do, to stop them from harming others. *You really have to be stupid or stubborn about wanting to hurt others to miss this simple ask.* It is sad that there are stupid people and psychopaths, but they keep us on our toes. Prevention against radicals is best handled by regularly scheduling debates between any new upstart political school that claims it has a better methodology for First, Do No Harm. A working knowledge of enlightenment should become one of the goals of public education so that fools and the naive are harder to twist, and they understand why they are being monitored for their willingness to believe that harming others leads to enlightenment.

Chapter Twenty-One: Work and Genius

Genius is our ability to be there in time to save ourselves. It is stupid to bet against our odd capacity for genius since every success rests on a mountain of mistakes. What the Marxist loathes and sneeringly calls "capitalism" is the collective horse trading of commerce and enterprise as we restock shelves chasing genius in billions of voluntary transactions to get more for less. What else should we do with our time? What else is more interesting and fun? Work for free, as Milton Friedman points out? America rejected slavery and serfdom because of the unfairness and inefficiency. Paying people makes them far more productive than barter or favors, and is far more exacting for a complex economy. All of CT, CRT, Cloward-Piven and equity only serve to put a bunch of Hillary Clintons on a green light panel for them to get in on the ground floor of everything, with permission slips to breathe for the rest of us. The elite want us to believe that psychosis, narcissism, nihilism will never corrupt *them*. But this is what the Catch-22 sociopaths on top always believe. We will never be convinced that they are harmful. Raising quality of life is *already* the perfect incentive for genius and employment. Getting in on the ground floor is *already* the perfect inducement for early adopters. Bringing down the costs of genius advances for profit is *already* ideal. Our two life instincts already imbed the highest degree of impatience to raise human quality of life and lower risk that we could ever ask for. Our materialism is as spiritual as our spiritualism because all stimuli lead to the realization that the perfect makes selfishness and selflessness the same action. Wise government gives people the most generous means to remove sociopaths from power as soon as they expose themselves. Thus, our right to bear arms is not for hunting deer, it is for hunting bad people on top, and to give pause to police before they protect the indefensible. Game Theory, logic, systems science, John von Neumann and Bertus Brouwer's fixed point theorem on convex sets, continuous function and closed discs—all of these theorems bear on our nosing around the peerless event.

Sociopaths are doomed no matter which way they turn. It is only ever a question of time and how much damage they cause before we wake up.

Human DNA and the psyche cannot be scrambled on this point without turning us into soup. They stress us and turn us in circles while they party on the money that was only created by our imitation of creation. Even their efforts to hide their Caligula lifestyle is psychotically self-defeating, by design: What fun is raping a piece of steak? Monsters have no fun unless the pig squeals. So, exactly how much resistance does the sociopath want to breed out of his pig? "Just enough"? Milton Friedman wrote that the normal condition of man is *not* freedom, it is serfdom.* He is right, historically, because we hadn't made enough mistakes yet, rising from our tribal fascination for chiefs and the rich. But only one thing cures all the problems of serfdom and slavery. Fortunes made will be as unique as are the forms of our personal tastes. We cannot force the consumer to consume that which they do not want. The horse trading of "capitalism" chasing genius is not the cause of poverty, it is that not everyone can be a genius. But genius lifts all boats so that even "poverty" is doomed, in time. Genius creates a ripple effect, an assembly line, a healthy, vibrant, peristaltic pushing action as people simply pursue a better life, and the fun of what they do, and the better attitude of participating in this exciting process. Work and Life cannot be made any more fun and interesting. How bad an attitude you want to have toward all of this is up to you.

Since nothing we ever tried before got rid of man's inhumanity to man or made life more linear and predictable for the Have Nots—why *not* try something desperately crazy like Marxism? But now we know we can't be forced to change. Marxists have no problem letting black athletes and performers get rich by their genius of exalting the elitist system, why not white athletes or those who exalt what is already perfect? Yes, our rising standard of living may make us softer than previous generations, and more surrounded by things that addict us. But there is nothing that says we can't make ourselves tougher, smarter, more secure and more savvy than we are about addiction. This is only more true when we one day realize how people in the past were our first floor, our fourth floor, and they did the best with what they understood to be true at the time. *What they went through was inevitable to happen.* We also have to remember that our elite today are *trying* as deviously as they can to make us stupid, soft and

addicted, turning us in circles as we blink in confusion because we can't believe our own elite would betray their own tribe. Our limited sample size with our own genius tempts us to think that our creativity is a static, predictable quantity that performs at the same level and speed no matter who is in charge or what they do, and that our creativity may even lead us into permanent harm that brings no elegant lesson in the making of it. *It does so less the more we understand what our purpose and meaning are.* The same sort of miracle that Hoyle and Polkinghorn speak of in how the minerals begin the space station shows up in how our genius will not be stopped. Yet psychosis attacks Work itself. BLM has specifically said on their website that they target Work, showing up on time, and thinking logically as functions of white supremacy.* This is war against our constructive instinct. . . . —But, after the looting in "Utopia," will we *then* be able to live without building? A Ponzi Scheme is when the slick in front feed off the naive in back. Work is the elemental pump. How could Work *not* be a structural force under all of our behavior and thought and realization?

Chapter Twenty-Two: Self-Responsibility and Self-Identity

Independence and Self-Responsibility are different sides of the same coin. Independence is how my envelope locks me into my own account at the Bank of Heaven. Responsibility is how, when I cheat anyone, when I do not play by the universal rules, I cheat myself because I am tied wholly into the ecosystem, *despite our individuality.* We see this in risk:benefit mathematics and the people I have wronged waiting outside my hut. If protoconsciousness is true, then my connection to everything is direct and weak; if protoconsciousness is untrue then my connection to everything is indirect and weak. Either way Responsibility connects me, with the lag times of my connection dependent on distance, dose and the characteristics of the ecosystem(s), as Bentham describes.*

In Self-Responsibility, I am responsible, rewarded, connected, to do *my share* to proselytize our interconnectedness, because, in saving others I save myself. However well I proselytize the odds of my life being better go up by every measure. I am responsible to us all just as you are, and our tie is made real by results. Responsibility makes it so that, odds are, I deserve exactly what I get, outside of accident, by tempting stress and risk, by deviating. Responsibility is a cosmic boulder tied around my neck, and I will either sink or swim through The Life Well-Lived and spreading this word until this best way to live becomes understood and accepted by all because existence could offer no better solution. Responsibility appreciates how we are all pencil sketches in the same cube. If linearity and predictability are to be taken advantage of as purely as they can be, then we must actualize Responsibility fully, because it happens whether we admit it or not, like stress, and the denial of it is the worst waste of our time. Responsibility is essential for tuning the instrument, and responsibility makes it essential that we tune the instrument fully.

I am *held* responsible for my being entirely interconnected, no matter my opinions on the fairness or unfairness of the equation, maybe because this is the best way to instruct. The equation is gem-quality fair because of the essentiality of not wasting time and resources, because all problems are of my own making by failing to see the heaven on earth that is here. What made this rigid structure has a loving, rigid impatience, like my own, that makes my responsibility imperative so that I learn and teach, study, prove and help others to stop hurting themselves by *their* ignorance. All of this is writ large in stress:benefit ratios. I cannot hide. I *am* my brother's keeper. Any mistake he makes is mine. He is my fiduciary and I am his. The amount of push-pull risk may be minuscule to me, but there can be no doubt that risk does not optimize until we both understand.

For these reasons, we have a visceral reaction the more anyone tries to tamper with responsibility or the information tied to it. If the Left blames me for an event that isn't even a crime, that isn't even my fault, such as the existence of Haves and Have Nots, I respond. Everyone watching responds because Responsibility is tied to optimal creation. Even psychopaths care about Responsibility when *they* are the victim of sabotage to *their* creation.

The Left will kill me if I sabotaged their plans because they will hold me Responsible. Our ties to Responsibility is a central part of terror: Nothing is more terrifying than psychotics twisting punishment away from us all protecting the core of existence to us protecting *them* while they attack the core of existence in a spate of temporary futility. Nothing is more a demonstration of power than elites being able to kill people for this hypocrisy. Nothing is more stressful than us knowing that we do not have democracy any longer, that our lives do not matter to our new gods. This is the height of inhumanity. It is the height of irresponsibility. Responsibility is why this strikes us as wrong, unfair and unwise.

Within our own tribe we never dispute interconnection and responsibility. Democrat elites hold lesser Democrats responsible, and one another responsible, when they mess up and risk loss of power. But rank and file Democrats cannot hold members of their elite responsible, nor do they have any say in Party affairs. They must beg and use their ties to the elite to get justice, and if they step out of line against the elite they are punished viciously like a Republican—because of responsibility. Everyone but early adopter radicals *accept* that the elite are held to their own standard, i.e. the standard that fits their greed, selfishness, materialism and tribalism. Freedom from responsibility is one of the main goals of all elites. No matter the bad results from their splitting us away from the only thing that matters, they use propaganda and psyops to scramble information on the facts and results so that some of us stick with them for longer. This would be an impossible social contract among equals. But because we are lazy, and still fascinated with idols, chieftains, witchdoctors, the rich and kings as we were before reason split our brain at Sinai—we get sloppy about making sense of things.

Self-Responsibility is my contract with society where I accept reward and punishment for all that I do to raise quality of life for the tribe. Every citizen in every tribe agrees to this at least subconsciously. As such, we accept that others should not try to cover their losses on my end. Your responsibility with The Bank of Heaven is your own lesson plan with both your tribe and the universe. Mine is my lesson plan. At death, are all the bad things the evil person has done evaporated and forgotten so that the

social slate is wiped clean, likewise with victims and enemies, and are there no consequences carried forward, as with reparations? <u>This, as opposed to the Phase One animal side of the ledger where one tribe of animals gets into a war with another animal tribe, and neither tribe is mature enough yet to realize the mutual advantage in Phase Two human existence.</u> Of course there is carry over, and memory, since it would be insane not to, for us to keep track of who behaves like animals and who does not—since otherwise we cannot reach the Olie-Ollie-in-come-free moment to unite in one tribe and get down to business. We already know that DNA is damageable and repairable across generations.* So, Responsibility leaves both damage and benefit on the wellbeing of our kids. The Left rode into town on the trumpet flare of enlightenment and ending tribal division by doing harm, yet things keep getting *worse* for Western society. Look at the evil we now face from the elite on an industrial scale because of the zeitgeist of hating humanity. None of this is possible without the denial of responsibility by those who are responsible.

Responsibility makes the damage from crime come proportionately to me rather than the innocent bystander. Responsibility makes sure the innocent bystander gets their indirect dose in risk:benefit as an incentive to us all to do what is right. Independence and Self-Responsibility seal me into my own envelope so that our only *real* tool to help one another is through education about what is complete. The more any of us tries to "protect" the ignorant, the weak, the psychotic, and the innocent, by hiding from them the facts on purpose and interconnection, the more we all get bad results from good lessons imperfectly landed, and holistic Work that is skipped. In that case, we only reward what we don't want—ignorance, insanity, irresponsibility, psychosis, idleness because the individual did not interact with what they needed to experience, i.e. they did not lift their own weights, eat their own spinach nor convince people prejudiced against them that they were perfectly capable of carrying their own weight for the sake of the peerless event. Responsibility makes it so that each of us individually *must* see the perfect, and we *must* punish who is responsible for any violation for the sake of instruction if the lag times are too great to instruct, and we *must* teach what is holistic, for the sake of the best results

for us all, and to minimize mistakes and the use of coercion later. It is not noble to stand in the way of anyone learning, even the poor, although you may wish to make their suffering milder, as is your right, but never do it in trade for the holistic lessons remaining unlearned, so that children remain children, vulnerable to addiction, who will not make the most of their life experience at the cost of your own. Existence is brutally democratic. Feeling sorry for the hardship of people that they have brought on themselves by not realizing their own responsibilities helps them very little. You are getting in the way of their own accomplishments and triumphs that are part of the unsurpassed joy of living life to the fullest.

Self-Responsibility is the primary factor holding in check our inner demon, our inner primitive lone hunter, to stop us from jumping out and preying on people by taking them by surprise when they believe we are in the same tribe. Our innate radar recognizes that toying with responsibility proves insanity to us, that the person has no conscience, no shame, no sense of right and wrong, no sense of how the universe is framed. This failure to understand what is perfect shows us that this person is a child, or an animal, or stupid, or worse, for failing to understand the peerless worth of First, Do No Harm. Their ignorance plays games with our indivisible individuality. No one in their right mind does this, we know. No sociopath would play with their own responsibility, or their kid's, when they take a bribe to help themselves in their own tribe. Do they give the bribe to *you,* an outsider, who did not do the Work of help*? They* are responsible, and *they* will keep the reward for helping the tribe. If their child is admitted to Harvard on the basis of the kid's illustrious family name, will they give the spot to your child instead? The Left, in their current hate for human beings and the constructive impulse, which they think is criminal, the Left coddles criminals and grows an army of criminals by being soft on crime. Birds of a feather. But are they soft on responsibility for *your* crime? Did they pity the January 6th racists? Do they think their fury for January 6th should be aimed at Chelsea Clinton? Why not? What's wrong with a little faulty aim? If I am held responsible for Hunter Biden's manslaughter drunk driving charge, how does Hunter Biden learn to improve this world? . . . If my Bank of Heaven account protects me from all of the stupid things other

people do with their health choices—why is this pattern not followed in corrupt society? Why do the elite get to try to dip into my account to bribe others? Why do the elite get to manipulate *my* health just because they take Pharma money? . . . Many of us are already lazy about our health and will do as little as we can to get by because we are satisfied with sustaining rather than thriving, especially when we have no education in thriving and how starting fresh with a proper education on thriving is actually easier than trying to play any kind of catchup. We go until the axle breaks largely because we do not realize how all-powerful the four cures are, and how far a little prevention goes, especially with body tuning.

All in, the quantum always takes *less effort and energy* because of this unfailing alignment of cosmic leverage. This value equation lies at the heart of joining a society in the first place. The best people, the most *human* people, in our group, whom Form has made more human than animal, *already* have a very good sense of the value equation in being human, and in being civilized. But these are the people psychosis will punish worst. Instead of trying to export the quantum reasons for American success, as Kennedy intended with the Peace Corps, psychosis would rather swamp the American boat rather than build out from it, than hold it up as a shining example of civilization, to let others discover *their* higher humanism in aligning with one tribe under creation. It is as if some of us *do not believe* all of us are capable of this self-obvious endgame. They act as if they would rather destroy genius rather than let it stand as an inspiration to us all to finally say goodbye to Phase One. . . . But sooner or later, the bribes and heart run out for this stressful, fake war built on hate. By design, the stress, the ugliness, the consequences break the spirit of the children of the crazy people. *Not the most crazy,* but the *less* crazy who are the support system that psychosis cannot live without. One by one, the less crazy drop away because war and serfdom are too morally hard to do all the time. Hate is too much work to sustain.

Another split from Self-Responsibility is the creed of a "noble poor." But the poor are no more excused from the flow than anyone else. Again, the twisted blow up this romance as soon as they take over. The noble poor get shot in the head faster than anyone by the Left. Are they not the target

of The Great Reset crowd now? Imagine if Gandhi or Martin Luther King had squared off against Stalin, Mao or Hitler or our Great Reset Crowd instead of two societies from the Western tradition. Gandhi and King would not have been celebrated—*they would have been disappeared.* Alinsky makes sure his organizers know that they have an advantage in American free society that they would not have in Red China or the Soviet Union*— just as we are losing our right to speak and protest in America today under Democrat control of the new police state. In America today, Gandhi, King, Mandela, they would have been hustled off in a bag never to get the pencil and paper for them to chastise the Caligula class. However, when psychotics rub out the early adopters, the messengers, for something better —they only put off the inevitable. Their crime is the "What happened to Sam?" phenomenon. All of us know when Sam disappears. We whisper about how he vanished off the face of the earth, and why. We subconsciously know why we are here, and why it is bad to kill us for no reason. The psychotics can't escape their responsibility for this heinous act. The tension only builds because there is no place else to go. Their *children* will hate them.

Marx wrote, "From each according to their abilities, to each according to their needs." But Selye, thriving and advantage blow this up. The rule is "To each according to the Life Well-Lived in service to creativity." To this we are all Responsible whether we like it or not, and we all know it on some level because it is intrinsic to the most exciting life experience.

Chapter Twenty-Three: Reason, Objectivity, Logic

After Self-Responsibility, Reason is the next logical construct needed to find the ideal and stick to it. Like Form itself, Reason is an essential structure of analysis and recognition to analyze the results always pointing in the same direction. Form is the pop-up book and Reason is the ability to see and decipher. Objectivity, Reason and Logic are ethical constructs in

that they are intrinsic to finding our way. They are the first things to go in addiction where they apply to the addicted individual's analysis of their own wellbeing. These tools are essential for seeing what happens to any stimuli that pass through the sleeve of our consciousness and conscience. Whatever made existence a circular holistic framework *made* Objectivity, Reason and Logic essential to it. Existence and these constructs are a lock and key underneath neurophysiology. No event can be appreciated for its worth without this rigid structure that frames seeing, reacting and learning, that frame us in a cocoon of mutual protection of elevated risk in any deviation from respecting everyone. Just as our world and existence would not exist without existence, nor would it be the ideal, rounded experience it is without this host of rigid structural forces that frame recognition, analysis and action. Every movement would lead to a suicide. Every mistake would lead to suffering and premature death just as it does now. We would "bump into" no end of disaster, literally, and there would be no exit strategy anywhere. *Hope* would be foolish. There would be no tangible exit from Man's Inhumanity to Man and no consistent reward for leaving it behind once and for all.

They are the basis by which any victim rationally calculates the who, what, when, why, where and how of their being cheated and how to find the only solution that does not backfire. Otherwise, they have no idea how rational and fair their claim is. The slave cannot learn they are a slave. The man outside the hut cannot remember what he is waiting for. Reason cuts away at the stress of unpredictability. Irrationality is the classic, unflinching sign of psychosis and addiction. Because of this unfailing neurophysiological "traction" in objectivity, Reason is the only thing that fixes any mess, unless by accident. Only people who hate us, or want to trick us, or stunt our growth, play games with Logic to block our path to Reason and Phase Two. Flipping the script on Reason is a key stress to pry up the tent flap and scramble our mind and make us attack one another instead of the Caligula class. So that the leopard can trick the wildebeest into hating other wildebeest and forget about the leopard. Even in wildebeest, this shrinking of the herd is a bad idea. But in humans, with our extra gear of genius, it is an *especially* pointless since wildebeest cannot

grow their own grass. Life is risk. Reason is the only way to perceive a stop-loss. And there is no reason not to trust Reason since it is the only way to see what we *could* lose, what we *are* losing, *why* we are losing, and *how* to fix the loss—by not seeing everyone and everything that is here. For this reason, the sane cannot help but see it as morally wrong to stand in the way of the facts that prove to us how to make the best use of our time. There is no other place to put our understanding.

    The more any elite establishment plays with information and lies to us about our wellbeing, the more the auxetic integrity of our psyche moves us to lose the trust and confidence that are the basis of society. More people every day on Left and Right do not trust those in charge because the emphasis today is to misdirect us and raise addiction.* Despite our superficial tribal submarines, we share enough humanity to recognize facts not adding up.* Psychosis is a one trick pony: It must *always* scramble information in order to impair reason. Logic, facts and evidence eternally sacred to The Life Well-Lived are not sacred to those addicted to predation and making lives less. The addicted lone hunter can only stay on top of us for as long as they can make a hash of Reason. Only Reason shows us the blissfully simple bipolar shape: Predation or perfection. In his book *The Wisdom of Sociopaths,* Kevin Dutton says most sociopaths will not turn to harm, thankfully, but it is interesting to see the top 10 fields that sociopaths gravitate toward,* and how these evolve over time since what the sociopath always wants is unquestioned authority like Democrats have today. As society evolves to give different groups unquestioned authority, the psychotics flow follow the ringing of the dinner bell to take advantage of our stupidity about tribalism. In the past, four of the top fields were medical fields and medical education, followed by CEO, academia, law, the clergy, politics and police. As we said earlier, by design, psychotics sniff one another's asses as they rise to the top, to recognize the opportunity they have if they want to take it. The little people down below can never rest easy until we all see a track record from sociopaths understanding the self-defeat of inter tribal warfare. The pain and frustration of failing to see what existence is for will itself incubate psychosis. We are constantly surprised and caught off guard by the artfulness of evil growing like weeds

under our feet because we never expect anyone to push the self-destruct button. Reason shows us that psychosis is a basic split of the psychological atom. Reason shows us that psychosis always argues the same lie: "Our problem is *those* people over there," rather than, "Our problem is psychosis impeding us from erecting a range of different flower beds of creation across the galaxy."

Marx, who was obviously a sociopath,* as was Mao, who believed clearing the world for Marxism would cost 70% of the world's population,* sneered at religion as the opium of the people. But the self-idolization and self-hate nihilism of death cult addiction make for a religion like no other if they shut off all facts that breadcrumb to the realization that self-destruction is the most wasteful thing we can do. There is no darker place for the human mind than to go where we shut off facts and reason. Consider the denial of chiropractic by the AMA and MIC, where the top actors had all the data they needed to see how chiropractic could contribute, yet they smothered it *even though it might have helped them and their own children with fatal health problems.* This is a startling finding, if true. For who among us would not do all we could to help our kids? It is enough that a smart lawyer is ignorant enough about his own diabetes to stop chiropractic care—but it is another thing for him to stop his *kid's* care. This is a level of inside-the-box-thinking that is startling, and yet most of us are *all* still capable of making the same mistake out of tribal allegiance, laziness, stupidity, psychosis, complacency and addiction. This is an inability to reason. Nearly all of us are capable of this kind of stupidity in some aspect of our lives. Part of The Life Well-Lived is to *stop* this from happening in any part of our lives. If psychotics and their lemmings will not budge on Reason, data, information and better methods to help us and *their own kids* realize the greatest gift ever given—why would they bend on these issues to help *you*? This irrational stupidity is a "wall," a partition in the mind, like no other. Without the open mind we have no other certain way to know if our tribe's Noble Center and Holistic Assumptions are in synch with what is. "Don't get too attached to your own ideas, lest you won't reject them in the face of better evidence," Carl Sagan said in his fifth point in his Bologna Detection Kit.* This is the mental discipline to always

keep the open mind no matter who's ox is being gored. Because, if we are wrong, it is always *our* ox. Reason tells us that, given this holistic circle we live in, our lives should be dedicated to the hierarchy of evidence. We can use our instincts too, but our instincts, as a rule of thumb, should always be biased toward the holistic endgame of Column B over Column A, of thriving for all, harm to none, for the optimal platform. Against an enemy that is categorically diabolical, manipulative and deceitful, nothing but the power of Reason can defeat it—especially with the head start that points to how our world is always better off with the full life experience of everyone.

Objectivity even shows us how to properly define "selfishness," "greed," "materialism," and "selflessness." If we are congruent, and aware of the turning point in what is gratuitous, then our "selfishness," "ambition," "greed," "drive for success," and even our wealth and profit, remain a perfectly healthy, sound balance that is as socially conscientious as anyone could ever ask. Nothing is really bad unless it is gratuitous. . . . The liberal parameters in the system are really quite remarkable, if not magical, if not perfect. Reason dislikes any talk about magic. And maybe one day we will be able to pierce the quantum scramble and play God and make slaves that are *not* robots, that are human, and happy. But how would that sabbotage make existence any less magical? And what more would we do with more power to create than what we already materially have—considering how human genius has given us the ability to rent or buy used? What could we improve upon besides removing psychosis? —But then, if we lose our way, how would we find our way back again without consequences? Even our life in Half Health is magical. It is so fulfilling that most of us feel no inclination to move beyond it except that we still have problems. The excitement of you in your seat watching the cinema would never be the same without the miraculous, without your Reason reminding you, assuring you, that it was magical, and that you could not only watch, but participate, and admission was *free*.

Chapter Twenty-Four: Truth

Form and Reason are rigid tools that see the perfection. Truth *is* the perfection. Truth is how every path leads home. The Truth is that what is best for us is perfectly conceived, and needs nothing more but that we know it's here, and it asks for the simplest things. It contains not a single trick, lie, trap or double cross, informational inconsistency, diminishing return or contradiction. There is nothing more we could ever want but the Truth. The Truth is that whatever you get is Fair, except accident. Accident, of course, can be bitterly unfair—although maybe our technology will soon get rid of a lot of "accident." The Truth is that whatever stress and injuries we encounter are only either accidental or the result of deviating, and the most costly deviations come from following the Pied Piper of psychosis down the primrose path. Even the most insane religious, political and spiritual cults give at least lip service to the idea of a Truth in a higher cohesion of togetherness, understanding and safety. The "worse" these cults are, the more they tell us that only a select few can "decide" or "interpret" or "see" what that truth is and report back to us. Those tribes think, "Our tribe *against* the world, to *save* the world!" But the Truth is that any kind of force, coercion or propaganda never works as well as education about the Truth. The Truth is always the path of least harm, the most thriving, and it is always the most pleasing argument the ear will ever hear.

Some of us may want to fight the Truth out of the stubborn insistence that psychosis isn't the single cause of everything bad. It may not be—but it is a distinction without a difference. Some may want to fight the Truth for nothing more than to show off, or to be contrary, or to keep room for "our" argument, for our next paper or book that nibbles at the edge of the crux of all meaning, purpose and method. Skepticism feels superior, more "intellectual" and impressive than putting cynicism aside and moving down the bench. This conceited superiority is how the Left took over and made violent pessimism against humankind the root of modern enlightenment. But even this conceit is hollow and blocked off by its lack of a limiting factor, as opposed to the Truth about harm to none, thriving for all, to better meet the unknown—which does not need a limiting factor. We

are *trapped* by that Truth, as if something loves us and wants us not to be stupid. And we are *still* better off in every measure pretending that this Truth is the truth. How can this not be True if we cannot find a soft spot or contradiction? The only possible weak spot is an uncertainty in the four focus principles methodology not adding up to remove risk and maximize opportunity. But this is easily proved when a cure-all begins working *instantly,* works *thoroughly,* and never *stops* working—so that *nothing* is easier to disprove. What could any of us possibly be afraid of? The Truth is that the peerless event requires only that we keep an open mind, keep the decency to live without predation, and keep the humility to scoot down the bench to become the indirect beneficiary of genius. The Truth is that's a pretty good deal. The Truth is you cannot find a better one. Isn't it the most stunning of miracles how cheap this price of admission is? It requires only a change of mind.

We may choose *not* to believe this Truth, but the Truth is intrinsic to what any sane person wants and what any tribe wants, except the psychotic tribe and any subordinates who keep on believing them that they are better off killing other tribes. This Truth *is* the measure of sanity. We may also argue against the world being made binary, because we want more complexity to keep arguing about, and to give the experts something to keep getting grant money for. But the Truth is that, whatever is going on in the substrate quantum world, *your* choice between good and evil, thriving and not, perfection or addiction, *is* binary with a lot of wiggle room left over for fun. The instrument is either in perfect tune or not. The Truth is the operating system will *never* alter in any direction because it *can't* be made any better to fully account for each piece. Why hurt your brother or sister when you don't have to, and you get holistically more if you don't, *and* better surprises? Why hurt another human when you can never be certain what you, and the future, are losing, through six degrees of separation? It is *worth* being humble toward this Truth. And all of this lives right next door to *nothingness*. Where *none of it* would be. Would you rather exist or not? Would you rather see all this or not? Thrive or not? And if you made existence, what purpose would you like existence to serve

more than this? If you want the happiness of appreciative company—what choice is there beyond this?

The Truth is that other people are put here for a higher purpose than for them to be *our* victim. The crotchety, incestuous, inbred elite and the lone hunter don't believe this, and they may never believe it. But they don't matter because of how badly they are outnumbered and surrounded. They don't want to see it. Like an animal in a cage, they react angrier the more you remind them of the potential goodness that is here locked in the soil. To deny any part of these Truths is to be the brat flying his bike off the cliff to disprove gravity. Even the most astute reality deniers jump out of the way of buses. These holistic sacrifices we make are a continuation of the sound social investments we make for our children. We are connected to their future by how much we today adhere to the perfect. We are cleaning the consciousness pond they will live in by identifying sociopathology and educating the human race about the folly of crime. We believe this with global warming and pollution, why not with the farm pond of moral pollution framed around creativity? Do we want them to live in a world with *more* inventions or fewer? With more or less spiritual, gaseous clutter? The Truth greatly uncomplicates our life. It frees us elegantly from the thrall of fools or those who's heart is not in the right place or those tricked by the swirl of their own addictions. The Truth, strangely, educates us more quickly, with less effort, than any alternative, partly because nothing is simpler, nothing costs less, and the unequaled results. The Truth is we are off to battle our own willpower to be completely whole, to keep the open mind, and to be the trustee of our own richest life experience. A lack of the Truth breeds rampant supremacy and pessimism because we think this system is flawed, and that *we* can do better with human imagination re-arranging the blocks or making new blocks.

Is the Truth that there is a rare, costly, exotic herb, or drug, that Pharma can add to our diet that offsets all of the importance of vegetables, of Less is More, of meditation and mindfulness, the simplicity of proper structure and tuning, and the right way to treat people? Will genius find that Golden Pill herb or drug that turns Twinkies into a 150-year lifespan of thriving appropriate to any age, so that cultivation means nothing, and you

can keep your slaves in the front yard again? Does it really seem Truthful that God, Nature, Life, Existence, the Universe, or Godness would screw the entire human race for lack of this single "magical" herb or pill that only Pharma can make, or that can only be found on that South Pacific island in two weeks of the rainy season when the moon hangs beside Sagittarius and is harvested only by barefoot virgin pixies and can only be bought from one supplier for a subscription of $300 a year that only the early adapters watching television at four in the morning can know about? Even if Capitalism and competition could mass produce such a Golden Pill or Golden Herb and bring down the cost—which is questionable until it is proven that any vacant lot can produce terrific wine—what other instance do we have where an herb or spice or drug outweighs the entire catalogue of how four simple steps tell us how to admire everything that is here? Will the Golden Pill or the silver elixir on Neptune defy the rule of everything in moderation? Ron Pero, in his extensive studies of epigenetics, found only one thing in the field of nutrition that, by itself, made an impressive epigenetic difference—the antioxidant of Cat's Claw extract. Antioxidants appear to have this effect. Pero found chiropractic did the same thing, it remained good at any dose.* The Truth is that every indicator from the vast trove of Column B research suggests that whatever made us has acted as if it does not want wellbeing made exclusive or proprietary, or a commodity to be withheld between brother and sister and sold for exorbitant profit. *If you want it nothing can stop you.* Except genius superior to your own.

The Truth is that perfection becomes harder to do over the longer time we split from it. Getting back to it can sometimes be hard to do at first, and personal habits can be hard to change especially after we have done a lot of damage to our body by not knowing the Truth. But the Truth is also, as any good doctor or trainer can help you prove to yourself, that the same four habits of prevention turn right around for cure to take on their own sense and cadence, rhythm and reward just like riding a bicycle. They are as easy to learn as our current set of beliefs and expectations—even easier because of the bottomless buffet rewards. And they are framed by the bliss response as an extra proof for the hesitant. The closer we get to "center" the more the reward, the pull, the bliss, the affirmation that *this* is better, that

this is *right*, gets stronger. Existence and Half Health would be astounding enough—but *perfection*? How could *every* marker for bliss line the shores of a river no one has ever mapped before? How can that which is "better" that animals self-select for among mates just happen to orient toward *that which is perfect?* How can that which is *not* perfect consistently hold a seductive slippery rim around it so that the line between perfect and the anti-perfect is that much easier to delineate, in time? How do we explain that which is scientifically divine first *arising* out of nothingness, and then *holding serve* out of nothingness? It is as improbable and Divine that we *have* the capability for perfection that it is as improbable and Divine that we are *made* with a radar to consistently find it. Even if we were to kowtow to the existentialists to agree that chance and randomness made all this stuff—it still doesn't diminish the way the divine crushes every factor in human scale for the peerless event as if each and every one of us mattered. How is this existential self-selection possible, when, in fact, for example, among humans, chiropractors are self-selected *against* in their tribe because of how tribal authority mocked them, and because they have this weird name, and this outside-the-box certainty that Life is more linear and predictable than anyone else believes it is? They are selected against *because they are a threat to the tribal status quo.* Even when chiropractors explain this relationship to the public in their offices, the idea is attractive but contradicts normal experience because by far most people are satisfied with sustaining and do not want to do anything more than what they are already doing for their health, and because our social infrastructure makes chiropractic hard to find or purchase or to get to a chiropractic office.

But the path becomes so natural and self-rewarding that falling off becomes the harder thing to do. Particularly if we teach the Moral Food Pyramid, Periodic Table of Human Existence at school so that we learn how even the slightest deviation counts. If we did this with the same militarist conviction that the Left teaches panic, pessimism and supremacy the job would be over in a month. But we would patiently teach with alternative points of view, since any alternate to the perfect method affirms its own failure, in time. There is nothing beyond harm to none, thriving for all, except the unknown. Even if there was—how would we be best equipped

to meet it? This is what lies at the end of the Era of Enemies. Perhaps the end of the road is our learning that energy transfer can occur without killing or disturbing *anything* in order to exist with the smallest footprint? To get the most of more for less and less is more. Is this the Come to Jesus moment for all of us? Is this why space visitors, if they exist, leave us alone, because they have already been up this track and they know each step is inevitable until it is learned because there is no other evolutionary path wherever individuals exist, since individuals will always be advantaged by strength in numbers and the harmonics of greater creativity—and thus the moral system is locked in stone? . . . There is a screw loose in the heads of people who think they have all the answers if their belief targets people rather than psychosis, so that open education about the syndrome of addiction is the answer rather than murder. If this Truth did *not* have a permanent place in our psyche—what is really worth doing?

Chapter Twenty-Five: Freedom

Freedom is another innate moral proof and necessary for Health. Freedom is an ideal in all ideas on Utopia. The Left believes we are *not* free now, and only after they purge us will we be set free. The West believes in Freedom for all as probably an essential piece for staggering forward in the dark of the tomb feeling for what is better. For, without Freedom, Life is not worthwhile. Freedom shows us that we can have a conversation about any topic on what raises quality of life and what doesn't. *Why* are there ever limits on free speech when Life and risk can be as surprising as they are? And when the facts are as concentric as they are around the same essential truths that do no harm to *any* person except to the ego of those who must move down the bench for genius? How can we improve our circumstances without free conversation and information for comparison since our wellbeing is *entirely* hooked into the evidence of what is real? What about the peerless event requires secrecy or torture or purges or restrictions on Freedom to find it? You find it by following your instincts and logic and

evidence toward a path where you hurt or steal from no one, and all roads lead to Rome, and if you are Free to look you will find it, in time. The only time Freedom should be violated is in education when the addict, the stupid and the psychotic waste their own time, and are willing to harm flow. You only need secrecy or entrapment when you are going to sneak up and hurt someone; to cheat them of the life experience guarded by survival reflexes and our two instincts. The entire beauty of the holistic system is the simplicity that defies being hidden. So—who would ever stop us from having any such conversation when each of us is a watchdog for their own protection, and the protection of all others, and all of our interests are mutual except where genius makes us shift?

Freedom also shows every animal that the door is open for escape if things go south. The more things don't feel "okay" the more we don't like the door being shut behind us. We know that anyone intending to do us harm is going to have to trick us, to take us by surprise, against our will, or by capturing us, overpowering us, so that suddenly we can't fight back and escape, because *all* of our survival reflexes will never let this happen since we are imprinted with the ideal of Phase Two where all can be had without harm to any. If we live in congruence there is never any wise or moral reason that we should *ever* be punished, controlled, belittled or stunted. We do not like Marxist Berlin Walls built to coral us like a dairy cow pinched into a stall so that the Epsteins can milk us any way they like. We see no reason to live like a rat tortured in a mean kid's shoebox. Good people accept that war in the Era of Enemies can require strict limitations of Freedom to stop bad people from taking over. The trick this time has been for psychopaths to take advantage of our misunderstanding about addiction to hide how they are addicting us all to their rule. Only psychosis runs a society based not on Freedom, but on fear, addiction and the tribalism of division. Fear must reign over Freedom because of the obvious, so psychosis *must* trick us to get us to put down our guard or look the other way. The elite *must* hide, and *cannot* be truly Free, and become more incestuous, internecine, stale, toxic, defensive, self-fixed, unimaginative and corrupt. The system is stacked so that the slipperiness *entices* the elites to abuse their power in ways that *no one in their right mind will tolerate.* Since

we are all imprinted with Phase Two, how many more rules do we need beyond 1) don't steal, 2) don't hurt, 3) pursue genius, and 4) move down the bench? We are Free to do anything else. We already play by these rules in our own tribe. So we ask ourselves, who are we harming by living? By *trying* to find out how to live better? Who would slow down this process? Don't my authoritarians know that I might be a major or minor genius, or a genius tomorrow, or the mother or father of a genius, or the helper of genius, who might change the course of the world if I have the information I need to know what's wrong? You and I as equals can *never* kill one another's Freedom. We'd kill each other. Yet we will accept this stress from above, up to a point, and if its for the right cause. Likewise, you and I have the free will to try *any* solution we want—but only one ever fits the puzzle and is *positively* addictive as opposed to *negatively* addictive.

    If an elite ever tries to force their idea of holism down my throat why would they ever stop me from seeing the information that proves they were right, or a little off target, and make things a little better? If the "leader" has missed some detail on raising quality of life—how is my finding that lone detail a bad thing to make life *that much* better? Isn't that missing detail *supposed* to be part of the answer? The only problem is the problem for their ego, but how much is my Freedom to make my life better supposed to suffer for their selfish ego? This Freedom to make our lives better within the moral confines of the tribe is basic to us. Matters are even morally better for us the more this Freedom of the individual to shift falls in line with the overarching goal of the tribe. The more this is the case the less stressed we are, the more productive we are, in the harmonics of creativity. This is our optimal orientation because the universe may continue to hold surprises good and bad that we must be open minded toward in order to find the best response as soon as possible and fund it across society, if needed. The biggest pot of money comes from holistic congruence just as does the lowest probabilities of anything major going wrong. Our instinct for the unique security and opportunity in Freedom makes us seek the strength in numbers of society in order that we feel *more* free (in human ways) not less free. For society, we willingly trade *some* freedoms (the Phase One freedoms of the lone hunter) for the Phase Two

human freedoms of a more sophisticated society with vastly greater rewards in less is more. We trade animal for human. We trade Column A for Column B. We open up. We bloom. We become sturdy by lifting our own weights, and facing our own restrictions. Monsters limit our Freedom like a surgeon pinning down the subject to force chaos into order, for the fun of it, or because they are so stressed that they have slipped into a tunnel of panicked pessimism because they do not see how existence works. Psychosis trash compacts the barbaric disorder into the civilized, which cannot be done without locking the animal down to stop it from squirming away, or by convincing children that only this way is the path to a better world. By removing Freedom, this signals that our meritocracy, our medium of exchange, has been switched from creativity to damage. But not even animals want to live like animals in Phase One if they sense the risks of being on the losing end of the stick.

With Freedom, people vote with their feet to get away from the animal. Sacking Freedom brings an explosion of victims trying to escape, and so Berlin Walls need to be built—Berlin Walls that are physical *and* psychological. The key to stealing Freedom is seen in Alinsky's *Rules for Radicals.* It lies in charisma, communication, networking through solid friendships, organization, manipulating people, promising them anything, refusing to accept reasonable compromise and negotiation, appealing to their desire to get more for less, the appeal to their noble center and holistic assumption that *of course* they are good people on the side of right, and the other side is bad, that all the angels are on *our* side and all the devils on the other.* Through all of these frenetic lies of division, the devil in us, the psychotic, rears its ugly head and offers back the syndrome of addiction that Freedom will make us want to get away from. For psychosis to take over like this, the media and entertainment *must* be subverted, as Yuri Beshmanov explains, to think itself so awful, since no society that understands subversion that doesn't want to be subverted can be subverted. The nation alert to subversion looks out for the single telltale tip —*our society is awful and we can only improve the world by hurting people.* The only way to block the spread of this psychosis is through the full implementation of the holistic lifestyle and train of thought, and

inoculating the young in school so that they see their life is their own. Then people understand how Haves and Have Nots are created, and how to lower "want" and stress until they become meaningless—although *need* is a muscle, and how weak do we want to make it? The universe is probably dotted with gardens and flower beds of different creativity that evolve, complicate, and seek their origin, and maybe eventually they all come home as a family. It is self-evident that Free thought and Freedom serve this end faster than any alternative.

We enjoy the fruits of genius more when we are Free to share them with the rest of us, while Freedom also provides yet again the most efficient, liveliest, immediate construct for spreading the wealth *and* the fruits of genius far and wide to lift all boats. To whatever extent we want to give the products of genius away for free to the poor we are free to do so. But hasn't economic Game Theory already found that there is a limit to "free" imposed by people having better things to do than to fix *your* problems? What is the incentive for restocking the shelves if the same lazy dullards at the end of the line keep getting all the free stuff you and I have made only because they are manipulated into a political bloc by a new breed of elites? The entire atmosphere of society changes when thugs leer down at us daring us to confront their addicts. How about *you* go to the head of the line and make stuff and *I'll* sit at the back getting stuff for free. All of this militant jockeying is a distraction. We need Freedom to decide quickly amongst ourselves who is helping creation and who is not.

Freedom provides the best way to reimburse and incentivize genius. Genius may not otherwise reliably respond because of the effort, risk and cost involved for going into areas no one has ever gone before, where the genius might be the only true expert in this new field in the entire world. The risks can be tremendous. Freedom is a moment-by-moment essential to keep the genius machine entire abreast of its own imaginings. Nothing else is optimal. We *know* this is right because the goal of all modern Utopias is to liberate creativity. Our instincts are built around this rightfully obstinate view because we believe no one minds our affairs better than we do. No one else has as much at stake in *our* lives as we do. We are an army of nanobots in this way, watching the faithful implementation of the perfect

by feel and instinct and result. For us, as stress and losses mount, if there *is* such an uber genius who can mind the affairs of all the billions of us better than we can at once, we insist that no one is a better judge of that person's ability than *we* are, on an ongoing basis. Like selecting a stock portfolio manager. Psychosis in our Great Reset crowd, from example, wants to be our fund manager while we are never free to see the monthly reports on their work. They will kill us if we even ask. The more any nation is psychotic the less it has a stock market, because the more it is a thievery nation where the lunatics can steal anything they want because you have no Freedom to stop them, or even find out. Freedom is removed so that you *have* no citizenship; you are chattel. They make you chattel the more you question authority and election results. You are a citizen, you enjoy life, as much as you have political connections that keep you and your investment safe. As Ryan Cole has noted, "There is always scientific consensus—when you censor and punish those who disagree." Is this a distraction? What happens to the pace of the creative push? Our survival reflexes make us want the Freedom to reject any fund manager who seeks to micromanage our lives away from how *they* ensure their own profit in spite of how much they foul the push.

The unknown can come from any direction at any time in any shape, as if it was the doppelgänger of genius. Freedom gives us maximum defense against the dark side of life. Our quantum tie to Freedom is such that, as we said, the oligarchs can never take away one another's freedom, as in the Epstein case. That violation of tribalism makes enemies. *No* tribe dares withdraw any member's freedom without serious cause. The double standard in freedom for Epstein's Caligula class would *never* be acceptable if it were widely known or not tied to how we are cowed by our superiors because of the lingering sociological hierarchical box. The rise of the Leftist elites is solely by way of bait and switch, boiled frog, tribalism, Ecclesiastes 9:16, psyops, propaganda and any other deceit starting with their claim that they are doing all of this for the Have Nots, for wages, worker comp and better healthcare. Only by hiding Free access to information has the American government come to stand for *nothing* now but the depravity that envelopes the Epstein murder. In the Eisenhower era we were just on

the verge of ending the Era of Enemies in the free world. Eisenhower had a sixty-five percent approval rating.* Kennedy had a seventy percent approval rating.* Nixon won 520 electoral votes to George McGovern's 17 in 1972. Reagan for his second term won 49 states except for Mondale's home state of Minnesota. Ike signed the 1957 and the 1960 Civil Rights Acts with zero Democrat Party support*, including all of the Kennedys, who knew they could not win Southern Democrat support if they helped. What has happened since will probably be judged by history as an example of "imagining enemies where none truly exist."

Only pessimism could displace the hard-won American and Western optimism that guaranteed Freedom for its unique marketplace of ideas. Pessimism *is* supremacist. It looks down at the naivety and immaturity of the other side. Like the older child snickering at the younger child still believing in Santa Claus. Supremacy, ego and diminishing the other side are sneeringly infectious, simple-minded, addictive. Anyone who has lived in Washington DC knows the town is built on it. The hubris of pessimism crushes the humility of patience and study. Add the temptation of more pleasure than a young brain can handle and you have a recipe for disaster in a cocktail of addictions that are all but impossible to get ahead of in a naive free society that *still* has its pants down about the absolute evil of psychosis and the power of its propaganda in a vacuum that live *only* to destroy the perfect. Crime and destruction become the coin of the realm, not genius. The human reflex to reject this is so entire that the killing of the holistic view *must* be total: Institutions are captured so that the Freedom to call out insanity is blown up at the stump. Today, the only "creativity" allowed in arts and entertainment is that which lauds Marxism, i.e. the elite must control *everything.* All of this mocks Freedom.

The Dunning-Kruger effect is a psychological trap where the more stupid and incompetent a person is the more they can think that what you have you stole from them. The stupider they are the more they believe they are entitled to what you have. Dunning-Kruger plays an important part in psychosis. The ease of Dunning-Kruger sets up nicely for addiction. Dunning-Kruger, laziness, stupidity, incompetence, psychosis, bad luck, addictions, poverty—they are nitroglycerin to society because of the

natural resentments we can feel for those who have more than we do. Dunning-Kruger helps turn the psychotic crank the more we ignore the honest role of genius. Humility and personal connection become critical to alleviating the slippery slope of Dunning-Kruger and radicalism. Most of us are going to be helpers. *We do not deserve to get the same rewards as the genius, or complex genius will not respond and take on the risks, and the resistance that may defeat it.* Then, in accord with Balance, the Haves *must not steal and injure the Have Nots, i.e.* Less is More. Be generous for the sake of better long term relations. Be an honest broker. Set up a reputation as an honest broker so that new geniuses seek to do business with you. Be compassionate for the sake of encouraging genius. *How much money do you need?* Do you want to be rich or to be loved? Rich people can be loved too. But whom do you want to love you—the monsters or the good people? The phrase "history will judge" refers to only the one medium. Freedom is an investment in stability because it alone satisfies our yearning for the push. As Alinsky shows, psychosis is always sniffing around for trouble to exploit via envy.* Envy addicts through ease—"They don't deserve more than me!" But if their invention improves the world—they *do*.

The downfall of America shows that even a free society must remain vigilant about sniffing out psychosis and meeting it out in the wide open, to demand that it explain itself publicly and prove itself by superior results instead of lurking in the dark, souring kids against their parents. Psychosis should be out-argued and *forced* to heel in the public square, and mocked, just as psychosis forces normality to heel when it flips the script for as long as it can. The difference is the orientation of all facts, and First, Do No Harm based on genius, not on deceit. American society was subverted, as Alinsky says, because *they never had an answer for what the Left.** America was doomed to fail because she could not answer the shit-starters as soon as they started their shit, and explained the Free meritocracy, the inevitable meritocracy, is one of genius—where those closest to genius are the most well to do, and the farthest are the poorest. There is no alternative. Good government survives by doing *all it can* to help the public push, and opens the books wide so that the people can see nothing more can be done for them, it is up to the individual to fit in. And then good government says,

"What more can I do? Use your genius. Tell us all—and we will all do it." This is how any leaders become as rich as the public will accept, and as loved as the people wish. Unfortunately for America and the West, we didn't understand how propaganda and psyops works enough to watch out. We didn't know enough about health to know that corporations gone astray would try to make us sicker to sell us more, and that the stress would mushroom inside us even into pathological blooms of social consciousness, yet opening the door wider to psychosis, that could infect parts of the farm pond tied into leadership itself. The Left, with its intellectual and humanitarian bent, had the benefit of input from top experts in sociology and psychology all along, as they tweaked the naive into fighting one another while the slick took over.

America was doomed to fall because no one has been down this road before, to see how psychosis can use humanism to bring down even a thriving democratic republic. Psychosis hit our weak spot—because we *had* a weak spot; we weren't in thriving enough. We have to understand *why* we thrive, and *why* it is linear and predictable as long as we respect that *everything* has its place in a perfect ecosystem. Only an educated society is vigilant enough not to be subverted. The health of every citizen is key to their freedom, the freedom to help seek tomorrow. Because America was not confident enough in her position, policies and outcomes, she did not insist on grand tours with massive exchanges between our two populations so that each side, West and Marxist, could see what the other side accomplished. Why *won't* the Left allow Free access to information? — Because everything it does clashes with the peerless event? Radicals cannot allow Freedom. Genius will do an end-run around them. Any open society should hold a national contest each year asking the population to come up with new ideas to make the operating system better. If they can't, good; if they can, good.

In the West today, as part of its lie, psychosis directs its terror against Freedom remotely so that plausible deniability is kept. Democrat leaders don't surround a Supreme Court Justice's house *themselves* to terrorize him. *They* don't shout threats, or shoot Congressman Steve Scalise in the gut. Merrick Garland and the DOJ don't push a button for Antifa and BLM to

show up for the carrot and stick technique to keep herding the sheep into the pen of chattel-hood. No. Psychosis has learned enough about human psychology to know that it must hang back and give the illusion that the "masses," the "people," are engaged in the mystique of human ascendance as they kidnap democracy for the Caligula class enforcing the ideal business models of the Big Four: Pharma, Big Food, Big Finance and Big Tech, with Big Education stripping the youth of any knowledge of the West's hard-won lessons in civics. The prejudice and diminishment of the Left's supremacy provides the blinkers to hide in plain sight how the few now run the whole show and how it is only most twisted tribalism that makes the little people think this is good for them. Now money from the public coffers is diverted to reinforce the bribery industrial complex, so that any whistleblower can now be sued for libel by one Leftist entity or another, and dragged into the deep waters of a big city with no change of venue possible against the *fait accompli*.

Who in the administrative class is untainted now from this treason against the human potential? Who will dare turn states evidence against an entire administrative strata that has no conscience—or is terrorized by a few superiors with no conscience? Freedom never stands for such a thing, in time. (Neither do envy and jealousy.) Freedom is always associated with finding and maintaining good, healthy prospects, as is shown by any animal warily sniffing at the bait inside a trap. The essential part of Freedom is information since there is never any doubt about the orientation of facts. Psychosis must restrict Freedom of information in order to sell a *constrained reality consensus* that cuts us short of the highest life experience. We are seduced by the idea of doing less than we must in order to be at our best, only because we lack a fuller picture on what Health entails. As a result we go along with violating the Freedom of others. We help violate what their optimal life experience *should* achieve.

The beauty of Freedom keeps giving, like all parts of existence done in the right way. Freedom is the only behavioral construct that will raise our prospects in the same adaptive, dynamic, open-ended way that our capabilities work. Our creative capabilities are so powerful as a collective driver of the toothpaste in the tube that only Freedom has the horsepower

to keep up. Only Freedom recruits the best from us while delivering the same open-ended incentives across society as much as we want to push them. In Freedom, we can work as little or as much as we want. There is no wrong answer in congruence where selflessness and selfishness converge. But don't ask for anything be given for free, out of step with raising quality of life. That is slavery and serfdom, unless volunteered. Only in Freedom, does even the unknown become something advantageous, a challenge, an opportunity, an open door, an invitation, a prompt, to make a fortune off something never conceived of by incentivizing yet another step forward, another breakthrough, at every turn, that the populace wants because its better. If the development *isn't* better—like kids on cell phones, then fix it. "Fixing" it always comes down to the four cure-alls.

Freedom is intrinsic for us to mimic life's push. . . . This level of magic requires all of us, the purest tuning. The more of us play the game the faster we go and the more fun in the journey. Before long our quality of life will be so high that money will come to mean far less and, with everyone trying their best for the fun of it, we may actually create and work entirely for the fun of it. But we are far from that level of existence yet because there are too many of us still who will take advantage of others, like psychotics, and not be honest with themselves about what they contribute. They alone screw up everything. In the meantime, money and profit are the perfect stand-in incentive while people get used to the idea of using their lives to do things constructive and cultivating, *if* we are able to be convinced to do it just for the fun of it—and others will *not* game the system. This seems unlikely unless we are well advanced beyond where we are. All of this flow and realization is hindered the more Freedom is blocked. The powerful role of Freedom and information is shown by how the Left kills us when we propose that they and their kids switch places with us: Instead of *you* lobotomizing me and my kids with your removal of my Freedom and information, to make us your ignorant dairy cows trapped in a stall, while you milk us for your obscene materialism, how about we take away *your* Freedom and lobotomize *you* to make you *our* happy dairy cows?

Not all people who disagree with us are evil sociopaths. There *are* stupid people stuck in their tribalist, Phase One reality consensus. Some

may succumb to scrambled thinking for a time but not deeply enough that they can't come back to their senses when they see themselves spend enough time on the short end of the stick. But when the deviation becomes gratuitous, either in length or dose, the stress on the "membrane" of the system punctures it and impurity enters the perfect, and the wound phenomenon moves to make the lesson stick. <u>The difference between stupid and malicious is that stupid does not see the deviation at first, whereas malicious knows better but does not give a damn.</u>

When any of us but the most disciplined (Form) start losing an argument where we do not want to be proven wrong, or to lose a material advantage, we can feel the temptation to lean away from reason and facts. We can be willing to go to the dark side away from holism where we can violate the facts even when on some level we realize we are hurting people because of our ego or that material advantage. The spouse caught cheating, the employee caught stealing, the NIH official who took a million from Pfizer to push the Covid vaccine—our guilt response kicks in. Depending on the person's "character," which is how faithfully we wish to live and think in line with the ideal, even at personal cost, they may twist and lie and destroy evidence as much as they can get away with, no matter how much it costs the rest of us. If this doesn't throw off the tribe then we care about these transgressions less. Being able to put our finger on the pulse of this transaction and to course correct for it at all times for what is best for us all, as we should be able to, is Freedom. This purpose lies at the center of the psyche. We do not have the Freedom to defy this without consequence, as we see in responsibility.

All but the best of us are susceptible to some temptation to cheat. The most important place not to cheat is in the common law. There may be an "air gap" between each of our skulls, but this "separation" does not matter to the victim, the enemy, we have made by cheating them. After all, there is the same sort of "air gap" between *all* particles or waves of the universe, as magnification proves. It still all moves as a unit, eventually. Are you *really* tempted to fit in some cheating in those gaps before the set shifts, as in owning a slave for a few weeks? The more educated we are about our purpose and how existence works the more accurately the set shifts

because we have less doubt about what is going on and what is going to happen. All of this is Freedom. You can do whatever you want but look out for the consequences. We have armies of people today in the West who are so scrambled and stressed in their thinking that they do not know where to start in assessing Justice, and oftentimes start in the middle of the sentence, as in the case of racism and ignoring the meritocracy of genius. Meanwhile psychosis lies about slights to get us riled up to hurt someone else's Freedom. This is the heart of depraved politics and economics. All of this undermines Freedom, which always has that added component of health. By stirring up people to seek revenge where none is warranted (because the peerless event has not been injured), this is stress that shows up in fight or flight and can't fit anywhere else. Freedom relates to this biological resting point like nothing else, and is inherent to everyone's feelings on the perfect, to anyone's ideas on Utopia. The peculiar case of thriving and serendipity removes *all* moral ambiguity as biological proofs show. Freedom is therefore always included in any idea about Utopia.

Chapter Twenty-Six: Earning, Consequences, Property Rights

John Locke, the founder of Western political thought, in his 1689 *Two Treatises of Government,* quoted scripture and Cicero to extract from Christian thinking the idea that at the heart of justice and government by consent lay inalienable rights, such as life, liberty and property. Included in property was the ownership of ones own person by themselves, including their own conscience, although Locke pointed out that we own ourselves jointly with the God who created us.* But Marxism is decidedly anti-property because it sees as a basic problem in "capitalism." Marxism has never been able to get around this constructive instinct because, even in Marxist Utopia, people are allowed some measure of commerce and enterprise in order to incentivize them to do *something* in the unending hippie flower child commune. However, the Chaucerian, quaint, agrarian economics that Marxism will allow has no capacity to keep up with more

WALLS-KAUFMANN - 252

sophisticated levels of genius that will have to be made illegal. However, if we are stupid enough to believe that the psychopaths won't want the bribes that these higher levels of genius are able to pay, then we are truly stupid, because *nothing* stops the psychotic from doing whatever they like. Lao Tzu as well was decidedly anti-property, anti-material.* But this is to close the door on the entire unknown pathway of genius, and this discovery of our capabilities, and understanding. Property and profit are *essential* for letting genius get the funding it needs to go where it will. Only in this way does genius have the freedom to do what it will. *Where* do we restrict liberty and *why* that our educated conscience wouldn't already do? It is entirely too much to ask. *We would live in darkness if we did.* Our knowledge base moves forward as a whole. We would have *none* of the affirmations of spirituality that we have or the means by which spirituality and materialism fuse into one *if we only play by the rules of respecting everyone*. We would have *none* of the insights about the body as a musical instrument that only came about because of the power of x-ray. The ancients knew *morally* what we are saying now, but the technological affirmation *only* came along because of materialism. To ask us not to be material is absurd. As we said earlier, poverty, barter and lone hunter barbarism cannot fuel genius where it wants and needs to go. Materialism, like guns, use of force, war, anger, selfishness, all of them have their holistic role in guarding the peerless event. It is materialism that launched a thousand ships, not Helen of Troy.

To Marxists, property is an extension of the greed and selfishness that they consider fundamentally toxic to the more authentic self they imagine we are meant to be. But as we said before: Property and capitalism are not the problem, it is always how psychosis scrambles *anything* that keeps showing up as the eternal problem. Our tribe takes away the liberty and stolen property of criminals for good reasons of moral instruction, as all tribes do. We are instructing them in how not to interfere with the process of the tribe. Marxism, too, only allows Freedom and property for everyone onboard at the top. Marxism simply claims that *all* property gathered under the old system is "stolen" through exploitation, and therefore they declare open season on all that exists, to pay off their army and keep their

army off their own backs. In Utopia, Marxism insists, people must be willing to do things for free, out of the goodness of our own hearts. But it is vastly easier to *pay* people for the goodness in their own hearts, *and* their genius, and he who has the most money is inarguably he who gave us the most. Or do we think it is easier to keep a central bank catalogue of all transactions to know who owes whom what? Just pay people! People may be stupid about what they want, but there is no doubt our money in a free society proves who we think raised our quality of life the most.

The thinking is, apparently, that if people do things for free, if we live in a more idyllic Chaucerian way, and if we wipe out the majority of the world's population, our problems will melt away because abnormal materialist *desire* will evaporate. Once again, our "desire" is our driver to get more for less, which ultimately falls in synch with the Less is More law of existence seen all around us. Besides, for the best results, we look to our exalted leaders to set the standard. Do we see our Caligula class giving up *their* material desires to rape, graze, predate and bribe? In Earning, if even the most devout totalitarian deniers of property rights, such as Stalin, Mao, the Castros, Tito, Pol Pot, Ho Chi Minh, Deng Xiao Ping, Xi Jing Ping, Robert Mugabe, Daniel Ortega, the three Kims, Soros, Rubinstein, Zuckerberg, Jobs, Bezos, Gates and on and on, are all hypocrites who cannot purge their own material reward for their "job well done"—then to Earning and materialism we owe thanks for shoving our nose into the closed moral circle of our existence. Here, again, by design, sociopaths are the least likely to want to set this tone, and to be *able* to do it, since they are the animal they are, and the wound mechanism only makes absolute power more toxically seductive. Hence, we only despise the animals more each day, by design. So, this is a lie that psychosis get rids of profit, acquisition, payment and property—since *nothing* should get rid of these things because of the Law of Fueling Genius, and because life is so much more fun with Christmas gifts. Look what happens when you steal the property of lunatics. *They will kill you for it.* Case in point, January 6th. Locke's focus on property, and the hypocrisy of Marxist elites, brings up a deeper layer of motivation that even Marxists believe in: A better way of describing "property" is the moral touchstone of Earning. No one argues

with the old axiom, "You reap what you sow," because it encapsulates the inevitable, undeniable, logical action of earning.

Earning cannot be tampered with, and no tribe tampers with it, as we examined earlier in Responsibility where the consequences of my actions are tied to me in a way that I cannot run from. This includes the coverup of Jeffrey Epstein because all of the elites believed he *earned* the right to rape, graze and predate by being in their class. Earning and its correspondents, reward and punishment, are the ways any tribe guides its members. We Earn based on how we serve the tribe. This is the "discipline" of an ordered tribal life. Marxists will take *your* property and privilege, but never try to take what *they* have earned for making the world a better place. The Left will play games with *your* earnings from the economy of genius, but never their own from their economy of politics. Innocence and Guilt are Earned the same way in all tribes. The only question is if the submarine is aimed to kill other submarines, and why. The Left tells us there are earned consequences to elections, for example, each time they supposedly win. Each time they win, they believe they have earned the right to force us to live as they see fit: 1) Only earnings from the political, elite economy are to be upheld, under threat of death. 2) We must all bow down before the big ticket items to re-arrange economics that the Left claims will save us, as if tomorrow's genius cannot solve global warming, or as if there isn't a trillion dollars of incentive for doing so already built into the mechanism. And 3) The "new" elite, and their kids, should get to stay on top forever no matter their record of incompetency.

Any social ecosystem we join, rock band, garden club, religious society, the Lower East Side Progressives, each group locks around all eleven logical constructs to determine what we earn. It is a shame the Left can't see past this peculiar anthropocidal stopoff they have arranged for us. We join a group for protection and advantage. You can't arbitrarily take away rights of group membership that a person has earned. As people join, or imprint, they give their allegiance to a group they assume is above all others in improving the world for *humans*, which may not include other tribes. Every group must have, and does have, this modular integrity for survival and action framed around earning. Because genius is built to

pursue projects of open-ended complexity, and invention is generally viewed positively, no society has seriously attacked the concept of property and earning, and Marxist guilt or Zen guilt will never dent our instinct for earning much because of the allure of shiny things, and the unknown, and for making life safer, more linear and predictable. Our imagination leads us toward elaboration and evolution to give the future a penumbra of being better, or closer to better, than what we have now. Maximum productivity from human imagination is only possible with appropriate reward. Forget cheap words from a materialist elite, show me *concretely* what you think of my genius and effort. Let others in society see the reward, and let it encourage them to give their best as well. There's no alternative. Attempting to rewrite the psyche or our DNA is already proving in genome research to default back to the perfect, as in recreating house pets, sterile mules, life extension bids, fruits and vegetables.

Earning can't change because perfection can't evolve anywhere else. Earning locks in proof. Earning locks us into the peerless event. The noblest Form of Earning is to raise the quality of life of the greatest number, for the greatest shared adventure. What else *should* we value the most? What we Earn is our own real-time feedback on our own value, to the tribe, to Life, to existence, as we touched on in Responsibility, because—the less I contribute, the less I teach—the more I earn a riskier, less fruitful holistic path, a path that definitely gives material advantages and understandings that remove me from the extremes of nature, although this holistic path might sometimes give me fewer material rewards I might win by crushing other's genius for my selfish gain. It is even in the interest for animals (lone hunters) to learn to be less predatory, less animal, more "human," in order to earn more clan bonds. Would animals live better too by being less predatory? Do animals eventually have the same evolutionary path available to them? Each of us can be instructed. Tomorrow is another day. It took 4.5 billion years for we humans to stand at the doorstep of Phase Two. Maybe in 200 billion more years *all* animals will ascend the same path we did to access existence without killing? Marxists can wake up any moment from their fixation on vengeance to realize its limitations. Early existence brings as much brutality as you Earn. Each of us at a seventh grade level of

education can be taught how Earning shows us the advantage in Less is More leading to serendipity.

Earning shows us that sustaining by itself is boring; it is not enough fun. The risks are too great. By laying a base of thriving for ourselves in our lives, we then can indulge ourselves in our favorite vices nearly as much as we did in our less perfect lives, and the stress-push goes more purely into hormetic effect so that there is, yet again, no comparison with where we are now compared to where we could be. Sustaining is great, but it doesn't hold a candle to perfection. The risks and stresses of sustaining and *not* knowing are off the charts, and not worth it, if our choice is between sustaining and thriving, knowing or not knowing, linearity and predictability or not. As if all this wasn't enough to convince us to do better, we are extra-motivated to go where Life wants by the shiny, pretty, material things we find fun, amusing, beautiful, inspiring, interesting, exciting, unusual, personal, nostalgic. Our existence is only more liberating when Form makes it so that many people find different things worthwhile and amusing at different times to try to Earn, to keep the wheel and the human psyche turning, as it must anyway, like a pump or peristaltic wave. What system could turn the wheel more effectively, and be more liberating, loving and interesting all at the same time, to give us all meaning and worth and purpose at the same time in such a serendipitous way? Take all the time you want. The value of anything boils down to how much it Earns for us in helping make the big wheel turn. Where else is the big wheel going to turn? *How* else would it turn? We can steal things we want, or get them by coercion and other animal ways, but we less efficiently motivate one another, we harm the confidence and trust that fill in the dots and smooth out the transactions that turn the wheel anyway. Shall we turn the wheel more purely or less purely? There is no holistic cure for our curiosity and our desire to see ahead, and our constructive impulse. Materialism and our curiosity, and desire to see ahead answered questions *behind* us, i.e. why we are built the way we are, and why we do everything we do. Scorning materialism because of sociopathology is already an obsolete argument since all normal people *already* disapprove of greed, selfishness, materialism and tribalism out of bounds with the holistic *because* of our two

basic instincts to survive and get more for less. Thereby, again, our greatest weapon to defeat animalism is to educate against it, to *forcibly* educate all of us early on, like Marxists want to, to warn us against being gratuitous about *anything*, materialist or not. Go ahead. Earn it. Enjoy it. But understand how and why you Earn anything, and expect to be crushed if you push against the wheel.

The psychotics always want to be the educators, they don't *want* to be educated. They want *you* to listen, they never listen. When they "listen," they only pretend to be listening so they can trick you into pulling your pants down. Their message never changes: *Someone* has to get hurt so that the world can progress. But in enlightenment, the only real damage is to ego, those who are not geniuses, and those who thought to play God. But most of us already live fine with that now. We are going along with our genius clumsily or imprecisely whether we like it or not.

Without keeping what you Earn, *everything* falls apart. *Nothing* is learnable, nothing is rational. We know this innately on some level. If we don't sense it then we learn it concretely from results. We realize it more the more anything or anyone disturbs the law. And so, earning, consequences, materialism and property rights have no chance of being blotted out of human consciousness or social expectations by even the most brutal punishment, as we see in the standing hypocrisy of Leftist elites in their contempt of the constructive instinct. Their hypocrisy on this score is the major reason we brood against them, as if by design. We all must Earn *something* because we are not gods and must eat, we must have fuel—part of that fuel is the variety in existence, the fun of existence, the interest in existence that all comes from a constructive instinct that makes us want to put a roof over our head against heavy storms. Why else would we participate? The lazy, sustaining side of our nature would take over and we would stop, sit, and pick our feet rather than push on to more interesting realizations and accomplishments. Our needs and interests are our fuel. Why does slime evolve to where it has needs and interests? There is little real point in sitting until the moment you see it all. Then, there is something to see, and feel. Sociopathology and Zen told us that property, prosperity, materialism, differences, needs and leaving the caves behind

was evil? That *some* genius was a problem, so that *all* of us were hypocrites while we tried to improve our lives? Or we could stand in meditation *all* the time, and partake of nothing else that is here? Meditation would fend off disease and pain for a longer time, but my teacher who was highly advanced had a marked angle in his lower back that eventually tortured him with tremendous pain. He suffered from geriatric scoliosis that could have been easily forestalled by a simple mechanical block that is impossible to know about without x-ray. How many more people could he have taught if he had lived better longer? By standing in meditation, and doing nothing else, he might never discover the reason for that pain—because even he was not living life to the fullest. That he could have done more to be at his best by understanding, and appreciating, more.

Money is simply a means of greater efficiency. With money, to buy a house for twenty pairs of shoes, as Aristotle said a house was worth,* one doesn't have to lug around the shoes. Thoreau built a house for $27.* What Marxists bitingly call "capitalism" is the medium of exchange that allows a more efficient push toward the unknown. It is only fouled by psychosis. You keep what you earn holistically, and let me keep what I earn. Let me hold what I earn in my own hands, let me handle my own affairs, as proof that I was here, that I am sturdy in my independence, that I did something *on my own* worthwhile not only for myself but for others limitlessly, and that I had the joy of doing it *with* others as well. The experience always did the best and never even touched on the bad, and every part of my life is part of the full experience and don't try to take any of it away or make less of it. My life, my earnings, are my own personal museum dedicated to the role I played in the flow, what I did, what I Earned and contributed to the Bank of Heaven. This is the request of the sane person who has every right to know that they lived, that they lived well, that they did more than mark their time, that they did no harm, and no one has the right to scrape away any part in order to make their own stack look bigger. Evil people want credit for *your* work as if the only person that matters is the star of the show. But where is the star of the show, like the genius, in the woods by themselves? Before theater was even invented by someone else? By stealing what *I* Earn, you diminish *my* life, *my* contribution, as if *you* are the only

child that matters, as if *some* positive contributions can or should be ignored.

Earning is the universal means by which we individuals show each other respect, and acknowledge our contribution, even our existence, the most precious thing we have. We all crave the reassurance that we have been here, that we meant something, that it isn't all a fantasy or dream, that we help roll the rock forward rather than back, and that we are connected to everything, especially our kids and the future. We know our time here is short enough that this acknowledgement should not be infringed. Waste *your* time and acknowledgment, not mine. I'd like to help while I'm here. I'd like to be on the right path while I'm here. Shall I really do anything else with my tools, my time? Should I really be seduced by any elite to believe I'm better off serving them, the few, rather than all? My existence is my all. My expectation to be paid for my time and learning falls completely in line with the entire holistic enterprise because I am made so that I cannot fuel myself on nothing, and I am also a creature who needs amusement, replenishment. When I insist on payment, then the value of what I produced is put to real-time test against other things with all the other needs and curiosities the human organism creates. Payment is how I am *assured* if I am wasting my time or not and should be doing something else that would be more worthwhile, in service better.

Maybe I am wasting my time doing things that do not raise quality of life? *Should I not know this? Who would ever be so callus as to try to stop me from knowing if I'm wasting my life?* Or, should they be *compassionate* in letting me go on fooling myself? Or, if I am obsessed with sex, drugs, idleness, liquor, or my idiotic tribal worldview—should people be "compassionate" about me deluding myself in fantasies that deviate from what genius discovers? *Who is this good for?* If I do not take my payment, then the thing in question remains untested. How does anything move forward without fuel? In Fueling, Earning, we agree that we have a need to incentivize one another for the game, the fun, the excitement, the thrill, the surprise, the mutual benefit, the amusement park ride, of solving problems, and seeing what is next. This holistic meritocracy of reward based on raising quality of life as we individuals see fit is unique for its breadth, scope, vibrancy and even its

WALLS-KAUFMANN - 260

forgiving nature since there are so many of us with so many different tastes. Our individual differences provide the optimum way to keep afloat as many enterprises as possible from which to learn, and gain, the most. This organic mechanism of Earning is like cloud funding, green lighting whatever strikes our fancy—and *every* problem is a billion dollar opportunity for genius. Only the construct of Earning grows to the maximum the populist bank account to back the greatest number of crazy ideas we will come up with in the silience of the organism unfolding. Many of these ideas will fail, costing trillions. But failure does not really matter as much as the trying, as long as everyone got fairly paid, because the money, the fuel, keeps flowing after the same end. Whether or not the perfection is understood, our two life instincts make each "failure" re-orient back to the beacon better than we did before.

Earning creates suction that draws forward the next item of genius, and also the demand that restocks the shelves and keeps us all constructively occupied. We can lament always having something to do, but really what else are you going to do? Genius and existence are both a perpetual motion machine—do you really want to get off, considering how easy it is? Again, take off work as much time as you want, and take any job you like as long as it is not in an economy of depravity—but life is already nothing but a lesson in selflessness. The less money we need for thriving the more money is left over for extravagances, like the things genius can invent. And the way that thriving comes abundantly for free from inside out should serve as an icon that hints to us how much energy we should put into genius. *What else are we going to do with our time?* What we should know by now about life is that it offers no end of reasons for optimism because it brings no end of surprises. There is no shame in being last because every hand helps. Each properly educated person becomes a happy molecule in the flow, with all of the basics easily covered—and if you still want for something more, then invent a way to get it. But go with a sense of proportion so that, if you *don't* get that thing extra you want, do not lose perspective on all the gifts you have been given, like thriving being one hundred percent controllable.

Earning and Work lock all of this in, to create a pulse in our lives, because stasis is impossible. Property is attacked by Democrats for their wanting 60% to 100% tax rates for *you*, but do you really think an oligarch will not make up on the back end what they think they are worth for their "wise" leadership? Where are the Marxist leaders who do not live materially like kings? Psychotics are addicted to materiality. Marxists call the rape of private ownership "the rich paying their fare share," because, they insist, we must "build roads." But after curing Half Health through education, what are high taxes for? Social welfare is necessary *because* we live at Half Health. High taxes and social welfare have only made our Half Health. Our Half Health breeds psychological half health. The "building roads" claim should be looked at historically for conflict and contrast with the holistic: America never even had an income tax in its three hundred-year history until 1913.* In 1904, Teddy Roosevelt inherited a $45,000 national surplus.* In the colonial period, there were only import and export taxes England imposed.* After 1776, there were some small import and export taxes and fees, and land sales by which the government raised money, and 80% of the federal budget went for the navy,* and after the Civil War the next largest portion went for veterans benefits.* For that three hundred year span, every road, railroad, bridge, port, shipyard, avenue, highway, turnpike, street, alley, street light, sidewalk, sewer system, fire station, police station, school, university, hospital and program for the poor was paid for without a penny of state or federal income taxes. All of this happened inside what was becoming the greatest, most powerful, most influential and most generous nation the world had ever seen because it best shackled elitism to stop it from hindering the genius machine. The entire Industrial Age is another shining example of all that human genius can build with barely a dollar in tax—since people already want more for less. By the time of the First World War, Americans were the tallest, most robust people who had ever walked in the modern era.* Europeans were shocked at the size of American soldiers when they landed in France.* The Germans unleashed their blitz in 1917 because they knew it was the last hurrah once the Americans came in.* The legislative talk in Washington in 1913 that convinced our leaders to agree to amend the Constitution to

allow our first federal income tax promised that the income tax would be aimed *only* at the super rich, the one percent, and that it would *never* exceed more than one percent of their income, and that it would *never* target the little people.* . . . Yet, look where we are today. All because we do not understand health and meaning, and we Earn what we deserve. Today, the states and cities with the least budgetary problems and social problems are Republican with the lowest unwise elitist interference. Leadership run amok on retail therapy earns a necrosis no one can hide, by design. As has been said, "What horrible fate awaits a people who lack the courage to admit their mistakes?"

The biggest mistake we make is to think that earning thriving is so hard. It is only hard because we are born ignorant and must put all the pieces together. The social end of it we already give to friends and fellow tribesmen. Even if we came close with the four focus principles and Full Health we would change the world. The power of refusing to harm anyone will wait on us forever. We can tap into it anytime. This is the stuck point, despite all proof and common sense. How long will it take to get past our reality consensus to let go of the animal in us? The ideal is fixed as the least difficult, least expensive choice, with the least argument blocking its path. All it ever takes is the knowledge and the will—and once learned it takes less will than anything else. Who isn't able to lend a hand, lift a bucket, plant a flower, for hire, or whatever else needs doing—and avoid the temptation to hurt a fellow tribesmen? To help is so easy that we have to *try* to stop it by, say, committing a crime, or by fiendishly hiding the information on the ooze coming out of Washington. Suddenly, it makes no sense to do something animal. Look at the low incidence of crime in Japan, China and India, the three most crowded nations on the planet. Is there no overcrowding or relative poverty in these nations? Something in the makeup of these people refrains from being animal. Being human is *easier* for them. Is it their racial homogeneity or genetics? Who cares? They show it is possible on a huge scale to do what we already do without thinking within our own tribe.

Earnings speed up the process of us leaving behind the caves of our common origin. We are rich beyond our dreams compared to where we

started at the caves. Great pots of money next to poverty, just like great pots of raw Epstein power over the powerless, only Earn pressure for change. Our spiritual side should not lose track of how our material side invented movable type printing* in 1440, and how publishing spurred the Renaissance. The world's exposure to T'ai Chi does not happen without the materialism that launched a thousand ships. Earning makes materialism as spiritual as anything else lying on the mountain of mistakes. What mistake should we remove from the stack because we did not learn from it? What mistake do we think we will make that we don't think we will learn from? None of this is ever learned without Earning. *Your* disapproval of another person's materialism is as much a part of the crank as anything else. We are all educable. We, in the West, move cautiously in part out of respect for the unknown, always with humility in an open mind for details we may not know, because of serendipity, and a reluctance to harm, given the hidden surprises in existence, and the power of education. Our methods are *always* an open book, because we sense that the world is ordered around that which is of interest to us all, and therefore that enlightenment's first stop is always at education, not murder. The only unknown is whether psychosis will yield or wants war, and how many will die while they deceive and enforce Half Health. Enlightenment is the sweetest argument ever heard. Cities grew uglier and depressing in the 1960s with Socialist Bau House architecture*, which is an extension of pessimism and the radical's idea that "the words of the profit are written on the subway walls."* But cities have grown more beautiful with better architecture, and this can happen without profligate spending, while we carefully preserve the past and our history, since charm can be found and cultivated in most anything if it is in keeping with the human soul. Progress does not require overspending; it requires taste, which, like anything, comes from a purer understanding of what existence is for. Graffiti, sloth, laziness and overspending are sure signs of Half Health. To earn is life and it *will not stop*.

Earning makes "help" not work unless it is holistic. Actor Jimmy Cagney said in his biography that the only reason he had his burning ambition to succeed was because of the awful poverty his fatherless family endured.* Nothing drives the human organism forward like need, want

and discomfort. So how much of this do we want to stop? Need and want are like a muscle—how weak do we want the muscle to be? In the locomotive of imagination, what is to hold back the caboose from branching off to become another locomotive at any moment? Each branching will require help. The train naturally fans out like the Big Bang organically. It would seem that invention is going to bring us to a baseline living standard of thriving faster than anything planned artificially where each of us has enough that we just have nothing left to complain about. We might already have arrived there except that we have entered this detour of pessimism, misanthropy, dark-ego-vehicle principle,* and dark addictive syndrome. Fulfilling everyone's "basic needs" has led since 1964 to our $35T national debt* and an oligarch kleptocracy. All of us are more toxic than ever, as proven by our dropping lifespan. Heinrich Harrer wrote of the public works project to build a damn the Dalai Lama agreed to for giving work to the beggars of Lhasa, and how, within three days, all of the beggars were back loafing in the streets begging again.* How much more advanced would we be today if psychosis and Half Health had not given us World War I, World War II, Marxism, Marxist genocide, Nazi genocide, Pharma and the corporate Visigoths <u>triangulating against us via the West's mature bribery industrial complex? Asia has a mature bribery industrial complex too, but their leaders care about their people. The East will see the sense of the body as a musical instrument in reaching Full Health, and they will implement it for their people out of national and cultural pride. The West will not. It has no national and cultural pride.</u>

<u>Fighting for the poor is one of our most powerful emotional instincts because we sense that our two basic drives cannot be satisfied without accounting for everyone.</u> We *know* we build a better society and reduce risk by helping the poor. Dickens's portrait of a miserly Scrooge is a bookend to today's misbegotten welfare system that breeds addiction. The "noble poor" are, in fact, at least in America, the most likely to make mistakes, and to need the most guidance and holistic supervision. The poor in America are groggy with addiction and often far more handicapped and self-involved than the poor in other nations. The "noble poor" will no more avoid their holistic earnings than anyone else. And should we make funds

available for the genius of the poor? Where do those funds trickle down from best if not, again, from our purity of the pursuit of creation? If the Left ran Treasury printers to white hot and made every person in America a billionaire, who would make the hamburgers? If everyone is rich no one is rich. If there is no need—who will do anything? If everyone is a billionaire, nothing gets done until someone has an incentive, a need, to do anything. "Need" only stems from genius creating a vacuum. There *must* be contrast, peristalsis. There *must* be need. The question is how do we react toward need, which is subjective according to class and history. The Left wants no more quality of life need, it only wants political need. You should only breathe when politically told to to protect their elite. Material and quality of life needs, in their opinion, should be wiped out. But quality of life needs and genius got us to leave the caves. How far back to the caves should we go? Only the Leftist elites are ever sure, and the answer is always the same: —More power, more division, more confusion about how we have already broken the Epstein barrier.

No one wants to go back to the caves except for overnights at Burning Man. And there is a billion dollars in the primitive resort idea to take families back for a World of Chaucer, World of Su Zhou Canals. How far back along the timeline should we stick ourselves for the sake of punishing our desire for ease? You go first. And remember it will cost you the life of someone you love if you put the marker before ambulances, wheels, ERs, microsurgery for accidents and chiropractic waking people up out of comas.* Sidgwick noted how no one wants to trade places with someone with a lower IQ,* even in the most romantic *Flowers for Algernon* scenario.* The same holds true for our living standard. None of us want a lower IQ, and none of us want a lower living standard any more than any of us want reduced privilege for how much we, in our opinion, improve the world. Surveys show that even young people indoctrinated on the specter of global warming are as unwilling to give up any of their comforts as our elites.* But tribalism in Socialist indoctrination has convinced them that *they* will sit with the Left at the head table with the benefit of a double standard in the law for "doing the right thing." In order to keep the golden handcuffs for the administrative and police state, our elite have already

said their type will not suffer.* As the old saying says about Washington since the 1960s, "People come to DC to do good, and stay to do well." But the history of sociopaths shows that psychotics show the least tribal loyalty of anyone. They will throw *anyone* overboard to save themselves.

The new Fascists have us neatly bracketed now by having indoctrinated every generation since the 1960s with racism, global warming and plastics in the ocean. A lucky sliver of the One Percent will now manipulate this indoctrination and broker human genius to keep us "safe." Our future in the hands of the same people who took all the bribes for the Fentanyl and Covid Massacres, and legalized pot, legalized gambling, legalized theft from the middle class through nursing homes, to whom life is cheap. Just bribe Washington and get away with murder. The censorship industrial complex that holds this global cruelty in place mentions nothing about how the rise of global temperature of 0.1% corresponds with the 0.1% increase in sunspot activity since 1800.* Second, only the Yucatán asteroid 60 million years ago *made* our planet cold enough to have polar ice caps, and ice ages, and our planet has been warming since then, healing as if from a bullet wound, raising temperatures to the higher set point* relative to our distance from the sun, where we had no polar ice caps for 4.453B years. In other words, we aren't *supposed* to have real cold, ice ages, and polar ice caps, and we have only had them for 1/64th of Earth's lifespan, and we are on our way to get rid of them again. Third, the specific gravity of $CO_2$ is 42, whereas the specific gravity of oxygen and nitrogen in our atmosphere is 25, which means that a heavier material cannot "float" on the atmosphere of lighter elements to create the tent of the greenhouse gases anymore than an anvil can float on water.* Fourth, $CO_2$ makes up 0.8% of our atmospheric gases. Fifth, there are two greenhouse gases, $CO_2$ and water vapor, with $CO_2$ contributing 3% of warming effect, and water vapor contributing 97%.* The more "greenhouse gases" we have the more temperature ranges are *restricted*, not widened, as seen in the moon where daily temperatures range 500 each day because the moon has no greenhouse gases. Fifth, $CO_2$ is the lifeblood of plant life, and is cycled between atmosphere, life and ground in a nonstop cycle just like water, and any "more" $CO_2$ make weather patterns more conservative not

more radical. If anything, greenhouse gas function would seem to add itself to the list of factors *encouraging* human imagination, like hormetic effect, not making us fear our own shadow. And if global warming is real, nuclear solves it, and hormetic effect greatly lessens any fears about radiation. As so many critics have pointed out, the actions of the psychotics on top don't spell out concern, they spell out the extinction of genius for their own security. The level of corruption is a cesspool of deceit.

Everyone not on the Left knows that without Earning we have slavery. Washington and Jefferson told us the slave system was a waste of time, not worth the expense, arguing against it *practically* as much as *conscientiously* to put the final period on the matter. Slavery, poverty and barter cannot keep up with genius. Washington came to detest slavery and freed all of his personal slaves for these reasons.* Jefferson stood ready to as well, but fell down on the job. For this the Left vilifies the American founders who set the table for the greatest balance of power between elite and populist the world has ever seen with the track record to prove the unique value of the change. Why not dismiss Gandhi and MLK because they had bad breath or athlete's foot? As Alinsky noted, no one is perfect. We can mock anyone to death,* but to what end?

Only one method purely defines money "honestly" earned. Melinda French Gates admitted in her Giving Pledge* letter to the Bill & Melinda Gates Foundation that: "I recognize the absurdity of so much wealth being concentrated in the hands of one person, and I believe the only responsible thing to do with a fortune this size is *give it away* [emphasis added]—as thoughtfully and impactfully as possible."* Her sentiments are quite posh, and show how deeply our misconception about creation has set in. But "her" fortune is no different from all other money and all the water in the world—it exists *only* to shape action around purer creation. How much is the gallon of water in my body ever really "mine"? "My"water traffics into me and out of me ultimately only for one end, in a never ending loop just like "my" money does, and Melinda's. Melinda and I both have the money we do based on the human race's opinion of how much we each attend to one goal, to understand, to raise quality of life, to achieve Full Health for all, based on current knowledge. If the human race is "wrong" this is only

"fixed" by education, which is best served with information, not coercion, since there really is no fighting about what we all want most, and how to have the most fun. Remember the famous remark of US Patent Office Director Johnson in 1890 saying every invention worthwhile had been invented.* It is probably the standard mindset of every era in history that we believe 90% of the world has been mapped out, as in the case of Pharma trying to make us believe that we are *almost* "there" discovering a drug cure for cancer. . . . Finding an end to knowledge and discovery—even after we become the most perfect vessel for the pursuit of this discovery—will likely never end because we are not God. God will probably always keep something up his sleeve for us. Earning is like a perpetual motion machine turning the pedals of a bike for a creature who has quite a ways to go to see more of existence to realize what a good deal he has.

While many of us think we will never have peace on earth unless everyone can Earn a Ferrari, a Ferrari is not a Ferrari if everyone has one. Again, desire and materialism become the perfect spur to open into the most spiritual understanding. They are *not* enemies. Should Ferrari not exist because not everyone can have one? That is the glass half-empty logic of psycopathy and pessimism. Should all big fat diamonds in museums be smashed for the same reason that most of us can never Earn one? What about all the other beautiful one-off objects in museums? There is also the burden of ownership and there are also businesses that rent you a Ferrari at an easily affordable price so that you do *not* have the burden of ownership and the worry of getting it scratched. Boat owners often realize that they spend more time on the water when they rent boats than when they own boats.* All of this is our allegiance to pure creativity coming to the rescue to reward us for the better adventure, the better life, when we First, Do No Harm to the system already here. Genius could be busily solving our taste for material things without a shot being fired.

Chapter Twenty-Seven: Efficiency and Compassion

Efficiency is primal evidence of Life, existence, health, thriving and perfection. Efficiency is one of the striking essentials by which any living thing or system oil-versus-water repels chaos and entropy to the outside of its envelope. Whatmore and Kohi, in their 1967 Nobel paper, described the first domino to fall in pathology as "dysponesis," which means inefficiency. A hallmark of thriving Life is its perfect efficiency, or so close to the mark that bounded instability arguably makes no difference. Every stress beyond hormesis probably brings enough inefficiency that then improves or worsens in relation to stress:benefit and genetics. Inefficiency is the red flag that something is "off," that things are sub par. After all, with merely a *thought* Life gets a job done, moving smoothly and precisely out of the medium of consciousness to make *all* material belonging to the organism to follow its lead. How can anything be more efficient than that? We stand in permanent subconscious awe for this effortless ability that we see shown everywhere around us. Given the spark of consciousness—the task is performed with *perfect efficiency* as far as we can tell. It is against this standard that we eventually compare everything.

The healthier we are, the more any system enjoys Full Health, the more efficiently any adversity or stress is smashed into a positive. Any inefficiency becomes only more annoying because some element is out of touch, makes no sense, is ineffective, shows a lag, is a waste, is a threat, or doesn't get the job done, causing unwanted costs, consequences, leaving something incomplete, imperfect, irritating, in jeopardy. We can't help but feel that we should be doing or seeing something "better" than this inefficient state. The Constitution should have had an amendment mentioning that we have the inalienable right of efficient movement and efficient action that poor leaders *cannot* interfere with. *Interference against the creative action breeds revolution.* It is inefficient. The entire green campaign by which our corrupt elite intend to capture complete control of our breathing will be untenable because of how unfair life will be, how inefficient life will become compared to theirs. All of this split from the creative event alerts us to the doppelgänger of our mission in life.

Waste and inefficiency *are* death. They detract from Full Health. They create deficits that could be fatal if we are at Half Health and a big gust of

stress comes along. There is no waste in Full Health. Everything is perfectly managed, perfectly ordered, and makes sense in every way for the bigger picture, just like people settling into a rail car for the most fantastic journey, at least in human scale. The medical definition of health comes from the mechanist school. It is: "The absence of symptoms." But we can be at Half Health and below and not have symptoms. The better definition of health comes from complexity science and vitalism that every chiropractor knows: "Health is 100% function of all organs and tissues." Or, even better, health is 100% bodily efficiency imitating how existence smashes all adversity into the efficiency of optimal creativity.

Our desire for efficiency makes us want to see patterns in how things work. This is fine so long as we are rational and our "rationality" reflects the moral perfection in the Order of things. Any deviation from this proves to be a mistake, making us vulnerable to heuristics, cognitive bias, observation bias, wishful thinking and confirmation bias that would allow us to benefit materially at the holistic expense of others in the flow. We want ease, answers, reliable circuits, and clean approaches so badly that we may even tend toward wishful thinking, which is inefficient if we are holding a stupid opinion. The "feedback" from our wrong position is a disturbance, a stress, an out of phase, out of tune, with the smoothest path to maturation. This "stress" is where corruption steps in. This stress is where learning steps in. The proof, the backstop, is how, if you want all of your problems to go away, there is only one efficient discipline. *If you want it, nothing can stop you.* There are no efficient alternatives. There are no easy end runs. Given these facts, it would be surprising if Efficiency was not one of the structural forces with which we assess any condition. Anything disrupting efficiency is a stress.

After the moral of efficiency, the next is Compassion. Compassion is key for countless reasons to a social creature. But the most telling reason is how psychosis is perfectly devoid of Compassion for anyone or anything that confronts it. Since this is a key feature of psychosis. By process of elimination, it makes sense that the compassion that is a key feature of normal healthy tribal relationships and healthy society *will not be* for that which is the perfect opposite in order to wake us up to the path of maturity.

Just as it is fair to say that "The less one cares about others the more they are a psychotic," it is equally accurate to say, "The less one feels compassion for their enemy the more they are a psychotic." See how the Left cries for universal compassion, especially criminals, but *never* for Republicans, racists, MAGA Republicans. All of the Left's propaganda is spent making us *hate* and dehumanize these objects who are beneath scorn. The energy and tone of modern news reflects how it too has zero compassion for the Right, for *anyone* who confronts the idea that the Left's few now control all the many. No quarter, no leniency, is to be given. This becomes a telltale, sobering, worrisome, ugly fact to us. It is the most telling feature of psychosis, of what is anti-human. This supremacy too is a part of the ease of addiction where the Democrat Party supremacist can feel superior to all the "racists" and discount them from having any value for creativity and genius that might make one hesitate before they diminished them and killed, robbed or disinformationalized them for their tribe's material gain. The addict to this supremacy becomes so twisted that they lack compassion and empathy even for their *own* thriving, not caring that they are missing what is better because they would rather stay put feeding off their addiction. The addictive syndrome makes the addict the least capable of seeing these basic violations. To the Left, the lack of compassion for the "enemy" is the key to solving all the world's problems. This faith article is why the Left has never in any way acknowledged their body count since 1917. They either ignore it completely or insist that it has nothing to do with "real" Socialism, and if you keep pestering them about it they will file you in the enemies column and smash your face. This basic violation of First, Do No Harm has zero influence to make them recalculate their view of enlightenment. But groups that have something profoundly wrong with them show no Compassion—like a group of gangsters who have no compassion for their victims. They *can't* have compassion and be what they are, predators. It is the lack of compassion for us on the part of our elites in their tribe that makes all of our problems. It is the lack of compassion for those in the tribes below them that have made bad elites create all of the world's big problems through history.

This feature of zero compassion from psychotics should always be the main strategy in the good fight to wake up people seduced by tribalism to follow along behind any elite. Any underground, any Allies, must focus on this primal unfairness to educate and enlighten the rank and file *and* the police especially. The police and police state must always be the focus of attention with the primal arguments of unfairness and lack of wisdom because the likelihood of sociopaths seeking police jobs in a police state puts the rest of us in a bind. Normal people with vision need to infiltrate the police ranks to gum up the works just as the Left gummed up ours. They must be leakers and whistleblowers because no one leaks less than the Left because of the revolutionary discipline to make the world a better place through the slaughter of the enemy. This is to "burrow from within," to use the old Marxist phrase, to soften the blow until going-along-to-get-along allows the balance of power to shift because the psychotics are outnumbered by the rest of us since we cannot see the point of the endless stress and lack of compassion. It is only with zero lack of Compassion that psychosis engages in nonstop propaganda and disinformation to try to keep us from our only noble course. They always fail, in time, because of how we are clued into the basic importance of compassion, and its key importance in lowering stress and increasing security.

Sociopathy necessarily breeds the most dishonest people encouraging dishonesty from key positions of government because the innate holistic nature of the human psyche forces it to. Any attempt to stop psychosis will place *you* in their gunsights as the "threat" to "democracy," and the destroyer of humankind. We see radicals offer a buffoonish, canned sort of slavish love and adoration for "woke" icons, like Brittney Griner, the Obamas, Bernie Sanders, George Soros, AOC, Rachel Maddow, who are all flavors of the week pushing for the lies, deceit, the lack of compassion that distracts us from how the few now control the many and get away with whatever they want. The Left could try to say the same about the Right, for instance, with Trump, or Reagan, but the endgames are opposites: One side pushes violence *now* against the enemy while the other side pushes for "Let's slow down and talk about this—probably what we both want is a perfectly reasonable position."

As of the writing of this book, Joe Biden went out in late August 2022 and stated that the seventy-two million people who voted for Trump are Fascists and subhuman.* The rhetoric and tone show no compassion and encourage no compassion. As Tucker Carlson has said: "Act like your dog. Don't listen to what they *say*, watch what they *do*." Look at the actions and endgame for each side. The tone of all "Democrats" since the early 1960s when they encouraged hate toward Barry Goldwater has slowly escalated to the point where they are now one notch away from calling for genocide, forced re-education, three-generations punishment and complete disarming of the "enemy." This is concerning in light of the Left's complete lack of compassion. Will this be 72M more dead added onto to Marxism's stack of 106 since 1917? Has *anyone* on the American Left yet exclaimed that any of their rhetoric or actions been too extreme, or gone too far? The answer is no. If they have, then the media of record have not let us know. The Left only seems angrier each day and *more* likely next week to call for *more* violence and re-education camps.* It has been said that "The Left says none of this is happening, but its good that it is," anytime anyone points out the outlines of a policy or strategy that the Left tries to deny by calling it a "conspiracy theory." "That's a RWNJ conspiracy theory—but its good that it's happening, because it will make the world a better place."

Compassion is key for us because it assures us that our tribe remains in the ballpark of the perfect solution to all problems. All insiders expect compassion. If you don't receive compassion, you know you don't belong. The Left has always only screamed for compassion for the criminals and Rader's "outcasts" while they call for *no* compassion for outsiders *because,* they claim, the enemy is the enemy for offering no compassion to blacks, gays, lesbians, criminals, the poor, transgenders, and next pedophiles. Because they offer no compassion lets kill them, Leftist logic says. Compassion is so starkly impossible for the barbaric Phase One lone hunter that it makes intuitive sense that this nightmarish ugliness is declarative for people pathologically set against the creative Order.

For this reason, grace in losing, good sportsmanship, optimism, chivalry, calm, are worth studying and encouraging because these parts of the discipline of civilized self-control with those we have "defeated" is an

extension of humility and appreciation for all that is here and the talents of others, and the entertainment tableaux that does not exist without all the "losing" teams that the victor entertained us by defeating. Because of this the West has encouraged grace and humility on all sides, especially among the winners, since nothing exists without everyone. But this careful humility has been downgraded by the rise of the addictive self-idolatry culture that fits hand in glove with the Left's self-idolatry: *Only I matter.* The Left could try to accuse the Right of the same thing, but the Right is Western civilization that says—again, unlike the Left—that education is needed for the great reset, not a violent purge. Meanwhile, the softening and dumbing down of the West has led Marxists to encourage things like participation trophies to all except, once again, the Republicans, who the Left does not even want to acknowledge—because the West's argument of civility is too strong to fight logically. Only emotion can hide it. As such, as a Leftist senses they are losing an argument, they snap back to emotion and name-calling, and worse. It is the guilt and ego of a person who was convinced by psychosis to put all their eggs into the basket of *caring* most about the human race bumping into the realization that they are on the opposite side of the fence from real humanism, real compassion. We see the unchecked rise of the boastful player and showboat who cares about little other than themselves, or the game, or the small market franchises without which there is no league. The modern showboat is self-fixated and cares too little about the moral purpose and symbolism of any game, and society's behavior, and his social authority. He cares only about his own winning, and crowing about it, disregarding the temperament of society that has had a long hard slog up from the depths of barbarism. All of this is a holdover from the savage lone hunter who is kidding himself if he thinks he has any chance against an organized, sophisticated enemy who is motivated to establish Phase Two, in light of the fact that the Israelis studied their most effective, courageous fighters for a possible profile of the characteristics that made them the best soldiers. Was it size, strength, reflexes, hormones, body type, personality type, mixed ethnic background, talent, culture, family, birth position? No. All Star of David awardees fell in the 98th

percentile of intelligence.* So, the stupider you are the worse soldier you make. Each day, the Flynn Effect is painting our depravity into a corner.

Compassion is a beautiful essential for our social instincts even beyond social reciprocity and protection, but even for the magnificence of charity itself. If Darwin sees charity in animals and birds when they are not breeding mates* then how can compassion not be essential in *our* social formations? Kropotkin theorized that mutual aid and cooperation were breakthroughs in our ascendance over tribalism,* but cooperation can fall into the category of a practical extension of our survival instincts both to survive and to get more for less. Cooperation is a variation of Efficiency, an extension of our own lever, our own reach, rather than being its own ethic. Cooperation doesn't necessarily touch on compassion either. The rise of compassion on a cultural, multi-national scale is one of the distinguishing characteristics of Western civilization, most notably America and Britain, and Progressivism before the Communist encroachment into it that has led to the clear divide between Left and Right, Marxism and the West, that we see in America and Europe today. The West waking up to the fact that it has been painted into a corner because of its wishful thinking that everyone was on the same team has led the Left to fight back with the charge of "toxic masculinity," but this is normality refusing to be pushed anymore. Masculinity becomes "toxic" around the same formula as everything else, the gratuitous leaving the vicinity of the peerless event.

As with psychosis and irrationality, we often show Compassion in one or more parts of our lives and not in others. For example, the liberal who gives a dollar to the homeless man but would kill Trump or condone an election stolen from him. If she hates Trump because she was tricked into doing so by psychosis pretending to be good for people, then we are off on a slay ride with her into depravity until she wakes up. She has missed the boat on compassion, and has been tricked into withholding compassion for this one single group in the world. One single voice will always be heard calling for an end of compassion for another group solely because that other group shows no compassion. Only if the model of the peerless event is broadly accepted, and if it is understood enough so that psychosis is recognized as our only real enemy, the few real monsters

among us will be so outnumbered and out-argued that they will have no choice but to slink back into a hole to *pretend* to be like us and wait for their next opportunity to shit-start to sow malcontent by imagining enemies where none truly exist, and telling us that life is unfair.

We may ask why Love is not also a universal ethic, and the answer is that Love, Power and Beauty *will* figure into the big sociopolitical issues, but they mainly figure into personal and sexual choices, and they also fit around the same grid of the peerless event. Life seems more efficient than that. Life punishes us because we haven't found "love"? That's going to harm a lot of wonderful people and good citizens. Hitler got sixty percent of his fan mail from women.* Love, Power and Beauty blinded people to the evil Hitler did. Democrats inspire all sorts of love *because* they never show compassion to their enemies. The caution of the West makes us prefer to handle conflicts with the open mind we used in World War II: We show compassion as soon as the enemy surrenders while the Left does not, and we proceed with this same open mind at each step because, with serendipity, we might be wrong. The Left is not concerned with serendipity. *They know they cannot be wrong about helping people by giving them stuff for free, and forcing those who are not compassionate to be compassionate.* This is the core of the Left's supremacy and hate.

Given how reasonable life and existence seem to be in their demands of First, Do No Harm, would existence and life *also* demand that you be in love to earn The Life Well-Lived? They may. But Love is so subjective. Form shows us how people are so different. What *is* true love? Love changes over time. Even in the same marriage or relationship. Which sort of Love should we show, and at *all* times? *Sexual* love? *All* people? What a headache. What if we find our love was unfounded? What if our spouse dies? Are people in the most loving marriages or relationships protected from cancer? Fewer people today are interested in love and marriage; are they all "guilty"? A demand for Love in The Life Well-Lived seems like extra baggage, like happiness. It seems we should focus on the rabbit path where we do harm to no one else, and fill in with work where we choose, and expect nothing for free, and this would seem good enough not to need to force anyone to do anything against their will. Love seems so attractive and natural for

most people that it would be its own reward, but that people who do not exactly find it would not be penalized as they are for lacking the four cures. Life seems to be efficient, flexible and dominant enough that it is rather forgiving until we *really* deviate and smash through hormesis. Life seems only to demand that we be decent and not injure, and realize that genius is the most significant factor in changing our circumstances. Love seems to be an extra that we are lucky to find, but if we don't, life is still rich, we can still be a marvelous person and citizen who lives in thriving to 150, and we don't make a single enemy or victim. This also gives us our model for cultivating ourselves versus amusing ourselves: Cultivating ourselves is any dealings with the four focus principles for better holistic creativity, while amusing ourselves is doing anything else we want as long as it causes no serious holistic split.

Look at all the loveless, sexless, asexual, job-devoted type A personalities in the world, in research for example, in intellectual circles, or minding their own business, who seldom or never find romantic "love." They contribute so much else. And how is love essential for health? How often does our love stop the person or pet we adore from dying of cancer when the kink in their prism is kicking out the disease nonstop until it is re-aligned? How much does "love" help my daughter who will not sit down? In cancer today, seventy percent die and thirty percent live,* despite all treatment, which is the same breakout found by the British NHS when people are *not treated* for cancer.* Asexual academics do no harm except to undergrads and predocs who are either too stupid to get the joke, or too soft anyway—so how can we not include all these "loveless" personalities in the group of the best citizens as long as they educate along holistic lines? Life seems content with the four basics. Life seems content that we practice Confucius's Golden Mean rather than Jesus's Golden Rule, where we *don't* do unto others what we don't want done to us.

But what do we think of the father who so lacks Compassion that he is cruel to his kids? Or the stepmom who is cruel to the step kids? Or the pedophile who so lacks compassion that he preys on a sex partner who's brain is not hardcased enough to deal with the exposure? What if we learned our loveless academic bookworms were burning kittens in the

fireplace?—as the undergrads and predocs assure the departmental Chair is the case. We might not even notice that the Mr. Chips* bookworm never found love, but we definitely notice his lack of compassion when he abuses weaker creatures, as do elites.

Compassion strikes us as a glue of social foundation. We cannot help but notice it's absence and the trouble this means maybe to us. Compassion is tied to humility. We like compassion when we see help go to the less fortunate. We feel we have the right to demand compassion of fellow insiders, not that we necessarily love one another. The lack of compassion from fellow insiders is a definite sign that we have used up our welcome, and it may be time to move to greener pastures. We fundamentally believe that compassion is best shown when it is expressed through the grid of our innate ethics acting as holistic limiting factors. Compassion, love, ease, generosity, forgiveness, are healthy signs for us because we recognize that these emotions are at least advantageous for strong clan bonds, and that they are also an expression of decency that appeals to us innately even beyond reciprocity. Compassion is what we believe we earn in our tribe for sacrificing the beast in us to satisfy the holistic demands of the group. Maybe our charity beyond reciprocity is inspired because we subconsciously see the unforgiving, demanding, even rigid side of health and thriving that existence imposes. Maybe, while we respect the perfect closed kinetic chain of this Fate, and while we know we cannot escape it, and we see the miraculous wisdom of life and existence—perhaps we stand in awe and fear of these unforgiving parameters of Justice in some way? Perhaps even as we love the boundlessly generous rules that protect us all in perfect liquid suspension, *it is not* our *system, we would choose an* easier *route, one that at least gave us a vacation from the pressure more than hormetic effect—and we are also not here by our own choice.* The system is a lot of fun, but it is pressure, it *does* insist, it *is* scary in the sense of what it will do to us if we do not adhere. It *will* take Heaven and give you Hell. It will always find you. We are a creature that can be lazy, that does not like to be forced, because we want more for less. Whenever we can get by with less energy and less attention we will take it. Are we then sympathetic to one another because we share this experience of facing this exacting, unyielding

demand on how to live and think beyond ourselves? Are we willing to give a little more to one another, like siblings under the all-seeing rule of our parent, in the hope of finding more shelter from the storm? Do we want to give each other some relief to catch our breath, to get warm by the fire, to get a reset, to set our feet, before we take another plunge? We *know* what the less intelligent, less gifted and less informed will face—there is *always* someone with fewer gifts, more liabilities, less intelligent beneath us. All of us but sociopaths want to help the least fortunate for its own sake. We seem to want to help others even beyond helping them for reciprocity, beyond building up a stack of social chits. True compassion is less calculated than that, and we *like* that quality. We all honor it. Unless we are sociopaths who sneer at it and discredit it when people on the other side of the aisle exhibit it, as psychosis has done by undermining the West in the eyes of our kids to play upon *their* compassion to see something better than what has been described to them. It seems we wish to "help" until the moment the people we are helping become unappreciative, or they are gaming us, since 70% of our emotional mind is geared to keep track of slights.

Anyone who lacks Compassion is someone we know to keep our eye on, because it is a sign that something is "wrong" with them, that the punch press on social dynamics somehow missed dead center on their psyche. Our spirit of charity gives the appearance that we are given this added layer of softness merely because it is a beautiful thing to have. If this is the case, doesn't this also argue the beauty of whatever put us here? Doesn't it seem too perfect to be a thing of chance—if *all* of us have it but sociopaths who try to manipulate our compassion? Almost as if the parents *like*, and *want*, their children to have a special bond to try to help one another? Some behaviorists may argue that compassion too is a quality selected for among animal mates, but if this were all there is to the matter wouldn't humans long ago have selected out sociopathology? Power makes women *attracted* to the "bad boy." Again, if we evolve only due to mate selection, how did the perfect maintain itself for eons without degenerating from absence of use? And—*why are we attracted to the only bad thing in the universe?* Form tells us that there are people born with weird psyches of the lone hunter all along the spectrum who believe they should

be king and will ruin us to make it so, but even so *how can any creature be invincible to data on thriving for all and harm to none when this is the only data there is?* It would be impossible to believe if we read it in a book. All of this is compassion. <u>If we ever handcuffed this truth around the neck of psychosis it would try to destroy this message like a crazed wolf.</u> This is the distinct special dark place of where the mind can go, in full or in any part, that all of us but the most virtuous and strong-willed are capable of going. The more we are educated about the self-destruction the easier the temptation is to resist. Again, our drive for compassion is so strong that it is the tool psychosis uses to bring the darkest chapters of Man's Inhumanity to Man alive. Ironically, those who are most adamant about ending tribalism and the rise of compassion—the Left—frame their *entire* tribal identity not on region, nation, culture, language, race, appearance or cuisine but instead *only* on this, their superiority.

We have run down and analyzed all of the major ideas on a unified theory as far as goes human behavior. We have covered Bentham's pleasure and pain, Whewell's prayer, benevolence, justice, truth, purity and order, and Kant's categorical imperative, natural law, Haidt's loyalty/betrayal, care/harm, sanctity/degradation, authority/subversion fairness/reciprocity, and suggested that they seem inadequate because they miss the central point to existence that anything that is created appears to evolve to the realization that it will find its greatest satisfaction, reward and fun in itself being the most creative it can be. All value appears to centralize on this fixed point. This operating system makes our existence linear and predictable except for accident, although advances in technology may put a sunset on much of this as well. The suggestion is made that balance, form, independence, self-responsibility, work, reason, truth, freedom, earning, efficiency and compassion are structural forces of logic and function in this operating system, and so they are embedded in the human consciousness and conscience and our survival reflexes imperatively. They show up across the board in all tribes, or tribes are evolving toward them out of efficiency. All tribes internally want thriving for all, harm to none, to create the optimal platform to do anything, and the only mistake his how certain

tribes may see their highest calling as the destruction or domination of other tribes, but this inefficiency too, slows down the reward system into a purer stream of creativity. It is suggested here that our most complex ethical questions that touch on all eleven of our innate ethics are issues concerning why thriving cannot be given away for free. It is suggested that all of this is an issue of fun and thriving, and one certain way of living and thinking provides more thriving and fun for us all than any other. There is no incentive for us all to deviate from this avenue, and any deviations proportionately make more trouble for all of us.

This would seem to be the best, most comprehensive explanation on life and existence so far. This explanation seems to form the basis of a functional auxetic integrity that lies at the heart of existence at least on human scale, and perhaps beyond. As Einstein said to friends of his Theory of Relativity, "Look at it! It is so beautiful. How could it *not* be true?" Common sense, logic, history, behavior and instinct would appear to arrive at the same conclusions because First, Do No Harm, and harm to none, thriving for all, for the optimal platform leave no room to put all the puzzle pieces anyplace else. The dynamic appears to tie in all four phases of mental, spiritual, physical and economic health with a four-pronged methodology good for any problem. Randomness and chaos *are* the holes, the deadweight, the stress, the deviations, the cacophony, that pull us off course. The two sides cannot be in the same place at the same time according to laws we know now.

Existence, like religion and philosophy, appears to be a love letter from whatever made us. We are on a collision course with our realization. We are built so that finally seeing is inescapable. Live by the elegant rule of maximally appreciating all that is here, and hang on to see wonders that never end. Your world *now*, as given to you, is a heaven on earth. Our love of it is the answer to everything, and more.

Our greatest flaw and our greatest gift is to fail to realize that we are born into perfection, and that we must realize this in order to get the full benefit of being perfect. Our four focus principles liberate us so that we can focus. Tribalism is the essence of bias, bigotry, supremacy, diminishment, conflict, prejudice, pride, vanity, wrong, crime and Man's Inhumanity to

Man—and the worst breed of tribalism will come from our own elites due to the nature of psychopathy that is selfish, talented and tends to always rise to the top to become its own tribe and our worst enemy. This is the jumping off point for the last stop on the line before realize the universal advantage of cooperation over conflict. Existence offers these two choices at every turn: Column A offers movement ahead in spurts, gaps, pops, with fizzings of strange presentation, while from Column B comes the push with no disturbance or misunderstanding, and with an insight of flawless self-value. You exist to be part of the perfect, and to know it, and to feel it, in every part of your life.

The Bible, the Koran, the Constitution, the Geneva Convention, the Hague Conventions, the Nuremberg Codes, the Berlin Report, the United Nations declaration of human rights, the Declaration of Helsinki, and three thousand years of Western ascent tell us very well when we do wrong. Our collective existence is best when it remains as open-ended as is the journey of existence itself. All of this is accessed by a way of thinking. You change and improve the world and everything in it. Think of it as a musical phenomenon of tuning. Tuning an instrument in trillions of its parts. But this thriving is not free. We must each work as is appropriate to us toward this end, however much we choose to, and our reward comes exactly from however well we serve.

It appears that this evolution toward a series of lessons becomes inevitable the moment anything is born since individuals are the basic building block of existence. They exist to learn the value of rational self-interest in strength in numbers, cooperation, the harmonics of more ideas, and the reciprocal advantage from the gifts of others. Therefore, if it is true that there are beings from outer space who have discovered us, then it would make sense that they have left us alone to an extent because, like older siblings, they would have already been up this track and they know these growing pains of maturity and adulthood are unavoidable, and that all questions are answered in time by realization. There is no hurry, except to get to the point as quickly as possible where we realize that deviation from pure creativity is self-limiting. This is the only real shame, and crime, there ever is. This is the birthing process for the creature born without

parents who must learn through the school of hard knocks what appreciation is, and how that which is ultimately to be seen and appreciated exceeds all else that could ever be. As we evolve we learn the value of an ever larger circle, and variety. Everything charming about our past we can revisit for fun and variety. It would seem these flower beds of creation dot the expanse, each in their own way, for the delight of ourselves and whatever made us. Even the slightest departure from this unbendable tuning confronts us with the same risk—We never know when we will cheat ourselves of something wonderful.

THE END

Whether or not the criminal lone hunter is educable or realizes their crime makes no difference, just as with any other stress. That ethical stress, whatever its gravitational weight in the periodic table, costs the individual *that much*, and is stacked against all other positives and negatives. This *must* be so because of Balance and Form, if they exist. And the world would be only more perfect if this eternal scale of justice fought for the weak, the hurt, the wounded, the cheated, as the lover of the little guy in us all would hope. If the universe *is* perfect—then this is so. It can't be any other way than perfectly Just.

The explanations of existence are complete in themselves. You feel it in your being. The ideas change you forever. If you forget them, read them again. There is no place else to fit, there is no place else to go, except on the adventure itself. The right rules open onto a canvas as large as open-ended as it could ever be. The ride, the journey, is as inevitable from step one with the action of ferments and the creation of the space station, as right as the reaction of any victim unjustly diminished or pulled from their job. We restock shelves to keep the search going. There is no difference between the right materialism and spirituality in the right existence. Are you cultivating yourself? Are you helping cultivate others? Are you only pleasuring yourself and not contributing? Are your senses open? Can you admit when you are more of a distraction than a help? Are you appreciative and grateful to be embedded into this consummate envelope of perfection in every way except that you are limited to 150 years inside even at your best? For even this is perfect—because with every bit more you would appreciate it less. To shirk the rules in the slightest tone is to impede yourself from understanding and feeling more of what is in every shadow and note, wonderful. If we have multiple lives then we would only come back for more of this as long as we are corporeal creatures, not gods, who must eat and take fuel. If we evolve at some point to something beyond, then it seems obvious that we would then exist purely as energy to enjoy what is already going on, and that cannot be improved upon, unless we thought that *not* to exist would somehow be better than experiencing.

At least this much is true

This book is written with the idea of continuing Tajfel's work and his vision for a politically relevant, broad-based social psychology.

Without this specific theory on harm to none, thriving for all, for the optimal platform, without the four perfect focus principles piece there is no way to get out of the pen of stress being the cause of problems, and disease, Left and Right have no resolution in their fiscal quarrel.

Federal salaries, 25M parceled out at Transportation Dept. pg 206
Gambling, nursing homes, hoovering up middle class money
The Flynn Effect
As Alinsky noted, personal and community connections are key to radicalism. Alinsky is right. Therefore, personal and community connection are just as key to educating society about now we pull back from the hole psychosis puts us in once it takes over, as it has now. It is through personal and community connections that we network to burrow from within to convince the police to leave the psychotics naked and unprotected.
Ironically, those who are most adamant about the destructiveness of tribalism - the Left - are the last to want to give up their belief in their superiority because their *entire* tribal identity is not based on region, national, culture, language, appearance or cuisine but instead ONLY on their belief in their own superiority.

Golden handcuffs jobs, salaries, pensions. Sociopaths headed into jobs of unquestioned authority. Historically: 4 medical school profession, med school professors, surgeons, CEOs, politics, police, clergy. Who's more likely to steal elections for their own purposes besides psychopaths?

THE END


1) The operating system in life, existence and human beings is perfect and includes the ethical and motivational matrix that steer human conscience and consciousness; despite our free will, the consequences of all our actions guide us to this fixed point of perfection through results that give us less stress, more efficiency, safety, and constructive productivity. This is the aim of all views on heaven or Utopia. The Left believes people and social constructs must first be destroyed to achieve this, the West does not—the West has favored the view that the meaning of life was always somehow already bound into who we are and what we do, and they are right, the Left is wrong, no one needs to be killed to find enlightenment because the concrete benefit for all of us is bound into being human. This riddle is self-

WALLS-KAUFMANN - 286

evident, self-explanatory, and is universally optimal for the human race. I see this as a musical, impedance, purity or tone issue, and is therefore probably improving even of what is considered "inanimate."

2) Tribalism, and especially prejudice, are our most costly impedance mistakes and historical drivers, especially the Left, and the seriousness and hypocrisy of the Left's challenge probably signifies that it is the last big "test" of our ignorance before we break through. The last vestige of tribalism by our elite is the last redoubt, manipulating us to fight amongst ourselves rather come together on the same team, a team of many sub-tribes who's differences feed our imagination and creativity. This toxic trick against genius by elites who are as evil as they think they are saviors leads to the eternal conflict of Haves versus Have Nots. Only true wisdom and selflessness, where the elite see themselves also as the open beneficiaries of new genius, overcomes this inherent drag in power sharing against the selfishness of the few. A meritocracy of raising quality of life, those closest to genius rather than closest to power, one or the other—the ego, security and wisdom of those who tend to become corrupt on top is constantly being tested by the aptitude of those of us on the bottom coming up. There is only one healthy answer: Control your ego and stand aside to let genius lift all boats.

3) The meaning and purpose of our lives is the fixed point that we are a machine of genius. Interference or not captures the entirety of our lives. This open-ended promise consists of two parts: 1) thriving and 2) thriving more from the fruits of genius. We can forget the Standard Model since it is the scaffolding that holds this perfect feedback system in place, and the secret of consciousness may be the lock so we can *never* scramble the perfection. Genius may even allow us to solve accident.

5) Mental, physical and chemical stress is not only the cause of disease, but of all problems, with the pursuit of genius as the mean. Four focus principles keep the human instrument in tune, and their potential alone is as open-ended as genius. Any of the slightest friction against this modular,

auxetic integrity sets up a feedback loop pointing to First, Do No Harm, harm to none, thriving for all, for optimal discovery, where the excitement of discovery is the sole driver of action. So "How much will the elite fetter the constructive human instinct to stop themselves from being made obsolete?" This is taxes and regulations. Before thriving was understood the Left could argue that massive social welfare offered social health. But self-action and true excitement block this from ever being true. Bureaucracies saddle their success on depleting genius. You cannot have both optimal genius and huge, smothering, self-rationalizing administrative classes. The pursuit of genius will *always* do a better job of *anything* than anything else. Creation itself is the principle that anything that lives will find its greatest satisfaction, reward and joy in optimizing itself as an organism of creation.

6) The fact that chiropractic is as little understood as it is, given the central importance of its presence and insight, indicates to us how elitist misinformation started much earlier than today, and probably the first manifestation of this is the 1909 Flexner Report. Full-on thriving is the only "dead end" of any of our problems, not any traumatic vaccine. Traumatic vaccine in fact is part of the centerpiece of all of our modern health problems. The healthier we are the healthier we will be and the more our body, like Nature, crushes, like a trash-compactor, any stress into a higher level of thriving, within human scale, within the boundaries of the limits of matter. Brain-first healthcare is obviously central to this unique outlet, and the discovery that the body appears to act like a musical instrument that needs to be precisely tuned at all times. Without chiropractic, there is a hole in any methodology or idea that the operating system is flawless.

7) This new understanding of health and thriving and wise society is the Holy Grail that the West has sought since the Revelation at Sinai. Health and thriving are central to the quality of our pursuit of genius, otherwise genius is being wasted trying to get us back to highest creative purity. Oddly, it is also the vision of the Left, but the Left, in its angry impatience and frustration, believes mistakenly that "evil people" must be destroyed

to liberate the human race. There are no "evil people" only an evil idea, or evil ideas, that clash with the perfect and exist only to wake us up earlier to this mistake of failing to recognize an already perfect operating system. While there are no evil people, the Left are more purely dominated by evil ideas than any other group. Education is what is needed, not killing or disinformation, which is central to Leftism. We believe everyone is educable because it is in our self-interest to accept First, Do No Harm, while the Left believes people are so stuck they must be threatened, ruined, misinformed and die. And they are so blindly loyal that they permit the rise of the Jeffrey Epstein class who can get away with anything. The final chapter in the life cycle of tyranny is always the same: the children of the tyrants become ashamed of what their parents have done to impede the sole purpose of the human organism and agree to more equal power sharing.

8) The most effective way for the sliver of the one percent to beat us down and scatter us as a fighting force to overthrow them is addiction, to addict us to anything they can via sex, drugs, rock n' roll, welfare, tribal ideology, planetary meltdown fears, screens, and the golden handcuffs of the bribery industrial complex. Nothing is more devastating to our side, the populist side, than addiction and how the syndrome makes us impervious to facts and data. So, the fishing lines to addiction are all over the place for us, especially in the faces of our kids.

*Life in the 1950s was so bad: A woman could be raped and she might never get justice. But today, a woman could get raped in an elevator with six witnesses and video cameras—and if the rapist is a Democrat she won't ever get justice and the Times will never write it up and the history will be expunged, and the witnesses would either never speak up against the Democrat or their testimony would never be heard for threats or for bribes. Same for a black man in the 1950s.*

2) Our social hierarchy of proof locks us into obsolete habits. Our social hierarchy is based on wealth, credentials and reputation. The rich, people

with lofty credentials and fellow tribesmen impressed with someone all awe us, and make us open our mind to what they are saying. This belief system lends to social order, to the identifiable *behavioral* and psychological modular tensegrity of our tribe that exists for the same reason that the wound phenomenon exists—to act as the genie in the bottle when it grants our wish: "Are you *sure* this is what you wish, Effendi?" It makes the lesson stick. Without this assist toward clarity and commitment any lesson is that much more difficult to learn, if not impossible.

If we're made in the image of God why do we kill each other? Why do you have to hate? It looks like your hate is making you the protector of a sliver of the one percent who control *everything.* Isn't that contrary to everything you believe and have been taught by your own Party? The Big Lie seems to actually be that they have switched you around to become the insulating tool that protects this sliver of the elite from any recognition and scrutiny, and you do it because you're on the payroll and out of clan bonds.

3) this paragraph already inserted but of key importance:
Materialistically they win, holistically they lose, as do we. To lose holistically is to lose all that will follow downstream from the breakthrough. You assume, as a primitive ape, that there is only 10% more to ever learn. You assume, if you crack the code on the quantum, you will "Have it all." I'm a genius in *this* field, talking about things right in front of you all along—and look how much just this is opening up your world and changing possibilities, without touching the quantum. I could not have experienced these thoughts if I were not a chiropractor, introduced to someone else's genius—while you have been told chiropractic is crap and if anything only good for back pain. The people at the top of that capitalist stack who told you that won materially, but what about the rest.

First among equals.

Historically: 4 medical school profession, med school professors, surgeons, CEOs, politics, police, clergy.

Michael Schellenberger, censorship industrial complex, peekaboo propaganda, graduated presentation for "Some animals are more equal than other animals." Admissions of manipulation, propaganda and psyops often lag far behind common sense.

—From Lidia Poet

Summary

Hubert Harrison discovered that Socialism was entirely racist by 1917.


There are two sides to this world, the perfect and anything else. The perfect insists we hurt no one. Anything else, the Left, insists we only have to hurt this one group—because *they* are hurting others.

What winds up happening is that the operating system is set so that sooner or later whatever living things are created have the potential to evolve and become like different flower beds creating all their own creations, none the same, all finding their way to creativity by a different path. How would that be to watch happen?

Every day, the most important consideration we face is what are the rules and orientation of our society. These *should* be giving us the optimal chance to pursue and distribute human genius. But we don't have that now. Now we have an ideology that squashes that impulse under a glass ceiling so

that our new crazy elites can sell us a bunch of ideas and crap that we don't need that don't help us live the fullest life. Why have we lost our American democratic republic? Because Democrats. Everyone has a sort of addiction to their tribal loyalty, but Democrats, because of the psychosis hiding behind Marxism and Socialism and "making life better for the little people," suffer under the worst kind of addiction. The most dangerous addiction human beings face is the tribal addiction. Tribal addiction makes you susceptible to being fooled about what is best for the human race by tripping your tribal loyalty to the tribal chiefs, the elite, the shaman and witch doctor, who *may not know or may not be guiding you* to what is best for all of the human race, but rather toward what they think is "good" for them, not in a holistic way, but in a selfish, greedy, materialistic way that is not even good holistically for them, or the human race. But this is part of the syndrome of addiction where the addict falsely believes that their addiction is good for them, and they don't care enough about the rest of us to reconsider this religion, this false prophet, that distracts all of us from what we are better off doing—being as pure as possible about human imagination, creativity and genius. The addiction is so much worse for the Marxist and the Democrat because they alone believe they and their tribe are better for the human race than anyone else, and this makes them utterly unwilling to look at any evidence that they could be wrong. Usually, depending how addicted a Democrat is to their worldview—that they are the center of it, that they alone know the secret (to give free stuff and go easy on the poor, the Have Nots,) when they sense that you are creeping up on arguments that prove *they are not as enlightened as they think they are* they will start to back up, become defensive, accusatory, angry, irrational—just as we all do. But for them its so much worse because their whole raison detre for *becoming* a Democrat is to save the world and make it better. When that person starts to realize they are part of the problem not the solution they get more emotional than anyone.

Anyone who is not trying to help highlight this problem—that is more important than any other—who is playing a role in helping deny what has happened with us losing our democracy and reverting back to feudalism, is a part of the problem. They are among those people who in

Nazi Germany and in the Soviet Union who delicately pulled down the window shade rather than admit the crime against humanity that occurred and how to make it back right.

Perhaps the most complex ethical question we will ever face is the standoff between the obese welfare queen and the working mother in the grocery aisle when the obese welfare queen buys more expensive groceries than the working mother can afford, and to the hostile gaze of the working mother the welfare queen retorts: "I can buy anything I *want* to!" This is probably the deepest ethical dilemma because it encapsulates both our concern to help the needy and our best idea on what to do. To decipher the right and wrong of this Haidt offers care/harm, loyalty/betrayal, authority/subversion, fairness/reciprocity, sanctity/degradation. Bentham offers pleasure and pain, Locke life, liberty and property, Whewell primary and universal rights, and cardinal virtues, and Johanne Gratian and Martin Luther refer to the sacredness of the conscience of the individual. This theory posits: 1) balance, 2) form, 3) independence, 4) self-responsibility, 5) reason, 6) work, 7) freedom, 8) earning, 9) truth, 10) efficiency and 11) compassion as universal tribal markers for behavior, and that the tribe is better off the more it realizes it is oriented toward the same "direction" as life and existence themselves, i.e. to the optimum way to journey toward what is better, and understanding the unknown, and appreciating the perfect that makes up all things at *every* moment of conception. In the past, our laissez faire feeling about the poor left them to fend and catch up for themselves, while it is disconcerting to see third world poverty sit beside first world affluence and potential. Technological progress *will* spread around the world because all people want it enough to buy it, which is the fuel to make it happen. Odd duck and sociopath billionaires and conceited politicians and bureaucrats may rationalize seeing fit to try to stop this process for several centuries with a Great Reset, but the chambermaid will

always rightly disdain the fragile privilege of her idiot mistress because of the innate drivers spelled out in this book, and what existence does to us. As part of that elitist reset, the Left will say the obese welfare queen can do anything she damn well pleases, and should *not* be bothered about it by calling her an obese welfare queen for doing nothing to push the big ball forward. More, the Left will ruin *my* career for bringing up the quandary at all. However, at this point, no one in their right mind will argue that the obese welfare queen is not better off helping push, like any of us.

Haidt's missing element, and the missing element from *all* philosophers and thinkers trying to plumb the mystery of ethics, law, sociology, philosophy, meaning and human motivation is the irreducible factor of how life functions perfectly at every level all the time, and how the cause of all of our problems therefore is the "stress" of pulling ourselves away from this ideal in any manner. "Stress" can only happen because of our limitations of matter, i.e. we are not gods. We are not gods because our number one job here, obviously, is to appreciate the towering achievement of the flawless and the evidence of it that *is* the stuff of existence, and that is jammed down our throats every moment we live. All the magic of human interaction happens because we want a higher quality of life. Think of it: You might not get the car you want, the house you want, the vacation you want, the jewels you want, the riches you want—but nice examples of all of these things are *always* available to you if you abide by the rules, and *everything* else non-material associated with long, wise life is readily obtainable. That is quite a proposition. Apart from this, there is only a single hole in the perfection. It hides behind many names, but is always identifiable through its reactions and results.

In spite of the fact that there is a functional perfect that proves to us the advantage of incorporating others in our considerations, the allure of selfishness and short-term thinking remains strong. One must wonder if we are capable of this level of selflessness at this stage of our development. Since some degree of a functional perfect arguably has existed at least since the dawn of life, we have proof our Neanderthal ancestors did not see it enough to put together a methodology to take advantage of what it offered to remove doubt and fear. Since we have certainly evolved ethically far

beyond where they were in their regard for one another (since they were far more tribal than we), we must still question if the entire human race at this point is *capable* yet of this level of selflessness. If not, how many more hundreds of years or tens of thousands of years of additional development will it take before a difference-making majority of us understand the clear choice enough to control themselves and insist we *all* control ourselves? The chief psychological component of enlightenment is selflessness. But there is definitely an element of self-cultivation as well.

If there are ten stairs to the first floor of enlightenment, then do you actually reach it if you only go up seven? You may *understand* what true wisdom is trying to tell you about the simple power of selflessness, but in Chinese enlightenment literature there is an as yet little-known methodology related to wisdom that introduces an entirely new system of psycho-spiritual cultivation that it is simply wrong to try to separate from a more complete understanding of ourselves, and the apex of the human experience. This cultivation can take decades. It is best to start young so as not to miss. It will be easier to find the time for this cultivation if machines are doing more work for us. Westerners, and Marxists in particular, tend to be touchy and provincial in their attitudes about being told what they do not know if the subject at hand deals with areas like spirituality and ethics that are hard to pin down with technology or without long effect curves to measure consequences. Just because Westerners and think-alikes are not familiar with Chinese internal methods of cultivation because they prefer the Indian does not mean the tree has not fallen in the woods. The same holds true for chiropractic. The greatest sin Western administrators are a party to is the annihilation of the chiropractic debut over the last century. It is literally impossible to circularize human motivation, existence and resilience without the brain-structural tuning piece. You don't cure much without it. You cannot match human need and human genius with this hole in your equation. The lights will not come on until you accept the all-powerful role of the brain, consciousness and conscience. They are intrinsic if unquantifiable drivers in the journey existence makes.

Are we alone in space? Reports are that the United States has nine UFOs in hangars. No one knows if anyone else has any. They probably do

not because they are not democracies. We are no longer either. Not as long as unhealthy things are enforced national and media policy. If true, these spacecraft are a teaser to open our minds to how much more there is waiting for us beyond, if we behave. Rumors are that UFOs have hovered over nuclear missile sights when words get heated between superpowers. Are the space people going to disable our nuclear capability if we push the button, like older brothers letting the littler kids fight but only so much? Or are they taking closeups to log how long it takes us to recover from *this* idiotic, tribal setback. Have these UFO teasers come at this precariously hormonal period in our sub-adult life when teenagers can get into trouble faster than they realize? . . . This would be helpful and very generous on their part, if true. Because *any* race and living organism must start with individuals, no matter what they are made of, individuals with self-interest, who will always remain the best watchdog, the best nanobot, to will appreciation forward. And so they must have gone through the same parentless evolution of morals that we did framed around the perfect.

Because there is a perfect, there *must* be an anti-perfect for anything to happen and for anything to be knowable by contrast and comparison. Once exposed, the anti-perfect finds itself in a tough position to survive in contrast to the perfect. And so, Marxism hides itself and denies what it is because of its self-known intent to harm, as demonstrated by the fury it unleashes when pursued, when caught, when challenged for power. There is nothing more anti-democratic or un-enlightened since nothing is an easier sell than enlightenment because of its tenets of less is more, everyone has value, and serendipity. This leads us to the last characteristic that most exposes psychosis: How it treats outsiders and those it has captured. Since there is no easier sell for human beings to join each other in one tribe to push the big ball, there really isn't a rational excuse for not joining one another in one human organism who's only "conflict" is who raises quality of life the most. Since there are so many different tastes, and since human beings evolve their capabilities with realization, competition and contrast—what is there really left to fight about? When we conquer people, or we encounter pockets of resistance to the perfect in criminality, you don't initially respond with punishment, but instead we always lead with a

succinct education in the perfect, since what is ever better than doing no harm and thriving for all. The splendor of being here is rapturous. Each piece is necessary for the complete presentation, and the generous rules assure us that this is the greatest chance never to cheat ourselves or the future of something wonderful.

But the psychotics go to war with anyone who tries to knock the IV drip out of the arm. Eventually, this mercenary preying on the vulnerable will turn our stomachs and get all but the most addicted to realize that Man's Inhumanity to Man is sub par. They, or their children, or grand children, will be so sickened by our condition relative to theirs that they will do what the Chinese have done out of racial and national pride and remove taxes and regulation that block genius. The Chinese people are free except that they cannot remove the One Percent, the *politically* privileged. There is no need to if the elite run things holistically, i.e. with taxes and regulation low enough that creativity flourishes. At that point, social welfare consists of nothing but the four focus principles. If leaders stick by this holistic rule book, society really doesn't care if the form of government is monarchy, aristocracy or democracy. The people care about the equation of Thucydides, "The strong do what they can and the weak suffer what they must." The West has a sentimental attachment to republican democracy because this is the avenue we took to reach the highest levels of checking the excesses of the elite. Yet a Marxist populist message flipped the boat through tribalism so that tribalism is still rolling with tribalism.

THE END

Chapter Twenty-Eight: Summary

Robespierre said it best: "The secret of freedom lies in educating people, whereas the secret of tyranny is keeping them ignorant." <u>This hypothesis claims that the worst, most unfair condition in human life happens when the few run off with their own irrational obsessions and material wants to do harm to the many, no matter what this insanity costs the many, without the informed consent of the many, and without any input from the enormous resource of talent and insight present in the many.</u> The red flags of psychosis, sociopathology, population stress or mass formation psychosis or mass formation hypnosis, whatever we call this assault against the noblest interests of the human organism, is an impulse that only serves to prolong the waste of Phase One existence. This impulse is so contrary to our innate drives that the "switch" can only be made with a boogieman, an Orange Man, a Fascist, a racist, a white supremacist, a Capitalist, a January 6th insurrectionist, an enemy, who has no value, and never will, unless they are exterminated or re-educated. This phenomenon of psychopathology among our elite is the worst thing the human organism can ever face because of the damage and waste it can cause. Whatever made us, God, Nature, Life, Existence, the Universe or Chance does not support this Column A existence *because nothing rational does.* All of human advancement since Sinai is away from this rape, grazing and predation no matter who does it. This level of insanity can only survive temporarily by convincing the rank and file that this insanity is in the interest of "our" tribe, and from a Phase One level of understanding this argument makes sense. This is where we are in America today with our government. The proof is in how our captured government agencies *saw* what Jeffrey Epstein did, in part they *partook* with Jeffrey Epstein, they *colluded* with Jeffrey Epstein, they *hid* his activities and then *assassinated* Jeffrey Epstein so that his ties with our current elite could never come to light, so they could hide and deny the rape, grazing, predation and materialism for a longer period

WALLS-KAUFMANN - 298

of time before the human organism took appropriate retaliatory action from an understanding based in Phase Two existence.

What is wrong shares none of Life's optimism, decency, lenience, civility, understanding, humanism, patience, generosity, gentleness, trust, walk a mile in their shoes, due process, innocent until proven guilty, benefit of the doubt, Charity Principle, Golden Rule, Golden Mean, spiritualism, or any of the rest that makes us more human than animal. <u>The Jolly Roger of psychosis is how it shows zero compassion for the "enemy," and the enemy instantly self-identifies as whoever most ably challenges psychosis for power in doing anything it wants to us.</u> That unfortunate soul will "reap the whirlwind" as Chuck Schumer maniacally warned the Supreme Court Justices in 2022 when they returned abortion to the states.* Psychosis sees itself as a special creature, a race above us. This special breed self-identifies because they *want* to do the worst, and they *never* challenge one another when they do the worst. They close ranks and repel boarders. They see themselves entitled to rape, graze and predate to their heart's content and use their media and cultural capture and psyops to blame *everything* on the enemy by pure dint of repetition of the message millions of times in a vacuum in order to create a closed mind. Psychotics are an exclusive race of users who change over the membership in their club based on the latest trends, but at the top are always an assortment of the biggest money makers. Pharma is still at the top of our oligarchy today, most importantly because they still make more money than anyone thanks only to our ignorance about our autonomy. By comparison, Big Oil is out because fossil fuels have been made a pariah for the youthful gullible who are too uneducated to know we cannot abandon fossil fuels yet at this stage in our evolution on the nature of energy transfer—and because of hormetic effect there is no need for us to. The spot at the Round Table for Big Oil has been given to the likes of Bill Gates, Laurene Jobs, Mark Zuckerberg, and Jeff Bezos, who will themselves be thrown aside by the elite collective as soon as they are of no more use, shifting down the bench for another insider with more clout who does a better job in genius serving psychosis.

What holds this poisonous oligarchical social system in place are all the fools who buy into the juvenile popularity contest of it and the ancient

Neanderthal tribalism to think that they are in the same tribe as the elite. In time, the gross unfairness of the system dawns on them the more they realize their life experience is cheated by it. Anyone who doubts which side they are really on need only challenge authority and see what happens. Since Sinai, we value freedom over fear. The flying monkeys of the State police apparatus are on the payroll, temporarily, less so in America than any place else, except Israel, wear the golden handcuffs of jobs, salaries and pensions paid by *our* tax dollars to enforce this elitist meritocracy. *This* is the "Great Switch" that psychosis must always hide about itself if and when it does not serve the holistic. <u>Plato spoke of virtuous or depraved monarchy, aristocracy or democracy*—holistic parameters are constants that determine for us which is which from the smallest sense up to the largest.</u> We all know that holistic government needs to hide nothing. The Great Switch is when psychotics burrow from within a tribe to capture that tribe and turn it against the tide. Otherwise, every society is evolving toward imitating any healthy living organism or ecosystem—*every* part is bound into the thriving of the whole to create the greatest platform for the fun of imagination, creativity, genius, discovery, understanding, realization and appreciation for the breathtaking perfection and bliss endemic to this place. Existence is a constant Yin and Yang between these two forces of perfection and psychosis with the human organism thrown in to figure it out. We cannot find progress without evil because sustaining is too good on its own. We get sloppy and unappreciative in the absence of evil. We appreciate most when we put in the work to learn the lesson about bliss, and when we put in the work to maintain bliss. We obviously are built with the parameters to take breaks and holidays, but all that is asked is that we remain on our toes, i.e. humble and appreciative—all the things psychosis is not. Amazingly, it is not a lot to ask. How could our task be made any easier for those of us who want to survive and who want more for less?

Your existence is a network of bounded instability where every stress:benefit risk:benefit measure of your life shifts worse when you defy the modular tensegrity, except in the limited material one you gain while the slingshot mechanism of intrinsic holistic revolt builds to force you to do what is right. <u>But even here, it is arguable that the materialist rush is itself</u>

<u>an addictive slingshot mechanism to tempt you to overstep and make an enemy faster to help correct your course. *Everything* nefarious depends on peoples' ignorance. However much you stand in the way of this force shows how much of an animal you are, how ignorant you are, who would never trade places with the person you injure and stunt. The animal may laugh at this depiction, because fury and mockery are how psychosis justifies itself. Fury and mockery *are* their only argument.</u> But the only reason the animal survives to close their trap on us is because all the rest of us are so much more civilized and naively trusting because of the Phase Two imprint that gets us caught with our pants down since we can't believe anyone could be so stupid and self-destructive as to defy the perfect. No less, at each insult, we learn. This is the value of history: How we violate the perfect must be taught if we are ever going to learn to stop. With education and learning, animals are only ever in control for a limited time before guilt and self-interest move guards, cooks, chauffeurs, vassals, raped employees and children to start letting people in the gate at night. Who can stop time? The lack of compassion only hastens the end.

Even after two thousand years of Western civilization, we flatter ourselves by imagining that we are much more rational and scientific than we are blindly sociological. Too many of us live with a closed mind that fixates on labels rather than data. We suggest in this hypothesis that almost all human tragedy comes from enough of us with closed minds following the closed minds of our tribal elites to do harm to another part of the human organism. The list of thirty modern atrocities includes virtually every war that has ever occurred and the erasure of chiropractic evidence, and more contemporaneously the Fentanyl and Covid Massacres, the Covid vax massacre, and the outrageous conduct of Democrats around elections as the American people have awakened to the psychosis that now has wed national policy to the ideal business model of the major donors. Each one of these is the result of the ignorance or wild ideas of elites. As a social animal, we understandably *hate* not getting along with everybody. We *hate* being shunned. Social pressure is the lever all psyops and propaganda are aimed at. It can lead to horrible conformity such as happened with Jim Jones and the Jonestown death cult that gave us the

slogan "drink the Kool-aid" when over 900 cult members drank poison voluntarily or were forced to. Among the earliest red flags that government now serves the few over the many are attacks on freedom, on freedom of speech, on open access to information, stoking of anger, discouragement of due process, and double standards for the few versus us. Whenever these red flags are seen it is time for the rank and file to realize they have been played by their elite to hide that most costly separation of tribes between elite and the populist. The upcoming resources in the populist always outweigh those in the elitist. Turnover always favors the many.

Other key signs of people gone bad are anger, emotion, loss of self-control, circling back to the same arguments, the closing of the open mind, tribal appeals, logical failures, gratuitous assertion, ad hominem attacks, ridicule rather than facts, Gish Gallops, citing to tribal authority that are always financially tied to Column A profit streams for the elite. People tend not to lose patience or their temper with a good argument because that argument is holistic and has its roots in the good of all that turns out not to be the materialist shared property communal ideal of Marxism that fears human invention, but rather the spiritual shared responsibility communal ideal of the West that alone answers both health and economic concerns at maximum to welcome human invention. The first ideal is so anti-human and anti-rational that it must turn to cynical violence and blind tribalism. The second sees proof of the value of caution and the open mind. It sees that the most precious thing for us to do with our lives is to save other people from psychosis. Yet nothing, we know, is harder than convincing a person who has been fooled by psychosis that they have been fooled. How do we know at a glance which is which? The holistic is always pointed at the healthy autonomy of the individual while the other is always pointed at the craven autonomy of the elite.

In dose-dependent fashion, the psychotic mind will throw up any argument and never blame itself. This is a handy defense when only one thing is bad about this world. Nothing is sacred to psychosis except itself. Pressure on the modular integrity of psychosis earns the most extreme, visceral reaction without self-reflection. It begs the question if whether this psychological profile has at its core a profound guilt for the inner

acknowledgement that psychosis is the only thing in the world that is nothing but bad except for the negative example. The difference between our two sides is that *we* are open to reason because nothing in the world is bad except accident and the unavoidable dog-eat-dog existence of Phase One that realizes Phase Two cooperation and volunteerism. *We* are oriented toward the populist meritocracy of unencumbered genius and the genius of trickledown no matter who's buggy whip stocks get in the way, and *we* have no problem opening up all bank accounts to see who paid what for what to whom since all wholesome transactions lend to the positive wave and are nothing to be ashamed of. This openness in fact tends to check gratuitous materialism since, on the other hand, the toxic elite want to hide their materialistic spoils away from us since they were gleaned from the Column A of making less of peoples' lives. One scenario obviously needs indoctrination and the other obviously needs education. Our strategy in education is to subvert and cast doubt among those on the payroll of psychosis, who's tribal identity lies with psychosis, to point out the idiocy of standing in front protecting bad leaders. Insist on seeing the bank records. Insist on stress being the cause of all human problems and the ideal being the only real cure. Insist on reminding people of the difference between Column A life and Column B. Follow the secrecy. Follow the whistleblowers. Ask where the whistleblowers are. Tyranny and psychosis allow no whistleblowers. They *are* subverters who will do everything in their power to stop from being subverted. Watch who returns to an holistic and reasonable argument and who returns to mockery, ridicule, bigotry, hate-mongering and threats. Who has data aligned with the brutal impartial discipline of science and who brings "facts" touched directly or indirectly with a Column A revenue stream, such as peer-reviewed journals tied up by Pharma? What is the motivation for Column B to lie? Building a larger private practice worth from \$30K to \$1M extra dollars versus Column A which can subvert an entire economy and society so that fear and confusion drive \$4T annually spent on the MIC? Points to hit are the disgusting hypocrisy in the case of Epstein, Michael Avenati, Sam Bankman-Fried, and Hillary Clinton's rapacious looting that many Leftists hate right along with us. If someone brings up Trump, say, "Yes, Trump—

but I think Trump is a fig-leaf hiding the rape and crimes of so many others. We're *allowed* to attack Trump. What about the oligarchs we *aren't* allowed to attack?" Psychological warfare lays down a skirmish line of red herrings like Trump to mine the field so that we never reach the barricade of the elite to take them out. <u>Attack elitism over populism, because this is where all people on the Left came on board, this is always the essence of human struggle.</u> Go with a kindness psychosis never shows because we must all remember that we are actually, nearly all of us, on the same page, with education on the value of having a larger tribe, and how all tribes value innocence and guilt the same anyway.

Generally, points that bring up the Constitution, freedom, tradition, the Founding Fathers, founding principles or history have been so run ragged with the propaganda of mockery that they offer no traction with people seduced by psychotics to believe they are superior to all that has come before. Ask people what makes America special: America is a miracle for the way it forced the elite, the powerful, to share power with the populace, the weak, as never before, so that the elite feared the people, and served them, and respected Less is More in the use of power. We climbed the staircase highest to this highest way of being. However long we succeeded is debatable, but no one can attack the value of the ideal itself. It is where we all are headed, Left and Right; one directly, one with (another) detour through elitism that we are supposed to trust the few will not take advantage of—even now when all the red flags are waving. <u>The more the psychopath, the more they are on the payroll, the more your interlocutor will keep bringing up the red herring. This is a talk for the people listening, who have been convinced to think like a psychopath that they too are superior enough to stand in the way of the genius of the human organism, but who will nod their head as you touch on the unavoidable lack of wisdom in living life the wrong way.</u>

The problem for you, reader, is that you're not a chiropractor, so you don't know about the Brain-First revolution out there that is probably the only thing that can deliver truly holistic, finally-effective, bargain basement social welfare, eldercare and criminal care that our noble center and holistic assumptions crave. Without that, you're stuck at the Morton's Fork where

you can't spend enough on social welfare and leave genius fully funded. You must choose, and those rightly cheated on either side will never let up on their argument because they have no enlightened self-interested reason for doing so. You have no holistic vision for why the Have Not less-productive citizen may be stunted in their growth and life experience, and how to address this calamity in non-material ways. Without the brain, its dog-eat-dog between Haves and Have Nots and not enough money to go around to smooth over all the holes and needs in a society that sustains rather than thrives. Your noble center and holistic assumptions *want* the holistic to be true, but its a leap that cannot be made without the brain, without the full modular integrity of our body, mind, spirit; without capturing the wider reality written down in our consciousness. Perfection with the other three cures will not make up the loss of not having the last. No part is here to be denied. What is rational is holistic. The Pharma mythology tells you all your problems can be solved by liquids/drugs, that nutrition and mindfulness don't matter enough to make the big difference so that we need almost no drugs and surgery. But solids are as vital as liquids. While all things are made of chemicals, not all things are liquids. Tuning and alignment are as critical as the right chemicals. The instrument out of tune has a wrinkle in the prism that is a ray gun radiating death, aging and disease two to three times faster than normal from inside out, in consciousness, where drugs and surgery will never reach.

Generally, the person in the right will see that their solution is holistically well rounded and beneficial for all sides, and therefore what they want needs less anger and force to stomp it into place and keep it there. They will not need the logical traps, tricks and fallacies listed above that are the tools the psychotic mind keeps recycling. They *want* to keep missing the most important point, incredibly. The severity of psychosis is shown to us by how much the person or influence keeps circling back to the same division in order to stave off understanding, not bring it in. The worst red flag of all is when the psychotic loop shamelessly denies point blank that they are dodging logic when we call them out. Why would anyone lie about holistic salvation for all? Imagine the ego, the loss, the hole they are in that part of the world until they let go. As Ephesians 4:29

says: "Do not let any unwholesome talk come out of your mouths, but only what is helpful for building others up according to their needs, that it may benefit those who listen." How does a lie help all the cells in the same body? Where statecraft is concerned we all need to listen because this is the framing of innocence and guilt. We must all agree, know why we agree, and agree because compromise from thriving is never any good. Only when people are paid handsomely will they violate the rights of us all. Column A may sometimes hit a right note, like Viagra with dementia, or hydroxychloroquine with viruses, but otherwise the stress of deviation from the perfect is not worth it other than to gain temporarily from Hormetic effect.

When I joined Boy Scouts they marched us into the woods for a hazing: Blindfolded on a cold night, we were told to keep totally silent, as we marched up a high cliff and jumped off one by one, hearing the splash of the boy in front of us into the icy water below. When I leaped, I was caught by two Scout Masters as someone else chucked a big rock into the water below. Is this what happens to us when we "suffer" and "die"? Is our life a sort of hazing, ended by passing through a brief barrier of pain and dreadful expectation as we leap into what is next? And, in the next life, we chuckle at how seriously we took the end of this section of our existence? In his book on his near-death experience, once-atheist neurosurgeon Eben Alexander describes meeting a beautiful sort of angel "on the other side" who told him that there were no wrongs in this life.* This really only makes moral sense if the angel meant that we humans are so tiny that we mean nothing, or that whatever created us knows that, eventually, all of our Brownian rambunction takes us home anyway.

Are we alone in space? I don't think so. I doubt anyone thinks so anymore. I believe, from Joe Rogan's podcasts*, for example, the reports that say the United States has nine UFOs in hangars. No one knows if anyone else has any. I would believe they did not. I would believe that these nine UFOs "fell into our hands," into the hands of the United States, and not into Russia's or China's hands, because those governments are still inhumane enough to use that technology like Hillary Clinton would, to dominate others for material gain, rather than force aside their self-interest

for the advancement of us all. I choose to believe these spacecraft are a teaser to open our minds to how much more there is waiting for us beyond, if we behave. Rumors are that UFOs have hovered over American nuclear missile sights when words get heated between the superpowers. If this happens, do they do the same to the Russians and Chinese? Are the space people going to disable our nuclear capability if we push the button, like older brothers letting the littler kids fight but only so much? Or are they taking closeups on the moment when we actually *do* it? To log how long it takes us to recover from *this* idiotic, primitive setback. Have these UFO teasers come at this precariously hormonal period in our sub-adult life when teenagers can get into trouble faster than they realize? . . . I believe so. I believe so because it is right in line with where we can go, where we *are* going, whether or not we are the oldest, most advanced, or the only, living things in the universe. I believe this because the individual, no matter what they are made of, will always remain the best watchdog, the best nanobot, to will appreciation forward.

Many of us believe God laid the foundation for Life on rocky outposts to do this thousands, maybe millions of times, with Life touching off another space station. For what it's worth, I believe these siblings of ours are friendly because Phase Two is Phase Two, and the social rules of individual awareness and consciousness *must* remain the same for the fundamental sake of self preservation. Thus the social instincts *cannot* be different from the way Life needs them to be, i.e. two creatures cannot occupy the same space at the same time, the value advantages of individuality, of individual hunger, individual specificity, need and drive remain constant, and are only properly matched by the opposing tension of social demands. Individuality makes it so that *all* victims see the same injustice. Strength in numbers and strength in creativity do the rest. Social constructs cannot work any other way, but that each individual sees them as fair for all. Moreover, Less is More, and all has value, and serendipity likewise must always remain the same. This is why we see the same social dynamics even among animals. No other way offers the efficiency, freedom, responsiveness, detail, drive and the order of intelligent power that Life always expresses to bring every negative to heel. As such, none of

this is fun for God without free will. The moment you give living things free will they will start bumping into other things with consequence. The structural forces of Individuality, Form, Work, Balance and Freedom make tragedy/accident inevitable. If protoconsciousness turns out to be a thing, then inorganic and inorganic things bumping into one another is of little importance. But when organic things, people, things of consciousness, bump into other things, like sharp knives and the bumpers of buses, then it gets sticky. But these accidents are unavoidable. How do you get around free will and independence for life to mean anything? It would be a useless nonstarter for both entertainment *and* companionship. *God would have no real companionship if we lacked free will.* Nor do our oligarchs.

The answer to the question of whether or not we are put here with any purpose, meaning or intent rather than accident lies also in the stress chart of what stresses hurt us the most: The stress that kills us the most is the death of a child. *Why are we made that way?* It speaks volumes that we are. Why, in our life instinct to live and grow a larger group around us, why does a child matter far more than anyone else, more than any strapping adult who could fight for us? A child is of no practical use. At least not for years. And friends could easily step in to spoon oatmeal down our gullet in our old age. Why don't we care most about the death of our muscular friends if we are chance beings without divinity? A strong friend saves us *now* from harm. A child is a future investment that may never even pan out. It's a bad bet. So *why* do we respond to this cuteness the way we do? Even in animals we adore the cuteness, unless there is something very wrong with us. Why would we universally most cherish our kids unless something superior to us imposed this preference because it wanted us to live on as a species and carry on for a longer journey? A being of chance and randomness wants security and gratification *now,* not in the future, because randomness itself is a thing that guarantees *nothing*. How many of us even *think* about the future beyond our immediate needs and that of our family, and setting them up for an easier road than we had? Randomness *does not care what happens next.* Randomness does not set out on an incredible journey built on the backs of brutes too stupid to see they are on a journey even after five thousand years. Placed alongside the fact that the

perfect is the steady state of living existence, it would seem that only something divine would set all of this up. If what we care most about are the offspring we have to make life *beyond us* carry on in perpetuity, this cannot mean but that whatever put us here places the strictest importance on us carrying on. Our being here and carrying on this way *means* something critical, means the most *not to us*, but to whatever put us here. If every time we turn around we keep running into the perfect answer for the circumstances, and answers that are so perfectly round that we cannot improve upon them, when are we going to give up the argument that all of this is coldness, chance and randomness?

We are made to stick, to carry on, to care about the future, to improve a future world that we will never see. Our best "reach" into that other world is the holistic model. We are made to grow into something ever more interesting, that an adult would love, that only something with our own conscience would fully enjoy, that the most sophisticated companion and parent would love, would find interesting and appreciate. And yet we were, even when we were more primitive, interesting to the same degree, just as our ancestors found one another to be when they enjoyed one another's friendship and opinions. Oddly, we will fight to shape our children for their best life as well, at least as far as we understand life to be at that particular time in history, which seems to be at least a subconscious choice to make sure our children in turn will carry on improving that future world holistically as well. Our only link to that process of perpetuity is our strange obsession with our kids before all others. . . . Maybe this is why all sociopaths eventually wind up trying to split up the family, to try to re-direct our obsession upon *them* rather than our own, to make *them* the "family" at the center of our children's lives rather than us and what is holistic. Because Life is what it is, we can never predict who among us are the most helpful to ourselves, and to our kids not yet born. Our best opportunity is to keep our eyes open for the wonder of one another, for the wonder of it all, to keep our eyes open for the next chance, the next idea, that raises quality of life in the best way—and because this idea or deal does this there is no reason that there should be any secrecy surrounding any part of it, except intellectual property, for otherwise all the advantage

of genius goes to the elite. All of the scientific evidence will line up to affirm that *this* is the proper way to live a life, to control one's mind; this is the highest degree of "tone" because it only makes sense that this must be so. If this is *not* your Life Well-Lived, and if you do not try to help others find it, and we have in Mendeleev's Periodic Table of Life all the proof that this is so, and your tone is "off"—then you only harm your own ability to see something wonderful.

If it is true that space beings are out there, they haven't messed with us for these reasons. They understand the inevitability of this process of Life because their parentless species already labored through all of it, the same tribalism that we are wading through, to discover how our own lack of an open mind is the *only* inhibition to our evolution. Sociopathology *is* evil, it *is* the Devil, per se—and it is only the lack of an open mind, and the desire to kill all that is related to the open mind that perceives the perfect. The mantra of suicidal nihilism in psychosis is a vitalist illusion, a mirage, a stress, to jar us awake about the futility of self-inflicted wounds. It is the ever present gravitational force, the temptation, the illusion between a choice that appears slightly easier than the harder Holistic one, the virtuous one, the one of Less is More, that gives a little squirt of brain hormone that is depravity, not bliss, that tempts you to make another wrong choice, and another, peeling you away ever farther from the Life Well-Lived.

We have reviewed Bentham's pleasure and pain, Locke's life, liberty and property, Whewell's primary and universal rights, and cardinal virtues, and we have talked about Johanne Gratian, Martin Luther and John Locke referring to the sacredness of the conscience of the individual to guide the human race no matter who rules or tries to stop this advance. We mentioned Haidt's loyalty/betrayal, authority/subversion, care/harm, fairness/reciprocity, sanctity/degradation. It is suggested here that balance, form, independence, self-responsibility, work, freedom, truth, reason, earning, compassion form the modular integrity of the human mind that are structural forces in thinking extended from laws that govern every part of existence itself as it pertains to the scale of life for living things. We have said that all tribes cue on the same definition of innocence and guilt framed by these ethical constructs because this is the best way for

the tribe to survive and advance or get anything done. We dispute Berlin's and Gleiser's idea about complexity and different systems making it impossible to find one meaning and one methodology because it appears that inanimate and animate ecosystems all layer, braid and orient toward the support of Life and existence in Phase Two, and that health and thriving are the sleeve through which all factors pass on a human scale. We agree that the *how* of all of this being done is impossible to penetrate, but that the bewildering complexity is essential for the protection of a *why* that is complete and self-explanatory and could not be simpler, and could not give us anything more—since we do not yet know where it goes. This seems to be the modular tensegrity, the bounded instability, the energy, the fluid dynamics, the Brownian movement that pushes forward even at rest. We have hypothesized that there are four major ways we can "go wrong" in our lives, and stress ourselves, each tied into Less is More. These are the wrong way to eat, to exercise, to structure ourselves, and the wrong way to think and treat others. Everything doubles back to our own life experience. These structural forces cannot be tampered with because there is no better way for things to be. Our enlightened self-interest is *always* to live and think correctly about what is already here. We are made to enjoy this experience; to get out of it what we put in. Come from any angle, there appears to be only one promise: If we live life the right way—we know we will experience something only more wonderful.

THE END

prediction by Thomas Malthus that there aren't enough resources on the planet for the human race to sustain itself. "Triage" is the concept that human beings cannot and will not produce the resources they need to keep from running out—or find new resources, or new methods, to replace the

old. Another variation on this same theme is population bomb theory. Malthus accurately predicted that the growth of human population would outstrip food supplies by the late 19th or early 20th centuries. Fortunately, what happened was that our inventiveness intervened so that the German chemist Fritz Haber* invented a means for manufacturing ammonia. Ammonia was an extremely rare chemical that plants had been found to love and greatly accelerated plant growth by providing nitrogen. By the early 1900s artificial fertilizers had saved the human race by turning depleted soils into fertile soils and raising crop yields to levels Malthus never could have conceived of. Interestingly, all of our staggering victims of mass formation psychosis look at this as an unfortunate event. . . . There is therefore a decisive gap between the spirited group of elites who by all indications intend to kill off six billion of us, (or as many as they can before we wake up to their plan), all the while as they deny to our face their intention to kill us, leveraging our tribal identity gullibility against us. These elites fancy themselves "humanists" even as they dream of wiping out five sixths of the human race, because they are convinced we cannot save ourselves. To put this monstrosity in proper perspective, we must take a look at the curious gift of the human race for exploring creativity, imagination and genius.

The worst thing in the world happens when our elite take leave of their senses and make us the enemy and stop us from raising our quality of life, which is what we most desire.

History's greatest catastrophes are this occurrence—and our worst nightmare is when elites isolate themselves inside their own tribe apart from us.

All tribes correlate around the same moral and logical principles that help us figure life out and help the tribe and individuals succeed best at anything. All tribes are headed toward realizing that there is only this one

ideal perfect way of doing anything because it is best for all. Likewise, all tribes are headed toward the realization we function best only as one tribe, just as a healthy human body is "one tribe" with sub-tribes in different organs and systems all dedicated to the thriving of the whole.

Stress is the cause of all disease, but all human problems are caused by stress—a challenge to the way we are supposed to be. Selye proved stress is the cause of disease, implying "better and worse" and a hidden ideal.

Life and existence are a constant, fluid force endlessly manifesting what is perfect, and manifesting this ideal. We are born perfect, but not realizing that we are we do ourselves endless stress and harm—and fall far short of our ideal lifespan of 150 years. If we each lived ideally we would all reach 150. Stresses kill our insides and the "death" radiates out so that we are 2-3x faster than we should.

There are four ideals, how to eat, exercise, structure ourselves or "tune the instrument" and how to think about ourselves and others. When we don't adhere to these four simple ideals we stress ourselves. Stress is at first highly beneficial in hormetic effect.

Therefore all our problems are stress and "health" problems or problems not of thriving that only the full realization of human thriving will cure.

Bentham mentioned pleasure and pain, Kant talked of categorical imperatives, and Haidt laid down care/harm, authority/subversion, fairness/reciprocity, . . . This hypothesis proposes balance, form, independence, self-responsibility, work, truth, earning, reason, freedom, compassion that shape both how we must think and morally reason. But the most important criterion of all is that our thoughts and actions must mimic how life and existence flow in perfection toward the realization of our own genius, and how less is more, how all has value, and serendipity. To make this pursuit, our two life instincts are to survive and grow our tribe, and to get more for less.

Will we ever really find an "end" to discovery? This is part of the tragedy with the Great Reset crowd: <u>How many of these billionaires are living to 150 and have nothing to fear from aging, back pain, a hump back, colon collapse, compound hemorrhoids, a-fib, cancer, diabetes, seeping sores from their blood thinners, food allergies, asthma, a broken hip, a rejected hip or shoulder replacement, or how their take on the human organism will create so many enemies that their guards will never have enough bullets or stomach to kill them all?</u>

The following Material For Efficiency

Delays and wasting time risks billions. Our hunger to raise our quality of life creates a positive urgency for speed and immediacy that not even a firing squad can match. Government committees, and elites who cannot be fired, without incentive because they are already comfortable, and because they are not hungry, since their individual incomes range between three to seven times as much as the average American *family,* can never keep pace with hungry individuals mixing and matching their wits in a flat-out race against losses shaped by the lone failure of raising quality of life as much as the next person. Fortunately, because of our life instincts, we can't bribe the customer to take *less than* raising their quality of life, nor can the Communists do the same thing by threatening us not to like it. The public-private "partnerships" that Hillary Clinton et al have give us today, rake in billions between our aristocrats and crony capitalists. But they "fail" because their losses are publicly covered and so they can afford to fail on a spectacular scale, and because they have no real idea of genius leading the way in any of their projects. Tax payers foot the bill, all because people have looked at these "public-private" ventures and passed because they do

not raise quality of life as much as something else. Without these distractions, our resources would have been going into more promising ventures with the alacrity of human thought. The human psyche already reflects the flawless.

Our new-age cynicism about capitalism and wealth accumulation and the lag time of trickledown breeds a dreamy desire to kill the locomotive of commerce and enterprise because the caboose follows the engine. But if everyone is a chief, who will be the Indians? Can the train of genius move in a horizontal line (as if everyone is a genius having the same ingenious ideas all at the exact same time) rather than a vertical line, with the most ingenious leading the least ingenious?

The above material is best in Efficiency—

Kidlin's Law - If you can write down clearly what the problem is the problem is halfway solved

We are all finding out that huge bribes have let aluminum and mercury into vaccines that actively create a havoc of chronic inflammatory disease that is a basic part of our eating ourselves alive. Steve Kirsch, a $20M Democrat donor, dropped his political affiliation when his own research found that the Covid the vaccine was 1000x more damaging than Polio vaccine, but when he used his clout to get phone calls to top Democrats he saw himself being "handled." They did not want to hear what he had to say about saving lives. In a television interview,* he related the story of Steve Root, radio host, who had 100 vaccinated wedding guests and 100 unvaxxed, and 26% of the vaxxed had serious health issues after the vax, (and seven died) and 0 of the unvaxxed had health problems. British cardiologist, Aseem Malhotra, after first standing by the Covid vaccine, then researching why his healthy father died from it, has said researchers accidentally found two doses inflamed the heart so much that there was a 25% higher risk of having a fatal heart attack in five years. He says 40 cigarettes a day, gorging on junk food and ceasing all exercise could not come close to doing the same thing. The research group who found this

decided to hide this evidence because it would threaten their Pharma funding. He sees, " . . . a psychopathic entity that has had increased visible and invisible power over our lives over the last three decades." He says drug companies cannot test their own products and hold on to the raw data, the regulators should not be funded by industry, and politicians should not take campaign donations from Pharma. Progressives say they will make Pharma charge less for drugs. Who cares what the price of drugs are if society is at Full Health so that we don't need drugs? Which is a more natural fix—Communists forcing Pharma to lower prices while taking Pharma bribes the whole way down, or society going to Full Health so that prices plunge because no one is buying drugs because they are obsolete? Which is why young people don't buy health insurance. They don't need it. Who cares if Washington forces down the price of things that ruin our health in the first place? We only believe this is a good thing because of the distortion of information we have been subject to in our tribal submarine. The Jeffrey Epstein elite during Covid had *every* chance to rationalize the system, and did the exact opposite every time.

> ***Early in my life I decided I wanted to become a novelist who wrote as well as Fitzgerald. My first novel was a novel about the lives of three young white men at Palmer. But I sensed the world was changing around me. When I sent my novel around to agents, it became apparent that the literary wanted only stories grown from a new moral ground, an anti-American anti-establishment moral ground. The publishing and criticism doors were shut to you otherwise. By Reagan, I realized how monstrous this change was. It wasn't liberal; it was fascist. But they beat you to the punch. They were busy calling *you* fascist. They had trod that field of corn. They had stolen your thunder, stolen your punch line. My writing focused on the basic human right and wrong of this subtle sea change. Good and evil was no longer based on a universal measure of hurting or stealing from someone, but rather of listening to the other side divine from a hidden oracle somewhere behind their battle lines proclaim by a series of progressive decrees from this hidden oracle that Good and Evil were based entirely on whether or not one criticized or supported the Democrat Party. —And *this* was not Fascism; no, Fascism was defined by whether or not

you were fooled by this ruse that was too insane to believe. No less, my own family became divided along this wedge line. Washington became divided along it. Each month, each year, the claims of the other side became more outrageous in repeating over and over that the hidden oracle decreed that Good and Evil were defined by how well one kowtowed completely to the Democrat Party. The certainty was repeated exhaustively in everything touched by the arts, letters, entertainment—anyone in these fields soon realized their employment in these plum jobs everyone wanted was based solely on whether or not they too stood by the Party line. Anyone who said that reality was just the opposite of what was being insisted upon, and people were being punished for, that Democrats were the Fascists, not the old Americans, got the full-on Fascist treatment: As much ruin as the Democrat mafia and media could heap on you. It was full-on social and media terror, with a naked chaser of the most primitive, galling denial that it *was* Fascism and terroristic. "No! *This* isn't Fascism and terror! *You* are the Fascist and terrorist for *saying* that it is, and thinking that anything is wrong here other than the human mystique for improvement being at work here!" Being an aspiring writer, I experienced the same lockout as an outsider to the arts as an established writer or artist would feel on the inside knowing they would be excommunicated if they dared say or write the truth about the Big Lie that was establishing itself as the centerpiece of this new society and its new enlightenment.

At this point, this Big Lie is all that matters in our world. Human beings crave nothing more than trying to raise their quality of life. It is the meaning of their existence. All our problems are eventually solved by this sacred, yes, sacred adventure. Western civilization has been the slow-motion ascent to this realization. The common sense of this dim realization was so universal that all the nations and tribes of the world saw the light of that ascending star and came toward it, driven by the sense of it, the simplicity of it, the efficiency of the statement. The realization never had a real rival because all the world was so desperate for improvement that they never dared let their common sense and logic be fooled by any distracting message. They didn't have the time, energy or will to do themselves comparative harm. There were many sparkles of insanity, but nothing truly

colossal happened until the Industrial Age. Here, perhaps overpopulation stress, or the jolting introduction to the raw power of our own imagination, and its potential to dramatically change our lives by first rewarding the inventors, followed by a trickledown to the rest of us, startled us with the stress of change such that our brilliant flickering minds were damaged and faintly wounded. At that point, it appears in retrospect, we became vulnerable to a lack of faith in ourselves and our talents and, most keenly, in our genius and our innate humanity. Some may argue that we are more animal than human, but only the believers of the Big Lie will deny our progress from the caves of our common origin. The least rewarded by our advancement and our genius are the least creative among us, the last to the party of realizing the mystery, the reward, the fun, the potential, of our own genius. Instead of believing that white people are ahead of the game by being the first kid in class to realize this gift was here to play with, the white people Fascist purveyors of the Big Lie choose instead to believe that only white people are gifted, and everybody else is stupid, and these tricky white people Fascists spend all their twisted time believing that the slow-motion awakening to our genius is a *bad* thing, and that it must be stopped, and that the incentive of geniuses being rewarded first for their genius is a *terrible* crime, and that this is not the blossoming of a gigantic flower of genius and understanding—but instead the opening of a gate to Hell that all human energy and creative cunning must be unleashed to stop.

And so this volume stands on the horns of a dilemma. Any book that confronts the Big Lie will not be read in its time, and may not survive the book burnings now underway to stop the flowering from being either snuffed out or choked off by the brokering of it piecemeal for maximum profit and control by the Fascist few. An author can't stand the idea of his child being snuffed in the crib by these sorts of monsters, and yet any author worth his salt knows he is unimportant if he ignores Truth, and he knows no book on a theory of everything can ignore this self-destructive slingshot mechanism against change that lies in any primitive species. To tell the truth against the establishment at this time is a sin. The crowning achievement of the West, of America, was for a brief shining moment to be able to say whatever one wanted about anything within the *very* broad,

never-broader bounds of social acceptance. Now that door has been slammed shut in stunningly few years by a Democrat Party establishment that will brook *no criticism and no exposure of its vast corporate conspiracy and collusion* where there is absolutely no daylight between the ideal business model of the titans of industry—namely Pharma, food, tech and banking—and the state policy of Western nations. In too few years to be believed, we have dropped from the high point of Nuremberg where *no government or entity* can violate the sanctity of the individual and their mind to the rich, the few, the powerful, can do *anything* to you they want. And they pulled the wool over our eyes by blanketing us with promises that they were liberals who wanted only the best for us. And they only succeeded because the rest of us could not believe that anyone could be so monstrous, and so stupid, and have so little faith.

And now that Big Lie has put us on the pitch of a very interesting dynamic never imagined before: Technology versus Truth. Technology falling into the hands of the few where human nature and the dynamics of elitism progressively makes worse monsters of those who stand apart from any power to expose them, criticize them, or neuter them. It all comes down to the police who shield them. How far will they go shielding the few monsters behind the Big Lie as they exterminate their own kind to stop them from trying to improve their lives?

My hope is that this is the last barrier between the necessary step of our more primitive self blockading the lack of control over the human mind. But in the shadow of the Big Lie the great unknown is how many of us will die and be ruined, how much will be destroyed, by the few monsters before we either push them aside or they realize who they are. It is *only* our humanity that gave them the tools of belief that they sinned against. Yet it is their denial of our humanity that makes us stand with our neck open and defenseless in front of them and their police.


Animalized


Summaries

Earning can be interfered with by corruption and social kinematics like the Dunning-Kruger effect, where stupider people think they are much smarter than they are, and they think you have robbed them of their spot, and therefore *you* are the criminal and owe them compensation. But you have not robbed them if you have invented the better answer and they must move down the bench. Radical Marxism *is* the Dunning-Kruger effect en masse, where people, who are stupid in this particular moral equation, are consenting to psychosis that gums up the works for all of us. In other words, the stupider you are, like an animal, the more you tend to believe the world centers only around you and your wishful thinking and dreams, if you buy into the current madness we live under now where the One Percent have run away with their dark fantasies about us. Another part of the Dunning-Kruger effect is that, the stupider you are, the more you believe *everything* wrong is the fault of others, not yourself. This foolishness is understandable. Stupidity makes life easier. Maybe the stupidity and ignorance of the Dunning-Kruger effect are also part of aggressive wound formation? Is population stress part of the wound phenomenon? Dunning-Kruger fits only too beautifully into psychosis except that the sociopath is on the opposite end of the spectrum in ability, intelligence and cool under fire. As a result, the psychotic will find many converts among Dunning-Kruger malcontents.

Any departure (stress) from our psyche's fix on the perfect creates a kind of dark gravity that will "tear" our psyche, and then our neurological pools, if it continues, and make a victim, an enemy, who will then come looking to be made whole by restoration by means of the four cures. Without proper Earning, or any other deviation from the perfect, our pieces feel the abnormal stretch of stress and can't wait to get back to the shape we strayed from. The farther we stretch our envelope into something that Life doesn't do, the more the pressure, the chaos, the risk, the stress, builds as if toward tearing something in our consciousness, that then creates the time gap of the endogenous stress. No matter how much the Epsteins, Harari's,

Soros's, Raders, Rubinsteins and whoever else think they can rape us or hack us to actualize their own life of marauding others, it won't happen without damaging us, and spawning the enemies who will gather in the dark outside their hut.

It is only *their* backward thinking today that has convinced us that we can mix in more animal, more poison, more psychosis, into civil society with the expectation that any of this will help except by the negative example. Our noble center and holistic assumptions have gone on a spree for the ages since the Industrial Revolution. We now see all the consequences we need to draw conclusions on how the earth is perfectly rounded. What is our excuse now for not demanding the holistic, and teaching it to our kids and vulnerable citizens, and to our insane elites? Saving the animal from itself is a good deed. The lesson is easy because the animal is already imprinted with wanting more for less and Phase Two, and the long way around is so painfully memorable.

China - but individual income tax in China for a working person is around three dollars a year. And what do they really lack in China that we have here? The difference in life span is three years.* We pay total tax rates of forty to fifty percent (gas, food, entertainment, state, federal, local, fees, travel, hotels) while they pay less than one percent. Sadly, the Chinese government also buys into the Column A Pharma model of Half Health and so mandates vaccines for measles every year for their population, and every year the nation suffers a measles pandemic.

Lets take a short break from this overview of everything in the world to synthesize all we have said about human existence so far. We are saying these six things: 1) Our enlightened self-interest is the same for all of us. Health and thriving are the centerpiece of our existence because they are the best logical platform for doing anything. 2) The *how* of how this works may be impossibly complex the way it laces together, as Gleiser and Berlin note, but the *why* is as profoundly simple as is the methodology of cures

and solutions. 3) We are saying all of the above for the simple reason that it is unfair that an elite or an expert with their heart in the wrong place, or misguided by insanity or tribalism, could hold out on giving you your cure so that your life is not stunted and reaches its full potential. 4) In a mechanistic world it may make sense that evil, ignorance and simpleminded tribal habit could fairly give rise to atrocities that stunt lives and cheat people. However, 5) in holistic world, it only seems fair if The Life Well-Lived—the ideal way to think and act—holds the simple cures for *everything* that make our existence, life and meaning entirely linear and predictable, and wonderful, except for accident. And 6) it is because the unfairness of mechanistic world is universally perceived as unfair and wicked that the human organism drives itself forward after the discovery of holistic Utopia, if it exists. If we reverse field on any of these ideals, the the *how* is activated and impossibly complex pathologies come at us that can only be answered by the simplicity of the right combination of cures. The entire world of human learning and expertise cannot chase down what all goes wrong from inside out.

The "new tool and hypothesis" we propose here is what we say above: Health puts the entirety of philanthropy and human existence on the same continuum. Seeing this essentiality, we need nothing more—and the entire quanta that holds it in place on every level is a lock impossible to break. The crosshatch of laws, locks, stop losses and watchful consequences guarantee one end. To be an expert on life is to be an expert in "Health" in its largest context, an expert on the all four cures, or more, if there turn out to be more. We can cure *anything* with the four cures. The *how* arises from nothingness, while the *why* is self-explanatory—there simply is nothing better to be done. The argument is even more persuasive and unfair because all sane people *want* it to be true. They *want* more friends and fewer enemies and they would rather go-along-to-get-along than not—especially if the beauty of the formula were inescapable and good for everyone equally anyway. This revelation is one of the most valuable we can ever attain, judging by mathematical probabilities. Existence keeps sticking perfection in our faces, as if patiently hoping that we finally get it,

to expand our minds. If any part of the perfection were missing, it would be that much harder to figure out.

How well will the methodology of this hypothesis work? Results will tell us. What prevents us from *trying* the holistic model on for size? Only the same reluctance as always: Our tribe has never done it before. Our reluctance to believe outsiders over our chieftains even when our elites go into enemy mode, mass formation psychosis and Darkbomb Syndrome. The hardest thing in the world is to convince people who have been fooled that they have been fooled. Our tribal reluctance to change is the biggest slingshot influence in human fate. The slingshot of self-inflicted trauma is the force that will one day get us over the hump—when we stagger at the sight of all the carnage we have made for no good reason but to learn we did not have to.

Only Phase One thinking argues with this. And our tribalism allows us to be animalized by these actors inside our tribe who pretend to be friends, who pretend to be fellows, who slowly use psyops and propaganda, which is nothing but repetition of the same blasphemous lie—"*They're* evil, our *tribe* is evil, *you* are evil, and I will fix it if you just give me the power to be an elite!"—until we are reduced to craven unthinking louts who let down our guard, put down our weapons, and they leap on our back with their secret police and the ascent of man is over for god knows how long. Look at Jeffrey Epstein and Sam Bankman-Fried. They raped 2,500 women and bilked tens of thousands of investors of their life savings and they'll get away with it, why? Because they gave money to Democrats. One of them was murdered in cold blood in a maximum security prison because, just like the vote tabulation center—the guards "fell asleep" and the surveillance cameras "went out" for as long as it took to smuggle the vote away from populists to give it to elites.

Summaries

In the modern era, we rally so blindly around slogans like "For the little guy!" that we **lose our bearings.** Because of tribalism, the hardest thing to do in the world is convince the people who have been fooled that they have been fooled. The hardest thing for us to do is to admit that we've been fooled, especially when we've been betrayed by our own tribe, especially one that we thought *"These people are truly good, enlightened people for the little guy! And I'm one of them!"* But then Democrats come along, and Marxists. Anyone on the payroll. Golden handcuffs jobs, salaries, pensions. Sociopaths headed into jobs of unquestioned authority. Historically: 4 medical school profession, med school professors, surgeons, CEOs, politics, police, clergy. Who's more likely to steal elections for their own purposes besides psychopaths? **The Oracle.** The Oracle, mystical orb (somehow mysteriously always tied only to the Democrat Party) dictates to us all now what we can and cannot say and what we can and cannot do. If you do anything the Mystical Orb doesn't like it socially terrorizes your employer and you, and calls Antifa and BLM and they show up outside your house to burn it down. And somehow none of this is a threat to democracy, and apparently, we're told, we're so smart that we can see that living under the choke hold of the mystical orb of terror is somehow superior to the democratic republic we had up until a few weeks ago where we could say anything to anyone we damn well pleased, and the One Percent and the government served us instead of the other way around.

Every sentient animal has their conscience of right and wrong tied unconsciously into the perfection of Phase Two. They do not yet have the know-how to live without killing, but they, as the victim, more than anything else, do not want to be wronged or killed, and know somehow more than anything else that it is wrong to injure and kill them, that there is a better way to exist. The ultimate expression of what we are talking about is How Life Works, where less is more, cooperation over conflict, each thing having value, and serendipity.

This Ruling Principle has a sphere of influence not only inside us, but around us, where it is a protective force, a governing influence, pitching in to help perfectly govern the world, existence. Taking all of these things that

exist and moving them to likewise join in the stream of the perfect, and to stay there, for the betterment of themselves and all other things. And they will stay there, as with the field around a magnet, inanimate supporting animate, until only if and when they develop free will to go against this perfect influence because they suddenly calculate that it is in their selfish and greedy, animal, primitive interest to do so. At this point, they deviate from the perfect, they leave this Eden, and they will in perfect proportion encounter a destructive consequence of their own making that only serves to exactly remind us all that they, we, have departed from the perfect, and *everything* we will ever encounter by doing so will injure us, as made manifest by *everything* that exists. Again, like the invisible field around a magnet. All of existence and life bows down to this Ruling Principle, this Governing Force, this emergent order, this spontaneous self-order and *the slightest* exit from this stream of the most proper existence *is* stress. We are born virginal and complete with this governing principle inside us, as is any living thing. We are all on schedule to evolve to realize this completeness, and that we only cheat ourselves the more we fail to see this.

All of Evil intends to stop us from becoming whole and complete people.

At this highest social order, we not only most efficiently restock our store shelves to maintain our standard of living, but we go beyond that to most efficiently take our places side by side in the friendly competition of jazz musicians riffing off one another in the pursuit of genius to take quality of life places it has never been before. The more artillery fire lights off outside Madrid's Floridita Hotel circa 1936,* the more we scatter the jazz circle.

We *must* experience the alternative if anything is to mean *anything*. If we break any of these rules, this is stress and the fact enters into our black box and wrinkles us out of true with the perfect, and from that moment every aspect of our existence shows this imperfection in exact proportion to how much we have screwed up. Once wrinkled we have no apparent way of getting completely back to "perfect" that has yet been found, and so we must truly value this gift of rarity like nothing else, and time is shaved off

the end of our lifespan in *exact accord* with how much we have missed the mark in every phase of existence. Here, there is *precise* Justice. In this grid of all that is, the stupider we are the more stress:benefit risk:benefit and the law of averages pushes us to an earlier, and worse, death. Heaven is already here. It is up to you what you make of it. Our structure has a particular shape and envelope that must be precisely protected when we use sharp implements, or walk, work and play, or drive. Our whole reflects *any* imperfection after the buffer of hormetic effect where our gift continues in that any stress and challenge, even serious ones, make us better, stronger, smarter and wiser. All of this is the modular integrity of our being. The only contradiction to this perfection anywhere, in anything, is the anti-perfect, i.e. what *not* to do, to think, to eat, and how *not* to treat others who also reflect the perfect and are perfect extensions of the perfect as long as they too do not violate what is splendid. And so we make societies and laws that reflect the perfect as best we see them currently and these societies and rules and laws are here to help keep us on the straight and narrow and extend our leverage so that we have the choice to do more that reflects what is most worthwhile.

Footnotes:

1 - Observation by Dr. Don Harrison as relayed by his son, Dr. Deed Harrison at the 2022 CBP Annual Conference, Nashville, TN 9/2022

1. "How a century of ammonia synthesis changed the world," Jan Willem Erisman1, Mark A. Sutton, James Galloway, Zbigniew Klimont, and Wilfried Winiwarter, *Nature Geoscience*, September 28, 2008.

Keepers:

It is not far fetched to say that drugs and shots have a mythical, god-like standing in Western culture, in any culture, by the very fact that they dealt with life and death, as does our perfection. But because our perfection breaks down, the drug and the shot often go up on the altar and our perfection is overlooked.

To begin, let us touch on the importance of the open mind. The pursuit of meaning can require the thing psychosis fears and detests the most—the open mind of the researcher, a Solon,* willing to abandon all bias for the sake of the better information.

Psychosis is *forced* to be dictatorial, militaristic, clumsy, irritating, stressful, elitist and nepotistic because of the saturation in the market, so to speak, by the holistic plan. Psychosis shows out with terror and control because there just isn't enough money in the world to bribe all the people necessary to flip the innate, populist meritocracy on its head. The human race cannot raise enough sustenance from the artificial means framed by the elite the more they and their enablers do *nothing* holistic. This, because the holistic perfect is finally the source of motivation, sustenance and meritocracy for *everything*, as we will show, with Phase One being an unfortunate inevitability of growing up.

never mentions the completeness of The Life Well-Lived of Column B, where we would need to buy so *many* fewer products, and have more money left over for the ones that actually pleased us. Column A world cannot accept the science of Column B world because it will change everything.

In deference to this model, our consciousness exhibits a voracious insistence on how we should be treated. We know now no man is better off being another man's slave. We know now no man should be stolen from. We know now no man should be kept ignorant about his own wellbeing when his fullest life rests in his own hands.

In the end, we all start to see this connectedness in our arguments unless we are habitual skeptics of anything or we are in that very small slice of people who do not want to see anything important resolved that we do not get credit for. This is a curious group of people who will if they can make their living not by doing anything real or constructive, but merely by being in control. This profession is one of constantly imposing interference. This profession is better intolerated in small Greek villages, but these wily persons tend to rise to high office in large social settings with bureaucracies and other professional do-nothings. Calling out the professional troublemaker may seem like a juvenile sidebar, but it isn't. As we will argue the naredowell plays an essential role in catalyzing human social ascent. But back to the point:

Removed Section From Opening of the Book that will make a nice article or synopsis, for the 88th time:

Eventually, when two people talk reasonably with one another, they realize most of the time they are making the same argument. This is because sooner or later we realize enlightenment has only one approach, one way in, and one way out—compliance or deviation with its principles, that are eternal and never change. Enlightenment is always telling us that this is the ultimate way to think of, and respect, ourselves and one another. Everyone is likely to see this similarity among us except either when we talk about it the wrong way, or we get stuck on one part of it that we can't resolve with another part, or someone else's argument, and we "agree to disagree" which itself is an essential piece of enlightenment because, as two human beings, we realize the proof will be found eventually in the results from the two conflicting methods.

Ultimately, enlightenment offers two parts, a Yin and Yang if you will: One, proper respect for the self, and proper treatment of the self, and proper respect and treatment of others. They are parts of the same coin. The pieces are dragged through the same sleeve to become enlightenment.

All of life that is on the human scale and relevant to us in the end enfolds, funnels, flows, turns into, torrents upward into the two considerations either of how to treat ourselves or others. And if we can get past the two main divisions that will potentially separate us all at any time in any dispute we can easily make sense of any dispute and realize there is actually very little to fight about, certainly nothing to hurt, steal or kill for—and this is why we universally object to these injuries being inflicted upon us. Those two pointless agencies of separation and dispute are our tribalism and our lazy propensity to give our tribal elites more credit than they are worth. The argument here is that these two lazy tribal weaknesses are the source of nearly *all* large-scale human conflict, confusion and stress because they are the cause of us closing our eyes to what enlightenment is cogently, scientifically and most forcibly trying to tell us about improving our lives and getting along. The only other conflict is greed and selfishness often involving materialism that a part of us is always tempted to say is fundamentally in conflict with enlightenment or God's will since Christianity, Judaism and Confucius.* But the point here is that how could we derive so much fun and pleasure from material things, and how could they motivate us to do so many splendid, breathtaking things populating museums if materialism was a) so bad, and b) no part of enlightenment? All of the accomplishments we have made since emerging from the caves were motivated by our material side. But, especially since the arrival of Marxism, we start to cherry pick among these inventions for the ones we personally or tribally do not like to say these are bad and proof that we are craven and enlightenment is *very* far off from where we are now.

[Section on tribes cut to use in Chapter 1]

One of the most urgent points of this book is to convince us that since a workable, functional understanding of enlightenment is not anywhere near as far off as we believe it is, there truly is no need for thinking we must harm one another, or even one another's property, to get where we want to go. This last point on property is a dangerous one of to throw in so soon into a presentation on enlightenment—that our materialism is fine so long as it is "holistic," and that it actually plays an essential role in who we are, for the better. A casual proof to throw out to prove this statement is to

<u>show how material and possessive of their own cars, houses, trinkets, position, money and sex toys are the people who are supposedly the most advanced among us, those most dedicated to the defeat of greed and selfishness—the leaders of the world's Left. If *they,* who's entire facade for rationalizing their hold on power cannot even stop themselves from being possessive and materialistic, then what hope do the rest of us have who's power and stake in life is *not* entirely predicated on the dream, the fiction, of de-materializing the world?</u> But let this ancient dispute reaching back to the Greeks* and the Bible not separate us enough for now to interfere in the presentation of this evidence to show how close we have come to joining into one tribe from our long history of human events. Let us meet at the end of the book to see what loose ends remain.

Global warming plus -

History: The global warming crusade began long ago. In 1817, the President of the Royal Society in London cautioned about large climate alteration that would lead to massive death in that century. In 1947, a Swedish geophysicist declared that the climate was rising. In the 1970s, the BBC announced the impending ice age by 1984 that would devastate the world on par with nuclear holocaust. In 1992, 1994, 1995, 1998, 1999, 2000, 2001, 2002, 2007 we were told we had only five years to save the planet. In 2011, the International Energy Agency said we had five years left. In 2017, the United Nations declared we had three years left. In 2013, a Cambridge professor said all Arctic ice would be gone by 2015. In 2009, Gordon Brown, then UK PM, predicted there was but 50 days left. The Observer newspaper, in 2004, foretold that we'd be living in a "Siberian climate" by 2020. In 2021, Prince Charles grimly announced we had but eight years left to save the planet.

Summary materials:

The information and the signs of corruption that is of course denied are too tempting to ignore as they line up with our instincts. The more psychotic the elite, the more they are always fleeing the spasm of revenge building as accurate information leaks past their barrier of industrial propaganda. But without a shot being fired, the cancer of depraved elite can fall away because of the reasonableness of what Life points toward. We have three strategies: Walk past their guards and clog their operations with coordinated strikes until they fall. Or we wait out their toxic genius until their heirs are too disgusted to repeat what their parents have done, as happened with slavery and numerous other Western stepping stones. They begin lowering taxes and regulations the way China started in 1976 when simple farmers showed Chou En Lai what they had grown on their own on plots of land away from the collective farms that were half-starving the nation. Accurate information will make their guards stand aside while we go in with torches to the gated communities of the rich white playboys to insist they let us do what we are put here to do.

However, today in America, given the rise of the unique hybrid between corporate oligarchy and Marxist oligarchy, the ultimate lessons on decency, true humanism and civilization inside Phase Two are not *allowed* to school and punish our uncivilized and barbaric tendencies typical of Phase One. This point cannot be overemphasized. Our natural tendency is to evolve: The Marxist-corporatist hybrid is so irrationally opportunistic that *it is trapping us and not allowing us to see the information with which we would evolve toward Phase Two.* Instead, the desperation of the confused Great Reset crowd has mixed with the wartime criminal cynicism of Marxism to give us a cocktail of punitive elitism on par with the worst, so that Phase One can manage a full court press on Phase Two via the power of the Surveillance State and the on line ability to censor and broker all data.

And this idea that we each are born perfect, virginal and worthy should be sharply contrasted with the opposite message radiating from Marxism and psychosis: Their message being that we are *not* worthy, or virginal, or

perfect in any way, and therefore it is fair and makes sense that we tear ourselves down, and one another, and the people who are the most accomplished are the ones we should tear down the most. It is *this* idea that is our tribal identity, they believe, and therefore the *worst* people are those who oppose us, who must be torn down the most. Since we, meaning the human race, collectively have evolved not that far off from the truth, with Phase Two well in sight, the Marxist message targets mostly all of us except criminals. Therefore we can repeat that the psychosis underneath Marxism constantly introduces a criminal accounting of all that is, and flips the script on worth. This accounting is as scientific as it can get until brain lesions can be positively tied to political psychosis because of the consistency of the pattern in form and function.

Researchers find that average people believe that the most toxic and expensive medicine is the more effective.\* Surveys show Americans are apt to choose the most heroic and toxic course of treatment for say, cancer, because they naturally associate stress, toxicity, trauma and near-death experience with a better, more effective cure. This is double trouble if true. Is this a prejudice driven by half a century of nail-biter Dr. Kildare medical dramas? Hopefully so. If not, the deck is deeply stacked against the brain-first revolution and safe, natural remedies that will leave psychosis without a (rational) bone to pick. Pharma's kung fu grip might last a long time. We humans love simplicity as much as we love complexity, but in this case our brain may permanently lose out to our preference to see ourselves smothered under stacks of beeping computers, needles and tubes when serious illness strikes.

Chiropractic has watched arguably the worst of these atrocities from the front row since 1895. Now, with Fentanyl, Covid, the Great Reset and political tampering leading to significant reductions in our quality of life— the rest of the world has caught a glimpse of just how bad trusted elites can sometimes be, due to the nature of man and the dynamics of elitism.

Theory of Everything No. 2, A Short Overview of the Walls-Kaufman Theory:
December 8, 2023
By David Walls-Kaufman, DC

# (ToE)

# The Theory of Everything

## A Sketch on the Explanation of Life, Happiness, Pain, Suffering, Evolution, Meaning and Understanding

By David Walls-Kaufman, DC

WALLS-KAUFMANN - 333

# Part I: A Handbook on Enlightenment

# Meditation No. 1

The meaning and methodology of life begins at existence. If you do not exist you do not care. If you exist then, at each moment, you must continue to exist, and exist well enough to function, and breed. You must breed and have a lifespan longer than a shrimp unless you can figure out all of life in a day, and then hand off your notes on patterns to the next generation. We have a name for this. It is health. Without health, you do not exist, and nothing can be built on top. Missing health, you can focus on nothing else. Our meaning and purpose, and the Theory of Everything begins with health and thriving. *You were put here to thrive.* You were put here to thrive without cheating a single other person of *their* thriving, just like cells in the same body. Every part of your thriving is to cost them nothing; most importantly, you each thrive more the more you each thrive. Health is so central to our existence that it is the focus of the Left-Right war. That part of the Left which is honest wants social welfare to build up the complete health of those with the least opportunity so that they have at least the best *chance* to explore real, fully-rounded citizenship and contribute to society. On the other hand the Right says that, yes, social welfare is well and good—but how much do we do without pulling resources away from raising our quality of life and discovering new ways to raise our quality of life?

These are both immaculate arguments.

The only solution for both ideas is in thriving for all.

All of science and knowledge, directly or indirectly, exists only to help us find out how we live better, how to make human existence more linear and predictable, more relevant to a life of understanding and a life that has the highest reward and value.

Again, that answer comes from only one source, one way of looking at ourselves and why we are here and what role we each play for one another.

Meditation No. 2

Truth is NOT in the eye of the beholder. The Truth is thriving for us all as if we were all cells in the same body working for the same end and enjoying it. I contend that enlightenment and the Unified Theory wrap around a scientifically measurable neurophysiological set point of optimal health and thriving for us all.

To my knowledge, the first and only Theory of Everthing. Supposedly, Schrödinger, Heisenberg, Wolfgang Pauli have all tried and failed to explain human existence around a single set point, and Isaiah Berlin, Sidgwick, Marcello Gleiser and Wittgenstein have all said that finding any such Theory of Evertying is impossible. I disagree. I feel the *moral* aspect of the ToE is easy to grasp (harm to none, thriving for all, in order to create the optimal platform for genius). But

since any ToE will be proportionately ignored and rejected the more it challenges the dominant economic and conceptual paradigm—and the only radicals to get anything published these days are on the Left—so that, if you criticize the Left you can't get published—this ToE is in a tough spot.

Thomas Szazs rightly points out that much of science and society is like a Western movie gunfight in that the quick draw wins—in this case, the person who effectively describes a concept, or captures it in words or formula, is the "winner."

Gleiser says that without a "new tool or a new hypothesis" all of existence is not reducible to a single concept or action. The new hypothesis and tool presented in this sketch of the Theory of Everyting is this—the entirety of human action is summarized in our health and thriving, and the ultimate expression of our health and thriving is that we are at our best as a genius machine. This is a machine that arrives at new understandings and the pleasure and security of a higher quality of life. Stress is not only the only cause of disease, pain and dysfunction, it is the cause of all of our problems. And stress and benefit are defined exclusively by this overarching ideal direction of our lives as a machine, a living ecosystem, designed and motivated to move forward toward higher understanding and better ways—the best way—to live. Deviation from this ideal life (or process) is stress, and the greatest adherence to this ideal life and process is benefit. The solution to all of our problems except accident lies in optimally following the above directive.

Overall, directly and indirectly, viewed from eighty miles up, we evolve to become this genius machine. Every part of the machine should be dedicated to this end. The more all parts are not in synch with this ideal the more each part and the whole are wasting their time interfering with making their own lives better. *It is not in our personal interest to interfere in the process of this incredible organism.* Each part is at its own personal best the more it supports this overall, collective, truly holistic role. The more any divisible part deviates from this role, the more this is not a good idea, even to the point of being "war" or "crime," and the more this deviation is "punished" for impeding this exquisite process—both by society, by individuals and by universal results and consequences—that each divisible part knows subconsciously is what we all should be doing anyway. Universal innocence and guilt, as well as universal reward and punishment, emerge from this single subconscious standard that is affirmed by all carefully considered results, consequences, logic, evidence and data. In fact, data, logic, instinct, results, consequences, reason are so perfectly oriented to this unsurpassable orientation that it would seem impossible that this would be a thing of chance. This special orientation is doubly affirmed by the fact that it lies at the heart of all of our innate reactions and expectations. We all *want* the world to be this way. We all think the world *should* be this way. The conclusion is so inescapable that it alone is the definition of sanity. The person is insane who destroys that which is worthwhile. What is most worthwhile is more understanding and certainty about who we are, why we are here, and how we make our lives more linear and predictable, more rewarding, satisfying, fun and joyful. Our best existence has two parts: thriving and genius, with each part reciprocally feeding into the better manifestation of the other.

This is the function and single parameter of what we might as well call the operating system of life and existence. The inanimate world gathers to form the base for building this structure, and

Page 3 of 38

then the animate world emerges and evolves to more sophisticated and advanced forms that have better chances to ultimately realize this self-rewarding obligation to investigate and create. The operating system shapes stress and benefit exclusively around this drive. Any deviation or impedance is over time influenced back in line like a trash compactor to serve this self-rewarding process. For example, when we are injured or sick and we cannot serve this process (our job) as best we can, our body makes a priority to funnel resources into getting us better. Getting us better *to do what?* . . . The best option would be the ideal.

We show an unbendable centripetal centrifugal integrity framed around our creative potential. That which is created must create to be at its best. That which is created evolves to the point where it realizes its own highest level of existence is to appreciate the perfect function and single parameter of the operating system of existence and to imitate it by as much of its own thought and action as possible, almost like a purity of pitch or tone, or the perfect tuning of a musical instrument, with all parts in resonance with this overall design: Thriving for genius; genius for thriving. A better design cannot be imagined unless we expected to be able to exist here and do nothing.

This is how we coax the best work out of one another. Whatever created us—God, Nature, Life, Existence, the Universe, the Cosmos, Godness—does not want us spoiling this system *that cannot be made better.* This system *cannot* be the result of chance because chance and randomness —any deviation from the process—is the stress and deviation impurity that kills us in dose-dependent fashion. *The more we don't do the process or fight to impede the process the more resistance and stress, sickness and death we meet.* Randomness and this perfect flow cannot exist in the same space at the same time. To do so is to mix the perfect with anything else, or less than. The more we do this the more we get sick and die or revolt and kill one another. This conclusion is inevitable as we evolve and sophisticate because of the self-reward component, the stress:benefit risk:reward piece that makes my own resistance of the peerless event not work for me and mine. It is not in my holistic enlightened self-interest to stand in the way of genius—the very unpredictability of which makes genius inviolate, as if by a power superior to our own that wants us to be at our best as quickly as possible, as much as possible, forever. We cannot out-game our own genius. We never know what it will do or say next, and every success is built on a mountain of mistakes so that failure and materialism are inseparable from success and spirituality. *Everything* about us fits into the flow, this process.

Our social relationships completely reflect, ultimately, this bounded instability as well. We are hurt if our kids are criminals, as defined exclusively by this peerless event—as risk:reward stress:benefit profiles worsen for us the more we are associated with any behavior that detracts from the survival and success of the tribe. The success of any tribe is first survival, and then, if they sophisticate enough, genius.

3) Years ago I began thinking about a possible universal definition of innocence and guilt. What came to me is this key point: Universal innocence and guilt are defined by what is good or bad for our tribe. We are judged innocent or guilty by this alone: Democrats, Republicans, Catholics, Englishmen, Chinese, Marxists, Islamists, radical Islamists—however we divide ourself as a member of however many tribes, or change our identity because we now think one tribe is nobler than another tribe. This is the source of innocence and guilt. However, there is only the

single human ideal. —The journey towards the unknown of more understanding on how to make our lives sturdier and more enjoyable. One day, we will realize we, the human race, best serve one another when we are one tribe of genius made of many charming sub-tribes that live by the same code of noninterference with the open-ended process of genius.

As a holdover from our barbaric roots, some tribes still feel uncomfortable about the process of genius, and about our progress from the caves of our common origin (that has created relative poverty), to see human progress and experimentation as a problem. Two tribes, Marxism and radical Islam, justify their own pirate-like criminal behavior against other tribes because they do not grasp that genius makes poverty (temporarily) or they are uncomfortable with human experimentation—sex, drugs, rock n' roll. Their arguments are reasonable in some cases and unreasonable in others. But their tribal supremacy makes them comfortable with hurting people in other tribes. To them, innocence and guilt are based on hurting/forcibly instructing other (inferior) tribes on how they should be better. When honest—these two tribes want to make the world a better place. But this level of supremacy over others and the belief in the use of terror and force tends to unleash a dark side of us, or it is tied into a dark side of us. This dark side of us believes that human enlightenment can come from the end of a gun, from even ruthless criminal behavior aimed at "lower" tribes to force them into being better people. Not to pick any one group out for special criticism, but this is the thinking of Democrats when they want to force Republicans into being better people. The same goes for radical Islamists when they want to use terror to force infidels to be better people, better adherents to the will of God. Maybe Democrats and radical Islamists are right—but doesn't this depend on what the highest good is? I propose in this book "the highest good" is *scientifically and physiologically* provable to be what is defined in this book—the genius machine getting out of the way of its own optimal creativity with the essential understanding that mistakes, dead ends and experimentation are inevitable given the essential nature of our creativity.

And so, this mistake of being overly harsh with people of other tribes that we perceive to be "beneath us" is intrinsically self-defeating and unnecessary because human beings, in their survival reflexes, already possess the desire to use mistakes as a learning experience and self-correct from these failures toward a better life. *All* of us are this way. Unless we suffer from a very narrow, special "disease" of the psyche. That "disease" is an irrationality that has no faith in the human animal, and no faith in the self-reward and the self-correction already in place in the human psyche *unless we are personally so selfish and self-involved, or so tribally selfish and self-involved, that we lose focus on what we are doing so that we stand in the way of the process of human beings seeking to improve their life and solve their problems.*

And this is, unfortunately, exactly what "pirate" tribes do. In the perfect operating system, that is already backstopped by the self-reward feature of what is holistically best for us all—the best tool for human advancement is *not* for one part of the genius machine to go to war against another part. Instead, the more advanced and sophisticated parts of the genius machine should help parts that are farther behind realize that we are at our best when we are on the same team helping along genius and understanding. To do this we must accept the especially volatile, robust nature of genius itself. *It will make mistakes.* But this "riskiness" is offset by the reflex in us of self-reward to self-correct back toward thriving and higher genius. *This does not need to be forced.* In fact, the greatest assistance to this marvelous selfish-selfless faculty we already have

WALLS-KAUFMANN - 337

in-built in us is to do what this book is attempting to do: Point out to us all that this peerless event of ongoing discovery and journey is what we are all about, and all parts of the genius machine need to interfere with our own genius as little as possible—because our dissatisfaction with bad inventions, or bad uses of good inventions, is already a part of our nature, as if by design.

This more primitive behavior of these "pirate" tribes is a shortsightedness left over from the unavoidable dog-eat-dog less sophisticated times that we might as well call the Phase One of our existence. All animals, seemingly, must go through this rough, murderous phase because, at this first level of sophistication and understanding, we must commit murder and mayhem (death) in order to eat, to survive. Each day, figuratively speaking, half the world kills the other half in order to simply survive. This is a brutal, inescapable model and example for us because we simply have no other conception on energy transfer, on how to live and survive. We *must* destroy in order to eat and keep on living. *It is natural and inevitable that tribes war with each other in order to further and enrich themselves. There is no alternative.*

However, at every step in the lessons life and existence teaches us as we advance and sophisticate, in *order* for us to advance and sophisticate, we keep learning the lesson, we keep encountering the lesson, of Less is More. Less deviation from the ideal is better. We are inevitably and progressively rewarded for less deviation from the ideal of the Yin-Yang of the thriving-genius cycle. In Phase One, we have no escape from the idea that we must skin the rabbit in order to eat and survive for the energy transfer. Meanwhile, between dark energy and dark matter, nearly 90% of the cosmos is built of this stuff that contains the equivalent energy of 1,000 nuclear bombs in *every square inch* of the universe.

Is it therefore possible to conceive that our future understanding will learn ways of Less is More so that we can survive, and indeed, thrive without touching a hair on another creature's head, or the head of one another, even if they are members of a "separate" tribe? It is nice to imagine such a future. If this world is perfect enough, this truth is already in-built into the system, we just have not realized a practical way to access the avenue.

But the avenue is already implied if we believe in Less is More, and we already see the wisdom of Harm to none, Thriving for all, for the optimal platform for human discovery. If all of this already makes sense—then making the switch to a more efficient system is done merely by changing our minds about how separate we actually are as separate tribes or teams, and the means by which we go about raising our quality of life. Should we really harm and steal from others to take what they have to make our lives better? We *already* can't do this within our own tribe. If Democrats or radical Islamists stop cooperating and raise hell with one another to get ahead then the entire social system of each tribe disintegrates. *But its okay for them each to go raise hell with other tribes to improve their own group.*

This shortsightedness of tribal prejudice and supremacy is destined to fall away in time because of better risk:reward stress:benefit profiles in self-reward since holistic thriving and genius will take us places nothing else can due to the greater efficiency and the size of at-large reward from the better system. *We all know this. We can all see this.* But the tribalism, the belonging to one team or another, is still so strong and captivating for some of us that we will, for an as yet

WALLS-KAUFMANN - 338

unpredictable period of time, remain stuck in this leftover Phase One "Era of Enemies," where some of us live and believe in ways that keep convincing us to see enemies where none truly exist, once we realize we are actually at our best either as a single genius machine or multiple genius machines that "compete" but live in a civilized way such that we never take the step to destroy or block someone else's greater genius, or *different* genius, than our own.

This hybrid of selflessness-selfishness is the final key to true universal civilization and to opening the door from Phase One existence to Phase Two existence. We can take the step any time. The self-reward and self-fulfillment of us all is already in place. There is, miraculously, no other alternative that will ever work as well or take us as quickly to all the same realizations and places. You can go ahead and imagine these enemies if you wish—but the operating system as it is already makes this a waste of your own time.

How great is this? Who made this system and left it waiting around for us to find it?

Human *morality* arises—just like health and thriving—for the protection and encouragement of genius. Genius improvements of our lives are what we prize most and this sets the standard for "pricing," of value, of everything relative to it. Wealth is either created by proximity to the elite or proximity to genius. Only one of these meritocracies is tolerable to the vast majority of us because the other one makes no sense. Which of these meritocracies would we rather have? Which one is more susceptible to corruption and stasis? Is Life more static or is it more dynamic? It is both—it is static in that the operating system allows no evolution, movement or departure off the ideal ethics and purpose already in place, while this rigid moral system and purpose open up opportunities for the most forward movement.

Again—who made this system and left it lying in the gutter to be kicked around and ignored until the latent advantages suddenly occurred to us?

4) We cannot argue with the scenario of "harm to none, thriving for all, for the optimal platform for genius" that emerges from the operating system, and by proxy the human consciousness. This is what we all want, but tribalism stops us, chiefly Marxist tribalism and radical Islamist tribalism. Despite free will, mistakes, stupidity, ignorance and willful denial of the truth—we come more into our best the more we subvert animal drives to *voluntarily* embrace this more humane opening into a journey of discovery together. This is a matrix of perfect, humane, harmonious neurophysiological solutions intrinsic both to who we are and to existence itself. We may try to argue that our world is not monotheistic, but we cannot argue that our world is not monothematic because every piece of evidence, data and fact point to how it is. Again, risk:reward stress:benefit profiles and holistic self-reward—as long as we can make space for greater genius than our own—are the trump card. Our stress and benefit gather around a perfect *moral* choice that cannot be improved upon since any journey that goes places is more interesting than one that does not.

Even our level of interest, and our restless spirit, is tailor made for reality as it is. *Who did this to us?* It is easy to understand *why* this was done to us—but *how* was this perfection made and put rigidly in place with cosmic rebar?

5) This is the single constant principle behind complexity science's emergent order, spontaneous emergence, spontaneous self-order and bounded instability. Perhaps the frequency of the "radiation" of this "field" of bounded instability lies somewhere on the spectrum of string theory betweeen gravity and electromagnetism. But more likely it is a permanent feature of consciousness itself, the mysterious, interconnecting bedrock of the universe. Therefore it *cannot* be changed from its set point because this set point protects all of us eventually from the excesses of the others via stress and benefit, while it will not, and is not designed to, overcome the rash mistakes we make in ignorance, stupidity and prejudice. This is done apparently because the long term automatic consequences of the system teach, in time, a more poignant lasting lesson that is more likely to stick because of the pain and disappointment of less than optimal results—unless the sick side of us is exclusively focused on our own materialistic, almost carnal rewards always attached to power, money, sex or ego to the detriment of all else associated with the genius machine. Bad leaders, bad people and bad ideas always return to this rather craven obsession with the self and its fun with power, money, ego and sex to the detriment of all else. *And we already do not like it.* In fact, nothing is more repugnant to *all* of us, unless, early on in our waking up to the power of primitive tribalism to distract us—we think that when the leaders, the elite, of *our* tribe engage in this primitive and juvenile sort of behavior, we mistakenly go along with believing it is somehow good for us.

But it is not. This is only an irritating, galling distraction and temporary waste of time that we will all wake up to in time, out of enlightened self-interest. The best way to "help" the system— the only way to really "help" the system—is to teach it. To teach, to present the idea of, what our best purpose and meaning are. If you want the best life you can only earn it the more you respect the perfect arrangement already pre-packaged into all of existence relative to you, relative to our cosmos, and probably beyond, since it cannot be improved upon—and since *all* creatures, once they evolve enough, will see the inherent advantages of strength in numbers, cooperation over conflict, and the harmonics of imagination.

And if they were sophisticated and advanced enough—how could they *not* have this darling faculty for imagination and genius? What would be the point of their existence is they lacked this extra feature?

Shouldn't they be born with the need, discomfort, curiosity, problems and desire to drive them forward out of complacency toward a richer understanding and a higher equality of life?

What would be the purpose and meaning of their existence? —To just *sit* there, and go nowhere new—to no new insights?

Should they *not* be designed and motivated to move forward to realize the amazing miracle of creation? *And then enjoy the most amazing miracle of trying it on for size on their own?*

It is breathtaking to me that we are born with all of this capacity ready-made. Freeman Dyson says, "It is as if the universe knew we were coming."

And yet we are told by some to *hate* people, to hate the world we have created, to hate the progress we have made from the caves of our common origin, and to so hate life and our

existence that we seek endless escapism in drugs, sex, rock n' roll, entertainment, food and the ideology of our own supremacy to some of our brothers and sisters? There is only one marker, one bar, one universal measuring stick, as to how good a person and citizen we are, and how good a group or society we belong to. The choice is between barbarity and civilization. How much of each do we want to mix in to our stew?

There is only the perfect—thriving in its two parts—versus anything else, or less. How much of less do we want mixed into the sphere, the field, the electromagnetic envelope, of the human shell, of the collective human psyche? How much stress and poison do we want to take onboard into our lifeboat adrift in the cosmos? I want zero. I can see no point in taking on any except in the value of stress, poison, disease, pain, disappointment and sub-optimal results showing us exactly how *not* to think or live or treat others. How about you? What do you want for yourself, for all the people you know, and for everyone there is?

Because it is all or less there really is only ever one choice. The perfect tuning of an instrument.

6) No ToE is probably complete without a *method* that makes the structure of this encouragement and protection of thriving-genius real, practical, accessible and un-mysterious. If thriving is too difficult for us to do then what is the use of it? Disease, poverty and pain arise because of stress deviation. In a perfect world, we could expect that we would not be *supposed* to be stuck on the mystery of pain, poverty and suffering for very long. So what specific, never-fail *benefits* guarantee our best life?

In a perfect world, we would expect that these benefits would probably reflect the simplicity, symmetry, democratic egalitarianism and beautiful reductionism touched on wherever we see cogent talk about realization and enlightenment. Here is where the ToE challenges the dominant paradigms of economics and conception, and therefore risks never being seen or published since only the radical Left promotes anti-establishment work, and when you turn around and criticize the Leftist establishment you risk passing off both sides and cutting yourself off from any attention and publishing.

This is because the Left has taken over the Democrat Party and the Democrat Party has taken over America, de-capitating it effectively, and we are not allowed to criticize the Democrat Party, and we are punished proportionately for doing so. The same protection is extended to the top business sectors that have paid enough money to have access to the decision-makers at the top of the Left and the Democrat Party who are known to us because we never see them criticized or exposed by the mainstream media or the DOJ or FBI or any other branch of law enforcement. These interested parties donate enough that their ideal business models Democrats have made into our national policy no matter how bad these are for us and our quality of life and understanding.

At the top of this list is Pharma and the medical industrial complex. Pharma and the MIC have straighjacketed our informational apparatus so that alternative medicine and conservative, more natural, non-pharma ideas and approaches are effectively sealed off from our view and "official" publication and media—and medical and nursing education—that they are not allowed to creep into our methods and concepts on wellbeing. All we are allowed to see, all our

medical doctors and nurses are allowed to see in their education, is what promotes the vaccine-drug-germ model of wellbeing.

This method is based on germs, viruses and molds being the cause of all of our problems and therefore drugs, vaccines, hospital-based technological procedures and surgeries are our only cures. Foreign invaders cause all our problems and our bodies are stationery targets and our only hope for survival is fancy space age artificialities that cost bunches and bunches of money and bewildering medical-technological expertise that none of us understand. We are trapped by Pharma and the MIC by our own ignorance of an extremely complicated, and dangerous, model of survival, thriving and wellbeing. *Thank God every day for our medical technology or we would all be dead instantly.*

But stress is the cause of all disease and syndromes. *We will never make sense of our lives if we fail to understand this basic fact.* Only three things are allowed by Nature into our bodies at all that are beneficial and enter without causing stress—air, water and nutrients. (We could say sex objects to shed a little humor on the matter.) By law, drugs cannot be nutrients. So, if everything Pharma and the MIC throw at us for our "health" is serious stress and highly toxic and capable of killing us if not handled by expert hands—how is stress piled on top of more stress supposed to cure us of what stress does to us?

Or could we expect to see this stress piled on top of more stress probably only go to stress the system and make *more* dysfunction come out at some other part of the system whether we were aware of the harmful change or not? If that is probably what happens—how is this model *ever* really going to cure us of anything substantial, except by luck, or by helping those cases that are so aligned on the tipping point between stress and benefit that they catch only the low hanging fruit? (Or surgery—which is highly stressful because it is so invasive—cuts out a tumor (a stress) and therefore gets us ahead of the game *for a little while,* and maybe far enough ahead that we time out in death from other causes before the causes of the tumor come back and get us with another one since we never did anything to get rid of the stresses that gave us the tumor in the first place?

Did you know that five published studies have pin-pointed human lifespan to between 100 to 150 years?* In two of those studies, the authors said they had no earthly idea why we were only living one half of that span of years. *It is because we have no conception that stress is the cause of all of our problems, and our go-to method to "cure" our problems is to stress us more.* Stress on top of stress. Very expensive stress on top of stress. With no concept of what a real benefit is that might counteract stress in the first place for prevention and cure.

Meditation No. 8

11) Stress and Benefit. What is better for us—standing, walking, sitting, lying down, eating, not eating, drinking water, not drinking water? The answer is *everything* kills us if we don't do it in moderation. If we poll all the medical experts from all the top universities the world over for the best advice on how to live a long healthy life they will come back with the only answer they have ever known: All things in moderation. But we have already shown that *everything* will kill

WALLS-KAUFMANN - 342

us beyond moderation. In health as we understand it and practice it now, all roads lead to mediocrity. Our life is a tossed salad of lethalities that will all kill us if we don't stop doing them or fall asleep so that we are forced to stop doing them.

By my count, only five things in this world contradict that old axiom of everything in moderation. These five things are so good for us, so perfect for us, that they keep getting better for us the more we do them, whether we fall asleep or not. These five things imitate the best life for us that keeps getting better the more we do it. These five things are: 1) The right way to eat (raising the *perecentage* in your diet of vegetables, fruits and anti-oxidants), 2) The right way to use the mind (the unique standing meditation in T'ai Chi that is the basis of an exercise system that beats all other exercise systems). 3) The right way to tune/align the human body (which is like a musical instrument and any flaw in this tuning accelerates aging, disease and death.) 4) The right way to treat others (we are at our best as one tribe with many charming sub-tribes, and all tribes organize themselves around the same eleven innate ethics of constructive behavior). And 5) what do we do with all this thriving?—now we are best prepared to pursue genius and the trickledown all of its advances as efficiently as possible. Our way forward is driven by need, curiosity, desire, stress and discomfort. We can assuage *some* of these to some extent, but if they are our primary drivers forward, how much do we want to "cure" them?

Cure-all number 3 is quite interesting. This alignment-musical-instrument dynamic aligns with stress and benefit in a push-pull relationship of wellbeing in the brain and nervous system. We will elaborate on it more in the upcoming book, but the gist of the hidden/denied research in this field since the 1800s shows that *any* such buckling or defect in our perfect prismatic body structure leads within two weeks to an accelerated syndrome of death and aging in all tissues related to, downstream or upstream, from that defect.* This part has been clear from research dating back to 1921.* *How could we never have heard about this?* Who in the fields of medicine and public health would ever keep such earth-changing information secret, for lack of a better word? No people in the same tribe would ever do that to one another. It would be a crime, or war, for people in the same tribe to do that much harm to one another—because people in the same tribe agree to regard one another as equals. This is not the behavior of equals.

So maybe our elite, the people at the top of our social establishments, show a tendency sometimes to see us as beneath them—as if they are in their *own* tribe? In that case, the rule of equality between tribesmen would not apply.

This would make sense since nothing is more repugnant to any of us than the idea of the few committing rape, grazing, predation, exploitation and grooming on the many. This imbalance of power is so repelent to us all that it gave rise since Sinai to Judaism, to Western civilization, to Greek democracy, to Roman law, to Christianity, to the Rights of Englishmen, to Magna Carta, to Martin Luther, to Johanne Gratian, to John Locke, to British Common Law, to the Civil Law tradition, to the British Commonwealth, to the United States revolution and the Constitution, to Marxism, to the French Revolution, to the end of slavery, to women's suffrage, on and on. *Everything* seems to be tied into challenging the few to make them share power with the many.

The only time we ever seem to lose sight of this goal is when we see *our* elite, the elite from *our* team, get their hands on power supposedly to rule for *our* benefit, the benefit of *our* tribe, and all

other tribes can go to hell. For example, when Democrats and radical Islamists see their own leaders seizing power and surveiling and rest of us, and controlling all of us, so that we cannot question or complain about how they rule—Democrats and radical Islamists see this as such an important "win" for their team, for their tribe, that they do not mind seeing this sudden throwback to elite rule, or re-fuedalization as _____ calls it.

Other tribes may suffer the same delusion, like Republicans—but we are free to savage and hate Republicans as much as we want—so why not start with the hard part, with criticizing the people, the groups, the institutions, we are *not* publicly allowed to criticize, as we see the media doing, along with all the institutions now of American law enforcement. Those institutions all seem to be *protecting* our elite rather than exposing them and challenging whether or not they are actually serving the little guy.

7) My theory includes a Canon of Human Ethics that fills out the work of John Haidt, William Whewell, E.O. Wilson, Schrödinger, Heisenberg, Wolfgang Pauli and others who have tried to shed light on the human pattern. These ethics are the basic functional touchstones of action, reason and thriving seen in all tribes and individuals when they seek to survive and do better— even if their goal is to kill and control other tribes as those tribes try to experiment forward.

8) In its defense, the honest elements of Marxism have become impatient with human progress with respect to poverty, disease and aging. We may all imagine we want to be geniuses, but genius isn't a garuatee of success, and there is the torment of genius, and the pressure of genius, especially when it runs into resistance from establishments whose power and wealth rests on older genius now made obsolete by newer genius, and older genius not wanting to shift down the bench to make room for new genius that puts the fate of our lives back into our own hands rather than selling stressful junk to us that we really don't need because it in some way misses the entire central point about our existence. . . . Again, this brings up perhaps the most critical point to a civilized life: Do we have the control of ego, the humanity and the decency, to acknowledge superior genius than our own to shift down the bench to make room? Rather than go to war with information domination, propaganda, psyops, color campaigns and mindwars to stop the human race from realizing how much control we each have over our own lives? If you have this decency, this civility, this much control over your own barbarity, then you may not get all you want in power, money, ego and sex gotten by cheating the human race, but at least you are the secondary beneficiary of the new genius, and the *holistic* beneficiary of not slowing down the machine—which the human race has no reason to agree to, as they wake up to realize the bargain they have made with their old primitive tribalism. You may not get the redhead you coveted, but there are other fish in the sea, and maybe she won't be happy with that other guy, and her looks will soon enough not be what drove you to her anyway—so why disrupt the flow that cannot be disrupted forever anyway? Besides, you only make yourself look more ridiculous the more you show you have no self-control over yourself where power, money, sex and ego are concerned versus the overall holistic welfare of all the rest of us.

You are so outnumbered by all of us—and you cannot feed yourself or protect yourself—that you haven't a chance against us all once we all realize that we are all on the same page against you, against anyone that stands in the way of the ruthless torrent of human genius that does not care whose ox is gored. All we have to do is convince your guards, your police, that you look so

pathetic like a spoiled child being unable to control yourself around your ego, power, money and sex that you aren't *worth* protecting for the sole sake of retarding the progress of us all. *Why should we care that your ego and sense of entitlement is out of control?* You could have nearly all the money, power, sex and ego you could every healthfully want if you just did the right thing and gave us what we want.

All the greatest, most loved leaders of history have done this. Don't you want this for yourself? This most productive, least stressful way to rule? Where you don't need guards to protect you from us at night because *we* will protect you?

You have given us prosperity from lower taxes, fewer regulations *and the cure to cancer.* You can turn to us and honesty say, "I've done all I can for you. What more do you want? *You* tell me what more I can holistically do, and I promise I will do it." Not a single sane person will be able to argue a single point. And in this scenario we will be the most likely to recognize the insane person with their insane arguments and tell them to shut up.


9) John Haidt, William Whewell and others have tried to assemble a concrete list of innate human ethics. Haidt by far has developed the most detailed list and sets out the following ten innate ethics that he believes are refined with experience: 1) loyalty/betrayal, 2) care/harm, 3) fairness/reciprocity, 4) authority/subversion, and 5) sanctity/degradation. Haidt believes these moral constructs provide a "rough draft" of innate ethics that we build upon with experience. I disagree. I believe we are born with a complete and exact template of what is required for our complete body, mind, spirit thriving that sets up a lock and key mechanism for what we then do to ourselves for the rest of our lives. Between the two—the lock and key innate requirement, and what we actually do to ourselves and one another with our lives—establish the stress and benefit that meet our genetic endowment and together determine the exact moment of our death, and what we will suffer from throughout our lives. Favorable or unfavorable results and consequences then herd us toward the scientific, tangible, irreducible perfect/better way to be and live. Thriving is earned or not in each aspect of our lives.

I also think that there is out there in the ether a universal definition of innocence and guilt that is the first building block any tribe, team or society must consciously or unconsciously agree upon before anything else can be built on top. *What could that be?*

10) Then, we can work backwards or use abductive reasoning to calculate in the reverse image what are the basic building blocks of psychology, action, behavior and logic that get us to do what we do—try to help our tribe survive and proceed. Our most complex ethical calculus, then, shows up in social welfare and how to help those in need, stress and discomfort and help cure them of their problems, like disease and mental impairments to reason and civilized behavior that *make* them much more likely to choose barbaric actions rather than civilized actions that are likely to spoil not only *their* lives but our own.

This sets up the Left-Right war. The honest Left wants all citizens to achieve a healthy body, mind, spirit baseline for the best opportunity to be good, contributing citizens. The honest right says, yes, but what if social welfare costs hinder the pursuit of genius that is equally important,

if not more so? Both sides bring an immaculate argument that will never be solved without the immaculate answers found only in the perfection of thriving already in the operating system.

The Canon of Human Ethics seen in the innate reactions and expectations of all us sane people, shows that we all agree that "helping" people must not stunt their growth. "Growth" as measured by what? The same measure as always—our highest function, our best life, our highest reward, satisfaction, fun and joy that arise only from what we have been talking about all along. Haidt's ethics, as well as Whewell's, Plato's and Aristotle's don't really help us plot this out. Instead, the psychological and functional basics of this pursuit are these eleven innate elements of action and reasoning: 1) Balance, 2) Form, 3) Independence, 4) Self-Responsibility, 5) Work, 6) Truth, 7) Freedom, 8) Reason, 9) Earning, 10) Efficiency and 11) Compassion. Love, Beauty and Power also figure in, but mostly in personal, esthetic choices. All eleven of these ethics are needed to address why we must be careful not to try to addict our brother and sister to corporate welfare, street welfare or to tribal supremacy, or any other addiction of ease or pleasure since the addictive syndrome is the great destroyer of our apparatus to appreciate data, evidence and facts that *always* guide us faithfully to our higher state of wellbeing.

As an example, the reason Haidt's ethics make any sense to us at all is because all of his ten ethics deal with the first ethic of Balance. Why we are loyal to anything or anyone in the first place, or why we subvert or not, care or not, is because of Balance. You should have given me loyalty, care, authority and sanctity because it was *balanced* that you do so. I *earned* them from you because I made your life better. *Give* them to me or I will be upset and cause a ruckus and distract us both from things we would both be better off doing. We only instinctually expect Balance for the sake of the progress of both ourselves and the tribe.

The crucial role of each ethic is explained in the forthcoming longer book. This sketch is only an introduction, a primer. Earning is chosen to explain a basic instinctual expectation of ours rather than property rights because Marxists object to property—except when their elite claim it— while no one, including Marxists objects to Earning because "You reap what you sowe" when you either help or hurt the Party rule the world.

I also include three ethics of lesser importance that determine things like sexual partners. These are Power, Beauty and Love/Attraction. Individual taste in choice is covered by the dynamics of Form and Independence. Independence is what is ruined when our deceitful state tries to addict anyone to the ease and pleasure of sex, drugs, rock n' roll, entertainment, food, the ideology of tribal supremacy or welfare. If we notice, any irrational state or government, like the one Marxism imposes on us in the transition while it seeks to take over, violates all eleven of these ethics. Why do they do this? Because it is *stressful* to do so. Under stress, our brain reacts adversely and a trade off is made between the left, rational brain and the right, more emotional and tribal brain, in which case you and I tend to be able to be tricked to fight among ourselves and lose track of what our elite are doing as absolute power tends to corrupt absolutely and they become, in their own mind, their own tribe looking down at us and entitled to pursue sex, ego, money and power no matter what it costs the rest of us.

WALLS-KAUFMANN - 346

Now, why, in a perfect system, would any such imperfect flaw exist? This crazy, violent and compassionless imperfect truly proves the perfect system is not so perfect. Unless, like pain, disease, want, discomfort, injustice, famine, plague, terror, intimidation, they are all nine-inch needles in the leg designed to motivate us to seek a solution—where the right solution, that itself brings no other problems and soothes the waters, only comes from the peerless event.

This would be a state that we might think of as Full Health rather than Half Health. Since the dawn of time, since we are only achieving half of our inbuilt life expectancy of 100 to 150 years, maybe we have *always* lived at Half Health rather than Full Health, and in light of how we have never known any way to break out of the mediocrity we have accepted it as the best we can do.

All roads lead to mediocrity, but only a very specific path leads to consistent thriving for all of us, and for what is age-appropriate functionality at any age, i.e. 70s, 80s, 90s and beyond. Thriving requires exactitude. Thriving, apparently, requires a keen sense of what we all need and expect in terms of basics by which we each earn thriving and independence from those who would try to sell us junk and call it the meaning of life.

The five focus principles on thriving and genius we might assume are the key to both preventing stress and curing any stress damage at any point in our lives. Research already has explained to us how stress pushes the instrument out of true so that the instrument then dies and dysfunctionalizes *informationally* first from within far faster and uglier than what is ideal, or supposed to happen. This crumbling like a leaf shriveling from a flame leads probably not only to physical problems but all social psychological problems as well. As the body shrivels into something it is not supposed to be it goes a little crazy. *Anything that can go wrong will go wrong.* Stress is the only path in and counteracting benefits are the only way to prevent and get out.

Admittedly, these are extraordinary claims, but preliminary findings in physical medicine, physical therapy and chiropractic results and logic are so extraordinary in this category of healing and prevention that they *could not have been overlooked just by chance.* They appear to have been summarily ignored, denied and hidden for the sake of how they might change everything under the current socioeconomic model.

But the fault of this resistance to progress and genius does not just come from corruption of the elite saving their stock in the buggwhip factory. The other part is our plain old unromantic irrationality, our go-along-to-get-along tribalism where we look around to see what our fellow tribesmen are doing and saying about information that is out of the box. If that information is one or two bridges too far from what we accept as credible then our tendencies make us fall right into the hands of psychotic interests that do not care about our wellbeing. They already have a tendency to look down at us, and probably subconsciously they read our own tribal complacency and ignorance as a justification for treating us like objects rather than people. *We get what we deserve.* The pressure cooker of our discontent builds until we reach the boiling point where we are willing to think outside our own tribal box.

This theory is abductive reasoning on a theory of everything or unified theory relating to human reaction, motivation, expectation, psychology, behavior, sociology and ontology. While the road to a unified theory is paved with good intentions it appears that this theory does

WALLS-KAUFMANN - 347

describe the optimal life since anything "more" would only seem possible through artificial enhancements such as anabolic steroids or hallucinogens that still would not change the moral component of this theory while any temporary "benefits" they brought would also deliver proportionate costs and risks.

Artificialities, then, do not step in and make up for or substitute in any way for what we might as well call The Life Well-Lived. A life that does no harm, seeks thriving for all for the optimal social platform. The expectations built into the system would seem to be uncompromising and rigid until every last one of us meets the opportunity to be their best citizen, the person who most contributes to the journey as possible, however much they choose to do so. This is their personal choice, but we should never again wonder about how much we are paid. We are paid according to how much we raise the quality of life of others, their reward, satisfaction, fun and joy—so long as they harm no others.

The "rules" of the system are incredibly generous and lenient. Stress even comes with a fascinating corollary. This is called "hormetic effect." Hormetic effect, or hormesis, means that stress in low and even moderate doses turns out to be exceptionally good for us. Like alcohol, caffeine, bad food, second hand smoke, radiation, toxins, pollutants, stress itself, exercise, overeating on occasion, low doses of drugs—you name it—low to moderate doses of any stress that would kill us at the upper end of exposure turns out to be exceptionally good for us. *We are not fragile.* However, up to now, we have had no clear understanding of stress being the cause of all problems, and even less of an idea of what benefits are and how they work.

In that babes-in-the-woods ignorance we have been murdering ourselves. But our suffering makes the lesson stick for longer.

What are we here to do, and how do we go about doing it best? Our truth always lies in the scientifically identifiable greatest life experience of all of us, just as it does for every one of seventy trillion cells thriving together in our body tied into this Life Well-Lived, where not a single one of those cells for one moment is ever cheated or shortchanged of the knowledge required to seek its own highest accomplishment in raising the quality of life of others—and not doing it for free, but even better getting *paid* for it. There is no crime, there is no welfare that stunts growth. Every cell seems to know their job and to follow an overall vision. We can address the worst of suffering, need and want—but we must ask ourselves *how much do we get rid of when these are the only drivers that make us seek to open closed doors?*

Our biggest mistakes are to close our open mind. We are at our best going forward with an open mind, willing to think outside the box, no lazy thinking, no group think, no primitive tribalism, with as little ego attachment to how we think now as we can. Because we are in for a very big surprise. Being raised in a tribe is much like being brought up on a submarine where we cannot look through those thick steel walls. We rely on what our leaders tell us since they alone can see through the periscope. *But what if they are not on our side? What if they see themselves as their own tribe and we are outsiders?*

There seems to be a curious dynamic afoot today where a few misguided billionaires and elites have an allergy and an intense dislike for humanity. Granted, when so many of us are tribal and

primitive there is much to dislike. But we are young and sub-adult. We are learning that Phase One is problematic and Phase Two is far more safe and rewarding.

Our billionaires and politicians, at least in the West, show nothing but signs and evidence that they have teamed up since AIDS, and even earlier with the hiding and denial of chiropractic and its breakthrough into revolutionary brain-first healthcare, to keep us stupid and to take the weedwhacker of The Great Reset to cut our numbers by five or so billion. We are seven billion and they want us cut down to one billion. But if the human race is a genius machine—how many potential geniuses and helpers of genius do we want? Seven billion or thirty? No one can argue that probably 1.5 billion of us have very little chance of ever being a genius at anything— from sports and entertainment to philosophy or physics. But that is today. And how do we know for sure given the tantalizing unpredictability of genius that *must* be true given that this genius faculty of ours is the only thing that makes it in our *personal* interest to hold off with some patience and favoritism for education not to kill and intimidate one another and think we can solve our problems that way.

The Great Reset billionaires and cutthroat politicians appear to have flipped the script on which people among us need to be helped along to make more civilized. Economists look at society through the lens of quintiles—five different groups of affluence, influence, intelligence, wealth and capability. Those who do best and live the longest because they seem to be the most educated on wellbeing and who litter the least are the top four quintiles. Those who are a drag on the top four quintiles—the burden of the top floor quintiles—is the lowest quintile, no matter what continent, nation, culture, city, race or region they come from. The lowest quintile is always the most primitive, childlike and mistake-prone. Yet the Great Reset idiots pick a fight with the top four quintiles, where they are going to get the most fight and resistance, because they seem to blame the top four quintiles for the fact that the last quintile has the lowest profile for gifts and liabilities.

This makes no sense and is going to cause the biggest fight—deservedly so. I do not litter. I recycle the best. I do not open my car window and dump a tray of McDonalds onto the street in the middle of downtown as if the anti-litter campaign had not kicked off in 1968 to begin convincing us that litter is unsightly and toxic to the human spirit. Yet the toxic politicians and the Great Reset crowd want to take away all of my civil liberties in order to instruct me on the unsavoriness of littering and generally failing to be a good citizen.

Leaders who have this problem of perception are stupid. The unnecessary and backward stress they are inflicting on us is deservedly going to earn all kinds of blowback that can only be hidden, denied and ignored by terrible layers of crime and intimidation.

This is the zeitgeist of our era: Blaming the top quintiles that are most likely to lead the way through the portal of advancement and genius for all of our problems, and ignoring the fact that these are the drivers and leaders who are pulling the lowest quintile along toward civilization and advancement. The problem of reversal and logical moral inversion is so extreme now that I am likely to become a target of government and hierarchical scrutiny and punishment because I point out the stupidity of wasting our time lecturing and squashing the top four quintiles for the lingering childlike qualities of the lowest.

The top quintiles owe a humanitarian debt—and it is in their own enlightened self-interest—to vigorously help educate the lowest quintile and help bring them up the ladder out of Phase One. Instead, our zeitgeist has become to squash the top quintiles back into Phase One as if, by comparison with our genuine higher sophistication and advancement, we are *embarrassing* the lowest quintile into not improving themselves and helping remove the stress of Phase One existence from the world.

This is not what is happening. *The stress and risk of Phase One existence is not in the interest of anyone—not even animals.* Any sensible creature would rather evolve toward, move into, the environment of Phase Two rather than stay in Phase One. In Phase Two there is room for all. How do we know? Because in the perfect system we would rather have more potential geniuses and helpers than fewer. It is always in our interest to conduct more experiments in genius rather than fewer because there will be many misses.

But misses make no real difference if all parties are fairly paid since any mistake prompts us to move toward that which would be better. It is in the interest of the top quintiles to improve the gifts and liabilities profile of the lowest quintile because we never know what surprises await us in more genius. It is in the enlightened interest of the lowest quintile to see what they are made of as well and not stunt their own growth.

All of this takes time. Genius is not coaxed to be at its best if it is not honored, respected for what it is to us, and compensated for its risk and contribution. The beauty of the system is that wee are at our best when we are selfless enough to spend part of our time raising the quality of life of others, our customers, as best we can—and to get *paid* for it rather than do it for free. If you do not pay me, how do I know that I am wasting my time doing something or providing something that you don't really need or want? *Why would I waste my time? Why would you want me to waste my time when I could be finding something better for you?*

Or perhaps you think I should not try to be selfless each day and commune with others by making their life better? It is astonishing the way people will, when left alone, to their own devices, will begin to percolate toward improving their own life by raising the quality of life of others in the tribe. *Why would they do this? What's in it for them?*

One day my son haughtily said to me that he was learning about racism and bigotry in school. Well, of course my son was learning about bigotry and racism in school. That's all our kids are being taught today. It is as if the education system has no idea that Western civilization has been here for three thousand years challenging the elite to force them to share power and live by the same rules as the populist. As the bard has said, "The Left keeps fighting battles that have already been won."

"Good," I said to my son. "Then you can tell me what's wrong with being a bigot." My son, in spite of all his bombardment with the schpeal that the primitive tribalism of racism and bigotry are wrong could not land on an answer.

"There's only one thing wrong with bigotry," I prompted him. He tried hard and blinked and blinked thinking that he *should* be able to answer this question.

Finally, I told him. "The only thing wrong with being a bigot is that you never know when you will cheat yourself of something wonderful."

This is the way of this world. Play by the rules and we are proportionately rewarded. The self-reward cannot be de-bugged from the system no matter how hard we try. We could kill us all and the ecosystem would only create a new fermentation field percolating toward the exact same perfect realization and offer, hopefully with a more receptive audience.

In a perfect world, any great story must have a perfect villain. As rational and holistic and flawlessly interconnected as the world is, this element of the anti-perfect is an irritant, agitant, stress, prompt, catalyst, enzyme and adjuvant to get us to move toward the discovery of what is better. This mechanism is needed because our lives even at Half Health are so good that we would otherwise never have the need, desire, curiosity, stress and discomfort to seek out anything that might be better.

It is the way of primitive tribes in Phase One to blame all of their problems on *those people* over there. Those *others*. The Republicans, the MAGA people, the mouth breathers, the racists, the extremists with authority problems, the troglodytes, barbarians and primitives. Republicans could make the same argument about Democrats or the lowest quintile. The only way to avoid being caught in this primitive trap of blaming others for our problems is to stop blaming *people* at all. The only outlet then is to blame a state of mind—a perfectly anti-logical, uncharitable, uncompromising, incompassionate trap of the human psyche that we are all vulnerable to at our worst moments that is addictive for its supremacy and unolistic self-righteousness. This one single problem in a perfect world is the fly in the ointment, the mark in the gem, the wrinkle in the prism, the flaw in the tuning, that is as stubborn as it ever needs to be to bring any degree of ruin and suffering necessary to make us wake up to the fact that we *still* have too much of what is not perfect in our lives so that we and our society continue to experience problems.

This is a marvelously exquisite system. It cannot be improved upon because it is not an illusion; it is concrete and real. Whether we do bad things and "time out" in death before we personally suffer the results and consequences of the harm and deviation we caused, those toxins would probably still hang on in the farm pond to lower life expectancy for those living on after us, living in complete interconnection since that is what any ecosystem and electromagnetic field does: Unify to uphold the purpose and meaning. We actually live this whether we acknowledge it or not, just like stress. —And what makes this probable reality even better is that we have dream on top. We have the free will to be stupid, make mistakes, be ignorant, to refuse to accept the data that moves us only in the one direction. But our free will does nothing to stop the onslaught of results and consequences that come from ignoring, abusing and denying the opportunities of others to step up to learn and contribute.

This special world of ours deserves our full attention, optimism and trust, not cynicism, pessimism, disgust and hate. We are not supposed to be confused or to waste our time doing

things that delay. We can always make room, whether populations grow or shrink. There is always room by the fire. We are endowed with the gift of being there in time to save ourselves.

Tttt

THE END AND OTHER POSSIBL ESSAYS

8 Basic Health Questions on Wellbeing

Let's start with a basic: 1) "The power that made the body heals the body." Next: 2) "Are you alive because of drugs or a life force?" 3) What happens to that life force that makes health go wrong? 4) Is it better and cheaper to return to the full expression of that life force or to overlay toxic and costly drugs and medical procedures on top of it to pretend that makes it the same? 5) What basics actually manipulate or uncover that life force - bc it CAN'T be drugs bc they kill you even at low doses. 6) Are such profits and control gained by artificial means that industry and political leaders (I use the term loosely) could be tempted to turn a blind eye to REALLY BASIC cures that could keep the body healthy to never need expensive and highly damaging drugs and procedures that open the door to MORE of drugs and procedures? 7) Lastly: Which of these paths is real healthcare, ignorance and philanthropy? Answer: 8) It all depends on what you know and what you're willing to do to keep yourself healthy rather than accepting a false standard of all three and thinking other people really have ANYTHING to offer you to keep you at thriving, or whether your thriving comes entirely from inside out in how you think and treat others and live your life, i.e. A Life Well-Lived.

Don't bother quibbling or arguing with me because I know what you think because we all think the same, everyone of us. And the answer lies in the methodology of being, which begins with a strictly no BS question:

This is ontology. The reason and wherefore why we exist. The unified theory, the theory of everything.

The surprise is that God, Nature, Life, Existence, the Universe, the Cosmos, or Godness, whatever you want to believe put us here - it made a perfect operating system. You can't believe this because you look around and see we have problems. I'm here to tell you that we aren't supposed to have problems, we should be focused on our work, our fun, and that we only have problems because we don't realize the operating system and our purpose are exquisite and cannot ever be improved upon.

The world can be looked upon by three multiple choice questions:

1] Three multiple choice answers on the nature of the universe, a) horrible, b) 50-50, c) beautiful

2] The difference between Left and Right, the divide between getting everyone healthy so that they can fully participate as citizens and offer their best, versus the chase for genius.

Theory of Everything No. 1, An Essay in Short Parts:
September 22, 2023
By Dr. David Walls-Kaufman

Part I: What Is the Theory of Everything?

Human behavior, choice and reward are centered around the Haley's Comet of human genius. Genius is the tip of the Mt. Everest with all value down to the last penny descended along the slopes of how we help this comet trail sail off wherever it goes. *How do we coax the best efforts from one another?* We consistently demonstrate an auxetic centripetal-centrifugal integrity wrapped around this singular holistic creative status. That which is created evolves forever toward the realization that its highest levels of satisfaction, reward, fun and joy will always come from discovering itself as a creator. *That which is created must create.*

This Theory of Everything is a human behavioral integrity in perfect biological intelligence that finds its place snugly in the musical scale of String Theory of strong force, weak force, gravity and electromagnetism. It completes our understanding of not only who and what we are and what we are here to do, but how best to get anything done. This is behavioral quantum mechanics.

I am like you. I think about *everything*. I started thinking about everything in November 1977 when I read of Calhoun's experiments in rat population growth and what he called "behavioral sink."[1] Then, I came up with my suspicion that population stress exists and that I had two theories about population growth: 1) "The creature that has no predator becomes predator to itself." And: 2) "The creature that has no predator becomes vulnerable to imagining enemies where none truly exist so that it becomes likely that it will do itself damage for no good reason."

Part II: The Eternal Truth is Thriving For All

I believe that "the landscape on the Theory of Everything is littered with failed attempts," because the like of Einstein, Staats, E.O. Wilson, and others failed to look at our existence as a health issue where, therefore, stress and benefit apply. Without this insight it is hard to bring human events full circle around a single, unwavering push-pull concept. Gleiser, Berlin and Henriques have said to do so is impossible.[2]

Page 21 of 38

All of our problems are health problems, so to speak. Whatever we learn is largely only relevant in telling us how to live better, how to make life more linear and predictable. The idea of what is a healthy state or not is largely inarguable, tangible, and all of us have a good idea of what it is and what it isn't, and what would help it, and what likely won't.

Any Theory of Everything must propose a methodology on how to live better. In my fifty years in the arena of health, and considering the ToE, I see only five ways of being that are "perfectly" good for our thriving at any dose, in an open-ended fashion as, presumably, the greatest human experience would be.

Any theory of everything must demonstrate rock solid reasoning from the first moment, and withstand any subsequent attack. The flaw in my argument is that it's practicality cannot be tested because Pharma will not *allow* important research that is importantly holistic to gain traction enough to challenge the drug-germ-vaccine status quo. Such forays will not be seriously funded, will not be seriously published, will not be meaningfully peer reviewed, or importantly pushed in the media. *Important work is proportionately forbidden to overturn the apple cart of the Pharma ideal business model.*

## Part III: The Human Genius Machine

So, how long do I wait to begin presenting this ToE especially when the logic of the structure is so clear that AI might beat me to the punch—since AI might be able to extrapolate a point that is *this* obvious.

Making human health, and existence, linear and predictable may sound hilariously out of reach. But I believe we are following Pharma's lead to look past the evidence proliferating vigorously out of the fields related to neurology, brain and specifically the remarkable early results showing the probably exact push-pull relationship between body structure and brain function, i.e. brain-first healthcare. This work suggests the missing piece in our wellbeing puzzle is that the body is a musical instrument that is de-tuned by stress and that it subsequently needs to be precisely re-tuned, and kept in tune, for optimal results. Without this entire category of wellbeing the "hole" of missing information and results leaves human life looking like a big mess and nowhere near linear and predictable.

So, stress and benefit in—a balancing act between the two—and the mean, the tipping point, is deviation from the ideal way for us to live, to think, to treat one another in order to keep on being part of the Genius Machine that we are supposed to be.

How is "thriving" not the perfect concept to assure this happens? In my eyes, the elements of everything from human psychology to sociology to health, the humanities and economics lines up in this journey to surprise ourselves with just how ingenious we can be. *And perhaps whatever created us?*

## Part IV: A Centrality Around Thriving Serving Greater Genius

WALLS-KAUFMANN - 354

Human events and wellbeing center so consistency around the bounded instability of this single central point that the event would be rather easily expressed as a mathematical formula. I am not a mathematician, and can only express the linearity and predictability of existence almost as an *interpreter* of reality. I will try to interest mathematicians in this foray and hope they don't steal my work.

The mathematics will likely resemble those formulas describing tensegrity and auxetic system dynamics that express internal stability that cannot be crushed or pulled apart unless by forces significantly outside their scale. We show an unbendable centrifugal centripetal auxetic integrity wrapped around our holistic creative status. And the operating system of existence and life is such that the consequence of all actions and human behavior (outside of accident) is oriented toward this realization of our most successful life experience.

## Part V: Why a Theory of Everything?

The Theory of Everything answers the *why* of everything. *Why does this exist? Why do we do what we do and what does it all mean?* The short answer is that the world *has* to be this way because its purpose and function cannot be made any better. The potential of your personal life and social life cannot be made any more wonderful. Philosophers, scientists, thinkers, religious experts have plumbed human knowledge since Sinai in 1313 BC. At the center of existence lies an exact moral code that is immovable simply because it reflects the perfection in how existence works. *It cannot be improved upon in any way.*

This is immediately important to *you* if you want to get the most out of your own life. In for a penny in for a pound: Why would the operating system show perfection in one area, but fall down over there? The operating system embeds pain, disappointment, cancer, economic collapse—everything good or bad—solely for the sake of teaching you that you should help push for genius as much as you are able to enjoy the journey of where it goes, and to weight this collective experience more than you weight the carnal experience of what you have gained materially in your life. *You may choose to reject that more spiritual choice over the material, and you have free will to do whatever you choose, but there are always consequences, and the consequences here are that you will be less happy, healthy and fulfilled.* Your choice bears directly upon your happiness, understanding, relief from stress and uncertainty.

The Unified Theory explains why there is conflict and Democrats and Republicans and why you earn the money you do. It explains why people are stupid and why any of us can make mistakes, and why you have children and what you should teach them to give them the greatest opportunity to earn for themselves the optimal life experience.

The Unified Theory removes mystery and fear and bequeathes to us a specific methodology for curing, and preventing, any problem except accident—and losing out to another person's greater genius or talent than our own. If ever found, the Theory of Everything will be the greatest statement in humanity and philanthropy ever made.

*Nothing would be more easy to disprove.*

It seems thriving is both understanding and doing for more movement forward. If we play our cards optimally, it seems to break out into harm to none, thriving for all, for the greatest journey into delight and surprises. I believe we already have a good idea of what these answers are—because we exist, and we are all grown from the same "soil" of the same existence.

Hooker radiation of gravity these reasons and answers appear permanently indigenous to Life and Existence itself. Existence appears to give rise to this central pattern, just as existence and the masses of planets gives rise to the order of string theory. In my opinion, the Canon of Human Ethics is merely the logical extension of the continuum of string theory, that appears to harness all that exists around a perfect theme. The Canon of Human Ethics part deals with, plots out, the "thriving versus death" polarity in human events. Because you are a plant, so to speak, with your "roots" in the same soil that made Existence, when you see parts and pieces of the ToE you say to yourself, "That makes sense." That part "makes sense to you" because *to live that way would of course make your life that much better.* You may want "final proof," but you will accept this outline, this sketch, of the Theory of Everything, because it will tell you things about the way you live that are shockingly simple, that cannot be improved upon.

For example, "People should be good to one another." Of course they should. It only makes sense. "They should be good to one another until they do something bad." Again, of course. But then, what is "bad"? The ToE explains all that.

The Unified Theory and the Canon of Human Ethics explains universal guilt and innocence as natural extensions of stress and benefit, with clear, inarguable impacts on human physiology, neurology and society, at dose. Innocence and Guilt are the first things any group or society must decide upon before they proceed. Turns out, tribes determine Guilt and Innocence the same way: Are you *for* or *against* the success of the group? In time, all groups learn what they want is what is *holistically* best for them. In time, all groups learn that there is only one ultimate measure of what is holistic. Turns out, the practices that are universally good for individuals are therefore universally good for groups too. We just don't realize it yet. Usually, groups don't have an *exact discussion* on how they will define innocence and guilt. They just move instinctively toward these (probably) electromagnetic structural forces because of the stress:benefit and efficiency reward. We cannot *help* but evolve toward them because they are perfect. In being perfect, they hold a sort of salvation from all worry, pain, sickness or doubt. Both our instincts and logic (and evidence) are framed by the structural force that the ToE describes, to make doubly sure we don't miss the greatest message of all, eventually, although we could see it, and accept it, today.

The lesson is logical, instinctual and evidentiary. It explains and solves enough such that what is left over (if anything) is hardly worth haggling over.

The perfect operating system establishes the nexus of all social dynamics. Because the concept is total and perfect, any deviation from the mean is handled by what complexity science calls "bounded instability." Complexity science calls this consistent centrality in the operating system "emergent order." Emergent order steps forward at every level of life and subdivision,

WALLS-KAUFMANN - 356

but the structure always reflects and coordinates with the whole, as if that which lies at the center of the center is more important than anything else. Deviation from this is *stress* and unwanted consequences. Congruence is cure, prevention and benefit. Individuals and societies suffer accordingly. The value is self-evident.

One of the most important acts of existing is to recognize that this perfect operating system rules all things. But we are a creature born without a parent that knows this truth. And if the truth were easily given, the significance of it would come to that much less; and we would forget the truth, or under-appreciate it anyway. So, in the end, the negative consequences of all our actions (other than accident) would need to be permanently embedded as a fail safe to guard the system in perpetuity. It is an elyptical: We have problems because we deviate from the perfect, we don't think the perfect exists because we have problems, it is only by having awful pain that we evolve toward the perfect.

The system waits patiently on us in its perfection.

Existence and mass appear to activate this operating system, or maybe it is permanently indigenous? The central moral-ethical plan extends from this. Because we were "born" out of the Big Bang, we all have a rather good idea of the moral construct. Its exact outline is revealed by *all* consequences and risk:benefit analysis. History is an evolution toward the specifics. For this reason you will either nod your head at what I am writing, or you will be open minded to hear more evidence as you touch up your makeup in the car.

The message is so powerful, universal and singular that The Meaning of Life is not *meant* to remain a mystery. Nothing will civilize us more. We are *meant* to see it. *We waste our own time and resources and create self-damage by failing, or refusing, to see it.* Like any other Maxwell or Faraday electromagnetic field, an event horizon manages deviation within the sphere. Nothing is amiss. Nothing is overlooked. Everything is relevant.

These intrinsic guidelines are here to help you make the most of your life, to show you how to help make the most of everyone else's life so that we reciprocally leave one another alone, and do the best for one another, while the only real doubt we live with is what pleasant surprises will we encounter tomorrow.


Part III: Unification Through Health and Thriving

Again, learning is largely only relevant for what it tells us about living a better life. Concept 1: You are put here to thrive. You are put here to thrive for 150 years,[3] as proven by mathematics and genomic studies. If you don't, you have bumped into so many stresses, without enough offsetting benefits, that you have killed yourself long before your time.

The more we learn, the more knowledge makes our health and existence linear and predictable. If you aren't healthy, if you aren't alive, there is little else you can do. Your first priority is to stay healthy. *Then,* you can do things.

Looking at human history, and human life span, no generation has ever been at top health. They were all at *half* health, not *full* health, judging from their lifespans of between 60 to 80 years. How long you live is the product of your genetic endowment and all of the stress and benefit you encounter in your lifetime, body, mind and spirit.

Concept 2: *How* do we make thriving a consistent methodology? In this ToE, I am saying that stress is not only the cause of disease, it is the cause of *all* human problems. Stress is deviating from the

perfect mean; benefit is returning home to it. Once we have achieved all of this thriving—the next question is: *What do I use my thriving for? What am I here to do? How do I best dedicate the service of my life?* There appear to be five simple parts to thriving consistently: The right diet, the right way to use the brain, the right way to treat others, and realizing the body is a musical instrument that needs to be precisely structurally tuned, which appears to act as a re-boot offset even against remarkable doses of stress.

Once we have mastered and safeguarded our thriving with these four open-ended methodologies, the best application for thriving is the open-ended venture into the unknown of what genius will explore. This is the paint-by-numbers Yin and Yang of our existence. *Thriving* has two parts: The methodology of thriving, and what it is best used for. They play off one another to create the bounded instability and emergent order of human psychology and physiology. We are evolving to this realization. There is no escaping it.

Think of the Big Bang creating a two-tiered system: The first tier is inanimate, rocks and "dead" detritus sailing out across the vast playing field. The second tier is that which begins to become "alive." "Dead" inanimate objects float within a certain reach of a sun, photons from that sun strike the "asteroid," and if the asteroid contains the six magic ingredients of Oxygen, Hydrogen, Carbon, Nitrogen, Sulphur and Phosphorous, Carbon 14 makes something unique happen. These six ingredients bubble and stew to create a fermentation field that then creates a space station with an atmosphere and water. Albumen follows.

Now, "life" begins to climb a ladder to "evolve" into ever more complicated and sophisticated shapes that each faithfully exhibit their arrangement around the operating system no matter how complex and grandiose they emerge. In each case, stress and benefit define them the same way. Evolution is merely reinforcement of the manifestation, the lesson. It is as if our invisible task master is saying to us: "Oh! You didn't learn the lesson yet, stupid? Here, let me escalate for you *another* more impossibly elaborate demonstration to learn from!"

Scientists say they cannot understand why Life "evolves." This is the great mystery, but not really. Life evolves as a joyful, daring, never-ending exhibition of how the perfect operating system always masters whatever new shape life takes. This ever-escalating demonstration is a rap on our head. "Wake up! Hurry! —See what is around you! Take full benefit of your own highest humanity!" Concept 3: *We only get the least stress, and the most thriving, from the more optimal choice.* This is holistic. "Holistic" means that which feeds back optimally into thriving for all so that we may each direct our lives at the highest purpose imaginable. All "problems" are the result, in exact proportion, of the macro impedance of this ideal.

Our most compelling mystery is not why we evolve, it is why we have genius. *Why* should we be capable of genius? . . . Genius is the other half of thriving's Yin and Yang. We thrive to more optimally create the vessel, the Machine of Genius, with as little distraction as possible.

This is all we are here for. Beyond this, we cannot conceive of a more satisfying, rewarding, fun and joyous life experience. And therefore *it is in the personal, immediate self-interest of every individual on the planet to find their way to, to accept, this level of existence that exceeds all alternatives and imitations.*

Accept no substitutes.

However imperfectly—for people can still be stupid and make mistakes within bounded instability—this is why we make the money we make.

It is genius, after all, that we prize most. Genius in what? Genius to raise quality of life. Suddenly, an idea comes along that raises understanding, insight, research, evidence, creativity,

imagination, products, services, investment—but always at the top of it is genius. The most extraordinary advancements that raise our quality of life and make our existence that much more linear and predictable feedback into the fun of chasing genius.

Genius is the tip top of the mountain, so to speak. The value of everything else flows down the slopes of the mountain in importance and significance down to the last penny in terms of how it improves our lives. *Everything* done in the positive service of genius is good, and *everything* done to block it and distract is tolerated in proportion to how much of an impediment it is. *Force* must be used to hold these impediments in place. Great breakthroughs in quality of life (QOL) we value most, and rush toward, driven for good reason.

One of our great challenges in life is to be honest with ourselves when someone else shows greater genius, or ability, to raise QOL better than we do. This is hard. Our ego and livelihood are involved. And people make stupid, selfish and greedy choices that interfere with genius and human progress—but every choice along these lines is adversely judged by the collective in proportion to its impedance.


Part IV: Yet Life Thrives on Death

Thriving and genius, the Yin-Yang, mutually lend themselves to the optimal, open-ended adventure. It is as if that which created us knows that any voyage is far more fun when it *goes* somewhere rather than stands in place.

The Bible, and many other sources, describe the human race as a single body, a single entity. It is a mistake if the heart, lung and leg view themselves as different tribes, at war with one another. *They are at their best when they see themselves as part of the same instrument.*

Yet life only survives by killing other life. Every day half the world consumes the other half, figuratively. Dog eat dog, killing, brutality and exploitation are an inevitable truth of existence, so far. At least, in Phase One existence, because the offending party can live with the ugliness and time-out in death before they are caught and punished. *If* they are caught, since many people are stupid and imprint tribally to worship criminal lunatics.

Stupidity is no defense from the law: We *still* experience all the problems, holistically, systemically, we *earn* by deviating from the Mean. Our "mean" is the diminishment of the universal civil rights of others by failing to see they are included with us inside the same living organism built to serve genius. More cooperation, less conflict.[4]

Everywhere we look, we see in existence the same pattern emerging: Less is More. Less deviation from a mean.

If we try to interpret this central plan and put it into language, could it be: "First, Do No Harm" to thriving? Is it: 1) Harm to None, 2) Thriving for All, to 3) create in real-time an ongoing optimal platform for seeking, understanding, creativity, imagination and genius *however they are fed by holistic inputs?*

Again, "holistic" means that which interferes least, encourages most, this three-part universal ethic. It is the purity, the tuning, of a musical instrument. One of the Haddiths talks about "an impurity in the eye." How many grains of sand do we want in the "eye" of this process? How much musical interference, de-tuning, distraction is "good"?

If the human race were gathered inside the "field" of this larger expectation, would any cell in the system be out of reach of benefit or harm? Do we not live to 150 years because we

interfere so much in this process? Is the sum of any "life" divisible by all the good-for-yous and bad-for-yous blended together with the genetic endowment of that individual?

Health research has been indicating for nearly one hundred fifty years that we are missing a huge chunk of understanding about thriving. This is the *structural,* the physical *tuning,* component of thriving: The balance of stress and benefit impacts the mind to tilt the musical instrument physically out of true. A piezoelectric distortion in the "prism" of the being then collapses/distorts the structural-functional integrity of the brain and neuroendocrine system: The distorted EM (electromagnetic) "field" of biological intelligence of the individual, and of the entire human race, ensures that no cell in the system escapes its dose-appropriate reward or cost. Each is moved toward or away from an optimal life experience. This "steering" is a perfectly fair summary of *all* parts and influences.

We might assume this level of complete agency in the theory because a) pieces are always surprising us with their level of integration, and b) this level of fairness and holistic reach would give *every* cell in the system a personal incentive to improve. Therefore, how could this *not* be so—in a system that, whenever healthy, *always* exhibits perfection? And only fails in this exhibition under stress. And stress is defined by deviation from the perfect.

According to Einstien's relativity, this "field" of optimal ethics would envelope Time: Perhaps a *timetable* or lesson plan of expectations beyond ourselves, held in place by a higher order, since it shows no signs of folding or degenerating from disuse atrophy while it waits on us since before Sinai. This moral-ethical schedule would be reflected in innate human reactions and expectations *first*, and second by advances in insight that leap our understanding and expectations forward, in lieu of experience, a la Schrödinger's Cat.

(This is the idea that human *conception* can improve our world. It appears the innate matrix of morals and ethics in the operating system will not permit human conception to *degrade* the perfection of the system that insures the civil rights of us all, but if you have a *better* idea than what already exists—the system is so perfect and lenient that it will *allow* us to improve on it. . . . Or are we merely stumbling upon *another* layer of the perfect?)


Part V: Is This Why We Have Failed to Help One Another?

Just as Einstien suggested that the speed limit of light is woven into the fabric of reality, so too this *moral* framework is just as immutable as a framework for the civil rights of each and every one of us. Any deviation stunts our growth and leads to unexpected consequences.

This is why welfare as we know it is not holistic. Welfare stunts peoples' growth and makes them addicts so that they do not take their place in service to genius, to raising the QOL of us all. Non-holistic welfare and the crippling taxes to float a welfare-bribery state give rise to predictable sub-par results. Being in conflict with the only thing that is actually whole assures *that there will be not a single positive outcome from bribery welfare.* The only "positive" results we can point to come from the most short term evidence. But all short term results would show a shorter and more miserable life than what the ideal offered. We grow addicts rather than healthy citizens. We remove the fuel of desire, reward and need from the pure pursuit.

Data, facts and evidence *only ultimately feed this conclusion.* This philanthropy is *why* information and consequences exist. This is an existence that is as spiritual as it is material. Only in real thriving do the two play off one another as equals. The temptation to violate these

WALLS-KAUFMANN - 360

holistic "rules"of civil rights are always the same: Money, power, sex. Three sorts of "crime" are possible: Crimes against person, property or information. Crimes against information are the worst, because *all* data opens up to the ultimate expression of our humanity, and the fun of us being at our best pursuing what is optimal that hurts no one.

What *makes* the atheist, the cynic, the hater, the Marxist, is their own personal grasp of what this single great Good is and the fact that they see humankind *deviating from it.* They see enough of a "miss" in the glass half empty that they stand on the cynical side of the ledger. They do not realize that their "perspective" is itself an extension of the perfect. They interpret our problems and hypocrisy, and Man's Inhumanity to Man as evidence that God and any perfect do not exist. But they are only driven to see what they see because of the perfect whispering in their ear. Only because of the perfect do they believe something better is possible—through violence, shock and purging, if they are on the Left.

On the other hand, the person who believes in God, and who is optimistic rather than pessimistic, sees enough positive in life that they have faith we will keep stumbling toward progress *without* violence and shock, and possibly even listening to all voices, which the Left will not do. *The Left does not listen to outside voices, i.e. the Right.* The Right will listen to the Left— the impact of Marxism on Western civilization is extensive—but the Right stops listening when welfare and other addictions start piling up their obvious negative impacts. This is the sole difference between "liberal" and "conservative." Inevitably, two sides sprung up to oppose one another, to knock dirt off the same rune. One has more patience and faith in the process of realization, and the other believes only schock and trauma can knock us loose from being "stuck." Both have the same goal. Both perspectives would like to see Utopia. (Again, this introduction to the ToE is a sketch. More details are in the book and entries here to follow.) There is only one Utopia, one perfect, one ideal. All that ever matters is how much self-damage will we do while figuring out the single methodology of thriving, of Utopia.

After all, we have a head start in that we already accept the innate ethics for improving the group in any tribe we join. *There is only the one operating system.* Problem is, we (the Left) see the "other" group(s) being in conflict with it.

As a doctor, I cannot go into the gym and lift my patients weights for them. I cannot go into their kitchen to eat their spinach for them. I cannot teach my kid to swim for him. I cannot go into their place of work and do their job for them to convince employer and customer that they are a selfless employee who raises QOL with a smile for a fair value exchange during the prescribed time. This is the innate principle of transaction that cannot be improved upon, but which some (the Left) insist *must* be wrong, and improved upon, only to give something for free to some no matter how poorly they serve the ideal. Again, want, poverty, disease and pain only exist because we do not understand thriving yet. Poverty is easily addressed holistically, but we cannot lure people away from their best service of the ideal. *Any* detraction is as bad for them as it is bad for the larger organism.

But addicts to power, money and sex do not care what is holistically best for anyone. The more one is an addict or psychopath—the two are part and parcel with one another—the less they care about others and their holistic welfare.

Each of us is *responsible* to do our part in allegiance to the cosmic command to improve ourselves and one another, holistically, in order to move forward more purely toward *any* goal, while one goal will always prove more interesting and rewarding than any other. The entire organism of the human race is geared to this setting. We *want* it; we *like* fun. But watch out for it

becoming gratuitous, which can lead to addiction, and once addicted you don't give a damn about other people, and what is holistic.

Every part of us ultimately serves this end—even greed, envy, jealousy, lust. Spiritual and materialistic concerns both drive to the same realization. Engage in the negative, and watch your reactions: Are the rich and powerful getting away with a double standard of the law? Well, how do you feel about that? You only like it if you are getting a share. But how about others *not* getting a share? And is there enough money to bribe us all from not doing what is right? Or is value ultimately only *created* by serving one end, directly or indirectly? Adam Smith says that "greed" is the invisible hand that drives all this.[5] This can't be right. Human beings have many many reasons for doing what they do. The question is what gives them what they want in the best environment to enjoy it in. And what will come next?

Lao Tzu complains that we are materialistic. We want to whip ourselves because we are, in part, a materialistic, greedy creature. But the limiting factor is the same—hormetic effect. All stress and poison are good for us at first because the parameters of the system are so liberal. Only when any influence becomes gratuitous does it shift toward the slippery slope of addiction in our desire to enjoy obscene money, power and sex. Obscene by what measure? The holistic. That which impairs us from our highest purpose.

It is *always* those ends, and the addict's obsession with these desires leads them to ignore all facts and limiting factors even to the destruction of self and others. They don't care. Once again, Less is More: Enjoy, but don't overly enjoy. The addictive syndrome and its role in psycopathy become the single ugliness or "black hole" in the perfect. They are the lone killer, stress, accelerant, agitant, catalyst, driver, irritant, blemish in the eye that is absolutely necessary to make us keep seeking perfection because life and existence are so good at Half Health that we could be lazy and contented enough to park ourselves at Half Existence for a long time, except that—we still have problems.

I believe we have been "stuck" here for five thousand years. But now technology, science and five thousand years of suboptimal results has filled out the picture of a possibility that quite a bit more is available to us through the ToE.

Remember Justice Stevens' comments on art versus pornography, "I know it when I see it." The difference is what is gratuitous. Dose. Drug usage. Crap in our food. Fast food. We are clearly living longer than any previous generations (although the U.S. is going backward since 2014) and yet our world and food has arguably never been worse. To me, this goes to show just how liberal the parameters of the system are. However, if we have *no idea* that we swim in perfection, and we have *no idea* what the most powerful anti-stress benefits are—Half Health, problems, and dying long before the 150 lifespan are inevitable.

It is theorized here that this consistent order in biological systems implies some sort of radiation, just as gravity and electromagnetism have proven to be a radiation that perfectly orders a "set" of circumstances. Just as with gravity and EM, this "biological radiation" would fall in its appropriate frequency range somewhere along the musical scale of string theory, most logically in the spectrum of EM. Probably, it is an "eccentric ellipse" as is gravitational radiation as found by Hulse and Taylor in 1998.

Part VI: Evolution is Wonderful—But What Really Makes Us is Our Genius

WALLS-KAUFMANN - 362

String theory posits that existence casts a number of fields each with event horizons that circumscribe an order of adjacent units. This theory suggests biological systems fall into the musical scale of string theory. For human beings, the parameters of stress and benefit outline only four "good-for-yous" that are open-ended, like life itself. The four are a) the right way to eat, b) the right way to think, c) the right way to "tune" the body structurally and physically— where early research shows the promise of a complete push-pull coordination between body physical structure and brain-nervous system activity, the Master System of the Body—and d) the right way to treat others. These four parts are only introduced here and will be explained in depth in lectures, on social media and in the book.

As life "evolves," and if human beings continue to show the progression of the Flynn Effect, then the human race would seem destined to graduate through the Phase One existence of dog-eat-dog "lone hunter" into a progressively more humane and cooperative Phase Two existence for self-evident advantage. Perhaps the advance of technology and broader global horizons are stimulus enough to keep elevating human intelligence, as the Flynn Effect has found, and guide our elevation past the obvious pitfalls?

The more primitive and unrealized animal follows his basic instinct toward More for Less, only to systematically meet up with the reality of Less is More as the means to achieve remarkable material rewards while maintaining holistic discipline that covers all bases in universal human rights. This is how we get the best out of all of us. The more we live, act and think along these lines the more our existence takes on an open-ended possibility as a pure path to genius. My son proudly told me one day that he was learning about bigotry in school, as if one of his favorite teachers told him this, in itself, was the end all and be all. I said, "Very good, then you can tell me the one thing wrong with being a bigot?" He delved into his catalogue of stock woke lessons, trying to find the answer. "There is only one thing wrong with it," I prompted him. "The only problem with being a bigot is that you never know when you are going to cheat yourself of something wonderful."

This is the encapsulation of human life: The more we don't live precisely by the intrinsic rules self-evidently manifest in the watershed radiation of biological systems, the more we deprive one another of our best efforts in discovery. Primitive Phase One dog-eat-dog is a constant temptation, an open door to addiction, especially to the elite who have the power to act on not caring about the rest of us as they feed their craving for more power, money and sex. But the push-pull of interaction that *make* electromagnetism and gravity materialize makes our beautiful reactions to the elite take shape: And what do *we* care, eventually, that the elite like to abuse us to feed their addictions?

Tribally, the Left will tolerate this return to feudalism. But only temporarily. The art in the perfect operating system makes it inevitable that *all* of us will one day wake up to realize that any addicts among the few are *not* in the same tribe as the rest of us, and that they should *not* be above the law. And at that time we will be rewarded by keeping an open mind about favoritism, prejudice and exploitation by *anyone,* Democrat, Republican, or any new widget that comes along. *It is always the same pattern of abuse with the exact same collective costs.*

And for this bias in the system we can say it is perfect: Realization will come as the product of its own rewards, and otherwise we will always pay a proportionate price.

Part VII: The ToE Methodology in Cancer and Heart Disease

The Unified Theory must deliver the cure for cancer and heart disease. Otherwise, how could it be the ToE? The greatest baffler for the greatest minds that have ever lived, blocking them from the Theory of Everything, was this particular part. The cure for cancer today is inconceivable because we are captured by how we think of disease exclusively in the drug-germ model, where Pharma has the economics to keep it by force. But medical procedures, particularly vaccines, are among the most stressful things we encounter. The fact that they are expensive, and break any national healthcare bank, whether privatized or socialized, *makes* them stressful and therefore their own irritants for change.

If we think about cures in terms of germs and drugs, rather than stress versus benefit, we are hopelessly lost. Stress will not cure stress. Deviation will not cure deviation except by the eternal example that deviation *never* earns what you want.

Only four things are not stressful and are supposed to be in our bodies: Air, nutrients, water and the right ethics. Which one of these includes drugs, vaxes and surgery? Thus, drugs and tech will always show hormesis early on—but then what happens?

Health, despite our greatest medical knowledge, remains a mystery. Doctors can accept that stress is the cause of all disease, but what about the opposite, Benefit? Our best advice is "Everything in moderation." But which is better for us—walking, standing, sitting, lying down, eating, not eating, drinking water, not drinking water? The answer is all of them will kill you if you don't stop doing them, or if not interrupted by the sleep cycle. All roads have always led, so far, to the mediocrity of us living only half our lifespans in Half Health and aging twice as fast as we should. *Is that all there is?*

Where are the open-ended benefits that are as open-ended as life and existence are that defy the old axion "everything in moderation?" These would change our understanding of cure and prevention. The stress-disease-benefit cascade tells us that stress to the "field" is helpful with hormesis first, then the proper brain-body-nervous system action is punctured, and that, speaking in "field" nomenclature, an informational "warp" takes the organism out of true, and burns up normalcy like the tip of a match to a leaf. Turns out, the brain's highest difficulty of function is to keep itself precisely aligned, or tuned.[6] The prism is now informationally out of pitch and withering from inside-out.

It appears the five basic benefits, together, hold complete authority over human life, and appear open-ended in their benefit. The *system* appears rigid around thriving and, amazingly, seemingly *all* of us matter. *There is no good reason to violate the system.* Compliance offers emancipation. We *have the free will and right* to be ignorant and stupid—but it will cost you, holistically. You may not care, but its still costing you. Your own life will never be at its best until you respect everyone in your society, holistically. Addicts will take that gamble, regrettably, but fortunately, they table is tilted for them to be outnumbered.

Education and knowledge are key. Voluntarism rather than force, because *any* competing idea is only going to make enlightenment look more pristine. Propaganda, psyops and inculcation always leaves *someone* cheated. Psyops *always* makes the "other" tribe look bad. By contrast, real enlightenment shows that the only thing not perfect in this universe is addiction and psychosis—that are as imperfect and impervious to facts and compassion as the perfect is perfect, in order to kill and maim and usher us to the perfect.

Through thriving, we are, eternally, the pilot of our own destiny. We *exist* to make our lives all that they can be. It is our *duty* to one another. This does not mean that we are all geniuses because a) genius can be a curse among the ignorant, and b) if everyone is a genius,

without any helpers, nothing gets done. Again, the system seems perfect in terms of distribution of talent, and with pain and problems as eternal motivators and guides, and even with our length of life and death being a driver to make us hurry to find solutions to our problems.

Part VIII: In Conclusion

This essay is only an introduction to existence. To find the ToE one must be expert enough in *everything* so as not to hang oneself in their ignorance of that field. Its worth, its proof, its consistency, is provable from any scientific angle. The human organism will never "settle" into its least stressful, most rewarding pattern until each cell is given the opportunity to best serve genius. "Punch yourself in the mouth all you want—there is only one perfect choice. Even conceding to greater genius is *indirectly* good for you."

How could we ever ask for anything more?

My motivation for assembling this primer before a book is to protect my intellectual property and to begin spreading the word. Our goal in life is to enlighten everyone as quickly as possible to stop waste. Surprisingly, it seems some do not *want* to see the emancipation of the human race. Sickness and confusion are a golden calf. With capture, experts keep things overcomplicated. These conclusions are humanistically inevitable so that how long will it be before AI presents them to us? (If AI is capable of original thought, or are the conclusions so basic that they are unavoidable? . . . I do not know.)

Dan Murphy is an educator who fleshed out a marvelous cascade describing the layers of neurological mechanisms in the de-tuning event. Murphy sent his theory to a prestigious journal, heard nothing back, and later saw his ideas appear in an article in that same journal under the name of an editor on that journal. Theft in science is nothing new. Pasteur stealing from Beauchamp. Tesla. Microsoft versus Apple. The list is long.

The internet helps me stake out my territory. The worst of people at the top of Pharma and the Left, unlike the great majority of us all, do not want holistic emancipation. The beauty of the system is that education and knowledge of the facts grow the well-meaning majority away from them, immunizing them against the constant, manic messages of division and hate. The majority of us don't want the stress. We want answers that work for everyone. *The only sticker is admitting someone else's better idea to raise QOL.* This is humility.

The research on the stress-brain-structure cascade has been showing all of the promise and preliminary results to indicate it holds the grasp on the totality of human wellbeing. Stress singes brain performance and the behavioral prism to even bring about psychosis and addiction. Structural collapse, the breaking of the field of perfect tuning, might become the stuck point for an outpouring of hole-in-the-spaceman-suit ndysfunction *that seems it will not stop* until it is physically corrected and all holistic inputs are corrected for the sake of a return to purity.[7-8-9-10] Our more primitive ancestors died of cancer and heart disease with their purer diets and environments. *We cannot keep turning to nutrition and environment alone.* The shooting star constant is the holistic pursuit of genius that entrains entire mind, body, spirit, social, psychological, chemical, attitudinal and structural norms into the Mean. Stress language manifests in physical de-tuning. Correction happens through the five basic "benefits" like moving a weight along a scale's slide arm.

Yes, because we have free will, and objects are independent, they *will* bump into each other. You *will* cut yourself with a knife. The only solution to such accidents is to remove independence. But what is the fun of that? How do your children ever achieve realization if they are nothing but obedient stick

figures like Barbie and Ken dolls that do whatever you say?The true beauty of realization, its impact, its value, is pointless.

If all suffering is self-imposed out of ignorance, then the only truly ugly part of existence is death. But if death is an illusion, and only a prompt to help guide us to realization, then the operating system of existence truly *is* perfect.

This is discussed in more detail later.

Many physicists have said that important insights on reality seem to always express simplicity, beauty, symmetry, elegance and gorgeous integrity. I believe the Unified Theory cannot be improved upon. We are *geared* to this adventure because we *should* be geared to this voyage because nothing can exceed it. We show an unbreakable auxetic integrity to this idea. Existence seems designed to awaken things created to the fact that their greatest satisfaction, reward, fun and joy comes from first realizing the perfection in creation, but then to get their own hands into the clay of being a creator themselves.

Clearly, in my eyes, a flaw in the perfect system is how life only comes from death. But that is today. Meanwhile Phase Two beckons constantly with less is more. If 30% and 60% of the cosmos is made up of dark matter and dark energy, respectively, where *each cubic inch* contains the equivalent energy of 1,000 nuclear bombs—must you really skin a rabbit in order to survive? Or will technology move toward higher understandings of energy transfer that are cleaner and more efficient, reflecting less is more?

With the reality of the advantages of strength in numbers, of superiority in cooperation over conflict, and of the harmonics of inspiration—it appears that, the instant *individuals* are created anywhere in the universe, the table top of reality is slanted toward certain inevitable conclusions. This sphere of living functional integrity has nowhere else to evolve to. It is the perfect approach to that which lies beyond. It is superior to any possible alternative because it is credibly achievable, *it is real,* and also, even beyond reality, we still have *dream.*


Stay tuned to my website for more articles on the Theory of Everything, and for updates on the journey to make the theory public. To date, in pursuit of it, I have been accused of using my T'ai Chi "for evil" to beat Officer Jeffrey Smith (bless his soul) nearly to death, I lost all my practice, and was de-banked by Charles Schwab for reasons they will not admit.

End notes:

[1] Calhoun, behavioral sink, https://en.wikipedia.org/wiki/Behavioral_sink
[2] Gleiser, *Unattainable Unification of Knowledge,* https://www.npr.org
[3] Pyrkov T, https://orcid.org/0000-0002-1503-0398
[4] Kropotkin, *Mutual Aid: A Factor of Evolution*, 1902
[5] Smith, Part IV, chapter 1, *The Theory of Moral Sentiments,* 1759
[6] Kaya, Yosmaoglu, Proprioception in Orthopaedics, Sports Medicine and Rehabilitation, 1st ed. 2018 Edition
[7] Winsor, The Evidence of the Association, in Dissected Cadavers, of Visceral Disease with Vertebral Deformities of the Same Sympathetic Segments, *Medical Times*, November 1921
[8] Energy Medicine, The Scientific Basis, James Oschman PhD, Candace Pert, PhD, Churchill Livingstone, 2000
[9] Moustafa, Demonstration of central conduction time and neuroplastic changes after cervical lordosis rehabilitation in asymptomatic subjects, *Sci. Rep.* 2021, *11*, 15379.
[10] Harrison, Comparisons of Lordotic Cervical Spine Curvatures to a Theoretical Ideal Model of the Static Sagittal Cervical Spine, *Spine*, 21(6):667-675, March, 1996.

WALLS-KAUFMANN - 366

Next: Lunch with Bennet—"Children with Leukemia Didn't Get it Because of Stress" (Yes. They did, Bennet.)

Afterward: The Canon of Ethics: A Critique of Haidt's 10 "Innate" Ethics

Next: (In Left vs Right this is true: One side believes in first-action violence, and a purge or trauma, while the other does *not* believe in the purge, and only believes in self-protection violence. The Left convinces itself that the Right are "fascists" instead of Constitutionists, and conflates the historic violence of real Fascists as a threat to rationalize them continuing to perpetrate their purge and first-action violence. Then, every time the American Right reacts in self-defense—like banning books that sexualize elementary school kids—the Left finger points and says this is the violence and irrationality that make them need to keep up the violence.)

Follow me on X at @CaesarAmericus and @countiesecessionproject and TikTok. Support me by the purchase of my novels *Caesar Americus: One Party Rule,* a 1992 novel on a stolen presidential election; and *Robot, Archangel,* 600 years in the future—Man's Inhumanity to Man cannot be ended by the human race, so AI does it for us, the final chapter man versus computation.

===========================

Theory of Everything No. 2:
September 22, 2023
By Dr. David Walls-Kaufman

Lunch with Bennet—"Children with Leukemia Didn't Get it Because of Stress"

        I had a late lunch with my friend Bennet because he is a mathematician and I wanted to talk to him about my Unified Theory and the process to explore the mathematics of auxetic self-integrated systems that cannot be crushed or pulled apart. The engineering is used in shipping crates. I was hoping he's take the bait and consider my theory.
        He didn't. He insists that randomness plays a huge role in human events.
        No doubt. This is *accident*.
        You cannot account for it. It is inevitable as soon as there is free will and independence. Existence and life are no fun without these two elements. Realization means nothing, comes to nothing, with them.
        When I began describing life's operating system as perfect, Bennet mentioned seeing children with Leukemia. "They didn't get it because of stress!"

Depends how we define stress. First, stress is deviation from the mean. Is the rise of childhood leukemia part of our dirtier environment, where those of us on the bell curve of higher immune sensitivity reacting adversely? Is there also a connection to the increasing assault on our immune system by the rising vaccine schedule?

I hate to jump early on into a topic as controversial as traumatic versus non-traumatic vaccines, but the topic is a key contribution not only to explain childhood leukemia, but also to explain psychosis being the only hole in the perfect. For more on this subject see my piece introducing the terms traumatic and non-traumatic vaccine. HERE. Vaccine faith and vax compliance have understandably taken a heavy blow with the conduct of Pharma and the higher ups since the Fentanyl and Covid massacres that arguably have put establishment psychosis on full display. The "intellectual elite" are all about vaccines, especially when Pharma sugar coats that generation's ignorance about traumatic vaccines with mountainous payouts to NIH, Fauci's NIAID, the CDC, the FDA, congress and the Beltway establishment to grease the skids on the "humanitarian" endgame of pressuring for vax compliance.

I explained to Bennet in the 1980s Pharma went to the Reagan administration and said that vax lawsuits were killing the traumatic vaccine industry, and if they didn't get indemnification they would have to shut down the industry. Reagan, being uneducated on traumatic versus non-traumatic vax, should have said, "Great! We should only have ever had non-traumatic vax!" Being ignorant on the subject, he and lawmakers panicked at losing traumatic vaccines and gave them immunity.*

With immunity, Pharma pushed for huge increases in the vax schedule. We can trace the rising onslaught of chronic immune disease from that event.

Meanwhile, numerous authors, physicians, immunologists and pediatricians have tried to warn the public about how childhood leukemia basically didn't exist before the traumatic vaccine schedule really took off in the 1930s.*

In other words, few things are as stressful to our immune system as vaccines. It is a heady dose of irony and psychotic exposure to listen to Pharma crying for more research to find the cures for childhood leukemia as they keep raising vax schedule. When I was a kid, I think vax compliance came to eight shots. Now its 64. And the 1963 CDC report on infectious disease says all the old killer diseases that came from filth and under nutrition went away naturally with the rise of urban sanitation, more vegetables, anti-poverty campgains and less stress.* Robert Kennedy Jr. has written thoroughly on this topic.*

So, Bennet, childhood leukemia *is* caused by stress, just like anything else. This is the stress of sabotaging an immune system with a traumatic introduction of serious toxins such as aluminum adjuvants (immune destructive boosters)* and mercury preservatives (Thimerosol)* that are each among the most neuro toxic substances known—that are 10x more poisonous in the presence of one another.*

The fact that childhood leukemia exists neither disproves that the operating system of life and existence is perfect nor that leukemia is random. As I interpret how we should look at life and good and evil, the operating system *is* perfect, and that it emphasizes to us that it is not whole *people* that are necessarily evil, but that there is *a way of thinking and not caring about others or facts* that all of us are capable of. This thinking defies humanity and the open mind, the look at all data, even if it erodes our position.

The perfect operating system suggests that we are much better people and we give rise to a much better world by refusing the temptations of addiction, psychosis that necessitate we

cut ourselves off from the facts that we *all* matter and that *all* data leads to the proof that we all matter and the best way to take care of us all is what is holistic.

Non-traumatic vaccine would help this cause, while traumatic vaccine makes plenty of sick people who then become Pharma customers for life.*

Non-traumatic vaccine merely introduces the substance of concern *naturally* through the immune radar, not traumatically into the bloodstream bypassing all immune checkpoints.


January 6th, accused, Smith

It is pointedly ironic how my closing logical circles on the Unified Theory coincided exactly with my being massacred in the press for my part as a writer in January 6th, and being incarcerated for two months at Fort Dix FBOP for entering the Capitol, and then, after my release for my misdemeanor of "parading," I was de-banked by Charles Schwab for reasons that their person, David Broadhurst, on their Customer Advocacy Team, refused to explain in any detail whatever.

That saga began in August 2021 when I was poleaxed for allegedly beating Officer Jeffery Smith in the head, his widow and her lawyer said, causing him to commit suicide nine days later. Video evidence immediately showed the allegation's scandalous absurdity. No less, I lost nearly all my practice, nearly all my society, on Capitol Hill—as if I was a Jew waking up in a *Twilight Zone* of Nazi Germany in 1932, among, supposedly, the most "liberal" and enlightened people in the world.

These people *still* want me executed for "killing" Smith.

The author of the Theory of Everything was made into a Poster Child of (political) Evil, along with the likes of Donald Trump. Meanwhile, the Theory of Everything clearly states in bold neon "First, Do No Harm." In doing research for the book, I also went to six George Floyd riots in DC. No one seems concerned about that. In any event, the Unified Theory on Human Wellbeing easily explains the whys and wherefores of hackneyed political mania.

The absurdity could not be more delicious—even if it gets me killed one day.

Letter to Bonnie at Amazon

Hi Bonnie - How are you? Forgive me. I missed the first installment of edits since I only write in Pages. A student of mine lent me her laptop so I could see the changes for this second installment.

Thoughts -

Explaining/presenting/addressing the TOE is like one person picking up a waterbed. Wherever you lift it, another part stays on the floor. Having studied the TOE since 1977, there are 13 essential points to fill out the whole. The "nice thing" about the TOE (from my study of it) is that it always leads us to a methodology for, and the intrinsic value of,

<u>3 essential conclusions: Harm to none, thriving for all, in order to create the ongoing optimal platform for genius—that which raises our quality of life most.</u>

First, I get the impression from the edits that the editors are losing patience with the book or not paying close attention to what it says before they react. A cure for this might be for them to read the whole book, and digest it, before they edit it?

Second, I understand the desire to break up big paragraphs into littler ones—but there is also shorter philosophy book versus longer philosophy book. Our breaking up and spacing has turned 45 pages into 75 pages. At this rate, a 220 page philosophy book will be a 400 page philosophy book—not including end notes.

I appreciate the business model for Amazon publishing is vanity publishing and quick turnover is central.

I <u>approached you for the publication of this book because the resistance to any TOE will be proportionate to how much it challenges the dominant economic and conceptual paradigm. This book does that a lot. Therefore finding a publisher could take decades, if at all. I would rather self publish it whole now with all 13 parts of the waterbed and then let the refusal to look at it begin.</u>

So far, there are very few changes or additions that add or clarify anything because the editors are interjecting their own opinions before evaluating all 13 points. If a surgical procedure requires 13 essential steps, we must take all 13 steps for the job to be complete. We cannot argue that it should only take 8 or 11.

All best,

David

CBP® Peer-Reviewed Clinical Investigations
Listed by Study Design / Type

I.    Systematic Literature Reviews (n=12)

1.    Oakley PA, Harrison DE. Reducing Thoracic Hyperkyphosis Subluxation Deformity: A Systematic Review of Chiropractic BioPhysics® Methods Employed in its Structural Improvement. J Contemp Chiropr. 2018; 1(1):59-66.

2.    Oakley PA, Ehsani NN, Moustafa IM, Harrison DE. Restoring cervical lordosis by Chiropractic BioPhysics® (CBP®) methods in the treatment of cervical spine disorders: A systematic review of controlled trials. J Phys Sci Ther. 2021; Oct;33(10):784-794.

3.    Oakley PA, Ehsani NN, Moustafa IM, Harrison DE. Restoring lumbar lordosis: a systematic review of controlled trials utilizing Chiropractic Bio Physics® (CBP®) non-surgical approach to increasing lumbar lordosis in the treatment of low back disorders. J Phys Ther Sci 2020; 31(9):601-610.

4.    Oakley P, Harrison D. A systematic review of CBP® methods applied to reduce lateral thoracic translation (pseudo-scoliosis) postures. J Contemporary Chiro. 2022;5:13-18.

5.    Oakley P, Harrison D. A review of CBP® methods applied to reduce lateral head translation postures. J Contemporary Chiro. 2022 5(1):19-24.

6.    Oakley PA, Kallan SZ, Harrison DE. Structural rehabilitation of the lumbar lordosis: A systematic review of CBP® case reports. IN Press. J Contemporary Chiropractic

7.    Oakley PA, Kallan SZ, Harrison DE. Structural rehabilitation of the cervical lordosis and forward head posture: A systematic review of CBP® case reports. IN Press Nov. JPTS

8.    Oakley PA, Kallan SZ, Harrison DE. Improving the pediatric cervical lordosis: A systematic review of Chiropractic Biophysics® case reporting. IN Press. J Contemporary Chiropractic

9.    Harrison DE, Oakley PA, Betz J, Ferrantelli J, Moustafa IM. The reliability and repeatability of spine radiographic imaging views: A systematic literature review of repeated radiographic views for spine analysis in control groups. In Preparation.

10.    Betz J, Lightstone D, Ferrantelli J, Oakley PA, Moustafa IM, Harrison DE. The reliability of sagittal cervical spine radiographic mensuration techniques: A systematic literature review of intra and inter-examiner reliability for the assessment of spine displacement. In Preparation

11.    Lightstone D, Betz J, Ferrantelli J, Oakley PA, Moustafa IM, Harrison DE. The reliability of sagittal thoracic spine radiographic mensuration techniques: A systematic literature review of intra and inter-examiner reliability for the assessment of spine displacement. In Preparation

12.    Lightstone D, Betz J, Ferrantelli J, Oakley PA, Moustafa IM, Harrison DE. The reliability of sagittal Lumbar spine radiographic mensuration techniques: A systematic literature review of intra and inter-examiner reliability for the assessment of spine displacement. In Preparation.

Clinical Trials: RCTs & nRCTs (n=26)
Randomized Controlled Trials (RCTs: n=19)

13.    Zaleski BW, Wood J. A comparison of Palmer package and Chiropractic Biophysics for the treatment of pain. Proceedings of the International Conference on Spinal Manipulation 1992; Chicago, IL., May 15-17.

14.    Moustafa IM, Diab AM, Ahmed A, Harrison DE. The efficacy of cervical lordosis rehabilitation for nerve root function, pain, and segmental motion in cervical spondylotic radiculopathy. PhysioTherapy 2011; 97 Supplement: 846-847. (Send to J Clinical Medicine Special Issue)

15.    Diab AA, Moustafa IM. Rehabilitation for Pain and Lumbar Segmental Motion in Chronic Mechanical Low Back Pain: A Randomized Trial. J Manipulative Physiol Ther. 2012;35(4):246-253.

16.    Moustafa IM, Diab AA. Extension traction treatment for patients with discogenic lumbosacral radiculopathy: a randomized controlled trial. Clin Rehabil. 2012; Jan;27(1):51-62.

17.    Diab AA, Moustafa IM. The efficacy of lumbar extension traction for sagittal alignment in mechanical low back pain. a randomized trial. J Back Musculoskelet Rehabil. 2013;26(2):213-222.

18.    Moustafa IM. Does improvement towards a normal cervical configuration aid in the management of fibromyalgia. A randomized controlled trial. Bull Fac Ph Th Cairo Univ. 2013; July Vol. 18(2):29-41.

19.    Azzm A, Moustafa IM, Ahmed AMA, El-Sayysd MM. Efficacy of Denneroll traction on restoring normal sagittal configuration of lumbar spine in chronic mechanical low back pain. Bulletin of Faculty of Physical Therapy 2013; 15(1):5-14.

20.    Moustafa IM, Diab AA, Harrison DE. Does improvement towards a normal cervical sagittal configuration aid in the management of lumbosacral radiculopathy: A randomized controlled trial Proceedings of the 13th World Federation of Chiropractic Biennial Congress / ECU Convention, Athens, Greece, May 13-16, 2015. Paper #184 Mediterranean Region Award Winning Paper . Send to J Clinical Medicine Special Issue.

21.    Moustafa IM, Diab AA, Taha S, Harrison DE. Addition of a Sagittal Cervical Posture Corrective Orthotic Device to a Multimodal Rehabilitation Program Improves Short- and Long-Term Outcomes in Patients with Discogenic Cervical Radiculopathy. Arch Phys Med Rehabil. 2016, 97: 2034-2044.

22.     Moustafa IM, Diab AA, Harrison DE: The effect of normalizing the sagittal cervical configuration on dizziness, neck pain, and cervicocephalic kinesthetic sensibility: a 1-year randomized controlled study. Eur J Phys Rehabil Med. 2017, 53: 57-71.

23.     Moustafa IM, Diab AAM, Hegazy FA, Harrison DE. Does rehabilitation of cervical lordosis influence sagittal cervical spine flexion extension kinematics in cervical spondylotic radiculopathy subjects? J Back Musculoskelet Rehabil. 2017, 30: 937-941.

24.     Moustafa IM, Diab AA, Hegazy F, Harrison DE. Does improvement towards a normal cervical sagittal configuration aid in the management of cervical myofascial pain syndrome: A 1-year randomized controlled trial. BMC Musculoskelet Disord. 2018 Nov 12;19(1):396.

25.     Mageed SMIA, Abutaleb EEM, Soliman AME, Labib AM. Impact of cervical lordosis rehabilitation on disability and pain in non-specific neck pain. J Medical Sciences 2018; 18(1):20-26.

26.     Moustafa IM, Walton LM, Raigangir V, Shousha TM, Harrison D. Reduction of posture hyperkyphosis improves short- and long-term outcomes in patients with neck pain. Abstract In J Orthop Sports Phys Ther. 2020;50(1):CSM143. Send to J of Clinical Medicine—Special Issue.

27.     Moustafa I, Youssef ASA, Ahbouch A, Harrison D. Demonstration of Autonomic Nervous Function and Cervical Sensorimotor Control After Cervical Lordosis Rehabilitation: A Randomized Controlled Trial. J Athl Train. 2021 Feb 4;56(4):427–36.

28.     Moustafa IM, Diab A, Shousha T, Harrison DE. Does restoration of sagittal cervical alignment improve cervicogenic headache pain and disability: A 2-year pilot randomized controlled trial. Heliyon. 2021 Mar 15;7(3):e06467.

29.     Mansoori SS, Moustafa IM, Ahbouch A, Harrison DE. Optimal duration of stretching exercise in patients with chronic myofascial pain syndrome: A randomized controlled trial. J Rehabil Med. 2021 Jan 11;53(1):jrm00142.

30.     Moustafa IM, Diab AA, Hegazy F, Harrison DE. Demonstration of central conduction time and neuroplastic changes after cervical lordosis rehabilitation in asymptomatic subjects: a randomized, placebo-controlled trial. Sci Rep. 2021 Jul 28;11(1):15379.

31.     Youssef ASA, Moustafa IM, Elmehat AM, Huang X, Oakley PA, Harrison DE. Randomized Feasibility Pilot Trial of Adding a New Three-Dimensional Adjustable Posture-Corrective Orthotic to a Multi-Modal Program for the Treatment of Nonspecific Neck Pain. 2022; In Review.

Non-Randomized Controlled Trials (nRCTs: n=7)

32.    Grimston SK, Engsberg JR, Shaw L, Vetanze NW. Muscular rehabilitation prescribed in coordination with prior chiropractic therapy as a treatment for sacroiliac subluxation in female distance runners. Chiropractic Sports Med. 1990; 4(1):2-8.

33.    Harrison DD, Jackson BL, Troyanovich SJ, Robertson GA, DeGeorge D, Barker WF. The Efficacy of Cervical Extension-Compression Traction Combined with Diversified Manipulation and Drop Table Adjustments in the Rehabilitation of Cervical Lordosis. J Manipulative Physiol Ther. 1994;17(7):454-464.

34.    Harrison DE, Harrison DD, Cailliet R, Janik TJ, Holland B. Changes in Sagittal Lumbar Configuration with a New Method of Extension Traction: Non-randomized Clinical Control Trial. Arch Phys Med Rehab. 2002;83(11):1585-1591.

35.    Harrison DE, Harrison DD, Betz J, Colloca CJ, Janik TJ, Holland B. Increasing the Cervical Lordosis with Seated Combined Extension-Compression and Transverse Load Cervical Traction with Cervical Manipulation: Non-randomized Clinical Control Trial. J Manipulative Physiol Ther. 2003; 26(3): 139-151.

36.    Harrison DE, Cailliet R, Harrison DD, Janik TJ, Holland B. New 3-Point Bending Traction Method of Restoring Cervical Lordosis Combined with Cervical Manipulation: Non-randomized Clinical Control Trial. Arch Phys Med Rehab. 2002; 83(4): 447-453.

37.    Harrison DE, Harrison DD, Haas JW, Betz JW, Janik TJ, Holland B. Conservative Methods to Correct Lateral Translations of the Head: A Non-randomized Clinical Control Trial. J Rehab Res Devel. 2004;41(4):631-640.

38.    Harrison DE, Cailliet R, Betz JW, Harrison DD, Haas JW, Janik TJ, Holland B. Harrison Mirror Image Methods for Correcting Trunk List: A Non-randomized Clinical Control Trial. Eur Spine J. 2005; 14(2):155-162.

### III. CBP Case Reports/Series (n=141)
Journal of Physical Therapy Science (n=34)

39.    Miller JE, Oakley PA, Levin SB, Harrison DE. Reversing thoracic hyperkyphosis: a case report featuring mirror image® thoracic extension rehabilitation. J Phys Ther Sci 2017; 29(7):1264-1267.

40.    Fortner MO, Oakley PA, Harrison DE. Treating 'slouchy' (hyperkyphosis) posture with chiropractic biophysics®: a case report utilizing a multimodal mirror image® rehabilitation program. J Phys Ther Sci 2017; 29(8):1475-1480.

41.    Wickstrom BM, Oakley PA, Harrison DE. Non-surgical relief of cervical radiculopathy through reduction of forward head posture and restoration of cervical lordosis: a case report. J Phys Ther Sci 2017; 29(8):1472-1474.

42.    Haggard JS, Haggard JB, Oakley PA, Harrison DE. Reduction of progressive thoracolumbar adolescent idiopathic scoliosis by Chiropractic BioPhysics® (CBP®) mirror image® methods following failed traditional chiropractic treatment: A case report. J Phys Ther Sci 2017; 29(11):2062-2067.

43.     Oakley PA, Harrison DE. Lumbar extension traction alleviates symptoms and facilitates healing of disc herniation/sequestration in 6-weeks, following failed treatment from three previous chiropractors: A CBP® case report with an 8-year follow-up. J Phys Ther Sci 2017; 29(11):2051-2057.

44.     Harrison DE, Oakley PA. Scoliosis deformity reduction in adults: A CBP® mirror image® case series incorporating the 'non-commutative property of finite rotation angles under addition' in five patients with lumbar and thoraco-lumbar scoliosis. J Phys Ther Sci 2017; 29(11):2044-2050.

45.     Mitchell JR, Oakley PA, Harrison DE. Nonsurgical correction of straight back syndrome (thoracic hypokyphosis), increased lung capacity and resolution of exertional dyspnea by thoracic hyperkyphosis mirror image® traction: A CBP® case report. J Phys Ther Sci 2017; 29(11):2058-2061.

46.     Jaeger JO, Oakley PA, Moore RR, Ruggeroli EP, Harrison DE. Resolution of temporomandibular joint dysfunction (TMJD) by correcting a lateral head translation posture following previous failed traditional chiropractic therapy: A CBP® case report. J Phys Ther Sci 2018; 30(1):103-107.

47.     Betz JW, Oakley PA, Harrison DE. Relief of exertional dyspnea and spinal pains by increasing the thoracic kyphosis in straight back syndrome (thoracic hypo-kyphosis) using CBP® methods: A case report with long-termfollow-up. J Phys Ther Sci 2018; 30(1):185-189.

48.     Fortner MO, Oakley PA, Harrison DE. Non-surgical improvement of cervical lordosis is possible in advanced spinal osteoarthritis: A CBP® case report J Phys Ther Sci 2018; 30(1):108-112.

49.     Fortner MO, Oakley PA, Harrison DE. Cervical extension traction as part of a multimodal rehabilitation program relieves whiplash-associated disorders in a patient having failed previous chiropractic treatment: a CBP® case report. J Phys Ther Sci 2018; 30(2):266-270.

50.     Harrison DE, Oakley PA, Betz JW. Anterior head translation following cervical fusion – A probable cause of post-surgical pain and impairment: A CBP® case report. J Phys Ther Sci 2018; 30(2):271-276.

51.     Dennis AK, Oakley PA, Weiner MT, VanVranken TA, Shapiro DA, Harrison DE. Alleviation of neck pain by the non-surgical rehabilitation of a pathologic cervical kyphosis to a normal lordosis: A CBP® case report. J Phys Ther Sci 2018; 30(4):654-657.

52.     Fortner MO, Oakley PA, Harrison DE. Alleviation of posttraumatic dizziness by restoration of the cervical lordosis: A CBP® case study. J Phys Ther Sci 2018; 30(5):730-733.

53.     Oakley PA, Harrison DE. Alleviation of pain and disability in a post-surgical C4-C7 total fusion patient after reducing a lateral head translation (side shift) posture: a CBP® case report with a 14 year follow-up. J Phys Ther Sci 2018; 30(7):952-957.

54.    Oakley PA, Jaeger JO, Brown JE, Polatis TA, Clarke JG, Whittler CD, Harrison DE. The CBP® mirror image® approach to reducing thoracic hyperkyphosis: A retrospective case series of 10 patients. J Phys Ther Sci 2018; 30(8):1039-1045.

55.    Fortner MO, Oakley PA, Harrison DE. Alleviation of chronic spine pain and headaches by reducing forward head posture and thoracic hyperkyphosis: A CBP® case report. J Phys Ther Sci 2018; 30(8):1117-1123.

56.    Harrison DE, Oakley PA. Non-operative correction of flat back syndrome using lumbar extension traction: A CBP® case series of two. J Phys Ther Sci 2018; 30(8):1131-1137.

57.    Henshaw M, Oakley PA, Harrison DE. Correction of pseudoscoliosis (lateral thoracic translation posture) for the treatment of low back pain: A CBP® case report. J Phys Ther Sci 2018; 30(9):1202-1205.

58.    Weiner MT, Oakley PA, Dennis AK, Shapiro DA, Harrison DE. Increasing the cervical and lumbar lordosis is possible despite overt osteoarthritis and spinal stenosis using extension traction to relieve low back and leg pain in a 66-year old surgical candidate: A CBP® case report. J Phys Ther Sci 2018; 30(11):1364-1369.

59.    Anderson JM, Oakley PA, Harrison DE. Improving Posture to Reduce the Symptoms of Parkinson's: A CBP® Case Report. J Phys Ther Sci 2019; 31(2):153-158.

60.    Gubbels C. Oakley PA, McAviney J, Harrison DE, Brown J. Reduction of Scheuermann's deformity and scoliosis using ScoliBrace and a scoliosis specific rehabilitation program: A case report. J Phys Ther Sci 2019; 31(2):159-165.

61.    Gubbels C, Werner JT, Oakley PA, Harrison DE. Reduction of thoraco-lumbar junctional kyphosis, posterior sagittal balance, and increase of lumbar lordosis and sacral inclination in an adolescent with back pain: A CBP® case report. J Phys Ther Sci 2019; 31(10):839-843.

62.    Oakley PA, Navid Ehsani N, Harrison DE. Non-surgical reduction of lumbar hyperlordosis, forward sagittal balance and pelvic tilt to relieve low back pain: A CBP® case report. J Phys Ther Sci 2019; 31(10):860-864.

63.    Navid Ehsani N, Oakley PA, Harrison DE. Scheuermann's disease: Non-surgical improvement in whole spine sagittal alignment in the treatment of a symptomatic patient using CBP technique. J Phys Ther Sci 2019; 31(11):965-970.

64.    Gerstin GP, Oakley PA, Harrison DE. The treatment of dizziness by improving cervical lordosis: A CBP® case report. J Phys Ther Sci 2020; 32(12):864-868.

65.    Fedorchuk C, Lightstone DF, Oakley PA, Harrison DE. Correction of a double spondylolisthesis of the lumbar spine utilizing Chiropractic BioPhysics® technique: A case report with 1-year follow-up. J Phys Ther Sci 2021; 33(1):89-93.

66.    Norton TC, Oakley PA, Harrison DE. Improving the Cervical Lordosis relieves neck pain and chronic headaches in a pediatric: A CBP® case report with a 1.5-year follow-up. J Phys Ther Sci. 2022 Jan;34(1):71-75.

67.     Fortner MO, Woodham TJ, Oakley PA, Harrison DE. Is the cervical lordosis a key biomechanical biomarker in cervicogenic headache? A CBP® case report with follow-up. J Phys Sci Ther. 2022 Feb;34(2):167-171.

68.     Oakley PA, Kallan SZ, Harrison DE. The reduction of high thoracic scoliosis in adults by mirror image® blocking: a Chiropractic BioPhysics® case series. J Phys Ther Sci. 2022 Jun;34(6):467-472.

69.     Kallan SZ, Oakley PA, Harrison DE. Reduction of lumbar hyperlordosis in a pediatric: A CBP® case report. J Phys Sci Ther. 2022 Sept;34(9): IN PRESS

70.     Norton TS, Oakley PA, Harrison DE. Reestablishing the cervical lordosis after whiplash: A Chiropractic BioPhysics spinal corrective care methods pre-auto injury and post-auto injury case report. J Physical Therapy Science 2022; IN REVIEW

71.     Oakley PA, Haines L, Kallan SZ, Harrison DE. The treatment and rationale for the correction of a cervical kyphosis spinal deformity in an asymptomatic young female. A CBP® case report with follow-up. TO BE SUBMITTED

72.     Fedorchuk C. Lightstone D, Oakley PA, Harrison DE. Radiography-guided treatment leads to increased thoracic kyphosis and symptom relief after previous failure of treatment without radiography: A CBP® case series in patients with straight back syndrome. J Phys Sci Ther. 2022: TO BE SUBMITTED

Journal of Contemporary Chiropractic (n=11)

73.     Breton PY, Oakley PA, Harrison DE. Complete resolution of carpal tunnel syndrome after relieving the 'first crush' in 'double crush syndrome' by improving the cervical spine posture: A CBP® case report. J Contemp Chiropr. 2019; 2:49-53.

74.     Fedorchuk CA, Oakley PA, Harrison DE. Resolution of chronic spine pain and improvement in quality of life following correction of posture in a 7-year old: A CBP® case report with follow-up. J Contemp Chiropr. 2019; 2:109-114.

75.     Fortner MO, Oakley PA, Harrison DE. Chiropractic Biophysics management of straight back syndrome and exertional dyspnea: A case report with follow-up. J Contemp Chiropr. 2019; 2:115-122.

76.     Haas JW, Oakley PA, Harrison DE. Cervical pseudo-scoliosis reduction and alleviation of dystonia symptoms using Chiropractic BioPhysics® (CBP®) technique: A case report with a 1.5-year follow-up. J Contemp Chiropr 2019; 2:131-137.

77.     Fortner MO, Oakley PA, Harrison DE. Cervical lordosis restoration for late whiplash syndrome alleviates chronic headaches 13-years after motor vehicle collision: A CBP® case report with a 1-year follow-up. J Contemporary Chiro 2020; 3:21-27.

78.     Berry RH, Oakley PA, Harrison DE. Is one cause of trigeminal neuralgia subluxation of craniocervical posture? A CBP® case report. J Contemporary Chiro 2020;3:28-35.

79.    Haas JW, Oakley PA, Harrison DE. Non-surgical reduction in anterior sagittal balance subluxation and improvement in overall posture in a geriatric suffering from low back pain and sciatica: A CBP® case report. J Contemporary Chiro 2020;3:45-50.
80.    Oakley PA, Harrison DE. Correction of multilevel lumbar retrolistheses by non-surgical extension traction procedures in a patient with congenital fusion of L5-S1: A CBP® case report with a 13-month follow-up. J Contemporary Chiro 2020; 3:137-142.
81.    Woodham TJ, Fortner MO, Oakley PA, Harrison DE. Reducing 'crooked' lateral spine subluxation (global coronal imbalance) in 5 patients with degenerative disc disease in their 6th and 7th decade of life: A case series utilizing Chiropractic BioPhysics® technique. J Contemporary Chiro 2021;4:128-137.
82.    Chu ECP, Leung KY, Ng LLW, et al.: Vascular thoracic outlet syndrome: A case report. J Contemp Chiropr, 2021, 4: 142-145.
83.    Jaeger J, Moore R, Smith W, Wu C, Oakley P, Harrison D. Synergistic treatment methods of structural rehabilitation (CBP®) and neurosurgery maximizing pre- and post-operative cervical lordosis and patient outcome in cervical total disc replacement. J Contemporary Chiro 2022;5:1-6.

Journal of Manipulative & Physiological Therapeutics (n=6)

84.    Troyanovich SJ, Buettner M. A structural chiropractic approach to the management of diffuse idiopathic skeletal hyperostosis. J Manipulative Physiol Ther 2003; 26(3):202-206.
85.    Colloca CJ, Polkinghorn BS. Chiropractic management of Ehlers-Danlos Syndrome: A report of two cases. J Manipulative Physiol Ther 2003; 26(7):448-459.
86.    Paulk GP, Bennett DL, Harrison DE. Management of a chronic lumbar disk herniation with CBP methods following failed chiropractic manipulative intervention. J Manipulative Physiol Ther 2004; 27(9):579.
87.    Bastecki A, Harrison DE, Haas JW. ADHD: A CBP case study. J Manipulative Physiol Ther 2004; 27(8):e14.
88.    Ferrantelli JR, Harrison DE, Harrison DD, Steward D. Conservative management of previously unresponsive whiplash associated disorders with CBP methods: a case report. J Manipulative Physiol Ther 2005; 28(3):e1-8.
89.    Haas JW, Harrison DE, Harrison DD, Bymers B. Reduction of symptoms in a patient with syringomyelia, cluster headaches, and cervical kyphosis. J Manipulative Physiol Ther 2005; 28(6):452.

Chiropractic Journal of Australia (n=4)

90.    Oakley P, Harrison D. Restoration of barefoot gait in a 75-year old female with cervical spondylotic myelopathy: A case report utilizing Chiropractic BioPhysics (CBP®) technique. Chiropr J Australia, 2017; 45(1):16-27.

91.    Berry RH, Oakley P, Harrison D. Alleviation of radiculopathy by structural rehabilitation of the cervical spine by correcting a lateral head translation posture (-TxH) using Berry translation traction as a part of CBP methods: A case report. Chiropr J Australia, 2017; 45(1):63-72.

92.    Brown J, Jaeger J, Polatis T, Peters A, Oakley P, Harrison D. Increasing the lumbar lordosis by seated 3-point bending traction: A case series utilizing Chiropractic BioPhysics technique. Chiropr J Australia, 2017; 45(2):144-154.

93.    Oakley PA, Harrison DE, Haas JW, Listenmaa SK. Positive Outcome with Tourette Syndrome and Chronic Tic Disorder Following Chiropractic Intervention: a Chiropractic Biophysics® (CBP) Case Report with a 13-year follow-up. Chiropr J Australia 2017; 45(4):368-376.

Various Journals… (n=16)

94.    Jaeger JO, Oakley PA, Colloca CJ, Harrison DE. Non-surgical Reduction of Thoracic Hyper-kyphosis in a 24-year Old Music Teacher Utilizing Chiropractic BioPhysics® Technique. British Journal of Medicine & Medical Research, 2016, 11(7): 1-9.

95.    Fedorchuk C, Lightstone DF, McCoy M, Harrison DE. Increased telomere length and improvements in dysautonomia, quality of life, and neck and back pain following correction of sagittal cervical alignment using Chiropractic BioPhysics® technique: a case study. J Mol Genet Med 2017;11(2):1-5.

96.    Fedorchuk C, Lightstone DF, McRae C, Kaczor D. Correction of grade 2 spondylolisthesis following a non-surgical structural spinal rehabilitation protocol using lumbar traction: A case study and selective review of literature. J Radiol Case Rep. 2017;11(5):13-26.

97.    Fedorchuk C, Lightstone DF, Comer RD, Weiner MT, McCoy M. Improved glycosylated hemoglobin, hyperglycemia, and quality of life following thoracic hypokyphosis vertebral subluxation correction using Chiropractic BioPhysics®: A prospective case report. J Diabetes Metab 2018;9:807. doi: 10.4172/2155-6156.100080.

98.    Katz EA, Katz SB, Fedorchuk CA, Lightstone DF, Banach CJ, Podoll JD. Increase in cerebral blood flow indicated by increased cerebral arterial area and pixel intensity on brain magnetic resonance angiogram following correction of cervical lordosis. Brain Circ. 2019 Jan-Mar;5(1):19-26.

99.    Lightstone DF, Fedorchuk C, Guo J, McAviney J. Improvement in thoracolumbar neuromuscular levoscoliosis in a 14-year-old male with a history of stage 3 medulloblastoma and post-operative cerebellar mutism syndrome using Chiropractic Biophysics technique and Scolibrace thoracolumbosacral orthotic bracing: A case study

and 30-month follow-up. Proceedings from the 14th International Society on Scoliosis Orthopedic and Rehabilitation Treatment (SOSORT) meeting, San Francisco, April 25-27, 2019. p.159.

100.    Chu ECP, Chu VKY, Lin AFC. Cervicogenic Headache Alleviating by Spinal Adjustment in Combination with Extension-Compression Traction. Arch Clin Med Case Rep 2019;3(5): 269-273.

101.    Fedorchuk C, Lightstone DF, DeVon Comer R, Katz E, Wilcox J. Improvements in Cervical Spinal Canal Diameter and Neck Disability Following Correction of Cervical Lordosis and Cervical Spondylolistheses Using Chiropractic BioPhysics Technique: A Case Series. J Radiol Case Rep. 2020;14(4):21-37.

102.    Chu EC, Lo FS, Bhaumik A. Plausible impact of forward head posture on upper cervical spine stability. J Family Med Prim Care 2020;9:2517-20.

103.    Norton TC, Oakley PA, Harrison DE. Increasing the cervical lordosis in pediatrics: A Chiropractic BioPhysics® case series. Asia-Pac Chiropr J. 2020;1.2:online only.

104.    Chu EC, Zoubi FA, Yang J: Cervicogenic Dizziness Associated With Craniocervical Instability: A Case Report. J Med Cases, 2021, 12: 451-454.

105.    Chu EC: Preventing the progression of text neck in a young man: A case report. Radiol Case Rep, 2022, 17: 978-982.

106.    Fedorchuk C, Himel B, Lightstone DF. Improved Pain and Quality of Life with Corrected Thoracic and Lumbosacral Spondylolisthesis Subluxations Using CBP®: A Case Study and 1-Year Follow-Up. J Radiol Case Rep. 2022 Feb 1;16(2):21-38. doi: 10.3941/jrcr.v16i2.4413. PMID: 35586358; PMCID: PMC9063820.

107.    Strauss S, Lightstone D, Fedorchuk C, Pomahac R, Oakley P, Harrison D. Post-Concussion Syndrome and Concussion Frequency Improvements in a Professional Rugger Following Cervical Spine and Posture Corrections with a 6-Year Follow-up. IN REVIEW

108.    Breton P, Oakley PA, Harrison DE. Chiropractic and functional rehabilitation assists in recovery from COVID-19 AstraZeneca vaccine induced Guillian-Barre syndrome: A CBP® case report. TO BE SUBMITTED

109.    Norton TC, Oakley PA, Harrison DE. Whiplash-induced cervical subluxation and its correction by Chiropractic BioPhysics® methods: A pre-post, injury, pre-post, case series. J Radiology CaseReports IN REVIEW 2022

Annals of Vertebral Subluxation Research (n=38)

110.    Oakley PA, Berry RH, Harrison DE. A structural approach to the postsurgical laminectomy case. J Vert Sublux Res 2007; March 19:1-7.

111.    Fedorchuk C. Correction of subluxation and reduction of dyspnea in a 7 year-old child suffering from chronic cough and asthma: A case report. J Vertebral Subluxation Res 2007; November 28: 1-5.

112.    Fedorchuk C, Restored Hearing From Subluxation Reduction in a Female Patient Who Suffered From Stroke-Induced Hearing Loss: A Case Report. Journal of Vertebral Subluxation Research ~ November 26, 2008 .

113.    Fedorchuk C, Self-Reported Quality of Life Assessment of a Patient Undergoing Chiropractic Wellness Care and Suffering From Amyotrophic Lateral Sclerosis: A Case Report Journal of Vertebral Subluxation Research ~ November 26, 2008 .

114.    Fedorchuk C, Prevention and Avoidance of Stroke and Brain Aneurysm as a Result of Chiropractic Care. Journal of Vertebral Subluxation Research ~ November 26, 2008 .

115.    Fedorchuk C. Case Report: Treatment and Recovery of a Patient Suffering From Muscular Dystrophy, and Hypertension Utilizing Chiropractic Care. JVSR 2008;No.26:5-6.

116.    Fedorchuk C, Clinical Outcome in a Case of Fibromyalgia Through Utilization of Chiropractic Care, Specifically Clinical Biomechanics of Posture: A Retrospective Case Study. Journal of Vertebral Subluxation Research ~ November 30, 2009 ~ Pages 1-33 .

117.    Fedorchuk C, Campbell C, Improvement in a Soldier with Urinary Urgency and Low Back Pain Undergoing Chiropractic Care: A Case Study and Selective Review of the Literature. Journal of Vertebral Subluxation Research ~ April 28, 2010 ~ Pages 1-5 .

118.    Ferrucci M, Cardwell A, Harrison DE. Outcome of Chiropractic BioPhysics (CBP) protocol on a patient with Tourette's syndrome, tardive dyskinesia, CREST syndrome, and fatigue. Annals of Vertebral Subluxation Research 2010 Aug 19: 1-9.

119.    Fedorchuk C, Wetterlin JK, McCoy M. Correction of subluxation using CBP technique and improvement of adolescent idiopathic scoliosis: A case report. J Vert Subluxation Res. 2010; Nov. 1, p.24.

120.    Fedorchuk C, Burk L, Phillips SL. Reduction in Cholesterol and Improved Quality of Life in a Patient with Dyslipidemia Undergoing Chiropractic Care: A Case Study. Annals Vertebral Subluxation Res. 2011; June 2: 26-36.

121.    Fedorchuk C, St. Bernard A. Improvement in Gastro Esophageal Reflux Disease Following Chiropractic Care and the ALCAT Procedure. Annals of Vertebral Subluxation Research ~ June 23, 2011 ~ Pages 44-50 .

122.    Shapiro DA, Pickrell N. Chiropractic care of a patient with Parkinson's disease utilizing Chiropractic BioPhysics: A case study. Annals Vertebral Subluxation Res 2012; April 19: 31-40.

123.    Fedorchuk C, Frisch C. Improved health outcomes in a patient with muscular dystrophy and hyperextension following subluxation-based chiropractic care. Annals of Vertebral Subluxation Research 2013; Jan 31: 1-11.

124.    Cardwell A, Barone B. Improved Health Outcomes Following Reduction of Vertebral Subluxation and Improved Cervical and Lumbar Curves Utilizing Chiropractic Biophysics Protocol Annals of Vertebral Subluxation Research ~ July 7, 2014 ~ Pages 113-128 .

125.    Fedorchuk C, Mohammed H. Improvement in GERD Following Reduction of Vertebral Subluxations & Improved Sagittal Alignment Utilizing Chiropractic Biophysics Protocol. Annals of Vertebral Subluxation Research ~ June 26, 2014 ~ Pages 99-109 .

126.    Jaeger J, Moore R, Burkhardt L. Resolution of Urinary incontinence following Chiropractic BioPhysics protocol to reduce vertebral subluxations. Annals of Vertebral Subluxation Research 2014; August 27: 145-152.

127.    Zielinshi E, Mankal K, Pirini J. Resolution of Trigeminal neuralgia following chiropractic care utilizing Chiropractic BioPhysics and Diversified techniques. A case study. Annals of Vertebral Subluxation Research 2014; Nov. 6: 177-183.

128.    Zielinski E, Mankal K. An epidemiological approach to the effects of subluxation-based chiropractic care on the management of ADHD, depression and learning disabilities in an 8-year old: A case study. Annals of Vertebral Subluxation Research 2014; September 15:153-160 .

129.    Fedorchuk C, Bak D, Resolution of Vulvodynia Following Chiropractic Care Using Chiropractic Biophysics & Diversified Techniques: A Case Report. Annals of Vertebral Subluxation Research ~ January 15, 2015 ~ Pages 1-8 .

130.    Lombardi P, Revels K. Resolution of infertility following subluxation based chiropractic care: A case study. Ann Vert Sublux Res: 2015 (2015:2) Online access only p 99-107.

131.    Bak DA, Engelhardt RP. Improvement in Cervical Curve and Hypothyroidism Following Reduction of Subluxation Utilizing Chiropractic Biophysics: A Case Study & Selective Review of the Literature Annals of Vertebral Subluxation Research ~ December 10, 2015 ~ Pages 226-237.

132.    Syn G, Harper J, Fedorchuk C. Increase in disc height and autonomic function in a 59 year old male undergoing chiropractic care. Ann Vert Sublux Res: Spring 2015(2015:2): Online access only p 34-38.

133.    Fedorchuk C, Lightstone D. Reduction in cervical anterolisthesis & pain in a 52-year-old female using Chiropractic BioPhysics® Technique: A case study and selective review of literature. Ann Vert Sublux Res: 2016(2016:3): Online access only p 118-124.

134.    Fedorchuk C, Lightstone D, Vukovic D. Improvements in lung function, dysautonomia and grip strength in a patient with multiple sclerosis following correction of vertebral subluxation using Chiropractic BioPhysics®: A case study and selective review of literature. Ann Vert Sublux Res: 2016; Aug 18: Online access only p 73-83.

135.    Fedorchuk C, Knight J, Lightstone DF. Abdominal aortic aneurysm presenting as low back pain: A case report. Ann Vert Sublux Res: 2016(2016:3): Online access only p 61-66.

136.    Fedorchuk C, McCoy M, Lightstone D, Comer R. Patient Centered Care Resulting in the Reduction in Insulin Usage and Improvement in Blood-Glucose and A1C Levels Using the Dexcom G4 Continuous Glucose Monitoring System in a 26 year old Male Type 1 Diabetic, with Reduction of Anterior Head Translation, Cervical Hyperlordosis, Thoracic Hypokyphosis, and Lumbar Spondylolistheses. Ann Vert Sublux Res Dec 19, 2016: 174.

137.    Fedorchuk C, Lightstone D, Moser JH. Improvement in symptoms, cervical alignment & quality of life in a 40-year-old female with fibromyalgia following Chiropractic BioPhysics® technique: A case study and selective review of literature. Ann Vert Sublux Res: 2017 (2017:1): Online access only p 34-46.

138.    Berry RH, Oakley PA, Harrison DE. Alleviation of Chronic Headaches by Correcting Lateral Head Translation Posture (–TxH) using Chiropractic Biophysics & Berry Translation Traction. Annals of Vertebral Subluxation Research ~ May 11, 2017 ~ Pages 87-92.

139.    Fedorchuk C, Lightstone DF, Andino H. Failed Neck Surgery: Improvement in Neck Pain, Migraines, Energy Levels, and Performance of Activities of Daily Living Following Subluxation Correction Using Chiropractic BioPhysics® Technique: A Case Study. Annals of Vertebral Subluxation Research ~ May 18, 2017 ~ Pages 93-100.

140.    Mankal K, Jenks M. Resolution of Obstructive Sleep Apnea Following Chiropractic Care to Reduce Vertebral Subluxation. Annals of Vertebral Subluxation Research ~ June 12, 2017 ~ Pages 113-118.

141.    Fedorchuk C, Snow, E. Reduction in thoracic hyperkyphosis with increased peak expiratory flow (PEF), forced expiratory volume (FEV) and SF-36 scores following CBP protocols in asymptomatic patients: A case series. Ann Vert Sublux Res 2017; Oct 12: 189-200.

142.    Fedorchuk C, Klitsch M. Restoration of leg strength and atrophy in a post-surgical patient with multiple ependymoma, by use of subluxation based Chiropractic Biophysics. J Philosophy, Principles & Practice of Chiropractic. 2017; Dec. 4: p.18.

143.    Fedorchuk C. Reduction of subluxation of pediatric cervical hyperlordosis utilizing Chiropractic Biophysics technique: A case series. J Philosophy, Principles & Practice of Chiropractic. 2017; Dec. 4: p.22.

144.    Spriggs M. Resolution of chronic migraines & disability with improved physical, social and psychological functioning following chiropractic care using CBP® protocols: Case study & review of the literature. Ann Vert Sublux Res May 19, 2019: 66-78.

145.    Radcliffe MC, Oakley PA, Radcliffe TE, Garner AJ, Harrison DE. The resolution of cervicogenic radiculopathy and pains by the reduction of lateral head and forward

head translation postures in a 49-year old: A CBP® case report. Ann Vert Sublux Res Sept 23, 2019: 133-140.

146.    Fedorchuk C, Haugen H. Reduction in three levels of lumbar degenerative spondylolisthesis following chiropractic care: A case report & review of the literature. Ann Vert Sublux Res. 2020; Dec 3:165-170.

147.    Fedorchuk C, Simon D. Resolution of Urinary Incontinence in a 75-Year-Old Female Undergoing Chiropractic Care for Correction of Vertebral Subluxation: A Case Report & Review of the Literature. Ann Vert Sublux Res. 2021; June 18:36-42.

Journal of Pediatric, Maternal & Family Health – Chiropr (n=10)

148.    Fedorchuk C, Cohen A. Resolution of Chronic Otitis Media. J Pediatr Matern & Fam Health – Chiropr 2009;No.2: 1-8.

149.    Fedorchuk C, Wheeler G. Resolution of Headaches in a 13 Year-Old Following Restoration of Cervical Curvature Utilizing Chiropractic Biophysics: A Case Report. J Pediatr Matern & Fam Health – Chiropr 2009;Nov. 30: 1-7.

150.    Fedorchuk C, Wetterlin JK, McCoy M. Reduction of subluxation using CBP technique and improvement of childhood idiopathic scoliosis: A series of seven cases. J Pediatr Matern & Fam Health – Chiropr 2010; Dec. 29:220-222.

151.    Oakley PA, Chaney S, Chaney T, Maddox A. Resolution of Chronic Headaches Following Reduction of Vertebral Subluxation in an 8-Year-Old Utilizing Chiropractic Biophysics Technique. J Pediatr Matern & Fam Health – Chiropr Summer 2011;3:82-86.

152.    Jones D. Reduction in adolescent idiopathic scoliosis following chiropractic care: A case study. J Pediatr Matern & Fam Health – Chiropr 2013; April 11: 28-33.

153.    Fedorchuk C, Opitz K, Improvement in Quality of Life and Improved Cervical Curve in an 11-year-old Child with Asthma Following Chiropractic Intervention: A Case Study. J Pediatr Matern & Fam Health – Chiropr. 2014;2:37-46 .

154.    Marko J, Marko S. Resolution of otitis media and nocturnal enuresis in a 12-year-old patient following chiropractic care to reduce vertebral subluxations: A case study and selected review of the literature. J Pediatr Matern & Fam Health – Chiropr. 2018; Apr 2:13-25.

155.    Anderson JM, Oakley PA, Harrison DE. Resolution of infertility in a 30-year old nurse: A CBP® Case Study. J Pediatr Matern & Fam Health – Chiropr. 2018; Apr 26:34-39.

156.    Underhill ML, Oakley PA, Harrison DE. Rehabilitation of a cervical kyphosis to a lordosis in an adolescent with chronic cervicogenic symptoms from a motor vehicle collision who was previously unresponsive to traditional chiropractic: A CBP® case report. J Pediatr Matern & Fam Health – Chiropr. 2018; Sept 10:99-108.

157.    Fedorchuk C, Lightstone D, Baca J. Improvement in sagittal lumbar alignment and posture in an asymptomatic 9-year-old child following reduction in vertebral subluxation using Chiropractic BioPhysics protocol: A case study and review of

literature. Pediatr Matern & Fam Health – Chiropr. 2019 Oct;2019():Online access only p 109-116 .

Journal of Chiropractic Pediatrics (n=22)

158.    Peet J. Brachial plexus injury in an infant with Down's syndrome: A case study. Chiropractic Pediatrics 1994; 1(2):11-14.

159.    Marko SK. Case study: The effect of chiropractic care in an infant with problems of Constipation. Chiropractic Pediatrics 1994 ; 1:23-24.

160.    Garde R. Asthma & Chiropractic. Chiropractic Pediatrics 1994; 1(3): 9-16.

161.    Marko R. Bedwetting: Two Case Studies. Chiropractic Pediatrics 1994; 1(2): 21-22.

162.    Krauss L. Case Study: Infants inability to breast feed. Chiropractic Pediatrics 1994; 1(3):27.

163.    Gambino DW. Brain injured child with seizures benefits from chiropractic care. Chiropractic Pediatrics 1995; 2(1): 8-9.

164.    Peet J, Marko SK, Piekarczk W. Chiropractic response in the pediatric patient with Asthma: A Pilot Study. Chiropractic Pediatrics 1995; 1(4):9-13.

165.    Krauss L. Case Study: Birth Trauma resulting in colic. Chiropractic Pediatrics 1995; 2(1):10-11.

166.    Marko R. Chiropractic Biophysics Technique in care of a child with Otitis Media. Chiropractic Pediatrics 1996; 2(2):13&26.

167.    Marko SK. Adjusting the newborn infant with Jaundice. Chiropractic Pediatrics 1996; 2(3):9-10.

168.    Peet J. Case Study: Chiropractic results with a child with reoccurring Otitis Media accompanied by Effusion. Chiropractic Pediatrics 1996; 2(2):8-10.

169.    Peet J. Adjusting the Febrile pediatric patient. Chiropractic Pediatrics 1996; 2(3):11-12.

170.    Peet P. Child with chronic illness: respiratory infections, adhd, and fatigue response to chiropractic care. Chiropractic Pediatrics 1997; 3(1):12-13.

171.    Peet J. Adjusting the Hyperactive/A.D.D. pediatric patient. Chiropractic Pediatrics 1997; 2(4):12-13, 16.

172.    Peet J. Case study: Three year old female with acute stomach problems.. Chiropractic Pediatrics 1997; 3(1):10-11.

173.    Peet P. Child with chronic illness: Respiratory Infections, ADHD, and fatigue response to chiropractic care. Chiropractic Pediatrics 1997; 3(1):12-13.

174.    Marko SK. Case Study: Ten year old male with severe Asthma. Chiropractic Pediatrics 1997; 3(2):6-8.

175.    Peet J. Case Study: Eight year old female with chronic Asthma. Chiropractic Pediatrics 1997; 3(2):9-12.

176.    Marko RB. A case study: Four year old female with Vesicoureteral Reflux. Chiropractic Pediatrics 1998; 3(3):12-13.
177.    Marko SK. Case Study: Seven year old female with Asthma, Constipation, and Headaches among other symptoms. Chiropractic Pediatrics 1998 4(1):14-15.
178.    Peet JB. Chiropractic Analysis of the newborn infant. Chiropractic Pediatrics 1998; 4(1):6-9.
179.    Pete JB. Case Study: pregnant woman in mva who suffered a spontaneous abortion. Chiropractic Pediatrics 1998; 3(3):10-11.


## IV. X-Ray Reliability Studies & Validity (n=17)

180.    Jackson BL, Harrison DD, Robertson GA, Barker WF. Chiropractic Biophysics Lateral Cervical Film Analysis J Manipulative Physiol Ther 1993;16(6): 384-91.
181.    Troyanovich SJ, Robertson GA, Harrison DD, Holland B. Intra- and Interexaminer Reliability of the Chiropractic Biophysics Lateral Lumbar Radiographic Mensuration Procedure. J Manipulative Physiol Ther 1995;18(8):519-524.
182.    Troyanovich SJ, Harrison DE, Harrison DD, Holland B, Janik TJ. A Further Analysis of the Reliability of the Posterior Tangent Lateral Lumbar Radiographic Mensuration Procedure: Concurrent Validity of Computer Aided X-ray Digitization. J Manipulative Physiol Ther 1998; 21(7): 460-467.
183.    Troyanovich SJ, Harrison SO, Harrison DD, Harrison DE, Payne M, Janik TJ, Holland B. Chiropractic Biophysics Digitized Radiographic Mensuration Analysis of the Anteroposterior Lumbar View: A Reliability Study. J Manipulative Physiol Ther 1999; 22(5): 309-315.
184.    Troyanovich SJ, Harrison DE, Harrison DD, Harrison SO, Janik TJ, Holland B. Chiropractic Biophysics Digitized Radiographic Mensuration Analysis of the Anteroposterior Cervico-thoracic View: A Reliability Study. J Manipulative Physiol Ther 2000; 23: 476-82.
185.    Harrison DE, Harrison DD, Cailliet R, Troyanovich SJ, Janik TJ, Holland B. Cobb Method or Harrison Posterior Tangent Method: Which is Better for Lateral Cervical Analysis? Spine 2000; 25(16): 2072-78.
186.    Harrison DE, Cailliet R, Harrison DD, Janik TJ, Holland B. Centroid, Cobb or Harrison Posterior Tangents: Which to Choose for Analysis of Thoracic Kyphosis? Spine 2001; 26(11): E227-E234.
187.    Harrison DE, Cailliet R, Harrison DD, Janik TJ, Holland B. Radiographic Analysis of Lumbar Lordosis: Cobb Method, Centroidal Method, TRALL or Harrison Posterior Tangents? Spine 2001; 26(11): E235-E242.
188.    Janik TJ, Harrison DE, Harrison, DD, Payne MR, Coleman RR, Holland B. Reliability of lateral bending and axial rotation with validity of a New Method to

determine Axial Rotations on AP Radiographs. J Manipulative Physiol Ther 2001; 24(7): 445-448.

189.     Harrison DE, Holland B, Harrison DD, Janik TJ. Further Reliability Analysis of the Harrison Radiographic Line Drawing Methods: Crossed ICCs for Lateral Posterior Tangents and AP Modified Risser-Ferguson. J Manipulative Physiol Ther 2002; 25: 93-98.

190.     Normand MC, Harrison DE, Cailliet R, Black P, Harrison DD, Holland B. Reliability and Measurement Error of the BioTonix Video Posture Evaluation System. Part I: Inanimate objects. J Manipulative Physiol Ther 2002; 25(4): 246-250.

191.     Harrison DE, Harrison DD, Colloca CJ, Betz JW, Janik TJ, Holland B. Repeatability Over Time of Posture, X-ray Positioning, and X-ray Line Drawing: An Analysis of Six Control Groups. J Manipulative Physiol Ther 2003; 26(2):87-98.

192.     Harrison DE, Haas JW, Cailliet R, Harrison DD, Janik TJ, Holland B. Concurrent Validity of the Flexicurve Instrument Measurements: Sagittal Skin Contour of the Cervical Spine Compared to Lateral Cervical radiographic Measurements. J Manipulative Physiol Ther 2005;28(8):597-603.

193.     Harrison DE, Haas JW, Harrison DD, Janik TJ, Holland B. Sagittal Skin Contour of the Cervical Spine: Inter-examiner and Intra-examiner Reliability of the Flexicurve Instrument. J Manipulative Physiol Ther 2005; 28(7):516-9.

194.     Oakley P, Sanchez L, Harrison D. Medical radiologists may not consider the cervical lordosis in radiology reports: A comparison of subjective qualitative assessment versus objective quantitative mensuration in 100 consecutive patients at one medical imaging center. J Contemporary Chiro 2021(4);17-25.

195.     A. P. Fard, J. Ferrantelli, A. -L. Dupuis and M. H. Mahoor. Sagittal Cervical Spine Landmark Point Detection in X-Ray Using Deep Convolutional Neural Networks. in IEEE Access, vol. 10, pp. 59413-59427, 2022, doi: 10.1109/ACCESS.2022.3180028.

196.     Harrison DE, Betz J, Haas J, Jaeger J, Oakley PA. Is the standing full spine sagittal radiograph a valid assessment of cervical lordosis: A comparison of sectional cervical vs. full spine films of the same individuals. Submit to J Clinical Medicine Special Issue 2022

V. Spinal Modeling / Biomechanics Studies (n=15)

197.     Harrison DD. The normal spine. A compromise solution of an isoperimetric problem. In: Suh CH, ed. The Proceedings of the 13th Annual Biomechanics Conference on the Spine. Mechanical Engineering Dept., University of Colorado, 1982:239-252.

198.     Harrison DD, Harrison DLJ, Mertz C. Pathological stress formations on the anterior vertebral body in the cervicals. In: Suh CH, ed. The Proceedings of the 14th Annual Biomechanics Conference on the Spine. Mechanical Engineering Dept., University of Colorado, 1983:31-50.

199.    Harrison DD, Janik TJ, Troyanovich SJ, Holland B. Comparisons of Lordotic Cervical Spine Curvatures to a Theoretical Ideal Model of the Static Sagittal Cervical Spine. Spine 1996;21(6):667-675.

200.    Harrison DD, Janik TJ, Troyanovich SJ, Harrison DE, Colloca CJ. Evaluations of the Assumptions Used to Derive an Ideal Normal Cervical Spine Model. J Manipulative Physiol Ther 1997; 20(4): 246-256.

201.    Troyanovich SJ, Cailliet R, Janik TJ, Harrison DD, Harrison DE.   Radiographic Mensuration Characteristics of the Sagittal Lumbar Spine From A Normal Population with a Method to Synthesize Prior Studies of Lordosis. J Spinal Disord 1997;10(5): 380-386.

202.    Janik TJ, Harrison DD, Cailliet R, Troyanovich SJ, Harrison DE. Can the Sagittal Lumbar Curvature be Closely Approximated by an Ellipse? J Orthop Res 1998; 16(6): 766-770.

203.    Harrison DE, Harrison DD, Janik TJ, Jones EW, Cailliet R, Normand M. Comparison of Axial and Flexural Stresses in Lordosis and Three Buckled Modes in the Cervical Spine. Clin Biomech 2001; 16(4): 276-284.

204.    Harrison DD, Jones EW, Janik TJ, Harrison DE. Evaluation of Flexural Stresses in the Vertebral body Cortex and Trabecular Bone in Three Cervical Configurations with an Elliptical Shell Model. J Manipulative Physiol Ther 2002; 25(6): 391-401.

205.    Harrison DE, Janik TJ, Harrison DD, Cailliet R, Harmon S. Can the Thoracic Kyphosis be Modeled with a Simple Geometric Shape? The Results of Circular and Elliptical Modeling in 80 Asymptomatic Subjects. J Spinal Disord 2002; 15(3): 213-220.

206.    Harrison DE, Harrison DD, Janik TJ, Cailliet R, Haas JW. Do alterations in vertebral and disc dimensions affect an elliptical model of the thoracic kyphosis? Spine 2003; 28(5): 463-469.

207.    Keller TS, Harrison DE, Colloca CJ, Harrison DD, Janik TJ. Prediction of osteoporotic spinal deformity. Spine 2003; 28(5): 455-462.

208.    Harrison DE, Colloca CJ, Keller TS, Harrison DD, Janik TJ. Anterior thoracic posture increases thoracolumbar disc loading. Eur Spine J 2005:14:234-242.

209.    Keller TS, Colloca CJ, Harrison DE, Harrison DD, Janik TJ. Influence of spine morphology on intervertebral disc loads and stresses in asymptomatic adults: Implications for the Ideal Spine. Spine Journal 2005; 5:297-305.

210.    Harrison DE, Haas JW, Harrison DD, Janik TJ, Holland B. Do Sagittal Plane Anatomical Variations (Angulation) of the Cervical Facets and C2 Odontoid Affect the Geometrical Configuration of the Cervical Lordosis? Results from Digitizing Lateral Cervical Radiographs in 252 neck pain subjects. Clin Anat 2005; 18:104-111.

211.    Harrison DE, Oakley PA, Betz J. Is The Posterior Tangent Sternal Incidence Angle (PTSIA) a Morphological Determinant of Individual Cervical Lordosis Magnitude?

Send to Clinical Anatomy 2022(?)

V1. Practice Protocols (n=9)

212.    Harrison DD, Janik TJ, Harrison GR, Troyanovich S, Harrison DE, Harrison SO. Chiropractic biophysics technique: a linear algebra approach to posture in chiropractic. J Manipulative Physiol Ther. 1996 Oct;19(8):525-35.

213.    Troyanovich SJ, Harrison DD. Chiropractic Biophysics (CBP) Technique. Chiropr Tech 1996;8(1):30-35.

214.    Harrison DD, Troyanovich SJ. Chiropractic Biophysics technique. Adv Chiro 1997;4():321-348.

215.    Troyanovich SJ, Harrison DE, Harrison DD. Review of the Scientific Literature Relevant to Structural Rehabilitation of the Spine and Posture: Rationale for Treatment Beyond the Resolution of Symptoms. J Manipulative Physiol Ther 1998;21(1):37-50.

216.    Troyanovich SJ, Harrison DD, Harrison DE. Low back pain and the lumbar intervertebral disc: Clinical considerations for the doctor of chiropractic. J Manipulative Physiol Ther 1999; 22(2): 96-104.

217.    Harrison DE, Harrison DD, Troyanovich SJ. A Normal Spinal Position, Its Time to Accept the Evidence. J Manipulative Physiol Ther 2000; 23: 623-644.

218.    Oakley PA, Harrison DD, Harrison DE, Haas, JW. Evidence-Based Protocol for Structural Rehabilitation of the Spine and Posture: Review of Clinical Biomechanics of Posture (CBP®) Publications. J Canadian Chiro Assoc 2005; 49(4):270-296.

219.    Maltby JK, Harrison DD, Harrison DE, Betz JW, Ferrantelli JR, Clum GW. Frequency & Duration of chiropractic care for headaches, neck, and upper back pain. JVSR 2008; August 21:1-12.

220.    Maltby JK, Harrison DD, Harrison DE, Betz JB, Ferrantelli JR, Clum GW. Program of Care Derived from Pain Data Reported in RCTs on Low Back Pain. J Vertebral Subluxation Research [February 14, 2009, pp 1-16].

VII. Spine / Posture Case Control Validity Investigations (n=17)

221.    Harrison DD, Cailliet R, Janik TJ, Troyanovich SJ, Harrison DE, Holland B. Elliptical Modeling of the Sagittal Lumbar Lordosis and Segmental Rotation Angles as a Method to Discriminate Between Normal and Low Back Pain Subjects. J Spinal Disord 1998; 11(5): 430-439.

222.    Harrison DD, Harrison DE, Janik TJ, Cailliet R, Haas JW, Ferrantelli J, Holland B. Modeling of the Sagittal Cervical Spine as a Method to Discriminate Hypo-Lordosis: Results of Elliptical and Circular Modeling in 72 Asymptomatic Subjects, 52 Acute Neck Pain Subjects, and 70 Chronic Neck Pain Subjects. Spine 2004; 29:2485-2492.

223.    McAviney J, Schulz D, Bock R, Harrison DE, Holland B. Determining a clinical normal value for cervical lordosis. J Manipulative Physiol Ther 2005;28:187-193.

224.    Harrison DE, Harrison DD, Janik TJ, Cailliet R, Holland B. Sensitivity and Specificity of Elliptical Modeling and Sagittal Lumbar Alignment Variables in Normal Versus Chronic Low Back Pain Subjects: Does Pelvic Morphology Explain Group Lordotic Differences? J Chiro Educ 2007 Spring;21(1):47-93.

225.    Moustafa IM, Youssef A, Ahbouch A, Tamim M, Harrison DE. Is forward head posture relevant to autonomic nervous system function and cervical sensorimotor control? Cross sectional study. Gait Posture. 2020 Mar;77:29-35.

226.    Moustafa IM, Shousha TM, Harrison DE. An investigation of 3D spinal alignment in cervicogenic headache. Musculoskelet Sci Pract. 2021 Feb;51:102284.

227.    Moustafa IM, Kim MY, Harrison DE. Comparison of Sensorimotor Integration and Skill Related Physical Fitness Components Between Collegiate Athletes with and without Forward Head Posture. J Sport Rehabilitation 2022; July, 1-10: https://doi.org/10.1123/jsr.2022-0094 ..

228.    Moustafa IM, Diab AA, Ahbouch A, Harrison DE. Comparison of Sensorimotor Integration and Central Conduction Time between Asymptomatic Persons with and without Forward Head Posture. In Review; 2022

229.    Moustafa IM, Aliaa Diab, Tamer Shousha, Veena Raigangar, Harrison DE. Sensorimotor integration, cervical sensorimotor control, and cost of cognitive-motor dual tasking: Are there differences in patients with chronic whiplash-associated disorder and chronic idiopathic neck pain compared to healthy controls? Original Research- In Review 2022.

230.    Harrison DE, Oakley PA, Moustafa IM. Pelvic Morphology case control study for International Journal of Environmental Research and Public Health. Invited submission for 2022. Special Issue of J Clinical Medicine.

231.    Harrison DE, Oakley PA, Betz J, Colloca CJ. PTSIA Normal vs. Asymptomatic Regression model study. Special Issue of J Clinical Medicine 2022

232.    Moustafa IM, Shousha T, Arumumgam A, Harrison DE. Is thoracic posture relevant to pain, autonomic nervous system function, disability, and cervical sensorimotor control in patients with Chronic nonspecific neck pain? A Cross Sectional Study. Special Issue of J Clinical Medicine 2022.

233.    Moustafa IM, ….., Harrison DE. An Investigation of 3D Spinal Alignment in Fibromyalgia. Special Issue of J Clinical Medicine 2022.

234.    Moustafa IM,…., Harrison DE. Cervical sagittal alignment as a predictor of how different sitting postures affected the function of the cervical nerve roots. Special Issue of J Clinical Medicine 2022.

235.    Moustafa IM,…., Harrison DE. Effects of Stroboscopic Vision on Spinal Kinematic Analysis in Individuals with and without forward head posture. Special Issue of J Clinical Medicine 2022.

236.    Moustafa IM,…., Harrison DE. Dual Task Gait Analysis in Adults with and without Forward Head Posture. Special Issue of J Clinical Medicine 2022.

237.    Harrison DE, Harrison DD, Katz E, Ferrantelli JR, Oakley PA. Abnormal Static Sagittal Cervical Curvatures Following Motor Vehicle Collisions: A Retrospective Case Control of 41 Subjects Exposed to a Motor Vehicle Collision. Special Issue of J Clinical Medicine 2022.

VIII. Posture Reliability & Validity Studies (n=5)

238.    Normand MC, Descarreaux M, Harrison DD, Harrison DE, Perron DL, Ferrantelli JR, Janik TJ. Three dimensional evaluation of posture in standing with the PosturePrint: an intra- and inter-examiner reliability study. Chiropr Osteopat 2007; Sept. 24th 15:15.

239.    Lafond D, Descarreaux M, Harrison DD, Normand MC, Harrison DE. Postural development in school children: across-sectional study. Chiropr Osteopat 2007; Jan 4; 15:1.

240.    Janik TJ, Harrison DE, Cailliet R, Harrison DD, Normand MC, Perron DL. Validation of an algorithm to estimate 3-D rotations and translations of the head in upright posture from three 2-D images. J Manipulative Physiol Ther 2007;30(2):124-129.

241.    Harrison DE, Janik TJ, Cailliet R, Harrison DD, Normand MC, Perron DL, Ferrantelli JR. Validation of an algorithm to estimate 3-D rotations and translations of the rib cage in upright posture from three 2-D digital images. Eur Spine J 2007; 16(2):213-218.

242.    Harrison DE, Janik TJ, Cailliet R, Harrison DD, Normand MC, Perron DL, Oakley PA. Upright static pelvic posture as rotations and translations in 3-dimensional from three 2-dimensional digital images: validation of a computerized analysis. J Manipulative Physiol Ther 2008 Feb;31(2):137-45 .

IX. Reviews of Literature (n=35)

243.    Harrison DD, Troyanovich SJ, Harrison DE, Janik TJ, Murphy DJ. A Normal Sagittal Spinal Configuration: A Desirable Clinical Outcome. J Manipulative Physiol Ther 1996;19(6):398-405.

244.    Harrison DE, Harrison DD, Troyanovich SJ. The Sacroiliac Joint: A Review of Anatomy and Mechanics. J Manipulative Physiol Ther 1997; 20(9): 607-17.

245.    Troyanovich SJ, Harrison DD, Harrison DE. A Review of the Validity, Reliability, and Clinical Effectiveness of Chiropractic Methods Employed to Restore or Rehabilitate Cervical Lordosis. Chiropr Tech 1998;10(1):1-7.

246.    Harrison DE, Harrison DD, Troyanovich SJ. Three-Dimensional Spinal Coupling Mechanics. Part I: A Review of the Literature. J Manipulative Physiol Ther 1998; 21(2): 101-113.

247.    Harrison DE, Harrison DD, Troyanovich SJ. Three-Dimensional Spinal Coupling Mechanics. Part II: Implications for Chiropractic Theories and Practice. J Manipulative Physiol Ther 1998; 21(3): 177-86.

248.    Harrison DE, Cailliet R, Harrison DD, Troyanovich SJ, Harrison SO. A Review of Biomechanics of the Central Nervous System. PART I: Spinal Canal Deformations Due to Changes in Posture. J Manipulative Physiol Ther 1999; 22(4):227-234.

249.    Harrison DE, Cailliet R, Harrison DD, Troyanovich SJ, Harrison SO. A Review of Biomechanics of the Central Nervous System. PART II: Strains in the Spinal Cord from Postural Loads. J Manipulative Physiol Ther 1999; 22(5):322-332.

250.    Harrison DE, Cailliet R, Harrison DD, Troyanovich SJ, Harrison SO. A Review of Biomechanics of the Central Nervous System. PART III: Spinal Cord Stresses from Postural Loads and Their Neurologic Effects. J Manipulative Physiol Ther 1999; 22(6):399-410.

251.    Harrison DD, Harrison SO, Croft AC, Harrison DE, Troyanovich SJ. Sitting Biomechanics Part I: Review of the Literature. J Manipulative Physiol Ther 1999; 22(9): 594-609.

252.    Harrison DD, Harrison SO, Croft AC, Harrison DE, Troyanovich SJ. Sitting Biomechanics Part II: Optimal Car Driver's Seat and Optimal Driver's Spinal Model. J Manipulative Physiol Ther 2000; 23(1): 37-47.

253.    Oakley PA, Harrison DD, Harrison DE, Haas JW. On "phantom risks" associated with diagnostic ionizing radiation: evidence in support of revising radiography standards and regulations in chiropractic. J Canadian Chiro Assoc 2005; 49(4):264-269.

254.    Harrison DE, Harrison DD, Oakley PA, Haas JW. Use of fallacious arguments, ad hominem attacks, and biased 'expert opinions' can make CBP research 'appear flawed'. J Canadian Chiro Assoc 2006; 50(3):172-181.

255.    Oakley PA, Harrison DD, Harrison DE, Haas JW. A rebuttal to Chiropractic Radiologists' view of the 50-year-old linear-no-threshold radiation risk model. J Canadian Chiro Assoc 2006; 50(3):172-181.

256.    Oakley PA, Betz JW, Haas JW. A history of spine traction. J Vertebral Sublux Res 2007;Mar 2:1-12.

257.    Harrison DE, Betz J, Ferrantelli JF. Sagittal spinal curves and health. J Vertebral Sublux Res 2009 July 31, pp 1-8.

258.    Oakley PA, Harrison DE. Efficacy of chiropractic techniques to improve cervical lordosis: a systematic review of all evidence and clinical commentary. 13th Biennial Congress of the World Federation of Chiropractic/European Chiropractors' Union Annual Convention, Athens, Greece, May 13-16, 2015:161.

259.    Oakley PA, Harrison DE. Restoration of Pediatric Cervical Lordosis: A Review of the Efficacy of Chiropractic Techniques and their Methods. J Pediatric, Maternal & Family Health – Chiropr. 2015;(3):112-116 .

260.    Katz E. Digital motion x-ray, DMX identifying cervical pathologies with movement. J Legal nurse consulting 2017;28(3):34-38.

261.    Oakley PA, Harrison DE. Radiogenic Cancer Risks from Chiropractic X-rays are Zero: 10 Reasons to Take Routine Radiographs in Clinical Practice. Ann Vert Sublux Res 2018; March 10: 48-56.

262.    Oakley PA, Cuttler JM, Harrison DE. X-Ray Imaging is Essential for Contemporary Chiropractic and Manual Therapy Spinal Rehabilitation: Radiography Increases Benefits and Reduces Risks. Dose Response. 2018 Jun 19;16(2):1559325818781437.

263.    Oakley PA, Harrison DE. Radiophobia: 7 Reasons Why Radiography used in Spine and Posture Rehabilitation Should Not be Feared or Avoided. Dose Response 2018; Jun 27;16(2):1559325818781445.

264.    Harrison DE, Oakley PA. Necessity for biomechanical evaluation of posture, alignment and subluxation. Part I: The 6 subluxation types that satisfy Nelson's criteria for valid subluxation theory. J Contemporary Chiropr 2018;1(1):9-19.

265.    Oakley PA, Navid Ehsani N, Harrison DE. The Scoliosis Quandary: Are Radiation Exposures From Repeated X-Rays Harmful? Dose Response. 2019 Jun 11;17(2):1559325819852810.

266.    Oakley PA, Harrison DE. Selective usage of medical practice data, misrepresentations, and omission of conflicting data to support the 'red flag only' agenda for chiropractic radiography guidelines: A critical assessment of the Jenkins et al. article: "Current evidence for spinal X-ray use in the chiropractic profession." Ann Vert Sublux Res Oct 14, 2019; 141-157.

267.    Oakley PA, Ehsani NN, Harrison DE. Repeat Radiography in Monitoring Structural Changes in the Treatment of Spinal Disorders in Chiropractic and Manual Medicine Practice: Evidence and Safety. Dose Response. 2019 Dec 6;17(4):1559325819891043.

268.    Oakley PA, Harrison DE. Death of the ALARA Radiation Protection Principle as Used in the Medical Sector. Dose Response. 2020 Apr 29;18(2):1559325820921641.

269.    Oakley PA, Harrison DE. ALARA: Evidence against the use of the radiation protection principle as used in the healthcare sector. Diagnostic Imaging Europe June/July 2020;36(2):pp.44,45,47.

270.    Oakley PA, Harrison DE. Are Restrictive Medical Radiation Imaging Campaigns Misguided? It Seems So: A Case Example of the American Chiropractic Association's Adoption of "Choosing Wisely". Dose Response. 2020 May 1;18(2):1559325820919321.

271.    Oakley PA, Navid Ehsani N, Harrison DE. 5 Reasons Why Scoliosis X-Rays Are Not Harmful. Dose Response. 2020 Sep 10;18(3):1559325820957797.

272.    Oakley PA, Harrison DE. X-Ray Hesitancy: Patients' Radiophobic Concerns Over Medical X-rays. Dose Response. 2020 Sep 18;18(3):1559325820959542.

273.    Oakley PA, Harrison DE. American Chiropractic Association's Participation in Choosing Wisely: Close Inspection Shows No Evidence to Support its Anti-Imaging Points 1 and 2. Asia-Pac Chiropr J. 2020;1.2:online only.

274.    Oakley PA, Harrison DE. Are Continued Efforts to Reduce Radiation Exposures from X-rays Warranted? Dose Response. 2021 Feb 22;19(1):1559325821995653.

275.    Oakley PA, Harrison DE. Radiophobic Fear-Mongering, Misappropriation of Medical References and Dismissing Relevant Data Forms the False Stance for Advocating Against the Use of Routine and Repeat Radiography in Chiropractic and Manual Therapy. Dose Response. 2021 Feb 11;19(1):1559325820984626.

276.    Oakley PA, Betz JW, Harrison DE, Siskin LA, Hirsh DW; International Chiropractors Association Rapid Response Research Review Subcommittee. Radiophobia Overreaction: College of Chiropractors of British Columbia Revoke Full X-Ray Rights Based on Flawed Study and Radiation Fear-Mongering. Dose Response. 2021 Aug 16;19(3):15593258211033142.

277.    Oakley PA, Harrison DE. Delayed radiographs for patients presenting with spine disorders is unethical: The rationale and safety of routine imaging in spine care. TO BE SUBMITTED

## X. Critical Appraisal of Chiro Methods (n=5)

278.    Troyanovich SJ, Harrison DD. The Reliability and Validity of Chiropractic Assessment Procedures. Chiropr Tech 1996;8(1):1-4.

279.    Harrison DD, Colloca CJ, Troyanovich SJ, Harrison DE. Torque: An Appraisal of Misuse of Terminology in Chiropractic Literature and Technique. J Manipulative Physiol Ther 1996;19(7): 454-462.

280.    Harrison DE, Harrison DD, Troyanovich SJ. Reliability of Spinal Displacement Analysis on Plane X-rays: A Review of Commonly Accepted Facts and Fallacies with Implications for Chiropractic Education and Technique. J Manipulative Physiol Ther 1998;21:252-66.

281.    Troyanovich SJ, Harrison DD, Harrison DE. Commentary, Motion Palpation: It's Time to accept the evidence. J Manipulative Physiol Ther 1998; 21(8): 569-571.

282.    Harrison DD, Colloca CJ, Troyanovich SJ, Harrison DE. Commentary, Torque Misuse Revisited. J Manipulative Physiol Ther 1998; 21(9): 649-655.

## XI. X-Ray Projection (n=6)

283.    Harrison DD, Harrison DE, Troyanovich SJ, Hansen D. The Anterior-posterior Full-spine View: The Worst Radiographic View for Determination of Mechanics of the Spine. Chiropr Tech 1996;8(4):163-170.

284.    Coleman RR, Bernard BB, Harrison DE. The Effects of X-axis Vertebral Translation on Projected Y-axis Vertebral Rotation Images. J Manipulative Physiol Ther 1998;21:333-40.

285.    Coleman RR, Bernard BB, Harrison DE, Harrison SO. Correlation and quantification of projected 2-D radiographic images with actual 3-D y-axis vertebral rotations. J Manipulative Physiol Ther 1999; 22(1): 21-25.

286.    Coleman RR, Harrison DE, Fischer T, Harrison SO. Correlation and Quantification of Relative 2-D Projected Vertebral Endplate Z-axis Rotations with 3-D Y-axis Vertebral Rotations and Focal Spot Elevation. J Manipulative Physiol Ther 1999; 23(6): 414-419.

287.    Coleman RR, Harrison DE, Bernard BB. The Effects of Combined X-axis Translations and Y-axis Rotations on Projected Lamina Junction Offset. J Manipulative Physiol Ther 2001; 24(8): 509-513.

288.    Oakley PA, Grice K, Harrison DD. A Study of the Effects of Central Ray Vertical (y-axis) Positioning, Pelvis (y-axis) Rotation and Pelvis (x-axis) Translation on Measurement of the Anatomical Short Leg from the AP Ferguson Radiograph. 11th Biennial Congress of the World Federation of Chiropractic, International Conference on Chiropractic Research, Rio de Janeiro, Brazil, April 6-9, 2011:172-173.

XII. Spine Coupling / Kinematics of Posture / Manipulative Thrusts (n=18)

289.    Harrison DE, Cailliet R, Harrison DD, Janik TJ, Troyanovich SJ, Coleman RR. Lumbar Coupling During Lateral Translations of the Thoracic Cage Relative to a Fixed Pelvis. Clin Biomech 1999; 14(10): 704-709.

290.    Harrison DE, Harrison DD, Cailliet R, Troyanovich SJ, Janik TJ. Cervical Coupling During Lateral Head Translations Creates an "S"-Configuration. Clin Biomech 2000; 15: 436-440.

291.    Harrison DE, Harrison DD, Janik TJ, Holland B, Siskin L. Slight Head Extension: Does it Reverse the Cervical Curve? Euro Spine J 2001; 10: 149-153.

292.    Harrison DE, Cailliet R, Harrison DD, Janik TJ. How Do Anterior/Posterior Translations of the thoracic cage affect the Sagittal Lumbar Spine, Pelvic Tilt, and Thoracic Kyphosis? Euro Spine J 2002; 11(3): 287-293.

293.    Keller TS, Colloca CJ, Beliveau JG. Force-deformation response of the lumbar spine: a sagittal plane model of posteroanterior manipulation and mobilization. Clin Biomech 2002:17(3):185-96.

294.    Colloca CJ, Keller TS, Black P, Normand MC, Harrison DE, Harrison DD. Comparison of mechanical force of manually assisted chiropractic adjusting instruments. J Manipulative Physiol Ther 2005;28(6):414-422.

295.    Harrison DE, Betz JW, Cailliet R, Harrison DD, Haas JW, Janik TJ. Radiographic pseudoscoliosis in healthy male subjects following voluntary lateral translation (side glide) of the thoracic spine. Arch Phys Med Rehabil 2006; Jan;87(1):117-22.

296.    Colloca CJ, Keller TS, Harrison DE, Moore RJ, Gunzburg R, Harrison DD. Spinal manipulation force and duration affect vertebral movement and neuromuscular responses. Clinical Biomechanics 2006; Mar;21(3):254-62.

297.    Keller TS, Colloca CJ, Moore RJ, Gunzburg R, Harrison DE, Harrison DD. Three-dimensional vertebral motions produced by mechanical force spinal manipulation. J Manipulative Physiol Ther 2006 Jul-Aug;29(6):425-36.

298.    Keller TS, Colloca CJ, Moore RJ, Gunzburg R, Harrison DE. Increased multiaxial lumbar motion responses during multiple-impulse mechanical force manually assisted spinal manipulation.  Chiropractic & Osteopathy 2006; 14(1):6-14.

299.    Keller TS, Colloca CJ, Harrison DE, Moore RJ, Gunzburg R. Muscular contributions to dynamic dorsoventral lumbar spine stiffness. Euro Spine J 2007; 16(2):245-54.

300.    Colloca CJ, Keller TS, Moore RJ, Gunzburg R, Harrison DE. Intervertebral disc degeneration reduces vertebral motion responses. Spine 2007; 32(19):E544-50.

301.    Harrison DE, Harrison DD, Katz E, Ferrantelli JR, Janik TJ, Holland B. Abnormal Static Sagittal Cervical Curvatures Following Motor Vehicle Collisions: A Retrospective Case Control of 41 Subjects Exposed to a Motor Vehicle Collision. J Chiro Educ 2007 Spring;21(1):108.

302.    Colloca CJ, Keller TS, Moore RJ, Gunzburg R, Harrison DE. Effects of disc degeneration on neurophysiological responses during dorsoventral mechanical excitation of the ovine lumbar spine. Journal of Electromyography and Kinesiology 2008;18(5):829-37.

303.    Gunzburg R, Szpalski M, Callary SA, Colloca CJ, Kosmopoulos V, Harrison DE, Moore RJ. Effect of anovel interspinous implant on lumbar spinal range of motion. Eur Spine J 2009;18:696-703.

304.    Colloca CJ, Keller TS, Moore RJ, Harrison DE, Gunzburg R. Validation of a noninvasive dynamic spinal stiffness assessment methodology in an animal model of intervertebral disc degeneration. Spine 2009;34:1900-1905.

305.    Fedorchuk CA, McCoy M, Lightstone DF, Bak DA, Moser J, Kubricht B, Packer J, Walton D, Binongo J. Impact of Isometric Contraction of Anterior Cervical Muscles on Cervical Lordosis. J Radiol Case Rep. 2016 Sep 30;10(9):13-25.

306.    Fedorchuk C, Lightstone D, Comer R. Radiographic stress analysis to determine the proper patterns of the cervical spine prior to intervention. 2nd International Conference on Medical Imaging and Case Reports. Newton, Boston, MA. November 20-22, 2019.

XIII. Posture/Subluxation Prevalence/Incidence (n=4)

307.    Oakley PA, Harrison DE. The prevalence of lateral head shift postures in a patient population. A correlation of posture magnitude, pain, and demographic variables. Proceedings of the Association of Chiropractic Colleges, Las Vegas, March 17-19. Published in: J Chiropr Educ 2004;18(1):73-74.

308.    Fedorchuk C, Comer RD, Lightstone D, McCoy M, Kent C, Boningo J. The prevalence of vertebral subluxation in patients presenting to a private chiropractic clinic over a six year period. J Philosophy, Principles & Practice of Chiropractic. 2018; Dec. 20, p. 26.

309.    Freeman MD, Katz EA, Rosa SL, Gatterman BG, Strömmer EMF, Leith WM. Diagnostic Accuracy of Videofluoroscopy for Symptomatic Cervical Spine Injury Following Whiplash Trauma. Int J Environ Res Public Health. 2020 Mar 5;17(5):1693.

310.    Fedorchuk C, Comer RD, Stockwell TL, Stockwell J, Stockwell R, Lightstone DF. Prevalence of Cervical Spondylolisthesis in the Sagittal Plane Using Radiographic Imaging in a Pediatric Population: A Cross Sectional Analysis of Vertebral Subluxation. J Radiol Case Rep. 2021 Jun 30;15(6):1-18.

## XIV. Invited Text Book Chapters (n=5)

311.    Harrison DD: Abnormal postural permutations calculated as rotations and translations from an ideal normal upright static posture. In Sweere, JJ: Chiropractic Family Practice, Aspen Publishers, Gaithersburg, 1992, chap 6-1, p. 1-22.

312.    CJ, Keller TS, Lehman GL, Harrison DE. Chap 32. The use of measurement instruments in chiropractic practice. Pp. 629-660. In: Haldeman S. (3rd ed.) Principles and practice of chiropractic. McGraw-Hill, New York, 2005.

313.    Oakley PA, Moustafa IM, Harrison DE. Restoration of cervical and lumbar lordosis: CBP® methods overview. In: Bettany-Saltikov J. Spinal Deformities in Adolescents, Adults and Older Adults. IntechOpen Publishers. Pp.1-19, 2019.

314.    Oakley PA, Moustafa IM, Harrison DE. (January 30th 2021). The Influence of Sagittal Plane Spine Alignment on Neurophysiology and Sensorimotor Control Measures: Optimization of Function through Structural Correction. In: Mario Bernardo-Filho (ed.) Therapy Approaches in Neurological Disorders. [Online First], IntechOpen, DOI: 10.5772/intechopen.95890.

315.    Harrison DE, Oakley PA. (May 19, 2022) An introduction to Chiropractic BioPhysics® (CBP®) technique: A full spine rehabilitation approach to reducing spine deformities. In: M. Bernardo-Filho (ed.) Complementary Therapies. IntechOpen: 2022:1-35. DOI: 10.5772/intechopen.102686

316.    A Comparison of Two Forward Head Posture Corrective Approaches in Elderly with Chronic Non-Specific Neck Pain: A Randomized Controlled Study, Moustafa I, Harrison D, https://www.mdpi.com/2077-0383/12/2/542.

317. Cognitive Load and Dual-Task Performance in Individuals with and without Forward Head Posture, Shorouk Abu-Ghosh; Ibrahim M. Moustafa; Amal Ahbouch; Paul A. Oakley; Deed E. Harrison, J. Clin. Med. 2024, Volume 13, Issue 16, 4653

**Journal of Clinical Medicine**

**Intra-Examiner Reliability and Validity of Sagittal Cervical Spine**

**Mensuration Methods Using Deep Convolutional Neural Networks**

**Mohammad Mehdi Hosseini; Mohammad H. Mahoor; Jason W. Haas; Joseph R. Ferrantelli;**

**Anne-Lise Dupuis; Jason O. Jaeger; Deed E. Harrison**

**J Clin. Med., 2024, Volume 14, Issue 9, 2573**

**References**

- Fatoye, F.; Gebrye, T.; Ryan, C.G.; Useh, U.; Mbada, C. Global and regional estimates of clinical and economic burden of low back pain in high-income countries: A systematic review and meta-analysis. *Front. Public Health* **2023**, *11*, 1098100. [**Google Scholar**] [**CrossRef**] [**PubMed**]
- Casiano, V.E.; Sarwan, G.; Dydyk, A.M.; Varacallo, M. *Back Pain*; StatPearls Publishing: Treasure Island, FL, USA, 2023. [**Google Scholar**]
- Ferreira, M.L.; de Luca, K.; Haile, L.; Steinmetz, J.; Culbreth, G.; Cross, M.; Kopec, J.; Ferreira, P.H.; Blyth, F.; Buchbinder, R.; et al. Global, regional, and national burden of low back pain, 1990–2020, its attributable risk factors, and projections to 2050: A systematic Analysis of the global burden of disease study 2021. *Lancet Rheumatol.* **2023**, *5*, e316–e329. [**Google Scholar**] [**CrossRef**]
- Zhu, K.; Devine, A.; Dick, I.M.; Prince, R.L. Association of back pain frequency with mortality, coronary heart events, mobility, and quality of life in elderly women. *Spine* **2007**, *32*, 2012–2018. [**Google Scholar**] [**CrossRef**] [**PubMed**]

- Roseen, E.J.; LaValley, M.P.; Li, S.; Saper, R.B.; Felson, D.T.; Fredman, L. Association of back pain with all-cause and cause-specific mortality among older women: A cohort study. *J. Gen. Intern. Med.* **2019**, *34*, 90–97. [**Google Scholar**] [**CrossRef**] [**PubMed**]

- Williams, A.; Kamper, S.J.; Wiggers, J.H.; O'brien, K.M.; Lee, H.; Wolfenden, L.; Yoong, S.L.; Robson, E.; McAuley, J.H.; Hartvigsen, J.; et al. Musculoskeletal conditions may increase the risk of chronic disease: A systematic review and meta-analysis of cohort studies. *BMC Med.* **2018**, *16*, 167. [**Google Scholar**] [**CrossRef**] [**PubMed**]

- Champain, S.; Benchikh, K.; Nogier, A.; Mazel, C.; Guise, J.; De Skalli, W. Validation of and new clinical quantitative analysis software applicable in spine orthopedic studies. *Eur. Spine J.* **2006**, *15*, 981–991. [**Google Scholar**] [**CrossRef**] [**PubMed**]

- Schwartz, J.T.; Cho, B.H.; Tang, P.; Schefflein, J.; Arvind, V.; Kim, J.S.; Doshi, A.H.; Cho, S.K. Deep learning automates measurement of spinopelvic parameters on lateral lumbar radiographs. *Spine* **2021**, *46*, E671–E678. [**Google Scholar**] [**CrossRef**] [**PubMed**]

- Yang, S.; Zhong, S.; Fan, Y.; Zhu, Y.; Xu, N.; Liao, Y.; Fan, G.; Liao, X.; He, S. Research hotspots and trends on spinal cord stimulation for pain treatment: A two-decade bibliometric analysis. *Front. Neurosci.* **2023**, *17*, 1158712. [**Google Scholar**] [**CrossRef**] [**PubMed**]

- Kristjansson, E.; Leivseth, G.; Brinckmann, P.; Frobin, W. Increased sagittal plane segmental motion in the lower cervical spine in women with chronic whiplash-associated disorders, grades I–II: A case-control study using a new measurement protocol. *Spine* **2003**, *28*, 2215–2221. [**Google Scholar**] [**CrossRef**]

- Yagi, M.; Yamanouchi, K.; Fujita, N.; Funao, H.; Ebata, S. Revolutionizing spinal care: Current applications and future directions of artificail intelligence and machine learning. *J. Clin. Med.* **2023**, *12*, 4188. [**Google Scholar**] [**CrossRef**]

- Orhurhu, V.J.; Chu, R.; Gill, J. *Failed Back Surgery Syndrome*; StatPearls Publishing: Treasure Island, FL, USA, 2023. [**Google Scholar**]

- Ju, C.I.; Lee, S.M. Complications and Management of Endoscopic Spinal Surgery. *Neurospine* **2023**, *20*, 56–77. [**Google Scholar**] [**CrossRef**] [**PubMed**] [**PubMed Central**]

- Tangsrivimol, J.A.; Schonfeld, E.; Zhang, M.; Veeravagu, A.; Smith, T.R.; Härtl, R.; Lawton, M.T.; El-Sherbini, A.H.; Prevedello, D.M.; Glicksberg, B.S.; et al. Artificial intelligence in neurosurgery: A state-of-the-art review from past to future. *Diagnostics* **2023**, *13*, 2429. [**Google Scholar**] [**CrossRef**] [**PubMed**] [**PubMed Central**]
- Wang, F.; Preininger, A. AI in health: State of the art, challenges and future directions. *Yearb. Med. Inform.* **2019**, *28*, 16–26. [**Google Scholar**] [**CrossRef**] [**PubMed**]
- Zhou, S.; Zhou, F.; Sun, Y.; Chen, X.; Diao, Y.; Zhao, Y.; Huang, H.; Fan, X.; Zhang, G.; Li, X. The application of artificial intelligence in spine surgery. *Front. Surg.* **2022**, *9*, 885599. [**Google Scholar**] [**CrossRef**] [**PubMed**]
- Fard, A.P.; Ferrantelli, J.; Dupuis, A.-L.; Mahoor, M.H. Sagittal cervical spine landmark point detection in x-ray using deep convoluted neural networks. *Sci. Rep.* **2021**, *11*, 7618. [**Google Scholar**] [**CrossRef**]
- Moore, D.S.; Notz, W.I.; Flinger, M.A. *The Basic Practice of Statistics*, 6th ed.; W. H. Freeman and Company: New York, NY, USA, 2013; p. 138. [**Google Scholar**]
- Shin, D.W.; Shin, J.I.; Koyanagi, A.; Jacob, L.; Smith, L.; Lee, H.; Chang, Y.; Song, T.J. Global, regional, and national neck pain burden in the general population, 1990–2019: An analysis of the global burden of disease study 2019. *Front Neurol.* **2022**, *13*, 955367. [**Google Scholar**] [**CrossRef**] [**PubMed**]
- Hush, J.M.; Michaleff, Z.; Maher, C.G.; Refshauge, K. Individual, physical and psychological risk factors for neck pain in Australian office workers: A 1-year longitudinal study. *Eur. Spine J.* **2009**, *18*, 1532–1540. [**Google Scholar**] [**CrossRef**] [**PubMed**]
- Ling, F.P.; Chevillotte, T.; Leglise, A.; Thompson, W.; Bouthors, C.; Le Huec, J.C. Which parameters are relevant in sagittal balance analysis of the cervical spine? A literature review. *Eur. Spine J.* **2018**, *27* (Suppl. S1), 8–15. [**Google Scholar**] [**CrossRef**] [**PubMed**]
- Mahmoud, N.F.; Hassan, K.A.; Abdelmajeed, S.F.; Moustafa, I.M.; Silva, A.G. The Relationship between Forward Head Posture and Neck Pain: A Systematic Review and Meta-Analysis. *Curr. Rev. Musculoskelet. Med.* **2019**, *12*, 562–577. [**Google Scholar**] [**CrossRef**] [**PubMed**]
- Jackson-Fowl, B.; Hockley, A.; Naessig, S.; Ahmad, W.; Pierce, K.; Smith, J.S.; Ames, C.; Shaffrey, C.; Bennett-Caso, C.;

Williamson, T.K.; et al. Adult cervical spine deformity: A state-of-the-art review. *Spine Deform.* **2024**, *12*, 3–23. [**Google Scholar**] [**CrossRef**]

- Saad, N.; Moustafa, I.M.; Ahbouch, A.; Alsaafin, N.M.; Oakley, P.A.; Harrison, D.E. Are Rotations and Translations of Head Posture Related to Gait and Jump Parameters? *J. Clin. Med.* **2023**, *12*, 6211. [**Google Scholar**] [**CrossRef**] [**PubMed**]

- Aafreen, A.; Khan, A.R.; Khan, A.; Ahmad, A.; Alzahrani, A.H.; Alhusayni, A.I.; Alameer, A.H.; Alajam, R.A.; Ganesan, B.B.M.; Shaphe, M.A. Neck Health Metrics and Quality of Life: A Comparative Study in Bike Drivers with and without Neck Pain. *J. Multidiscip. Healthc.* **2023**, *16*, 3575–3584. [**Google Scholar**] [**CrossRef**] [**PubMed**]

- Browd, S.R.; Park, C.; Donoho, D.A. Potential Applications of Artificial Intelligence and Machine Learning in Spine Surgery Across the Continuum of Care. *Int. J. Spine Surg.* **2023**, *17*(Suppl. S1), S26–S33. [**Google Scholar**] [**CrossRef**]

- Hornung, A.L.; Hornung, C.M.; Mallow, G.M.; Barajas, J.N.; Orías, A.A.E.; Galbusera, F.; Wilke, H.-J.; Colman, M.; Phillips, F.M.; An, H.S.; et al. Artificial intelligence and spine imaging: Limitations, regulatory issues and future direction. *Eur. Spine J.* **2022**, *31*, 2007–2021. [**Google Scholar**] [**CrossRef**] [**PubMed**]

- Broida, S.E.; Schrum, M.L.; Yoon, E.; Sweeney, A.P.; Dhruv, N.N.; Gombolay, M.C.; Yoon, S.T. Improving surgical triage in spine clinic: Predicting likelihood of surgery using machine learning. *World Neurosurg.* **2022**, *163*, e192–e198. [**Google Scholar**] [**CrossRef**]

- Ames, C.P.; Smith, J.S.; Pellisé, F.; Kelly, M.; Alanay, A.; Acaroglu, E.; Pérez-Grueso, F.J.S.; Kleinstück, F.; Obeid, I.; Vila-Casademunt, A.; et al. Artificial intelligence based hierarchical clustering of patient types and intervention categories in adult spinal deformity surgery: Towards a new classification scheme that predicts quality and value. *Spine* **2019**, *44*, 915–926. [**Google Scholar**] [**CrossRef**] [**PubMed**]

- Cunha, A.C.; Burke, T.N.; França, F.J.; Marques, A.P. Effect of global posture reeducation and of static stretching on pain, range of motion, and quality of life in women with chronic neck pain: A randomized clinical trial. *Clinics* **2008**, *63*, 763–770. [**Google Scholar**] [**CrossRef**] [**PubMed**]

- Falla, D.; Jull, G.; Russell, T.; Vicenzino, B.; Hodges, P. Effect of neck exercise on sitting posture in patients with chronic neck

pain. *Phys. Ther.* **2007**, *87*, 408–417. [**Google Scholar**] [**CrossRef**] [**PubMed**]

- Özer, K.D.; Toprak, Ç.Ş. Effectiveness of relaxation training in addition to stabilization exercises in chronic neck pain: A randomized clinical trial. *Turk. J. Physiother. Rehabil.* **2019**, *30*, 145–153. [**Google Scholar**] [**CrossRef**]

- Lwin, N.N.; Myint, T.; Oo, W.M.; San, H.H.; Tun, M.T. Efficacy on pressure-biofeedback guided craniocervical flexion exercise in neck pain: A randomized controlled trial. *J. Musculoskelet. Res.* **2021**. [**Google Scholar**] [**CrossRef**]

- Kim, J.Y.; Kwag, K.I. Clinical effects of deep cervical flexor muscle activation in patients with chronic neck pain. *J. Phys. Ther. Sci.* **2016**, *28*, 269–273. [**Google Scholar**] [**CrossRef**] [**PubMed**]

- Shah, N.; Gill, M.A.; Singal, S.K.; Payla, M. Effect of core stability exercise in patients with neck pain. *Indian. J. Physiother. Occup. Ther.* **2020**, *14*, 102–107. [**Google Scholar**] [**CrossRef**]

- Oakley, P.A.; Ehsani, N.N.; Moustafa, I.M.; Harrison, D.E. Restoring cervical lordosis by cervical extension traction meth-ods in the treatment of cervical spine disorders: A systematic review of controlled trials. *J. Phys. Ther. Sci.* **2021**, *33*, 784–794. [**Google Scholar**] [**CrossRef**] [**PubMed**]

- Katz, E.A.; Katz, S.B.; Freeman, M.D. Non-surgical management of upper cervical instability via improved cervical lordosis: A case series of adult patients. *J. Clin. Med.* **2023**, *12*, 1797. [**Google Scholar**] [**CrossRef**] [**PubMed**]

- Oakley, P.A.; Harrison, D.D.; Harrison, D.E.; Haas, J.W. Evidence-based protocol for structural rehabilitation of the spine and posture: Review of clinical biomechanics of posture (CBP) publications. *J. Can. Chiropr. Assoc.* **2005**, *49*, 270–296. [**Google Scholar**] [**PubMed**]

- Fortner, M.O.; Oakley, P.A.; Harrison, D.E. Non-surgical improvement of cervical lordosis is possible in advanced spinal osteoarthritis: A CBP® case report. *J. Phys. Ther. Sci.* **2018**, *30*, 108–112. [**Google Scholar**] [**CrossRef**] [**PubMed**]

- Oakley, P.A.; Harrison, D.E. Reducing thoracic hyperkyphosis subluxation deformity: A systematic review of chiropractic biophysics®methods employed in its structural improvement. *J. Contemp. Chiropr.* **2018**, *1*, 59–66. [**Google Scholar**]

- Harrison, D.D.; Harrison, D.E.; Janik, T.J.; Cailliet, R.; Ferrantelli, J.R.; Haas, J.W.; Holland, B. Modeling of the sagittal

cervical spine as a method to discriminate hypo-lordosis: Results of elliptical and circular modeling in 72 asymptomatic subjects, 52 acute neck pain subjects, and 70 chronic neck pain subjects. *Spine* **2004**, *29*, 2485–2492. [**Google Scholar**] [**CrossRef**]

- Pivotto, L.R.; Navarro, I.J.R.L.; Candotti, C.T. Radiography and photogrammetry-based methods of assessing cervical spine posture in the sagittal plane: A systematic review with meta-analysis. *Gait Posture* **2021**, *84*, 357–367. [**Google Scholar**] [**CrossRef**] [**PubMed**]

- Ferracini, G.N.; Chaves, T.C.; Dach, F.; Bevilaqua-Grossi, D.; Fernández-de-Las-Peñas, C.; Speciali, J.G. Analysis of the cranio-cervical curvatures in subjects with migraine with and without neck pain. *Physiotherapy* **2017**, *103*, 392–399. [**Google Scholar**] [**CrossRef**]

- Harrison, D.E.; Holland, B.; Harrison, D.D.; Janik, T.J. Further reliability analysis of the Harrison radiographic line-drawing methods: Crossed ICCs for lateral posterior tangents and modified Risser-Ferguson method on AP views. *J. Manip. Physiol. Ther.* **2002**, *25*, 93–98. [**Google Scholar**] [**CrossRef**] [**PubMed**]

- Harrison, D.E.; Harrison, D.D.; Cailliet, R.; Troyanovich, S.J.; Janik, T.J.; Holland, B. Cobb method or Harrison posterior tangent method: Which to choose for lateral cervical radiographic analysis. *Spine* **2000**, *25*, 2072–2078. [**Google Scholar**] [**CrossRef**] [**PubMed**]

- Rydman, E.; Elkan, P.; Eneqvist, T.; Ekman, P.; Järnbert-Pettersson, H. The significance of cervical sagittal alignment for nonrecovery after whiplash injury. *Spine J.* **2020**, *20*, 1229–1238.

Footnotes:

Historical Figures - Oscar Peterson, Dos Passos, George Orwell, G Stein, Chambers, Chiropractic
Education/American Decline
Popular Culture
Propaganda
State Terror
Mass Formation Psychosis
Medical Corruption
Dan Murphy Materials
Environmental Toxicity
Hate Crimes
Trauma Plus-subluxation rationale
Murphy Pain Materials
Posture Health
Neurology, Immunology, Immunity and Disease
Psychology Plus
Costs
Risks/Deaths
Genius Plus
T'ai Chi Plus
General Concepts, Stress plus
Thoracic Kyphosis (?) Relevant Research
Vaccine plus
History Plus

New Notes:

Patrick Moore, "Fake Invisible Catastrophe" Author, co-founder of Greenpeace, greenpeace compromised, they don't care about the whales at New Jersey, Jesse Watters Primetime, Feb 1, 2023, min 48

"Look at the fact that the politicians that have come out of San Francisco on the national stage are anything but progressive: they're mainstream centrist Democrats, Kamala Harris, Nancy Pelosi, Dianne Feinstein, etc.," he added. Chesa, the soros DA, Former Soros-backed San Fran DA Chesa Boudin claims city seeing 'hard turn to the right', Gabriel Hays | Fox News, January 25, 2024

House Democrat Went To A Trump Rally, Found That Everyone Was Friendly: 'My Party Is Completely Delusional', https://trendingpoliticsnews.com/house-democrat-went-to-a-trump-rally-found-that-everyone-was-friendly-my-party-is-delusional-cmc/, accessed January 24, 2024

Igor Shafarevich, mathematician, author, The Socialist Phenomenon

Historical Figures

Edgar Allen Poe considered father of the detective story, *The Washington Post,* Metro, Dotinga R, March 26, 2023,

"Twenty Letters to a Friend: A Memoir," Svetlana Alliluyeva, HarperCollins, 1967, daughter of Stalin, defected to US in late 1960s, autobiography on horrible things she lived through under her father. Mother suicide after terrible argument with Stalin at party at which he toasted to the eradication of "All state enemies," she left and shot herself in her room.

Ibid 49-50, how they met, St saved her mother from drowning

Ibid 30, Party women spent no time with children, focused only on work for rev, in spare time reading, checked only rarely on our progress

Ibid 34, no luxuries at first for Party uppers, modest life

Ibid 48, Party men started carving out riches for themselves

Ibid 214-215, at first Stalin put aside fantastic gifts that flooded into him from around the world from fans while he was starving Ukraine in '37 and gulags

Ibid 147, her mother probably wouldn't have stopped Stalin from killing

Ibid 132, General Nikolai Vlasik, Stalin bodyguard 1919, grew in power, corrupt/riches

Ibid 57, own family members rounded up and disappeared, paranoid

Ibid 79-80, skillful flatterer like Beria could do much harm

Ibid 61, Stalin would not change his mind re even family accused, furious

Ibid 165, oldest brother Yakov captured by Germans at the front, shot after years when useless for pressuring Stalin or propaganda, pg 169 Stalin came to think Yakov surrendered on purpose and nearly killed people over that, even his wife, Yulia

Ibid 223, other son Vasily useless alcoholic but promoted tirelessly to use him, after Stalin died, nothing, arrested for stealing, rest of life in jail

Ibid 205-206, after war plundering started, gross luxuries

Ibid 204-205, S imagining enemies everywhere, bitter, lonely, desolate, "pathological persecution mania" even said she "Even you make anti-Soviet statements."

WALLS-KAUFMANN - 405

Ibid 244-246, movement trying to speed up progress, make tomorrow come today, make wheels of time and progress spin faster, millions sacrificed senselessly, talented wasted; "But what is good never dies—it lived on in the hearts of men even in the darkest times, hidden where no one thought to look, never died or disappeared completely."


Saul Alinsky, Rules for Radicals: A Pragmatic Primer for Realistic Radicals, Random House, 1971, Vintage Books edition, 1989

Prologue xiv, they watched the world/system wreck their parents with drugs, HBP, ulcers, sickness, tranquilizers, divorce, bad marriages

Ibid xv, a system at least provides some clues to what life is about

Ibid xvii, present generation wants to strive for a meaning a sense of what life is about, to strive for some sense of order.

Ibid xvii, to know if there is any meaning to our lives "Why am I here?"

Ibid xviii, "We are talking about revolution, not revelation", one talks through the experience of their audience, meets them where they are, never should burn the flag, US flag is a symbol of what radicals want; humor essential

ibid xix, cut your hair, hide yourself, working in the system, "They must feel so frustrated, so defeated, so lost, so futureless in the prevailing system that they are willing to let go of the past and chance the future. . . . essential to any revolution. STRESS

Ibid xx, "What is the alternative to working inside the system?" DENY WHO YOU ARE AND WHAT YOU WANT; "Lenin . . . Bolsheviks stood for getting power through the ballot but would reconsider after they got all the guns!" Have to hide these ideas.

Ibid xxi, in the US we can still attack the govt/system, build opposition unlike Moscow, Peking, Havana, "relative freedom to fight", purges in those other places

Ibid

Sex and promiscuity, Saul Alinsky, Rules for Radicals: A Pragmatic Primer for Realistic Radicals, Random House, 1971, Vintage Books edition, 1989, pg 65

Organizers in a kind of war, working ceaselessly to undermine, Saul Alinsky, Rules for Radicals: A Pragmatic Primer for Realistic Radicals, Random House, 1971, Vintage Books edition, 1989, pg 64-65

Favorable press, Saul Alinsky, Rules for Radicals: A Pragmatic Primer for Realistic Radicals, Random House, 1971, Vintage Books edition, 1989, pg 65

constant failures w/ organizers, Saul Alinsky, Rules for Radicals: A Pragmatic Primer for Realistic Radicals, Random House, 1971, Vintage Books edition, 1989, pg 65-66

Irreverence key, pg 74

However, radical reveres how people should have better, pg 74

"Essentially, life is a tragedy." Saul Alinsky, Rules for Radicals: A Pragmatic Primer for Realistic Radicals, Random House, 1971, Vintage Books edition, 1989, pg 75

WALLS-KAUFMANN - 406

Essentially life is a tragedy, pg 75

A sense of humor a must, (but only in cruelty) pg 74

Alinsky never admits his shit only worked bc of media sympathy, pg 74

It is futile to ask for reasonable solutions—must go for more, pg 76

!!!competing churches, religions, unions (CORPORATIONS) joined to share the "power pick up" Saul Alinsky, Rules for Radicals: A Pragmatic Primer for Realistic Radicals, Random House, 1971, Vintage Books edition, 1989, pg 77

!!Promise them all anything, solve from the top Saul Alinsky, Rules for Radicals: A Pragmatic Primer for Realistic Radicals, Random House, 1971, Vintage Books edition, 1989, pg 77

Promise anything to anyone to build your coalition, pg 77

!!!Must create schizoid false polarization to motivate people to go against norms with lies and deceit about enemy, pg 78

The Ego of the Left, Saul Alinsky, Rules for Radicals: A Pragmatic Primer for Realistic Radicals, Random House, 1971, Vintage Books edition, 1989, pg 79

Obdurate ego most important for organizer pg 79

Uncertainty the only certainty in life, pg 79

Manipulate people to steal and destroy, pg 85

Can't give the dollar away story, pg 86

Organizer like Moses never loses his cool, pg 89

Manipulating stupider people, pg 92

Alinsky's tactics only worked bc of free press, pg 100

Alinsky is racist, Saul Alinsky, Rules for Radicals: A Pragmatic Primer for Realistic Radicals, Random House, 1971, Vintage Books edition, 1989, pg 105, 109, 110

Alinsky pg 144 "the only reason the charge of racist worked was because of the stigma of the accusation in white society (so how can they be racist?

"Enemies" pg 163

Sit-down strike 1937 auto workers union, this seizure of private property too much even for radicals who ran for cover, pg 164

Organizer must keep making shit up during escalation and no escalation is too extreme, (Lewis in this strike saying right to job more important than private property) pg 164

Masses of Americans ready to move against corporate America, pg 167

Publicity is key, pg 171

More lies using corps against each other, pg 176

Middle class organized around corp stock proxies (but started with LA Times piece/media coverage) pg 178

Alinsky ruminates on corp proxies ending Pentagon/defense contract and wars—but what happened? How come this didn't happen? (Bc "organizers" turned out to be greedy bastards who wanted bribes too.) pg 179-180

Alinsky envisions virtue trade-off in public in good works over dividends, pg 182

WALLS-KAUFMANN - 407

US corporations a "spiritual slum" their arrogance major threat free society pg 183
"Proxies for People" organization, pg 182


A Drinkable Feast, Philip Greene, Tarcher-Perigree, 2018, pg 67, Joyce: "Deal with him, Hemingway! Deal with him!" After Joyce starts a fight over any disagreement.
Ibid pg 77, 1862 worlds first cocktail book *How to Mix Drinks*
Ibid pg 104, Sinclair Lewis, comparing himself to Gustave Flaubert, heckled "Sit down! You're just a bestseller!" (Dorothy Parker, "Sit down! You're not a writer—you're a bestseller!"
Ibid pg 130, Manhattan changed bartending in 1875 with new product, vermouth
Ibid pg 148, "Sparrow" sportswriter
Ibid pg 151, Dorothy Parker's aunt and uncle, Martin and Lizzie Rothschild were on the Titanic and Martin died


George Orwell, Down and Out in Paris and London, Harcourt, **pg 6 "orange peels/burn** sulphur for bugs"
Ibid pg 27, Bouillon Zip, a vile "soup" made from literal garbage that people only ate when near starving
Ibid pg 35, hadn't bathed in three weeks, Boris not for months,
Ibid pg 8, **the Rougiers had not taken off their clothes for four years**
Ibid pg 14, shocked stupid eyes peasant girl whose **parents had obviously sold her into slavery of this sort**
Ibid pg 38, the Seine is full of dace but they grew cunning after the Siege of Paris and none has been caught except in nets
Ibid pg 39, a terrific blow as I had allowed my belly to expect food, a terrible mistake when one is hungry
Ibid pg 40, une ruse du guerre
Ibid 45, Russian ex-pats in Paris hardworking and putting up with their bad luck far better than British of equal rank
Ibid 45, the Russian Duke swindling waiters saying he forgot his notecase and asking for loan, and waiters not minding, "A duke is a duke, even in exile."*
Ibid 47, earn money working for Communists, but i know nothing of politics! "Merde! Neither do they!". . . All you have to do is copy it out of the English papers. Copy it out of the Paris *Daily Mail!*"
  "But the *Daily Mail* is a conservative paper!"
  "Then just say the opposite! You *can't* be wrong!"*
Ibid pg 50, Russian swindlers in the fake laundry pretended to be Commies but only extracted 20 franc "entrance fees" from desperate Russians hoping to get employ*

Cheng Tzu's Thirteen Treatises on T'ai Chi Ch'uan, Cheng Man-ching, translated by Pang Jeng Lo and Martin Inn, 1985, North Atlantic Books

"I worry . . . their translations were limited by their own abilities in T'ai Chi Ch'uan. If errors exist in their translations then it will defeat our original purpose and greatly mislead the readers." Introduction, Madame Cheng, pg 10

Ibid 249 times word chi appears

Ibid centrifugal centripetal pg 45

Ibid ti fang pg 49

Ibid fa chin pg 50

Ibid profound and difficult study pg 55

Ibid . . . Must first have substance then application, without application substance useless, pg 55

Ibid . . Do not seek external, seek internal, that is the heart of the matter, pg 63

Ibid Earth Level pg 77

Ibid Heaven Level pg 78

Ibid Tong jin (dong) pg 80

Ibid chi is thunder and lightning, storm clouds pg 81

Ibid central equilibrium/power of stability/corresponds to earth pg 83

Ibid Kan as concavity pg 84

Ibid TCC is one movement, Lu (rollback) pg 84

Ibid w/out oral instruction impossible . . . Parts of the Classics are like this. Truly require secret family transmission pg 93

Ibid to get application you must work on substance/substance root, app branches pg 95

Ibid Tan t'ien no other way, pg 95

Ibid teacher select basic postures more practice pg 103

Ibid repeat repetitive postures many times is meaningless and unnecessary pg 103

Ibid three generations Yang's taught only Imperial family pg 108

Ibid shortcomings of meditation that labors chi but not the body pg 109

Ibid cultivate life principle, pg 114

Ibid don't ignore zhang zhuan pg 115

Ibid who would have thought application all based on this one? pg 115

Ibid jieh jin, w/ this don't worry about other jins pg 204

Ibid a ball, attract and then toss it pg 204

Ibid combine attract to discharge almost simultaneously/power intensified in very small space. There is nothing else. pg 205

Ibid Join to chi of Nature then most excellent pg 209

Ibid jin versus li, pg 219

Oscar Peterson, White+Black, Hulu documentary, minute 52:01. "I think the **roots of jazz belong to the Negro, but that to me is only a first instance."*

Ibid, minute 52:20, "Jazz is instant composition, that's the simplest way of putting it."

Ibid, minute 49:18, "A great friend of mine, Milt Jackson, said once, 'You have to be careful not to rehearse all of the soul out of your tunes."*

Ibid, minute 46:29, "You make a pact with the instrument that you're going to talk to it a certain way—and you hope it responds to you."*

Ibid, minute 46:16, "I never take the medium or the instrument for granted. I look at this instrument as a new [love] affair every night."

Ibid, minute 45:39 Billy Joel, "He reinvented the piano."

Ernest Hemingway, A Biography, Mary V Dearborn, Alfred A Knopf, 2017, pgs 434-435 cooperated with NKVD, code name Argo, gave Soviets a pass for Spain, if he liked you, liked being center of action intrigue

Medicine, Monopolies and Malice, How the Medical Establishment Tried to Destroy Chiropractic in the US, Wilk C, 1996, Chester Wilk

Ibid In the 1950s chiro rather accepted, MDs cooperative, pg 24

Ibid 1960s things changed, series of hostile embarrassing articles, pg 27

Ibid Kleynhans medical literature 1947-1978 billions SAs only 10 deaths, nine of those by MDs doing manipulation, pg 30

Ibid no mainstream publication pg 32

Ibid reversal of cooperation pg 32

Ibid 1967 Illinois & other states "ethics laws" MDs can't advertise Pharma can, pg 33

Ibid stopped DC ads too, courts later overturned, pg 34

Ibid 1967 HEW Social Security Act study care, chiro excluded; no DCs on Expert Review Committee on Chiropractic, Naturopathy and Naprapathy only MDs, Asst Surgeon General John Cashman admits strong prejudice to DCs pg 35-36

Ibid **AMA strong hatred bc DCs claim one-cause disease** pg 35

Ibid National Council of Senior Citizens joins AMA, chiro barred Medicare, pg 37

Ibid HEW Report, HIAA Health Insurance Ass Am., barred, pg 38

Ibid *In the Public Interest*, expose AMA plan w/ docs, Trever W, 1972 pg 38-45

Ibid Committee on Chiropractic/Committee on Quackery dignify pg 45

Ibid had to stop cooperation MD/DC pg 46

Ibid any MD associates loses hospital privileges pg 47

Ibid The covertness/secrecy key—they knew they were illegal pg 47

Ibid block chiro Title 18 Medicare Law, pg 49

Ibid US Office of Education block accreditation 1960s pg 49

Ibid keep two associations separate ACA/ICA pg 50

Ibid guide state societies to block in state legislatures pg 50

Ibid Sen John Sherman Sherman Antitrust Act 1890, 1914 Clayton Act victims to sue for antitrust pg 51-52

Ibid Benjamin Rush, health freedom Bastille of med science pg 53

=original full quote Seldes, The Great Quotes, pg 652

Ibid **Harry Rosenfeld**, atty for ACA, mysteriously followed behind Wilk on speaking tours **putting out the fire** on resolution to sue the AMA pg 55

Ibid Rosenfeld wanted to placate AMA, scared, sleeping giant pg 56

Ibid Wilk too controversial for NC convention pg 58

Ibid Collin Haynie DC, coma SA w/ neurologist permission 2 hrs, 3/1960 pg 59

Ibid Congress of Chiropractic State Associations lawyers balk pg 61

Ibid **which madder DC assoc trembling in fear or** AMA, pivotal moment, pg 66

Ibid envelope 50 AMA clippings Sore Throat pg 67

Ibid sent evidence all over, reporters, congressmen, AMA panicked, hired detective agency to find Sore Throat pg 67

Ibid ST call, he gave up on ACA and Rosenfeld, hated what AMA did pg 68

Ibid ST makes calls to chi leaders using different pay phones from DC, never using same phone twice, pg 68

Ibid Jim Parker 2K attendees listened to altered voice of ST tell tale, at end Parker was a limp rag, not pushing! pg 69-70

Ibid ST "done all I can. On your own" discouraged, frustrated late '75 pg 70

Ibid Prof. Paul Slater Northwestern U "stupidity of AMA writing plans equaled by stupidity of DCs if they do nothing about it" pg 72

Ibid George McAndrews accepts despite financial liability & only ICA pg 74

Ibid father's story asthma, house calls 3 am bc patient didn't want neighbors to know using chiro, country club rejection for DC, depress early death pg 75

Ibid Sore Throat warns AMA shredding files, suit launches 3/1976 pg 77

Ibid ICA mass mailing, AMA shocked suit w/out ACA support pg 77

Ibid money pours in, DC's daughter taunted in school quack, lady DC hosp denied x-rays pts traveling 60 miles to DCs ofc, fighting mad pg 78


!Kleynhans A, Complications of and Contraindications to Spinal Manipulative Therapy, *Modern Developments in the Principles and Practice of Chiropractic,* ed. Haldeman S, Appleton Century Crofts, pg 360 NO chiro pediatric incidents for 34 yrs?

Rockefeller Medicine Men: Medicine & Capitalism in America, Richard Brown, 1979, University of California Press, pg 2 Medicare Medicaid fueled expansion and profiteering

Ibid pg 6-8 AMA huge growth of MD wealth 1910-1930

Ibid pg 6-8 squeezed for fewer doctors

Ibid pg 5 only from upper and middle classes

Ibid pg 6 **5.5x times normal full-time earnings**

Ibid pg 6 doctors struggle against many other groups wanting rational system

Ibid pg 7 insurance stabilized income allowing huge expansion

Ibid pg 8 **expanding tech raised prestige and became raisin detre of hospital**s

Ibid pg 8 **foundations $300M from 1900-1930 principle expansion, then WWII many billions from US govt**

Ibid pg 8, pg 10 **expansion and control only bc twinned with interests of corporate class**

Ibid pg 10 **tech prestige helped hide humanistic ignominy**

Ibid pg 10 embraced med as **ideological weapon for wealth**

Ibid pg 11 **tech prestige required huge public sums** the public got no return for

Ibid pg 11 by 1929 General Education Board of Rockefeller Found had put $78M into med schools to force compliance with AMA vision

Ibid pg 14 new managerial class to run operation

Ibid pg 14 foundations chief instruments for forcing institutional compliance

Ibid pg 14 union philanthropy, professional-managerial stratum & university & science birthed the modern med model

Ibid pg 15 Civil War springboard to rail exp and national industrialization

Ibid pg 18 even Rockefeller and Marxists agree you can't give it away, charity must involve people

= John D. Rockefeller, *Random Reminiscences of Men and Events*, (New York: Doubleday, Page & Co., 1909), pg 141-142.

Ibid pg 19, Mark Hanna, Cleveland industrialist, led centralization of interests against populist rise w/ McKinley election 1896, launched modern system of centralized, costly political campaigns

Ibid pg 19 creating and controlling regulatory agencies

Ibid pg 21 Ben Franklin drive poor out of poverty, not comfortable in it

Ibid pg 21 US charity founded on London Charity Organization Society, 1869xxx


Education/American Decline

Time magazine, August 27, 2024, "What If Ultra-Processed Food Aren't as Bad as You Think?" Gives you energy, makes you happy, cheaper, easier

New York nyc subway stores empty, dead, crime, accessed 8/8/2024, https://noticethenews.com/todaysnews/every-nyc-subway-store-is-closing-over-crime/

https://www.nytimes.com/2024/06/15/opinion/progressives-california-portland.html. New York Times, Opinion, Nicholas Kristof, June 15, 2024, a liberal says liberals ruining California and cities

New York $2M home, squatter, Mar 1, 2024. https://www.msn.com/en-us/money/realestate/queens-couple-buys-2m-dream-home-to-care-for-disabled-son-only-to-find-squatter-living-inside/ar-BB1j6jO7.

"Common good before individual good" A Hitler, February, 1920, 25-Point Program of the National Socialist German Workers Party, (Nazi), Point 25: "Gemeinnutz vor Eigennutz", accessed 8/10/2024. https://archive.is/H7ZI

Nightmare if illegals learn housing laws.

Leading Report, X, June 25th, 2024, court

Texas Democrat representative, police say, creates years-long stream of fake racist screeds supposedly aimed at him, Laura Ingram, June 17, 2024, min 43

Cori Bush in her autobiography and in CNN interview claims she has miraculous powers to heal diffuse cancers with a single touch and to cure paralyzed and brain bleed 3-year olds by commanding them to heal, Chris Plante, The Right Squad, June 17, 2024, CNN video clip min 50

https://www.dailysignal.com/2024/01/18/i-live-in-new-york-heres-how-i-see-the-citys-escalating-illegal-immigration-crisis/?utm_source=TDS_Email&utm_medium=email&utm_campaign=Top5&mkt_tok=ODI0LU1IVC0zMDQAAAGQ5YOleePC88roAkm9kyTHI9M4J9BZjnXekoARypM9WSE7kASZ7ANLHshSaKYoxSt0I-6E6akf_hu4EkUGQIoIlx9uOwjOb8HcfDfe3NXawDgW_I3PYw

Sept 21, 2023 https://www.nationalreview.com/corner/study-mental-health-degeneration-in-34-percent-of-children-after-puberty-blocking/?utm_source=recirc-desktop&utm_medium=article&utm_campaign=river&utm_content=more-in-tag&utm_term=first

2022 US IPOs lowest in 32 year low due to inflation and gutting of the economy crushing stock market prices. Down 88% from 2021. https://www.axios.com/ 2022/12/15/us-ipo-32-year-low*

Gavin Newsome - raised California minimum wage to $20 saying "It will save the fast food industry," but he gave a total carve out in the law to Paneira, owned by an old friend big donor—1) corrupt and 2) why spare them if a $20 min wage will save the industry.

Neil Gaiman, author, "All we have is our senses—if they lie to us then nothing is to be trusted."

Yale and Dartmouth are bringing back. The SATs those thousands of colleges are not stil, https://apple.news/AwlZkhCIKSZebB09P6Cf3KQ

Employers Rethink Need For College Degrees In Tight Labor Market, Austen Hufford, The Wall Street Journal, November 26, 2022, high-paying jobs*

Sam Brinton  creepy bag-stealing DOE head*
  https://www.dailysignal.com/2022/12/12/psychotherapist-i-warned-sam-brinton-non-binary-biden-official-no-one-listened/?utm_source=TDS_Email&utm_medium=email&utm_campaign=Top5&mkt_tok=ODI0LU1IVC0zMDQAAAGIuqrPLcdli4lcNnMc1oiBvbLSxNjfT80Hx_5Isdb_8DchNmCcqZ7Nk92AzwBqsremHuYexURQ2I5dp8b_wYQjM5RjKIdCMT1EU3GQimvW4tP5CCc6

World University Rankings Editor for The Wall Street Journal, Phil Baty, October 12th, 2022, America can no longer take for granted its dominance in education, higher education and research, China will overtake in the coming years."* [Foundation of education is order and discipline that liberals discourage—Communism blame Disorder on Order, and that is not the case. Disorder is its own special entity that exists only to highlight the existence of perfection.]

Jonathan Medved, themedialine, 8/10/2022, Felice Friedson, 'Israel Is a Startup World Power' as Tech Innovation Transforms the World, Jonathan Medved Tells TML*

Popular Culture plus:

https://www.ajc.com/pulse/tattoos-may-raise-risk-of-blood-cancer-study-finds/I3BKXKOL6FFDPCI62BFIAPGVD4, tattoos, lymphoma, blood cancer

https://qoshe.com/new-statesman/jill-filipovic/-pro-family-rhetoric-and-its-fascist-resonances/173760154, liberals believe family and friends stem from Nazi roots

Silk Stockings, 1957, Fred Astaire, Cyd Charisse, Russian woman spy in Paris falls for American and says I can't be happy because it is treason, and I can't marry you because my government would not permit it. And, like Chambers said, probably hunt her down and kill her.

Toklas Hashish Fudge - The Alice B. Toklas Cookbook, 1954, Harper & Brothers, in British edition left out of American until second edition, and became 1960s cult classic.*

Gertrude Stein Book,
Picasso loved Katzenjammer Kids cartoons - G Stein brings him bundle of US funny papers, The Autobiography of Alice B. Toklas, Gertrude Stein, Vintage Books Edition, 1993, pg 23,
"Alice Princet, faithful to him in the fashion of Montmartre, stuck with him sickness and health but amused herself along the way, Ibid pg 24*
You could tell the painting was finished bc it had a frame, Ibid pg 34*


Int J Mol Sci. 2021 Mar; 22(5): 2545. Published online 2021 Mar 3. Bio molecular Basis of Cellular Consciousness via Subcellular Nanobrains, Frantisek Baluska, Arthur Reber - cells are thoroughly conscious and probably collectively form the basis of consciousness*+

Happiness - March 22, 2019, Christopher Ingraham, *The Washington Post,* "Americans are getting more miserable, and there's data to prove it," citing data from the World Happiness Report and the General Social Survey.*+

Tucker Carlson, October 24th, 2022, minute 29, Congressional Black Caucus endorses white Indiana congressional candidate over black R, Jennifer-Ruth Green*


Igor Shafarevich, mathematician, author, The Socialist Phenomenon

The Best Times, An Informal Memoir, John Dos Passos, Wilson's election means departure from Constitution, paternalism regulating interfering all private and domestic business, 36

Ibid, conscription a betrayal, Russians were socialists, socialists wanted to stop the butchery, Gene Debs, Max Eastman, Bob LaFollette heroes, "a contagion . . . like the flu."

Ibid, Dos Passos told friends he thought US, France and Britain keeping up the war only to stop the Socialist revolution, 52

Ibid, driving ambulance deluxe way of seeing the war, with a dry place to sleep in the ambulance, 56

Ibid, "Harvard snobbery", 56

Ibid, "magnificent spectacle of air raids," 57

Ibid, "more ennui than action in war," 61

Ibid, "Like many callow youths I made a point of irreligion in college." 62

Ibid, peeping through sandbags at masterpieces in the Arena Chapel, 62

Ibid, jotting down notes on "anatomy of fear" 64

Ibid, visit to Pompeii "not a visitor or guide in sight" 66

Ibid, Cummings and Slater Brown mysteriously arrested and C's father had to shake up Wash DC to get him released, 67

Ibid, "Much as I enjoyed Italy I insisted that Spain was my meat." 68

Ibid, Paris magnificent spring 1918, airplanes or zeppelins air raiding every clear night and Big Bertha pounding by day, 69

Ibid, Big Bertha a joke, browsing the Paris bookstalls shell hit the Seine and fisherman set to boats to gather up stunned fish, 69

Ibid, bucketful of amputated arms and legs from operating room, 70

Ibid, "pacifist ambulance driver headed home in disgrace," 71

Ibid, camp in Allentown PA, "syphilis alley" to the troops, 71

Ibid, saved from flu by a bottle of rum bought from a grubby sergeant pimping for women in a sandpit outside camp, 74

Ibid, Paris Capitol of the world spring of 1919 Peace Conference, 76

Ibid, Griffin Barry full of Mabel Dodge's Greenwich Village salon "free love" talk of 1919, 77

Ibid, several hundred dollars needed up front to publish novel by unknown soldier, Bonnie & Liveright, 77

Ibid, "From beggar to grandee Spaniards carried their burdens with style."81

Ibid, Cummings "geysers of talk" "fits of poetic fury like the maenadic seizures described in Greek lyrics." 82, "none of us wanted to waste time at the theater if there was a chance of Cummings going off like a stack of Roman candles after dinner." 83

Ibid, British printer refused to run One Man's Initiation until cleaned up the language, sixty-three copies in six months, that's how soldiers talk, don't die for 4-letter words, 85

Ibid, Cummings last of the great New Englanders, 86

Ibid, Cummins received advance copy of *The Enormous Room* and panicked typically at all the errors and misprints, manifesto to publisher B&L

Ibid, Pera Palace Hotel in Constantinople where impoverished Russian nobles pawned family heirlooms, 90-91

Ibid, Americans had to leave passports at embassy to enter Russia and Bolsheviks stole them for their spies, 92

Ibid, revolution freed men from the tyranny of things, took DP many years to learn a man who loses his property loses his freedom too, 93

Ibid, "first enthusiasm for the communist experiment," everyone in 1921 Russia talking about how society should be a hive of bees, 93

Ibid, "In the summer of 1921 it would have been hard to find a war veteran who wouldn't have endorsed that program." 93

Ibid, In Tiflis, famine, terror, twenty people dying each day from cholera and twice that many from typhus—rooftop dinner with officers, qualm over the quality of food and liquor while Soviet soldiers below fainted from hunger, ragged civilians barefoot, "counter-revolutionaries" bayonet point into alleys looking no different than anyone else, "War is war," Paxton Hibben said, 93

Ibid, train had a "propaganda car" 94

Ibid, famine everywhere, starvation, cholera, typhus, stinking corpses, refugees everywhere, where bound? Nobody knows, woman dies and left beside tracks, everyone hungry, "I have an egg." plenty of food next door in Persia, 95-96

Ibid, "Without America we would die," woman on train admits, 96

Ibid, Persia unimaginably pleasanter and more secure, 96

Ibid, terror all over the place in Russia in the '20s, pg 192-193

Ibid, no terror like Russian terror not even the Chinese, pg 192

Ibid, not scary cause you can get out, pg 193

Ibid, by 1929 *The New Masses* taking over experimental Off Broadway, pg 193

Ibid, Hem Gulf fishing *much* better than last year (cycles) pg 194


George Washington's father asked if he'd chopped down a cherry tree, young George responded: "I cannot tell a lie." The story was actually a fabrication that had its roots in Mason Locke Weems's 1800 book The Life and Memorable Actions of George Washington.


Whitaker

Whitaker Chambers, Witness, Regnery History, 1952, 25 "If you give us Chambers, (Miss Grace Hutchins talking to brother in law), the party will guarantee the safety of

your sister and the children, . . . If he does not show up, he will be killed." the "simple audacity," "the party offers something it has no intention of giving

Ibid, 29, "implacable enemy . . . Deep anger in me . . . Threat at my wife and children."

Ibid, 22 "Communist new man in history—thinking commando, surprise in striking"

Ibid, 19, On "Paul" secret Commie agent, real name Maxim Lieber, literary agent to stars, office 5th Ave., rich farm Bucks County that played a part as well,

Ibid 18, highly secretive, "what a man does not know he cannot tell"

Ibid 17, extreme paranoia around criticizing Party or superiors, and Alger Hiss soft soaping Stalin's genocide as "playing for keeps"

Ibid 17, paranoia, WC covering tracks in escape using black mover who would 'play dumb' with white interrogators

Ibid 17, military discipline, not punctual cardinal sin

Ibid 17, couldn't afford phone, "apparatus ordered one" only calls from Cs

Ibid 16, mistake of C defectors shared their thoughts and fears, got them all killed

Ibid 16, top government people Alger Hiss, Harry Dexter White

Ibid 15, dogged determinism hunt down traitors, scrambling purchase of car to another town outside Baltimore to hide tracks from Cs.

Ibid 15, by working for the cult, he lost his identity, could recover it letting Party get him a job in Govt under his own, real name and get back his identity to make a break, 1938

Ibid 15-16, easy for job, worked National Research Project under George Silverman and Railroad Retirement Board, heads of which *all* Cs

Ibid 14, handler, Col. Bykov, lean tight into him feeling for gun or knife

Ibid 14, large sums cash from Bykov to Hiss and others

Ibid 13, so poor, got car "wings" for escape, Cs no care re conditions family

Ibid 12, ruthlessly paranoid, threat of death, meeting in movie houses

Ibid 11, 1938 "year of long knives" (in other countries in peacetime!) many traitors killed by GPU as Stalin consolidated power, no time for artistry.

Ibid 11, more chilling since no info to know what was happening (on top)

Ibid 11, race to murder before fugitive reaches police

Ibid 10, moved not by money but grave desire for power

Ibid 10, incurable romantic conflict in terms with Cs—deep faith in this being only way to fix the world

Ibid 10, Marx's "dissolution from within" reaches point where small part of ruling class join revolution, and they are, Marx says, middle-class intellectuals;

Ibid 10, when this happens "late in the night of history" WC. "Security shatters bc men trusted with keys and locks are the conspirators"

Ibid 10, "such a concentration of power" inside a foreign govt, deserter is a huge threat, in order to stay hidden (secrecy everything)

Ibid 9, no sound govt can tolerate or withstand this huge espionage and treason

Ibid 9, "mood of revolution" so advanced Cs could almost openly recruit scores of young middle-class intellectual men

Ibid 8, top of CPUSA was J. Peters (Alexander Goldberger), Hungarian illegally in the US

Ibid 9, "Even in Weimar Germany we did not have what we have here" (in US), quoting Alexander Goldberger

Ibid 8, "effectiveness, not numbers, is true measure of infiltration"

Ibid 8, still, C "penetration was numerically great"

Ibid 8, (Peters) the type no humor, innately distrustful secretive

Ibid 8, "sleeper apparatus" of top officials who would not do espionage, their job was to lay low until they exploded in wartime, multiple

Ibid 7-8, third underground apparatus, high govt officials, chiefly W.P.A.

Ibid 7, 60-70 underground apparatuses, Lee Pressman testified under oath, Harold Ware group (famous C), Dept Agriculture, DOJ, Interior, National Labor Relations Board, Agricultural Adjustment Administration, Railroad Retirement Board, National Research Project, State Department, C.I.O. Union of Federal Employees, and others.

Ibid 6-7, Cs "great believers in bulk" redundancy part of paranoia and determination to ruin you; C call "principle of parallel apparatuses", block you in, smother and surround

Ibid 5, Hiss at State, asst to Assistant Sec State, Francis Sayre, son in law Woodrow Wilson; no.2 at State, Henry Julian Wadleigh (Trade Agreement Division), CPUSA ordered him to Agg; H D White at Treasury, Asst to Secretary at Treasury, Henry Morgenthau; Vincent Reno mathematician at Aberdeen Proving Ground working on bombsight, under Elizabeth Bentley's apparatus; Abel Gross Bureau of Standards.

Ibid 4, confidential information, microfilm, photographers, couriers, workshops in homes, meetings, cash, arms

Ibid 5, WC only man who knew them all.

Ibid 2, Cs bound by "semi-military discipline", voluntary "straightjacket"

Ibid 2, all share emotional solidarity in slogan "There is no fortress the Bolsheviks cannot take."

Ibid 3, discipline effective bc self-imposed.

Ibid 2, WC to wife, "Leaving winning world for losing world."

Ibid 2, decision all men see, to live free rather than under C.

Ibid 2, this discipline is the pride of the C.

Ibid 2, able to take down objectives many times their size.

Ibid 2, WC contact vast DC network and NYC, Col. Boris Bykov Officer Fourth Section (military intelligence) Red Army, G.P.U. Secret Police.

Ibid 3, never told never asked.

Ibid 3, unusual pride, esprit d'corp

Ibid 3, "Peter" nothing more, first name pseudonyms for tight security, often several names to confuse, long European custom

Ibid 1, "When we dead awaken . . . " from Ibsen

Ibid 1, "abandoned the world" in 1925.

ibid 6, highly placed, devoted and dangerous

Ibid, 6, head of experimental lab big steel co., ballistics War Department

Ibid 6, Hede Messing headed DC group, wife of Gerhardt Eisler, C International's rep to CPUSA, and Noel Field, high in State Department, his wife, brother and adopted daughter all disappeared in Russia after Hiss

Ibid introduction, Golgotha, the place of skulls

Ibid, introduction xlix, lined up against WC much hostile press (in 1952!) and important men

Ibid, introduction xlix, "It was that death of the will that Communism, with great cunning, tries to introduce in its victim" WC

Ibid, introduction xlviii, "you experience two of the most wonderful things men ever know—the wonder of life and the wonder of the universe . . . the reverence and awe have died out of the modern world and replaced by man's monkeylike amazement at his own cleverness [paraphrase].

Ibid introduction xlvii, WC writing with revolver on the table

Ibid introduction xlvi, economics not the central problem of this century, faith is the central problem

Ibid introduction xlv, Communism is what happens when in the name of Mind men free themselves from God

Ibid introduction xlv, looking at daughter's ear, universal design could *not* be chance, the Communist view

Ibid introduction xlv, if Party senses weakness (of believing in something greater than man, logic, politics, of history, of economics, they use peculiar cunning to degrade, humiliate, condemn, destroy, expel

Ibid introduction xlv, Sensing lack of commitment, always treating it; but if you don't tell them and bolt then turns on it savagely.

Ibid introduction xlv, discover C not what a they thought it was, break and turn on it with rage of an honest dupe, given part of their life to a swindle.

Ibid introduction xlii, closing their eyes to crimes and horrors inseparable from the practical politics, appalled what they have aided and abetted.

Ibid introduction xlii, Man without God is the most intelligent of animals

Ibid introduction xliii, Devil in Goethe's *Faust*, "Man calls it reason and uses it simply to be more beastly than any beast."

Ibid introduction xli, "jolting zigzags" of C politics

Ibid introduction xli, only a handful ever truly leave C

Ibid introduction xl, C party call itself most revolutionary party in history

Ibid introduction xxxix, rest of the world lost the power to hold convictions

WALLS-KAUFMANN - 420

Ibid introduction xxxix, Under the Tree of the Knowledge of Good and Evil "Ye shall be as gods."

Ibid introduction xxxix, Replacing God as sole creative intelligence

Ibid introduction xxxix, Denying God

Ibid introduction xxxix, "bloody meaninglessness of man's history" "reducing meaningless chaos of nature" "rational will to order, abundance, security, peace. A materialism. Crisis in which C flourishes." "The vision shared by millions not Cs which is its secret strength."

Ibid introduction xxxviii, began as "muttering of political outcasts"

Ibid introduction xxxviii, "horrors on a scale unparalleled in history, still recruits thousands and holds millions,"

Ibid introduction xxxviii, Communism is the technique of the coup d'etat.

Ibid introduction xxxviii, Communists are bound together across all divisions by the simple conviction that they need to change the world.

Ibid introduction xxxvii, Chambers agrees Communism claims to be the solution but is actually just another symptom and irritant.

Ibid introduction xxxvii, Chambers says "the crisis" is impact of technology and science on us, and the impact of our efforts to solve the crisis, Universal desperation, focus of the concentrated evil of our time.

Ibid introduction xxxvi, Eugen Levine, 1919, captured, sentenced to death: His response, "We Communists are always under sentence of death." [Except in America, and that was part of our problem, but the biggest problem was lack of education].

Ibid introduction xxxv, hero, a Pole, Felix Djerinsky, Paviak Prison, Warsaw, insisted clean latrines because most "developed" C must give example to the less developed

Ibid introduction xxxiv, soul awakes and seeks to free itself from crime, violence, infamy, even at cost of life.

Ibid introduction xxxiii-xxxiv, two faiths on trial, Freedom Communism*

Ibid Forward to the 1984 Edition, xxvii, Milton Hindus, "The malevolence of the "liberal" response to Chambers thirty years ago had to be seen to be believed. . . "*

Ibid, A Masterpiece at Fifty, xxii, Robert D. Novak, "The great effort of this new Right," said novelist Mary McCarthy in a private letter, "is to get itself accepted as a *normal* part of publishing." This effort "must be scotched, if its not already too late."*

Ibid, "what forces disastrous to the nation" were at work in Hiss case, while the "best people" supported Hiss.*


Psychosis - "psychosis" National Institutes of Mental Health (NIMH) "conditions that affect the mind, where there has been some loss of contact with reality."*

PBS, Antiques Roadshow, man with running horse statue tells of his father in Japanese Occupation in Hiroshima hurrying with army task force to break into Japanese banks to rescue gold bullion and cash before looters got to it in order to help prop up Japanese government, minute 40:00*

Tucker Carlson, October 17th, California Gov. Gavin Newsome passes law forbidding doctors from spreading "misinformation" about the virulence of Covid, the harmful effects of the Covid vaccine or any points about the uselessness of the vaccine.*

Fauci, "turning point" when MIC, with AIDS under Fauci, and with Gay Mafia, became truly mercenary and began actually punishing scientists for being scientists. Reporter Celia Farber, expert on AIDS wars, gave 2 pages of comments describing Fauci weaponizing NIH, NIAID with media and gay mafia, The Real Anthony Fauci, Robert Kennedy Jr., interview Celia Farber, pgs 134-135. *

Personal interview with top official at Customs and Border Patrol, depressed and discouraged with politicization of agency, lack of effort of department employees wanting to stay home and continue to get paid and underperforming and their salaries, hardcore D discouraged with Biden, doesn't want to be identified because of punitive*

MIC corruption, specifically using NIH funds for cancer drugs rather than holistic - Torsten Engelbrecht, Claus Kohnlein, et al., "Virus Mania: How the Medical Industry Continually Invents Epidemics, Making Billions at our Expense" (Books onDemand 3rd ed, 2021),  98.*
Engelbrecht et al., op.cit., 24.*

mRNA cancer and brain risks - https://live.childrenshealthdefense.org/chd-tv/shows/doctors-and-scientists-with-brian-hooker-phd/new-vaxxed-v-unvaxxed-paper-with-russell-blaylock-md--james-lyonsweiler-phd/*


Propaganda Plus -

The "Right" versus Left — Leftists, Marxists, Socialists never got along and always slandered Leftist opponents as "Right" and "Fascists" and murdered and imprisoned them. D Parker, American Thinker, https://www.americanthinker.com/blog/2023/12/another_leftist_lie_bites_the_dust.html

Milanda Rout, "Vioxx Maker Merck and Co Drew Up Doctor Hit List," April 1, 20009 ,www.theaustralian.com.AU/News/drug-company-drew-up-doctor-hit-list/ story-e6frgn6n6-1225693586492.

'Pure Junk Science': researchers challenge narrative on CO2 and warming correlation, the epic times, Katie Spence, February 20, 2024

https://www.sciencedirect.com/science/article/pii/S2666496823000456, Climatic consequences of the process of saturation of radiation absorption in gases, Jan Kubicki, Krzysztof Kopczyński, Applications in Engineering Science, Volume 17, March 2024, global warming hoax

https://notrickszone.com/2024/06/02/half-of-german-e-car-buyers-regret-their-purchase-or-lease/. Half EV buyers regret purchase. Reason, rising electricity costs

"Institutional Racism" term "systemic racism" 1967 Carmichael, Stokely; Hamilton, Charles V. (1967). *Black Power: Politics of Liberation* (November 1992 ed.). New York City: Vintage Books. p. 4. ISBN 978-0679743132.

https://apple.news/ABmJYD9LNShqcy6XE2F0piw. NPR punishes its whistle blower blower, who wrote the story about NPR's incredible journalistic and editorial bias.

—March 9, 2023, Simon Ateba, Today News Africa, White House Correspondent's Association (tied to NPR) pulls his membership so that he cannot ask uncomfortable questions at White House press briefings

https://www.newsmax.com/newsfront/rasmussen-poll-biden/2023/06/29/id/ 1125364/ 72% Rs, 31% Ds, 45% Is no wat Biden got 81M votes, 49% total

Megan Kelly Show, July 5 2024, Sirius, X, Megan Kelly takedown of George Stephanopoulus hypcrisy with War Room movie killing off and threatening Bill Clinton and Hillary Clinton rape and assault allegations then turning around to condemn "shaming" of Trump accusers.

—Don't get too attached to your own ideas, lest you get reluctant to reject them even in the face of evidence to the contrary. Carl Sagan's fifth point in Bologna Detection Kit https://rationalwiki.org/wiki/The_Fine_Art_of_Baloney_Detection
—If you can't test your theory, its probably crap. Maddox, How to tell if you believe in bullshit, uploaded by Maddox to rationalwiki.org on February 12, 2016

—"The amount of energy necessary to refute bullshit is an order of magnitude higher than to produce it." Alberto Brandolini, from Tim Farley (9:05 AM - 29 May 2014) *Twitter* (archived from July 20, 2019), accessed December 4, 2022.*

—Overriding Theme Rebuttal (for Gish Gallup) "Endgame Summary"

How propaganda works, https://expose-news.com/2023/01/02/how-propaganda-works-why-so-many-have-fallen-for-it/

Big name doc admits huge Covid over counting:
https://apple.news/AjKLmKK7eT4K3dgiJ3zvGZQ accessed Jan 14, 2023

Climate change is cause of all that's bad - https://expose-news.com/2023/01/07/climate-change-is-the-root-of-health-crises/?cmid=fe5e7604-f777-4174-b663-821f18df3906

Nuclear - https://www.nationalreview.com/2022/11/the-naive-case-against-nuclear-power/?utm_source=Sailthru&utm_medium=email&utm_campaign=NR Daily Monday through Friday 2022-11-22&utm_term=NRDaily-Smart

Carl Sagan, "Cutting off fundamental, curiosity-driven research is like eating the seed corn." The Reality Check, Haavik H, Haavik Research, Kindle Direct Publishing, 2019, pg 65,

State Terror Plus

The New Yorker, Is it Time to Torch the Constitution, September 23, 2024, Louis Menand, self explanatory

John Kerry complains censorship of internet desperately needed because society unmanageable without it. October 5, 2024.
https://substack.com/app-link/post?publication_id=1329260&post_id=149794616&utm_source=post-email-title&utm_campaign=email-post-title&isFreemail=true&r=1q1kzt&token=eyJ1c2VyX2lkIjoxMDQyMTAwNTcsInBvc3RfaWQiOjE0OTc5NDYxNiwiaWF0IjoxNzI4MDQzMTczLCJleHAiOjE3MzA2MzUxNzMsImlzcyI6InB1Yi0xMzI5MjYwIiwic3ViIjoicG9zdC1yZWFjdGlvbiJ9.BdSqcYbq_QU6krwsV0QaoovYsqP7n-Fhntde0j2wDqU

WALLS-KAUFMANN - 424

The sad Soviet fate of hero Raoul Wallenberg disappeared by Stalin for no reason into Soviet gulags to die in obscurity maybe in 1982? https://wallenberg.umich.edu/raoul-wallenberg/the-story-of-raoul-wallenberg/disappearance-and-unknown-fate. Accessed September 20, 2024.

The Washington Post, Metro, July 27, 2024, Charges dropped for 11 at protests, Hermann P, Alexander K, B1. Netanyahu visit sparks violent destructive protests and riots leading to extensive costly damage to Union Station and violent assaults on police with arrests and all protestsers but 2 released, police talk of being overwhelmed and would have arrested many more had they the manpower.

https://bmjpublichealth.bmj.com/content/2/1/e000282?rss=1#abstract-1. BMJ Public Health, Netherlands analysis 3M worldwide excess deaths since Covid vax rollout. June 3, 2024. Excess mortality across countries in the Western World since the COVID-19 pandemic: 'Our World in Data' estimates of January 2020 to December 2022.

The Farce Feed, NYC Covid Czar Slams P. Diddy Sex Parties as "Lame and Boring" Compared to His, 'His "Freak Offs" had nothing on ours during the pandemic," bragged Dr. Jay Varma in a public statement, September 23, 2024, Substack, accessed September 25, 1:00 am. Varma headed NYC's draconian COVID response for Mayor DeBlasio, New Yorkers outraged

https://thevaccinereaction.org/2024/06/tedros-must-face-reality, brownstone institute, David Bell, Senior Scholar at Brownstone Institute, June 3, 2024. Indicts WHO policies and public health policy now aimed at control and profit rather than world health

!https://san.com/opinions/scott-rasmussens-surveys-reveal-scary-statistics-about-elites/. Newt Gingrich reports Rasmussen poll where 67% of Washington elites say they would happily steal an election to coerce the US to do what they think needs to be done bc they are smarter and better educated.

https://merylnass.substack.com/, Dr Meryl Nass April 12 2024, how the WHO helped lead us by the nose into Covid overreach starting in the Clinton administration

Laura Ingram, June 10, 2024, Extensive list of conflicts where June 10 Lafayette Park anti-Semitic pro-Hamas terror protesters deface memorial and commit multiple assaults and batteries on MPD and Park Police on 2 hours of video, but no one is prosecuting them while they are J6, and no outcries from Dems, no media coverage, no response at all from FBI or DOJ.

Pelosi sneers at Populists, calls them in contempt, https://apple.news/AOyo1L_CuQ6C9vlNwUvUrLg

S. Matthew Liao 2017 TED talk, (Prof of Bioethics!) admits tie to IQ/cognition and lower birth rates (yet they want to kill the top quintile). The Expose, 10/19/23, by Rhoda Wilson

https://apple.news/A-1oYH02ITY-uCERw4zIjiw, anti-Israel protesters, Columbia, get training from old radical groups - "important to settle disputes internally, unified front"

https://www.dailymail.co.uk/news/article-13298587/anthony-fauci-aide-covid-19-origins-emails-whistleblower.html. 'Bombshell emails show a top Fauci aide used his personal Gmail to 'intentionally' HIDE discussions about COVID origins... and would delete anything 'incriminating' ' Daily Mail, Raasch M. April 16, 2024, Fauci aid brags re deleting Covid emails prior to FOIA requests to avoid discoverym

https://www.telegraph.co.uk/news/2024/02/27/mhra-covid-vaccine-side-effects-mps-all-party-parliamentary/. British government officials knew of clotting bc issues and suppressed info, MPs demand info, official resigns

Non-citizen Chinese immigrant is sworn in on San Francisco's Election Commission Melissa Koenig | New York Post | 2-21-24.

Everything we know dark about the Left is true: https://link.springer.com/article/10.1007/s12144-023-04463-x , Understanding left-wing authoritarianism: Relations to the dark personality traits, altruism, and social justice commitment, Current Psychology, May 2023, Krispenz A, Bertrams A

!Federal Officials Trade Stock in Companies Their Agencies Oversee, *The Wall Street Journal,* by Rebecca Ballhaus, Oct. 23, 2022, hidden docs reveal massive corruption in thousands of executive branch officials trading companies they directly regulate

Project veritas wins then loses overturn Oregon law blocking undercover video exposing govt corruption. Retrieved May 14, 2024, https://m.youtube.com/watch?v=w-miz8nK1iI.

On 27 February 2024, the joint House Committees on Public Order and Safety and on Human Rights began its investigation into the reported 297,000 "excess deaths" based on data from the Philippine Statistics Authority ("PSA").  The inquiry is chaired by Reps. Dan Fernandez for the Committee on Public Order and Safety and Bienvenido Abante Jr. for the Committee on Human

Rights. Republic of the Philippine, House of Representatives 19thCongress, Second Regular Session, February 27, 2024 Government Public Records,

!Tucker Carlson, Sunday May 7, 2023, comments on NSA intelligence state spying on members of congress, https://www.youtube.com/watch?v=loCIzLMjpwQ,

!Peter Schweizer, New York Post, has calculated the Biden family has taken in $30M in funds from foreign govts, Mark Levin, Sean Hannity, April 17, 2023, min 44

!Jan 6 investigation biggest ever by far, The Washington Post, Metro, Hsu, Barret, Sunday March 26, 2023

https://unherd.com/newsroom/the-trump-verdict-is-politics-by-other-means.   Great outline on prosecutorial misconduct on Trump, May 2024, Philadelphia Inquirer
!Man at Berkshire Hathaway shareholders meeting May 10, 2023, mentions how Bill Gates rode on Jeffrey Epstein's rape plane and got arrested and escorted from meeting, Jesse Watters, May 10, 2023, min 49

!New low for Hunter Biden: Fighting to prevent daughter with ex-lover from using his last name: "She will never sleep peacefully," Joe Biden long against deadbeat dads, snaps at reporters, accessed January 15, 2023 https://apple.news/AGQpEvYR0Qe2VKjIhKWgzcw

MP punished for anti vax - https://expose-news.com/2023/01/12/mp-who-spoke-out-has-whip-removed-2/
Study casts vax doubt - https://www.sciencedirect.com/science/article/pii/S0264410X22010283
More from 10/22 - https://www.sciencedirect.com/science/article/pii/S0264410X22010283

The Washington Post, January 6, 2022, Greg Jaffe, January 6th Rioter Confronts His Sins and His Fate, at least three Jan 6 protesters died by suicide, came home ostracized by family friends and fired from jobs

https://trendingpoliticsnews.com/breaking-elon-musk-exposes-adam-schiff-for-colluding-with-twitter/?utm_source=papa&utm_medium=twitter

Bret Bear Fox News, December 21, 2022, min 20, FBI paid Twitter over $3M for agreeing to suppress the Hunter Biden laptop story

WaPo, Mary Ilyushina, Sept 12, 4:30pm, Faced with war losses, Russian propagandists retreat to anger and patriotism.
. . . "the [Russian] media are ignoring the bad news [Ukraine, Sept 2022] until they get a directive," Galeotti said, adding that this "tends to be a sign that the state's control over the narrative is cracking."
Also from this article "Non-comrade" Nadezhdin, I urge you to watch your language," warned another [TV] guest, "military-approved language"
"facade to launder billions of dollars in aid to Kyiv"

*How to Fake Pandemics in 4 Easy Steps,* The Expose, Harrity P., February 4, 2024 - reminds us that old serious epidemics of flu, black plague, polio were amplified by ignorance and filth—remove filth, new age of higher immunity/lower immune burden.

https://thevaccinereaction.org/2022/12/parents-lose-custody-of-baby-after-refusing-transfusion-using-blood-from-covid-vaccinated-donors/

Weaponization of DOJ and election interference
https://www.nationalreview.com/2022/12/how-russiagate-was-used-to-justify-fbi-election-interference/?bypass_key=dVk4SkFJOFpKbjUwdmZmNHFvZUc4UT09OjpNWFJMU1ZWTFpVUTRlbkk1WlV0Mk5FZHhSRFZYZHowOQ==&utm_source=Sailthru&utm_medium=email&utm_campaign=NR Daily Saturday 2022-12-10&utm_term=NRDaily-Smart

Bakery owner speaks out after Oberlin College ordered to pay her $36 mill for false racial profiling claim, Read in Fox News: https://apple.news/AXrsNAZG-QWyfG6GaIwOx3g

Tucker Carlson Tonight, October 10th, 2022, minute 29, Dr. Joseph Ladapo, published a study of the vaccine causing 84% increased cardiac incident death among men aged 18 to 45, and Twitter took down the Tweet on the study*
1)  https://content.govdelivery.com/accounts/FLDOH/bulletins/3312697*  (Florida guides reflecting this policy)

Censor or else: Democratic lawmakers warn Facebook not to 'backslide' on censorship
Some of the greatest advocates of censorship in Congress are specifically warning Facebook not to follow Twitter in restoring free speech to its platform.
Read in Fox News: https://apple.news/AZybX-tHhSZG1S108vaR7Kw

DOJ official admits agency's targeted anti-establishment groups:

WALLS-KAUFMANN - 428

https://www.dailysignal.com/2022/12/12/doj-official-admits-targeting-pro-lifers-is-response-to-overturn-of-roe/?utm_source=TDS_Email&utm_medium=email&utm_campaign=Top5&mkt_tok=ODI0LU1IVC0zMDQAAAGIuqrPLQCBY1Npmrvkw2tzh1wZE36A90vCBray42_Hhd_IvbffDEsV9LXOY-xz16xA-dRo8-HrlhjMGlNXhZEbDbP9FfLxg-OT7Jy8xhSFqCUf5agC

John Gibson, pro life game developer, wrote brief tweet congratulating SCOTUS on decision and got hate bombed, fired, coined the term "social terrorism," destroyed me, depressed, suicidal, told wife "I don't want to live in a world this unjust." Tucker Carlson Nov 18, 2022, min 39

Shir-Raz, Y., Elisha, E., Martin, B. et al. *Censorship and Suppression of Covid-19 Heterodoxy: Tactics and Counter-Tactics*. Minerva (2022). https://doi.org/10.1007/s11024-022-09479-4 Doctor censorship - "In the effort to silence alternative voices, widespread use was made not only of censorship, but of tactics of suppression that damaged the reputations and careers of dissenting doctors and scientists, regardless of their academic or medical status and regardless of their stature prior to expressing a contrary position. In place of open and fair discussion, censorship and suppression of scientific dissent has deleterious and far-reaching implications for medicine, science, and public health."

Gays Against Groomers shut down for protesting the movie towards pedophilia, de-platformed and de-monitized, Jaimee Michell, founder, September 22, 2022
1) Gays Against Groomers says Venmo, PayPal shut down ...
https://www.foxbusiness.com
2)
'Gays Against Groomers' DEPLATFORMED From Google ..., accessed December 21, 2022

Balenciaga fashion, pedophilia promotion, CEO deals in art where kids are sexualized, Tucker Carlson, December 5 2022, min 46

Calm, Collected Egotism-Busting, Watch some personality disintegration and reintegration in real time, Koehli H., Feb 5, 2024, Political Ponerology Substack - the egos of teens make them particularly susceptible to manipulation (Lobaczewski, Andrew, Political Ponerology)

Workshop Session 9: Pathocracy, Political Ponerology Substack, February 4, 2024, (from Lobaczewski A., its foolish to accept the name of the ideology that the sociopaths give to their group, its all the same pattern, Lobaczewski A., pg 196-218.

WALLS-KAUFMANN - 429

Josh Denny comedian, targeted by Antifa 6x in 2022 bc he's pro life, shows shut down just with Antifa Tweets saying they will show up, https://www.joshdennycomedy.com

Elon Musk interview Babylon Bee addresses this terror against free speech, Netflix employees protest to shut down Dave Chappelle, Adam Corolla (Show) Oct 2021,
1) YouTube: Full Interview with Elon Musk Babylon Bee, accessed December 21, 2022

CNN Politics, Gabby Orr, Kristen Holmes, Updated 7:25 pm EDT, Sept 12, 2022, "Justice Department subpoenas more than 30 people in Trump's orbit in January 6 probe"

Kanye West, interview, Tucker Carlson Tonight, October 7th 2022, minute 17, the most influential music star with all this money and Hollywood would not let me publicly express my support for Trump, "think of your kids," minute 21, kids of the stars being indoctrinated in Hollywood schools to question parental/family authority, "imagine those kids when they're 16 or 26", minute 23, "our country is under attack by the most evil," **see below**

November 11, 2022, Tucker Carlson, minute 51, Harley Pasternak, trainer for Kanye West, engages in text exchange threatening if KW doesn't stay on plantation w/ Ds, and HP has many celebrity clients—and no one is covering the story

'Book Review: "Covid-19: The Great Reset" [Part 3, Societal Shifts]', Rhoda Wilson, Sept. 13, 2022, "Klaus (Schwab) & Co." book review by Critical Sway. . . Review contains long quotes on Great Reset, future, societal breakdown and government forcing the changes in spite of economic catastrophe and mass public resistance. Quotes from Schwab's "The Great Reset" available*

CBS National News, October 23rd, minute 7, old colleague of President Xi removed by stewards from his seat beside Xi while Xi and the entire Beijing Politburo gives the old gent not even eye conduct.

https://www.prageru.com/video/david-zucker-why-cant-hollywood-take-a-joke-a      n      y      m      o      r      e      ?
utm_source=Iterable&utm_medium=email&utm_campaign=campaign_5478371&= the left has no sense of humor

https://www.nationalreview.com/2022/11/at-uchicago-much-ado-about-whiteness/?
utm_source=Sailthru&utm_medium=email&utm_campaign=NR Daily Saturday 2022-11-19&utm_term=NRDaily-Smart

WALLS-KAUFMANN - 430

*The Washington Post*, November 22, 2023, Schwartzman P, Chilling times for a cool district - collapse of H St. corridor as city govt incompetence and naivity reigns

Ellen Degeneres gift, gives golden stroller, Barron Trump, https://www.scmp.com/magazines/style/celebrity/article/3119161/whats-most-extravagant-gift-barron-trump-has-received.


Mass Formation Psychosis -

CNET, Discredited 'mass formation psychosis' theory spreads COVID misinformation, The term is making the rounds online, but it isn't based on factual medical information. It's bunk. Oscar Gonzalez, Jan. 20, 2022
the idea of mass formation psychosis came from Mattias Desmet, a professor of clinical psychology at Ghent University in Belgium. On the Peak Prosperity YouTube channel in December, Desmet discussed how he came to the idea of mass formation and criticized pandemic measures such as lockdowns and wearing masks.
"From May 2020 onwards, I had the feeling that the core of the problem ... was not the biological problem. It was a psychological problem," Desmet said.
Desmet expanded on his theory in a Reddit AMA in August on r/lockdownskepticism, an anti-lockdown and COVID misinformation subreddit, citing a "lack of social bond" in society as an opportunity for a leader to get people to believe outlandish ideas, which is how he sees the pandemic lockdown measures that governments have employed.
Desmet also links mass formation to Nazi Germany and to Soviet Russia under Stalin's regime. Desmet says mass formation has been studied for hundreds of years, beginning with scholars such as Gustave LeBon.
1) Billionaire depopulation plans, David Wolfe tweet, @davidwolfe 2/24/23 4:47pm journalist records comments at WEF pic.twitter.com/JDafm8SFwG , accessed 3/12/2023
44) https://www.conservativewoman.co.uk/evil-agenda-behind-the-great-reset/ Accessed March 12, 2023

Shrinking wealth - 2022 US IPOs lowest in 32 year low due to inflation and gutting of the economy crushing stock market prices. Down 88% from 2021. https://www.axios.com/2022/12/15/us-ipo-32-year-low*

https://www.wsj.com/world/china/china-population-births-economy-one-child-c5b95901. Feb 12, 2024. China miscalculated its overpopulation problem; Cai Yong, sociologist, UNC Chapel Hill, !"once a generation of young people have made up their minds it is hard to change them."

Mao in 1950s urged China to have more babies, quickly doubling population. Our Man in China, Netflix, Season One, Episode 2, min 28:50.

https://apple.news/TLZKrjVHNQX6EU84bXaUU4w. Birth rates falling all over the world.
  https://www.msn.com/en-us/lifestyle/lifestyle-buzz/falling-birth-rates-are-freaking-countries-out-and-spawning-dubious-fixes-like-tax-breaks-cheaper-cars-and-free-surgery/ar-BB1o9KHU
https://www.bbc.com/news/health-53409521, " jaw, dropping fertility rates all over the world

Explain conversive thinking, dissociative thinking, ponerology - https://ponerology.substack.com/p/woke-logic-is-just-dissociative-thinking?utm_source=substack&utm_medium=email, accessed Jan 16, 2023
=Lobaczewski A, Political Ponerology: A Science on the Nature of Evil Adjusted for Political Purposes, Red Pill Press, 2007, 163
=Ibid, 60+

Salon, Student-Teacher Sex: When Is It Okay? Tracy Clark-Flory, November 20, 2010+

Harrison Koehli from Political Ponerology, Control through Calculated Ferocity, Chapter 4 of Karen Mitchell's thesis - the core attributes of the dark personality, September 11, 2024, accessed September 11, 2024. "The model that emerged from the thematic analysis is the persistent predatory personality. Mitchell justifies the name like this. "Persistent," because DPs cannot be "cured"; their sense of superiority precludes them from believing there is even anything wrong with them. "Predatory," because, like predatory animals, they are "very different to those of most other human beings"; "they seek out the vulnerable, weaken them, isolate them, and use their pain or discomfort for entertainment, often harming or destroying them, while staying hidden and blending into the environment when they can." And "personality," because the model describes a discernible cluster of attributes." These 20 attributes (Persistent Predatory Personality) break down into four conceptual groupings. Here's what they look like:

Fox News, author Fran Lebowitz calls on Biden to "Dissolve Supreme Court" before he leaves office in interview with "Real Time" host Bill Maher. September 30, 2024. This, in order for Democrats to push their agenda without push back.

Escaping Mass Psychosis, Winston Smith, September 28th, 2024, Karl Marx, Substack, review of Marx's life, education, failures with family finances, deaths of his children,

WALLS-KAUFMANN - 432

suicides of his children, loyalty of his wife, his ceaseless struggles writing *Capital*, telling summary of his psychopathy and ruthlessness in his circle by Mikhail Bakunin and his destruction of political rivals with slander, and Marx dying alone and not even believing in his own ideas anymore. Friedrich Engels his only friend and financial supporter. Marx inherited 160 pounds from uncle and squandered it on debauched tour of Germany for himself and not a penny to financially stabilize his family. Wife couldn't believe it.

## Medical Corruption Plus

1 Davis LC, Diianni AT et al. Undisclosed financial conflicts of interest in DSM-5-TR:  cross sectional analysis. *BMJ* Jan. 10, 2024; 384: e076902.
2 Cosgrove L. Diagnosing Conflict-of-Interest Disorder. American Association of University Professors November-December 2010.
3 Davis LC, Diianni AT et al. Undisclosed financial conflicts of interest in DSM-5-TR:  cross sectional analysis. *BMJ* Jan. 10, 2024; 384: e076902.
4 Ibid.
5 Ibid.
6 Ibid.
7 ABC News. DSM-5 Criticized for Financial Conflicts of Interest. Mar. 13, 2012.
8 Ibid.
9 Cosgrove L. Financial conflicts of interest in the DSM—a persistent problem. *BMJ* Jan. 10, 2024; 384: q36.
10 Ibid.
11 Cosgrove L, Krimsky S. Tripartite Conflicts of Interest and HIgh Stakes Patent Extension in the DSM-5.  *Psychotherapy and Psychosomatics* Mar. 21, 2014; 83(2): 106-113.
12 Cacciatore J, Frances A. DSM-5-R turns normal grief into a mental disorder. *The Lancet Psychiatry* July 2022; 9(7).
13 Global Market Insights. "Psychotropic Drug Market Size". July 2023.
14 Terlizzi E, Zablotsky B. "Mental Health Treatment Among Adults:  United States, 2019". U.S. Centers for Disease Control and Prevention September 2020.
15 Cosgrove L, Krimsky S. Tripartite Conflicts of Interest and High Stakes Patent Extension in the DSM-5. *Psychotherapy and Psychosomatics* Mar. 21, 2014; 83(2): 106-113.

Dr Suzanne Humphries reviews 225 years vax fraud, https://expose-news.com/2024/02/26/for-225-years-vaccines-have-caused/?cmid=26839417-5087-442f-a5e1-99c5f1ca6926

Covid vax shows 335% increased deaths in kids 0-15. Source, UK Health Security Agency (UKHSA) Week 5, (page 43), Week 9 (page 41) and Week 13 (page 41) Covid-19 Vaccine Surveillance reports , painted a vivid picture of the disconcerting reality. https://www.gov.uk/government/publications/covid-19-vaccine-weekly-surveillance-reports

WALLS-KAUFMANN - 433

**Newspaper, Algemeen Dagblad ("AD") is a Dutch daily newspaper based in Rotterdam. Last week, (August 24-31, 2024) as Netherlands rolls out another covid vax, asked readers, "Are you going to get another coronaprik?"Comments section revealing. Profusion of vax injuries reported that paper notably has not yet censor. Accessed 8/31/2024.**

OECD data shows huge uptick increase deaths children's deaths with Covid and leads to internal CDC report. https://data-explorer.oecd.org/vis?tenant=archive&df%5Bds%5D=DisseminateArchiveDMZ&df%5Bid%5D=DF_HEALTH_MORTALITY&df%5Bag%5D=OECD&dq=....&lom=LASTNPERIODS&lo=5&to%5BTIME_PERIOD%5D=false. Accessed September 8 2024, 8:00 am PST.

The Forgotten Side of Medicine, The Decades of Evidence SSRIs Cause Mass Shootings, How Dangerous Must a Drug be Before it is Pulled From the Market?, A Midwestern Doctor, September 4, 2024, accessed September 11, 2024.

Barbara Loe Fisher, corruption alliance of vax manufacturers with govt, etc., report to Congress: A report I submitted on Nov. 1, 2023 to the U.S. Judiciary Select Subcommittee on the Weaponization of the Federal Government entitled "The Silencing of Barbara Loe Fisher and the National Vaccine Information Center in the Digital Public Square: A Violation of Freedom of Thought, Speech and Conscience," details the lengths to which those operating the U.S. and global mass vaccination infrastructure have gone and will go to protect their profit-making and the powerbase they have created to silence critics and violate fundamental civil and natural rights.

Appellate Court Tosses Out 1,200 Shingles Vaccine Injury Lawsuits Against Merck, Risk & Failure Reports, Hendler C JD, July 29, 2024, Cases tossed for nonsensical PCR test that is time sensitive to infection and irrelevant to vax damage anyway.

OxyContin marketer, opioid maker announce settlements totaling $500 million, Yahoo! Finance, Geoff MULVIHILL, Thu, February 1, 2024

!Dr. Peter Breggin, author-journalist Naomi Wolf, podcast accessed Feb 18, 2024, Dr Peter Breggin. "Conformity and docility," the first loss of insulin, electro shock or lobotomy, psychotropics, marijuana, alcoholism, neurotoxins brain damage is the loss of love - the highest function of all. Victims lose their brightness and human connectivity. One of our highest frontal centers is to control getting irritated with one another. 1:05:30 Wolf: "highly educated journalists and editors - 'Don't show me that information,' to

Breggin 'Does this damage make people reject evidence contrary to their belief system,' Breggin 'Definitely they become irritable w/ belief confrontation.' 1:10:17 Breggin, only time Hitler got booed was on a train stop villagers booed him bc at hospital local doctors were killing their patients w/ experiments. Only program Hitler ever stopped. 1:12:24 Breggin these sorts of brain damage tend to get worse over time, spreading. Love, compassion first things to go under this stress. Lawyer, Reiner Fuellmich - top German hospital manager assured him top docs (surgeons) don't care (sociopaths) money, power, cars, houses, sex. 1:19:54 people loathe to attack their own identity (group) its status, rep - takes great courage - this most powerful of all (Breggin). 1:30:54 Quoting K Schwab "global control is incompatible w/ patriotic democracy." Dr. Sucharit Bbakdi, Dr. Karina Reiss, brain and mRNA

"Characterization of Bactericidal Immune Response Following Vaccination with Accellular Pertussis Vaccines in Adults," *Infection and Immunity*, vol. 68, no. 12, December 2000, pp. 7175-7179. Even if antibodies are generated by vax they do not necessarily improve bactericidal immune activity over natural pre vax capability!

"Study: Whooping Cough Vaccination Fades in Three Years," *Associated Press*, September 19, 2011. Another study showing absurd 3-year "protection".

Dr. Marty McCarry, Tucker Carlson Tonight, September 27, 2022, minute 40, McCarry says that he has personally experienced pressure from medical journal editors telling him that his paper should make a certain conclusion.*

https://expose-news.com/2024/03/27/royal-family-cant-escape-turbo-cancer-caused-by-covid-vaccines/?cmid=2a3295d4-ef80-40ff-bc85-18fd7feb3abb, accessed 3/27, 2024, article details British National Health Service and CDC data that show 280% elevated death risks for British 4x vaxed, 180% for 1x vaxed compared to unvaxed; and 1,400x elevated cancer risk for Covid mRNA vaxed compared to flu vaxed.

Important doc letter devastating Cov vax injury and conspiracy to silence: https://www.thechronicle.com.au/technology/science/dr-kerryn-phelps-reveals-devastating-covid-vaccine-injury-says-doctors-have-been-censored/news-story/0c1fa02818c99a5ff65f5bf852a382cf

The Bangkok Post, two prominent govt health officials and university professors admit to extensive coverup surrounding effectiveness, side-effects and deaths from Covid vax. Jan 14, 2024, "Long Covid, vaccines may cause disease and death," Chula, Rangsit, https://www.bangkokpost.com/thailand/general/2723934

NHS (Brit's own data) show massive worse death among vaxxed, March 4 2024. https://expose-news.com/2024/03/03/ons-confirms-4x-vaxxed-have-high-mortaltity-rate/?cmid=ebab2526-f522-48ec-a604-99420a2150e7.

Pfizer study, w/ references, https://thevaccinereaction.org/2024/01/study-no-protection-from-covid-for-people-who-got-pfizer-mrna-covid-shots-in-2022-2023/,

https://hatchardreport.com/some-people-are-planning-a-new-future-for-us-all/ hatchard g., May 13, 2024, Unintended consequences, 3 med tech failures busts flops, Covid vax, brain chip implant, dna modified pig heart patient unexpectedly died

Dubious policing:
https://expose-news.com/2022/12/24/uks-thought-police-arrest-a-woman/
======
Vaccine Harms speech by MP:
https://expose-news.com/2022/12/14/mp-calls-for-halt-of-covid-injections/

Big name doc admits huge Covid over counting:
https://apple.news/AjKLmKK7eT4K3dgiJ3zvGZQ accessed Jan 14, 2023

Study (available here) Covid vax causes hepatitis:
https://expose-news.com/2022/12/27/study-proves-covid-vaccine-killing-children/

UK Study shows dubious immune impact vax covid:
https://www.gov.uk/government/publications/covid-19-vaccine-weekly-surveillance-reports

Awarding knighthoods KBE to vax guys to stop prosecution: https://www.gov.uk/government/publications/covid-19-vaccine-weekly-surveillance-reports

UK judge removed after referring vax folks for crimes against humanity: https://www.lawgazette.co.uk/news/magistrate-sacked-for-public-campaigning-over-covid-response/5114649.article

https://thevaccinereaction.org/2022/12/millions-of-patients-harmed-by-medical-misdiagnosis-in-u-s-emergency-departments/

https://thevaccinereaction.org/2022/12/life-saving-organ-transplants-denied-to-unvaccinated-people/

WALLS-KAUFMANN - 436

To "strengthen" "reinforce" local efforts to keep pushing shots: https://thevaccinereaction.org/2022/12/cdc-gives-more-than-3-billion-to-local-and-state-health-departments/

Study/article shows athlete deaths covid: https://goodsciencing.com

CBS News Special Report, FDA allowing Big Food to police itself. https://thevaccinereaction.org/2024/01/fda-hasnt-reviewed-some-food-additives-in-decades/

!American Professor Emily Oster, an economist at Brown University, wrote an article in The Atlantic: 'Let's Declare a Pandemic Amnesty'.

South Korea study (2010?) screening for thyroid tumors led to 7x increase in thyroidectomies but no change in thyroid cancer deaths (removing self limiting tumors), Vinay Prasad, Why You Shouldn't Get Full Body MRI Screenings - the VCPD Show, retrieved May 14, 2024.

!Alena Buyx, Chair of the German Ethics Council, anyone who advocates a fundamental review of covid policy, who demands personal and, if necessary, legal consequences, is an enemy of democracy. The need for an investigation "is understandable, but it's incredibly toxic. It has a profound effect on polarising society. And it is dangerous to democracy," Buyx said during an interview with Germany's centre-left Die Zeit

!Historical review of Pfizer corruption, accessed 1/10/23: https://kanekoa.substack.com/p/pfizers-history-of-fraud-corruption

!US Gov suing DC Nepute for rec Vit D and zinc for Covid, 1/2 T dollars, https://expose-news.com/2023/01/11/shocking-persecution-by-the-us-government/

!The Washington Post, January 7, 2023, Laurie McGinley, FDA approves Alzheimer's drug that slows decline—Doctors say they won't prescribe bc the side effects far outweigh the benefits, i.e. brain bleeds, brain swelling, impaired physiology; despite terrible side effects Pharma will get easy green light.

!McCullough and Malhotra: More Doses of mRNA Vaccines, More Likelihood of Cardiac Harm, Vaccine injured must be attended to, say cardiologists, Haq M, Jekielek J, The Epoch Times, EpochHealth, December 21, 2022,

!UK study 82% higher infect in Covid vax, yet researchers lied! Vax dangerous and useless: https://www.medrxiv.org/content/10.1101/2021.08.18.21262237v1

!CDC Study confirms above: https://www.cdc.gov/mmwr/volumes/70/wr/pdfs/mm7031e2-H.pdf

!Oxford study in Vietnam confirms same: https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3897733

BBC admits vax is the killer: https://expose-news.com/2023/01/11/bbc-admits-covid-vaccine-killed-millions/?cmid=6dd3541d-7a18-47fa-a212-3f351d54b299

! Excess deaths from vax OECD.Stat, Organization for Economic Co-Operation and Development, https://stats.oecd.org/index.aspx?queryid=104676

! Excess deaths from vax, EuroMOMO, European mortality and monitoring activity, following Euro public health matters: https://www.euromomo.eu/graphs-and-maps

! CDC forced to reveal vax data: https://thevaccinereaction.org/2023/01/cdc-forced-to-release-v-safe-data-excessive-covid-vaccine-injuries-made-public/

! New South Wales charts show vax 35x more likely hospitalized w/ Covid: https://expose-news.com/2023/01/08/triple-jabbed-35x-likely-hospitaised-study/

!Mumps outbreaks worse in vaxed: Peter McCulough, https://expose-news.com/2023/01/03/mumps-outbreaks-have-occurred-in-mmr-vaccinated/

https://expose-news.com/2024/06/13/sars-cov-2-accelerates-biological-ageing. Qatari researchers show epigrnetic and telomere damage that aligns with chestnut's research

! Demand for unvaxed blood, baby dies transfusion: https://expose-news.com/2023/01/02/baby-in-usa-dies-after-receiving-blood-transfusion/

https://expose-news.com/2023/01/16/saudi-cardiologist-calls-for-suspension-of-mrna-injections/

https://expose-news.com/2023/01/16/saudi-cardiologist-calls-for-suspension-of-mrna-injections/ Accessed 1/16/23

https://thevaccinereaction.org/2023/01/payout-for-deaths-linked-to-covid-shots-approved-in-japan/

https://thevaccinereaction.org/2023/01/we-need-an-independent-public-inquiry-as-excess-deaths-average-more-than-1000-a-week-james-wells/

https://thevaccinereaction.org/2023/01/fda-criticized-for-working-too-closely-with-biotech-company-to-approve-alzheimers-drug/

WALLS-KAUFMANN - 438

https://thevaccinereaction.org/2023/01/cdc-fda-find-possible-link-between-pfizers-bivalent-covid-shot-and-strokes/

https://expose-news.com/2023/01/18/whitty-lied-about-additional-22000-heart-related-deaths/

https://expose-news.com/2023/01/19/secret-pfizer-gov-docs-confirm-millions-dead-covid-vaccine/

https://thevaccinereaction.org/2023/01/study-finds-25-percent-of-hospitalizations-result-in-health-care-related-injuries/(NEJM study)

Kevin Bass, medical researcher, Newsweek, we created policies in Covid and it cost lives, Jan 31, 2023, masks vaccines lockdowns, worried about piece and his career, https://www.newsweek.com/its-time-scientific-community-admit-we-were-wrong-about-coivd-it-cost-lives-opinion-1776630

Irish County obituaries show steep climb in sudden deaths, impartial: https://expose-news.com/2023/02/08/dataset-from-irish-county-shows-increase-in-sudden-death/

No less than Cleveland Clinic surveys show grim Covid vax data: https://expose-news.com/2023/02/08/cleveland-clinic-proves-covid-vaccines-destroy-immune-system/

The U.K.'s Government-Run Healthcare Service Is in Crisis The NHS is struggles near collapse from costs, cuts, Covid delays and an aging population, The Wall Street Journal, Feb 6, 2023: https://apple.news/AD9ju6wClQauhzxuZeQqiKQ

Study by Glamira brand jewelry says dc most profligate with luxury spending, more Bugattis, watches than anywhere: https://wtop.com/dc/2023/02/expensive-cars-and-big-jewelry-is-the-dc-region-obsessed-with-luxury/

Calley Means, Tucker Carlson, food is undermining our democracy, woke up to the dangers, Feb 6, 2023, min 36

China corruption, Gordon Chang, Rob Schmitt Tonight, China official admitted in public statements after the 2020 election Beijing looking forward to Biden admin coming in bc they had bribed all officials and controlled DC and they had not been able to press influence under Trump. April 24, 2023, min 24.

China, elite capture, https://www.iri.org/resources/china-expands-global-authoritarian-influence-efforts-some-fragile-democracies-show-resilience-against-ccp-aggression/

https://www.dailysignal.com/2023/04/14/the-biden-10-step-plan-for-global-chaos/ Biden and Dems have gutted American credibility and strength and international scene shifting away accordingly in self-preservation despite galling US lies, VD Hanson writes

https://www.dailysignal.com/2023/04/19/failing-to-create-brotherhood-of-man-un-promotes-sex-with-children/ Pedophiles

The Washington Post, May 1, 2023, CEO of Moderna earned $400M for 2023 covid vax, the company gave him a raise and an undisclosed bonus

NYT, *The Grey Lady Winked,* Ashley Rinsberg, Prager U interview
Ibid, Guido Anderes, NYT Berlin Bureau head, Nazi sympathizer, loved by Nazi brass, German propaganda read NYT uncensored over radio, top access, Pulitzers, Jewish owners didn't want to lose market share, didn't want to be accused of being biased, and looked at Jewish issue as a European problem, not American.
Ibid, holocaust deniers, six years six stories on holocaust
Ibid, holodomor, 1931-1932 7M Ukrainians starved/genocide by Stalin, Walter Duranty NYT "there is no such thing, no famine," Pulitzer, other reporters covered it,
Ibid, NY businessmen and Commies wanted US to finally recognize Soviet govt as legit govt of Russia after 16 years, they *knew* this wouldn't happen if holodomor was exposed to American people; Duranty got standing ovation at fete when FDR recognized
Ibid,

Medical Corruption Non Covid

The Memory Hole, The CIA Guide to Ruining Someone's Life: Part 1, TMH, December 3, 2022, accessed September 29, 2024, 11:14 am. Details extensive LSD experiments by CIA contracting hospitals, mental institutions and doctors to force and coerce patients into experimental use of massive doses, ruining numerous lives and suicides that were later exposed and in some cases compensated by US Government though without admission of guilt and after massive coverups. Whitey Bolger was one. Tennis player.

Story at a Glance: The Great Cholesterol Scam and the Dangers of Statins, Exploring the Actual Causes and Treatments of Heart Disease, A Midwestern Doctor, Substack, June 30th 2024,

•There is a widespread belief that elevated cholesterol is the "cause" of cardiovascular disease. However, a large body of evidence shows that there is no association between the two and that lower cholesterol significantly increases one's risk of death.

https://expose-news.com/2022/08/30/bmj-editors-concerned-about-research-fraud/ BMJ - research and knowledge base so corrupt is it time to assume material is fraudulent until seconded by additional studies?

State of Kansas Sues Pfizer for fraud on Covid vaccine: https://www.reuters.com/legal/kansas-accuses-pfizer-misleading-public-about-covid-vaccine-lawsuit-2024-06-17, To further hide the truth about the safety of Comirnaty, Pfizer purposefully destroyed health outcomes of the control group in clinical trials by eventually giving them the shot, which prevented any meaningful comparison of long term health outcomes between vaccinated and unvaccinated participants in the clinical trials.7

Data from the U.S. National Institutes of Health (NIH) revealed that the nation's medical research agency and its scientists collected hundreds of millions of dollars in royalties for COVID-19 pandemic-related drugs and vaccines between 2021 and 2023. This information was initially kept secret by the NIH. It was made public by OpenTheBooks.com, an organization that aims to post all disclosed U.S. government spending at every level after the organization sued the NIH in federal court with the assistance of Judicial Watch.1 open the books.com

David Morens, MD for using private e-mails and phones to evade public oversight and scrutiny of their communications and official activities. Dr. Morens made reference to the practice of deleting messages, misspelling words, and using couriers to physically deliver communication to evade discovery via the Freedom of Information Act (FOIA).7House Select Committee on the Coronavirus Pandemic, Washington, DC, June 3, 2024.

!The Washington Post, January 23, 2023, Ariana Cha, Childhood obesity care guidelines spark debate, A1.+

The Concussion Files, the broken promises of NFL's 'landmark' settlement, *The Washington Post*, Hobson, W., February 4, 2024, section AA,

Drug Problems Hidden Plus

!Study Stopped Early Due to Elevated Cancer Risk HRT, The Lancet, February 2004; 363, http://www.thelancet.com/, (HRT, hormone rep ther),

!Did Drug Companies Cover Up HRT Risks? McPherson K, Hemminki E, British Medical Journal, February 2004; 328:518-520, http://www.bmjjournals.com/, 23 small trials required for licensure blocked by pharma from public access, authors dismissed ridiculed, raised heart risks 78%, appealed to Finnish High Court who forced

NSAIDs Not Recommended for OA Pain, BMJ Online First, November 2004, http://www.bmj.com, 10K patients, long term use no longer recommended, relief clinically insignificant

NSAIDS, Benefits vs Risks, use of all pain killers except aspirin, (ibuprofen, naproxen, indomethacin, piroxicam, ketoprofen) for six months or more doubled risks of cardiovascular death, Sudbo J, Dannenberg A, The Lancet, October, 2005; on-line

NSAIDS account for more than 1/3rd GI bleed deaths, 1/3rd low-dose aspirin, American Journal of Gastroenterology, Berezin S, September 2005; 98.

Antibiotics During Infancy May Lead to Damage of Permanent Teeth, specifically amoxicillin ages 3-6 months doubles chance of dental fluorosis, Archives of Pediatrics and Adolescent Medicine, October 2005; vol 159, pgs 943-948

!Use of antibiotics is associated with increased risk of incident and fatal breast cancer, Journal of the American Medical Association, Velicer C, February 2004; Vol 291: pgs 827-835, 500 days over 17 years (1x12 days) twice the risk, second leading cancer mortality US

!The Causes of the Increasing Prevalence of Allergy: Is Atopy a Microbial Deprivation Disorder? Review Article, Allergy 56 (2), 2001, pgs 91-102, atopic disease rare a few decades ago, before upper class disorder, in 1828 John Bostock first described hay fever, only found 27 in all London; 1873, Charles Blackley noted hay fever and asthma more in educated than not, agricultural laborers fewest of all; people **born after 1960 explosive** growth into epidemic, tripled quadrupled, wealthy than poor, urban not rural; incidence very high in NZ, where air very clear (and highest vax compliance), worse in West Europe than East where air cleaner, kids with more siblings and more infections less incidence, infectious load lowers allergy, since infection helps vax "should lead to increase of allergy" "cleaner air/purer enviro myth" Supported by:

WALLS-KAUFMANN - 442

1) Alm JS, Swartz, J, Atopy in Children of Families With an Anthroposophic Lifestyle. Lancet 1999; 353: 1485-1488, Swedish study atopy correlates to MMR and antibiotics, antibiotics also kill good bact.

2) Farooqi IS, Hopkin JM, Thorax, 1998; 53: 927-932, high correlation allergy and antibiotic use first 2 years life, higher frequency worse allergy, healthy kids in past got enterobacteria colonization and protected, bacteria DNA help immunity

Vioxx Pulled From Market Due to Cardiovascular Risks, The Lancet, October 2004, http://www.thelancet.com/, "helps explain why important side effect missed, confidence in drug misplaced, Mercks defense of drug clearly an error, blindly aggressive marketing by Merck, complacent regulators"

Vioxx Escalates Heart Attack Risk FDA, August 25, 2004, http://www.fda.gov/, 3x more risk heart attack and death

!Inappropriate Prescribing in the Elderly, Archives of Internal Medicine, Goulding M, February 2004; 164;305-312

British Medical Journal, February 2004, McPherson, Hemminki, Vol 328; pgs 518-520, http://bmjjournals.com, Pharma long aware and hid HRT breast cancer heart disease risks by 78%, ridiculed authors who appealed to Finnish High Court to force release of six more studies

Vaccine Problems

https://thepeoplesvoice.tv/chelsea-clinton-its-time-to-force-jab-every-unvaccinated-child-in-america/, Chelsea Clinton, its time to force-vaccinate every child in America with or without parental consent

!Activation of methionine synthase by insulin-like growth factor-1 and dopamine: a target for neurodevelopmental toxins and **thimerosal**, Molecular Psychiatry, Waly M, Olteanu H, January 2004; 9:10.1038:827-835

Blood Hints at Autism's Source, James S, Biochemistry, April 2005, incidence of autism way up 15 years, can't be genes, 75 autistic 75 normal, unusually low glutathione

ADHD Meds

!40M annual doses of Adderall yearly by 2022, still skyrocketing, positive encouragement for kids to take more, brain damage, personality changes, bad for heart, Eric Segal, Tucker Carlson Nov 16, 2022, min 34*+


Covid Deaths Plus

German Journal reports honestly on post-vax deaths in several cases
https://link.springer.com/article/10.1007/s00392-022-02129-5

German covid figures show why govts covering up
https://expose-news.com/2022/12/16/cost-to-human-lives-due-to-covid-injection-program/

Surge in Australian deaths post-covid incredibly high
https://www.news.com.au/lifestyle/health/health-problems/excess-deaths-in-2022-incredibly-high-at-13-per-cent/news-story/2a33dfeeb7476765da4e237c59f59bf7
https://www.washingtonian.com/2022/10/20/flu-like-viruses-are-surging-in-dc/

Surges of Covid and flu in hotspots DC, NYC and SF where Covid vax compliance highest,   https://www.washingtonpost.com/health/2022/12/15/tripledemic-covid-rsv-flu-surge/

!Departure from bioethics - Robert Malone, MD, *The Joe Rogan Experience* podcast #1757 Dec. 2021. Malone claimed, "Our government is out of control on this and they are lawless. They completely disregard bioethics, they completely disregard the federal common rule, they have broken all the rules that I know of that I've been trained on for years and years, these mandates of an experimental vaccine are explicitly illegal." In the words of Neo in *The Matrix*, whoa. "Completely disregard bioethics" is a pretty strong statement. Malone asserted that Covid-19 vaccination requirements "are explicitly inconsistent with the **Nuremberg code, they're explicitly inconsistent with the Belmont report."+**
1) **https://en.wikipedia.org/wiki/Nuremberg_Code+**
2) **https://en.wikipedia.org/wiki/Belmont_Report+**


This author thrown in jail

The escalating tension between Progressive Marxism elite and the populist West has resulted in this author being thrown in prison once, and maybe thrown in prison again, and losing family relationships and close friendships since I lived and practiced in Washington DC, the company town of Progressives. There, I saw first hand how facts and accurate information are used only to change them around to the opposite of what is true to create a string of trigger words, symbols, personalities, ideas by which the elite climb to power for as long as possible. This is *not* what humans do. This is what animals do.

Chiropractic Plus

*Effects of Chiropractic Adjustments to Reduce Subluxation on Health, Growth, Mortality, Meat Quality and Palatability in Broiler Chickens: A Comparative Study,* Annals of Vertebral Subluxation Research, Arbuckle A, November 1 2023, Volume 2023, pg 150-153

https://vertebralsubluxationresearch.com/2023/12/10/1843/. Incidence of VS Vertebral Subluxation Research 1,851 people 85%

!Kentuckiana Chiropractic Children's Hospital, http://www.kentuckiana.org/dale.html

!Spokes of Chiropractic Progress, National Chiropractic Legal Action Fund, 2003, 1) 50% working people back problems each year, 2) Back most common disability under 45, 3) every day 2.8M chronically or temporarily disabled w/ back, 4) societal cost $80B, 5) back 2nd most common MD visits, 6) 26M to DC yearly, 7) 1967 Wilson, Chair AMA Section on Orthopedic Surgery - med ed useless, prejudices and controversy, "disastrous sequelae" (see below), 8) 1972 Martin R, Oregon Work Comp (see below), 9) 1979 New Zealand Report "astonishing" DCs under MDs in this field, 10) Scott Haldeman, DC, MD, PhD, NZ Report MD needs 1 year to be DC, physio even more, 11) 1980 testimony John McMillan Mennell MD, medical educator and author, "MS system 60% of human body, med residents if asked would say training here is zero to 4 hours", 12) 1987 US District Court Judge Susan Getzendanner, Wilk decision, Even the defendant's own experts (Mr. Lynk, PhD Economist) assumed chiropractors outperformed MDs, 13) Shekelle P, The Appropriateness of Spinal Manipulation for Low Back Pain, RAND Report, 1991, chiropractic appropriate

!Objective Physiological Changes and Associated Health Benefits of Chiropractic Adjustments in Asymptomatic Subjects: A Review of the Literature, Journal of Vertebral Subluxation Research, Hannon S, April 2004,* rom, strength, proprio, EMG, immune, beta-endorphin, BP, papillary cycle time, HRV, spirometry, agility, balance, body

perception, speed reaction, neurocognitive, visual field, IgA, IgG, IgM, CE4, triglyceride levels, improved cardiac, remission duodenal ulcers, regardless of symptoms, 24 vital measures of health.

Reduction of Pain Episodes and Improvement in Quality-of-Life Following Chiropractic in an 8-Year-Old Male with Sickle Cell Anemia, Birth Trauma and Shoulder Dystocia: A Case Study & Review of Literature, Journal of Pediatric, Maternal & Family Health Chiropractic, Volume 2024.

!81 Cases Multiple Sclerosis and Parkinson's Disease, Elster E, Journal of Vertebral Subluxation Research

!Chronic Spinal Pain: A Randomized Clinical Trial Comparing Medication, Acupuncture, and Spinal Manipulation, Spine, July 15, 2003: 28(14): 1490-1502,* chiropractic beats them all badly and the chiro group had chronic pain 2x longer (8 years) whereas other groups averaged 4 years.

Cancer Patients Benefit From Chiropractic, Seminars in Oncology Nursing, Evans R, Rosner A, August 2005; vol 213: pgs 184-189, many economical and effective to reduce pain and suffering, potential to improve patient health overall, should use

Maintenance Chiropractic Care Prevents Relapse in Disability Scores, JMPT, October 2004; 27:509, SAs every 3 weeks stopped return of disability scores while pain levels remained same in controls

Cervical Kyphosis Linked with ADHD, JMPT, October 2004; 27:e14, meds Ritalin, Adderall, Haldol 3 years no help, 35 SAs 8 weeks, 12 degree to 32 degree curve, facial tics resolved and behavior vastly improved, MD said no more ADHD, http://www.mosby.com/jmpt

Chiropractic Costs Less, Journal Manipulative and Physiological Therapeutics, September 2004; 27:442-448, lower cost, lower lost days, lower comp, lower meds— despite all this use of DCs low in NC, http://www.mosby.com/jmpt/

Manipulative Therapy Hastens Recovery From Shoulder Injuries, Annals of Internal Medicine, September 2004; 141:432-439

Learning About Spine Improves Quality of Life, Journal Vertebral Subluxation Research, August 2004; 1-3, http://www.jvsr.com/, improved significantly Rand SF-36

Chiropractic May Quell Post-Surgical Hip Pain, Journal Manipulative & Physiological Therapeutics, September 2004;e11, http://mosby.com/JMPT/

Upper Cervical Chiropractic Alleviates Chronic Migraine in 72% of Patients, Tuchin P, Research Australia, July 2005

CBP study, 40+ years chronic pain, nothing else in literature, https://www.cureus.com/articles/217442-chronic-widespread-spinal-pain-cwsp-alleviated-with-chiropractic-biophysics-a-case-report-with-three-year-follow-up?score_article=true#!/

LBP huge/orthodoxy no help/alignment central to problem/and to life

Co-Morbidity Common in Back Pain Patients, Occupational & Environmental Medicine, October 2004; 61:806-810, http://oem.bmjjournals.com

!Journal of the American Medical Association, Wilson, May 1967, Vol. 22;8, pgs129-136, med prejudice and poor LBP edu lead to "disastrous sequelae" for public
!Oregon Workmen's Compensation Program, "A Retrospective Study of Comparable Workmen's Industrial Injuries in Oregon, 1972, Martin R, no comparison treatment LB chiropractors vs MDs.
!A Retrospective Study of 629 Workmen's Compensation Cases in California, 1975, Wolf R, incomparable time, loss, recovery measures
!Royal Commission of Inquiry on Chiropractic in New Zealand, 1979, 1) "beyond reasonable doubt DCs more thorough training, astonishing the DCs subject to MD largely ignorant" 2) MDs need 1 year to be DCs PTs even more
!Shekelle P, The Appropriateness of Spinal Manipulation for Low Back Pain, RAND Report, 1991, chiropractic appropriate
!Agency for Healthcare Policy and Research (AHCPR) 1994, finally overhauled anti-conservative care treatment guidelines - "Toppling medical tradition, a panel of medical experts endorsed exercise and spinal manipulation as treatments with proven effectiveness for low back pain . . . performed by chiropractors . . . Safe and effective . . . Many doctors long discouraged patients from trying such treatments," the Washington Post December 9, 1994, Chicago Sun-Times December 8, 1994, Chicago Tribune December 9, 1994
GBD Global Burden of Disease, 2021 Low Back Pain Collaborators: Global, regional, and national burden of low back pain, 1990-2020, its attributable risk factors, and projections to 2050: a systematic analysis of the Global Burden of Disease Study 2021. Lancet Rheumatol. 2023, 5:316-29.

!Annals of Internal Medicine, July 1998, published jointly by the American College of Physicians and the American Society of Internal Medicine, "AHCPR made history concluding spinal manipulative most effective and cost-effective rx for low back . . . Most significantly the guidelines state unlike nonsurgical interventions SMT offers both pain relief and functional improvements."

!Journal of Bone and Joint Surgery, 1998, "musculoskeletal 23% of ER and visits/problems, mastery basic issues essential for MDs, 82% grads 37 schools failed competency on basic concepts"

!Journal of Bone and Joint Surgery, 2002, examinees again failed competency

!Evidence Report: Behavioral and Physical Treatment for Tension-Type and Cervicogenic Headache, Duke University, 2001, SMT effective headache and CP in two studies

!Gate Control Theory of Pain Stands the Test of Time, British J of Anesthesia, Vol. 88, No. 6, June 2002, pgs. 755-757, Dickenson A, 1) pain causes profound changes in brain and spinal cord, 2) all persistent pains are plastic, 3) C-fiber stimulation leads to wind-up, 4) secondary hyperalgesia, NMDA receptor, chronic pain 5) reduces effectiveness of opioids, 6)* this article supports chiro, tissue work and exercise.

!Osteoarthritis triggers LBP, Current Radiological Report, February 2004;6:14-9,

!Low Back Pain and Lumbar Spine Osteoarthritis: How Are They Related?, Goode A, Current Radiological Report, February 2014,

Physiotherapy No Better than Advice for LBP, British Medical Journal, September 2004;329:708-711, http://www.bmj.com/

Alarming Number of Americans Suffer Arthritis, Morbidity and Mortality Weekly Report, May 2004;53:383-6;388-9, http://www.cdc.gov/mmwr/, CDC says 27% US arthritis

!Don't Just Sit There, Health & Science, The Washington Post, January 21, 2014, Berkowitz B, organ damage, heart, pancreas, colon cancer, foggy brain, abs, hips, glutes, circulation, bones, mortality, disc

!Can We Survive, The Telegraph, Cambridge, Calgary Herald, Oct. 21, 2001, Steven Hawking given 2 years to live when diagnosed at 21, 56 in 2001, no meds, takes vitamins, full time nurses who exercise him and turn his body for afferent stimulation*

Chiropractic Sabotage Plus

!Selective Reviews, Misrepresentation of Studies, and Side Stepping Biomechanics Lead to an Inappropriate Characterization of CBP Technique—Parts I & II, Harrison D, Clinical Chiropractic, April 2005, pg 23-27,* leaders within chiro itself intentionally scramble evidence to tie hands*


Addiction Plus

Molecular Psychiatry, Holder J, Blum K, Increasing retention rates among the chemically dependent in residential treatment: auriculotherapy and subluxation-based chiropractic care, Volume 6, Supplement 1, February 2001

Addiction, The Chiropractic Journal, March 2004:
Molecular Psychiatry, February 2001,
1) Discovery Channel documentary 2004 highlighting Molecular Psychiatry article
2) Journal of Psychoactive Drugs, Reward Deficiency Syndrome, introduced SMT for addiction treatment
3) American College of Addictionology & Compulsive Disorders (ACACD) has graduated 1,000 DCs helped position DCs
4) Exodus Addiction Hospital, Florida Chiropractic Society, Dr. Robert Duncan U of Miami Sch Med, study clearly showed effectiveness
5) ACACD Program Coordinator Michael Davis, DC C.Ad "insult in dorsal horn Brain Reward Cascade model aligns with neural stress sublux"

Awful News on Kids' Weed Use Should Slow Legalization Roll, New York Post, December 10, 2022, marijuana children targeted with deceptive messaging; Dr. K wake McKenzie, CEO Wellesley Institute, cannabis toxic to brain, raises chance of developing psychotic symptoms, shrinks brain, changes brain wiring, CAMH Professionals Videos YouTube

Marijuana use cuts IQ 10 pts and it can't be gotten back, increases suicide ideation, 10% addiction, Brett Baier, Fox News December 7, 2022, min 36; [2] The Five, Fox News, December 7, 2022, min 40, synaptic gapping, tooth decay from dry mouth, oxidation, free radicals, tar, lowered motivation, sharpness, fatigue


Dan Murphy materials: . . . See "Trauma" for *much* more material (pg 32)

Significance of chiropractic care indicated by devastating consequences of car crashes:

!Chronic Spinal Pain: A Randomized Clinical Trial Comparing Medication, Acupuncture, and Spinal Manipulation, Spine, July 15, 2003: 28(14): 1490-1502,* chiropractic beats them all badly and the chiro group had chronic pain 2x longer (8 years) whereas other groups averaged 4 years.

!!*Energy Medicine, The Scientific Basis, James Oschman PhD, Candace Pert, PhD, Churchill Livingstone, 2000 - crystalline nature of living tissues,* p. 129; misaligned w/ vertical - organ functions compromised, p. 147, arthritis can reduce with improvement, p. 148, Goldthwait begged MDs to realize healing potential in structure, p. 148, Goldthwait pleaded MDs wake up as healing/medicine swept away in tide of drug-based, p. 149, tensegrity good concept for grasping significance, p. 156; cytoskeleton of cells and "integrins" spread imbalance from one part through body, p. 156; postural distortions generate piezoelectric and streaming potential disturbances altering genetic expression in collagen protein synthesis, p. 158; likewise only one strain-free alignment of parts—any variation requires abnormal compensation/misalignment any part affects whole system—restoration of verticality addresses wide variety of clinical problems, p. 165; optimal performance occurs only at a narrow peak of balance/slightest deviation reduces optimum efficiency, p 166; postural alignment does two paths of communication, nerve impulses and semiconduction through tensegrous network, p. 167; every joint upholds energy flows essential to life, dependent both bone and soft tissue, p. 168; biology responds paradoxically to weak and strong forces, weak potent, strong little effect, p. 176; organisms respond "minute whispers" in electromagnetic enviro, p. 179; can reverse disease process, p. 193; millions of molecules can respond at the speed of light, p. 197; exquisitely sensitive to low energy signals, p. 200; living systems completely defy logic of louder bigger, p. 201; neuros focus on the classical and loud "neuron doctrine" and miss a universe of subtlety happening clinically underneath, p. 201.+

!Cervical Spine Lesions after Road Traffic Accidents; A Systemic Review, Urenholt, Hartvigsen, Spine: September 2002; 27:1934-1931, lesions found exclusively in exposed, not controls; conventional x-ray misses a lot (9 references), MRI (4 references), CT (4 references), this study used autopsy; minor traumas more severe; multiple lesions usually found; "acute dead group" (30) bruising second spinal nerve; survivors 1 month 10 years post extracapsular bruising; postmortem radiography did not reveal injuries; spinal cord and brain stem injuries, reasonable to assume similar near-fatal injuries occur in non-fatal accidents, negative radiology do not rule out. Fissures and sclerosis of discs after 10 yrs. Supported by multiple other studies - Such as:
1) Taylor JR, Taylor MM. Cervical Spinal Injuries: an Autopsy Study of 109 Blunt Injuries. J Musculoskeletal Pain 1996: 4: 61-79. - and:

2) Schonstrom N, Twomey L, The Lateral Atlanto-Axial Joints and Their Synovial Folds: an In Vitro Study of Soft Tissue Injuries and Fractures. J Trauma 1993; 35: 886-92

!Point of View, Nikolai Bogduk, 1) convergent validity from postmortem studies on whiplash spinal trauma, 2) many injuries occult, 3) found on autopsy, 3) often not fatal, 4) initial symptoms do not indicate severity of injury, https://journals.lww.com/spinejournal/Citation/2017/04150/Point_of_View.5.aspx

!Delta-V, Spinal Trauma, and the Myth of the Minimal Damage Accident, J of Whiplash & Related Disorders, Vol. 1, No. 1, 2002, Batterman and Batterman, 1) minor traumas lead to severe injuries, 2) studies of spine trauma miss so much they are invalid, 3) elastic rebound, 4) serious underestimation

!Risk Factors For Long-Term Treatment of Whiplash Injury In Japan: Analysis of 400 Cases, Arch Orthopedic Trauma Surg, Vol. 121, 2001, pgs. 490-493, Hijioka, Nakamura, 1) older (over 30 yrs old, and more car damage, indicate much more sequela, 2) combining with pre-existing OA complicates, 3) damage to people who would seem uninjured

!Awareness Affects the response of Human Subjects Exposed to a Single Whiplash-Like Perturbation, Spine, Volume 28, Number 7, pgs. 671-679, April 1, 2003, Siegmund, Inglis, 1) all low-impact studies are flawed, 2) trauma worse in people taken by surprise, 3) in all whiplash injury studies all subjects knew trauma imminent (17 studies), 4) worse in females, 5) big underestimates

!MRI Assessment of the Alar Ligaments in the Late Stage of Whiplash Injury - A Study of Structural Abnormalities and Observer Agreement, Neuroradiology, 2002, July; 44(7): 617-24, Krakenes, 2-9 years after injury, Alar ligs still show significant instability, poor prognosis, injury without major lig damage

!Nerve Growth Factor Expression and Innervation of the Painful Intervertebral Disc, J of Pathology, March 2002: 197: 286-292. Freemont, damaged discs expressed NGF (nerve growth factor) that make pain worse, hyperinnervation with fibrosis - supported by
1) Freemont, Nerve Ingrowth into the Diseased IVD in Chronic Back Pain, Lancet 1997; 350: 178-181
2) Palmgren, Immunohistochemical Demonstration of Sensory and Autonomic Nerve Terminals in Herniated Lumbar Disc Tissue, Spine, 1996; 21: 1301-1306.
3) Coppes MH, Innervation of Painful Lumbar Discs, Spine, 1997; 22: 2342-2349, painful discs get blood and nerves = chronic LBP

Secondary Analysis of a Dataset to Estimate the Prevalence of Vertebral Subluxation and Its Implications for Health Promotion and Prevention, Annals of Vertebral Subluxation Research, Kwon C, February 15, 2024, Volume 2024, Pg 15-26, Prevalence/incidence of subluxation study

Fertility Treatments up mom's risk of Post-Partum Depression, Fertility and Sterility, August 2005; Vol 84; pgs 426-430; 2) https://www.webmd.com/infertility-and-reproduction/news/20050823/infertility-treatment-may-up-postpartum-blues, by Salin Boyles, August 23, 2005

!Sensorimotor Control of the Spine, J of Electromyography and Kinesiology, Vol 12, Issue 3, June 2002, pgs. 219-234, 1) LBP most costly MS disease in industrial society, unfavorable loading patterns, 2) "structural derangement" alters input to spinal cord, 3) altering functions, but also 4) higher centers in brain stem and brain, 5) does not have to result in a lot of pain, 6) one location affects others,

!The Sensory Function of Ligaments, J Electromyography and Kinesiology, Vol 12, Issue 3, June 2002, pg 165, Solomonow, Krogsgaard, 1) ligaments complex sensory feedback, 2) mix with sight, ms, movement, skin, and earlier experience 3) stored in cortex and cerebellum, 4) may not cause but interfere

!Identification of the Location, Extent and Pathway of Sensory Neurologic Feedback After Mechanical Stimulation of a Lateral Spinal Ligament in Chickens, Spine, 1997, Jan 1; 22(1): 17-25, Jiang, destruction from wrinkle marches up spine toward brain

!!The Sympathetic Nerve—An Integrative Interface between Two Supersystems： The Brain and the Immune System, Elenkov, Vizi, Pharmacological Reviews, 2000, Vol. 52, No. 4. "switching" from stress btw IgG - IgE

!Nonsynaptic Noradrenaline Release in Neuroimmune Responses, Vizi E, Elenkov I, Acta Biologica Hungarica, 2002;53(1-2):pgs 229-244, stress/ans/cytokines/HPA axis/cortisol; "switching" from stress btw IgE - IgG

!Innocuous Mechanical Stimulation of the Neck and Alterations in Heart-Rate Variability in Healthy Young Adults, Budgell B, Hirano F, Autonomic Neuroscience, August 2001 13:91(1-2): pgs 96-99, significant alterations both heart rate and HRV, BP

!Spinal Manipulation Improves Mental Outlook, Family Practice, December 2003;20:662-669,

Chiropractors and Low Back Pain, The Lancet, editors, July 1990, pg 220. Review June 1990 Brit Med J article by Meade, showing "strong and clear advantage" for 741 patients with chiropractic, "not a trivial amount," even after 3 years, best in most chronic patients, "chiropractic should be taken seriously . . . by both doctors and (PTs)."

Reduction of Cholesterol in a Patient with Dyslipidemia Undergoing Chiropractic Care: A Case Study & Review of the Literature, Annals of Vertebral Subluxation Research, Volume 2023 J Adams, K Gee, ~ Pages 111-119
Ten weeks care cholesterol dropped from total cholesterol 287 mg/dL, LDL 199 mg/dL, HDL 33 mg/dL, and Triglycerides 273 mg/dL. to 147 mg/dL, LDL lowered to 84 mg/dL, HDL raised to 49 mg/dL, and triglycerides lowered to 68 mg/dL.


NUTRITION Plus

1) American Association of Neurological Surgeons: High-Dose Omega-3 Oils used to Treat Non-Surgical Neck and Back Pain, Johnston C, Doctors Guide, April, 2005, "answer to adverse events from NSAIDs and COX-2"
2) Omega-3 Fatty Acids as an anti-inflammatory: an alternative to non steroidal anti-inflammatory drugs for discogenic pain, Maroon J, Bost J, Surgical Neurology, Vol 65, April 2006, pgs 326-331, this paper one first prize American Assoc Neurological S annual meeting 2005, 3 gms daily

!The Age-Free Zone, Regan Books, Sears, 1999, pg 134, healthy diet and proper fatty acids allow cell docks to unlock to healthy enzymes

!Breastfeeding Cuts Infant Death Risk by 20%, Pediatrics, May 2004; 113:e435-439, http://www.pediatrics.org/, (in US!)

Breastfeeding Prevents Heart Disease, The Lancet, May 2004;363:1571-8, http://www.thelancet.com/,

Fast Food Cardiovascular Inflammation, American Journal of Clinical Nutrition, April 2004;79:682-690, http://www.ajcn.org/, significant lead heart/obesity, athero

Fast Food Linked Stomach Troubles, Digestive Disease Week, May 2004; http://www.ddw.org, daily fast food kids 60% mod-severe pain, stopping cured, fruits veggies protective

Study Points to Corn Syrup for Rise in Diabetes Type 2, American Journal of Clinical Nutrition, May 2004;79:774-779, skyrocketing, sugar 1909-1997, corn syrup pos associated

Soda Linked to Cancer, Digestive Disease Week, May 2004, http://www.ddw.org/, esophageal cancer, soda 50 yrs up 450%, over past 25 yrs esophageal cancer up 570%, similar other countries

Mediterranean Diet Best For Health, Journal of the American Medical Association, September 22/29, 2004; 292:1440-1446, http://www.JAMA.com/

Harvard researchers study of 128K participants found those who ate low-fat non-fat dairy daily were 34% more likely to get Parkinson's than full fat dairy, *For Women First* magazine, December 2022.

Breastfeeding Prevents Leukemia, Public Health Reports, November/December 2004, http://www3.oup.co.us/publhr/instants/, 24% overall

Modern Crops Show Decline in Nutrients, Journal of the American College of Nutrition, Davis D, December 2004; 23:5, nutritional data from 1950 on garden veg and some fruits, six of 13 nutrients showed declines 1999, 6-38%

Psychology Plus

!Molecules of Emotion, Why You Feel the Way You Feel, Candace Pert, Touchstone Books, Simon & Schuster, 1997, Forward by Deepak Chopra

Stress and Immunology Plus

!Psychoneuroimmunology, Third Edition, Volume I and II, edited by Ader, Felton, Cohen, Academic Press, 2001, Kelley S. Madden, Chapter 5, "Catecholamines, Sympathetic Nerves and Immunity, pg. 198, "These experiments demonstrate the SNS regulates all immune function in vivo."

!Psychological Stress and Susceptibility to the Common Cold, NEJM, 1991, August 29; 325(9): 606-612, 654, Cohen S, Smith AP, 1) stress thought to affect via autonomic nerves

WALLS-KAUFMANN - 454

to lymphoid tissue—2)"In biomedical terms, stress refers to any adverse physical, mental or emotional stimulus that upsets the organism's homeostasis."

!Stress - Walter B. Cannon's "fight or flight" response involving sympathetic NS action and adrenal medulla, https://www.britannica.com/science/fight-or-flight-response+

How the Immune System Works, Lauren Sompayrac, Blackwell Science, 1999, Lecture 1 pgs 1-12, Lecture 2 pgs 12-17

!Immunology, An Overview of the Immune System, Parkin, Cohen, The Lancet, Vol. 357, June, 2001, pgs. 1777-1789, **immune** system divided two parts depending on speed and specificity of reaction, **innate and adaptive,** much interaction between; clear that immune system not isolated, ties into neurological and endocrine systems well documented.

!Osteopathic Methods and the Great Flu Pandemic of 1917-1918, Patterson, JAOA, Vol. 100, No. 5, May 2000, pgs 309-328, legend in osteopathic lore, killing 20M in 6 mos, results showed death rates of 0.5% while med had 6%, with 27% in Boston; pneumonia 10% while 33% med; highly effective in pandemic; quotes 1919 study showing routine patients got flu low rate; relates 1937 article relating drugs for influenza, pneumonia and others did harm. Acetomenophine and Aspirin hurt immune. **Best defense is health.**

Supported by three from JAOA archives:

!JAOA, editorial, McConnell CP, October 1918, osteo "great value" with flu

!JAOA, Riley GW, August 1919, "The **great minds of the world** were devoting their whole time and efforts **to the destruction** of their fellow man." Fatalities high as 68-73% in some cities. Of 110,122 flu cases osteo only 257 deaths, 0.25%; 6,258 pneumonia with only 635 deaths, **"pardonable pride" especially with AMA bitterly opposing Congress bill letting DOs eligible for commission in Army and Navy;** 330-340 (35%) death rate med pneumonia per 1,000—"Who is responsible?" **Hardly any regular patients got disease. DO head up, chest out, not one in army of patients became drug addict thru any pro act of his, while bringing many thru these dark hours. MDs include "dope" in one-fourth of Rxs, basis of the drug habit.**

!JAOA, Smith RK, One Hundred Thousand Cases of Influenza with a **Death Rate of One-Fourtieth** of that Officially Reported Under Conventional Treatment, January 1920, read Annual Convention of the American Association of Clinical Research, NYC, Oct. 18, 1919, quoting Cyriax (father of famed James Cyriax) "All treatment must be directed towards removal of the cause of disease, especially that describe as mobilization of the spinal column." "Vertebral malposition causative to cures compared to reports by state health commissioners." Osteo treats patient rather than disease.

!JAOA, Influenza and Osteopathic Management, Ward E, September 1937, delivered 17th Annual Eastern Osteopathic Association, NYC, investigation finds **influenza cannot be provoked in healthy persons by virus**, osteo patients didn't get, acetaminophen and aspirin illogical and detrimental to the patient—**shifting WBC profile to unwanted leukopenia instead of desirable leucocytosis,** thorax adj also helps free breathing, definitely diminished time and severity, "mortality reaches the vanishing point."

!Reduced Release of the Catecholamine Norepinephrine From the Sympathetic Nervous System, Elenkov, 2000, IgG IgE switching (Thymus), antibiotics, vax, bad food, excess cleanliness, infections actually good, dirt, dust, dander,

Job Stress Linked with Chronic Inflammation, Journal of Occupation and Environmental Medicine, September 2005; vol 47: pgs 878-883

!Dan Murphy, September 2003 Chiropractic Biophysics Convention, Jackson Hole, Wyoming, in 1996 elderly DC told him of doing house calls with his DC father specifically to treat bedridden with infectious diseases, usually pneumonia, never lost a patient -
!Murphy, 2000 Iowa State Chiropractic Convention, Des Moines, old DC told how Iowa and Nebraska DC licensing direct result of 1918 results
!Murphy, old DC told of his new practitioner experience with horse drawn buggy going from house to house adjusting flu patients all night, falling asleep in buggy and finding when he woke up horse returning buggy to front yard

**(The following study can also be used to show incidence of subluxation)**
!Heart Rate Changes in Response to Mild Mechanical Irritation of the High Cervical Spinal Cord Region in Infants, Forensic Science International, Vol. 128, Issue 3, August 2002, pgs 168-176, Koch LE, Saternus S, manip to atlas monitored 47% of 695 showed HR depression of 15-83% comp controls, younger infants worse than older, 12% apnea too, may be SID, first world SID most common cause of infant death, prone position raises risk 3.5 per thousand, increasing evidence SIDS show serious bradycardia before death, in these kids gasping does not solve issue, "6000 infants first dx with KISS 'kinematic imbalance due to suboccipital strain." Study used only infants with head-neck malposition, all showed deficits NMS steering and Wryneck and c-scoliosis asymmetry, confirmed by x-ray, HR, BP, breathing, oxygen saturation, temp all measured, other vegetative responses (apnea and flush)., cry-babies, long colic, hyperactivity, sleeplessness, retarded sensory dev., chiro most successful rx, study

reports >20K kids rx with serious complications, minor irritation can trigger SID, 695/695 kids successfully got chiro.

Psychoneuroimmunology, Third Edition, Volume I and II, edited by Ader, Felton, Cohen, Academic Press, 2001, Kelley S. Madden, Chapter 5, "Catecholamines, Sympathetic Nerves and Immunity, pg. 198, "These experiments demonstrate the SNS regulates all immune function in vivo."

Khor - sustained visceral sympathetic tone is the cause of all disease, Therefore clinical goal is to return sympathetic to normal, immune quieting


HRV studies

Zhang J, Dean D, Effect of Short-Term Chiropractic Care on Pain and Heart Rate Variability in a Multisite Clinical Study, International Research and Philosophy Symposium: Abstracts, Sherman College, Spartanburg, SC, October, 2004


Environmental Toxicity Plus Studies

Excess Fat Gain During Pregnancy Good for Mom nor Baby, American Journal of Obstetrics & Gynecology, November 2003 http://www.harcourthealth.com/ajog/

More Parents Wary of Vaccines, American Journal of Preventive Medicine, December 2003 http://www.elsevier.com/

Autism:

Mercury and Autism: Accelerating Evidence?, Mutter J, Haley B, Neuroendocrinology Letters, Vol. 26, No. 5, October 2005, pgs 439-446, reduced glutathione, lowered detoxification capacity, mercury most toxic non-radioactive element, thimerosal 50% mercury, other toxic heavy metals, tin, copper, **no controlled randomized study on safety, FDA, NIH, CDC influenced by Pharma, 1999 US Public Health Service and American Academy of Pediatrics rec elim Th, but CDC and WHO blocked,** autistic cannot excrete merc—using data from VAERS, VSD (Vaccine Safety Data, Biological Surveillance Summaries of the CDC, and US Dept Education datasets, Th exceeds EPA, FDA levels, **authors review flaws in other studies—corrupt, trickery,** ADHD/ADD now 1:6 US kids, California rates climbed 634% from 1987-2002.

Murphy Pain Materials:

More Pain Relievers Called Into Question, Marchione M, Associated Press, April 19, 2005, Advil, Motrin, Aleve taking the drugs 6 mos twice risk dying heart attack, stroke or other heart-related problem, heart risks go beyond Cox-2, Bextra, Vioxx, Celebrex, to the larger family of NSAIDS, naproxen, ibuprofen and "virtually" all other OTCs. Ibuprofen worst w/ 3x risk.

Take This Painkiller Carefully, Parade, Rosenfeld I, February 2006, pg 6, Every year, acetaminophen 50K ER visits, 42% liver failures, 458 deaths, NyQuil, Sudafed, Alka-Seltzer, Sinutab, Contac, Actifed, never take more than 4Kmg daily, 8 extra strength 500mg tab.

Every American daily exposed to 500 toxins all w/ neurological effects.

Non-Narcotic Analgesic Dose and Risk of Incident Hypertension in US Women, Forman J, Curran, G, Hypertension, September 2005; 46:500, older women >500mg daily acetaminophen 93% more risk hypertension; younger women 99% more risk.

Relief of Fibromyalgia Symptoms Following Discontinuation of Dietary Excitotoxins, Smith J, Terpening C, The Annals of Pharmacotherapy: June 2001; Vol. 35, No. 6, pgs 702-706, 100% cure or near complete 4 months, MSG aspartame, all recurrence with MSG return, resolved again w/out. MSG grandfathered in by FDA in 1959, GRAS, "MSG symptom complex"head, weak, ms tight, numb/tingling, flush, asthma worse; aspartame 1981 - brain tumors, head, seizure, dizzy, move dis, urticaria, angioedema, anaphylaxis. Dominant artificial sweetener since '81. MSG=fibro.

Case-Control Study of the Association Between the Use of Cellular and Cordless Telephones and Malignant Brain Tumors Diagnosed During 2000-2003, Environmental Research, Vol. 100, Issue 2, February 2006, pgs 232-241, Hardell L, Carlberg M, 317 cases, up to 3x to 6x increase, long term worse, 15 years 150-1,400%

Migraines Pack Hefty Financial Blow, American Journal of Managed Care, May 2004; 10, http://www.ajmc.com/, 70% more family costs 73K families 200K w/out

OM Linked with Asthma, Chest, May 2004; 125:1685-1692, http://www.chestjournal.org/, ups wheezing 70%, asthma 57%

Hate Crimes

Jesse Watters Primetime, October 24, 2022, minute 47, Marco Rubio campaigner with Rubio t-shirt and DeSantis hat attacked and beaten nearly to death, needs complete facial reconstruction surgery—political hate crime that appears nowhere else

Trauma Plus

Craniocerebral Injuries and the Postconcussion Syndrome, J International College of Surgeons, January 1957; 27 (1): pgs. 46-53, Seletz E, MVA worse than guns, neglected by all practitioners, accused of malingering and 'litigation neurosis,' SA can undo scar, scars hyperinervated, 40K deaths, 1M disablements each year, bowel-bladder dys from cerv disc bc superficial cord tracts run these operations

Traumatic Neck, Head, Eye Syndrome, J of the International College of Surgeons, November 1953; 20(5): pgs. 558-561, Billig H, usually no pain but in time DJD, rev C curve, discs chipped, "subluxation" usually took time to appear, so follow up x-ray, rx w/ progressive forced mobilization stretching, "takes time, up 3 steps back 2", facial neuralgia, problems posture reflexes, vision nearly all, patients stopped care returned, pain not until 6 mos or more DELAYED

Whiplash Injuries, Neurophysiological Basis for Pain and Methods Used for Rehabilitation, JAMA, November 1958, pgs 1750-1755, Seletz E, drugs, tranquilizers no avail, patients discouraged/resentful, cause delicate vital nerves blood vessels neck, complex neuro- neurovascular syndrome, author coins "craniocervical syndrome," 2nd C nerve, 25 tons car force at 10 mph, head weighs 8 lbs., refers to "whip-snap" to kill snakes by Huck Finn and Tom Sawyer, x-ray normal, adhesions dural sleeve and n root [Fibrosis of Repair], "far-flung symptoms", foraminal encroach, vertebral artery compression, psychoneurotic all due to disturbed circ vert art post neck injury, Rx - inadequate rx won't improve, "religiously" stick to daily treatment, faulty posture enhances DGD.

A Re-Examination of Whiplash Associated Disorders, Ferrari R, Annals of Rheumatic Diseases, August 2005; Vol 64: pgs 1337-1342, Whiplash Is a Systemic Disorder, broad spectrum illness, systematic disorder

Handicap After Acute Whiplash Injury, A 1-Year Prospective Study of Risk Factors, Kasch H, Jensen T, Neurology 2001;56: pgs 1637-1643, June 26,2001, High degree probability chronic disability up to 50%, even 75% after 15 years, lawsuits did not influence recovery,
Supported by:
Sequelae in 50%: Gargan MF, Bannister GC, The Rate of Recovery Following Whiplash Injury, Eur Spine J 1994; 3: pgs 162-164.
Sequelae in 75%: Squires B, Bannister GC, Soft-Tissue Injuries of the Cervical Spine: 15-Year Follow-Up, J Bone Joint Surg 1996; 78: pgs 955-957. Previous head injuries key

Cervical Range of Motion Discriminates Between Asymptomatic Persons and Those With Whiplash, Sterling M, Treleaven J, Spine 2001, October 2001; 26: pgs 2090-2094. ROM key, 90% accurate.

Manual Therapy, Physical Therapy, or Continued Care by a General Practitioner for Patients with Neck Pain, A Randomized Controlled Trial, Hoving JL, Koes B, Annals of Internal Med, Vol. 136 No. 10, May 2002, pgs 713-722. Manual therapy (not by DCs) "significantly higher" than both interventions and GP generally worthless. Neck pain peaks at 50 years of age. Hands on and frequent v important, and cannot be explained. [**Note: 1993 Mercy Document criticized "physician dependence"**.] **PT got worse results while receiving 2x more visits. Passive jt mobilize way better than active PT exercise. Only manual t had no patients worse.**

Chronic Spinal Pain: A Randomized Clinical Trial Comparing Medication, Acupuncture and Spinal Manipulation, Giles L, Muller R, Spine, July 2003; 28 (14): pgs 1490-1502. SA done by DCs. 50M US daily chronic pain. Poor outcomes higher than usually recognized. Gastro toxicity from NSAIDS one of most common serious adverse drug events civilized world. Insufficient evidence NSAIDs for chronic pain. **Chiro group more than 2x as chronic (8.3 yrs vs 4.5 yrs). Rx no marked improvement and adv rx 6.1% subjects. SA got 47% imprv in General Health Status—**significant given chronicity. 27% asymptomatic w/in 9 wks, zero adverse events; acup 15% imprv Gen H Status. **5X better than drugs Celebrex and Vioxx.**

Long-Term Follow-Up of a Randomized Clinical Trial Assessing the Efficacy of Medication, Acupuncture and Spinal Manipulation for Chronic Mechanical Spinal Pain Syndromes, Muller R, Giles L, J Manipulative and Physiological Therapeutics, January 2005, Volume 28, No. 1. Follow-up to the above study. Patients allowed to change rx if no help. SA fewest. Ac 53%, rx 81%. Chronic mech spinal pain syn "compromise

immune function." **Chiro far better than both ac and rx at 1 yr follow-up.** Drugs did not help.

Evidence for Spinal Cord Hypersensitivity in Chronic Pain After Whiplash Injury in Fibromyalgia, Banic B, Petersen-Felix S, Pain, January 2004, pgs 7-15, hyperexcited CNS, plasticity, hyperalgesia, allodynia, signal amplification, irreversible, indicating psychological stress, reflex thresholds signif lower, **gene expression, receptive field enlargement, "tissue damage induces profound plasticity changes" "COX-2 PGE-2 not confined locally - whole spinal cord and supraspinal centers" "persists after healing" "genetic reduction serotonin production altering pain control, depression/ psychological distress"** — nociceptive neuronal gene expression, receptive field enlargement, maladaptive central synaptogenesis, increase SNS, vasoconstrict and immunosupress.

Facet Joint Kinematics and Injury Mechanisms During Simulated Whiplash, Pearson A, Paul C, Spine, February 2004, Vol. 29, No. 4, pgs 390-397, Increases over physiologic limits seen at 3.5g so injury occurs at low impact, 1 accident neck ages 10 yrs quicker

Injury Mechanisms of the Cervical Intervertebral Disc During Simulated Whiplash, Panjabi M, Paul C, Spine, Vol. 29(11) June 2004, pgs 1217-1225, authors referenced 3 studies saying most common site C5-C6 and 25% have herniated discs:
Pettersson H, Hildingsson C, Disc Pathology After Whiplash Injury: A Prospective Magnetic Resonance Imaging and Clinical Investigation, Spine, 1997; Vol. 22:pgs 283-287, most common site C5-C6, 25% had herniated C discs
Jonsson H, Cesarini K, Findings and Outcome in Whiplash-Type Neck Distortions, Spine, 1994; Vol. 19: pgs 2733-2743
Davis S, Teresi L, Cervical Spine Hyperextension Injuries: MR Findings, Radiology, 1991: Vol. 180, pgs 245-251
Also referenced three studies showing WAD 39% show DJD in 5-10 years; another c fusion 2x that of controls; WAD fusion 8 yrs earlier than controls:
Hohl M, Soft-Tissue Injuries of the Neck in Automobile Accidents: Factors Influencing Prognosis. Journal of Bone & Joint Surgery - American Volume, 1974; Vol. 56, pgs 1675-1682,
Hamer A, Gargan M, Prognostic Factors in Soft-Tissue Injuries of the Cervical Spine, Injury, 1993; Vol. 24; pgs 549-550,
Watkinson A, Gargan M, Prognostic Factors in Soft-Tissue Injuries of the Cervical Sine, Injury, 1991; Vol. 22: pgs 307-309,

Injury of the Anterior Longitudinal Ligament During Whiplash Simulation, Ivancic P, Pearson A, European Spine Journal, January 2004, 13: pgs 61-68, 3.5g low impact causes injury

Bunketorp L, Carlsson J, European Spine Journal 2002, 11: pgs 227-234, 50% whip report chronic neck pain 15 years later

Squires B, Gargan M, Soft Tissue Injuries of the Cervical Spine: 15-Year Follow-Up Journal of Bone and Joint Surgery 1996, 78 pgs 955-957, Disc injury brings fibrosis of nucleus and osteo facets - decrease disc height inc facet loading, facet arth rare w/out disc

Disorders of the Cervical Spine, Bland J, WB Saunders Company, pg 84. "Whole person with a whole spine"—different areas of spine cause issues in other spinal areas.

The Spine, Chapter 10: Acceleration Extension Injuries of the Cervical Spine, Macnab I, Rothman and Simeone, WB Saunders Company, 1982, pg 648. Vehicle damage not related to injury "car stuck in concrete." Relative sizes of bullet car/target car.
Pg 653 - "litigation neurosis" why did patients with fx wrists or ankles not also complain of lingering pain from these injuries, only necks? Macnab I.

Acceleration of Degenerative Disc Disease Following Whiplash Injuries, The Cervical Spine, The Cervical Spine Research Society, Hohl M, Lippincott, 1989, pg 440. X-rays 7 years after 39% w/ DJD 1 or more levels, 55% at another level, no tie btw pain and DJD.

Whiplash, Hearing Loss and Upper Cervical Manipulation, Kaeser HE, Ettlin T, Schweiz Rundsch Med Prax, December 1999; 88 (49); pgs 2021-2024. Cervical sprain also causes numerous other symptoms.

Death From War Versus Death From Motor Vehicle Collisions, Ask Marilyn,  vos Savant M, Parade Magazine, March 2006, pg 6. Since Ford mass-produced car in 1913, 2.5M Americans dead from cars, since Revolution in 1775 1M died in wars.

Whiplash: Fact or Fiction? Amer J of Orthopedics, Silber J, Vaccaro A, January 2005. One third injured may complain of chronicity. $29B per year ins to these injuries. Many symptoms. Any neck/head rotation worsens. Brain injury w/ audio visual issues. Occult injuries, instability, plain x-ray usually normal except loss of lordosis w/ widening. Headrests help 10%. **WAD true path entities with significant morbidity. WAD 2x more since seatbelts act as fulcrum. Lipstick sign chaffing.** Quebec Task Force, Grades I, II, III - grade 3 objective doc extremity ms weakness. More rx. 97% pain

free after first exposure symptomatic from second MVA. **Steroid injections don't help chronicity.**

Head Position and Impact Direction in Whiplash Injuries: Associations with MRI-Verified Lesions of Ligaments and Membranes in the Upper Cervical Spine, Kaale B, Wester K, Journal of Neurotrauma, Vol 22, No. 11, November 2005, pgs 1294-1302, sitting with head/neck turned elevated severity, WAD severe medical problem, poorly evaluated by x-ray, side opposite head rot key, Grade 3 changes always MVA, only MRI can find due to fatty infiltration

Head-Turned Rear Impact Causing Dynamic Cervical Intervertebral Foramen Narrowing: Implications for Ganglion and Nerve Root Injury, Journal Neurosurgery Spine, Vol 4, May 2006, Tominga Y, Cunningham B, pgs 380-387, rotated head worse, 6 cadavers, pain w/out mechanical stimulus

A Review of the Literature Refuting the Concept of Minor Impact Soft Tissue Injury, Pain Research and Management, Centeno C, Elkins W, Summer 2005; 10 (2); pgs 71-74, 63 references, MIST is insurance industry concept to portray WAD as psychosocial, mid-1990s US auto ins industry manufactured this play to lower costs, few studies that support MIST specifically designed not to injure, **lower impact more severe than higher impact, Delta-V, paradox due to stiff or elastic vehicle, complex interplay seat design, occupant mass/position, vehicle dynamics**. Women worse than men, leaner body mass etc., industry raised stiffness to lower property damage, raising shear forces on occupant, **easily detected on dissection—not visible even with MRI**. Confirmed in live volunteers, "feel things differently" than controls, 160-370% more body pain, MIST has little scientific valid, **seats also stiffer to counter car stiffer to reduce occupant ejection, chronic WAD elevates sensitivities, vast majority of work invalidates MIST.**

The Fluctuation in Recovery Following Whiplash Injury, 7.5-Year Prospective Review, Gargan M, Bannister G, Injury, Vol 36, Issue 6, June 2005, pgs 758-761, most published guys in WAD prognosis, anxiety and depression correlates well w/ symptom severity, symptoms/recovery fluctuate greatly after 3 mos btw 3 mos-2 years. Don't rush eval. **WAD first physical then creates psychological too**. 64% need intensive care 3 mos if any hope of halting chronicity, 6-12 recovery absurd.

Case Report: Whiplash-Associated Disorder From a Low-Velocity Bumper Car Collision: History, Evaluation and Surgery, Duffy M, Stuberg W, Spine: Vol. 29(17), 2004; pgs 1881-1884, no consensus on where injury starts @ speed, myriad variables, lower motion opens pain gate, study cites three studies corroborate delicacy:

Brault J, Wheeler J, Clinical Response of Human Subjects to Rear-End Automobile Collisions, Archives of Physical & Medical Rehabilitation, 1998, Vol. 79, pgs 72-80, Rosenbluth W, Hicks L, Evaluating Low-Speed Rear-End Impact Severity and Resultant Occupant Stress Parameters. Journal of Forensic Science, 1994; Vol. 39, pgs 1393-1424, Yoshiba H, Tsutsumi S, Experimental Analysis of a New Flexible Neck Model for Low-Speed Rear-End Collisions, Accident Analysis and Prevention, 2001; Vol. 33: pgs 305-312 Gargan M, Bannister G, The Behavioral Response to Whiplash Injury. Journal Bone & Joint Surgery—British Version, 1997; Vol. 79: pgs 523-526, (stiff equals injury)

Whiplash Following Read End Collision: A Prospective Cohort Study, Journal of Neurology, Neurosurgery and Psychiatry, Pobereskin L, August 2005; 76: pgs 1146-1151, 52% still pain at 1 year, age and prior neck pain history most important predictors, MOST INJURED excluded from study (ambulance), **no correlation to speed and damage "surprising" "seems counterintuitive" people w/ settled claims more often reported pain compared to people w/ claims pending, not resolve w/ claim settling.**

Correlating Crash Severity with Injury Risk Injury Severity and Long-Term Symptoms in Low Velocity Motor Vehicle Collisions, Croft A, Freeman M, Medical Science Monitor, October 2005; 11 (10): pgs 316-321, mid-1990s auto ins guidelines <$1,000 vehicle damage claim asking permanent injury "should be treated as fraudulent claim", "close without payment." "Injury common in minor category", "**property damage invalid predictor risk or symptom duration",** MIST concept to control costs, **persons unaware of crash significantly more persistent symptoms**.

Significant Spinal Injury Resulting From Low-Level Accelerations: A Case Series of Roller Coaster Injuries, Freeman M, Centeno C, Archives of Physical medicine and Rehabilitation, Vol 86, Issue 11, November 2005, pgs 2126-2130, use healthy and informed subjects to likely injury, real victims neither, 5 mph 7-12g, injuries roller coaster serious, MVA much more likely, phys condition, neck geometry, ms bracing.

Effects of Abnormal Posture on Capsular Ligament Elongations in a Computational Model Subjected to Whiplash Loading, Stemper B, Pintar F, Journal of Biomechanics, Vol 38, Issue 6, June 2005, pgs 1313-1323, S-curve injures, c-spine kyphosis at injury signif higher DJD, also long-term effects, **chronic illness assoc w/ abnormal posture**, tied to "subcatastrophic threshold for injury", **head restraints of little use bc injury happens during s-curve phase.**

Long-Term Follow-Up of a Randomized Clinical Trial Assessing the Efficacy of Medication, Acupuncture and Spinal Manipulation for Chronic Mechanical Spinal Pain Syndromes, Muller R, Giles L, Journal of Manipulative and Physiological Therapeutics,

Vol. 28, January 2005, Number 1, **compromised immune function**, pts allowed to switch rx, those treated by chiros derived more (everything) than hospital therapists"

Posture Health

Hyperkyphotic Posture Predicts Mortality in Older Community-Dwelling Men and Women: A Prospective Study, Kado D, Greendale G, Journal of the American Geriatrics Society, Vol 52, Issue 10, October 2004, pg 1662, >2cm FHP 44% more death due to atherosclerosis, kyphosis not from osteoporosis, tie posture to atherosclerosis? (Murphy: hyperkyphosis allows more sympathetic traffic to more athero.)

The Impact of Positive Sagittal Balance in Adult Spinal Deformity, Spine, Glassman S, Schwab F, Vol. 30 (18), September 2005, pgs 2024-2029, All measures health status dropped w/ FHP increase, clear increase pain, **measures reproducible**, not fractures, is posture, posture rehab will help

Clinical Biomechanics of the Spine, White and Panjabi, 1978, positive section in text on using full-spine x-ray to assess posture issues

Spinal Kyphosis Causes Demyelination and Neuronal Loss in the Spinal Cord: A New Model of Kyphotic Deformity, Spine, Shimizu K, Toyama Y, chronic compression of spinal cord led to widespread neuronal losses, spinal cord flattening, death of cells, climbed up cord toward brain

Conservative Correction of Leg-Length Discrepancies of 10mm or Less for the Relief of Chronic Low Back Pain, Archives of Physical Medicine and Rehabilitation, Defrin R, Chaim G, November 2005, Vol. 86, Issue 11, pgs 2075-2080, shoe inserts level and help

A Hypothesis of Chronic Back Pain: Ligament Subfailure Injuries Lead to Muscle Control Dysfunction, European Spine Journal, Panjabi M, July 2005, trauma/misalign corrupts transducer signals mecanoreceptors, **most likely cause spine trauma—** Murphy and others hypothesized same thing, muscle spasm raised to compensate, "**subfailure defined as injury stretching tissue beyond physiological limit, but less than failure**." Spasm heightens microtrauma. Spinal cord senses mismatch has trouble choosing appropriate response pattern. Vicious cycle set up, corrupting entire spinal system. Muscles have good blood supply, heal well, and are not cause of LBP. "Special and temporal mismatch"

Murphy letter to Panjabi Pain Origination References:

Indahl A, Kaigle A, Interaction Between the Porcine Lumbar Intervertebral Disc, Zygapophysial Joints and Paraspinal Muscles, Spine 22: 1997, pgs 2834-2840

Kirkaldy-Willis W, Cassidy J, Spinal Manipulation in the Treatment of Low Back Pain, Canadian Family Physician, Vol. 31, March 1985, pgs 536-540

Meade T, Dyer S, Low Back Pain of Mechanical Origin: Randomized Comparison of Chiropractic and Hospital Outpatient Treatment, British Medical Journal, June 1990; 300: pgs 1431-1437

The Lancet, Chiropractors and Low Back Pain, July 1990, pg 220

Meade T, Dyer S, Randomized Comparison of Chiropractic for Low Back Pain: Results From Extended Follow-Up, British Medical Journal, August 1995; 311: pgs 349-351

Woodward M, Cook J, Chiropractic Treatment of Chronic Whiplash Injuries, Injury, November 1996; 27 (9); pgs 643-645

Khan S, Cook J, A Symptomatic Classification of Whiplash Injury and the Implications for Treatment, Journal of Orthopaedic Medicine, 21 (1) 1999, pgs 22-25.

Giles L, Muller R, Chronic Spinal Pain: A Randomized Clinical Trial Comparing Medication, Acupuncture and Spinal Manipulation, Spine, July 2003; 28 (14); pgs 1490-1502

Muller R, Lynton G, Long-Term Follow-Up of a Randomized Clinical Trial Assessing the Efficacy of Medication, Acupuncture and Spinal Manipulation for Chronic Mechanical Spinal Pain Syndromes, Journal of Manipulative and Physiological Therapeutics, January 2005, Vol. 28, Number 1.

Supine Leg Checks May Predict General Health Status, Journal Vertebral Subluxation Research, November 2004:1-5, http://www.jvsr.com, lower health, lower qol.

SMT Alone as Effective as Combining SMT and Interferential, Spine, October 2004; 29:2207-2216

WALLS-KAUFMANN - 466

Neurology, Immunology, Immunity and Disease:

https://www.chiropractic.org/immune-function-and-chiropractic-what-does-the-evidence-provide-revised/ ICA statement on Covid-19

Increase in Cerebral Blood Flow on Brain Magnetic Resonance Angiogram Following Correction of Cervical Lordosis - https://pubmed.ncbi.nlm.nih.gov/31001596/, Banach C, Brain Circulation, 2019 Jan-Mar;5(1):19-26. doi: 10.4103/bc.bc_25_18. Epub 2019 Mar 27.

The Evidence of the Association, in Dissected Cadavers, of Visceral Disease with Vertebral Deformities of the Same Sympathetic Segments, Winsor H, *Medical Times*, November 1921, pgs 1-7, 50 cadavers, U of Penn, minor curves more a problem than gross curves, thymus, pleurae, lung, heart, pericardium, stomach, liver, gall bladder, pancreas, spleen, inguinal, kidney, prostate, bladder, uterus, skin, cancers, total disease 139, 100%, altered blood supply, vaso-motor spasm, fibrous/callous exudates irritate symps, **curvatures preceded organic disease, "This disease appears to precede old age and to cause it. The spine becomes stiff first and old age follows. Therefore, we may say a man is as old as his spine, the arteries becoming hardened later from constant vaso-motor spasm, following sympathetic irritation." Including "sclerosis of the carotid vessels and softening of the frontal lobe on one side with atrophy of the brain, in an old woman." In addition - 22 cats anesthetized, spine hyperextended, aorta ceased to pulse; aorta severed - no bleeding - spine flexed, "aorta spurted in jets," flex-ext tried repeatedly same results. Spine fixation affects blood supply. Posture distortions causing sympathetic dysfunction can be treated with fulcrum-assisted reversal of the postural distortion!**

Immunology, A Short Course

Korr IM, The Spinal Cord as Organizer of Disease Processes: III. Hyperactivity of Sympathetic Innervation as a Common Factor in Disease, Journal American Osteopathic Association, December 1979; 79(4): pgs 232-237

The Sympathetic Nerve—An Integrative Interface between Two Supersystems: The Brain and the Immune System, Elenkov I, Wilder R, Pharmacological Reviews, Vol. 52, No. 4, 41/865371.

Elaborate Interactions Between the Immune System and Nervous Systems (Review), Steinman L, Nature Immunology 5, May 2004, pgs 575-581, extensive communication,

vagus, sympathetics to immune in spleen, liver, bone marrow, thymus, lymph nodes, skin and GI, much is known

Immunology at a Glance, Playfair J, Chain B, Eighth Edition, Blackwell Publishing, 2005

Immunology, A Short Course, Coico R, Benjamini E, Wiley-Liss, 2003, pgs 11-18, Innate imm first line, almost all substances, present from birth; adaptive/acquired imm picks up second line, T and B cells/immunoglobulins, protein cytokines activate elite fighters, "Most microbes encountered daily in the life of a healthy individual are detected and destroyed within minutes to hours by innate defenses mechanisms," pg 11, "Innate immunity is an attribute of every living organism," pg 18, "Not eliminated by innate picked up by adaptive," pg 18. Macrophages (monocytes), neutrophils, natural-killer cs.

Neural Regulation of Innate Immunity: a coordinated nonspecific host response to pathogens, Nature Reviews Immunology, Sternberg E, April 2006, pgs 318-328, article has 140 references, CNS and innate immune system interact for early response, first line is ns release of neuropeptides; inefficient of HPA axis adverse to immunity, SNS component regs immunity, noradrenaline up, NK-cells, monocytes, B and T cells down; ns turns off immune so that no overreaction, allergy asthma **autoimmune; ACCEPTED: ns regulates immunity, vital roles health and disease; stressed ns opens door to uncontrolled infection; immune cell maturation; MOST OF SNS effects are immunosuppressive**
1) Reduced Reactivity and Enhanced Negative Feedback Sensitivity of the HPA axis in Chronic Whiplash-Associated Disorder, Pain, Gaab J, Baumann S, Vol. 119, Issues 1-3, December 2005, pgs 219-224, WAD lowers immunity, chronic mech stress immunosuppressive

Endocrinology, Brook C, Marshall N, Blackwell Science, 2001, pgs 37-38, pg 47, all parts of brain feed into brain stem influencing basic health, reduced cortisol ups inflam

Stress, Immune Function, and Health, The Connection, Rabin B, Wiley-Liss, 1999 "Healthy person response rapid efficient (acute inflammation) fixes before adaptive, impaired individual chronic inflamm pg 70, when innate fails and adaptive = symptoms, **symp increase immune drops pg 114, hypothalamus activates symps - catecholamine release in lymphoid, pg 129**

Mind Over Matter - Regulation of Peripheral Inflammation by the CNS, Schafer M, Stein C, Birkhauser Verlag, 2003, sympathetic innervate every organ control diverse pg 89, stimulate symps promotes inflamm alters ns pg 126, catecholamines hurt T cells pg 73, immunosuppressive pg 74, Th1/Th2 balance pg 75, switch to IgE pg 78, symps

infections/pathogenesis/autoimmune/atopic/allergy/atherosclerosis/tumor growth,pg 80, stress/PGE2 symps catechols pg 21 —ANY trauma accelerates PGE2, nociceptive neuronal gene expression, receptive field enlargement, maladaptive central synaptogenesis, increase SNS, vasoconstrict and immunosupress.

Neural Regulations of Innate Immunity: A Coordinated Nonspecific Host Response to Pathogens, Sternberg E, Nature Reviews Immunology, April 2006, pgs 318-328, CNS regs via neural/hormonal routes, cohesive/integrated, first line neuropeptides, stress yields glucocorticoids immunosuppressive apoptosis, SNS regs immune, excess bad, healthy NS normally regs, **now accepted balance CNS/PNS reg disease/health,** immune maturation

It Takes Nerve to Tell T and B Cells What to Do, Journal of Leukocyte Biology, Kin N, Sanders V, Vol. 79, June 2006, doc ties between brain and immune, communicate for homeostasis, dysregulation of coms contributes to disease and progression, overly robust misdirected response leaves immune compromised; 113 references

Reduced Reactivity and Enhanced Negative Feedback Sensitivity of the Hypothalamus-Pituitary-Adrenal Axis in Chronic Whiplash-Associated Disorder, Pain, Gaab J, Baumann S, Vol. 119, Issues 1-3, December 2005, pgs 219-224, WAD attenuated and suppressed cortisol responses, "may cause general illness dysfunction of systems beyond the neck injury," hormones HPA axis tied to chronic pain/fatigue, HPA axis altered by traumatic stressors, tight screening to cut out serious injuries, no litigation, **altered disc and facet mechs firing (Sub) alter cerebellum neuroplasticity and function—this model WAD mechs reduce cortisol, bringing systemic inflam, chronic pain, and other systematic health manifest.**

!!Day Care in Infancy and Risk of Childhood Acute Lymphoblastic Leukemia: Findings from UK Case-Control Study, Greaves M, Alexander F, British Medical Journal, June 2005, this study supports reduced exposure to infection in first months of life increases risk of ALL, substantiates 1988 same findings, "isolation inadequate immune priming"
**First 3 months of natural exposure critical for immune dev; social activity of newborn outside family tied to lowered risk of ALL problems; immune isolation bad; published responses to this article included letters from Roger C Parslow, Senior Research Fellow, Pediatric Epidemiology Group, University of Leeds; Richard Lanigan; John M Grange; Bernd Krone, Klaus Kolmel; Petar Ivonovski; L Travis Haws; Michael Innis—measles infection led to broad spectrum immunity, childhood leukemia before 1920 extremely rare, then around 1940 the DPT vaccine intro correlated to the levels we have today. Aggressive push from WHO, CDC, NIH ties into willingness to deny any connection with broad social health adversity.**

Does Antibiotic Exposure During Infancy Lead to Development of Asthma? A Systemic Review and Metaanalysis, Marra F, Marra C, Chest, March 2006, Vol. 129. No. 3, pgs 610-618, increasing use coincides with more otitis media, upper respiratory inf & bronchitis

Costs Plus -

Pediatrics April 2004; 113: pgs 708-713, $400B 1/3rd healthcare money, paperwork. Study from Harvard Med School and Public Citizen $286B of that "utter waste".

Bivens M, Red Tape, The Nation, January 2004, same conclusion

Risks/Deaths:

Young Woman With Blood Disorder Develops Painful Severe Reaction to Multiple Vaccinations
- by TVR Staff
- Published September 22, 2024
  Risk & Failure Reports

The Vaccine Reaction, young woman with rare disorder forced to get multiple vaccines suffers catastrophic reaction; to help her comes Vaccine Safety Research Foundation (VSRF) with sent a registered nurse, Angela Wulbrecht, and a team of doctors to assist with her care. Lorenze, who is a resident of Florida, does not have health insurance in California. The VSRF is a non-profit organization founded by Silicon Valley entrepreneur and philanthropist Steven Kirsch.

"You can't live to 150, we'll never live to 150, 100, says researcher, Olshansky, A. Marcus, Think You Will Live to 100? These Scientists Think You're Wrong, https://apple.news/AiC8CMKIwRjiMoKKvPPLyCg, The Wall Street Journal, Health News, July 31, 2024

Energy Drinks and Their Adverse Health Effects: A Systematic Review and Meta-analysis, Sports Health, Nadeem, I, 2021 May-Jun; 13(3): 265–277. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8083152/

More People Misusing NSAIDs Despite Knowing Risks, Digestive Disease Week, May 2004, http://www.ddw.org/, more aware still no action, overdose/mixing, anxious for quick fix

Healthcare, Hospital Horrors, Newsweek, August 2004, pg 12, IOM 1999 report said 98K US die med errors, estimate is low, equivalent **390 jumbo jets** crashing each year.

Health Grades Inc., New Estimate Doubles Previous Figure on Hospital Errors, July 2004, 98K die each year US, safety not improving, 1.14M safety incidents = 3% (37M) among seniors, of those on Medicare who died (323K) 81% (263K) directly from incident, **med errors no. 6 cause of death, before diabetes, pneumonia, Alzheimer's and renal disease**

Wire report, Japan Reports Record Number of Centenarians, USA Today, September 15, 2004, US 48th in longevity, Andorra no 1,

Glenmullen J, Prozac Backlash, Overcoming the Dangers of Prozac, Zoloft, Paxil and Other Antidepressants with Safe, Effective Alternatives, Simon & Schuster, 2000, 12 of 15 antidepressants no better than placebo, damage is permanent, authorities know, mechanism is raise serotonin/lower dopamine = more suicide, more murder, mass killers

Cohen J, Over Dose, The Case Against the Drug Companies, Penguin Putnam Inc, 2001

Greider K, The Big Fix, Howe the Pharmaceutical Industry Rips Off American Consumers, BBS PublicAffairs, 2004

Study Links Pain Relievers and Breast Cancer, Rubin R, USA Today, June 1 2005, Journal of the National Cancer Institute study shows long-term Ibuprofen or Aspirin raises risk of breast cancer, 114K women California Teachers Study, women daily use 5 yrs 50% higher risk, Aspirin daily use 80% more likely.

Antibiotic Use in Relation to the Risk of Breast Cancer, Velicer C, Taplin S, Journal of the American Medical Association, Vo. 291, No. 7, February 2004, pgs 827-835, use tied to increased risk of incident and fatal breast cancer, via microflora phytochemical pickup.

22.6M inappropriate rx 1995 alone for *acute* non-bacterial resp infections!—so does not include *chronic* URIs, or GI. May apply other cancers. All antibiotics.

Antibiotics and Breast Cancer—What's the Meaning of This?, Ness R, Cauley J, Journal of the American Medical Association, Vol. 291, No. 7, February 2004, pgs 880-881, compelling evidence

Ken Cooper MD 1968 "aerobics" high intensity exercise detrimental - free radical production equal to multiple-pack smoker

O'Byrne K, Dalgleish A, Chronic Immune Activation and Inflammation as the Cause of Malignancy, British Journal of Cancer. 2001; 85: pgs 473-483, chronic inflam DNA damage from free radicals
Velicer C, Taplin S, Hypothesis: Is Antibiotic Use Associated with Breast Cancer? Cancer Causes Control. 2003; 14; pgs 739-747
Attur M, Amin A, Tetracycline Up-Regulates COX-2 Expression and Prostaglandin E2 Production Independent of its Effect on Nitric Oxide. Journal of Immunology. 1999; 162; pgs 3160-3167
Hwang D, Levine E, Expression of Cyclooxygenase-1 and Cyclooxygenase-2 in Human Breast Cancer. Journal of the National Cancer Institute. 1998; 90: pgs 455-460.

Danger of Mixing Candy and Poison, Davern T, San Francisco Chronicle, August 14, 2004, from liver transplant specialist, Tylenol (Acetaminophen) potent liver poison, #1 liver transplant cause, opiates highly addictive, tragedy uninformed parents overdosing kids, should not be sold in 1,000 tablet mega-bottle

New England Journal of Medicine, December 1994, maximum life-time safe dose, no more than 137 tablets a year or liver damage, Acetaminophen

!early Stress - Temperature at birth, coronary heart disease, and insulin resistance: cross sectional analyses of the British women's heart and health study, Lawlor D, Davey Smith G, Heart, 2004 Apr; 90(4): pgs 381–388. 4K women, those born in coldest temps 24% risk CVD, triglycerides, respiratory issues, insulin metabolism

Pain Plus -

Rubin R, Pain Experts, DEA Seek Consensus on Abuse, USA Today, August 12, 2004, 50M Americans have chronic pain, 1/3rd disabled by it, quickly dev opioid dependence and withdrawal

The Reality Check, Haavik H, Haavik Research, Kindle Direct Publishing, 2019, pg 63, don't have to have pain for dysfunction

Ibid, pg 65, subluxation represents altered input into the brain, ongoing maladaptive brain changes, abnormal feedback, altered integration

1, 63, 64, 65, 67, 68, 83, 84 Ibid references

Ibid pg 67, pain fixed but underlying problem remains under the surface, disguised by lack of symptoms, early on hypothesized spinal reflex levels (not brain), also believed DCs saw their patients too much, science shown this not true, i dit not have an attachment, on a mission to discover truth,

Ibid 70, chiropractic actually changes the way the brain functions

Widespread Body Pain and Mortality: Prospective Population Based Study, Macfarlane G, Silman A, British Medical Journal, September 2001; 323;662, excess mortality regional and widespread pain almost entirely from cancer: regional 1.55 (1.09-2.19) widespread 2.07 (1.37-3.13), Rx difficult, pain commonly persists—lung, GI, breast. "Well conducted, competently analyzed." (I.K. Crombie, dept head Epidemiology and Public Health, U of Dundee, Ninewells Hospital and Medical School

Migraine Sufferers More than Twice as Likely to have a Stroke, British Medical Journal, December 2004:doi:10.1136, http://www.bmj.com, pooled 14 studies

Immunity Plus -

Kivioja J, Link H, Chemokines and Their Receptors in Whiplash Injury: Elevated RANTES and CCR-5; Journal of Clinical Immunology, October 2001; 101(1): pgs 272-277, whiplash alters immune function

Kivioja J, Link H, Systemic Immune Response in Whiplash Injury and Ankle Sprain: Elevated IL-6 and IL-10; Clinical Immunology, October 2001; 101(1): pgs 106-112,

Germ Theory Plus/Immunity Plus -

https://expose-news.com/2022/11/09/germ-theory-a-theory-not-proven/

Dr. Carolyn Dean, author *Death by Modern Medicine,* Dr. Robert Mendelssohn *Confessions of a Medical Heretic* ("ask why enough times you reach the chasm of faith"), Dr. Peter

WALLS-KAUFMANN - 473

Duesberg *Inventing the AIDS Virus,* Louis Pasteur "Le microbe n'est rein, le terrain est tout." Antoine Bechamp, "Treat the patient, not the infection." Dawn Lester, David Parker, *What Really Makes You Ill - Why Everything You Thought You Knew About Disease Is Wrong,* Dr. M.L. Leverson, 1911, London lecture " . . . entire fabric of GT incapable of proof . . ", Dr. M. Beddow Bayly, 1928 article in *London Medical World* "conclusively prove no microorganism is the specific cause of disease," "despite authoritative assertions"; Torsten Engelbrecht and Dr Claus Kohnlein MD in book *Virus Mania,* "[idea] particularly virulent in [pharma] development where cell cultures tormented by often highly reactive chemicals allow few conclusions about reality—yet conclusions drawn and passed straight on to meds and vaccines." . . . "And does in vitro carry over to in vivo?" 2005 interview on line German newspaper *Faktuel,* Dr. Stefan Lanka his studies molecular biology, "In the course of my studies, I and others have not found proof of a disease-causing virus anywhere." 1919 experiments of Dr. Milton J. **Rosenau MD, sprayed, injected, visit with sick, handshakes, coughed and sneezed** in the face of actively sick people at bedside—no one got sick 100 healthy volunteers.
**Dean, Mendelssohn, Duesberg, Lester, Parker, Leverson, Bayly, Engelbrecht, Kohnlein, Lanka, Rosenau**

The Curse of Louis Pasteur, Nancy Appleton


Populism Plus

Ernesto Laclau - https://en.wikipedia.org/wiki/Ernesto_Laclau "Laclau presents populism as an emancipatory social force through which marginalised groups challenge dominant power structures."

Steve Kirsch, journalist, substack, 1M followers, "red flag when those in charge of safety won't look at the safety data," Died Suddenly, film, min 34:51, how'd I go from love vax love Fauci to 'we've been lied to', "misinformation super-spreader" "conspiracy nut" always trusted gov and vax,

Yuri Beshmenov - "You cannot subvert someone who does not want to be subverted." This is done by belittling their culture and heritage so they want to think badly about themselves. https://youtu.be/Y9TviIuXPSE+


Elitism Plus -

Tara Reade - accused Joe Biden of sexual misconduct and rape, put her against wall and inserted fingers, "You're nothing; you're nothing to me," "I knew my career was over." "They took a cannonball to my life, and my family, and that day it ended." Tucker Carlson December 12, 2022 min 38

Chris Beck - regrets transsexual switch bc it ruined his life and it is an ideology where "wake up" to protect kids, take politics and emotion out of it, don't do it to kids, story of Chloe Cole, also speaking out about it, "tons of info on this that is being hidden," Tucker Carlson December 12, 2022 min 30

James Baker, centerpiece of Twitter, social media, DNC and Biden campaign in 2020 election, counsel at FBI and then Twitter; Elon Musk fires Twitter lawyer James Baker over 'suppression' of documents on Hunter Biden story, Victor Nava, New York Post, December 6, 2022

Transgender men (Antifa) attack feminist protests beat them, steal their sign, feminists protesting against men identifying as women going to women's prisons (impregnating and raping women while there), Jesse Watters December 7, 2022, min 18

San Francisco Mayor London Breed ordered Twitter HQ raided 12/7/2022 after Musk takes over with building inspectors bc people are working hard to meet deadlines and sleeping on company-provided cots, Jesse Watters Primetime, December 7, 2022 min 2

HHS Secretary, Xavier Becerra, November 30 2022 website, new recommendation on Covid Vax no longer effective for one year, now get re-boosted every two months, https://www.hhs.gov, accessed November 30, 2022.

Miguel Almaguer, NBC reporter disappeared for a month (and running) after the Paul Pelosi with the man in his house story, https://www.theepochtimes.com/nbc-news-reporter-not-seen-on-air-since-paul-pelosi-attack-report-retracted_4890051.html

Pedophiles  https://www.foxnews.com/us/california-releases-thousands-pedophiles-less-year-convictions-data-shows, accessed November 30, 2022

Bill Gates giving a speech on world population growth "going from seven billion to nine billion—now, even if we do a good job with vaccines, healthcare . . . " implying vax is part of depop/slow pop program, min 6:20 "Died Suddenly" movie

Washington Post lays off Pulitzer-winning dance critic amid spate of cuts, Sarah Ellison, Friday, December 2, 2022, C5

Died Suddenly, movie:

Amyloid protein materials that are not blood clots, Ibid min 7:00, John O'Looney, embalmer, Ibid min 11:10, Brenton Faithful, embalmer NZ Ibid 12:34, 100 embalmers at Ohio Embalmers Association 100/100 had seen white fibrous clots after vax, Ibid min 13:50, by far most died suddenly deaths not autopsied thereby missing what's happening, min 18:57, Lt. Col. Dr. Theresa Long, US Army Flight Surgeon, whistleblower min 21:09 40% increased death 18-45 years, "apocalyptic", 20 different conditions, ignored/threats min 23:21, cancers in military up 1,000% min 26:46,
Steve Kirsch, journalist, substack, 1M followers, "red flag when those in charge of safety won't look at the safety data," Died Suddenly, film, min 34:51, how'd I go from love vax love Fauci to 'we've been lied to', "misinformation super-spreader" "conspiracy nut" always trusted gov and vax, on Stew Peters Show Kirsch contacted 300 people at CDC including head Grace Lee asking if they wanted to see the Israeli data showing vax not working and not safe, not one wanted to Ibid min 41:48, Kirsch VAERS 1% (15K) = 1.4M soon after shot - not captured by VAERS are 5 mos later deaths min 45:16, Kirsch fibroid amyloids embalmers finding early 21/mid-2021 min 48:45, O'Looney they fill the vessels min 49:50, usually don't pull clots out of arteries only veins min 51:10, Nicky Rupright King embalmer, Dr. Gene Ponca MD Internal Medicine Specialist, Michelle Gershon RN whistleblower fetal death was 1 per month - now 22 per month and email said expect to rise, min 55:40, James Thorp MD death and destruction in neonates like I've never seen before min 56:40, stillbirth graph from Canada 30% after shot min 57:49, birth defects menstraul abnormalities etc (Thorp) min 58:33, 20% birth reduction in Hungary nine months post vax min 1:00:27, Long collapse of birth rates internationally from so many taking this shot min 1:01:42, O'Looney "I believe there is pure evil that looks at us like cattle" min 1:02:00, Long a bio weapon meant to curb pop and control min 1:02:15, @diedsuddenly v

Chris Rufo - "Decentralized censorship regime" "almost operating invisibly" "the powerful bullying the powerless" TC min 18, 11/21, 2022

Jan 6 man denied cancer rx in jail, and denied meds, cancer went from stage 1 to stage 3, Chris Worrel(sp?) TC min 50, November 21, 2022

Brandy Zandrosny - Tucker Carlson November 21, 2022, min 5, "when you demonize LBGTQ and pedophiles you promote violence against them" weaving peados in with LBGTQ, "sochastic violence"(?) 2) min 8 UCSF said sexually mutilating kids for trans surgery is by thought leaders and . . . " and took it down once it was outed publicly.

"My hands were totally tied on Hunter Biden interview": The Cripto Roundtable Show, host Mario Nawfal, Tuesday November 15, 2022
https://apple.news/ABa_S0vLtRbS3wlj1DsMirA

Delayed counts in elections 70% Dems win - problems don't occur in R districts, Tucker Carlson Nov 16, 2022, min 47

Pelosi - "When we pass the bill you can see what's in it." https://www.washingtonpost.com/blogs/post-partisan/post/pelosi-defends-her-infamous-health-care-remark/2012/06/20/gJQAqch6qV_blog.html

Pelosi - Dec 14, 2010, Obamacare mandate where in constitution? Pelosi: "Are you serious? Are you serious?" https://www.YouTube.com

FTX - Chief Executive Sam Bankman-Fried, FTX crypto $40M to Dems just before 2022 midterms, no 2 after Soros, $145M

FTX Sam Bankman-Fried raised $400M from investors and pocketed $300M for himself, WSJ, https://www.wsj.com/articles/ftxs-sam-bankman-fried-cashed-out-300-million-during-funding-spree-11668799774

Sam Bankman-Fried Said He Would Give Away Billions. Ensign R, Cohen B, The Wall Street Journal, November 24, 2022, he only raised a fortune to give it all to charity

****UN President talks genocide:
https://theconfoundingvariable.com/tax-on-animal-expulsion-of-intestinal-gas-a-major-windfall-for-national-coffers/?utm_source=substack&utm_medium=email
At the recent 2022 UN Climate Change Conference, President Al-Sisi: 1 "So human annihilation must be the solution. With the exception of those who are in charge and the very wealthy – someone needs to keep saving the planet." 2"And to avoid that dire fate, all G20 countries must vaccinate 100% of their populations with whatever the WHO demands." 3 "But emerging economies are especially critical to bending the global emissions curve by depopulating their regions." 4 "thanks to our remarkable partnership with the pharmaceutical industry." 5 "Excellencies, Power-brokers, Elites, Utopians"

Overpopulation: 45 population control quotes: https://stillnessinthestorm.com/2022/07/45-population-control-quotes-that-show-the-elite-are-quite-eager-to-reduce-the-number-of-people-on-the-planet/

WALLS-KAUFMANN - 477

Overpopulation madness: https://expose-news.com/2022/12/31/self-appointed-elites-want-far-fewer-people/?cmid=d1725ada-6d03-4283-beb5-dace2cd07a29

Attenborough depopulate: https://expose-news.com/2022/12/30/david-attenborough-is-peddling-depopulation/

https://www.nationalreview.com/2022/11/the-end-of-the-chinese-economic-miracle/ Top-down intimidation and control is running out of real estate

Chamath Palihapitiya, NPR, Sports, Dustin Jones Twitter, 'Co-Owner of NBA's Warriors slammed after saying 'nobody cares about the Uyghurs', January 17, 2022

The Wall Street Journal, October 11th, Federal Officials Trade Stock in Companies Their Agencies Oversee, "Thousands of officials across the government's executive branch reported owning or trading stocks that stood to rise or fall with decisions their agencies made." Even when these stocks were on the department's "No Buy" list.

CBS National News, October 23, 2022, minute 12, Harvey Weinstein, Democrat defendant again on trial for more assaults decades after the time of the assault

World Economic Forum Presents: The Great Reset - "You'll own nothing, and you'll be happy." 2 min video, YouTube, accessed October 24, 2022

Covid Scam -

The Vaccine Reaction, "Mysterious" Pneumonia Outbreaks Reported in China, Carceres M, November 26, 2023, Chinese public health officials admit flu outbreak the result of hitting Covid vax too hard

https://thevaccinereaction.org/2022/11/blaming-unvaccinated-americans-here-we-go-again/

https://thevaccinereaction.org/2022/11/cornell-university-physician-i-was-wrong-about-covid-vaccine-mandates/

https://thevaccinereaction.org/2022/11/health-care-system-mandates-covid-shot-withdraws-religious-and-medical-exemptions/

https://thevaccinereaction.org/2022/11/new-york-court-reinstates-city-workers-who-refused-covid-shots/

https://expose-news.com/2022/11/06/why-are-us-government-hiding-information/

https://expose-news.com/2022/11/06/australian-people-have-been-lied-to-dr-phillip-altman/

https://www.nationalreview.com/2022/11/lets-demand-a-covid-mea-culpa/?utm_source=Sailthru&utm_medium=email&utm_campaign=NR Daily Saturday New 2022-11-05&utm_term=NRDaily-Smart,

https://nzdsos.com, New Zealand doctors speak out warning pregnant women re dangers of vaccine and appalled at coercion of MDs to stay silent

https://hardwickalliance.org, British doctors expose the top-down pressure on health and true democracy

https://expose-news.com/2022/01/22/300-percent-increase-in-heart-attack-deaths-soccer-2021/

The data within the table was obtained from the following four sources –

- https://goodsciencing.com/covid/71-athletes-suffer-cardiac-arrest-26-die-after-covid-shot/
- http://www.dvdbeaver.com/health/why.htm
- https://peckford42.wordpress.com/2021/12/04/revelation-2021-high-profile-soccer-figures-players-footballers-forcing-conversation-after-three-more-soccer-players-collapse-in-three-days/
- https://stephenc.substack.com/p/5-fold-increase-in-sudden-cardiac
- 

Charade, The Covid Lies that Crushed a Nation, David Marcus, Bombardier Books, 2021, pg 19, senior advisor to WHO, Bruce Aylward, when asked by reporter if Taiwan will join WHO pretends not to even hear the question bc officials in the hire of Beijing

Ibid, pg 19, Australia's *Daily Telegraph* in May reports a "Five Eyes" doc US, Australia, NZ, Canada, UK, says China covered up, made docs disappear, and refused to provide samples

Charade, The Covid Lies that Crushed a Nation, David Marcus, Bombardier Books, 2021, pg 85, Business Insider reported that by October billionaires gained half a trillion in wealth from lockdowns

Ibid, pg 86, "Unfairness is a bitter pill to swallow, but when it is clothed in self-righteousness, it becomes impossible to swallow."

Ibid, pg 2, permanent shuttering of one-third small businesses

Ibid, pg 3, "pandemic correctness"

Ibid, pg 12, Fauci February 29th tells *Today Show* no need for Americans to change their behavior

New York Times, March 1, 2020, "How Prepared is the US for a Coronavirus Outbreak?"pg 1, answer damn well prepared

Ibid, pg 23-35, HHS document, sixty-five important actions Trump took between Dec 21 and January 31 starting before Covid even public knowledge when media said Trump was "doing nothing" "wasted months"

Ibid pg 37, Republican communications friend said "Fuck no," re working in Trump White House bc it would hurt his future career

Ibid, pg 40 April 13, 2020, CNN reports Johns Hopkins data that warns US mortality rate over 3%

Ibid pg 40-41, former diplomat from both Obama and Trump says diplomat corps doesn't like upset, but Trump could shake things up and think outside the box

Genius Plus -

The Times of London, October 24, 2022, Katherine Hay, 1,000-year-old pommel is unearthed (exquisite)

Closed-mindedness as an Intellectual Vice, Cambridge University Press on line, Heather Battaly, 16 July 2020, https://www.cambridge.org/core/books/abs/virtue-theoretic-epistemology/closedmindedness-as-an-intellectual-vice/A8666ECFF3169AEAE23A52EFDE3A7641

Universe on a T-Shirt, The Quest for the Theory of Everything, Dan Falk, Arcade Publishing, 2002, Galileo offered many learned men to look through his telescope, but some refused, preferring to hold by their obsolete views, pg 55

WALLS-KAUFMANN - 480

T'ai Chi Plus

Evidence on physical activity and falls prevention for people aged 65+ years: systematic review to inform the WHO guidelines on physical activity and sedentary behaviour, Int J Behav Nutr Phys Act, Sherrington C, Fairhall N, 2020 Nov 26;17(1): pg 144, 116 studies show TCC helps balance 24%, https://pubmed.ncbi.nlm.nih.gov/33239019/

Effects of T'ai Chi or Conventional Exercise on Central Obesity in Middle Aged and Older Adults, Annals of Internal Medicine, Siu P, Yu A, August 2021, https://www.acpjournals.org/doi/10.7326/M20-7014, perhaps also bc of meditative element and leg lifting T'ai chi 38% superior than moderate intensity exercise for removing belly fat resulting from stress.

Proverb - "The good doctor cures people before they become ill." Madame Cheng, Introduction, Cheng Tzu's Thirteen Treatises on T'ai Chi Ch'uan, Cheng Man-ch'ing, North Atlantic Books, 1947, pg 9

Ibid, pg 10, " . . . that their translations were limited by their own abilities in T'ai Chi Ch'uan. If errors exist in their translations then it will defeat our original purpose and greatly mislead the reader."

Ibid pg 10, "I had asked Peng-jeng many times to fulfill his teacher's ambition and translate this book into English . . . "

Ibid pg 11, many classmates asked Lo to translate because all dreaded the task, he said, "This well is deep and my rope too short. My ability is not up to the task."

Ibid pg 11, Madame Cheng encouraged "to dispel bad translations and twisted meanings of my teacher's book . . . also prevent the passing down of misconceptions to future T'ai Chi Ch'uan practitioners."

Ibid pg 13, met only three extraordinary people, a dangerous wall collapsed on his head

Ibid pg 14, Confucius taught the mental discipline of the Six Arts, propriety, music, archery, charioteering, writing, mathematics, with archery and charioteering most imp

Ibid pg 15, a great man compared to those who remained in mountains for quiet rather than participate in the nation's destiny and the rise and fall of the world, Min Hsiao-chi

Ibid pg 21, martial arts developed to increase both wisdom and bravery, there is nothing TCC does not contain, two primordial powers Yin-Yang

Ibid pg 22, you lead an opponent's force away, "Tung chin" understanding strength

Ibid pg 23, "can also be used to control movement", body, race, nation "Those who deal with national and civil affairs should not neglect this."

WALLS-KAUFMANN - 481

Ibid pg 24, "The theory and function of T'ai chi principles are found everywhere." "This is the matrix of Chinese culture and philosophy." "TCC consistent with both philosophy and science." "Its theory is entirely based on philosophy principles; yet it realizes those principles in a way that satisfies the standards of science. All of this can be confirmed by its actual substance and application and is not a matter of opinion."

Ibid pg 25, "chi to mobilize the body"

Ibid pg 30, TCC special quality to sink chi to tan tien

Ibid pg 35, "I know many who would rather live in dishonor than die in honor." Because they are weak in health

Ibid pg 37, "T'ai Chi is different from other exercises for this reason." [chi].

Ibid pg 38, no limit [chi] accumulate, mobilizing, fullness radiates, effort/time

Ibid pg 41, start to learn, Do not forget chi

Ibid pg 45, sphere, application, reflect natural phenomena

Ibid pg 48, no turn only receiving the attack (compression), pg 49 tsou rapid turn, hua slow turn, ti fang

Ibid pg 52, function of art is to excite chi in tan tien, magnifies body movements

Ibid pg 55, with half the work the result double, ratio of work to result immeasurable

Ibid pg 55, must first have substance then application, without application underlying substance is useless, study deeply, many generations of masters, pay attention!

Ibid pg 59, Mencius "I am good at cultivating the Great Chi."

Ibid pg 59, TCC Classics "The chi is always nurtured without harm.", "perfect place of cultivation without harm." "The way is simple and easy. Do not waste time." Cultivate while doing anything, speaking, laughing, drinking or eating.

Ibid pg 60, "Sink the chi and *wei tso*," upright, any moment all day long, useless to talk to those who will not persevere

Ibid pg 61, two schools internal/external, Chinese proverb: internal train chi, external train ligaments, bones, skin; expressly emphasizes the chi.

Ibid pg 62, "Only if you sink the chi will the result of [any] exercise be different."

Ibid pg 63, "Do not seek the external, seek the internal, the chi. That is the heart of the matter."

Ibid pg 66, seven emotions, six desires

Ibid pg 80, Nine Levels, chi fills the limbs and torso and then serves as gateway to even higher, more powerful spiritual state, *ching shen*, joined with the ability to *dong jin*, and *t'ing jin*, "understanding energy" and "listening energy." "Chi reaches highest level and becomes mental energy, called spiritual power, 'the power without physical force.'"

Ibid pg 89, "upper back must be upright in the middle, sacrum upper back must be straight and upright"

Ibid pg 93-94, "study conscientiously" "particular method" "Without the guidance of oral instructions it was impossible to understand. Parts of the Classics are like this. They truly require the secret family transmission." ". . . Grasp the key points." . . "Leading

WALLS-KAUFMANN - 482

and pushing . . . Offset a thousand pounds then apply Push . . "You are not really using four ounces to push a thousand pounds." "Must separate offset and push" "rope in the nose exactly leading . . . Horns or legs would not work . . . Lead a particular method . . . Lead end of hand, diagonal direction, dissipates push . . . Only four ounces leading force needed . . . Push up to me . . Leading force not excessive or detect, change and attack, detect will stop, follow withdrawal <u>dare not keep to myself</u>

Ibid pg 95, get application must work on substance, substance root app is branches <u>when the substance complete the app is there,</u> still fear not find hidden door, <u>tan tien there is no other way,</u> body center of gravity (chung ting/jung ding) and tan tien inseparable

Ibid pg 103, "teacher can select basic postures which can require further practice . . . to repeat repetitive postures many times is meaningless and useless"

Ibid pg 109, doesn't have the shortcomings of meditation that labors the chi but doesn't exercise the body

Ibid pg 109, Tsai Chueh-ming, "a hundred benefits without one harm"

Ibid pg 114, "cultivate the life principle"

Ibid pg 114, standing meditation. "Most neglect this. Who would have thought that the way to practice and the application are all based on this one?"

Ibid pg 204-205, "Combine attraction and discharge almost simultaneously." "Besides Jieh  Jin there is nothing else."

Ibid pg 219, Glossary "Any metabolic or psycho spiritual transformation of energy may be characterized as chi." "One of the main objectives of T'ai Chi Ch'uan is the development of chin or internal force. Chin is contrasted with li, which refers to muscular contraction and release."

Yan Li-meng, Chinese virologist specialist in Covid virus, man-made virus because RNA segments do not occur in nature, Tucker Carlson, December 5, 2022, min 35

Twitter tampered Brazil 2022 elections, Elon Musk twitter Dec 3, 2022, Tucker Carlson, Rodrigo Neves interview, edited trends and # presentations, December 5, 2022, min 53

Twitter political donations 98.7% in 2020 to Dems, 99.2% to Dems in 2022, Sean Hannity, December 5, 2022, min 5.

General Concepts

Bounded rationality - the idea in sociology that people will make satisfactory decisions and choices rather than optimal ones - https://en.wikipedia.org/wiki/Bounded_rationality

Bounded instability - behavior that is unpredictable over the long term but nevertheless has a recognizable pattern of structure, the concept that randomness is no less structured and predictable https://park.org/Canada/Museum/complexity/complex3.html

"Reframing" choose to make yourself optimistic, Depak Chopra, spiritual/emotional healing; Becoming Metahuman, Depak Chopra, PBS Special, Phase 1: Understanding Your Self; Phase 2: Mastering Reality, Phase 3: Going Beyond Existence, the last begins with consciousness, how your life impacts the ecosystem all around you—that is consciousness, understanding of balance of self in the world; how to deal with existential crisis

Lichtenstein all of life is a dream, at some point we wake up to realize we are dreaming(?) How to prevent: step one, understand sources of suffering, a) not knowing your true self, b) clinging to constructed reality, c) fear of impermanence, d) identifying with your ego, e) fear of death (this is going beyond existence — who am I? what do I want? What am I grateful for? What is my purpose? How do I get happiness?) 1- Expressing gratitude is key—research says. Like a tonic. A shift in perspective. 2- Create a Practice—Holistic habits lead to beneficial brain rewiring. 3- Meditation 4- Raw Experience, i.e. breaking down to elementals everything you do (mindfulness). 5- Experience of Transcendence/Emergence of Platonic Values/Loose fear of death "We are non-local beings having a local experience."

Genius: "Genius is seeing what everyone else sees, but thinking what no one else has thought." Neil Degrasse Tyson, PhD, astrophysicist, American Museum of Natural History

Meditation benefits, Richard Davidson, PhD, neuroscientist, University of Wisconsin, Becoming Metahuman, brian changes thru consistent practice, re-shaping the brain, found important changes esp compassion: Elissa Epel, PhD, Behavioral Psychologist, University of California, UCSF, dramatic improvements long term from meditation, significant lower depression and raised mental health; neuroplasticity never goes away, no matter age; a person can start anytime; 2 weeks 1/2 hour med can show demonstrative changes in the brain

Taboor, Indian poet, "That I exist is a perpetual surprise."

"Am I present" "Am I here" "The stillness is always part of the experience." Chopra, Becoming Metahuman

Musical instrument and cognitive decline
International Journal of Geriatric PsychiatryVolume 39, Issue 2 The relationship between playing musical instruments and cognitive trajectories: Analysis from a UK ageing cohort

Bertalanffy, Georges Cuvier, J.B.S. Haldane, Carl Woese, Nicholson, Dupré processual philosophy of biology:
Mechanism versus vitalism/MCO (machine conception of organism) SLC (stream of life conception)
1) Bertalanffy, L. von. (1952). Problems of Life: An Evaluation of Modern Biological and Scientific Thought. New York: Harper & Brothers. appeals to the famous aphorism of Heraclitus that it is impossible to step into the same river twice because fresh water is forever flowing through it. 'living forms are not in being, they are happening; He referred to this view as the stream of life conception (SLC).
2) Georges Cuvier in 1817 who proposed the following: Life then is a vortex, more or less rapid, more or less complicated, the direction of which is invariable so that **the form of a living body is more essential to it than its matter.**
3) John Burton Sanderson Haldane Haldane, J. B. S. (1940). Keeping Cool and Other Essays. London: Chatto & Windus. p. 57 Nevertheless, the analogy is real… a flame is like an animal in that you cannot stop it, examine the parts, and start it again, like a machine. Change is part of its very being'
4) Nicholson, D. J., & Dupré, J. (Eds.), (2018). Everything flows: Towards a processual philosophy of biology. Oxford, UK: Oxford University Press. **Things flow and maintain surprising consistent organization**
5) Carl Woese, C. R. (2004). A New Biology for a New Century. Microbiology and Molecular Biology Reviews, 68, 173–86. The machine conception of the organism (MCO) not as accurate as organism is a whorl in water
6) Escaping Mass Psychosis, A Strong Delusion 2.1, The Machine Metaphor Continued, by Winston Smith, December 10, 2022, The SLC perspective, by the 20th century did have a number of voices: Lawrence Henderson, John Scott Haldane also stressed the energetic and material flux Charles Sherrington, for his part, described the cell as 'an eddy in a stream of energy'

Stress and Stress Relief

Western Civilization / American goodness plus -

A positive attitude has been shown to be the single most influential factor in longevity studies.

- 1 Harvard Publishing, Broken-heart syndrome (takotsubo cardiomyopathy), June 13, 2013
- 2, 8, 19, 31 Cleveland Clinic, Broken Heart Syndrome
- 3, 5, 9 Journal of Research in Medical Sciences, 2011 Mar; 16(3): 340-345
- 4, 18, 30 John Hopkins University, Broken Heart Syndrome
- 6 American Journal of Public Health, 2008 Nov; 98(11): 2092-2098, Paragraph 2
- 7 American Journal of Public Health, 2008 Nov; 98(11): 2092-2098, Abstract – Conclusions
- 10 Journal of Clinical Medicine, 2023 Jan; 12(1):125
- 11, 12 Journal of the American Heart Association, October 13, 2021
- 13 New Zealand Heart Foundation, Takotsubo Cardiopathy
- 14 University of Rochester Medical Center, Stress Can Increase Your Risk for Heart Disease
- 15 Cleveland Clinic, Why You Should Ditch Your Phone Before Bed, May 19, 2022
- 16, 17 Greater Good Magazine, November 9, 2016
- 20, 21 American Heart Association, Spend Time in Nature to Reduce Stress and Anxiety
- 22, 23 Urban for Urban Green, 2022 Feb; 68: 127483
- 24 International Journal of Yoga, 2018 Jan-Apr; 11(1): 53-58, Conclusion
- 25, 26 UChicago Medicine, How Sleep Deprivation and Sleep Apnea Impact Heart Health, January 10, 2024
- 27 PLoS One, 2018 Dec 18
- 28, 29 Open Heart, 2019; 5(2)

WALLS-KAUFMANN - 486

Sinai - *The Right Side of History, How Reason and Moral Purpose Made the West Great,* Ben Shapiro, Broadside Books, pg 20

Thales - Philosophy Dictionary, Peter Angeles, Harper Collin's, pg 310

Christianity - Man created in the image of God, Genesis 1:27

Roger Williams, Puritan minister, founder of rhode island and staunch advocate of fair dealings with Indians  https://en.m.wikipedia.org/wiki/Roger_Williams

Constitution 3/5ths clause - "I love the Constitution" Frederick Douglass

*The Socialist Phenomenon: A Historical Survey of Socialist Policies and Ideals,* Igor Shafarevich, Gideon House Books, 2019, *and* from the play by Aristophanes, *The Congresswoman,* 201:5980 (Praxagora - wife, and Blepyros - stupid husband, farce) Community property, women, children, all enjoyed by men -*+

Ibid, Forward, by I.A. Solzhenitsyn, "Marxism lacks even the *climate* of scientific inquiry" "instinctive aversion to science""seething with contradictions" "instant euphoria" "equality seen as movement toward uniformity"

Ibid, Preface, "strikingly vague yet elicit no doubt/truth needing no verification" "phenomenal influence on life" "disobedient citizens turned into slaves, informers" "each citizen a soldier" "compulsory labor" "Marx fifteen to fifty years of civil war, Mao accepts half of humanity lost to nuclear war," mathematics the minimum requirement of a concept is a definition free of contradictions, from *Communist Manifesto* "**openly legalized communality of women**" (3:V:pg 500)*+

Ibid, Introduction, Socialism is doctrine and social structure to change life, H.G. Wells taken with Socialism 1920 visit to USSR, no less quoting from his *Russia in the Shadows,* "a theory not merely lacking creative and constructive ideas but actively hostile to creative and constructive ideas" Wells "like a conjurer . . Who can produce nothing from the hat", "any goal but seizure and holding of power"

Ibid, *The Republic,* Plato, 273:5980 What is justice- " . . . one man must perform one social service in the state for which his nature was best adapted." (433a)

Ibid, 287:5980, *The Republic,* Plato, "a city of the rich and a city of the poor, . . and always plotting against one another." (5:551d)

Ibid, 287:5980, *The Republic,* Plato, philosopher possesses "…a mind habituated to thoughts of grandeur and the contemplation of all time and all existence….(486b)

Ibid, pgs 144-145, In **South America**, Spanish discover Paraguay in 1516, 1537 found Ascunsion capitol, **Jesuits** form labor/farm camps among Guarneri Indians "no more than child-like intelligence" "and specifically tried not to stimulate their interest and abilities" until 1767-68 when driven out by Spanish crown on fears of these private

WALLS-KAUFMANN - 487

armies and vast wealth among Jesuits. Jesuits assumed Indians stupid like children no private property animals home or clothes only church magnificent.

Chapter One Footnotes

Plato - Ibid, 287:5980, *The Republic,* Plato, "a city of the rich and a city of the poor, . . and always plotting against one another." (5:551d)

Page 7

Mechanism versus vitalism / MCO (machine conception of organism) SLC (stream of life conception)

1) Bertalanffy, L. von. (1952). Problems of Life: An Evaluation of Modern Biological and Scientific Thought. New York: Harper & Brothers. appeals to the famous aphorism of Heraclitus that it is impossible to step into the same river twice because fresh water is forever flowing through it. 'living forms are not in being, they are happening; He referred to this view as the **stream of life conception (SLC)**.

2) Georges Cuvier in 1817 who proposed the following: Life then is a vortex, more or less rapid, more or less complicated, the direction of which is invariable so that the form of a living body is more essential to it than its matter.

3) John Burton Sanderson Haldane Haldane, J. B. S. (1940). Keeping Cool and Other Essays. London: Chatto & Windus. p. 57 Nevertheless, the analogy is real... a flame is like an animal in that you cannot stop it, examine the parts, and start it again, like a machine. Change is part of its very being'

4) Nicholson, D. J., & Dupré, J. (Eds.), (2018). Everything flows: Towards a **processual** philosophy of biology. Oxford, UK: Oxford University Press. Things flow and maintain surprising consistent organization

5) Carl Woese, C. R. (2004). A New Biology for a New Century. Microbiology and Molecular Biology Reviews, 68, 173–86. The machine conception of the organism (MCO) not as accurate as organism is a whorl in water

6) Escaping Mass Psychosis, A Strong Delusion 2.1, The Machine Metaphor Continued, by Winston Smith, December 10, 2022, The SLC perspective, by the 20th century did have a number of voices: Lawrence Henderson, John Scott Haldane also stressed the energetic and material flux Charles Sherrington, for his part, described the cell as 'an eddy in a stream of energy'

Chapter Two Footnotes

Bounded instability - behavior that is unpredictable over the long term but nevertheless has a recognizable pattern of structure, the concept that randomness is no less structured and predictable https://park.org/Canada/Museum/complexity/complex3.html
Emergent order, Ibid
Spontaneous self-organization, Ibid
The area of the science of complexity, Ibid
Non linear feedback systems and network feedback systems, Ibid
Pg 11 - Protective closed-mindedness, Closed-mindedness as an Intellectual Vice, Cambridge University Press on line, Heather Battaly, 16 July 2020, https://www.cambridge.org/core/books/abs/virtue-theoretic-epistemology/closedmindedness-as-an-intellectual-vice/A8666ECFF3169AEAE23A52EFDE3A7641

Sustaining - pg 17, bounded rationality, https://en.wikipedia.org/wiki/Bounded_rationality

Chapter Five Footnotes

[Pg 48] The Great Reset, whole cast of characters
The Expose, October 23, 2022, accessed October 24, 2022, Rhoda Wilson, https://expose-news.com/2022/10/23/the-man-who-invented-climate-change-and-influenced-schwabs-great-reset-agenda/

[pg 48] World Economic Forum Presents: The Great Reset - "You'll own nothing, and you'll be happy." 2 min video, YouTube, accessed October 24, 2022

Chapter Six

Thomas Szazs, https://www.publishersweekly.com/978-0-275-97196-0

Resistance to new ideas -
Schopenhauer https://theageofideas.com/the-three-stages-of-truth/
https://rloldershaw.medium.com/reactions-to-new-ideas-6d59a97cc73d

Chapter Seven

George Orwell, Down and Out in Paris and London, Harcourt, pg 6 "orange peels/burn sulphur for bugs"

The Best Times, An Informal Memoir, John Dos Passos, Open Road Media, 2015: 93 "In the summer of 1921 it would have been hard to find a war veteran who wouldn't have endorsed that program."

Wilson's election means departure from Constitution, paternalism regulating interfering all private and domestic business, 36

Ibid, 52, conscription a betrayal, Russians were socialists, socialists wanted to stop the butchery, Gene Debs, Max Eastman, Bob LaFollette heroes, "a contagion . . . like the flu."

Ibid, Dos Passos told friends he thought US, France and Britain keeping up the war only to stop the Socialist revolution, 52

Ibid, Earl Browder, head of Com Central Committee made it clear he pleasured in using all liberals as pawns, callus treatment of arrested men in strike, 204

Ibid, Communism for the high salaried Hollywood screenwriters had become a secret solemn rite (early 30s), 211


Chapter Ten

Nervous and Mental Cases Under Chiropractic Care, Based on a Study of 400 Nervous and Mental Cases, Chiropractic Public Health Information Booklet, Chiropractic Research Foundation in the Interest of Better Mental Health, Spears Hospital, 5.

Don't Know Much About History, Everything You Need to Know about American History but Never Learned, Kenneth C. Davis, Avon Books, 1990, 186 (Civil Rights Act 1866, and within a few years freed slaves had right to vote)

Washington freeing slaves, Washington A Life, Robert Chernow, Penguin Press, 2010, 802

Ibid, sensational trial of Col. Benjamin Charnock, Barbados, acquitted of raping his chamber maid, W. detests the man, opulent fortune and infamous character, 25

Ibid, smallpox most notorious scourge of 18th century armies, 25

Ibid, no racist attitude toward Indians nor sentimental, 33

Ibid, Indians siding w/ Brits or French confused, some tribes believed one side only wanted to trade, no seizing of lands, and vice versa, 34

Ibid, Indian guides wouldn't budge until they had consumed entire feast of roasted bears, 36

Ibid, W. Refuses to let Gist execute Indian so they had to travel all night out of fear Indian might return with war party to kill them, 36

Ibid, rough and bloody Indian/French wars, 45

Ibid, Jumonville (hatchet in head by Tanacharison Seneca chief "Half King") precip Seven Years War (Europe), i.e. French and Indian War, 45

Ft. Necessity debacle showed effect Ind fighting loosely, org in woods, 49

Poor man w/out prospects army ideal career, 50

Braddock ignored W and B Franklin's warnings re Indians, 54

Ibid, Washington age 24 (and Franklin) see Brit vulnerability at devastating loss w/ Braddock on the Monongahela, where frontier methods of Indians and French eviscerated Brit regs. 57-62

Ibid, "unblinking courage, miraculous immunity in battle", 59

Ibid, Wash "Indians certain warriors enjoyed supernatural protection," 61

Ibid, one chief later said he ordered his men repeatedly to take W out, failed, 61

Ibid, condescension of Brits, 57-62

Ibid, Franklin amazed at rapid change from content under Brit rule, xx

Ibid, Wash respected slave marriages and refused to break families, 158

Ibid, masquerading as Mohawk Indians 342 chests of tea into Massa Bay, 165

Ibid, French and Indian colonial regulars forbidden to become Brit officers by 1763 proclamation, infuriating Wash, 167

Ibid "Fairfax Resolves" Wash helped form, among others 1) obey rules only of your elected reps, 2) stop all slavery, 168

Ibid, Jefferson pamphlet *A Summary View of theRights of British America,* "Kings are the servants, not the proprietors of the people, Open your breast, Sire, to liberal and expanded thought. Let not George 111 be a blot on history." 171

Ibid, New Englanders a "rash, obstinate people. . . Prone extremism" their army would despot the South, Wash helped allay such fears, 185

Ibid, humankind bows down to good fortune (re Wash), 185

Ibid, Wash also born in America/considered essential for leadership, 185

Ibid, Wash richly appt officers from men w/out social pedigree, 196

Ibid, best power flows from free people, letter, 201

Ibid, "unflagging belief in civilized conduct," 209

Ibid, different states offered higher bounties for volunteers, hence Wash wished he had a standing army that would block this bounty jumping, 2A militia v army, 211

Ibid, negro enlistment, some good, NE accepted as equals, 212

Ibid, opened enlist to free blacks, in part fear defect to Brit, 5K in US army, 213

Ibid, Brit pounding to smoking oblivion Norfolk VA killing Anglophilia many, inc Wash, harbored, 214

Ibid, Phyllis Wheatley a slave pens poem lauding Wash, doesn't bother her he is slave owner, he receives her and treats her as equal, 220

Ibid, first 500 men re-entering Boston were immune to smallpox, 227

Ibid, took 10 days for all Brit ships to sail away from Boston, 227

Ibid, Holy Ground notorious red-light 500 whores, prop owned by Trinity Church, 230

Ibid, Wash allowed less meat more veggies to fight scurvy, 242

Ibid, terror failed in Norfolk and Falmouth unified rebels, focus on sea, 243

Ibid, brave men fighting for home can easily beat mercenaries, 245

Ibid, Long Island Hessians massacre rebels, bayoneting to trees, slave labor harnessed to transport canon, 248

Ibid, withdrawing from Brooklyn to Manhattan kept men in dark, saying they were merely changing positions, 249

Ibid, congress agreed $20 and 100 acres to any signee for duration of war, 256

Ibid, men so disfigured from suffering that brother didn't recognize brother, 270

Ibid, greatest horsemen of his age, helped horse do incredible icy recoup, Trenton 274

Ibid, what snobbery before forgotten after valor at Trenton, 277

Ibid, emergency powers to Wash that he knew must be balanced and relinquished immed after war, as testament to Am rev, 277-278

Ibid, egalitarian view of troops, trusting re-enlist pledges as gentlemen; half of 200 re-enlistees would die in six months, wounds disease, 278

Ibid, Hessians after Trenton part violent no prisoners, 279

Ibid, Battle of Princeton, again, Wash froze on horse full expose, as if shielded by invisible aura, 281

Ibid, no cruelty to POWs, POWs never complain about what US got, 282

Ibid, B of Princeton changed warfare forever btw amateurs/pros 12/25-1/4; Frederick the Great congrats "most brilliant in annals of military achievement", 283

Ibid, patriot hospitals dr "4-5 patients die on same straw before changed," 284

Ibid, Wash new recruits innoc smallpox while in route, 284

Ibid, Wash constantly contrasted his respect of citizenry, farms, private property against aggression of Crown, even suspected Tories, 286-287

Ibid, death sentence to soldier who stole from Tory home, 287

Ibid, camp followers, some prostitutes, wives, kids, girlfriends, 295

Ibid, Lafayette loved to hug people in the French manner, 296

Ibid, Laf (age 19) heard at party, left his pregnant wife to join US in defiance of royal order, Paris loved story, Voltaire kneeled before his wife, learned English and war strategy on voyage, "The happiness of America is intimately connected to the happiness of all mankind." ". . . all the citizens are brothers." "In America, there are no paupers nor even people we would call peasants." 297-298

[Gaines J, *For Liberty and Glory*, 67]


Washington detesting hiring them out, Ibid, 800

Slavery losing proposition, Ibid 800, 801, 802

Political embarrassment, Ibid 758

Worried many slaves could not handle freedom, Ibid 802

Repugnant to his feelings, Ibid 709

Uselessness of profitability, Ibid 709, 802

Divest his slaves through sale, handcuffed by finances, Ibid 709, 710

Militia vs Army, militia adequate for national defense, Ibid, 702

Chapter

Malthus, ammonia - 1. "How a century of ammonia synthesis changed the world," Jan Willem Erisman1, Mark A. Sutton, James Galloway, Zbigniew Klimont, and Wilfried Winiwarte, *Nature Geoscience*, September 28, 2008.

Chapter - Earning

Earning - Garion Finkel, Daniel Buck, National Review
Earning - John Dos Passos, The Best Times:An Informal Memoir, Chapter 3, Sinbad, page 93
Earning - Kim Philby
Earning - Aristotle, Fifth Book of Nicomachean Ethics, (1229a-1233b)
Earning Continued - Heinrich Harrer, *Seven Years in Tibet*
Earning Continued - Sidgwick  trading places with stupidity

Chapter Fourteen
(Spinoza), Durant, The Story of Philosophy, 175-176.

Chapter Twelve

Henry Sidgwick, *The Methods of Ethics,* 7th edn. (Macmillan: London, 1907); 379

History Plus

Soviets made Nazi war machine 1920-1939, trained officers and aircraft to hide from Allies and provided vast raw materials, industry and food. https://www.americanthinker.com/articles/2024/07/the_real_story_of_the_soviets_and_the_nazis.html

Chiropractic Plus -

chiro.org 140 studies, studies, papers, govt reports listing chiro superior effectiveness and safety.  https://chiro.org/Cost_Effectiveness/index.shtml#Disabling_Low_Back_Oregon_Workers_Compensation_Claims

The word "osteopath" referenced in movie *The Law in Her Hands* (1936) and *Double Indemnity* (1944).

Gomer Pyle USMC, S1:E16, 1964, Chulay, Chiropractor on board listing businesses in the building, minute 20

CBP plus

Correction of Grade 2 Spondylolisthesis Following a Non-Surgical Structural Spinal Rehabilitation Protocol Using Lumbar Traction: A Case Study and Selective Review of Literature, Fedorchuk C, Lightstone D, Journal Radiology Case Reports online, May 2017, 11mm spinal correction non-surgically 60 sessions

Chiropractic General -

https://www.psychologytoday.com/us/articles/200608/immune-boost-is-spinal-zap, 49% T cell boost

Extended report, EULAR Recommendations 2003: an evidence based approach to the management of knee osteoarthritis: Report of a Task Force of the Standing Committee for International Clinical Studies Including Therapeutic Trials, Jordan K, Arden N, Annals of Rheumatic Diseases, December 2003; Vol 62: pgs 1162-7. People with OA need far exercise than is currently recommended.

The effect of leg length discrepancy on spinal motion during gait: three-dimensional analysis in healthy volunteers, Kakushma M, Spine, 2003 Nov 1;28(21):2472-6. 1] Functional scoliosis caused by leg length discrepancy, Raczkowski J, Daniszewska B, Archives of Medical Science, 2010 Jun 30; 6(3): 393–398.

Ankle Manipulation Significantly Speeds Healing of Sprains, Journal of the American Osteopathic Association, September 2003;103:pgs 417-21 http://www.aoa-net.org

!Children at risk: risk factors for low back pain in the elementary school environment, Spine, Limon S, March 2004; Vol 29: pgs 697-702, http://www.spinejournal.com, Israel 101 elementary schools 10K students, students often overweight, inappropriate chairs*, and usually sat ergonically incorrect in seeing teacher, and sometimes no physical activity at recess, ergonomics ed needed

1] arthritic 9 yr olds

2] fat arthritic 13 yr olds

!Sacral Alignment Determines Back Pain, Spine, March 2004; Vol 29: pgs 571-676, http://www.spinejournal.com,
1] https://www.semanticscholar.org/paper/A-Longitudinal-Study-of-Congruent-Sagittal-Spinal-Kobayashi-Atsuta/ee934f0d95c8963e998d7f3c9e0c0de9476af109

2] Risk factors of low back pain and the relationship with sagittal vertebral alignment in Tanzania, Tatsumi M, https://bmcmusculoskeletdisord.biomedcentral.com/articles/10.1186/s12891-019-2953-x,

3] Disc Degeneration May Begin in Childhood, Smith F, Radiological Society of North America, 89th Annual Meeting, December 2003, http://www.rsna.org/, Scotland MRI 154 10-year olds no LBP 9%, much earlier, no poor nutrition, obesity, or other disease

The Reality Check, Haavik H, Haavik Research, Kindle Direct Publishing, 2019, pg 81, adjusting looks like rebooting the computer, re-establishes the right connection, glitches just disappear,
Ibid, pg 100 chiropractor blamed for stroke even when didn't render care but saw stroke in progress and called ambulance
Ibid, pg 106 chiro blamed for baby fx neck when scan got it wrong—congenital issue, sensation to ban chiro

Back and Neck Pain in Elderly, Spine, March 2004; 29:576-575, http://www.spinejournal.com/, cp/lbp tied to a number of other diseases, much lower physical scores, no cognitive

Use of Chiropractic Dropped 1987-1997, Spine Journal, January/February 2004;4:56-63, http://www.spine.org/, drugs going up,

SMT Safer than Medical Treatment for Disc Herniation, Journal of Manipulative & Physiological Therapeutics, March 2004; 27:197-210, survey literature SMT vs NSAIDs/surgery, risk 1:3.7M http://JMPT.com, "comparative safety should stimulate its use"

Homocysteine Levels Linked with Fracture Risk, New England Journal of Medicine, May 2004; 350:2033-2041, http://www.nejm.com/, (stress) hc linked cardiovascular, cancer, cognitive, now osteoperosis

Subluxation and Bipolar Disorder, Elster E, Journal of Manipulative & Physiological Therapeutics, March 2004; 27:e5, absence of seizure, manic episodes, bipolar, sleep, migraine

Chiropractic Superior to Muscle Relaxers, Journal of Manipulative & Physiological Therapeutics, July/August 2004; 27:388-398, http://JMPT.com

Chiropractic Adjustments to the Spine Reduce Pain in Forearm, Journal Manipulative & Physiological Therapeutics, July/August 2004; 27: 381-387, UCLA med school, U of Dresden, capsaisin burn on skin, considerably eased

Chronic Back Pain Impairs Decision Making, Pain, March 2004; 108:129-136, CRPS chronic regional pain syndrome, Iowa Gambling Task, 41% worse than pain-free, esp in risky, emotional situations - other abilities normal

Chronic Pain Triggers Attention Deficit, Pain, June 2004; 109:214-224, rats damages brain for attention

Patient-Specific Exercises Best for LBP, Spine, December, 2004;29:2593-2602, http://www.spinejournal.com/, 312 people "directional preference" matching

Less Money Provided to African-Americans with LBP for Work Comp, Chibnall J, Pain, December 2004; 112:389-396, 1/3 that for whites, total disabled 1/2, whites rated 2x more disabled, blacks

One Running Shoe in the Grave, Sports, The Wall Street Journal, Helliker K, November 28, 2012,* "Running takes toll on heart essentially eliminating benefits of exercise, those who run a little good, run a lot bad 20-25 miles week, 52K followed 30 yrs, slower 8 mph much benefit, several studies+
Heart, British journal +

CBP Research on structure

V. Spinal Modeling / Biomechanics Studies (n=15)

197.    Harrison DD. The normal spine. A compromise solution of an isoperimetric problem. In: Suh CH, ed. The Proceedings of the 13th Annual Biomechanics Conference on the Spine. Mechanical Engineering Dept., University of Colorado, 1982:239-252.
198.    Harrison DD, Harrison DLJ, Mertz C. Pathological stress formations on the anterior vertebral body in the cervicals. In: Suh CH, ed. The Proceedings of the 14th

Annual Biomechanics Conference on the Spine. Mechanical Engineering Dept., University of Colorado, 1983:31-50.

199.    Harrison DD, Janik TJ, Troyanovich SJ, Holland B. Comparisons of Lordotic Cervical Spine Curvatures to a Theoretical Ideal Model of the Static Sagittal Cervical Spine. Spine 1996;21(6):667-675.

200.    Harrison DD, Janik TJ, Troyanovich SJ, Harrison DE, Colloca CJ. Evaluations of the Assumptions Used to Derive an Ideal Normal Cervical Spine Model. J Manipulative Physiol Ther 1997; 20(4): 246-256.

201.    Troyanovich SJ, Cailliet R, Janik TJ, Harrison DD, Harrison DE.   Radiographic Mensuration Characteristics of the Sagittal Lumbar Spine From A Normal Population with a Method to Synthesize Prior Studies of Lordosis. J Spinal Disord 1997;10(5): 380-386.

202.    Janik TJ, Harrison DD, Cailliet R, Troyanovich SJ, Harrison DE. Can the Sagittal Lumbar Curvature be Closely Approximated by an Ellipse? J Orthop Res 1998; 16(6): 766-770.

203.    Harrison DE, Harrison DD, Janik TJ, Jones EW, Cailliet R, Normand M. Comparison of Axial and Flexural Stresses in Lordosis and Three Buckled Modes in the Cervical Spine. Clin Biomech 2001; 16(4): 276-284.

204.    Harrison DD, Jones EW, Janik TJ, Harrison DE. Evaluation of Flexural Stresses in the Vertebral body Cortex and Trabecular Bone in Three Cervical Configurations with an Elliptical Shell Model. J Manipulative Physiol Ther 2002; 25(6): 391-401.

205.    Harrison DE, Janik TJ, Harrison DD, Cailliet R, Harmon S. Can the Thoracic Kyphosis be Modeled with a Simple Geometric Shape? The Results of Circular and Elliptical Modeling in 80 Asymptomatic Subjects. J Spinal Disord 2002; 15(3): 213-220.

206.    Harrison DE, Harrison DD, Janik TJ, Cailliet R, Haas JW. Do alterations in vertebral and disc dimensions affect an elliptical model of the thoracic kyphosis? Spine 2003; 28(5): 463-469.

207.    Keller TS, Harrison DE, Colloca CJ, Harrison DD, Janik TJ. Prediction of osteoporotic spinal deformity. Spine 2003; 28(5): 455-462.

208.    Harrison DE, Colloca CJ, Keller TS, Harrison DD, Janik TJ. Anterior thoracic posture increases thoracolumbar disc loading. Eur Spine J 2005:14:234-242.

209.    Keller TS, Colloca CJ, Harrison DE, Harrison DD, Janik TJ. Influence of spine morphology on intervertebral disc loads and stresses in asymptomatic adults: Implications for the Ideal Spine. Spine Journal 2005; 5:297-305.

210.    Harrison DE, Haas JW, Harrison DD, Janik TJ, Holland B. Do Sagittal Plane Anatomical Variations (Angulation) of the Cervical Facets and C2 Odontoid Affect the Geometrical Configuration of the Cervical Lordosis? Results from Digitizing Lateral Cervical Radiographs in 252 neck pain subjects. Clin Anat 2005; 18:104-111.

211.    Harrison DE, Oakley PA, Betz J. Is The Posterior Tangent Sternal Incidence Angle (PTSIA) a Morphological Determinant of Individual Cervical Lordosis Magnitude?

WALLS-KAUFMANN - 497

Thoracic (?) Relevant Research - needs correlation with other sources herein:

**References**

- Cohen, S.P. Epidemiology, diagnosis, and treatment of neck pain. In *Mayo Clinic Proceedings*; Elsevier: Amsterdam, The Netherlands, 2015; pp. 284–299. [**Google Scholar**]
- Oxland, T.R. Fundamental biomechanics of the spine-What we have learned in the past 25 years and future directions. *J. Biomech.* **2016**, *49*, 817–832. [**Google Scholar**] [**CrossRef**] [**PubMed**]
- Kaya, F.; Celenay, S. An investigation of sagittal thoracic spinal curvature and mobility in subjects with and without chronic neck pain: Cut-off points and pain relationship. *Turk. J. Med. Sci.* **2017**, *47*, 891–896. [**Google Scholar**] [**CrossRef**] [**PubMed**]
- Bergmann, T.F.; Peterson, D.H. *Chiropractic Technique Principles and Procedures*; Elsevier: Amsterdam, The Netherlands, 2011. [**Google Scholar**]
- Norlander, S.; Gustavsson, J.; Lindell, J.; Nordgren, B. Reduced mobility in the cervico-thoracic motion segment: A risk factor for musculoskeletal neck-shoulder pain: A two-year prospective follow-up study. *Scand. J. Rehabil. Med.* **1997**, *29*, 167–174. [**Google Scholar**] [**PubMed**]
- Norlander, S.; Aste-Norlander, U.; Nordgren, B.; Sahlstedt, B. Mobility in the cervico-thoracic motion segment: An indicative factor of musculo-skeletal neckshoulder pain. *Scand. J. Rehabil. Med.* **1996**, *28*, 183–192. [**Google Scholar**]
- Fernández-de-las-Peñas, C.; Fernández-Carnero, J.; Fernández, A.P.; Lomas-Vega, R.; Miangolarra-Page, J.C. Dorsal manipulation in whiplash injury treatment. *J. Whiplash Relat. Disord.* **2004**, *3*, 55–72. [**Google Scholar**] [**CrossRef**]
- Tsang, S.M.H.; Szeto, G.P.Y.; Lee, R.Y.W. Normal kinematics of the neck: The interplay between the cervical and thoracic spines. *Man. Ther.* **2013**, *18*, 431–437. [**Google Scholar**] [**CrossRef**]
- Garni, A.D.; Al-Saran, Y.; Al-Moawi, A.; Bin Dous, A.; Al-Ahaideb, A.; Kachanathu, S.J. The prevalence of and factors associated with neck, shoulder, and low-back pains among medical students at university hospitals in central Saudi Arabia. *Pain Res. Treat.* **2017**, *2017*, 1235706. [**Google Scholar**]
- Alshagga, M.A.; Nimer, A.R.; Yan, L.P.; Ibrahim, I.A.; Al-Ghamdi, S.S.; Radman Al-Dubai, S.A. Prevalence and factors associated with neck, shoulder and low back pains among medical students in a Malaysian medical college. *BMC Res. Notes* **2013**, *6*, 244. [**Google Scholar**] [**CrossRef**]
- Almhdawi, K.A.; Mathiowetz, V.; Al-Hourani, Z.; Khader, Y.; Kanaan, S.F.; Alhasan, M. Musculoskeletal pain symptoms among allied health professions' students: Prevalence rates and associated factors. *J. Back Musculoskelet. Rehabil.* **2017**, *30*, 1291–1301. [**Google Scholar**] [**CrossRef**]
- Cleland, J.; Selleck, B.; Stowell, T. Short-term effects of thoracic manipulation on lower trapezius muscle strength. *J. Man. Manip. Ther.* **2004**, *12*, 82–90. [**Google Scholar**] [**CrossRef**]
- Quek, J.; Pua, Y.H.; Clark, R.A.; Bryant, A.L. Effects of thoracic kyphosis and forward head posture on cervical range of motion in older adults. *Man. Ther.* **2013**, *18*, 65–71. [**Google Scholar**] [**CrossRef**] [**PubMed**]

WALLS-KAUFMANN - 498

- Lau, K.T.; Cheung, K.Y.; Chan kwok, B.; Chan, M.H.; Lo, K.Y.; Wing Chiu, T.T. Relationships between sagittal postures of thoracic and cervical spine, presence of neck pain, neck pain severity and disability. *Man. Ther.* **2010**, *15*, 457–462. [**Google Scholar**] [**CrossRef**] [**PubMed**]
- Joshi, S.; Balthillaya, G.; Neelapala, Y.V.R. Thoracic posture and mobility in mechanical neck pain population: A review of the literature. *Asian Spine J.* **2019**, *13*, 849–860. [**Google Scholar**] [**CrossRef**] [**PubMed**]
- Artz, N.J.; Adams, M.A.; Dolan, P. Sensorimotor function of the cervical spine in healthy volunteers. *Clin. Biomech.* **2015**, *30*, 260–268. [**Google Scholar**] [**CrossRef**]
- Treleaven, J. Sensorimotor disturbances in neck disorders affecting postural stability, head and eye movement control. *Man. Ther.* **2008**, *13*, 2–11. [**Google Scholar**] [**CrossRef**]
- Kristjansson, E.; Treleaven, J. Sensorimotor function and dizziness in neck pain: Implications for assessment and management. *J. Orthop. Sport. Phys. Ther.* **2009**, *39*, 364–377. [**Google Scholar**] [**CrossRef**]
- Röijezon, U.; Jull, G.; Blandford, C.; Daniels, A.; Michaelson, P.; Karvelis, P.; Treleaven, J. Proprioceptive disturbance in chronic neck pain: Discriminate validity and reliability of performance of the clinical cervical movement sense test. *Front. Pain. Res.* **2022**, *3*, 908414. [**Google Scholar**] [**CrossRef**]
- Sittikraipong, K.; Silsupadol, P.; Uthaikhup, S. Slower reaction and response times and impaired hand-eye coordination in individuals with neck pain. *Musculoskelet. Sci. Pract.* **2020**, *50*, 102273. [**Google Scholar**] [**CrossRef**]
- Asiri, F.; Reddy, R.S.; Tedla, J.S.; ALMohiza, M.A.; Alshahrani, M.S.; Govindappa, S.C.; Sangadala, D.R. Kinesiophobia and its correlations with pain, proprioception, and functional performance among individuals with chronic neck pain. *PLoS ONE* **2021**, *16*, e0254262. [**Google Scholar**] [**CrossRef**]
- Hellström, F.; Roatta, S.; Thunberg, J.; Passatore, M.; Djupsjöbacka, M. Responses of muscle spindles in feline dorsal neck muscles to electrical stimulation of the cervical sympathetic nerve. *Exp. Brain Res.* **2005**, *165*, 328–342. [**Google Scholar**] [**CrossRef**]
- Corneil, B.D.; Olivier, E.; Munoz, D.P. Neck muscle responses to stimulation of monkey superior colliculus. II. Gaze shift initiation and volitional head movements. *J. Neurophysiol.* **2002**, *88*, 2000–2018. [**Google Scholar**] [**CrossRef**] [**PubMed**]
- Bolton, P.S.; Kerman, I.A.; Woodring, S.F.; Yates, B.J. Influences of neck afferents on sympathetic and respiratory nerve activity. *Brain Res. Bull.* **1998**, *47*, 413–419. [**Google Scholar**] [**CrossRef**] [**PubMed**]
- Budgell, B.S. Reflex effects of subluxation: The autonomic nervous system. *J. Manip. Physiol. Ther.* **2000**, *23*, 104–106. [**Google Scholar**] [**CrossRef**]
- Petcharaporn, M.; Pawelek, J.; Bastrom, T.; Lonner, B.; Newton, P.O. The relationship between thoracic hyperkyphosis and the scoliosis research society outcomes instrument. *Spine* **2007**, *32*, 2226–2231. [**Google Scholar**] [**CrossRef**]
- Nissinen, M.; Heliövaara, M.; Seitsamo, J.; Poussa, M. Left handedness and risk of thoracic hyperkyphosis in prepubertal schoolchildren. *Int. J. Epidemiol.* **1995**, *24*, 1178–1181. [**Google Scholar**] [**CrossRef**]
- Pellisé, F.; Vila-Casademunt, A.; Ferrer, M.; Domingo-Sàbat, M.; Bagó, J.; Pérez-Grueso, F.J.S.; Alanay, A.; Mannion, A.F.; Acaroglu, E.; European Spine Study Group; et al. Impact on health related quality of life of adult spinal deformity (ASD) compared with other chronic conditions. *Eur. Spine J.* **2015**, *24*, 3–11. [**Google Scholar**] [**CrossRef**] [**PubMed**]

- Bess, S.; Line, B.; Fu, K.M.; McCarthy, I.; Lafage, V.; Schwab, F.; Shaffrey, C.; Ames, C.; Akbarnia, B.; Jo, H.; et al. The health impact of symptomatic adult spinal deformity: Comparison of deformity types to United States population norms and chronic diseases. *Spine* **2016**, *41*, 224–233. [**Google Scholar**] [**CrossRef**]
- McDaniels-Davidson, C.; Davis, A.; Wing, D.; Macera, C.; Lindsay, S.P.; Schousboe, J.T.; Nichols, J.F.; Kado, D.M. Kyphosis and incident falls among community-dwelling older adults. *Osteoporos Int.* **2018**, *29*, 163–169. [**Google Scholar**] [**CrossRef**] [**PubMed**]
- Van Der Jagt-Willems, H.C.; De Groot, M.H.; Van Campen, J.P.C.M.; Lamoth, C.J.C.; Lems, W.F. Associations between vertebral fractures, increased thoracic kyphosis, a flexed posture and falls in older adults: A prospective cohort study. *BMC Geriatr.* **2015**, *15*, 34. [**Google Scholar**] [**CrossRef**] [**PubMed**]
- Lason, G.; Peeters, L.; Vandenberghe, K.; Byttebier, G.; Comhaire, F. Reassessing the accuracy and reproducibility of Diers formetric measurements in healthy volunteers. *Int. J. Osteopath. Med.* **2015**, *18*, 247–254. [**Google Scholar**] [**CrossRef**]
- Knott, P.; Sturm, P.; Lonner, B.; Cahill, P.; Betsch, M.; McCarthy, R.; Kelly, M.; Lenke, L.; Betz, R. Multicenter comparison of 3D spinal measurements using surface topography with those from conventional radiography. *Spine Deform.* **2016**, *4*, 98–103. [**Google Scholar**] [**CrossRef**]
- Harrison, D.E.; Janik, T.J.; Harrison, D.D.; Cailliet, R.; Harmon, S.F. Can the thoracic kyphosis be modeled with a simple geometric shape. *J. Spinal Disord. Technol.* **2002**, *15*, 2130220. [**Google Scholar**] [**CrossRef**] [**PubMed**]
- Krott, N.L.; Wild, M.; Betsch, M. Meta-analysis of the validity and reliability of rasterstereographic measurements of spinal posture. *Eur. Spine J.* **2020**, *29*, 2392–2401. [**Google Scholar**] [**CrossRef**] [**PubMed**]
- Yip, C.H.T.; Chiu, T.T.W.; Poon, A.T.K. The relationship between head posture and severity and disability of patients with neck pain. *Man Ther.* **2008**, *13*, 148–154. [**Google Scholar**] [**CrossRef**]
- Van Niekerk, S.M.; Louw, Q.; Vaughan, C.; Grimmer-Somers, K.; Schreve, K. Photographic measurement of upper-body sitting posture of high school students: A reliability and validity study. *BMC Musculoskelet Disord.* **2008**, *9*, 113. [**Google Scholar**] [**CrossRef**] [**PubMed**]
- Lundeberg, T.; Lund, I.; Dahlin, L.; Borg, E.; Gustafsson, C.; Sandin, L.; Rosén, A.; Kowalski, J.; Eriksson, S.V. Reliability and responsiveness of three different pain assessments. *J. Rehabil. Med.* **2001**, *33*, 279–283. [**Google Scholar**] [**CrossRef**]
- MacDermid, J.C.; Walton, D.M.; Avery, S.; Blanchard, A.; Etruw, E.; McAlpine, C.; Goldsmith, C.H. Measurement properties of the neck disability index: A systematic review. *J. Orthop. Sports Phys. Ther.* **2009**, *39*, 400–417. [**Google Scholar**] [**CrossRef**]
- Loudon, J.K.; Ruhl, M.; Field, E. Ability to reproduce head position after whiplash injury. *Spine* **1997**, *22*, 865–868. [**Google Scholar**] [**CrossRef**]
- Treleaven, J.; Jull, G.; Sterling, M. Dizziness and unsteadiness following whiplash injury: Characteristic features and relationship with cervical joint position error. *J. Rehabil. Med.* **2003**, *35*, 36–43. [**Google Scholar**] [**CrossRef**]
- Tjell, C.; Rosenhall, U. Smooth pursuit neck torsion test: A specific test for cervical dizziness. *Am. J. Otol.* **1998**, *19*, 76–81. [**Google Scholar**]
- Arnold, B.L.; Schmitz, R.J. Examination of balance measures produced by the biodex stability system. *J. Athl. Train.* **1998**, *33*, 323. [**Google Scholar**]

WALLS-KAUFMANN - 500

- Schmitz, R.; Arnold, B. Intertester and intratester reliability of a dynamic balance protocol using the biodex stability system. *J. Sport Rehabil.* **1998**, *7*, 95–101. [**Google Scholar**] [**CrossRef**]
- Elie, B.; Guiheneuc, P. Sympathetic skin response: Normal results in different experimental conditions. *Electroencephalogr. Clin. Neurophysiol.* **1990**, *76*, 258–267. [**Google Scholar**] [**CrossRef**] [**PubMed**]
- On, A.Y.; Colakoglu, Z.; Hepguler, S.; Aksit, R. Local heat effect on sympathetic skin responses after pain of electrical stimulus. *Arch. Phys. Med. Rehabil.* **1997**, *78*, 1196–1199. [**Google Scholar**] [**PubMed**]
- Kucera, P.; Goldenberg, Z.; Kurca, E. Sympathetic skin response: Review of the method and its clinical use. *Bratisl. Lek Listy.* **2004**, *105*, 108–116. [**Google Scholar**]
- Chroni, E.; Argyriou, A.A.; Polychronopoulos, P.; Sirrou, V. The effect of stimulation technique on sympathetic skin responses in healthy subjects. *Clin. Auton. Res.* **2006**, *16*, 396–400. [**Google Scholar**] [**CrossRef**]
- Wyrwich, K.W.; Tierney, W.M.; Wolinsky, F.D. Further evidence supporting an SEM-based criterion for identifying meaningful intra-individual changes in health-related quality of life. *J. Clin. Epidemiol.* **1999**, *52*, 861–873. [**Google Scholar**] [**CrossRef**]
- Wolinsky, F.D.; Wan, G.J.; Tierney, W.M. Changes in the SF-36 in 12 months in a clinical sample of disadvantaged older adults. *Med. Care* **1998**, *36*, 1589–1598. [**Google Scholar**] [**CrossRef**] [**PubMed**]
- McHorney, C.A.; Tarlov, A.R. Individual-patient monitoring in clinical practice: Are available health status surveys adequate? *Qual. Life Res.* **1995**, *4*, 293–307. [**Google Scholar**] [**CrossRef**]
- González-Gálvez, N.; Gea-García, G.M.; Marcos-Pardo, P.J. Effects of exercise programs on kyphosis and lordosis angle: A systematic review and meta-analysis. *PLoS ONE* **2019**, *14*, e0216180. [**Google Scholar**] [**CrossRef**]
- Bezalel, T.; Carmeli, E.; Levi, D.; Kalichman, L. The effect of Schroth therapy on thoracic kyphotic curve and quality of life in Scheuermann's patients: A randomized controlled trial. *Asian Spine J.* **2019**, *13*, 490–499. [**Google Scholar**] [**CrossRef**] [**PubMed**]
- Hunter, D.J.; Rivett, D.A.; McKiernan, S.; Weerasekara, I.; Snodgrass, S.J. Is the inclinometer a valid measure of thoracic kyphosis? A cross-sectional study. *Braz. J. Phys. Ther.* **2018**, *22*, 310–317. [**Google Scholar**] [**CrossRef**] [**PubMed**]
- Tsunoda, D.; Iizuka, Y.; Iizuka, H.; Nishinome, M.; Kobayashi, R.; Ara, T.; Yamamoto, A.; Takagishi, K. Associations between neck and shoulder pain (called katakori in Japanese) and sagittal spinal alignment parameters among the general population. *J. Orthop. Sci.* **2013**, *18*, 216–219. [**Google Scholar**] [**CrossRef**] [**PubMed**]
- Szeto, G.P.Y.; Straker, L.M.; O'Sullivan, P.B. A comparison of symptomatic and asymptomatic office workers performing monotonous keyboard work - 2: Neck and shoulder kinematics. *Man. Ther.* **2005**, *10*, 281–291. [**Google Scholar**] [**CrossRef**]
- Cross, K.M.; Kuenze, C.; Grindstaff, T.; Hertel, J. Thoracic spine thrust manipulation improves pain, range of motion, and self-reported function in patients with mechanical neck pain: A systematic review. *J. Orthop. Sports Phys. Ther.* **2011**, *41*, 633–643. [**Google Scholar**] [**CrossRef**]
- Nejati, P.; Lotfian, S.; Moezy, A.; Nejati, M. The study of correlation between forward head posture and neck pain in Iranian office workers. *Int. J. Occup. Med. Environ. Health* **2015**, *28*, 295–303. [**Google Scholar**] [**CrossRef**]

- Smart, K.M.; Blake, C.; Staines, A.; Doody, C. Clinical indicators of "nociceptive", "peripheral neuropathic" and "central" mechanisms of musculoskeletal pain. A delphi survey of expert clinicians. *Man Ther.* **2010**, *15*, 80–87. [Google Scholar] [CrossRef] [PubMed]

- Harrison, D.E.; Jones, E.W.; Janik, T.J.; Harrison, D.D. Evaluation of axial and flexural stresses in the vertebral body cortex and trabecular bone in lordosis and two sagittal cervical translation configurations with an elliptical shell model. *J. Manip. Physiol. Ther.* **2002**, *25*, 391–401. [Google Scholar] [CrossRef]

- Patwardhan, A.G.; Khayatzadeh, S.; Havey, R.M.; Voronov, L.I.; Smith, Z.A.; Kalmanson, O.; Ghanayem, A.J.; Sears, W. Cervical sagittal balance: A biomechanical perspective can help clinical practice. *Eur. Spine J.* **2018**, *27* (Suppl. S1), 25–38. [Google Scholar] [CrossRef]

- Smith, J.S.; Lafage, V.; Ryan, D.J.; Shaffrey, C.I.; Schwab, F.J.; Patel, A.A.; Brodke, D.S.; Arnold, P.M.; Riew, K.D.; Traynelis, V.C.; et al. Association of myelopathy scores with cervical sagittal balance and normalized spinal cord volume: Analysis of 56 preoperative cases from the AOSpine North America myelopathy study. *Spine* **2013**, *38* (Suppl. S1), S161–S170. [Google Scholar] [CrossRef]

- Fernández-de-las-Peñas, C.; Alonso-Blanco, C.; Cuadrado, M.; Pareja, J. Forward head posture and neck mobility in chronic tension-type headache. *Cephalalgia* **2006**, *26*, 314–319. [Google Scholar] [CrossRef] [PubMed]

- Khayatzadeh, S.; Kalmanson, O.A.; Schuit, D.; Havey, R.M.; Voronov, L.I.; Ghanayem, A.J.; Patwardhan, A.G. Cervical spine muscle-tendon unit length differences between neutral and forward head postures: Biomechanical study using human cadaveric specimens. *Phys. Ther.* **2017**, *97*, 756–766. [Google Scholar] [CrossRef]

- Thigpen, C.A.; Padua, D.A.; Michener, L.A.; Guskiewicz, K.; Giuliani, C.; Keener, J.D.; Stergiou, N. Head and shoulder posture affect scapular mechanics and muscle activity in overhead tasks. *J. Electromyogr. Kinesiol.* **2010**, *20*, 701–709. [Google Scholar] [CrossRef] [PubMed]

- Stanton, T.R.; Leake, H.B.; Chalmers, K.J.; Moseley, G.L. Evidence of impaired proprioception in chronic, idiopathic neck pain: Systematic review and meta-analysis. *Phys. Ther.* **2016**, *96*, 876–887. [Google Scholar] [CrossRef] [PubMed]

- Mahmoud, N.F.; Hassan, K.A.; Abdelmajeed, S.F.; Moustafa, I.M.; Silva, A.G. The relationship between forward head posture and neck pain: A systematic review and meta-analysis. *Curr. Rev. Musculoskelet. Med.* **2019**, *12*, 562–577. [Google Scholar] [CrossRef] [PubMed]

- Rani, B.; Paul, A.; Chauhan, A.; Pradhan, P.; Dhillon, M.S. Is neck pain related to sagittal head and neck posture? A systematic review and meta-analysis. *Indian J. Orthop.* **2023**, *57*, 371–403. [Google Scholar] [CrossRef]

- Pacheco, J.; Raimundo, J.; Santos, F.; Ferreira, M.; Lopes, T.; Ramos, L.; Silva, A.G. Forward head posture is associated with pressure pain threshold and neck pain duration in university students with subclinical neck pain. *Somat. Mot. Res.* **2018**, *35*, 103–108. [Google Scholar] [CrossRef]

- Moustafa, I.M.; Diab, A.A.; Hegazy, F.; Harrison, D.E. Demonstration of central conduction time and neuroplastic changes after cervical lordosis rehabilitation in asymptomatic subjects: A randomized, placebo-controlled trial. *Sci. Rep.* **2021**, *11*, 15379. [Google Scholar] [CrossRef]

- Hayano, J.; Yuda, E. Pitfalls of Assessment of Autonomic Function by Heart Rate Variability. *J. Physiol. Anthropol.* **2019**, *38*, 3. [**Google Scholar**] [**CrossRef**]
- Ke, J.Q.; Shao, S.M.; Zheng, Y.Y.; Fu, F.W.; Zheng, G.Q.; Liu, C.F. Sympathetic Skin Response and Heart Rate Variability in Predicting Autonomic Disorders in Patients with Parkinson Disease. *Medicine* **2017**, *96*, e6523. [**Google Scholar**] [**CrossRef**] [**PubMed**]

Vaccine Plus

# Notes:

- [1] Frederick F. Cartwright, *Disease and History*, 1972, Rupert Hart-Davis, London, p. 124.
- [2] John Forbes, MD, FRS, Alexander Tweedie, MD, FRS, and John Conolly, MD, "Sketch of the State of American Medicine Before the Revolution," *The Cyclopaedia of Practical Medicine*, 1845, pp. 231–242.
- [3] John Baron, *The Life of Edward Jenner*, pp. 490–491.
- [4] "Smallpox and the story of vaccination," http://www.sciencemuseum.org.uk
- [5] Charles Maclean, MD, On the State of Vaccination in 1810, London, pp. 101, 103.
- [6] Thomas Brown of Musselburgh, Surgeon, *An Investigation of the present Unsatisfactory and Defective State of Vaccination*, 1842, pp. 136–137.
- [7] *Terrible Results of Vaccination: TESTIMONIES concerning Vaccination and its Enforcement: by Scientists, Statisticians, Philosophers, Publicists, and Vaccine Physicians*, 1892, Providence, Snow & Farnham, Printers, pp. 13–14.
- [8] William Hycheman, MD, "Small-pox and Vaccination," *The Medical Tribune*, February 15, 1879, vol. I, no. 4, pp. 172–175.
- [9] "Medical Opinion on Vaccination," *Journal of Hygeio-therapy*, vol. II, no. 2, February 1888, p. 35.
- [10] "John Le Gay Bereton, Esq., MD, MRCS, LAC," *New South Wales, Compulsory Vaccination, Presented to the Parliament by Command*, September 20, 1881, Sydney: Thomas Richards, Government Printer, pp. 1043–1046.

WALLS-KAUFMANN - 503

- [11] Robert A. Gunn, MD, "The Truth About Vaccination," *The Sanitarian: A Monthly Magazine*, vol. XXVII, 1891, New York, pp. 553–554.
- [12] M. Deschere, MD, "Vaccination before the Tribunal of History," *North American Journal of Homeopathy*, November 1883, pp. 190, 192.
- [13] George William Winterburn, PhD, MD, *The Value of Vaccination: A Non-partisan Review of Its History and Results*, 1886, pp. 42–43.
- [14] J. M. Peebles, MD, MA, PhD, *Vaccination a Curse and a Menace to Personal Liberty*, Tenth Edition, 1913, p. 8.
- [15] Simon L. Katzoff, MD, "The Compulsory Vaccination Crime," *Machinists' Monthly Journal*, vol. XXXII, no. 2, February 1920, p. 109.
- [16] Joe Shelby Riley, MD, MS, PhD, *Conquering Units: Or The Mastery of Disease*, 1921, pp. 883–4.

