UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERIN SMITH, et al.                    *

     Plaintiffs                    *

v.                                    *      Case No. 21-CV-02170

DAVID WALLS-KAUFMAN, et al           *

     Defendants                   *

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order, the Plaintiffs and Co-Defendant David Walls-Kaufman, by and through undersigned counsel, hereby provide the following update to the Court in this wrongful death action.

1.     On December 12, 2024, the Metropolitan Police Department responded to a Subpoena Ducem (issued by Plaintiffs). MPD has provided Plaintiffs with information (e.g. salary and earnings history) that is needed for Plaintiff to calculate damages (decedent Jeffrey Smith was an MPD Police Officer).

2.     On November 26, 2024, Defendant David Kaufman filed his Answers to Interrogatories and Responses to Requests for Production of Documents. Defendant Kaufman was not able to provide all responsive information in his possession. Specifically, Defendant Kaufman had obtained criminal discovery from the US Attorney in the criminal case of *USA v Walls-Kaufman*, Case # 22-cr-00216-JMC. The Court entered a protective order in the criminal case that bars Defendant Kaufman from providing Plaintiff with the criminal discovery in the civil case. The parties reached out to the US Attorney, who was initially inclined to permit disclosure of the criminal discovery (by way of a modification to the protective order). The US

Attorney then reversed course and declined to permit disclosure of that information.  The

Plaintiffs have issued a Subpoena to the US Attorney in accordance with the applicable Touhy

regulations.  The Subpoena is returnable on December 27, 2024.  If the US Attorney does not

permit disclosure of the criminal discovery, then the Plaintiffs will be seeking a Motion to

Compel compliance with the Subpoena.

3.     On October 17, 2024, the Defendant propounded discovery on Plaintiffs, which is

still outstanding.

4.     The parties are in the process of scheduling discovery depositions.  The parties

anticipate that depositions will be done during the week of January 20, 2025.

___/s/ Richard J. Link_____
Richard J. Link, #443609
David P. Weber David P. Weber, #468260
Goodwin Weber PLLC
11115 Lake View Ln #1698
Berlin, MD 21811
(301) 850-7600
richard.link@goodinweberlaw.com
david.weber@goodwinweberlaw.com
*Counsel for Plaintiff*


___/s/ Hughie Hunt_____
Hughie Hunt
Hughie Duvall Hunt, II
KEMET HUNT LAW GROUP, INC.
7845 Belle Point Drive
Greenbelt, MD 20705
301-982-0888
301-982-0889 (fax)
hhunt@kemethuntlaw.com
*Counsel for Co-Defendant David Walls-Kaufman*