UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIN SMITH, et al. | * |
|     Plaintiffs | * |
| v. | *   Case No. 21-CV-02170 (ACR) |
| DAVID KAUFMAN, et al | * |
|     Defendants | * |

## MOTION FOR PROTECTIVE ORDER

COME NOW the Plaintiffs, by and through undersigned counsel, and hereby move for the entry of the attached Protective Order pursuant to Rule 26(c) of the Federal Rule of Civil Procedure. As grounds therefore, Plaintiffs state as follows:

On December 9, 2024, the Plaintiffs issued a Subpoena to the US Department of Justice, requesting that the government provide Plaintiffs with the same discovery that had been provided to David Walls-Kaufman in the case styled *USA v David Walls-Kaufman,* Case #22-CR-00216)   The government was not willing to provide all of the documentation/information in response to the Subpoena, because it contained information that it deemed either "sensitive" or "highly sensitive", to include some or all of the following:

    a. Personal identity information as identified in Rule 5.2 of the Federal Rules of Civil Procedure and Rule 5.4(f) of the Local Civil Rules, as well as telephone numbers, email addresses, driver's license numbers, and similar unique identifying information;

    b. Information regarding the government's confidential sources;

    c. Information that may jeopardize witness security;

    d. Contact information for, photographs of, and private conversations with individuals that do not appear to be related to the tortious conduct in this case;

  e. Medical or mental health records;

  f. Sources and methods law-enforcement officials have used, and will continue to use, to investigate other criminal conduct related to the publicly filed charges;

  g. Surveillance camera footage from the U.S. Capitol Police's extensive system of cameras on U.S. Capitol grounds;

  h. Repair estimates from the Architect of the Capitol;

  i. Materials designated as "security information" pursuant 2 U.S.C. §1979; and

  j. Tax returns or tax information

  2. The Department of Justice is willing to provide the aforementioned sensitive and highly sensitive information, but only in accordance with the terms of the Protective Order. The Protective Order will facilitate the parties' efforts to conduct discovery in this civil case, and to access all relevant material while protecting, *inter alia*, privacy interests, government security interests and confidential government information, methods, etc.

  WHEREFORE, the Plaintiffs respectfully request that this Court enter the Protective Order.

   /s/ *Richard J. Link*
Richard J. Link, #443609
David P. Weber, #468260
GOODWIN WEBER PLLC
11115 Lake View Ln, #1698
Berlin, MD 21811(301) 850-7600
David.weber@goodwinweberlaw.com
richard.link@goodwinweberlaw.com
Counsel for Plaintiffs

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing was electronically served, this 29th day of January, 2025, to:  Hughie Hunt, Esq. KEMET HUNT LAW GROUP, INC., 7845 Belle Point Drive, Greenbelt, MD 20705  hhunt@kemethuntlaw.com; and

And.

Sian Jones
Assistant United States Attorney
sian.jones@usdoj.gov

   /s/ *Richard J. Link*

Case 1:21-cv-02170-ACR    Document 67    Filed 01/29/25    Page 4 of 4