UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIN SMITH, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No. 21-CV-02170 |
| DAVID WALLS-KAUFMAN, et al | * | |
| Defendants | * | |

## STATUS REPORT

Pursuant to the Court's Minute Order of February 17, 2025, the Plaintiffs, by and through undersigned counsel, hereby provide the following update to the Court in this wrongful death action.

1. Both parties have filed Answers to Interrogatories and Responses to Requests for Production of documents.

2. Plaintiff has filed expert witness reports, including an updated report from Dr. Arden, former Chief Medical Examiner of the District of Columbia of February 28, 2025; report of Dr. Bardey, physician and forensic psychiatrist of February 21, 2025; and report of Cheryl Hyder, CPA, financial damages expert, of March 3, 2025.

3. Defendant has retained the services of Ms. Jennifer Owen, a Forensic Video Expert, in response to Plaintiff's medical and forensic psychiatrist expert witness reports filed on February 21, 2025, and February 28, 2025 and expects to file her expert witness report shortly.

Plaintiffs note that the Defendant's proposed expert is being named after the close of discovery, although Plaintiffs identified their video expert witness back on September 30, 2024, and his report was first provided to Defendants in 2022. Plaintiffs also note that the Defendant's proposed expert appears to be a video expert, not a medical, forensic psychiatrist, or damages expert.

4. The US Department of Justice provided sensitive and highly sensitive information to the Plaintiff in accordance with the Court's protective order.

5. Depositions were held as follows:

David Walls-Kaufman on February 27, 2025
Erin Smith on March 6, 2025.

6. Pursuant to the Court's Scheduling Order, the parties have provided pretrial notice of dispositive motions on Friday, March 14, 2025, and responses are due by March 24, 2025.

    /s/ *Richard J. Link*
Richard J. Link, #443609
Goodwin Weber PLLC
11115 Lake View Ln #1698
Berlin, MD 21811
(301) 850-7600
david.weber@goodwinweberlaw.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a copy of the foregoing was electronically served this 17th day of March, 2025 to Hughie Hunt, Esq.,7845 Belle Point Drive, Greenbelt, MD 20705.

    /s/ *Richard J. Link*
Richard J. Link