UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIN SMITH, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No. 21-CV-02170 (ACR) |
| DAVID KAUFMAN, et al | * | |
| Defendants | * | |

**JOINT NOTICE OF PARTIES' INTENTION TO REFRAIN FROM DISPOSITIVE MOTIONS UNTIL LEAVE GRANTED BY COURT**

COME NOW the parties, jointly, by and through undersigned counsel, and file this Joint Notice of Parties' Intention to Refrain from Dispositive Motions until Leave Granted by Court. As the grounds therefore, the Parties state:

The Court's scheduling order in this case and its standing order each appear to restrict the Parties from filing dispositive motions until leave is granted by the Court to do so. The Parties had previously been scheduled to appear via zoom before the Court on Friday, April 4, 2025, where presumably the Court would have ruled on the Parties' respective Notices seeking leave to file such motions, but the hearing was rescheduled for Friday, April 18, 2025. However, the Court's prior scheduling order indicated that dispositive motions were otherwise due on Wednesday, April 9, 2025. Neither Party nor their counsel is certain how to proceed under the present circumstances. Both Parties read the scheduling order and standing order as prohibiting them from filing their motions until granted leave to file.

This Notice to the Court is filed jointly to advise the Court of the Parties' intentions to refrain from filing their respective dispositive motions until leave is granted by the Court, which the Parties now expect will come no earlier than the date of the hearing scheduled for April 18, 2025.

1

Respectfully,

 /s/ *Dr. David P. Weber*
Dr. David P. Weber, #468260
Richard J. Link, Esq.
GOODWIN WEBER PLLC
11115 Lake View Ln, #1698
Berlin, MD 21811(301) 850-7600
David.weber@goodwinweberlaw.com
richard.link@goodwinweberlaw.com
Counsel for Plaintiffs

/s/ Hughie D. Hunt
Hughie D. Hunt, Esq, # 486347
7845 Belle Point Drive
Greenbelt, MD 20770
301-982-0888
Attorney for Defendant
*David Walls Kaufman*
hhunt@kemethuntlaw.com

2