UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIN SMITH, et al. | * | |
|     Plaintiffs | * | |
| v. | * | Case No. 21-CV-02170 (ACR) |
| DAVID WALLS-KAUFMAN, et al | * | |
|     Defendants | * | |

# [PROPOSED] ORDER

**THIS MATTER** came before the Court on April 18, 2025 for a hearing on the parties' respective Notices of Intention to File a Dispositive Motion. Upon consideration of the parties' filings and the discussion on the record, it is by the United States District Court for the District of Columbia,

**ORDERED** that the following dates shall control this case going forward:

| EVENT | DATE |
|---|---|
| **Dispositive Motions Due** | May 9, 2025 |
| **Daubert Motions Due** | May 16, 2025 |
| **Oppositions to Dispositive & Daubert Motions Due** | May 26, 2025 |
| **Reply in support of Dispositive Motions Due** | May 31, 2025 |
| **Mediation** | June 2, 2025 at 10:30 am |
| **Hearing on Dispositive Motions** | June 3, 2025 at 11:00 am |
| **Pretrial Conference** | June 10, 2015 at 2:00 pm |
| **Trial** | June 16-20, 2025 |

_____            _____
Date                                                ANA C. REYES
                                                             UNITED STATES DISTRICT JUDGE

COPIES TO:

David P. Weber, Esq.

Hughie Hunt, Esq.

Case 1:21-cv-02170-ACR     Document 80     Filed 05/05/25     Page 3 of 3