UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERIN SMITH, et al.                      *

     Plaintiffs                     *

v.                                      *        Case No. 21-CV-02170 (ACR)

DAVID WALLS-KAUFMAN, et al              *

     Defendants                     *

### [PROPOSED] ORDER

**THIS MATTER** came before the Court on April 18, 2025 for a hearing on the parties'
respective Notices of Intention to File a Dispositive Motion. Upon consideration of the parties' filings
and the discussion on the record, it is by the United States District Court for the District of Columbia,

**ORDERED** that the following dates shall control this case going forward:

| EVENT | DATE |
|---|---|
| **Dispositive Motions Due** | **May 9, 2025** |
| **Daubert Motions Due** | **May 16, 2025** |
| **Oppositions to Dispositive & Daubert Motions Due** | **May 26, 2025** |
| **Reply in support of Dispositive Motions Due** | **May 31, 2025** |
| **Mediation** | **June 2, 2025 at 10:30 am** |
| **Hearing on Dispositive Motions** | **June 3, 2025 at 11:00 am** |
| **Pretrial Conference** | **June 10, 2015  at 2:00 pm** |
| **Trial** | **June 16-20, 2025** |

_____

_____                    _____
Date                               ANA C. REYES
                                   UNITED STATES DISTRICT JUDGE

COPIES TO:

David P. Weber, Esq.

Hughie Hunt, Esq.