**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | | |
|---|---|---|
| Erin Smith, et al | * | |
| Plaintiffs | * | |
| Vs. | * | Case No: **1:21-CV-02170 (FYP)** |
| David Walls Kaufman, et al | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT DAVID WALLS-KAUFMAN'S MOTION FOR SUMMARY JUDGMENT**

  Defendant David Walls-Kaufman, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 56, respectfully moves this Court for entry of summary judgment in his favor as to all claims asserted by Plaintiffs in the Second Amended Complaint. The claims include assault and battery, wrongful death, and aiding and abetting/civil conspiracy. There is no genuine dispute of material fact, and Defendant is entitled to judgment as a matter of law. In support of Defendant David Walls Kaufman submits its Memorandum of Law for his Motion for Summary Judgment, which is being filed contemporaneously with this motion.

  **WHEREFORE**, Defendant Walls Kaufman prays that this Court grant a summary judgment in his favor on all counts.

Dated: May 9th, 2025.

1

Respectfully submitted,

**KEMET HUNT LAW GROUP, INC.**

/s/ Hughie D. Hunt
Hughie D. Hunt, Esq.
DC Bar # 486347
7845 Belle Point Drive
Greenbelt, MD 20770
(301) 982-0888
Attorney for Defendant, *David Walls Kaufman*
hhunt@kemethuntlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of May 2025, a copy of the foregoing document was served electronically via this Court's electronic filing system upon Attorney for Plaintiff, Richard J. Link, and David P. Weber.

/s/ Hughie D. Hunt
Hughie D. Hunt, Esq.