**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | | |
|---|---|---|
| Erin Smith, et al | * | |
| Plaintiffs | * | |
| Vs. | * | Case No: **1:21-CV-02170 (FYP)** |
| David Walls Kaufman, et al | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED] ORDER**

Upon consideration of Defendant David Walls Kaufman's Motion for Summary Judgment, and any opposition thereto, it is this _____ day of _____, 2025, by the United States District Court for the District of Columbia

**ORDERED**, that Defendant David Walls Kaufman's Motion for Summary Judgment be and the same is hereby GRANTED, and it is further,

**ORDERED**, that a judgment is entered in favor of Defendant David Walls Kaufman on all counts of the Second Amended Complaint.

_____
JUDGE

cc:  Hughie D. Hunt, Esq.
     Richard Link, Esq.
     David P. Weber, Esq.