

**PFC** LLC
**Police & Fire Clinic**

920 Varnum Street, NE
Washington, DC  20017-2145
Office: (202) 854-7400
Fax: (202) 854-7827

# PFC HEALTH QUESTIONNAIRE

**DATE:** 1/14/21

**NAME:** Smith, Jeff

**DOB:** 4/15/85

**DEPARTMENT:** MPD

## IN THE LAST (3) DAYS HAVE YOU HAD:

SHORTNESS OF BREATH?.................... YES _____ NO __✗__

A COUGH?.................................... YES _____ NO __✗__

## OR TWO OR MORE OF THE FOLLOWING:

FEVER?.................................... YES _____ NO __✗__

SORE THROAT?.......................... YES _____ NO __✗__

CHILLS?.................................... YES _____ NO __✗__

BODY ACHES? (not related to activity) .......... YES _____ NO __✗__

NEW LOSS OF TASTE OR SMELL?.................... YES _____ NO __✗__

HEADACHE?.................................... YES _____ NO __✗__

*A joint partnership of Providence Hospital and Washington Hospital Center*
*To provide occupational medicine services for the District of Columbia's public safety officers.*

Revised 11/2/2020-dm

PD Form 42 Rev. 9/2019 Automated 3/95

**METROPOLITAN POLICE DEPARTMENT**
Washington, D.C.

**INJURY OR ILLNESS REPORT**

- [X] INJURY – ON DUTY
- [ ] INJURY – OFF DUTY
- [ ] ILLNESS – ON DUTY ONLY

**TYPE OF REPORT**
- [X] ORIGINAL
- [ ] SUPPLEMENTARY

DATE OF ORIG RPT _____

CCN NO.

DATE REPORT PREPARED

**NAME OF MEMBER (Last, First, MI)** Smith, Jeffrey

**RANK** OFC

**CAD** 8739

**BADGE** 4626

**ELEMENT** 2D

**CURRENT ASSIGNMENT** 309

**DATE/TIME OF INJURY/ILLNESS** 1735 / 1/6/21

DATE LAST WORKED

**NATURE OF INJURY/ILLNESS:** (List your injuries specifying areas on body. In case of illness, list symptoms.)
PAIN TO Head.

**CAUSE:** (List the known or suspected cause of your injury or illness.)
Hit with flying object in face shild of helmet.

**TOUR / DAYS OFF** Eve Thur Fri Sat

SICK LEAVE BALANCE

**STATEMENT OF FACTS:** (Describe the nature and circumstances of your injury/illness. Describe the area(s) of the body affected. Specify when and how the injury occurred, and include names and contact information of any witnesses to the injury/illness.)

I was outside of the US capital and people started throwing things metal objects. Same kind of object hit me in the face shild, began feeling pain in my neck and face.

**NAME OF DUTY OFFICIAL NOTIFIED** Sgt Nevel

**DATE & TIME** 1/6/21 2100

WATCH COMMANDER NOTIFIED (On Duty Injury/Illness Only)

**DATE & TIME**

SIGNATURE OF MEMBER OR OFFICIAL PREPARING REPORT IF MEMBER IS UNABLE

**HOSPITAL/URGENT CARE TREATMENT**
- [ ] Yes
- [ ] No

NAME OF HOSPITAL/ URGENT CARE

**WORKING OUTSIDE EMPLOYMENT AT TIME OF THE INCIDENT**
- [ ] Yes
- [ ] No

SIGNATURE OF COMMANDING OFFICER                 DATE

**► MEMBER ONLY ◄**

**VOLUNTARY WAIVER FOR NON-POD INJURY/ILLNESS**
- [ ] I AM NOT REQUESTING A PERFORMANCE OF DUTY DETERMINATION FOR THIS INJURY/ ILLNESS. I ELECT TO USE MY OWN SICK LEAVE FOR ANY TIME OFF.

