**VERIFY PRESENCE OF WATERMARK — HOLD TO LIGHT TO VIEW**

# 2989948 COMMONWEALTH OF VIRGINIA
### DEPARTMENT OF HEALTH – DIVISION OF VITAL RECORDS

## COMMONWEALTH OF VIRGINIA - CERTIFICATE OF DEATH
### DEPARTMENT OF HEALTH - DIVISION OF VITAL RECORDS - RICHMOND

**MEDICAL EXAMINER'S CERTIFICATE**

**DATE RECORD FILED:** JANUARY 19, 2021
**STATE FILE NUMBER:** 21-003173

**1. FULL NAME OF DECEDENT:** JEFFREY LOUIS SMITH
**2. SEX:** MALE
**3. DATE OF DEATH:** JANUARY 15, 2021 (ACTUAL)
**4. DATE OF BIRTH:** APRIL 15, 1985
**5. AGE:** 35 Years
**6. WAS DECEDENT EVER IN U.S. ARMED FORCES?:** NO
**7. BIRTHPLACE:** ILLINOIS
**8. SOCIAL SECURITY NUMBER:** 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
**9. STREET ADDRESS:** 7202 REGENT DRIVE
**10. CITY OR TOWN OF RESIDENCE:** ALEXANDRIA
**INSIDE CITY OR TOWN LIMITS?:** NO
**11. COUNTY OF DECEDENT'S RESIDENCE:** FAIRFAX COUNTY
**12. U.S. STATE:** VIRGINIA
**12a. ZIP CODE:** 22307
**13. RACE OF DECEDENT:** WHITE
**14. DECEDENT OF HISPANIC ORIGIN?:** NON-HISPANIC
**15. EDUCATION (HIGHEST GRADE COMPLETED):** BACHELOR'S DEGREE
**16. CITIZEN OF WHAT COUNTRY:** UNITED STATES OF AMERICA
**17. USUAL OR LAST OCCUPATION:** POLICE OFFICER
**18. KIND OF BUSINESS OR INDUSTRY:** DC METROPOLITAN POLICE DEPARTMENT
**19. MARITAL STATUS:** MARRIED
**20. NAME OF SPOUSE:** ERIN SMITH
**21. FULL NAME OF DECEDENT'S FATHER OR PARENT:** RICHARD SMITH
**21a. GENDER:** MALE
**22. FULL NAME OF DECEDENT'S MOTHER OR PARENT:** WENDY KAPLAN
**22a. GENDER:** FEMALE
**23. INFORMANT'S RELATIONSHIP OR SOURCE OF INFORMATION:** SPOUSE
**24. FULL NAME OF INFORMANT OR NAME OF SOURCE:** ERIN SMITH
**25. NAME OF HOSPITAL OR INSTITUTION OF DEATH:** NONE
**26. SPECIFY IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL:** OTHER (SPECIFY) PARKWAY
**27. CITY OR TOWN OF DEATH:** MCLEAN
**28. STREET ADDRESS OR RT. NO OF PLACE OF DEATH:** GEORGE WASHINGTON MEMORIAL PARKWAY, .5 MILES NORTH OF BROAD BRANCH ROAD
**28a. ZIP CODE:** 22101
**28b. COUNTY OF DEATH:** FAIRFAX COUNTY
**29. METHOD OF DISPOSITION:** CREMATION / INCINERATION
**30. PLACE OF DISPOSITION - NAME OF CEMETERY OR CREMATORY:** METROPOLITAN CREMATORY
**31. PLACE OF DISPOSITION - STREET ADDRESS:** 5517 VINE STREET
**31a. CITY/COUNTY:** ALEXANDRIA
**31b. STATE:** VIRGINIA
**31c. ZIP CODE:** 22310
**32. SIGNATURE OF FUNERAL DIRECTOR/LICENSEE:** /S/ JOYCE EVELYN TORCHINSKY
**32a. LICENSEE'S NO.:** 0502900594
**32b. NAME OF FUNERAL HOME OR FACILITY:** TORCHINSKY HEBREW FUNERAL HOME
**33. NAME OF FUNERAL DIRECTOR/LICENSEE, VSAP OR NEXT OF KIN:** JOYCE EVELYN TORCHINSKY
**33a. STREET ADDRESS OF FUNERAL HOME/FACILITY:** 254 CARROLL STREET NORTHWEST WASHINGTON DISTRICT OF COLUMBIA 20012
**34. TIME OF DEATH:** 03:28 P.M. (APPROXIMATE)

**35. PART I. IMMEDIATE CAUSE OF DEATH:**
(A) GUNSHOT WOUND TO THE HEAD

**36. WAS THE MEDICAL EXAMINER CONTACTED?:** YES
**36a. AUTOPSY?:** YES
**36b. WERE FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?:** YES
**37. DID TOBACCO USE CONTRIBUTE TO DEATH?:** NO
**39. IF EXTERNAL, TO WHAT EXTENT IT CONTRIBUTED TO CAUSE OF DEATH?:** PRIMARY
**40. MANNER OF DEATH:** SUICIDE
**41. DATE OF INJURY:** JANUARY 15, 2021
**42. TIME OF INJURY:** UNKNOWN
**43. INJURY AT WORK?:** NO
**44. PLACE OF INJURY:** NAMED STREET/HIGHWAY/INTERSTATE
**45. LOCATION OF INJURY-STREET ADDRESS:** GEORGE WASHINGTON MEMORIAL PARKWAY, .5 MILES NORTH OF BROAD BRANCH
**45a. CITY/COUNTY:** MCLEAN
**45b. STATE:** VIRGINIA
**45c. ZIP CODE:** 22101
**46. IF TRANSPORTATION INJURY, SPECIFY:** DRIVER/OPERATOR
**47. DESCRIBE HOW INJURY RELATING TO DEATH OCCURRED:** SHOT SELF WITH A HANDGUN
**48. SIGNATURE OF MEDICAL EXAMINER:** /S/ JOCELYN SUTTON POSTHUMUS
**48a. NAME OF MEDICAL EXAMINER:** JOCELYN SUTTON POSTHUMUS
**48b. DATE SIGNED:** JANUARY 16, 2021
**49. OFFICE STREET ADDRESS:** 10850 PYRAMID PLACE SUITE 121
**49a. CITY:** MANASSAS
**49b. STATE:** VIRGINIA
**49c. ZIP CODE:** 20110



This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department of Health, Richmond, Virginia

**DATE ISSUED:** JANUARY 21, 2021

Janet M. Rainey, State Registrar

Do not accept unless on security paper with the seal of Virginia Department of Health, Vital Statistics in the lower left hand corner.
Section 32.1-272, Code of Virginia, as amended.

VS 15C