PLAINTIFF'S EXHIBIT E

**PATRICK J. SHEEHAN, M.D.**
7350 VAN DUSEN ROAD
SUITE 240
LAUREL, MARYLAND 20707
Phone: 301-776-5753 - Fax: 301-317-9410

March 8, 2022

Richard J. Link, Esquire
Goodwin Weber PLLC
267 Kentlands Boulevard, Suite 250
Gaithersburg, MD 20878

Re: **Deceased D.C. Police Officer Jeffrey L. Smith**
D/I: **January 6, 2021**
DOB:

Dear Mr. Link:

On February 18, 2022, I interviewed individually Mrs. Erin Smith, the widow of Officer Jeffrey Smith. She gave history that her husband returned from work following the riots at the U.S. Capitol around 2 a.m. on January 7, 2021. "He said he lost consciousness, that he was hit by a metal pipe and didn't know where he was." He complained to her of vision problems. "He said his vision was fuzzy." She does not remember him complaining of balance problems. "He had a bad headache." He complained of having a bad headache throughout the nine days before committing suicide. "He wasn't a person who complained. He couldn't focus." When she spoke to him, "it was like he was listening but wasn't recognizing what was being said." He became very irritable. If she asked him to do something and he did not do it, he would

July 12, 2021

Re:  Metropolitan Police Officer Jeffrey Smith

D/I:  January 6, 2021

tell her he did not remember her asking him to do it. He developed problems with sleep. "He was very sensitive to noise. He had to turn off the television." He became sensitive to light, particularly to bright lights. "He'd turn the lights off and sit in the bedroom in the dark." He was easily distracted. "He'd be discussing one thing and go off into something different. It was like he was all over the place." He had angry outbursts. "It wasn't like him. He was very short." He would have an outburst if she asked him something. He began spending a lot of time on his cell phone. "He said he couldn't focus, pay attention. His eyes would go blank."

The symptoms described by Ms. Erin Smith are consistent with Post Concussion Syndrome. A concussion is a type of traumatic brain injury caused by a bump, blow, or jolt to the head or by a hit to the body that causes a brain to move rapidly back and forth in the skull. An analogy is that a brain is like jello in a clear plastic container. When there is rapid movement back and forth, lines in the jello develop. When an impact occurs to a person's skull, the brain moves rapidly forward and backward in the skull. Post Concussion Syndrome is the symptoms following a concussion.

With a reasonable degree of medical probability, Officer Jeffrey Smith, following his head injuries on January 6, 2021, developed a concussion with symptoms consistent with Post Concussion Syndrome and Post Traumatic Headaches.

Page 3
July 12, 2021
Re: Metropolitan Police Officer Jeffrey Smith
D/I: January 6, 2021

If I can be of any further assistance, please feel free to contact me.

Patrick J. Sheehan, M.D.
Certified in Psychiatry by the
American Board of Psychiatry
and Neurology

PJS:je