12:28  





Jeff 🚓 🚨 >

Jan 6, 2021 at 2:03 PM

                                    **Rug coming Friday!**    2:03 PM

**London has fallen**    2:38 PM

                                                    **I saw**    2:38 PM

                                    **Be safe baby** 😘    2:39 PM



                                                                   2:40 PM

**You see me**    3:38 PM

                                                     **Where**    3:42 PM

**I was in there**    3:44 PM

**The capital**    3:44 PM

                                                     😳    3:44 PM

Text Message • SMS

12:29 





Jeff 🚓 🚨 >

Still alive.   3:48 PM

Love you baby.   3:48 PM

I love you    3:48 PM

We pushed them out of the capital   3:48 PM

Ok good   3:48 PM



 4:15 PM

Taking in the scenery   4:22 PM

  

12:29

 9



Jeff 🚓🚨 >

|  | Taking in the scenery | 4:22 PM |

Jan 6, 2021 at 6:48 PM

| What a shit show | | 6:48 PM |

|  | You ok? | 6:48 PM |

| Yeah but fucking crazy shit | | 6:59 PM |

|  | I know baby 😣 | 7:02 PM |



⬇️ 7:16 PM

|  | Sexy | 7:16 PM |

|  | What's on your leg | 7:16 PM |

| Gas mask riot baton | | 8:12 PM |

+ | Text Message • SMS | 🎙️

12:29 





Jeff 🚓🚨 >



 8:13 PM

**Craziness**   8:14 PM

You got. No idea   8:15 PM

We literally took back the capital   8:26 PM

It was fucking wild   8:26 PM

**Happy y'all got it back**   8:26 PM



 Text Message • SMS 

12:30

< 9

Jeff 🚓 🚨 >



You see the pink power ranger   8:26 PM

I saw lady shot laying there   8:31 PM

Yikes   8:31 PM

I saw the video   8:31 PM

They have since removed it from Twitter   8:31 PM

Her getting smoked.   8:41 PM

Guess wrong door lol   8:41 PM

Yep   8:41 PM

The faucet came   9:02 PM

I love you 😘😘😘😘   9:41 PM

Love you too baby 😘😘   9:42 PM

Text Message • SMS