

CENTRAL DISTRICT:
400 E. Jackson St.
Richmond, Virginia 23219-3694
(804) 786-3174
800-447-1708
FAX (804) 371-8595

WESTERN DISTRICT:
6600 Northside High School Road
Roanoke, Virginia 24019
(540) 561-6615
800-862-8312
FAX (540) 561-6619

TIDEWATER DISTRICT:
830 Southhampton Ave., Suite 100
Norfolk, Virginia 23510
(757) 683-8366
800-395-7030
FAX (757) 683-2589

NORTHERN VA. DISTRICT:
10850 Pyramid Place, Suite 121
Manassas, Virginia 20110-2228
(703)530-2600
800-856-6799
FAX (703) 530-0510

# COMMONWEALTH OF VIRGINIA
## *Department of Health*

**Office of the Chief Medical Examiner**
Northern Region
10850 Pyramid Place, Suite 121
Manassas, VA 20110-2228

3/18/2021

Erin O'Riley Smith
7202 Regent Drive
Alexandria, VA 23307

Re: Jeffrey Louis Smith (DOD: 1/15/2021)

Dear Erin O'Riley Smith:

Please find enclosed copies of the requested reports for the referenced decedent. If you have any questions about the enclosed reports, please contact our office at (703) 530-2600 for assistance.

Sincerely,
Admin. Dept.

Enclosure: Reports



*Accredited by the National Association of Medical Examiners*

**Commonwealth of Virginia**
Department of Health
**Office of the Chief Medical Examiner**
NORTHERN VIRGINIA DISTRICT
10850 PYRAMID PLACE, SUITE 121 MANASSAS, VA 20110

REPORT OF INVESTIGATION

Case Number: N2021-00009

MAR 18 2021

| Decedent | JEFFREY | LOUIS | SMITH | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Suffix Sr, Jr, III, etc |

SSN: 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

Home Address: 7202 REGENT DR., ALEXANDRIA, VA 22307

Age: 35 Yrs  DOB: 4/15/1985  Sex: MALE  Last Known Occupation: POLICE OFFICER

Race: WHITE  Hispanic? NO  Marital Status: MARRIED

MEDICAL EXAMINER AUTHORITY: VIOLENT OR UNNATURAL

Police Notified: YES  Investigator: DET. GARRY BOURKE  Phone: (202) 610-7500

Jurisdiction: US PARK POLICE

FOR PROFESSIONAL USE ONLY
CONTENTS NOT TO BE DUPLICATED

| | DATE (MM/DD/YY) | TIME (24h) | LOCATION | CITY/ COUNTY | BY WHOM |
|---|---|---|---|---|---|
| LAST KNOWN ALIVE | 1/15/2021 | 1507 | NORTHBOUND GEORGE WASHINGTON PKWY, .5 MI NORTH | FAIRFAX COUNTY, VA | FELLOW MOTORIST[S], OTHER |
| EVENT/ INJURY ACUTE ILLNESS | 1/15/2021 | 1507 | NORTHBOUND GEORGE WASHINGTON PKWY, .5 MI NORTH OF GULF BRANCH TRAIL | FAIRFAX COUNTY, VA | FELLOW MOTORIST[S], OTHER |
| FOUND | 1/15/2021 | 1507 | NORTHBOUND GEORGE WASHINGTON PKWY, .5 MI NORTH | FAIRFAX COUNTY, VA | FELLOW MOTORIST[S], OTHER |
| DEATH/ PRONOUNCED | 1/15/2021 | 1528 | NORTHBOUND GEORGE WASHINGTON PKWY, .5 MI NORTH | FAIRFAX COUNTY, VA | MEDICS |
| EXAMINATION OF BODY | 1/16/2021 | 1330 | OFFICE OF THE CHIEF MEDICAL EXAMINER - NORTHERN DISTRICT | MANASSAS PRINCE WILLIAM, VA | POSTHUMUS, JOCELYN |

**Cause of Death:** GUNSHOT WOUND TO THE HEAD

Autopsy (Y/N): Y
Authorized by: ASSISTANT CHIEF MEDICAL EXAMINER
Pathologist: POSTHUMUS, JOCELYN
Autopsy No: N037-21
Location: NORTHERN OCME

