UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIN SMITH, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No. 21-CV-02170 |
| DAVID WALLS-KAUFMAN, et al | * | |
| Defendants | * | |

## ORDER GRANTING MOTION FOR PARTIAL JUDGMENT AND/OR FOR SANCTIONS

UPON CONSIDERATION of the Plaintiffs' Motion for Partial Summary Judgment and/or for Sanctions and the Defendant's Opposition thereto, it is by the United States District Court for the District of Columbia,

ORDERED, that the Motion is hereby GRANTED; and it is further,

ORDERED, that the jury shall be instructed that:

1. The Defendant had appeared in a YouTube video in the months after January 6, 2021.

2. The YouTube video was entitled "Dr. David Walls-Kaufman, DC – An Interview on the Plaza."

3. In this YouTube video, the Defendant is wearing a red and white motorcycle jacket.

4. In Plaintiffs' lawsuit filed in August 2021, the Plaintiffs alleged that the Defendant gave an interview where he is wearing the same red and white motorcycle jacket that he wore while inside the US Capitol building on January 6, 2021. The Plaintiffs' suit papers attached a screen grab of the YouTube interview

5. The Defendant was served with a copy of the lawsuit in August 2021.

6. After the lawsuit was filed, the YouTube interview was deleted by the Defendant (or at his direction).

7. The Defendant had a duty to preserve relevant evidence once the lawsuit was filed. Because the Defendant did not preserve this evidence, you may presume that the Defendant intentionally destroyed the YouTube video after he was aware of this civil case because it was not favorable to him.

8. You should consider: (1) the control the Defendant had over the video; (2) the images of information contained in the video, such as the clothing donned by the Defendant; (3) the Defendant's awareness of this lawsuit and the Plaintiff's interest in the video; (4) the timing of the creation of the video and its destruction; and (5) the Defendant's explanation on these matters.

9. You should consider evidence about the deleted YouTube video together with all other evidence in this case in reaching your decision.

_____                           _____
Date                                          Judge Ana C. Reyes