UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIN SMITH, et al. | * |
| Plaintiffs | * |
| v. | *   Case No. 21-CV-02170 |
| DAVID WALLS-KAUFMAN, et al | * |
| Defendants | * |

**<u>Exhibits – Plaintiff's Motion for Sanctions</u>**

| | |
|---|---|
| 1 | First Amended Complaint, p. 3 (Photo red & white motorcycle jacket) |
| 2 | Defendant's Answers to Interrogatories |
| 3 | Deposition Transcript from David Walls-Kaufman |
| 4 | Docket Entries<br>*Erin Smith v David Walls-Kaufman*, case No. 21-CV-02170) |