# Exhibit 3



**VETERAN REPORTERS**

MARYLAND:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERIN SMITH, ET AL.

PLAINTIFF,

VS.                                    CASE NO. 21-CV-02170

DAVID KAUFMAN, ET AL.,

DEFENDANT.

_____

REMOTE DEPOSITION VIA ZOOM AND
HOSTED BY VETERAN REPORTERS, INC OF
DAVID CHADWICK WALLS-KAUFMAN, D.C.

THURSDAY, FEBRUARY 27, 2025
10:03 A.M.

GOODWIN WEBER PLLC
11115 LAKE VIEW LANE
SUITE 1698
BERLIN, MARYLAND 21811

855.667.0077
540.667.4114
VETERANREPORTERS.COM

```
 1                    APPEARANCES

 2  ON BEHALF OF THE PLAINTIFF,

 3  ERIN SMITH, ET AL.:

 4  RICHARD J. LINK, ESQUIRE

 5  GOODWIN WEBER PLLC

 6  11115 LAKE VIEW LANE

 7  SUITE 1698

 8  BERLIN, MARYLAND, 21811

 9  TELEPHONE:  301.850.1600

10  FACSMILE: 301.850.3374

11  EMAIL: RICHARD.LINK@GOODWINWEBERLAW.COM

12

13  ON BEHALF OF THE PLAINTIFF,

14  ERIN SMITH, ET AL.:

15  DR. DAVID P. WEBER, ESQUIRE

16  GOODWIN WEBER PLLC

17  11115 LAKE VIEW LANE

18  SUITE 1698

19  BERLIN, MARYLAND, 21811

20  TELEPHONE:  301.850.1600

21  FACSMILE: 301.850.3374

22  EMAIL: DAVID.WEBER@GOODWINWEBERLAW.COM

23

24

25
```





855.667.0077
VETERANREPORTERS.COM

```
1                        APPEARANCES

2   ON BEHALF OF THE DEFENDANT,

3   DAVID KAUFMAN, ET AL.:

4   HUGHIE D. HUNT, II, ESQUIRE

5   KEMET HUNT LAW GROUP

6   7845 BELLE POINTE DRIVE

7   GREENBELT, MARYLAND, 20770

8   TELEPHONE:  301.982.0888

9   FACSMILE: 301.982.0889

10  EMAIL: HUGHIEHUNT@KEMETHUNTLAW.COM

11

12  OBSERVERS:

13  ERIN SMITH

14  ANTHONY MICHAEL SHORE

15

16

17

18

19

20

21

22

23

24

25
```





