UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIN SMITH, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No. 21-CV-02170 |
| DAVID WALLS-KAUFMAN, et al | * | |
| Defendants | * | |

# STATEMENT OF UNDISPUTED MATERIAL FACTS –

| Plaintiff's Assertions | Defendant's Response |
|---|---|
| 1.   This civil case was filed on August 13, 2021. Ex. 4, ECF #1 | |
| 2.   On August 16, 2021, Defendant David Walls-Kaufman was served with the Summons and Complaint. Ex. 4, ECF #4 | |
| 3.   The Complaint alleges (*inter alia*) that Defendant David Walls-Kaufman was inside the US Capitol on January 6, 2021. Ex. 1, ¶12 | |
| 4.   The Complaint alleges that David Walls-Kaufman was donning a maroon and white jacket inside the US Capitol on January 6, 2021. Ex. 1, ¶ 12; Ex 1, Attachment A, p. 3. | |
| 5. The Complaint attaches <u>images</u> of David Walls-Kaufman inside the US Capitol on January 6, 2021 wearing the maroon and white jacket. Ex. 1, Attachment A. | |

1

| | |
|---|---|
| 6.   The Complaint alleges that David Walls-Kaufman is depicted in an internet interview wearing the same maroon and white jacket after January 6, 2021.<br>Ex. 1, ¶ 12. | |
| 7.   The Complaint attached a "screen grab" of the internet interview.<br>Ex. 1 (Ex. A, p 2 of 8) | |
| 8.   The internet interview referenced in the Complaint was entitled "Dr. David Walls-Kaufman, DC – An Interview at The Plaza."<br>Ex, 1 (Ex. A, p 2 of 8). | |
| 9.   In the internet interview, Defendant Walls-Kaufman was wearing the same maroon and white motorcycle jacket in the online video as he wore while he was inside the Capitol.<br>Ex. 3, p. 126. | |
| 10.   The interview was actually posted on the Defendant's personal YouTube site.<br>Ex. 3, p. 171. | |
| 11.   After the Defendant was served with the lawsuit, he destroyed the internet interview.<br>Ex. 2, Answers #23 & 24;<br>Ex. 3, pp. 124-125. | |
| 12.   Defendant admits that he destroyed the video (or had it destroyed) because of his alleged concerns for his personal safety.<br>Ex. 2, Answesrs #23 & 24.<br>Ex. 3, 125-126. | |

2

   <u>/s/ *David P. Weber*</u>
David P. Weber, #468260
GOODWIN WEBER PLLC
11115 Lake View Ln, #1698
Berlin, MD 21811(301) 850-7600
<u>David.weber@goodwinweberlaw.com</u>
<u>richard.link@goodwinweberlaw.com</u>
Counsel for Plaintiffs