UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIN SMITH, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No. 21-CV-02170 |
| DAVID WALLS-KAUFMAN, et al | * | |
| Defendants | * | |

## Exhibits

1. Statement of Facts
2. Judgment of Conviction.
3. Docket Sheet.
4. Presidential Pardon.