# Exhibit 3

1:22-cr-00216-JMC All Defendants USA v. WALLS-KAUFMAN
Date filed: 06/16/2022
Date of last filing: 06/21/2023

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | *Filed:* *Entered:* | 06/07/2022 06/09/2022 | Complaint (Sealed) |
| 3 | *Filed:* *Entered:* *Terminated:* | 06/07/2022 06/09/2022 06/07/2022 | Motion to Seal Case |
| 4 | *Filed:* *Entered:* | 06/07/2022 06/09/2022 | Order on Motion to Seal Case |
|  | *Filed:* *Entered:* | 06/08/2022 06/09/2022 | Arrest - Other District |
|  | *Filed:* *Entered:* | 06/08/2022 06/09/2022 | Case Unsealed |
| 5 | *Filed:* *Entered:* | 06/08/2022 06/09/2022 | Arrest Warrant Returned Executed |
|  | *Filed:* *Entered:* *Terminated:* | 06/09/2022 06/12/2022 06/09/2022 | Motion to Unseal Case |
|  | *Filed:* *Entered:* *Terminated:* | 06/09/2022 06/12/2022 06/09/2022 | Motion to Appoint Counsel |
|  | *Filed:* *Entered:* *Terminated:* | 06/09/2022 06/12/2022 06/09/2022 | Motion for Speedy Trial |
|  | *Filed:* *Entered:* | 06/09/2022 06/12/2022 | Order on Motion to Unseal Case |
|  | *Filed:* *Entered:* | 06/09/2022 06/12/2022 | Order |
| 7 | *Filed:* *Entered:* | 06/09/2022 06/12/2022 | Order Setting Conditions of Release |
|  | *Filed & Entered:* | 06/16/2022 | Order |
|  | *Filed:* *Entered:* | 06/16/2022 06/21/2022 | Set/Reset Hearings |
| 8 | *Filed & Entered:* | 06/16/2022 | Information |
| 10 | *Filed & Entered:* | 06/27/2022 | Notice of Attorney Appearance - Defendant |
|  | *Filed & Entered:* | 06/28/2022 | Terminate Deadlines and Hearings |
|  | *Filed & Entered:* | 06/30/2022 | Notice of Hearing |
|  | *Filed & Entered:* | 07/07/2022 | Arraignment |
| 12 | *Filed & Entered:* | 07/07/2022 | Motion for Protective Order |

|    | Terminated: | 07/08/2022 |                                                          |
|----|-------------|------------|----------------------------------------------------------|
| 13 | Filed & Entered: Terminated: | 07/07/2022 07/08/2022 | Motion for Disclosure |
| 14 | Filed & Entered: | 07/08/2022 | Order on Motion for Protective Order |
| 15 | Filed & Entered: | 07/08/2022 | Order on Motion for Disclosure |
| 16 | Filed & Entered: | 07/18/2022 | Notice (Other) |
| 17 | Filed & Entered: | 08/15/2022 | Notice of Attorney Appearance - Defendant |
|    | Filed & Entered: | 08/16/2022 | Status Conference |
|    | Filed & Entered: | 10/18/2022 | Status Conference |
|    | Filed & Entered: | 12/16/2022 | Order on Motion to Continue |
| 21 | Filed & Entered: Terminated: | 12/16/2022 12/16/2022 | Motion to Continue |
|    | Filed & Entered: | 01/19/2023 | Plea Agreement Hearing |
| 23 | Filed & Entered: | 01/19/2023 | Plea Agreement |
| 24 | Filed & Entered: | 01/19/2023 | Statement of Offense |
| 25 | Filed & Entered: | 01/19/2023 | Waiver of Trial by Jury |
|    | Filed & Entered: | 02/03/2023 | Notice of Hearing |
| 28 | Filed & Entered: | 04/20/2023 | Sentencing Memorandum |
| 29 | Filed & Entered: | 04/20/2023 | Sentencing Memorandum |
|    | Filed & Entered: | 05/04/2023 | Order |
|    | Filed: Entered: | 05/05/2023 05/09/2023 | Sentencing |
| 33 | Filed & Entered: | 05/05/2023 | Letter |
|    | Filed & Entered: | 05/17/2023 | Order |
|    | Filed & Entered: | 05/18/2023 | Order |
|    | Filed: Entered: | 06/13/2023 06/15/2023 | Sentencing |
| 35 | Filed & Entered: | 06/13/2023 | Notice of Filing Trial Exhibits Introduced Into Evidence |
| 36 | Filed: Entered: | 06/21/2023 06/26/2023 | Judgment |
| 37 | Filed: Entered: | 06/21/2023 06/26/2023 | Statement of Reasons |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/08/2025 08:38:30 | | | |
| PACER Login: | richardlink | Client Code: | |
| Description: | History/Documents | Search Criteria: | 1:22-cr-00216-JMC |
| Billable Pages: | 2 | Cost: | 0.20 |