SIGNATURE OF MEMBER

**► MEDICAL SERVICES DIVISION USE ONLY ◄**

- [ ] PERFORMANCE OF DUTY
- [ ] NON-POD

APPROVED BY                 CAD                 DATE

**NOTE:** PD Form 42 shall be submitted to MSD within 24 hours from the occurrence or detection of any on-duty illness or injury. The official's certification of this report shall be completed by the end of the tour. Reports of off-duty injuries shall be certified within 24 hours of the report.



**Corporate Support Bureau**
**Medical Services Division**

920 Varnum Street NE, Washington, DC 20017   (202) 854-7731 (Office)

**TO:**        Jeffrey L. Smith
              Officer
              Second District

**THRU:**      Commander
              Second District

**FROM:**      Matthew Miranda
              Director
              Medical Services Division

**EXAMINER:**  Tamicka Smithson
              Claims Specialist
              Medical Services Division

**DATE:**      January 7, 2021

**SUBJECT:**   Classification of PD 42 Illness/Injury Report
              CCN: 21-002-555
              Date of Incident: 01/06/2021
              Report Date: 01/06/2021
              Determination: Performance of Duty (POD)

### Jurisdiction

Pursuant to the Police and Firefighters Retirement and Relief Act, as amended, D.C. Code §5-708.01 et seq., and the Metropolitan Police Department (MPD) General Order PER 100.11, Parts IV & V (April 25, 2006), as amended (April 17, 2008) the Director, Medical Services Division (MSD), has jurisdiction in this matter.

### Determination

Having reviewed the request, records maintained at the MSD, also known as the Police and Fire Clinic (PFC), departmental policies and applicable DC and other pertinent workers compensation laws, the Director, Medical Services Division, has determined the member has reported a compensable injury that arose out of and in the course of his employment. The PD 42 report is thereby accepted and classified as **Performance of Duty (POD)**.

The PD 42 report and the record on file at the Police and Fire Clinic (PFC) indicate the member incurred an injury while in the performance of his duty on the date of incident referenced in the subject. The member was assigned to "CDU 23" and deployed to the U.S. Capitol building. The member reported people started throwing metal objects; an object hit him in the face shield of his helmet and he sustained pain to his neck and face. The member presented at the PFC on January 06, 2021 for evaluation and treatment. The PFC medical provider diagnosed the member's injury as "Neck pain, right." The member was placed in a Sick Leave status and remains in that status as of this writing.

Based on the facts reported by the member, medical evidence and DC law, the Director, Medical Services Division, has determined the member has reported a compensable work-related injury or illness pursuant to the Police and Firefighters Retirement and Relief Act. In accordance with the D.C. Code § 5-633, the member shall be entitled to non-chargeable medical leave and administrative pay, for a period of not more than 2 years from the date of the original injury in accordance with rules established by the Mayor, for anytime not worked causally connected with the POD injury or illness.

Received by: _____    Date: _____

Serving Official: _____    Date: _____

cc :    Member's PD 42 file

---

**Officer Jeffrey L. Smith**
**CCN: 21-002-555**

*This Determination, prepared for workers' compensation purposes, may contain confidential and/or privileged information. In accordance with privacy regulations, only the member and/or appropriate and authorized personnel should have access to this document.*

Progress Notes



**P F C**
**A S S O C I A T E S LLC**
Police & Fire Clinic

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
Page 1
Office Visit

## Jeffrey L Smith
Male  DOB: 04/15/1985        Cell:

Home: (847) 772-0507

**01/14/2021 - Office Visit: Rm 8 f/u neck**
**Provider: Pamela Oriaifo**
**Location of Care: MPD MEDICAL**

**CC:**  f/u neck.

**History of Present Illness:**
35 y/o MPD male here for f/u after an injury to his neck on the day of the protest in the Capital. Member states he had twisted his neck when an object hit his fac shield. States feeling well today. denies any headache  or neck pain. No dizziness, fever, chills, canges in vision, N/V or unsteady gait.