**Manner of Death:** SUICIDE

This case was reviewed by:

18-Mar-2021 1250  JOCELYN POSTHUMUS
Date/Time  Name of Assistant Chief Medical Examiner

Signature of Assistant Chief Medical Examiner

5-Feb-2021 0750  WILLIAMS, NATHAN
Date/Time  Name of Reviewing Medicolegal Death Investigator

CME1_1E/ REV 10/09

| MEDICAL HISTORY |
|---|

☑ none known  ☐ alcoholism  ☐ cirrhosis  ☐ hepatitis  ☐ drug abuse  ☐ asthma  ☐ bronchitis  ☐ emphysema

☐ seizure disorder (cause) _____  ☐ cancer _____  ☐ diabetes  ☐ hypertension  ☐ atherosclerosis

☐ stroke  ☐ psychiatric diagnosis (specify) _____  ☐ depression  ☐ dementia (specify) _____

☐ recent trauma (specify) _____  ☐ hip fracture

☐ acute infections (specify) _____  ☐ HIV/AIDS  ☐ COPD  ☐ obesity  ☐ tobacco

☐ other (specify):

**Treating MD** _____   **Phone#** _____

**Hospitalizations (when/where)**

**Medications**   None known

FOR PROFESSIONAL USE ONLY
CONTENTS NOT TO BE DUPLICATED

**Tox requested:** YES

**Summary of Circumstances:**
According to investigators, this was a 35-year-old driver with no known medical or psychiatric history who was found dead in his vehicle after it left the roadway with a handgun. Gross examination showed a contact gunshot wound to the right temple with injury to the brain. No bullet or projectile fragments were recovered.

Postmortem toxicology was negative for alcohols and an expanded drug panel.

Decedent   JEFFREY LOUIS SMITH

CME1_1E/ REV 10/09

OFFICE OF THE CHIEF MEDICAL EXAMINER
10850 PYRAMID PLACE – SUITE #121
MANASSAS, VIRGINIA 20110

MAR 1 8 2021

AUTOPSY #: N037-21
VMEDS #: N2021-00099
DATE: 01/16/2021, Saturday
TIME: 1330 hrs

REPORT OF AUTOPSY
Page #1 of 3

DECEDENT: JEFFREY LOUIS SMITH
AUTOPSY AUTHORIZED BY: Dr. Jocelyn Posthumus – Fairfax County
BODY IDENTIFIED BY: Body bag and toe tags
PERSONS PRESENT AT AUTOPSY: Jocelyn Posthumus, M.D./ Amanda Dawson (Autopsy Technician)

Rigor: complete  Livor: pink  Distribution: posterior, blanching  Age: 35  Race: W  Sex: M  Length: 70"  Weight: 163 lb
Eyes: hazel  Hair: black  Mustache: yes  Beard: yes  Circumcised: yes  Body heat: refrigerated