855.667.0077
VETERANREPORTERS.COM

```
 1                         INDEX

 2                                        Page

 3   DAVID CHADWICK WALLS-KAUFMAN, D.C.:

 4   DIRECT EXAMINATION BY MR. LINK            6

 5

 6

 7                       EXHIBITS

 8   Exhibit                                Page

 9

10                   NONE MARKED

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```





**855.667.0077**
VETERANREPORTERS.COM

1 business was no longer incorporated in DC or any

2 place else?

3　　A.　Right.

4　　Q.　Have you ever been in the military?

5　　A.　No.

6　　Q.　National Guard, anything like that?

7　　A.　No.

8　　Q.　It appears that in addition to being a

9 chiropractor, you also are an author. Is that

10 accurate?

11　　A.　Yes.

12　　Q.　Have you published books, articles,

13 what have you published?

14　　A.　Both.

15　　Q.　Do you have a regular publication where

16 you've contributed articles or pieces?

17　　A.　Yes.

18　　Q.　What publication and I guess I'm dating

19 myself, publication and sort of but, I'm

20 including online articles or websites when I use

21 the word publication. What entities or companies

22 or organizations have you regularly published

23 before the Washington Post?

24　　A.　The Washington Times, American Thinker,

25 flopping ACEs, international Chiropractic





VETERAN
REPORTERS

855.667.0077
VETERANREPORTERS.COM

1  Association.

2      Q.    I obviously know what the newspapers

3  are. When is the last time you contributed to the

4  Washington Post?

5      A.    Early 2000s.

6      Q.    What kind of pieces did you write for

7  them?

8      A.    I wrote about chiropractic and health

9  issues and commentaries on the city, living in

10 the city.

11     Q.    How about for the Washington Times?

12 What kind of pieces did you write for that paper?

13     A.    Commentaries on living in the city.

14     Q.    Can you give us an example?

15     A.    I can't, I really can't remember.

16     Q.    Did you ever write about MPD?

17     A.    I don't think so.

18     Q.    American Thinker, what is that?

19     A.    It's a, political, philosophical,

20 current events online magazine. Oh, I also

21 contributed, fiction pieces to Liberty Island

22 Magazine and Cinder Q Literary Magazine.

23     Q.    When is the last time you contributed

24 to American Thinker?

25     A.    Recently. Last, last year or early this





VETERAN
REPORTERS

855.667.0077
VETERANREPORTERS.COM

1  year.

2      Q.    In a sentence, can you tell us what the

3  substance of the article was about?

4      A.    The debate had come up about the

5  national debt and I wrote an article about the

6  national, the American national debt being $37

7  trillion was equal to one outlets estimate of all

8  the money in the world.

9      Q.    How many pieces do you believe you

10  contributed to the American Thicker?

11      A.    I'm really not sure. Maybe, maybe four

12  or five.

13      Q.    Were they all of the political nature

14  genre?

15      A.    Political or philosophical.

16      Q.    Does the American Thinker have a

17  political agenda?

18      A.    Not that I know of.

19      Q.    What is Flo, you said you contributed

20  something, Floppy Access?

21      A.    Flopping, ACE, Flopping ACEs.

22      Q.    What is that?

23      A.    A online magazine.

24      Q.    What have you contributed to them?

25      A.    I can't remember.




1      Q.    When was the last time?

2      A.    Probably two or three years ago. No,

3  longer than that. Four years. Four or five years.

4      Q.    What was the substance of your last

5  piece?

6      A.    I can't remember.

7      Q.    Is that an online publication?

8      A.    Yes.

9      Q.    You mentioned the International

10  Chiropractic Association. What is that?

11      A.    It's a professional association for

12  chiropractors.

13      Q.    What's your relationship with them?

14      A.    I'm a member. I have offered my

15  services as an officer, but I'm not an officer.

16      Q.    Are you on the board?

17      A.    No.

18      Q.    Have you ever been?

19      A.    I was offered a, a substantial position

20  in the 1980s and I didn't take it.

21      Q.    Are you aware you're still listed on

22  their website as having a connection with that

23  organization?

24      A.    Well, I am a member.

25      Q.    Do you attend meetings?




1       A.    No.

2       Q.    Do you get paid to attend meetings?

3       A.    I do not. I don't attend meetings.

4       Q.    You must, you've also published books,

5  yes?

6       A.    Yes.

7       Q.    How many?

8       A.    Two.

9       Q.    The names?

10       A.    Caesar America's one Party Rule and

11  Robot Archangel, and another one is coming out

12  before too long.

13       Q.    Do you have the same publisher for both

14  books?

15       A.    No.

16       Q.    Taking that, and then you're going to

17  tell me about the third one, but Cesar Americas,

18  would this fall on the genre of science fiction?

19       A.    No.

20       Q.    What would you characterize it to be?

21       A.    Political drama.

22       Q.    I'll give you more than a sentence.

23  Give me a few sentences. What the plot and the

24  story behind Caesar Americas is, please?

25       A.    It was, it, focused on a, a stolen





**VETERAN REPORTERS**

**855.667.0077**
VETERANREPORTERS.COM

```
 1  presidential election and a long-term uprising
 2  between right and left, finding common ground
 3  because of health concerns, and that led to
 4  interesting political developments.
 5      Q.   When did you write that book?
 6      A.   I wrote that between 1992 and 1998.
 7      Q.   Come back to that. Your second book was
 8  Robot Archangel?
 9      A.   Yes.
10      Q.   Two sentences. What was that about?
11      A.   That is 600 years in the future.
12  Humankind's final resolution with artificial
13  intelligence going from dystopia to utopia, a
14  happy ending.
15      Q.   Is that science fiction or something
16  else?
17      A.   Science fiction.
18      Q.   The third book you said you're about to
19  publish is what?
20      A.   The theory of everything.
21      Q.   When is that to be published?
22      A.   I don't know yet.
23      Q.   Do you have a publisher?
24      A.   Yes. Well, two Amazon wants it, but I
25  might go back to my other publisher, Defiance
```





```
 1   Press.

 2        Q.    Where does that...

 3        A.    I'm having a meeting today with my

 4   literary agent, so I really, it's sort of in

 5   limbo, but I'd like to come out as quickly as

 6   possible, and that's, Amazon wants it.

 7        Q.    What is The Theory of Everything about?

 8        A.    Well, The Theory of Everything is

 9   trying to find a center point for everything

10   human. I'm trying to approach it from, instead of

11   the astrophysics and quantum physics side, a

12   humanitarian explanation of what that is.

13        Q.    Humanitarian explanation of what

14   exactly?