## Vital Signs:

Patient Profile:  35 Years Old Male
Height:              67.5 inches
Temp:                97.6 degrees F
Pulse rate:          83 / minute
BP sitting:          141 / 78  (right arm)

Vitals Entered By: Tamra Settles (January 14, 2021 5:21 PM)

### Serial Vital Signs/Assessments:

| Time | Position | BP | Pulse | Resp | Temp | By |
|------|----------|------|-------|------|------|----|
| 5:23 PM | | 129/74 | 86 | | | Tamra Settles |

### Review of Systems
See HPI

### General
well developed, well nourished, in no acute distress

### Impression & Recommendations:

**Problem # 1:** Neck pain, right (ICD-723.1) (ICD10-M54.2)
Duty Status
RTFD: 01/15
Discharge instructions discussed. You made ice warm compress to affected area 15-20 minutes 3-4 times for day. Continue to take Morin PRN for pain. RTC for any other concerns

## Vital Signs:



**PFC**
**ASSOCIATES** LLC
Police & Fire Clinic

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

February 16, 2021
Page 2
Office Visit

**Jeffrey L Smith**
Male  DOB: 04/15/1985          Cell:

Home: (847) 772-0507

Patient Profile:  35 Years Old Male
Height:            67.5 inches
Temp:             97.6 degrees F
Pulse rate:        83 / minute
BP sitting:        141 / 78

## Physical Exam

**General:**
  well developed, well nourished, in no acute distress.
**Head:**
  normocephalic and atraumatic.
**Lungs:**
  clear bilaterally to auscultation.
**Heart:**
  Chest non-tender; regular rate and rhythm, S1, S2 without murmurs, rubs, or gallops
**Msk:**
  Neck:
No redness, no swelling
No paraclevicle tenderness on palpation
Full ROM

Electronically signed by Pamela Oriaifo on 01/14/2021 at 7:59 PM
Electronically signed by Olusola Malomo MD on 01/19/2021 at 3:26 PM



**PFC**
**ASSOCIATES LLC**
Police & Fire Clinic

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

February 16, 2021
Page 1
Office Visit

**Jeffrey L Smith**
Male  DOB: 04/15/1985          Cell:

Home: (847) 772-0507

**01/06/2021 - Office Visit: rm 8 new injury c/o Neck Pain**
**Provider:** JiJi J Ninan
**Location of Care:** MPD MEDICAL

**CC:** rm 8 new injury c/o Neck Pain.

**History of Present Illness:**
On duty injury as he was controlling the protesters today.
He jarred his neck when an object  hit his  face shield.  Pain is localized in his RT side of the neck  and is aggravated by neck flexion. No radiating pain or paresthesia to the Rt arm. No head ache. No vision changes or dizziness. No fever or chills. no Nausea or unsteady gait.

## Vital Signs:

Patient Profile:  35 Years Old Male
Height:          67.5 inches
Temp:            98.0 degrees F
Pulse rate:      89 / minute
BP sitting:      136 / 84

Vitals Entered By: Sigmund Hodges (January  6, 2021 11:41 PM)

## Problems:

**Problems Added:**

1)  Dx of Neck pain, right (ICD10-M54.2) (ICD-723.1)

## Impression & Recommendations:

**Problem # 1:** Neck pain, right (ICD-723.1) (ICD10-M54.2)
Likely neck starin without any radiculo pathy.
MSK pain. No radicular symptoms.
Ibuprofen 600mg PO Q6hrs with food for pain.
 Ice application with a  clothe covered ice pack for 48 hrs and then moist heat.
 Avoid activities which aggravate the pain

 Seek  medical care immediately if you develop sudden loss of sensation in the Rt arm,  or fever or chills or shortness of breath or any unusual symptoms.
 worsening pain  or incontinence of urine or stool or any weakness of the  arms or leg or fever or chills or shortness of breath.
SL
RTC on Monday or f/u and DS assessment.