**CLOTHING:** The decedent is received clad in a hooded jacket, T-shirt, jeans, belt and underwear. A pair of socks and shoes accompany the body. The hood is free of defects.
**PERSONAL EFFECTS:** Gun holster.
**EXTERNAL EXAMINATION:** The body is received in a sealed body bag and is that of a well-developed male with an overall appearance consistent with the reported age of thirty-five years. The scalp and soft tissues of the head are injured as described below. The facial bones are palpably intact. The sclerae and conjunctivae are clear and without petechiae. Dentition is in good condition. The inner and outer mucosal aspects of the lips are uninjured. The neck is symmetrical with a range of mobility within normal limits. The chest and back are normally formed. The abdomen is flat. The penis is circumcised and the testicles are descended within the scrotal sac. The upper and lower extremities are symmetrical and well developed. The hands are received unbagged with blood. There are no visible gunshot residues. The fingernails are uninjured.
**DECOMPOSITION:** None.
**AUTOPSY PROCEDURE:** The body is opened in the usual thoraco-abdominal and biparietal intermastoid incisions. The organs are removed en bloc.
**EVIDENCE OF INJURY (External and Internal):**
Gunshot wound:
    Centered over the right temple, located 3" from the top of the head and 5¼" to the right of anterior midline, is a ½" x ½" gunshot entrance wound with a 1/16"-¼" rime of soot and a patterned abrasion at the 3 o'clock to 5 o'clock edge comprised of a 9/16" semicircular abrasion with a 3/16" in diameter central abrasion. There is no evidence of powder tattooing on the skin. The bullet creates a hemorrhagic wound path through the skin and subcutaneous soft tissues including the temporalis muscle and enters the cranial cavity through a comminuted defect in the right temporoparietal bone with soot identified on a bone fragment. The bullet perforates the cerebral hemispheres through the basal ganglia and exits the cranial cavity via a comminuted defect in the left temporal bone. Centered above the left ear, located 2¼" from the top of the head and 4" to the left of anterior midline is a 2" x ½" gunshot exit wound. No bullet or projectile fragments are recovered. The direction of wounding is leftward with no significant deviation in the remaining planes with the body in the standard anatomic position. The superior skull shows extensive comminuted temporal bone fractures and linear radiating frontoparietal fractures. The base of the skull shows extensive fractures of the anterior, middle and posterior fossae as diagrammed and photographed. Associated injury includes hemoaspiration, frontal bone fractures, periorbital, subgaleal, periosteal, subdural and subarachnoid hemorrhages.
Additional injuries: Linear abrasions over the right shin (1" x 3/16" and ¼" x ¼"), contused abrasion over the left dorsal hand (1/4" x 3/16") and contusion over the left dorsal hand near the wrist ( ¼" x 3/16").
**MEDICAL INTERVENTION:** None.  **SCARS:** No significant scars identified.  **TATTOOS:** None.
**X-RAY (LODOX):** Minute foreign radiopacities within the head consistent with projectile fragments. Extensive calvarial fractures. Long bones appear intact.
**HISTORY:** Driver found dead in his vehicle after it left the roadway with a handgun.
**PATHOLOGICAL DIAGNOSES:**
Contact, Perforating Gunshot Wound to the Head:
    Entrance right temple
    Exit above left ear, shored
    No projectile or fragments recovered
    Missile path through cerebral hemispheres including deep gray nuclei
    Direction leftward
    Skull and facial bone fractures
    Associated injuries: Hemoaspiration, Periorbital, subgaleal, periosteal and intracranial hemorrhages

**Cause of death:** Gunshot Wound to the Head       **Final Report:** X
**Manner of death:** Suicide

The facts stated herein are true and correct to the best of my knowledge and belief.
03/18/2021                    NO VA ME OFFICE
Date Signed                  Place of Autopsy              Signature of Pathologist
                                                            JOCELYN POSTHUMUS, M.D.