15        A.    The Theory of Everything is the theory

16   that you can find one functional point that

17   defines everything human and probably maybe

18   everything in existence.

19        Q.    Is this, sounds like a fictional book?

20        A.    No, this is nonfiction.

21        Q.    The Fires Press, what books did they

22   publish for you?

23        A.    They published Robot Archangel.

24        Q.    Are you working now at any place?

25        A.    No, I, I'm, I'm focusing on, on, my
```

 

 1  writing.

 2      Q.    You said the last time you worked was

 3  when you were a chiropractor in 2023,

 4  approximately?

 5      A.    Yes.

 6      Q.    Do you have any hobbies?

 7      A.    Oh, I'd like to also mention another

 8  book that I'm about to complete, is called

 9  Political Conflict and Human Realization.

10      Q.    Is that a nonfiction book?

11      A.    Nonfiction.

12      Q.    Do you have a publisher for that?

13      A.    No, it's not finished.

14      Q.    What is that book about?

15      A.    Political conflict and human

16  realization.

17      Q.    I had seen an interview with you where

18  you said you described yourself as a student of

19  stolen elections. Would you agree with that?

20      A.    That I'm a student of stolen elections?

21      Q.    Yes.

22      A.    I'd be very interested in them because

23  of what, partly what I study.

24      Q.    What do you study?

25      A.    Well, if you're taking a whack at the





**VETERAN REPORTERS**

**855.667.0077**
VETERANREPORTERS.COM

1      A.    The Shilling Show.

2      Q.    **Other than those two statements, have**

3  **you given any other statements about what did or**

4  **didn't happen that day. Dr. Kaufman?**

5      A.    Well, I didn't give an official

6  statement, but one day I was at lunch at a

7  sidewalk cafe and inside of the Capitol and a

8  couple of reporters were there, and they were

9  asking us as neighborhood people, and I didn't

10  tell them who I was, or maybe, maybe I did, but I

11  didn't act, I didn't say that, you know, I had

12  been in there, but I was just talking about it

13  from the neighborhood standpoint and what I had

14  heard about it. I'm told that that has surfaced

15  somewhere. So that's out there somewhere.

16      Q.    **Surfaced on public media like a YouTube**

17  **thing?**

18      A.    I only heard about it secondhand.

19      Q.    **When you mentioned it was surfacing**

20  **somewhere, where had it surfaced to?**

21      A.    I don't know. I just heard that, that

22  someone said that they had seen me answering,

23  answering some questions. I never saw it myself,

24  so just, I'm just being technical if that might

25  be out there.





**VETERAN REPORTERS**

**855.667.0077**
VETERANREPORTERS.COM

Deposition of David Walls-Kaufman, D.C.     February 27, 2025     VR # 15816-3                    Page 124

1       Q.      But I'm, I recall that the FBI asked

2    you about some YouTube interview that might have

3    been present, before you met with them. Do you

4    recall them asking you that?

5       A.      Yes, they had asked me. It was, I think

6    they're talking about, and what I'm responding to

7    is in reference to that, as I understand it. They

8    said that there were some clips, video clips of

9    me on my instructional Tai Chi website that had

10   been done and that were done by one of my

11   students. I removed them because I just, I wanted

12   everything I could clean everything I could

13   because I was getting death threats and people

14   around me were afraid of me being killed because

15   of the accusation that I was a cop killer.

16      Q.      You're telling us here today that you

17   removed the interview from the YouTube channel?

18      A.      Yes. It was on, it was on Tai Chi. It

19   had nothing to do with the January 6th.

20      Q.      Why would you remove something about

21   Tai Chi?

22      A.      Because it was helping to identify me

23   and Capitol Hill and, just giving details about

24   me that I wanted, I, I didn't want out there, so

25   I had those under my control and I took them





1  down.

2      Q.    Did you have a student who ran your

3  YouTube channel?

4      A.    Yes.

5      Q.    Who was that?

6      A.    Bettina Staff.

7      Q.    Do you still have a YouTube channel?

8      A.    I'm not sure. I'm, I'm trying, to

9  trying to convert everything into one place in

10 one website. So we're doing that now. I'm not

11 very technical about these things, so I'm not

12 sure if the, if the Tai Chi website is still up

13 or not, but it's going to be pulled into another

14 website.

15     Q.    When the FBI asked about this issue, do

16 you remember telling them that you did not know