**P F C**
**A S S O C I A T E S** LLC
Police & Fire Clinic

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

February 16, 2021
Page 2
Office Visit

Home: (847) 772-0507

**Jeffrey L Smith**
Male  DOB: 04/15/1985          Cell:

**Medications Added to Medication List This Visit:**
1)  Ibuprofen 600mg  .... 1 tab po q6hrs with food for pain.

**Medications Added to Medication List This Visit:**
1)  Ibuprofen 600mg  .... 1 tab po q6hrs with food for pain.

## Vital Signs:

Patient Profile:  35 Years Old Male
Height:              67.5 inches
Temp:               98.0 degrees F
Pulse rate:         89 / minute
BP sitting:          136 / 84

## Physical Exam

General:
   well developed, well nourished, in no acute distress.
Neck:
   Limited flexion of the neck
No swelling or echymosis on the neck. No paracervicl tenderness to palpation.
Lungs:
   clear bilaterally to auscultation.
Heart:
   regular rhythm and normal rate.
Msk:
   steady gait.
Bilateral symmetrical shoulder ROM.
strong hand grip.
Psych:
   alert and cooperative; normal mood and affect; normal attention span and concentration.

Electronically signed by JiJi J Ninan on 01/07/2021 at 1:27 PM
Electronically signed by Olusola Malomo MD on 01/11/2021 at 1:41 PM



920 Varnum Street, NE
Washington, DC 20017-2145
Office: (202) 854-7400
Fax: (202) 854-7827

**P**FC
**A**SSOCIATES LLC
Police & Fire Clinic

## NEW INJURY QUESTIONNAIRE

| PRINT NAME: (LAST, FIRST, MIDDLE INITIAL) | SSN: | SEX: | AGE: | DATE: |
|---|---|---|---|---|
| Smith, Jeffrey, L | / / | M | 35 | 1,6, 2021 |

| ☒ INITIAL VISIT ☐ FOLLOW-UP  Date of Injury: | CURRENT DUTY STATUS: ☒ FULL ☐ SICK ☐ LIMITED ☐ ADMINISTRATIVE LEAVE  Comment: | DEPARTMENT: ☒ MPD ☐ DCFEMS ☐ EMS  ☐ USSS ☐ USPP ☐ OTHER |
|---|---|---|

*In order to provide us with the best possible evaluation and care, please complete the following questionnaire:*

1.  What area(s) of your body did you injure? _Neck_

2.  Select from the following list how the injury happened (indicate with an "x" after carefully reading all choices):
    - ☐ Lifting
    - ☐ Fall to Same Level
    - ☐ Fall to Other Level
    - ☐ Blood-borne Pathogen Exposure
    - ☐ Other (details):
    - ☐ Inhaled Dust Fumes or Gases
    - ☐ Inhalation (Smoke, Chemical, etc.)
    - ☐ Contact or exposure to Heat/Fire or Cold Objects
    - ☐ Struck Against (e.g. building)
    - ☒ Assault - Intentional
    - ☐ Animal/Insect Involved
    - ☐ Motor Vehicle Accident

3.  Where did the injury happen? (e.g. at station, during fire, during arrest, etc.): _CDU_

4.  Did this injury occur at work? ☒ Yes ☐ No      5. Have you worked since this injury? ☐ Yes ☒ No

6.  If yes, what kind of work? _____      7. Last day worked on full duty: _1, 6, 21_

8.  What kind of care have you sought so far? (Including private doctor, etc.) ☒ No treatment ☐ Treatment,
    as follows: _____

9.  Have you had a problem like this before? ☐ Yes ☒ No      If yes, when? ____/____/____

10. On the graph place a line which indicates your level of pain: | ____/____ |  0   5   10

11. On the picture of the body, please shade in areas that you experience pain:

12. What medications are you currently taking? (Including dosage, frequency, who prescribed; including over-the-counter medications)

13. Is this injury pending litigation? ☐ Yes ☐ No

*I have fully read, understood, and completed the above form. I certify that the information I have provide, / is true and correct to the best of my knowledge and recollection*

_____          _Smith, Jeffrey_
Member's Signature                    Member's Printed Name

(version 102799)
9/23/2020-dm