FOR PROFESSIONAL USE ONLY
CONTENTS NOT TO BE DUPLICATED

**INTERNAL EXAMINATION (Exclusive of Injury):**

| | |
|---|---|
| **SEROUS CAVITIES:** | The organs are in their usual anatomical positions. The pleural, pericardial and peritoneal cavities are without adhesions or significant fluid accumulations. |
| **HEART:** | 300 gm with a normal size and shape. The coronary arteries arise from their usual positions, follow their usual courses and are patent. The valves are unremarkable. The myocardium is firm and red-brown with no evidence of hemorrhage or fibrosis. The left ventricular free wall measures 14 mm, the right ventricular free wall 4 mm, and the interventricular septum measures 14 mm. The vena cava and pulmonary arteries are free of antemortem thrombus. |
| **AORTA:** | The aorta is free of atherosclerosis. |
| **NECK ORGANS:** | The strap muscles are unremarkable with no hemorrhage or other evidence of soft tissue injury. The laryngeal cartilages and cervical spine are intact. The hyoid bone is free of antemortem fractures. The thyroid is unremarkable. The airway contains blood. |
| **LUNGS:** | The right and left lungs weigh 430 gm, combined. The pleural surfaces are smooth and glistening. The bronchi and their major branches contain blood. The vasculature is free of thromboemboli. Cut sections reveal purple parenchyma without evidence of consolidation, infarction, or neoplasia. |
| **LYMPH NODES:** | Unremarkable. |
| **LIVER:** | 1050 gm with a smooth and intact capsule. The parenchyma is tan-brown with the usual consistency. No evidence of cirrhosis or prominent fatty change. |
| **GALLBLADDER:** | Contains bile and no stones. Unremarkable mucosal surface. |
| **SPLEEN:** | 130 gm with an intact capsule and unremarkable red parenchyma. |
| **PANCREAS:** | Has the usual external configuration, is tan on cut section, and has the usual lobular architecture. |
| **ADRENAL GLANDS:** | Unremarkable with yellow cerebriform cortices and gray medullae FOR PROFESSIONAL USE ONLY |
| **G.I. TRACT:** | No oral trauma. The tongue is without recent injury. The pharynx is unremarkable. The esophagus is lined by a smooth gray mucosal surface with a distinct gastroesophageal junction. The stomach is empty and arranged in the usual rugal folds. The serosal surfaces of the small and large intestines are unremarkable. The appendix is present and unremarkable. |
| **KIDNEYS:** | The right and left kidneys weigh 250 gm, combined. The capsules strip with ease to reveal smooth brown cortical surfaces. On sectioning, the cortices are of normal thickness with distinct corticomedullary junctions. The pyramids and collecting systems are unremarkable with no signs of dilation or stones. |
| **BLADDER:** | Contains urine with an unremarkable tan mucosal surface. |
| **GENITALIA:** | The prostate is unremarkable with tan lobular cut-surfaces. The testes exhibit thin white capsules encompassing unremarkable tan, stringy parenchyma. |
| **BRAIN:** | 1300 gm. No evidence of neoplasm. |
| **MUSCULOSKELETAL:** | The long bones are well formed with no evidence of fracture or deformity. Skeletal muscle is moist with a mass appropriate for the age and sex of the decedent. |

**PATHOLOGIST:** Jocelyn Posthumus, M.D.                              **DECEDENT:** Jeffrey Louis Smith

Autopsy # N037-21                                                                                                              Page #3 of 3

OTHER LAB PROCEDURES: PHOTO_x_ MICRO __ TOX_x_ X-RAY _x_ FINGERPRINTS _x_ DENTAL __ DNA _x_ GSR __ PERK __
HIV__ HEPATITIS__ BACTERIOLOGY __ VIROLOGY__ ACCELERANTS__ OTHER __

**DISPOSITION OF EVIDENCE:**
TOXICOLOGY (DFS): Femoral and heart blood (2 vials) and vitreous humor
OCME: EDTA tube (subdural blood), serum, liver, urine, gastric contents, DNA card, fingerprints, stock jar
FUNERAL HOME: Clothing
INVESTIGATOR: DNA card

MICROSCOPIC DESCRIPTION:            None submitted.


TOXICOLOGY:                         See Certificate of Analysis.


**CASE SUMMARY:**

According to investigators, this was a 35-year-old driver with no known medical or psychiatric history who was found dead in his vehicle after it left the roadway with a handgun. Gross examination showed a contact gunshot wound to the right temple with injury to the brain. No bullet or projectile fragments were recovered.

Postmortem toxicology was negative for alcohols and an expanded drug panel.

**CAUSE OF DEATH:**

   Gunshot Wound to the Head


**MANNER OF DEATH:**

   Suicide


PATHOLOGIST: _Jocelyn Posthumus, M.D._                          DECEDENT: _Jeffrey Louis Smith_




FOR PROFESSIONAL USE ONLY
CONTENTS NOT TO BE DUPLICATED

N2021-00099 01/16/2021
JEFFREY SMITH 35 YRS W/M
01/16/2021

CASE IDENTIFICATION NUMBER
Year Seq. Number



Periorbital X FX's

FOR PROFESSIONAL USE ONLY
CONTENTS NOT TO BE DUPLICATED



½" GSW entrance
1/16" rim soot
focally ⅛" @ 7 o'clock
∪ 9/16" 3-5
0 3/16" diameter GSW
& 3/16" from edge
3" TOM
½" RtFAM



2 x ½" GSW exit
2½" TOM
4" LCAM

J.R.W.