17 how that YouTube channel came to be deleted?

18     A.    Well, I, I just, you know, technically

19 speaking, I know, you know, I told, I told Bet to

20 take it down.

21     Q.    Today you're telling us that you

22 directed somebody to take that down?

23     A.    Yes.

24     Q.    You're telling us you were aware at the

25 time that you were, wanted to take it down?





855.667.0077
VETERANREPORTERS.COM

1      Q.    Yes, yes. I think that she had done a,

2  a quick interview with me and I was in my

3  motorcycle jacket, and that's how I was

4  originally identified. So, knowing that thread, I

5  said, we better take that down.

6      Q.    Why did you not want to be identified?

7      A.    Are you kidding?

8      Q.    I'm asking?

9      A.    Well, you know, I've gotten over 30

10 death threats. So I'm just trying to, you know,

11 erase the, the trail if that's how they found me.

12 Well, I don't want to help any other whack job

13 try and find me.

14     Q.    Was there anything else on your YouTube

15 channel or your social media that you deleted

16 besides that?

17     A.    No.

18     Q.    Did you delete any videos that you took

19 on January 6th, 2021?

20     A.    I don't, I never posted any videos, but

21 I never deleted them from my phone and the FBI

22 had, you know, all that I had.

23     Q.    After January 6th, 2021, you still

24 considered to see patients in your office in

25 Washington, DC?





VETERAN
REPORTERS

855.667.0077
VETERANREPORTERS.COM

1    Q.    The YouTube video that you gave

2    testimony about earlier today that you said was

3    destroyed, as best as you can tell us, when was

4    it destroyed?

5    Q.    No, it wasn't. to my knowledge, it has

6    not been destroyed because I'm, I'm not afraid of

7    anything that it shows or says. As I said, just

8    details and giving irresponsible persons more

9    details about my whereabouts.

10    Q.    I'm going to get personal here. You

11    said that it was deleted or taken down that, so

12    you, that's different than destroying it.

13    A.    Yeah, to my knowledge, it was not

14    destroyed. It was simply taken down.

15    Q.    Where is the receipt here today?

16    A.    Ms. Statt would have it.

17    Q.    How do you spell Statt?

18    A.    S-T-A-T-T.

19    Q.    Where is Ms. Statt?

20    A.    She's in Washington, DC.

21    Q.    Can you be more precise?

22    Q.    I don't have her address. I can provide

23    that, that for you. She was a Tai Chi student of

24    mine who could do web stuff.

25    Q.    Like the video still lives on in some





1  type of?

2      A.   To my knowledge, yes. I specifically

3  asked her about that a couple of years ago and

4  she said yes. At that time, it was still around.

5      Q.   **Do you yourself have a YouTube channel?**

6      A.   I think I do. I don't use it, but it's,

7  I want to start using it at some point in time in

8  the near future. But yes, it's, I guess I do,

9  it's a, it's a YouTube channel and it's got Tai

10 Chi stuff on it and chiropractic stuff on it.

11     Q.   **I know that YouTube channels usually**

12 **have a name, right?**

13     A.   Yes.

14     Q.   **What's the name of it?**

15     A.   I don't know, but I think it's either

16 Capitol Hill Tai Chi or Dr. David Walls-Kaufman.

17     Q.   **In relation to this lawsuit that was**

18 **filed in August 21. Did you delete the video**

19 **after you learnt of this lawsuit?**

20     A.   Yes.

21     Q.   **To back up, you did tell the FBI that,**

22 **that video, the YouTube video of your interview**

23 **had been deleted?**

24     A.   Yes. Taken down.

25     Q.   **Told the court that had been deleted?**




Deposition of David Walls-Kaufman, D.C.    February 27, 2025    VR # 15816-3          Page 172

1      A.   I'm sorry?

2      Q.   **You told the sentencing court in US**

3  **District Court, in DC that the video had been**

4  **deleted?**

5      A.   I, I'd have to review my testimony. I

6  don't, I don't remember off the top of my head

7  remarking on it.

8      Q.   **Anything else you deleted in connection**

9  **with this case besides the YouTube video?**

10     Q.   **Not to my knowledge.**

11     Q.   **Let me move on to a different topic. Do**

12  **you currently own any real estate?**

13     A.   No.

14     Q.   **At what point do you own 11 East**

15  **Capitol Street?**

16     A.   Yes.

17     Q.   **According to the land records of the DC**

18  **recorder of these?**

19          **MR. HUNT:**  I'm sorry, Mr. Link,

20  let me, I got to deal with that. Sorry, somebody

21  just rang the doorbell me, let me just blow.

22          **MR. LINK:**  Okay, go.

23          **MR. HUNT:**  Sorry to interrupt, but

24  please continue.

25     Q.   **According to the records of the DC**