Commonwealth of Virginia

**ORIGINAL**

# DEPARTMENT OF FORENSIC SCIENCE

**CERTIFICATE OF ANALYSIS**

February 10, 2021

Northern Laboratory
10850 Pyramid Place
Manassas, VA 20110

Tel. No.: (703) 335-8100
Fax: (703) 335-8365

TO: DR. J. POSTHUMUS
OFFICE OF THE CHIEF MEDICAL EXAMINER
10850 PYRAMID PLACE
MANASSAS, VA 20110

JP 2/16/21

FS Lab # N21-393

Your Case #: N2021-00099

FEB 1 2 2021

Victim(s): SMITH, Jeffrey

Suspect(s): ---

Evidence Submitted By: Amanda Dawson

Date Received: 01/19/2021

Item TX1   One vial of femoral blood
Item TX2   One vial of heart blood
Item TX3   One vial of vitreous humor

RESULTS AND INTERPRETATIONS:

Item TX1   Femoral Blood:
   Ethanol none detected
      Method: Alcohols by Headspace Gas Chromatography

   No drugs and/or drug classes were detected.

Item TX1 was screened for the following drugs and/or drug classes:
Ethanol, methanol, acetone, isopropanol, cocaine/benzoylecgonine, opiates, oxycodone/oxymorphone, methamphetamine/methylenedioxymethamphetamine (MDMA), phencyclidine, fentanyl, methadone, barbiturates, benzodiazepines, carisoprodol/meprobamate, zolpidem, buprenorphine/norbuprenorphine, cannabinoids, amphetamine/methylenedioxyamphetamine (MDA)/phentermine, alkaline-extractable drugs.

Item TX3   Vitreous Humor:
   Ethanol none detected
      Method: Alcohols by Headspace Gas Chromatography

   No drugs and/or drug classes were detected.

FOR PROFESSIONAL USE ONLY
CONTENTS NOT TO BE DUPLICATED

Item TX3 was screened for the following drugs and/or drug classes:
Ethanol, methanol, acetone, isopropanol.

Item TX2   Heart Blood:
   Not Analyzed



Commonwealth of Virginia

**ORIGINAL**

# DEPARTMENT OF FORENSIC SCIENCE

## CERTIFICATE OF ANALYSIS

Office of the Chief Medical Examiner
FS Lab # N21-393
Your Case # N2021-00099
February 10, 2021

Date(s) of Testing: 01/21/2021 - 02/08/2021

Supporting examination documentation is maintained in the case file. The above-listed methods are the respective quantitation and/or confirmation methods in place at the time of analysis. Current methods can be found in the Toxicology Procedures Manual which can be found at www.dfs.virginia.gov/documentation-publications/manuals/.

The evidence is being returned to the Office of the Chief Medical Examiner.

Attest:

I certify that I performed the above analysis or examination as an employee of the Department of Forensic Science and that the above is an accurate record of the results and interpretations of that analysis or examination.

Sarah Dersch
Forensic Scientist

SD

BL 2/11/21

FOR PROFESSIONAL USE ONLY
CONTENTS NOT TO BE DUPLICATED

 

# CERTIFICATE OF QUALIFICATION

## Circuit Court of Fairfax County, Virginia

Fiduciary Number FI-2021-0000214

I, John T. Frey, Clerk of the Circuit Court of Fairfax County, Virginia, the same being a Court of Probate and of Record and having a seal, do hereby certify that it appears of record in my office pursuant to law that:

Erin O'Riley Smith

duly qualified in this court as Administrator for the estate of Jeffrey Louis Smith, deceased.

A bond in the amount of $150,000.00 has been posted.

The powers of the fiduciary(ies) named above continue in full force and effect.

IN TESTIMONY WHEREOF I have hereunto set my hand, and affixed the seal of said Court hereto, at Fairfax, Virginia this 5th day of February, 2021.

TESTE: JOHN T. FREY, CLERK

By: _____
Deputy Clerk

Form 7     Certificate of Qualification.doc     version 1.1     Date Modified: 2/18/2019



Dear Sir or Madam,

This document is a record of the information provided at the time of the event. This certificate is a legal document and all information should be reviewed for accuracy.
If you have any questions or concerns please return the certificate (if necessary) with a letter of explanation to:

> State Health Department
> Division of Vital Records
> P.O. Box 1000
> Richmond, VA 23218