

**PFC**
**ASSOCIATES LLC**
Police & Fire Clinic

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
*Page 1*
*Lab Report*

**Jeffrey L Smith**
Male  DOB: 04/15/1985      Cell:

Home: (847) 772-0507

**04/03/2019 - Lab Report: LIPID PANEL, STANDARD, COMPREHENSIVE METABOLIC PANEL, URINAL ...**
**Provider: Tony Lawrence MD**
**Location of Care: MPD MEDICAL**

```
Patient: JEFFREY L SMITH
ID: QuestPHP 17561
Note: All result statuses are Final unless otherwise noted.

Tests: (1) LIPID PANEL, STANDARD (7600)
  CHOLESTEROL, TOTAL   [H]  208 mg/dL            <200        *1
  HDL CHOLESTEROL           74 mg/dL            >40
  TRIGLYCERIDES             93 mg/dL            <150
  LDL-CHOLESTEROL      [H]  115 mg/dL (calc)
    Reference range: <100

    Desirable range <100 mg/dL for primary prevention;
    <70 mg/dL for patients with CHD or diabetic patients
    with > or = 2 CHD risk factors.

    LDL-C is now calculated using the Martin-Hopkins
    calculation, which is a validated novel method providing
    better accuracy than the Friedewald equation in the
    estimation of LDL-C.
    Martin SS et al. JAMA. 2013;310(19): 2061-2068
    (http://education.QuestDiagnostics.com/faq/FAQ164)
  CHOL/HDLC RATIO           2.8 (calc)          <5.0
! NON HDL CHOLESTEROL  [H]  134 mg/dL (calc)    <130
    For patients with diabetes plus 1 major ASCVD risk
    factor, treating to a non-HDL-C goal of <100 mg/dL
    (LDL-C of <70 mg/dL) is considered a therapeutic
    option.

Tests: (2) COMPREHENSIVE METABOLIC PANEL (10231)
  GLUCOSE              [H]  108 mg/dL            65-99       *2

            Fasting reference interval

    For someone without known diabetes, a glucose value
    between 100 and 125 mg/dL is consistent with
    prediabetes and should be confirmed with a
    follow-up test.

  UREA NITROGEN (BUN)       16 mg/dL            7-25
  CREATININE                1.07 mg/dL          0.60-1.35
  eGFR NON-AFR. AMERICAN
                            91 mL/min/1.73m2    > OR = 60
  eGFR AFRICAN AMERICAN
                            105 mL/min/1.73m2   > OR = 60
  BUN/CREATININE RATIO      NOT APPLICABLE (calc)  6-22
  SODIUM                    142 mmol/L          135-146
```



**P****FC** LLC
**ASSOCIATES**
Police & Fire Clinic

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

February 16, 2021
Page 2
Lab Report

**Jeffrey L Smith**
Male  DOB: 04/15/1985        Cell:

Home: (847) 772-0507

```
POTASSIUM                    5.3 mmol/L              3.5-5.3
CHLORIDE                     104 mmol/L              98-110
CARBON DIOXIDE               30 mmol/L               20-32
CALCIUM                      10.1 mg/dL              8.6-10.3
PROTEIN, TOTAL               7.4 g/dL                6.1-8.1
ALBUMIN                      5.0 g/dL                3.6-5.1
GLOBULIN                     2.4 g/dL (calc)         1.9-3.7
ALBUMIN/GLOBULIN RATIO
                             2.1 (calc)              1.0-2.5
BILIRUBIN, TOTAL             0.6 mg/dL               0.2-1.2
ALKALINE PHOSPHATASE         64 U/L                  40-115
AST                          15 U/L                  10-40
ALT                          16 U/L                  9-46
```

Tests: (3) URINALYSIS, COMPLETE (5463)

```
COLOR                        YELLOW                  YELLOW          *3
APPEARANCE                   CLEAR                   CLEAR
SPECIFIC GRAVITY             1.007                   1.001-1.035
PH                           5.5                     5.0-8.0
GLUCOSE                      NEGATIVE                NEGATIVE
BILIRUBIN                    NEGATIVE                NEGATIVE
KETONES                      NEGATIVE                NEGATIVE
OCCULT BLOOD                 NEGATIVE                NEGATIVE
PROTEIN                      NEGATIVE                NEGATIVE
NITRITE                      NEGATIVE                NEGATIVE
LEUKOCYTE ESTERASE           NEGATIVE                NEGATIVE
WBC                          NONE SEEN /HPF          < OR = 5
RBC                          NONE SEEN /HPF          < OR = 2
SQUAMOUS EPITHELIAL CELLS
                             NONE SEEN /HPF          < OR = 5
BACTERIA                     NONE SEEN /HPF          NONE SEEN
HYALINE CAST                 NONE SEEN /LPF          NONE SEEN
```

Tests: (4) CBC (INCLUDES DIFF/PLT) (6399)
WHITE BLOOD CELL COUNT

```
                             9.0 Thousand/uL        3.8-10.8        *4
RED BLOOD CELL COUNT         5.17 Million/uL         4.20-5.80
HEMOGLOBIN                   15.0 g/dL               13.2-17.1
HEMATOCRIT                   43.7 %                  38.5-50.0
MCV                          84.5 fL                 80.0-100.0
MCH                          29.0 pg                 27.0-33.0
MCHC                         34.3 g/dL               32.0-36.0
RDW                          12.1 %                  11.0-15.0
PLATELET COUNT               298 Thousand/uL         140-400
MPV                          10.0 fL                 7.5-12.5
ABSOLUTE NEUTROPHILS         6813 cells/uL           1500-7800
ABSOLUTE LYMPHOCYTES         1638 cells/uL           850-3900
ABSOLUTE MONOCYTES           423 cells/uL            200-950
ABSOLUTE EOSINOPHILS         90 cells/uL             15-500
ABSOLUTE BASOPHILS           36 cells/uL             0-200
NEUTROPHILS                  75.7 %
LYMPHOCYTES                  18.2 %
```



**PFC**
**ASSOCIATES** LLC
Police & Fire Clinic

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
*Page 3*
*Lab Report*

**Jeffrey L Smith**
Male  DOB: 04/15/1985        Cell:

Home: (847) 772-0507

```
MONOCYTES            4.7 %
EOSINOPHILS          1.0 %
BASOPHILS            0.4 %
```

Note: An exclamation mark (!) indicates a result that was not dispersed into the flowsheet.
Document Creation Date: 04/04/2019 6:54 AM

(1) Order result status: Final
Collection or observation date-time: 04/03/2019 15:29:00
Requested date-time:
Receipt date-time: 04/04/2019 02:55:00
Reported date-time: 04/04/2019 06:42:00
Referring Physician:
Ordering Physician: TONY LAWRENCE MD (tlawrence)
Specimen Source:
Source: QuestPHP
Filler Order Number: BA969330G
Lab site: QBA Quest Diagnostics-Baltimore 1901 Sulphur Spring Rd Baltimore MD 21227-2943 Edgar Khalluf
Producer ID *1:QBA

(2) Order result status: Final
Collection or observation date-time: 04/03/2019 15:29:00
Requested date-time:
Receipt date-time: 04/04/2019 02:55:00
Reported date-time: 04/04/2019 06:42:00
Referring Physician:
Ordering Physician: TONY LAWRENCE MD (tlawrence)
Specimen Source:
Source: QuestPHP
Filler Order Number: BA969330G
Lab site: QBA Quest Diagnostics-Baltimore 1901 Sulphur Spring Rd Baltimore MD 21227-2943 Edgar Khalluf
Producer ID *2:QBA

(3) Order result status: Final
Collection or observation date-time: 04/03/2019 15:29:00
Requested date-time:
Receipt date-time: 04/04/2019 02:55:00
Reported date-time: 04/04/2019 06:42:00
Referring Physician:
Ordering Physician: TONY LAWRENCE MD (tlawrence)
Specimen Source:
Source: QuestPHP
Filler Order Number: BA969330G
Lab site: QBA Quest Diagnostics-Baltimore 1901 Sulphur Spring Rd Baltimore MD 21227-2943 Edgar Khalluf
Producer ID *3:QBA

(4) Order result status: Final



**PFC** ASSOCIATES LLC
Police & Fire Clinic

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
Page 4
Lab Report

**Jeffrey L Smith**
Male  DOB: 04/15/1985        Cell:

Home: (847) 772-0507

```
Collection or observation date-time: 04/03/2019 15:29:00
Requested date-time:
Receipt date-time: 04/04/2019 02:55:00
Reported date-time: 04/04/2019 06:42:00
Referring Physician:
Ordering Physician: TONY LAWRENCE MD (tlawrence)
Specimen Source:
Source: QuestPHP
Filler Order Number: BA969330G
Lab site: QBA Quest Diagnostics-Baltimore 1901 Sulphur Spring Rd Baltimore MD
21227-2943 Edgar Khalluf
Producer ID *4:QBA


-----------------

The following lab values were dispersed to the flowsheet
with no units conversion:

  LDL-CHOLESTEROL, 115 MG/DL (CALC), (F)  expected units: mg/dL
  GLOBULIN, 2.4 G/DL (CALC), (F)  expected units: g/dL
  WHITE BLOOD CELL COUNT, 9.0 THOUSAND/UL, (F)  expected units: 10*3/mm3
  RED BLOOD CELL COUNT, 5.17 MILLION/UL, (F)  expected units: 10*6/mm3
  PLATELET COUNT, 298 THOUSAND/UL, (F)  expected units: 10*3/mm3
  ABSOLUTE NEUTROPHILS, 6813 CELLS/UL, (F)  expected units: K/uL
  ABSOLUTE LYMPHOCYTES, 1638 CELLS/UL, (F)  expected units: K/uL
  ABSOLUTE MONOCYTES, 423 CELLS/UL, (F)  expected units: K/uL
  ABSOLUTE EOSINOPHILS, 90 CELLS/UL, (F)  expected units: K/uL
  ABSOLUTE BASOPHILS, 36 CELLS/UL, (F)  expected units: K/uL


-----------------

The following non-numeric lab results were dispersed to
the flowsheet even though numeric results were expected:

  BUN/CREATININE RATIO, NOT APPLICABLE
  WBC, NONE SEEN
  SQUAMOUS EPITHELIAL CELLS, NONE SEEN
  BACTERIA, NONE SEEN
```

**Electronically signed by Taisha Williams MD on 04/04/2019 at 8:11 AM**



**PFC** LLC
Police & Fire Clinic

920 Varnum Street NE  Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

February 16, 2021
Page 1
Lab Report

**Jeffrey L Smith**
Male  DOB: 04/15/1985      Cell:

Home: (847) 772-0507

**05/03/2017 - Lab Report: URINALYSIS,COMPLETE, CBC (INCLUDES DIFF-PLT), Comprehensive ...**
**Provider: Emmanuel K Arhin PA-C**
**Location of Care: MPD MEDICAL**

Patient: JEFFREY SMITH
Note: All result statuses are Final unless otherwise noted.

Tests: (1) URINALYSIS,COMPLETE (5463X)

| | | |
|---|---|---|
| COLOR | YELLOW | "Range Below..." *1 |
|   RANGE:  YELLOW,STRAW OR AMBER | | |
| APPEARANCE | CLEAR | CLEAR |
| SPECIFIC GRAVITY | 1.006 | 1.001-1.035 |
| PH | 6.5 | 5.0-8.0 |
| PROTEIN | NEG. | NEG. |
| GLUCOSE | NEG. | NEG. |
| KETONES | NEG. | NEG. |
| BILIRUBIN | NEG. | NEG. |
| OCCULT BLOOD | NEG. | NEG. |
| LEUKOCYTE ESTERASE | NEG. | NEG. |
| NITRITE | NEG. | NEG. |
| WBC | NONE SEEN | 0-5 |
| RBC | NONE SEEN | 0-2 |
| SQUAMOUS EPITHELIAL CELLS | | |
| | NONE SEEN | 0-5 |
| HYALINE CASTS | NONE SEEN | NONE SEEN |
| BACTERIA | NONE SEEN | NONE SEEN |
| ! AMORPHOUS SEDIMENT | * | |
| ! CRYSTALS | * | |
| ! CASTS | * | |
| ! NOTE | See Note | |

    This urine was analyzed for the presence of WBC, RBC, bacteria,
    casts, and other formed elements. Only those elements seen were
    reported.

Tests: (2) CBC (INCLUDES DIFF-PLT) (6399X)

| | | | |
|---|---|---|---|
| WHITE BLOOD CELL COUNT | | | |
| | 6.9 Thousand/uL | 3.8-10.8 | *2 |
| RED BLOOD CELL COUNT | 5.24 Million/uL | 4.20-5.80 | |
| HEMOGLOBIN | 14.8 g/dL | 13.2-17.1 | |
| HEMATOCRIT | 44.8 % | 38.5-50.0 | |
| MCV | 86 fL | 80-100 | |
| MCH | 28.2 pg | 27-33 | |
| MCHC | 33.0 g/dL | 32-36 | |
| PLATELET COUNT | 273 Thousand/uL | 140-400 | |
| RDW | 12.8 % | 11.0-15.0 | |
| MPV | 9.0 fL | 7.5-12.5 | |
| ABSOLUTE NEUTROPHILS | 4782 cells/uL | 1500-7800 | |
| ABSOLUTE LYMPHOCYTES | 1697 cells/uL | 850-3900 | |
| ABSOLUTE MONOCYTES | 304 cells/uL | 200-950 | |
| ABSOLUTE EOSINOPHILS | 97 cells/uL | 15-500 | |
| ABSOLUTE BASOPHILS | 21 cells/uL | 0-200 | |



**PFC** LLC
Police & Fire Clinic

920 Varnum Street NE  Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
*Page 2*
*Lab Report*

**Jeffrey L Smith**                                                          Home: (847) 772-0507
Male  DOB: 04/15/1985      Cell:

```
NEUTROPHILS              69.3 %
LYMPHOCYTES              24.6 %
REACTIVE LYMPHOCYTES     0.0 %
MONOCYTES                4.4 %
EOSINOPHILS              1.4 %
BASOPHILS                0.3 %
COMMENT                  *
```

Tests: (3) Comprehensive Metabolic Panel (10231X)
```
SODIUM                   143 mmol/L         135-146        *3
POTASSIUM                5.1 mmol/L         3.5-5.3
CHLORIDE                 104 mmol/L         98-110
CARBON DIOXIDE           29 mmol/L          20-31
GLUCOSE          [H]     107 MG/DL          65-99
UREA NITROGEN            17 MG/DL           7-25
CREATININE               0.96 mg/dL         0.60-1.35
BUN/CREATININE RATIO     N/A                6-22
   Bun/Creatinine ratio is not reported when the BUN
   and creatinine values are within normal limits.
CALCIUM                  10.0 MG/DL         8.6-10.3
PROTEIN, TOTAL           7.6 G/DL           6.1-8.1
ALBUMIN                  5.0 G/DL           3.6-5.1
GLOBULIN, CALCULATED     2.6 G/DL           1.9-3.7
A/G RATIO                1.9                1.0-2.5
BILIRUBIN, TOTAL         0.4 MG/DL          0.2-1.2
AST                      16 U/L             10-40
ALT                      16 U/L             9-46
ALKALINE PHOSPHATASE     71 U/L             40-115
   Fasting reference interval
   For someone without known diabetes, a glucose value
   between 100 and 125 mg/dL is consistent with
   prediabetes and should be confirmed with a
   follow-up test.
NON-AFRICAN AMERICAN eGFR
                         104 mL/min/1.73m2  > OR = 60
AFRICAN AMERICAN eGFR
                         121 mL/min/1.73m2  > OR = 60
```

Tests: (4) LIPID PANEL (7600X)
```
CHOLESTEROL      [H]     205 mg/dL          125-200        *4
TRIGLYCERIDES            127 mg/dL          <150
   Fasting reference interval
   For someone without known diabetes, a glucose value
   between 100 and 125 mg/dL is consistent with
   prediabetes and should be confirmed with a
   follow-up test.
HDL CHOLESTEROL          76 mg/dL           > or = 40
LDL CHOLESTEROL, CALCULATED
                         104 mg/dL          <130
   Desirable range <100 mg/dL for patients with CHD or
   diabetes and < 70 mg/dL for diabetic patients with
   known heart disease.
```



**PFC** ASSOCIATES LLC
Police & Fire Clinic

920 Varnum Street NE  Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
*Page 3*
*Lab Report*

**Jeffrey L Smith**
Male  DOB: 04/15/1985        Cell:

Home: (847) 772-0507

CHOLESTEROL/HDL RATIO
                          2.7 (calc)                    0.0-5.0
! NON-HDL CHOLESTEROL      129 mg/dL
      Target for non-HDL cholesterol is 30 mg/dL higher than
      LDL cholesterol target.

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 05/04/2017 10:00 AM

_____

(1) Order result status: Final
Collection or observation date-time: 05/03/2017 16:18:00
Requested date-time:
Receipt date-time:
Reported date-time: 05/04/2017 09:49:00
Referring Physician:
Ordering Physician: EMMANUEL ARHIN PA-C (earhin)
Specimen Source:
Source: LAB
Filler Order Number: QB7022084
Lab site: QBA Quest Diagnostics Incorporated 1901 Sulphur Spring Rd Baltimore
MD 21227 Edgar G. Khalluf, M.D.
Producer ID *1:QBA

(2) Order result status: Final
Collection or observation date-time: 05/03/2017 16:18:00
Requested date-time:
Receipt date-time:
Reported date-time: 05/04/2017 09:49:00
Referring Physician:
Ordering Physician: EMMANUEL ARHIN PA-C (earhin)
Specimen Source:
Source: LAB
Filler Order Number: QB7022084
Lab site: QBA Quest Diagnostics Incorporated 1901 Sulphur Spring Rd Baltimore
MD 21227 Edgar G. Khalluf, M.D.
Producer ID *2:QBA

(3) Order result status: Final
Collection or observation date-time: 05/03/2017 16:18:00
Requested date-time:
Receipt date-time:
Reported date-time: 05/04/2017 09:49:00
Referring Physician:
Ordering Physician: EMMANUEL ARHIN PA-C (earhin)
Specimen Source:
Source: LAB
Filler Order Number: QB7022084
Lab site: QBA Quest Diagnostics Incorporated 1901 Sulphur Spring Rd Baltimore
MD 21227 Edgar G. Khalluf, M.D.
Producer ID *3:QBA



**PFC** ASSOCIATES LLC
Police & Fire Clinic

920 Varnum Street NE  Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

February 16, 2021
Page 4
Lab Report

**Jeffrey L Smith**                                      Home: (847) 772-0507
Male  DOB: 04/15/1985        Cell:

```
(4) Order result status: Final
Collection or observation date-time: 05/03/2017 16:18:00
Requested date-time:
Receipt date-time:
Reported date-time: 05/04/2017 09:49:00
Referring Physician:
Ordering Physician: EMMANUEL ARHIN PA-C (earhin)
Specimen Source:
Source: LAB
Filler Order Number: QB7022084
Lab site: QBA Quest Diagnostics Incorporated 1901 Sulphur Spring Rd Baltimore
MD 21227 Edgar G. Khalluf, M.D.
Producer ID *4:QBA


-----------------

The following lab values were dispersed to the flowsheet
with no units conversion:

  WHITE BLOOD CELL COUNT, 6.9 THOUSAND/UL, (F)  expected units: 10*3/mm3
  RED BLOOD CELL COUNT, 5.24 MILLION/UL, (F)  expected units: 10*6/mm3
  PLATELET COUNT, 273 THOUSAND/UL, (F)  expected units: 10*3/mm3
  ABSOLUTE NEUTROPHILS, 4782 CELLS/UL, (F)  expected units: K/uL
  ABSOLUTE LYMPHOCYTES, 1697 CELLS/UL, (F)  expected units: K/uL
  ABSOLUTE MONOCYTES, 304 CELLS/UL, (F)  expected units: K/uL
  ABSOLUTE EOSINOPHILS, 97 CELLS/UL, (F)  expected units: K/uL
  ABSOLUTE BASOPHILS, 21 CELLS/UL, (F)  expected units: K/uL

-----------------

The following non-numeric lab results were dispersed to
the flowsheet even though numeric results were expected:

  WBC, NONE SEEN
  SQUAMOUS EPITHELIAL CELLS, NONE SEEN
  BACTERIA, NONE SEEN
  BUN/CREATININE RATIO, N/A

-----------------

The following results were not dispersed to the flowsheet:

  AMORPHOUS SEDIMENT, *, (F)
  CRYSTALS, *, (F)
  CASTS, *, (F)
  NOTE, See Note, (F)
  NON-HDL CHOLESTEROL, 129 mg/dL, (F)
```

**Electronically signed by Emmanuel K Arhin PA-C on 05/04/2017 at 1:37 PM**


**PFC** LLC
Police & Fire Clinic

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

February 16, 2021
Page 5
Lab Report

**Jeffrey L Smith**
Male  DOB: 04/15/1985          Cell:

Home: (847) 772-0507



**PFC** LLC
Police & Fire Clinic

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
Page 1
Lab Report

**Jeffrey L Smith**
Male  DOB: 04/15/1985        Cell:

Home: (847) 772-0507

**06/19/2015 - Lab Report: URINALYSIS,COMPLETE, CBC (INCLUDES DIFF-PLT), Comprehensive ...**
**Provider: Taisha Williams MD**
**Location of Care: MPD MEDICAL**

Patient: JEFFREY SMITH
Note: All result statuses are Final unless otherwise noted.

Tests: (1) URINALYSIS,COMPLETE (5463X)

| COLOR | YELLOW | "Range Below..." *1 |
|---|---|---|
| RANGE:   YELLOW,STRAW OR AMBER | | |
| CLARITY | CLEAR | CLEAR |
| SPECIFIC GRAVITY | 1.008 | 1.001-1.035 |
| PH | 7.0 | 5.0-8.0 |
| PROTEIN | NEG. | NEG. |
| GLUCOSE, QUAL | NEG. | NEG. |
| KETONES | NEG. | NEG. |
| BILIRUBIN | NEG. | NEG. |
| BLOOD | NEG. | NEG. |
| LEUKOCYTE ESTERASE | NEG. | NEG. |
| NITRITE | NEG. | NEG. |
| WBC | NONE SEEN | 0-5 |
| RBC | NONE SEEN | 0-2 |
| SQUAMOUS EPITHELIAL | NONE SEEN | 0-5 |
| HYALINE CASTS | NONE SEEN | NONE SEEN |
| BACTERIA | NONE SEEN | NONE SEEN |

Tests: (2) CBC (INCLUDES DIFF-PLT) (6399X)

| WHITE BLOOD CELL COUNT | | | |
|---|---|---|---|
| | 6.7 Thousand/uL | 3.8-10.8 | *2 |
| RED BLOOD CELL COUNT | 5.15 Million/uL | 4.20-5.80 | |
| HEMOGLOBIN | 15.2 g/dL | 13.2-17.1 | |
| HEMATOCRIT | 45.4 % | 38.5-50.0 | |
| MCV | 88 fL | 80-100 | |
| MCH | 29.5 pg | 27-33 | |
| MCHC | 33.5 g/dL | 32-36 | |
| PLATELET COUNT | 293 Thousand/uL | 140-400 | |
| RDW | 12.3 % | 11.0-15.0 | |
| MPV | 8.2 fL | 7.5-11.5 | |
| ABSOLUTE NEUTROPHILS | 4395 cells/uL | 1500-7800 | |
| ABSOLUTE LYMPHOCYTES | 1889 cells/uL | 850-3900 | |
| ABSOLUTE MONOCYTES | 315 cells/uL | 200-950 | |
| ABSOLUTE EOSINOPHILS | 87 cells/uL | 15-500 | |
| ABSOLUTE BASOPHILS | 13 cells/uL | 0-200 | |
| NEUTROPHILS | 65.6 % | | |
| LYMPHOCYTES | 28.2 % | | |
| REACTIVE LYMPHOCYTES | 0.0 % | | |
| MONOCYTES | 4.7 % | | |
| EOSINOPHILS | 1.3 % | | |
| BASOPHILS | 0.2 % | | |
| COMMENT | * | | |



**PFC** ASSOCIATES LLC
Police & Fire Clinic

920 Varnum Street NE  Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
Page 2
Lab Report

**Jeffrey L Smith**                                    Home: (847) 772-0507
Male  DOB: 04/15/1985        Cell:

```
Tests: (3) Comprehensive Metabolic Panel (10231X)
     SODIUM                   143 mmol/L              135-146        *3
     POTASSIUM                4.7 mmol/L              3.5-5.3
     CHLORIDE                 101 mmol/L              98-110
     CARBON DIOXIDE           27 mmol/L               19-30
     GLUCOSE            [H]   106 MG/DL               65-99
     UREA NITROGEN            13 MG/DL                7-25
     CREATININE               0.88 mg/dL              0.60-1.35
     BUN/CREATININE RATIO     N/A                     6-22
        Bun/Creatinine ratio is not reported when the BUN
        and creatinine values are within normal limits.
     CALCIUM                  9.9 MG/DL               8.6-10.3
     PROTEIN, TOTAL           7.8 G/DL                6.1-8.1
     ALBUMIN                  5.0 G/DL                3.6-5.1
     GLOBULIN, CALCULATED     2.8 G/DL                1.9-3.7
     A/G RATIO                1.8                     1.0-2.5
     BILIRUBIN, TOTAL         0.5 MG/DL               0.2-1.2
     AST                      20 U/L                  10-40
     ALT                      17 U/L                  9-46
     ALKALINE PHOSPHATASE     62 U/L                  40-115
     NON-AFRICAN AMERICAN eGFR
                              115 mL/min/1.73m2       > OR = 60

     AFRICAN AMERICAN eGFR
                              134 mL/min/1.73m2       > OR = 60


Tests: (4) LIPID PANEL (7600X)
     CHOLESTEROL              186 mg/dL               125-200        *4
     TRIGLYCERIDES            106 mg/dL               <150
     HDL CHOLESTEROL          64 mg/dL                > or = 40
     LDL CHOLESTEROL, CALCULATED
                              101 mg/dL               <130
        Desirable range <100 mg/dL for patients with CHD or
        diabetes and < 70 mg/dL for diabetic patients with
        known heart disease.
     CHOLESTEROL/HDL RATIO
                              2.9 (calc)              0.0-5.0
   ! NON-HDL CHOLESTEROL      122 mg/dL
        Target for non-HDL cholesterol is 30 mg/dL higher than
        LDL cholesterol target.

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 06/20/2015 5:00 AM
```

---

```
(1) Order result status: Final
Collection or observation date-time: 06/19/2015 09:51:00
Requested date-time:
Receipt date-time:
Reported date-time: 06/20/2015 04:50:00
Referring Physician:
Ordering Physician: TAISHA WILLIAMS MD (twilliams)
```



**PFC ASSOCIATES LLC**
Police & Fire Clinic

920 Varnum Street NE  Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

February 16, 2021
Page 3
Lab Report

**Jeffrey L Smith**
Male DOB: 04/15/1985          Cell:

Home: (847) 772-0507

Specimen Source:
Source: LAB
Filler Order Number: QB5525568
Lab site: QBA Quest Diagnostics Incorporated 1901 Sulphur Spring Road
Baltimore MD 21227 Edgar G. Khalluf, M.D.
Producer ID *1:QBA  L

(2) Order result status: Final
Collection or observation date-time: 06/19/2015 09:51:00
Requested date-time:
Receipt date-time:
Reported date-time: 06/20/2015 04:50:00
Referring Physician:
Ordering Physician: TAISHA WILLIAMS MD (twilliams)
Specimen Source:
Source: LAB
Filler Order Number: QB5525568
Lab site: QBA Quest Diagnostics Incorporated 1901 Sulphur Spring Road
Baltimore MD 21227 Edgar G. Khalluf, M.D.
Producer ID *2:QBA  L

(3) Order result status: Final
Collection or observation date-time: 06/19/2015 09:51:00
Requested date-time:
Receipt date-time:
Reported date-time: 06/20/2015 04:50:00
Referring Physician:
Ordering Physician: TAISHA WILLIAMS MD (twilliams)
Specimen Source:
Source: LAB
Filler Order Number: QB5525568
Lab site: QBA Quest Diagnostics Incorporated 1901 Sulphur Spring Road
Baltimore MD 21227 Edgar G. Khalluf, M.D.
Producer ID *3:QBA  L

(4) Order result status: Final
Collection or observation date-time: 06/19/2015 09:51:00
Requested date-time:
Receipt date-time:
Reported date-time: 06/20/2015 04:50:00
Referring Physician:
Ordering Physician: TAISHA WILLIAMS MD (twilliams)
Specimen Source:
Source: LAB
Filler Order Number: QB5525568
Lab site: QBA Quest Diagnostics Incorporated 1901 Sulphur Spring Road
Baltimore MD 21227 Edgar G. Khalluf, M.D.
Producer ID *4:QBA  L

-----------------


**PFC** LLC
Police & Fire Clinic

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
*Page 4*
*Lab Report*

**Jeffrey L Smith**
Male  DOB: 04/15/1985         Cell:

Home: (847) 772-0507

```
The following lab values were dispersed to the flowsheet
with no units conversion:

   WHITE BLOOD CELL COUNT, 6.7 THOUSAND/UL, (F)  expected units: 10*3/mm3
   RED BLOOD CELL COUNT, 5.15 MILLION/UL, (F)  expected units: 10*6/mm3
   PLATELET COUNT, 293 THOUSAND/UL, (F)  expected units: 10*3/mm3
   ABSOLUTE NEUTROPHILS, 4395 CELLS/UL, (F)  expected units: K/uL
   ABSOLUTE LYMPHOCYTES, 1889 CELLS/UL, (F)  expected units: K/uL
   ABSOLUTE MONOCYTES, 315 CELLS/UL, (F)  expected units: K/uL
   ABSOLUTE EOSINOPHILS, 87 CELLS/UL, (F)  expected units: K/uL
   ABSOLUTE BASOPHILS, 13 CELLS/UL, (F)  expected units: K/uL


   -----------------


The following non-numeric lab results were dispersed to
the flowsheet even though numeric results were expected:

   WBC, NONE SEEN
   SQUAMOUS EPITHELIAL, NONE SEEN
   BACTERIA, NONE SEEN
   BUN/CREATININE RATIO, N/A
```

**Electronically signed by Taisha Williams MD on 06/22/2015 at 8:44 AM**



Quest Diagnostics, Incorporated

PATIENT INFORMATION
SMITH JEFFREY L

REPORT STATUS Final

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 410 247 9100

DOB: 04/15/1985 Age: 23
GENDER: M

ORDERING PHYSICIAN
DR. LASTRAPES
CLIENT INFORMATION
379687
PFC MPD
920 VARNUM ST NE
WASHINGTON, DC 20017

SPECIMEN INFORMATION
SPECIMEN: OA83112660
REQUISITION: 3796870002878
LAB REF NO:

ID: 361744732

COLLECTED: 05/28/2008    19:36
RECD/VBD: 05/29/2008    03:27
REPORTED: 05/29/2008    14:10

COMMENTS: MPD APPL (847) 772-0507

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| URINALYSIS, COMPLETE | | | | QBA |
| COLOR | YELLOW | | YELLOW, STRAW OR AMBER | |
| CLARITY | CLEAR | | CLEAR | |
| SPECIFIC GRAVITY | 1.020 | | 1.005-1.030 | |
| PH | 5.5 | | 5.0-8.0 | |
| PROTEIN | NEG | | NEG | |
| GLUCOSE, QUAL | NEG | | NEG | |
| KETONES | | 1 | NEG | |
| BILIRUBIN | NEG | | NEG | |
| BLOOD | NEG | | NEG | |
| LEUKOCYTE ESTERASE | NEG | | NEG | |
| NITRITE | NEG | | NEG | |
| WBC | NONE SEEN | | 0-5 | |
| RBC | NONE SEEN | | 0-3 | |
| SQUAMOUS EPITHELIAL | NONE SEEN | | 0-5 | |
| BACTERIA | NONE SEEN | | NONE SEEN | |
| CBC (INCLUDES DIFF/PLT) | | | | QBA |
| WHITE BLOOD CELL COUNT | 7.9 | | 3.8-10.8 THOUS/MCL | |
| RED BLOOD CELL COUNT | 5.05 | | 4.20-5.80 MILL/MCL | |
| HEMOGLOBIN | 15.3 | | 13.2-17.1 G/DL | |
| HEMATOCRIT | 45.1 | | 38.5-50.0 % | |
| MCV | 89 | | 80-100 FL | |
| MCH | 30.3 | | 27-33 PG | |
| MCHC | 33.9 | | 32-36 G/DL | |
| PLATELET COUNT | 253 | | 140-400 THOUS/MCL | |
| RDW | 12.1 | | 11.0-15.0 % | |
| MPV | 8.9 | | 7.5-11.5 FL | |
| ABSOLUTE NEUTROPHILS | 4969 | | 1500-7800 CELLS/MCL | |
| ABSOLUTE LYMPHOCYTES | 2236 | | 850-3900 CELLS/MCL | |
| ABSOLUTE MONOCYTES | 474 | | 200-950 CELLS/MCL | |
| ABSOLUTE EOSINOPHILS | 182 | | 15-550 CELLS/MCL | |
| ABSOLUTE BASOPHILS | 40 | | 0-200 CELLS/MCL | |
| NEUTROPHILS | 62.9 | | | |
| LYMPHOCYTES | 28.3 | | | |
| REACTIVE LYMPHOCYTES | 0.0 | | | |
| MONOCYTES | 6.0 | | | |
| EOSINOPHILS | 2.3 | | | |
| BASOPHILS | 0.5 | | | |
| COMMENT | | | | |

Platelets appear adequate.

SMITH JEFFREY L - OA83112660

Page 1 - Continued on Page 2

Quest Diagnostics Incorporated

QUEST DIAGNOSTICS INCORPORATED

REPORTED: 05/29/2008 14:10
COLLECTED: 05/28/2008 19:36

PATIENT INFORMATION
SMITH, JEFFREY L

DOB: 04/15/1985  Age: 23
GENDER: M
ID: 361744732

REPORT STATUS: Final

ORDERING PHYSICIAN
DR. LASTRAPES

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| | | | | QBA |
| RPR (DX) W-REFL TITER AND CONF. | | | | |
| RPR SCREEN | Non-Reactive | | Non-Reactive | |
| | | | | QBA |
| BASIC METABOLIC PANEL W-O eGFR | | | | |
| SODIUM | 142 | | 135-146 mmol/L | |
| POTASSIUM | 4.7 | | 3.5-5.5 mmol/L | |
| CHLORIDE | 102 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 23 | | 21-33 mEQ/L | |
| GLUCOSE | 92 | | 65-99 MG/DL | |
| UREA NITROGEN | 15 | | 7-25 MG/DL | |
| CREATININE | 1.05 | | 0.50-1.30 MG/DL | |
| BUN/CREATININE RATIO | 14.3 | | 6-22 | |
| CALCIUM | 9.8 | | 8.6-10.4 MG/DL | |
| | | | | QBA |
| HEPATIC FUNCTION PANEL | | | | |
| PROTEIN, TOTAL | 8.0 | | 6.2-8.3 G/DL | |
| ALBUMIN | 5.0 | | 3.6-5.1 G/DL | |
| GLOBULIN, CALCULATED | 3.0 | | 2.1-3.7 G/DL | |
| A/G RATIO | 1.7 | | 1.0-2.1 | |
| BILIRUBIN, TOTAL | 0.7 | | 0.2-1.2 MG/DL | |
| BILIRUBIN, DIRECT | 0.1 | | 0.0-0.2 MG/DL | |
| AST | 18 | | 10-40 U/L | |
| ALT | 15 | | 9-60 U/L | |
| ALKALINE PHOSPHATASE | 72 | | 40-115 U/L | |
| | | | | QBA |
| LIPID PANEL | | | | |
| CHOLESTEROL | 191 | | 125-200 MG/DL | |
| TRIGLYCERIDES | 54 | | <150 MG/DL | |
| HDL CHOLESTEROL | 95 | | >39 MG/DL | |
| LDL CHOLESTEROL, CALCULATED | 88 | | 0-100 MG/DL | |
| CHOLESTEROL/HDL RATIO | 2.0 | | 0.0-5.0 | |

Performing Laboratory Information:

QBA  Quest Diagnostics Incorporated 1901 Sulphur Spring Road Baltimore MD 21227 Laboratory Director: Robert G. Smith, M.D.



# LIFETRACK MEDICAL SYSTEMS
FAX: +1 985 249 2690

## Medical Imaging Department

| | | | | |
|---|---|---|---|---|
| *Patient Name* | : SMITH, JEFFREY L. | | *Modality* | : DX |
| *Patient ID* | : 4732 (2) | | *Body Part* | : CHEST |
| *Date of Birth* | : 19850415 *Sex* : M | *Age* : 33Y11M | *Study Date* | : 2019-04-03 |
| *Referring Physician* | : LAWRENCE, TONY | | *Study Time* | : 07:43:58 |
| *Study Description* | : XR CHEST 2 VIEWS | | | |
| *Institution* | : PFC Associates | | | |

---

### Final Radiologic Findings

History: Physical exam

Technique: PA and lateral chest.

Findings: The lungs are clear,   The heart size is normal.  There is no pneumothorax.  There is no effusion.

Impression:  Unremarkable exam.

Matt Hudkins
_____
RADIOLOGIST

**PFC** LLC
Police & Fire Clinic

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
Page 1
Clinical Lists Update

**Jeffrey L Smith**
Male  DOB: 04/15/1985          Cell:

Home: (847) 772-0507

**06/19/2015 - Clinical Lists Update: Radiology Reports:Chest, PA & lateral**
**Provider: Louis Napoli MD**
**Location of Care: MPD MEDICAL**

**Name:** Jeffrey L Smith
**D.O.B.:** 04/15/1985
**Patient ID:** 17561
Order Date: 06/19/2015
**Provider:** Taisha Williams

**Examination:** CHEST (PA AND LATERAL)

**Findings:** The lungs appear essentially clear.  The heart, great vessels, mediastinum and bony thorax are within normal limits.

**Impression:** Normal study.

Louis Napoli, M.D.
LN:rrr

d: 06/19/2015
t:  06/22/2015

Electronically signed by Rita Randolph on 06/22/2015 at 12:27 PM
Electronically signed by Taisha Williams MD on 06/26/2015 at 1:50 PM
Electronically signed by Louis Napoli MD on 06/26/2015 at 2:47 PM





**P F C**
**ASSOCIATES LLC**
Police & Fire Clinic

920 Varnum Street, NE
Washington, DC 20017-2145
Office: (202) 854-7400
Fax: (202) 854-7827

# PFC HEALTH QUESTIONNAIRE

**DATE:** 1/14/21

**NAME:** Smith, Jeff

**DOB:** 4/15/85

**DEPARTMENT:** MPD

## IN THE LAST (3) DAYS HAVE YOU HAD:

SHORTNESS OF BREATH?................................. YES _____ NO ✗

A COUGH?................................................ YES _____ NO ✗

## OR TWO OR MORE OF THE FOLLOWING:

FEVER?................................................. YES _____ NO ✗

SORE THROAT?.......................................... YES _____ NO ✗

CHILLS?............................................... YES _____ NO ✗

BODY ACHES? (not related to activity) ........... YES _____ NO ✗

NEW LOSS OF TASTE OR SMELL?..................... YES _____ NO ✗

HEADACHE?............................................. YES _____ NO _____

*A joint partnership of Providence Hospital and Washington Hospital Center*
*To provide occupational medicine services for the District of Columbia's public safety officers.*

Revised 11/2/2020-dm

PD Form 42 Rev. 9/2019 *Automated 3/95*

| | | | |
|---|---|---|---|
| ☒ INJURY – ON DUTY<br>☐ INJURY – OFF DUTY<br>☐ ILLNESS – ON DUTY ONLY | **METROPOLITAN POLICE DEPARTMENT**<br>Washington, D.C.<br><br>**INJURY OR ILLNESS REPORT** | TYPE OF REPORT<br>☒ ORIGINAL<br>☐ SUPPLEMENTARY<br>DATE OF ORIG RPT_____ | CCN NO.<br><br>DATE REPORT PREPARED |

**NAME OF MEMBER (Last, First, MI)** Smith, Jeffrey
**RANK** OFC
**CAD** 8739
**BADGE** 4626
**ELEMENT** 2D
**CURRENT ASSIGNMENT** 209

**NATURE OF INJURY / ILLNESS:** (List your injuries-specifying areas on body. In case of illness, list symptoms.)
PAIN TO Head.

**DATE/ TIME OF INJURY/ ILLNESS** 1735 / 1/6/21
**DATE LAST WORKED**

**CAUSE:** (List the known or suspected cause of your injury or illness.)
Hit with flying object in face shield of helmet.

**TOUR / DAYS OFF** Eve Thur/Fri Sat
**SICK LEAVE BALANCE**

**STATEMENT OF FACTS:** (Describe the nature and circumstances of your injury/illness. Describe the area(s) of the body affected. Specify when and how the injury occurred.
and include names and contact information of any witnesses to the injury/illness.)

I was outside of the US capital and people
started throwing things metal objects. around 535pm
Same kind of object hit me in the face shield.
began feeling pain in my neck and face.

**NAME OF DUTY OFFICIAL NOTIFIED** Sgt Nevel
**DATE & TIME** 1/6/21 2100

**WATCH COMMANDER NOTIFIED** (On Duty Injury/Illness Only)
**DATE & TIME**

**SIGNATURE OF MEMBER OR OFFICIAL PREPARING REPORT IF MEMBER IS UNABLE**

| HOSPITAL/URGENT CARE TREATMENT | NAME OF HOSPITAL/ URGENT CARE |
|---|---|
| ☐ Yes   ☐ No | |

WORKING OUTSIDE EMPLOYEMENT AT TIME OF THE INCIDENT
☐ Yes   ☐ No

**SIGNATURE OF COMMANDING OFFICER**     **DATE**

**MEMBER ONLY ◄**

**VOLUNTARY WAIVER FOR NON-POD INJURY/ILLNESS**
☐ I AM NOT REQUESTING A PERFORMANCE OF DUTY DETERMINATION FOR THIS INJURY/
ILLNESS. I ELECT TO USE MY OWN SICK LEAVE FOR ANY TIME OFF.
**SIGNATURE OF MEMBER**

**► MEDICAL SERVICES DIVISION USE ONLY ◄**

| ☐ PERFORMANCE OF DUTY | ☐ NON-POD |
|---|---|
| APPROVED BY | CAD     DATE |

**NOTE:** PD Form 42 shall be submitted to MSD within 24 hours from the occurrence or detection of any on-duty illness or injury. The official's certification of this report shall be completed by the end of the tour. Reports of off-duty injuries shall be certified within 24 hours of the report.



**Corporate Support Bureau
Medical Services Division**

920 Varnum Street NE, Washington, DC 20017   (202) 854-7731 (Office)

**TO:**  Jeffrey L. Smith
Officer
Second District

**THRU:**  Commander
Second District

**FROM:**  Matthew Miranda
Director
Medical Services Division

**EXAMINER:**  Tamicka Smithson
Claims Specialist
Medical Services Division

**DATE:**  January 7, 2021

**SUBJECT:**  Classification of PD 42 Illness/Injury Report
CCN: 21-002-555
Date of Incident: 01/06/2021
Report Date: 01/06/2021
Determination: Performance of Duty (POD)

### Jurisdiction

Pursuant to the Police and Firefighters Retirement and Relief Act, as amended, D.C. Code §5-708.01 et seq., and the Metropolitan Police Department (MPD) General Order PER 100.11, Parts IV & V (April 25, 2008), as amended (April 17, 2008) the Director, Medical Services Division (MSD), has jurisdiction in this matter.

### Determination

Having reviewed the request, records maintained at the MSD, also known as the Police and Fire Clinic (PFC), departmental policies and applicable DC and other pertinent workers compensation laws, the Director, Medical Services Division, has determined the member has reported a compensable injury that arose out of and in the course of his employment. The PD 42 report is thereby accepted and classified as **Performance of Duty (POD).**

The PD 42 report and the record on file at the Police and Fire Clinic (PFC) indicate the member incurred an injury while in the performance of his duty on the date of incident referenced in the subject. The member was assigned to "CDU 23"and deployed to the U.S. Capitol building. The member reported people started throwing metal objects; an object hit him in the face shield of his helmet and he sustained pain to his neck and face. The member presented at the PFC on January 06, 2021 for evaluation and treatment. The PFC medical provider diagnosed the member's injury as "Neck pain, right." The member was placed in a Sick Leave status and remains in that status as of this writing.

Based on the facts reported by the member, medical evidence and DC law, the Director, Medical Services Division, has determined the member has reported a compensable work-related injury or illness pursuant to the Police and Firefighters Retirement and Relief Act. In accordance with the D.C. Code § 5-633, the member shall be entitled to non-chargeable medical leave and administrative pay, for a period of not more than 2 years from the date of the original injury in accordance with rules established by the Mayor, for anytime not worked causally connected with the POD injury or illness.

Received by: _____          Date: _____

Serving Official: _____          Date: _____

cc :    Member's PD 42 file

---

**Officer Jeffrey L. Smith**
**CCN:  21-002-555**

*This Determination, prepared for workers' compensation purposes, may contain confidential and/or privileged information. In accordance with privacy regulations, only the member and/or appropriate and authorized personnel should have access to this document.*

Physical

Smith, Jeffrey L.
KDS

Smith  Jeffrey   4/15/85  DOB          (4732)        DR hawrence

## TRACKING SHEET

| | Bomb Squad | Biennial | Promotional | Pre-5 Yr | Probationary | Annual | Probationary | Promotional | Biennial | Probationary | Biennial |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MPD | | | | FD | | USPP | | USSS |
| Questionnaire | | JC | | | | | | | | | |
| Med Hx | | JC | | | | | | | | | |
| Occ Hx | | JC | | | | | | | | | |
| BP/HR | | JRD | | | | | | | | | |
| Ht | | JRD | | | | | | | | | |
| Wt | | JRD | | | | | | | | | |
| CVS | | JC | | | | | | | | | |
| Lung | | JC | | | | | | | | | |
| MS | | JC | | | | | | | | | |
| EKG[1] | | JRD | | | | | | | | | |
| Audiogram | | JRD | | | | | | | | | |
| Far Visual Acuity | | JRD | | | | | | | | | |
| Peripheral Vision | | JRD | | | | | | | | | |
| Color Vision | | JRD | | | | | | | | | |
| U/A | | DG | | | | | | | | | |
| CBC | | DL | | | | | | | | | |
| Chem Panel (Chem10) | | DC | | | | | | | | | |
| LFTs[2] | | DC | | | | | | | | | |
| Lipid Profile | | DC | | ■ | | | ■ | | | | ■ |
| Urine Drug Screen | | DL | | | | | | | | ■ | |
| CXR[3] | | DRL | | | | | | | | | |
| Stress Test | | ■ | | ■ | | | ■ | | | | ■ |
| Spirometry | | ■ | | ■ | | | ■ | | | | ■ |

1. EKG – Every other year up to 35, then every year at 36 and beyond.
2. CXR – Every 4 years, unless otherwise indicated due to asbestos or other exposure.
3. Member has the right to decline CXR, if so please initial here _____.





920 Varnum Street, NE 1レ
Washington, DC 20017
(202) 269-7400
Fax (202) 269-7827

# TITMUS VISION TEST RECORD

NAME Smith, Jeffrey L                    DATE 4-3-2019

SOCIAL SECURITY NUMBER        4732

DEPARTMENT MPD        AGE_____        ☑ M ☐ F

ASSES ☑ YES ☐ NO     CONTACT LENSES ☐ YES ☐ NO     X_____
                                                    AMOUNT OF TIME

| ST #1 BINOC. VISION | 4 cubes | 2 cubes | 3 cubes | FAR | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | NEAR | | | | | | | |

ST #2 BOTH EYES FAR

**VISUAL ACUITY TESTING**
**TARGET**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 | 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 |
| | | UNCORRECTED | | | | | | | | CORRECTED | | | |

**SINGLE VISION**

ST #3 RIGHT EYE FAR        TARGET

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 | 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 |
| | | UNCORRECTED | | | | | | | | CORRECTED | | | |

T #4 LEFT EYE FAR        TARGET

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 | 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 |
| | | UNCORRECTED | | | | | | | | CORRECTED | | | |

Please turn page over

TEST #2 BOTH EYES NEAR

VISUAL ACUITY TESTING
TARGET

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 | | 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 |
| | | | UNCORRECTED | | | | | | | | CORRECTED | | | |

TEST #3 RIGHT EYE NEAR

VISUAL ACUITY TESTING
TARGET

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 | | 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 |
| | | | UNCORRECTED | | | | | | | | CORRECTED | | | |

TEST #4 LEFT EYE NEAR

VISUAL ACUITY TESTING
TARGET

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 | | 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 |
| | | | UNCORRECTED | | | | | | | | CORRECTED | | | |

| TEST #5 | STEREO | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| | DEPTH | B | L | B | T | T | L | R | L | R |

| TEST #6 | COLOR | A | B | C | D | E | F | 9/9 |
|---|---|---|---|---|---|---|---|---|

| | FAR VISION | | NEAR VISION |
|---|---|---|---|
| TEST #7 | VERTICAL  1  2  3  4  5  6  7 | TEST #7 | VERTICAL  1  2  3  4  5  6  7 |
| TEST #8 | LATERAL | TEST #8 | LATERAL |

| 1 2 3 4 5  6 7 8 9 10  11 12 13 14 15 | 1 2 3 4 5  6 7 8 9 10  11 12 13 14 15 |
|---|---|

| PERIMETER | Right Temporal | 85° | 70° | 55° | Nasal | 45° | Total | 130 |
|---|---|---|---|---|---|---|---|---|
| SCORE | Left Temporal | 85° | 70° | 55° | Nasal | 45° | Total | 130 |
| | | | | | Both Eyes | | Total | 260 |

Test Administrator

*TL*

## POLICE FIRE CLINIC ASSOCIATES
## HEARING TEST NOTIFICATION

Listener: SMITH, JEFFREY     ID: 4732     Birthdate: 4/15/1985     Department: MPD

Test Date: 04/03/2019  2:31 PM

| Test Results | LEFT | | | | | | | | RIGHT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Frequency | .5 | 1k | 15 | 2k | 3k | 4k | 6k | 8k | .5 | 1k | 15 | 2k | 3k | 4k | 6k | 8k |
| Baseline | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |
| Current | 5 | 0 | — | 0 | 0 | 5 | 5 | 5 | 0 | 0 | — | 5 | 5 | 5 | 10 | 5 |
| Change | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — | — |

**Left Ear Hearing**



Solid Line = Current Test Results

**Right Ear Hearing**



Dashed Line = Baseline Test Results

**LEFT**

Your speech-frequency results are very good.

Your high-frequency results are very good.

No previous test so no comparison made.

**RIGHT**

Your speech-frequency results are very good.

Your high-frequency results are very good.

No previous test so no comparison made.

Date: _____

*E.A.*

# PFC
**ASSOCIATES**

920 Varnum Street, NE
Washington, DC 20017
(202) 269-7400
Fax (202) 269-7827

## TITMUS VISION TEST RECORD

NAME _Jeffrey Smith_                    DATE _5|8|17_

SOCIAL SECURITY NUMBER _4730_

DEPARTMENT _mpd_          AGE_____          ☑M ☐F

(GLASSES ☑YES ☐NO)    CONTACT LENSES ☑YES ☐NO    X_____
AMOUNT OF TIME

| TEST #1 BINOC. VISION | 4 cubes | 2 cubes | 3 cubes | FAR |
|---|---|---|---|---|
| | | | | NEAR |

| TEST #2 BOTH EYES FAR | | | VISUAL ACUITY TESTING TARGET | | | |
|---|---|---|---|---|---|---|

| 1 20/200 | 2 20/100 | 3 20/70 | 4 20/50 | 5 20/40 | 6 20/30 | 7 20/20 | 1 20/200 | 2 20/100 | 3 20/70 | 4 20/50 | 5 20/40 | 6 20/30 | 7 20/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | UNCORRECTED | | | | | | | | CORRECTED | | | |

**SINGLE VISION**

| TEST #3 RIGHT EYE FAR | | | | | | | TARGET | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 20/200 | 2 20/100 | 3 20/70 | 4 20/50 | 5 20/40 | 6 20/30 | 7 20/20 | 1 20/200 | 2 20/100 | 3 20/70 | 4 20/50 | 5 20/40 | 6 20/30 | 7 20/20 |
| | | UNCORRECTED | | | | | | | | CORRECTED | | | |

| TEST #4 LEFT EYE FAR | | | | | | | TARGET | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 20/200 | 2 20/100 | 3 20/70 | 4 20/50 | 5 20/40 | 6 20/30 | 7 20/20 | 1 20/200 | 2 20/100 | 3 20/70 | 4 20/50 | 5 20/40 | 6 20/30 | 7 20/20 |
| | | UNCORRECTED | | | | | | | | CORRECTED | | | |

Please turn page over

✓ SNAPA

*A joint partnership of Providence Hospital and Washington Hospital Center
to provide occupational medicine services for the District of Columbia's public safety officers.*

**TEST #2 BOTH EYES NEAR**

**VISUAL ACUITY TESTING TARGET**

| 1 20/200 | 2 20/100 | 3 20/70 | 4 20/50 | 5 20/40 | 6 20/30 | 7 20/20 |   | 1 20/200 | 2 20/100 | 3 20/70 | 4 20/50 | 5 20/40 | 6 20/30 | 7 20/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | UNCORRECTED | | | | | | | | CORRECTED | | | |

**TEST #3 RIGHT EYE NEAR**

**VISUAL ACUITY TESTING TARGET**

| 1 20/200 | 2 20/100 | 3 20/70 | 4 20/50 | 5 20/40 | 6 20/30 | 7 20/20 |   | 1 20/200 | 2 20/100 | 3 20/70 | 4 20/50 | 5 20/40 | 6 20/30 | 7 20/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | UNCORRECTED | | | | | | | | CORRECTED | | | |

**TEST #4 LEFT EYE NEAR**

**VISUAL ACUITY TESTING TARGET**

| 1 20/200 | 2 20/100 | 3 20/70 | 4 20/50 | 5 20/40 | 6 20/30 | 7 20/20 |   | 1 20/200 | 2 20/100 | 3 20/70 | 4 20/50 | 5 20/40 | 6 20/30 | 7 20/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | UNCORRECTED | | | | | | | | CORRECTED | | | |

| TEST #5 | STEREO | 1 B | 2 L | 3 B | 4 T | 5 T | 6 L | 7 R | 8 L | 9 R |
|---|---|---|---|---|---|---|---|---|---|---|
| | DEPTH | | | | | | | | | |

| TEST #6 | COLOR | A 2 | B 5 | C 6 | D 6 | E 1/8 | F 0 | 9/9 |
|---|---|---|---|---|---|---|---|---|

| | FAR VISION | | | | | | | NEAR VISION | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEST #7 | VERTICAL | 1 | 2 | 3 | 4 | 5 | 6 | 7 | TEST #7 | VERTICAL | 1 2 3 4 5 6 7 |
| TEST #8 | LATERAL | | | | | | | | TEST #8 | LATERAL | |

| 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 |
|---|---|

| PERIMETER SCORE | Right Temporal | 85° | 70° | 55° | Nasal | 45° | Total | 130 |
|---|---|---|---|---|---|---|---|---|
| | Left Temporal | 85° | 70° | 55° | Nasal | 45° | Total | 130 |
| | | | | | Both Eyes | | Total | 260 |

_____
Test Administrator



PFC Associates

HEARING TEST NOTIFICATION

Listener: SMITH,JEFFREY ID:4732        Clock:            Birth:04/15/1985
Test date: 05/03/2017 15:42

TEST RESULTS:                LEFT                     RIGHT
  Frequency      .5 1k 15 2k 3k 4k 6k 8k    .5 1k 15 2k 3k 4k 6k 8k
  Current         5 -5 --  0  5 15 10  0    10  0 --  5  5  0 15  5

ANALYSIS OF RIGHT EAR:

ANALYSIS OF LEFT EAR:

Listener signature:_____        Date:_____

Smith, Jeffrey L.
# 4732  DOB: 4/15/85

**TRACKING SHEET**

EA 3304m
5/3/2017

| | Bomb Squad | Biennial | Promotional | Pre-5 year | Probationary | Annual | Probationary | Promotional | Biennial | Probationary | Biennial |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| Questionnaire | | EKARU | | | | | | | | | |
| Med Hx | | EKARU | | | | | | | | | |
| Occ Hx | | NA | | | | | | | | | |
| BP/HR | | RB | | | | | | | | | |
| Ht | | | | | | | | | | | |
| Wt | | | | | | | | | | | |
| CVS | | EKARU | | | | | | | | | |
| Lung | | EKARU | | | | | | | | | |
| MS | | EKARU | | | | | | | | | |
| EKG[1] | | RB | | | | | | | | | |
| Audiogram | | | | | | | | | | | |
| Far Visual Acuity | | | | | | | | | | | |
| Peripheral Vision | | | | | | | | | | | |
| Color Vision | | | | | | | | | | | |
| U/A | | DG/RB | | | | | | | | | |
| CBC | | DG/RB | | | | | | | | | |
| Chem Panel (Chem10) | | DG/RB | | | | | | | | | |
| LFTs[2] | | DG/RB | | | | | | | | | |
| Lipid Profile | | DG/RB | | | | | | | | | |
| Urine Drug Screen | | DG/RB | | | | | | | | | |
| CXR[3] | | 2015 | | | | | | | | | |

1. EKG - Every other year up to 35, then every at 36 and beyond.
2. CXR – Every 4 years unless otherwise indicated due to asbestos or other exposure.
3. Member has right to decline CXR, if so initial here _____

Revised 10/2016



SMITH, JEFFREY
ID:    4732

05/03/2017 15:03:54

Sinus rhythm
ST junctional depression is nonspecific

D.O.B: 04/16/1985    32 YEARS
MALE
Meds:
Class:
Dr:    EA
Tech:    BO

| | | |
|---|---|---|
| Ventr Rate: | 83 | bpm |
| RR Interval: | 722 | ms |
| PR Interval: | 136 | ms |
| QRS Duration: | 98 | ms |
| QT Interval: | 364 | ms |
| QTc Interval: | 404 | ms |
| QT Dispersion: | 14 | ms |

P-R-T AXIS:  36°   25°  46°

Borderline ECG

* Unconfirmed Analysis *

Ø Chest ☐
Ø ST As
Benign EKG

Smith, Jeffrey L   # 4732   4/15/85

6/19/15   TW

## TRACKING SHEET

| | Bomb Squad | Biennial | Promotional | Pre-5 year | Probationary | Annual | Probationary | Promotional | Biennial | Probationary | Biennial |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MPD FD | | | | USPP FD | | USPP | | USSS |
| Questionnaire | | TW | | | | | | | | | |
| Med Hx | | TW | | | | | | | | | |
| Occ Hx | | TW | | | | | | | | | |
| BP/HR | | R.B | | | | | | | | | |
| Ht | | R.B | | | | | | | | | |
| Wt | | R.B | | | | | | | | | |
| CVS | | TW | | | | | | | | | |
| Lung | | TW | | | | | | | | | |
| MS | | TW | | | | | | | | | |
| EKG[1] | | R.B | | | | | | | | | |
| Audiogram | | not working | | | | | | | | | |
| Far Visual Acuity | | R.B | | | | | | | | | |
| Peripheral Vision | | R.B | | | | | | | | | |
| Color Vision | | R.B | | | | | | | | | |
| U/A | | R.B | | | | | | | | | |
| CBC | | R.B | | | | | | | | | |
| Chem Panel (Chem10) | | R.B | | | | | | | | | |
| LFTs[2] | | R.B | | | | | | | | | |
| Lipid Profile | | R.B | | | | | | | | | |
| Urine Drug Screen | | R.B | | | | | | | | | |
| CXR[3] | | 4/7 | | | | | | | | | |
| PFT | | | | | | | | | | | |

1.  EKG – Every other year up to 35, then every year at 36 and beyond.
2.  Lipid Profile – Every other year unless otherwise indicated.
3.  CXR – Every 4 years, unless otherwise indicated due to asbestos or other exposure.
4.  PFT (HAZMAT physical) – Initial evaluation or respiratory symptoms or exposed to irritating substance, or annually if asbestos exposed.  Member may decline; If so initial here:

PFC Associates

HEARING TEST NOTIFICATION

Listener: SMITH,JEFFREY L ID:4792      Clock:        Birth:04/12/1985
Test date: 06/26/2015 09:51

| TEST RESULTS: | | | | LEFT | | | | | | | | RIGHT | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Frequency | .5 | 1k | 15 | 2k | 3k | 4k | 6k | 8k | .5 | 1k | 15 | 2k | 3k | 4k | 6k | 8k |
| Current | 10 | 0 | -- | 5 | 5 | 5 | 15 | 0 | 10 | 10 | -- | 0 | 5 | 5 | 5 | 5 |

ANALYSIS OF RIGHT EAR:

ANALYSIS OF LEFT EAR:

Left Ear Hearing

Right Ear Hearing

Listener signature:_____  Date:_____

ID: 4732
Name: SMITH, JEFFREY
DOB: 04/15/1985 (30 yr)

Gender: Male
Race: Caucasian

Date: 05/05/2015 20:32:01 AM
PR: 100/130 ms
QRS: 100 ms
QT/QTc: 350/428 ms
P/QRS/T axis: 43/27/39 deg
Heart rate: 90 bpm

Normal ECG
Unconfirmed Report

P/N 105353

25 mm/s   10 mm/mV   Frequency Response [0.5–35] Hz   Welch Allyn 2.00.02

*T·W*

# PFC
**ASSOCIATES**

920 Varnum Street, NE
Washington, DC 20017
(202) 269-7400
Fax (202) 269-7827

## TITMUS VISION TEST RECORD

NAME _Jeffrey L. Smith_    DATE _06/19/15_

SOCIAL SECURITY NUMBER _4732_

DEPARTMENT _PFC_    AGE _50_    ☑M ☐F

GLASSES ☑YES ☐NO    CONTACT LENSES ☐YES ☑NO    X _____
AMOUNT OF TIME

| TEST #1 BINOC. VISION | 4 cubes | 2 cubes | 3 cubes | FAR | |
|---|---|---|---|---|---|
| | | | | NEAR | |

**TEST #2 BOTH EYES FAR**

VISUAL ACUITY TESTING TARGET

| 1 20/200 | 2 20/100 | 3 20/70 | 4 20/50 | 5 20/40 | 6 20/30 | 7 20/20 | | 1 20/200 | 2 20/100 | 3 20/70 | 4 20/50 | 5 20/40 | 6 20/30 | 7 20/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | UNCORRECTED | | | | | | | | CORRECTED | | | | |

SINGLE VISION

**TEST #3 RIGHT EYE FAR**

| 1 20/200 | 2 20/100 | 3 20/70 | 4 20/50 | 5 20/40 | 6 20/30 | 7 20/20 | TARGET | 1 20/200 | 2 20/100 | 3 20/70 | 4 20/50 | 5 20/40 | 6 20/30 | 7 20/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | UNCORRECTED | | | | | | | | CORRECTED | | | | |

**TEST #4 LEFT EYE FAR**

| 1 20/200 | 2 20/100 | 3 20/70 | 4 20/50 | 5 20/40 | 6 20/30 | 7 20/20 | TARGET | 1 20/200 | 2 20/100 | 3 20/70 | 4 20/50 | 5 20/40 | 6 20/30 | 7 20/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | UNCORRECTED | | | | | | | | CORRECTED | | | | |

Please turn page over

*A joint partnership of Providence Hospital and Washington Hospital Center
to provide occupational medicine services for the District of Columbia's public safety officers.*

**TEST #2 BOTH EYES NEAR**                     VISUAL ACUITY TESTING
                                                      TARGET

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 | | 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 |
| | | UNCORRECTED | | | | | | | | CORRECTED | | | | |

**TEST #3 RIGHT EYE NEAR**                     VISUAL ACUITY TESTING
                                                      TARGET

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 | | 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 |
| | | UNCORRECTED | | | | | | | | CORRECTED | | | | |

**TEST #4 LEFT EYE NEAR**                      VISUAL ACUITY TESTING
                                                      TARGET

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 | | 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 |
| | | UNCORRECTED | | | | | | | | CORRECTED | | | | |

| TEST #5 | STEREO | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| | DEPTH | B | L | B | T | T | L | R | L | R |

| TEST #6 | COLOR | A | B | C | D | E | F | 9/9 |

| FAR VISION | | NEAR VISION |
| TEST #7 | VERTICAL | 1 2 3 4 5 6 7 | TEST #7 | VERTICAL | 1 2 3 4 5 6 7 |
| TEST #8 | LATERAL | | TEST #8 | LATERAL | |
| 2 3 4 5 6 7 8 9 10 11 12 13 14 15 | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 |

| PERIMETER | Right Temporal | 85° | 70° | 55° | Nasal | 45° | Total 130 |
| SCORE | Left Temporal | 85° | 70° | 55° | Nasal | 45° | Total 130 |
| | | | | | Both Eyes | | Total 260 |

R. Burre
Test Administrator

# EXHIBIT N

# Medical Records from the Metropolitan Police Clinic

Progress Notes



# PFC
### ASSOCIATES LLC
Police & Fire Clinic

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

February 16, 2021
Page 1
Office Visit

**Jeffrey L Smith**
Male  DOB: 04/15/1985        Cell:

Home: (847) 772-0507

**01/14/2021 - Office Visit: Rm 8 f/u neck**
**Provider: Pamela Oriaifo**
**Location of Care: MPD MEDICAL**

**CC:**  f/u neck.

**History of Present Illness:**
35 y/o MPD male here for f/u after an injury to his neck on the day of the protest in the Capital. Member states he had twisted his neck when an object hit his fac shield. States feeling well today. denies any headache  or neck pain. No dizziness, fever, chills, canges in vision, N/V or unsteady gait.

## Vital Signs:

Patient Profile:  35 Years Old Male
Height:           67.5 inches
Temp:             97.6 degrees F
Pulse rate:       83 / minute
BP sitting:       141 / 78  (right arm)

Vitals Entered By: Tamra Settles (January 14, 2021 5:21 PM)

## Serial Vital Signs/Assessments:

| Time | Position | BP | Pulse | Resp | Temp | By |
|------|----------|-----|-------|------|------|-----|
| 5:23 PM | | 129/74 | 86 | | | Tamra Settles |

### Review of Systems
See HPI

### General
well developed, well nourished, in no acute distress

## Impression & Recommendations:

**Problem # 1:** Neck pain, right (ICD-723.1) (ICD10-M54.2)
Duty Status
RTFD: 01/15
Discharge instructions discussed. You made ice warm compress to affected area 15-20 minutes 3-4 times for day. Continue to take Morin PRN for pain. RTC for any other concerns

## Vital Signs:


**PFC**
**ASSOCIATES** LLC
Police & Fire Clinic

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
Page 2
Office Visit

**Jeffrey L Smith**
Male  DOB: 04/15/1985        Cell:

Home: (847) 772-0507

Patient Profile:  35 Years Old Male
Height:            67.5 inches
Temp:             97.6 degrees F
Pulse rate:        83 / minute
BP sitting:         141 / 78

## Physical Exam

**General:**
   well developed, well nourished, in no acute distress.
**Head:**
   normocephalic and atraumatic.
**Lungs:**
   clear bilaterally to auscultation.
**Heart:**
   Chest non-tender; regular rate and rhythm, S1, S2 without murmurs, rubs, or gallops
**Msk:**
   Neck:
No redness, no swelling
No paraclevicle tenderness on palpation
Full ROM

**Electronically signed by Pamela Oriaifo on 01/14/2021 at 7:59 PM**
**Electronically signed by Olusola Malomo MD on 01/19/2021 at 3:26 PM**



**P F C**
**A S S O C I A T E S** LLC
Police & Fire Clinic

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
Page 1
Office Visit

**Jeffrey L Smith**
Male  DOB: 04/15/1985          Cell:

Home: (847) 772-0507

**01/06/2021 - Office Visit: rm 8 new injury c/o Neck Pain**
**Provider: JiJi J Ninan**
**Location of Care: MPD MEDICAL**

**CC:** rm 8 new injury c/o Neck Pain.

**History of Present Illness:**
On duty injury as he was controlling the protesters today.
He jarred his neck when an object hit his face shield.  Pain is localized in his RT side of the neck  and is aggravated by neck flexion. No radiating pain or paresthesia to the Rt arm. No head ache. No vision changes or dizziness. No fever or chills. no Nausea or unsteady gait.

## Vital Signs:

Patient Profile:  35 Years Old Male
Height:               67.5 inches
Temp:                 98.0 degrees F
Pulse rate:          89 / minute
BP sitting:           136 / 84

Vitals Entered By: Sigmund Hodges (January  6, 2021 11:41 PM)

## Problems:

**Problems Added:**

1)  Dx of Neck pain, right (ICD10-M54.2) (ICD-723.1)

## Impression & Recommendations:

**Problem # 1:** Neck pain, right (ICD-723.1) (ICD10-M54.2)
Likely neck starin without any radiculo pathy.
MSK pain. No radicular symptoms.
Ibuprofen 600mg PO Q6hrs with food for pain.
 Ice application with a  clothe covered ice pack for 48 hrs and then moist heat.
 Avoid activities which aggravate the pain


 Seek  medical care immediately if you develop sudden loss of sensation in the Rt arm,  or fever or chills
or shortness of breath or any unusual symptoms.
 worsening pain  or incontinence of urine or stool or any weakness of the  arms or leg or fever or chills or
shortness of breath.
SL
RTC on Monday or f/u and DS assessment.



**PFC**
**ASSOCIATES** LLC
Police & Fire Clinic
920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

**Jeffrey L Smith**
Male  DOB: 04/15/1985          Cell:

Home: (847) 772-0507

**Medications Added to Medication List This Visit:**
1) Ibuprofen 600mg .... 1 tab po q6hrs with food for pain.

**Medications Added to Medication List This Visit:**
1) Ibuprofen 600mg .... 1 tab po q6hrs with food for pain.

## Vital Signs:

Patient Profile:  35 Years Old Male
Height:              67.5 inches
Temp:               98.0 degrees F
Pulse rate:        89 / minute
BP sitting:         136 / 84

## Physical Exam

**General:**
   well developed, well nourished, in no acute distress.
**Neck:**
   Limited flexion of the neck
No swelling or echymosis on the neck. No paracervicl tenderness to palpation.
**Lungs:**
   clear bilaterally to auscultation.
**Heart:**
   regular rhythm and normal rate.
**Msk:**
   steady gait.
 Bilateral symmetrical shoulder ROM.
strong hand grip.
**Psych:**
   alert and cooperative; normal mood and affect; normal attention span and concentration.

**Electronically signed by JiJi J Ninan on 01/07/2021 at 1:27 PM**
**Electronically signed by Olusola Malomo MD on 01/11/2021 at 1:41 PM**



920 Varnum Street, NE
Washington, DC 20017-2145
Office: (202) 854-7400
Fax: (202) 854-7827

**P F C ASSOCIATES LLC**
Police & Fire Clinic

## NEW INJURY QUESTIONNAIRE

| PRINT NAME: (LAST, FIRST, MIDDLE INITIAL) | SSN: | SEX: | AGE: | DATE: |
|---|---|---|---|---|
| Smith, Jeffrey, L | / / | M | 35 | 1 6 2021 |

| ☒ INITIAL VISIT | CURRENT DUTY STATUS: | DEPARTMENT: |
|---|---|---|
| ☐ FOLLOW-UP | ☒ FULL  ☐ SICK  ☐ LIMITED | ☒ MPD  ☐ DCFEMS  ☐ EMS |
| Date of Injury: | ☐ ADMINISTRATIVE LEAVE | ☐ USSS  ☐ USPP  ☐ OTHER _____ |
| | Comment: | |

*In order to provide us with the best possible evaluation and care, please complete the following questionnaire:*

1.  What area(s) of your body did you injure?  *neck*

2.  Select from the following list how the injury happened (indicate with an "x" after carefully reading all choices):
   - ☐ Lifting
   - ☐ Fall to Same Level
   - ☐ Fall to Other Level
   - ☐ Blood-borne Pathogen Exposure
   - ☐ Other (details):
   - ☐ Inhaled Dust Fumes or Gases
   - ☐ Inhalation (Smoke, Chemical, etc.)
   - ☐ Contact or exposure to Heat/Fire or Cold Objects
   - ☐ Struck Against (e.g. building)
   - ☒ Assault - Intentional
   - ☐ Animal/Insect Involved
   - ☐ Motor Vehicle Accident

3.  Where did the injury happen? (e.g. at station, during fire, during arrest, etc.):  *CDU*

4.  Did this injury occur at work? ☒ Yes  ☐ No          5. Have you worked since this injury?  ☐ Yes  ☒ No

6.  If yes, what kind of work? _____          7. Last day worked on full duty:  1 6 21

8.  What kind of care have you sought so far? (Including private doctor, etc.) ☒ No treatment ☐ Treatment,
   as follows:_____

9.  Have you had a problem like this before? ☐ Yes  ☒ No          If yes, when? ____/____/____

10. On the graph place a line which indicates your level of pain:  |____/____|
                                                                 0    5    10

11. On the picture of the body, please shade in areas that you experience pain:

12. What medications are you currently taking? (Including dosage, frequency, who prescribed; including over-the-counter medications)
   _____

13. Is this injury pending litigation? ☐ Yes  ☐ No

*I have fully read, understood, and completed the above form. I certify that the information I have provide, / is true and correct to the best of my knowledge and recollection*

_____          *Smith, Jeffrey*
Member's Signature          Member's Printed Name

(version 102799)
9/23/2020-dm



**PFC** LLC
Police & Fire Clinic

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
Page 1
Office Visit

**Jeffrey L Smith**
Male  DOB: 04/15/1985          Cell:

Home: (847) 772-0507

**04/03/2019 - Office Visit:  RM 5  Biennial Physical**
**Provider: Tony Lawrence MD**
**Location of Care: MPD MEDICAL**

**CC:** Biennal .

**History of Present Illness:**
This member is here for his biennial exam.  He states he is in god health.  He has not been to PFC since his last physical in 2017, and denies significatn illnesses or injuries.  He does not smoke, he describes his drinking as moderate.  He exercises regularly.  he has no current complaints.

## Vital Signs:

Patient Profile:  33 Years Old Male
Height:           67.5 inches
Weight:           173 pounds
BMI:              26.69
Temp:             98.5 degrees F
Pulse rate:       88 / minute
BP supine:        132 / 81

Vitals Entered By: Juno Davis (April  3, 2019 2:57 PM)

### Visual Acuity

Distance
Without correction:
> **Left Eye: 20/40**
: **Right Eye: 20/50**
With correction:
> **Left Eye: 20/20**
  **Right Eye: 20/20**

## Color Vision testing:
**Color blindness: 9/9**

## Peripheral Vision
**Right temporal: 85 degrees**
**Right Nasal: 45 degrees**

**Left temporal: 85 degrees**
**Left Nasal: 45 degrees**

## Vertical Vision



**P F C** LLC
Police & Fire Clinic

920 Varnum Street NE  Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
*Page 2*
*Office Visit*

**Jeffrey L Smith**
Male  DOB: 04/15/1985          Cell:

Home: (847) 772-0507

## Lateral Vision
**Glasses:** yes
**Contact lenses:** no

## Hearing Surveillance

**Left**
**500 hz:** 5
**1000 hz:** 0db 5db
**2000 hz:** 0db 5db
**3000 hz:** 0db 5db
**4000 hz:** 5
**6000 hz:** 5
**8000 hz:** 5

**Right**
**500 hz:** 0db 5db
**1000 hz:** 0db 5db
**2000 hz:** 5
**3000 hz:** 5
**4000 hz:** 5
**6000 hz:** 10
**8000 hz:** 5

Vision\Hearing Testing Entered By: Glenda Pope (April 3, 2019 2:42 PM)

## Review of Systems

**General**
   Denies fever, chills, fatigue and weakness.

**Eyes**
   Denies double vision, blurring and eye pain.

**ENT**
   Denies ringing in the ears, earache, decreased hearing, nasal congestion and sore throat.

**CV**
   Denies chest pain or discomfort, racing/skipping heart beats, fatigue, lightheadedness, shortness of breath with exertion and palpitations.

**Resp**
   Denies cough, shortness of breath and wheezing.



**PFC**
ASSOCIATES LLC
Police & Fire Clinic

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
Page 3
Office Visit

**Jeffrey L Smith**
Male  DOB: 04/15/1985          Cell:

Home: (847) 772-0507

**GI**
   Denies nausea, vomiting, abdominal pain and diarrhea.

**GU**
   Denies dysuria, hematuria and urinary frequency.

**MS**
   Denies joint pain, back pain, stiffness and muscle weakness.

## Impression & Recommendations:

**Problem # 1:**  Exam, health maintenance (ICD-V70.0) (ICD10-Z00.00)
Normal Physical Exam.  Normal EKG.  Full Duty

**Other Orders:**
X-Ray, Chest, PA & Lateral (CPT-71020)
COMP METABOLIC PANEL W-eGFR (CPT-80053)
URINALYSIS,COMPLETE (CPT-81001)
CBC (INCLUDES DIFF-PLT) (CPT-85025)
LIPID PANEL* (CPT-80061)
**Process Orders**
Check Orders Results:
   [services]: ABN not required for this insurance.
Tests Sent for requisitioning (April 3, 2019 3:22 PM):
   04/03/2019: Service -- COMP METABOLIC PANEL W-eGFR [CPT-80053] (signed)
   04/03/2019: Service -- URINALYSIS,COMPLETE [CPT-81001] (signed)
   04/03/2019: Service -- CBC (INCLUDES DIFF-PLT) [CPT-85025] (signed)
   04/03/2019: Service -- LIPID PANEL* [CPT-80061] (signed)

PSC order (Req# 32055753) sent to Quest4. Order transmitted April 3, 2019 3:21 PM

## Vital Signs:

Patient Profile:  33 Years Old Male
Height:               67.5 inches
Weight:              173 pounds
BMI:                   26.69
Temp:                98.5 degrees F
Pulse rate:         88 / minute
BP supine:         132 / 81

## Physical Exam

**General:**
   well developed, well nourished, in no acute distress.



**PFC** LLC
Police & Fire Clinic

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
Page 4
Office Visit

**Jeffrey L Smith**
Male  DOB: 04/15/1985          Cell:

Home: (847) 772-0507

**Head:**
   normocephalic and atraumatic.
**Eyes:**
   PERRL/EOM intact, conjunctiva and sclera clear with out erythema or exudate.
**Ears:**
   TM's intact and clear with normal canals.
**Nose:**
   no deformity, discharge, inflammation, or lesions.
**Mouth:**
   no deformity or lesions with good dentition.
**Neck:**
   no masses, thyromegaly, or abnormal cervical nodes.
**Lungs:**
   clear bilaterally to auscultation.
**Heart:**
   regular rate and rhythm, S1, S2 without murmurs, rubs, or gallops
**Abdomen:**
   normal bowel sounds.  no tenderness or masses.
**Msk:**
   no deformity or scoliosis noted of thoracic or lumbar spine.
**Pulses:**
   pulses normal in all 4 extremities.
**Extremities:**
   no clubbing, cyanosis, edema, or deformity noted with normal full range of motion of all joints.
**Neurologic:**
   no focal deficits, cranial nerves II-XII grossly intact with normal sensation, reflexes, coordination,
muscle strength and tone.
**Skin:**
   intact without lesions or rashes.
**Psych:**
   alert and cooperative; normal mood and affect; normal attention span and concentration.

Electronically signed by Tony Lawrence MD on 04/03/2019 at 3:22 PM



**P F C** LLC
ASSOCIATES
Police & Fire Clinic

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
*Page 1*
*Office Visit*

**Jeffrey L Smith**
Male  DOB: 04/15/1985          Cell:

Home: (847) 772-0507

**05/03/2017 - Office Visit: Biennial phy rm5**
**Provider: Emmanuel K Arhin PA-C**
**Location of Care: MPD MEDICAL**

**Visit Type:** Physical

**CC:** Biennial Physical.

**History of Present Illness:**
SMITH, is a 32 yo MPD member (x9yrs), reporting in for a biennial PE.
Member is current on his CXR, 6/2015

Member's pmh/psych hx has remained unchanged:
seasonal allergic rhinitis (on Zyrtec), and denies any ER visits, surgeries
and/or hospitalizations in the last 2 yrs since last PE.

He was physcially active but has slowed down and become inactive in the last 6-12 mos,
but plans on resuming consistent physical activity soon

He reports drinking a few times during the week, but doesn't use tobacco.

Mr. SMITH will obtain an EKG, audio, visual tests, serology and u/a today.

**Vital Signs:**

Patient Profile:  32 Years Old Male
Height:          68.5 inches
Weight:          182 pounds
BMI:             27.27
Temp:            97.7 degrees F oral
Pulse rate:      80 / minute
BP sitting:      145 / 90  (right arm)

Vitals Entered By: Brandee Oakes (May  3, 2017 3:50 PM)
**EKG performed:** Yes
**X-ray complete:** No

**Visual Acuity**

**Distance**
Without correction:
  **Left Eye:** 20/30
  **Right Eye:** 20/40
With correction:
  **Left Eye:** 20/20



**PFC** LLC
Police & Fire Clinic

920 Varnum Street NE  Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
*Page 2*
*Office Visit*

**Jeffrey L Smith**
Male  DOB: 04/15/1985          Cell:

Home: (847) 772-0507

**Right Eye:** 20/20
Distance Comments: tested with glasses

## Color Vision testing:
**Color blindness:** 9/9

## Peripheral Vision
**Right temporal:** 85 degrees
**Right Nasal:** 45 degrees

**Left temporal:** 85 degrees
**Left Nasal:** 45 degrees

## Vertical Vision

## Lateral Vision
**Glasses:** yes
**Contact lenses:** yes

## Hearing Surveillance

**Left**
**500 hz:** 5
**1000 hz:** -5db
**2000 hz:** 0db 5db
**3000 hz:** 5
**4000 hz:** 15
**6000 hz:** 10
**8000 hz:** 0db 5db

**Right**
**500 hz:** 10
**1000 hz:** 0db 5db
**2000 hz:** 5
**3000 hz:** 5
**4000 hz:** 0db 5db
**6000 hz:** 15
**8000 hz:** 5

Vision\Hearing Testing Entered By: Brandee Oakes (May  3, 2017 3:50 PM)

## Serial Vital Signs/Assessments:



**ASSOCIATES** LLC
Police & Fire Clinic

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

February 16, 2021
Page 3
Office Visit

Home: (847) 772-0507

**Jeffrey L Smith**
Male  DOB: 04/15/1985          Cell:

| Time | Position | BP | Pulse | Resp | Temp | By |
|------|----------|-----|-------|------|------|-----|
| 4:04 PM | | 122/90 | | | | Brandee Oakes |

## Review of Systems

**General**
   Denies chills, fatigue and sleep disorder.

**Eyes**
   Denies double vision, vision loss - both eyes, blurring and discharge.

**ENT**
   Denies ringing in the ears, ear discharge, nasal congestion, nosebleeds and difficulty swallowing.

**CV**
   Denies chest pain or discomfort, lightheadedness and palpitations.

**Resp**
   Denies cough, shortness of breath and wheezing.

**GI**
   Denies loss of appetite, nausea, vomiting, abdominal pain and diarrhea.

**GU**
   Denies dysuria.

**MS**
   Denies joint pain, joint swelling, loss of strength and muscle aches.

**Derm**
   Denies itching and rash.

**Neuro**
   Denies headaches, numbness, falling down, weakness and tremors.

**Psych**
   Denies anxiety, mental problems and depression.

**Endo**
   Denies cold intolerance.

**Heme**
   Denies bleeding and fevers.

**Allergy**
   **Complains of seasonal allergies.**



**PFC**
**A S S O C I A T E S LLC**
Police & Fire Clinic

920 Varnum Street NE  Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
Page 4
Office Visit

**Jeffrey L Smith**
Male  DOB: 04/15/1985          Cell:

Home: (847) 772-0507

## Problems:

**Problems Added:**

1) Dx of Exam, health maintenance (ICD10-Z00.00) (ICD-V70.0)

## Impression & Recommendations:

**Problem # 1:** Exam, health maintenance (ICD-V70.0) (ICD10-Z00.00)
**Assessment:** Unchanged
1) PE visit completed
2) Orders: pending results
COMP METABOLIC PANEL W-eGFR (CPT-80053)
URINALYSIS,COMPLETE (CPT-81001)
CBC (INCLUDES DIFF-PLT) (CPT-85025)
LIPID PANEL* (CPT-80061)

3) DS: full duty
4) FU: rtc prn

**Other Orders:**
COMP METABOLIC PANEL W-eGFR (CPT-80053)
URINALYSIS,COMPLETE (CPT-81001)
CBC (INCLUDES DIFF-PLT) (CPT-85025)
LIPID PANEL* (CPT-80061)
**Process Orders**
Check Orders Results:
  [services]: ABN not required for this insurance.
PSC order (Req# 25463673) sent to Quest. Order transmitted May  3, 2017 5:27 PM
Tests Sent for requisitioning (May  3, 2017 5:27 PM):
    05/03/2017: Service -- COMP METABOLIC PANEL W-eGFR [CPT-80053] (signed)
    05/03/2017: Service -- URINALYSIS,COMPLETE [CPT-81001] (signed)
    05/03/2017: Service -- CBC (INCLUDES DIFF-PLT) [CPT-85025] (signed)
    05/03/2017: Service -- LIPID PANEL* [CPT-80061] (signed)
    05/03/2017: Service -- COMP METABOLIC PANEL W-eGFR [CPT-80053] (signed)
    05/03/2017: Service -- URINALYSIS,COMPLETE [CPT-81001] (signed)
    05/03/2017: Service -- CBC (INCLUDES DIFF-PLT) [CPT-85025] (signed)
    05/03/2017: Service -- LIPID PANEL* [CPT-80061] (signed)

## Vital Signs:

Patient Profile:  32 Years Old Male
Height:              68.5 inches



**PFC** ASSOCIATES LLC
Police & Fire Clinic

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

February 16, 2021
Page 5
Office Visit

**Jeffrey L Smith**
Male  DOB: 04/15/1985          Cell:

Home: (847) 772-0507

Weight:          182 pounds
BMI:             27.27
Temp:            97.7 degrees F oral
Pulse rate:      80 / minute
BP sitting:      145 / 90

## Physical Exam

**General:**
    afebrile, pleasant male, well-hydrated, well-developed; NAD

**Head:**
    NC/AT

**Eyes:**
    corrective lenses in place, vis. acuity intact; PERRLA/EOM intact, (-) conjunctival inj.

**Ears:**
    patent/clear ear canal; TM intact

**Nose:**
    septum intact; (+) boggy nasal mucusa

**Mouth:**
    good/healthy dentition, patent oropharynx, (-) throat inj.

**Neck:**
    supple, trachea midline, (-) thyromegaly

**Chest Wall:**
    (-) chest wall tenderness

**Breasts:**
    wnl
**Lungs:**
    CTA

**Heart:**
    RRR, S1S2 appreciated; (-) murmurs auscultated.

**Abdomen:**
    soft, flat, non-tender, non-distended, (-) masses

**Rectal:**
    deferred
**Genitalia:**



**Police & Fire Clinic**

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

February 16, 2021
Page 6
Office Visit

**Jeffrey L Smith**
Male  DOB: 04/15/1985       Cell:

Home: (847) 772-0507

deferred
**Prostate:**
  deferred
**Msk:**
  (-) joint erythema, swelling, pain; joint limitation; FROM globally.

**Pulses:**
  +2 palpable pulses, globally

**Extremities:**
  · (-) edema

**Neurologic:**
  alert, oriented x 3; full sensation intact globally, (-) gait disturbance

**Skin:**
  (-) suspicious lesions visualized

**Cervical Nodes:**
  (-) significant adenopathy

**Axillary Nodes:**
  (-) significant adenopathy

**Inguinal Nodes:**
  .deferred
**Psych:**
  alert, good eye contact, cooperative w/exam; appropriate affect demonstrated.


**Electronically signed by Emmanuel K Arhin PA-C on 05/03/2017 at 5:38 PM**
**Electronically signed by Olusola Malomo MD on 05/08/2017 at 4:43 PM**



**P F C** LLC
Police & Fire Clinic
920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
Page 1
Office Visit

**Jeffrey L Smith**
Male  DOB: 04/15/1985          Cell:

Home: (847) 772-0507

**01/27/2017 - Office Visit: S/C Cough and lost of voice Rm 6**
**Provider: Tony Lawrence MD**
**Location of Care: MPD MEDICAL**

**CC:** S/C Cough and lost of voice Rm 6 .

**History of Present Illness:**
This 31 year old male police officer states he has hoarseness, sore throat, dry cough for 2 days.  he states he was in a van with another officer for 4 days who was coughing frequently.  He denies fever, chills, nausea, vomiting, diarrhea.

## Vital Signs:

Patient Profile:  31 Years Old Male
Height:               68.5 inches
Temp:                98.4 degrees F oral
Pulse rate:         94 / minute
BP sitting:          134 / 75  (right arm)

Vitals Entered By: Richard Burton (January 27, 2017 3:49 PM)

## Review of Systems

**General**
   Denies fever and chills.

**ENT**
   **Complains of hoarseness and sore throat.**

**Resp**
   **Complains of cough.**

**GI**
   Denies nausea, vomiting and diarrhea.

## Problems:

Problems Added:

1)  Dx of U R I (ICD10-J06.9)

## Impression & Recommendations:

**Problem # 1:**  U R I (ICD10-J06.9)
The member will be on sick duty status and will resume full duty status on 1/30/17.



**Police & Fire Clinic**

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
Page 2
Office Visit

**Jeffrey L Smith**
Male  DOB: 04/15/1985          Cell:

Home: (847) 772-0507

## Vital Signs:

| | |
|---|---|
| Patient Profile: | 31 Years Old Male |
| Height: | 68.5 inches |
| Temp: | 98.4 degrees F oral |
| Pulse rate: | 94 / minute |
| BP sitting: | 134 / 75 |

## Physical Exam

**General:**
   well developed, well nourished, in no acute distress.
**Head:**
   normocephalic and atraumatic.
**Eyes:**
   Sclera injected
**Ears:**
   TM's intact and clear with normal canals with grossly normal hearing.
**Nose:**
   no deformity, discharge, inflammation, or lesions.
**Mouth:**
   no deformity or lesions with good dentition.
**Lungs:**
   clear bilaterally to auscultation.
**Heart:**
   regular rate and rhythm, S1, S2 without murmurs, rubs, or gallops

**Electronically signed by Tony Lawrence MD on 01/27/2017 at 4:27 PM**



**PFC**
**ASSOCIATES LLC**
Police & Fire Clinic

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
Page 1
Office Visit

Home: (847) 772-0507

**Jeffrey L Smith**
Male  DOB: 04/15/1985          Cell:

**06/26/2015 - Office Visit: Hearing Test**
**Provider: Taisha Williams MD**
**Location of Care: MPD MEDICAL**

**Chief Complaint:**  Hearing Test.

**History of Present Illness:**
Patient presents to clinic today for hearing test.  As it was not able to be done on the day of physical
secondary to machine being broken.  Test is WNL.

## Vital Signs:

Patient Profile:  30 Years Old Male
Height:                68.5 inches
Temp:                 97.0 degrees F oral
Pulse rate:         84 / minute
BP sitting:          132 / 71  (right arm)

Vitals Entered By: Henrika Barbot (June 26, 2015 9:53 AM)

### Hearing Surveillance

**Left**
**500 hz: 10**
**1000 hz: 0db 5db**
**2000 hz: 5**
**3000 hz: 5**
**4000 hz: 5**
**6000 hz: 15**
**8000 hz: 0db 5db**

**Right**
**500 hz: 10**
**1000 hz: 10**
**2000 hz: 0db 5db**
**3000 hz: 5**
**4000 hz: 5**
**6000 hz: 5**
**8000 hz: 5**

## Impression & Recommendations:

**Problem # 1:**  Preventive Health Care (ICD-V70.0)



**Police & Fire Clinic**
920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
*Page 2*
*Office Visit*

**Jeffrey L Smith**
Male  DOB: 04/15/1985        Cell:

Home: (847) 772-0507

FD.

**Electronically signed by Taisha Williams MD on 06/26/2015 at 9:56 AM**



**PFC** LLC
ASSOCIATES
Police & Fire Clinic

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
*Page 1*
*Office Visit*

**Jeffrey L Smith**
Male  DOB: 04/15/1985          Cell:

Home: (847) 772-0507

**06/19/2015 - Office Visit: biennual physical Rm 8**
**Provider: Taisha Williams MD**
**Location of Care: MPD MEDICAL**

**Chief Complaint:**  Biennial Phy. Rm 8.

**Past Medical History:**
   Seasonal Allergies

**Vital Signs:**

Patient Profile:  30 Years Old Male
Height:           68.5 inches
Weight:           169 pounds
BMI:              25.41
Temp:             97.0 degrees F oral
Pulse rate:       91 / minute
BP sitting:       127 / 79  (left arm)

Vitals Entered By: Richard Burton (June 19, 2015 10:28 AM)
**Labs drawn: Yes**
**EKG performed: Yes**
**UA done Yes**

**Visual Acuity**

**Distance**
Without correction:
   **Left Eye: 20/30**
   **Right Eye: 20/20**
With correction:
   **Left Eye: 20/20**
   **Right Eye: 20/20**

**Color Vision testing:**
**Color blindness: 9/9**

**Peripheral Vision**
**Right temporal: 85 degrees**
**Right Nasal: 45 degrees**

**Left temporal: 85 degrees**
**Left Nasal: 45 degrees**



**PFC** LLC
Police & Fire Clinic
920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

February 16, 2021
Page 2
Office Visit

**Jeffrey L Smith**
Male  DOB: 04/15/1985          Cell:

Home: (847) 772-0507

## Vertical Vision

## Lateral Vision
Glasses: yes
Contact lenses: no

Vision\Hearing Testing Entered By: Richard Burton (June 19, 2015 10:30 AM)

## Review of Systems

**General**
    Denies fever, chills, sweats, anorexia, fatigue, weakness, malaise, weight loss, and sleep disorder.

**Eyes**
    Denies vision loss - 1 eye, double vision, eye irritation, vision loss - both eyes, blurring, eye pain, halos, discharge, light sensitivity, and loss of color vision.

**ENT**
    Denies ringing in the ears, ear discharge, earache, decreased hearing, nasal congestion, nosebleeds, difficulty swallowing, hoarseness, and sore throat.

**CV**
    Denies difficulty breathing at night, near fainting, chest pain or discomfort, racing/skipping heart beats, fatigue, lightheadedness, shortness of breath with exertion, palpitations, swelling of hands or feet, difficulty breathing while lying down, fainting, leg cramps with exertion, bluish discoloration of lips or nails, and weight gain.

**Resp**
    Denies sleep disturbances due to breathing, cough, shortness of breath, coughing up blood, chest discomfort, wheezing, excessive sputum, and excessive snoring.

**GI**
    Denies excessive appetite, loss of appetite, indigestion, vomiting blood, nausea, vomiting, yellowish skin color, gas, abdominal pain, abdominal bloating, hemorrhoids, diarrhea, change in bowel habits, constipation, dark tarry stools, and bloody stools.

**GU**
    Denies dysuria, hematuria, discharge, urinary frequency, urinary hesitancy, nocturia, incontinence, genital sores, decreased libido, and erectile dysfunction.

**MS**
    Denies muscle cramps, joint pain, joint swelling, presence of joint fluid, back pain, stiffness, muscle weakness, arthritis, gout, loss of strength, and muscle aches.

## Physical Exam



**P F C**
**ASSOCIATES** LLC
**Police & Fire Clinic**
920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
Page 3
Office Visit

**Jeffrey L Smith**                                                   Home: (847) 772-0507
Male  DOB: 04/15/1985          Cell:

**General:**
  well developed, well nourished, in no acute distress.
**Head:**
  normocephalic and atraumatic.
**Eyes:**
  PERRL/EOM intact, conjunctiva and sclera clear with out erythema or exudate.
**Ears:**
  TM's intact and clear with normal canals.
**Nose:**
  no deformity, discharge, inflammation, or lesions.
**Mouth:**
  no deformity or lesions with good dentition.
**Neck:**
  no masses, thyromegaly, or abnormal cervical nodes.
**Chest Wall:**
  no deformities noted.
**Lungs:**
  clear bilaterally to auscultation.
**Heart:**
  non-displaced PMI, chest non-tender; regular rate and rhythm, S1, S2 without murmurs, rubs, or gallops
**Msk:**
  no deformity or scoliosis noted of thoracic or lumbar spine.
**Extremities:**
  no clubbing, cyanosis, edema, or deformity noted with normal full range of motion of all joints.
**Neurologic:**
  no focal deficits, cranial nerves II-XII grossly intact with normal sensation, reflexes, coordination,
muscle strength and tone.
**Skin:**
  intact without lesions or rashes.
**Psych:**
  alert and cooperative; normal mood and affect; normal attention span and concentration.


**Impression & Recommendations:**

**Problem # 1:**  Preventive Health Care (ICD-V70.0)
Patient has no acute issues. FD.

**Other Orders:**
COMP METABOLIC PANEL W-eGFR (CPT-80053)
URINALYSIS,COMPLETE (CPT-81001)
CBC (INCLUDES DIFF-PLT) (CPT-85025)
LIPID PANEL* (CPT-80061)
X-Ray, Chest, PA & Lateral (CPT-71020)
**Process Orders**
Check Orders Results:
  [services]: ABN not required for this insurance.



**Police & Fire Clinic**

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
*Page 4*
*Office Visit*

**Jeffrey L Smith**
Male  DOB: 04/15/1985          Cell:

Home: (847) 772-0507

Tests Sent for requisitioning (June 19, 2015 10:53 AM):
- 06/19/2015: Service -- COMP METABOLIC PANEL W-eGFR [CPT-80053] (signed)
- 06/19/2015: Service -- URINALYSIS,COMPLETE [CPT-81001] (signed)
- 06/19/2015: Service -- CBC (INCLUDES DIFF-PLT) [CPT-85025] (signed)
- 06/19/2015: Service -- LIPID PANEL* [CPT-80061] (signed)

**Electronically signed by Taisha Williams MD on 06/19/2015 at 10:53 AM**

habs



**PFC** LLC
**ASSOCIATES**
Police & Fire Clinic

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
Page 1
Lab Report

**Jeffrey L Smith**
Male  DOB: 04/15/1985        Cell:

Home: (847) 772-0507

**04/03/2019 - Lab Report: LIPID PANEL, STANDARD, COMPREHENSIVE METABOLIC PANEL, URINAL ...**
**Provider: Tony Lawrence MD**
**Location of Care: MPD MEDICAL**

```
Patient: JEFFREY L SMITH
ID: QuestPHP 17561
Note: All result statuses are Final unless otherwise noted.

Tests: (1) LIPID PANEL, STANDARD (7600)
  CHOLESTEROL, TOTAL    [H]  208 mg/dL            <200          *1
  HDL CHOLESTEROL            74 mg/dL             >40
  TRIGLYCERIDES             93 mg/dL             <150
  LDL-CHOLESTEROL      [H]  115 mg/dL (calc)
     Reference range: <100

     Desirable range <100 mg/dL for primary prevention;
     <70 mg/dL for patients with CHD or diabetic patients
     with > or = 2 CHD risk factors.

     LDL-C is now calculated using the Martin-Hopkins
     calculation, which is a validated novel method providing
     better accuracy than the Friedewald equation in the
     estimation of LDL-C.
     Martin SS et al. JAMA. 2013;310(19): 2061-2068
     (http://education.QuestDiagnostics.com/faq/FAQ164)
  CHOL/HDLC RATIO           2.8 (calc)           <5.0
  NON HDL CHOLESTEROL  [H]  134 mg/dL (calc)     <130
     For patients with diabetes plus 1 major ASCVD risk
     factor, treating to a non-HDL-C goal of <100 mg/dL
     (LDL-C of <70 mg/dL) is considered a therapeutic
     option.

Tests: (2) COMPREHENSIVE METABOLIC PANEL (10231)
  GLUCOSE             [H]  108 mg/dL             65-99          *2

          Fasting reference interval

     For someone without known diabetes, a glucose value
     between 100 and 125 mg/dL is consistent with
     prediabetes and should be confirmed with a
     follow-up test.

  UREA NITROGEN (BUN)      16 mg/dL             7-25
  CREATININE               1.07 mg/dL           0.60-1.35
  eGFR NON-AFR. AMERICAN
                           91 mL/min/1.73m2      > OR = 60

  eGFR AFRICAN AMERICAN
                           105 mL/min/1.73m2     > OR = 60
  BUN/CREATININE RATIO     NOT APPLICABLE (calc) 6-22
  SODIUM                   142 mmol/L           135-146
```



**PFC**
ASSOCIATES LLC
Police & Fire Clinic

920 Varnum Street NE  Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
Page 2
Lab Report

**Jeffrey L Smith**
Male  DOB: 04/15/1985        Cell:

Home: (847) 772-0507

| | | | |
|---|---|---|---|
| POTASSIUM | 5.3 mmol/L | 3.5-5.3 | |
| CHLORIDE | 104 mmol/L | 98-110 | |
| CARBON DIOXIDE | 30 mmol/L | 20-32 | |
| CALCIUM | 10.1 mg/dL | 8.6-10.3 | |
| PROTEIN, TOTAL | 7.4 g/dL | 6.1-8.1 | |
| ALBUMIN | 5.0 g/dL | 3.6-5.1 | |
| GLOBULIN | 2.4 g/dL (calc) | 1.9-3.7 | |
| ALBUMIN/GLOBULIN RATIO | | | |
| | 2.1 (calc) | 1.0-2.5 | |
| BILIRUBIN, TOTAL | 0.6 mg/dL | 0.2-1.2 | |
| ALKALINE PHOSPHATASE | 64 U/L | 40-115 | |
| AST | 15 U/L | 10-40 | |
| ALT | 16 U/L | 9-46 | |

Tests: (3) URINALYSIS, COMPLETE (5463)

| | | | |
|---|---|---|---|
| COLOR | YELLOW | YELLOW | *3 |
| APPEARANCE | CLEAR | CLEAR | |
| SPECIFIC GRAVITY | 1.007 | 1.001-1.035 | |
| PH | 5.5 | 5.0-8.0 | |
| GLUCOSE | NEGATIVE | NEGATIVE | |
| BILIRUBIN | NEGATIVE | NEGATIVE | |
| KETONES | NEGATIVE | NEGATIVE | |
| OCCULT BLOOD | NEGATIVE | NEGATIVE | |
| PROTEIN | NEGATIVE | NEGATIVE | |
| ! NITRITE | NEGATIVE | NEGATIVE | |
| ! LEUKOCYTE ESTERASE | NEGATIVE | NEGATIVE | |
| WBC | NONE SEEN /HPF | < OR = 5 | |
| RBC | NONE SEEN /HPF | < OR = 2 | |
| SQUAMOUS EPITHELIAL CELLS | | | |
| | NONE SEEN /HPF | < OR = 5 | |
| BACTERIA | NONE SEEN /HPF | NONE SEEN | |
| HYALINE CAST | NONE SEEN /LPF | NONE SEEN | |

Tests: (4) CBC (INCLUDES DIFF/PLT) (6399)

| | | | |
|---|---|---|---|
| WHITE BLOOD CELL COUNT | | | |
| | 9.0 Thousand/uL | 3.8-10.8 | *4 |
| RED BLOOD CELL COUNT | 5.17 Million/uL | 4.20-5.80 | |
| HEMOGLOBIN | 15.0 g/dL | 13.2-17.1 | |
| HEMATOCRIT | 43.7 % | 38.5-50.0 | |
| MCV | 84.5 fL | 80.0-100.0 | |
| MCH | 29.0 pg | 27.0-33.0 | |
| MCHC | 34.3 g/dL | 32.0-36.0 | |
| RDW | 12.1 % | 11.0-15.0 | |
| PLATELET COUNT | 298 Thousand/uL | 140-400 | |
| MPV | 10.0 fL | 7.5-12.5 | |
| ABSOLUTE NEUTROPHILS | 6813 cells/uL | 1500-7800 | |
| ABSOLUTE LYMPHOCYTES | 1638 cells/uL | 850-3900 | |
| ABSOLUTE MONOCYTES | 423 cells/uL | 200-950 | |
| ABSOLUTE EOSINOPHILS | 90 cells/uL | 15-500 | |
| ABSOLUTE BASOPHILS | 36 cells/uL | 0-200 | |
| NEUTROPHILS | 75.7 % | | |
| LYMPHOCYTES | 18.2 % | | |



**PFC**
**ASSOCIATES LLC**
Police & Fire Clinic

February 16, 2021
Page 3
Lab Report

920 Varnum Street NE  Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

**Jeffrey L Smith**                                    Home: (847) 772-0507
Male  DOB: 04/15/1985        Cell:


```
    MONOCYTES              4.7 %
    EOSINOPHILS            1.0 %
    BASOPHILS              0.4 %
```

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 04/04/2019 6:54 AM

─────────────────────────────────────────────────────────

(1) Order result status: Final
Collection or observation date-time: 04/03/2019 15:29:00
Requested date-time:
Receipt date-time: 04/04/2019 02:55:00
Reported date-time: 04/04/2019 06:42:00
Referring Physician:
Ordering Physician: TONY LAWRENCE MD (tlawrence)
Specimen Source:
Source: QuestPHP
Filler Order Number: BA969330G
Lab site: QBA Quest Diagnostics-Baltimore 1901 Sulphur Spring Rd Baltimore MD
21227-2943 Edgar Khalluf
Producer ID *1:QBA

(2) Order result status: Final
Collection or observation date-time: 04/03/2019 15:29:00
Requested date-time:
Receipt date-time: 04/04/2019 02:55:00
Reported date-time: 04/04/2019 06:42:00
Referring Physician:
Ordering Physician: TONY LAWRENCE MD (tlawrence)
Specimen Source:
Source: QuestPHP
Filler Order Number: BA969330G
Lab site: QBA Quest Diagnostics-Baltimore 1901 Sulphur Spring Rd Baltimore MD
21227-2943 Edgar Khalluf
Producer ID *2:QBA

(3) Order result status: Final
Collection or observation date-time: 04/03/2019 15:29:00
Requested date-time:
Receipt date-time: 04/04/2019 02:55:00
Reported date-time: 04/04/2019 06:42:00
Referring Physician:
Ordering Physician: TONY LAWRENCE MD (tlawrence)
Specimen Source:
Source: QuestPHP
Filler Order Number: BA969330G
Lab site: QBA Quest Diagnostics-Baltimore 1901 Sulphur Spring Rd Baltimore MD
21227-2943 Edgar Khalluf
Producer ID *3:QBA

(4) Order result status: Final



**PFC** LLC
Police & Fire Clinic

920 Varnum Street NE  Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
Page 4
Lab Report

**Jeffrey L Smith**
Male DOB: 04/15/1985      Cell:

Home: (847) 772-0507

Collection or observation date-time: 04/03/2019 15:29:00
Requested date-time:
Receipt date-time: 04/04/2019 02:55:00
Reported date-time: 04/04/2019 06:42:00
Referring Physician:
Ordering Physician: TONY LAWRENCE MD (tlawrence)
Specimen Source:
Source: QuestPHP
Filler Order Number: BA969330G
Lab site: QBA Quest Diagnostics-Baltimore 1901 Sulphur Spring Rd Baltimore MD
21227-2943 Edgar Khalluf
Producer ID *4:QBA


-----------------

The following lab values were dispersed to the flowsheet
with no units conversion:

LDL-CHOLESTEROL, 115 MG/DL (CALC), (F)  expected units: mg/dL
GLOBULIN, 2.4 G/DL (CALC), (F)  expected units: g/dL
WHITE BLOOD CELL COUNT, 9.0 THOUSAND/UL, (F)  expected units: 10*3/mm3
RED BLOOD CELL COUNT, 5.17 MILLION/UL, (F)  expected units: 10*6/mm3
PLATELET COUNT, 298 THOUSAND/UL, (F)  expected units: 10*3/mm3
ABSOLUTE NEUTROPHILS, 6813 CELLS/UL, (F)  expected units: K/uL
ABSOLUTE LYMPHOCYTES, 1638 CELLS/UL, (F)  expected units: K/uL
ABSOLUTE MONOCYTES, 423 CELLS/UL, (F)  expected units: K/uL
ABSOLUTE EOSINOPHILS, 90 CELLS/UL, (F)  expected units: K/uL
ABSOLUTE BASOPHILS, 36 CELLS/UL, (F)  expected units: K/uL


-----------------

The following non-numeric lab results were dispersed to
the flowsheet even though numeric results were expected:

BUN/CREATININE RATIO, NOT APPLICABLE
WBC, NONE SEEN
SQUAMOUS EPITHELIAL CELLS, NONE SEEN
BACTERIA, NONE SEEN


**Electronically signed by Taisha Williams MD on 04/04/2019 at 8:11 AM**



**PFC**
**ASSOCIATES** LLC
Police & Fire Clinic
920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

February 16, 2021
Page 1
Lab Report

**Jeffrey L Smith**
Male  DOB: 04/15/1985        Cell:

Home: (847) 772-0507

**05/03/2017 - Lab Report: URINALYSIS,COMPLETE, CBC (INCLUDES DIFF-PLT), Comprehensive ...**
**Provider: Emmanuel K Arhin PA-C**
**Location of Care: MPD MEDICAL**

Patient: JEFFREY SMITH
Note: All result statuses are Final unless otherwise noted.

Tests: (1) URINALYSIS,COMPLETE (5463X)

| | | |
|---|---|---|
| COLOR | YELLOW | "Range Below..." *1 |
| RANGE:  YELLOW,STRAW OR AMBER | | |
| APPEARANCE | CLEAR | CLEAR |
| SPECIFIC GRAVITY | 1.006 | 1.001-1.035 |
| PH | 6.5 | 5.0-8.0 |
| PROTEIN | NEG. | NEG. |
| GLUCOSE | NEG. | NEG. |
| KETONES | NEG. | NEG. |
| BILIRUBIN | NEG. | NEG. |
| OCCULT BLOOD | NEG. | NEG. |
| LEUKOCYTE ESTERASE | NEG. | NEG. |
| NITRITE | NEG. | NEG. |
| WBC | NONE SEEN | 0-5 |
| RBC | NONE SEEN | 0-2 |
| SQUAMOUS EPITHELIAL CELLS | | |
| | NONE SEEN | 0-5 |
| HYALINE CASTS | NONE SEEN | NONE SEEN |
| BACTERIA | NONE SEEN | NONE SEEN |
| ! AMORPHOUS SEDIMENT | * | |
| ! CRYSTALS | * | |
| ! CASTS | * | |
| ! NOTE | See Note | |

     This urine was analyzed for the presence of WBC, RBC, bacteria,
     casts, and other formed elements. Only those elements seen were
     reported.

Tests: (2) CBC (INCLUDES DIFF-PLT) (6399X)

| | | |
|---|---|---|
| WHITE BLOOD CELL COUNT | 6.9 Thousand/uL | 3.8-10.8     *2 |
| RED BLOOD CELL COUNT | 5.24 Million/uL | 4.20-5.80 |
| HEMOGLOBIN | 14.8 g/dL | 13.2-17.1 |
| HEMATOCRIT | 44.8 % | 38.5-50.0 |
| MCV | 86 fL | 80-100 |
| MCH | 28.2 pg | 27-33 |
| MCHC | 33.0 g/dL | 32-36 |
| PLATELET COUNT | 273 Thousand/uL | 140-400 |
| RDW | 12.8 % | 11.0-15.0 |
| MPV | 9.0 fL | 7.5-12.5 |
| ABSOLUTE NEUTROPHILS | 4782 cells/uL | 1500-7800 |
| ABSOLUTE LYMPHOCYTES | 1697 cells/uL | 850-3900 |
| ABSOLUTE MONOCYTES | 304 cells/uL | 200-950 |
| ABSOLUTE EOSINOPHILS | 97 cells/uL | 15-500 |
| ABSOLUTE BASOPHILS | 21 cells/uL | 0-200 |



**PFC ASSOCIATES LLC**
Police & Fire Clinic

920 Varnum Street NE  Washington, DC 20017
(202) 854-7400 Fax: (202) 854-7564

February 16, 2021
Page 2
Lab Report

**Jeffrey L Smith**
Male  DOB: 04/15/1985        Cell:

Home: (847) 772-0507

| | | | |
|---|---|---|---|
| NEUTROPHILS | 69.3 % | | |
| LYMPHOCYTES | 24.6 % | | |
| REACTIVE LYMPHOCYTES | 0.0 % | | |
| MONOCYTES | 4.4 % | | |
| EOSINOPHILS | 1.4 % | | |
| BASOPHILS | 0.3 % | | |
| COMMENT | * | | |

Tests: (3) Comprehensive Metabolic Panel (10231X)

| | | | | |
|---|---|---|---|---|
| SODIUM | | 143 mmol/L | 135-146 | *3 |
| POTASSIUM | | 5.1 mmol/L | 3.5-5.3 | |
| CHLORIDE | | 104 mmol/L | 98-110 | |
| CARBON DIOXIDE | | 29 mmol/L | 20-31 | |
| GLUCOSE | [H] | 107 MG/DL | 65-99 | |
| UREA NITROGEN | | 17 MG/DL | 7-25 | |
| CREATININE | | 0.96 mg/dL | 0.60-1.35 | |
| BUN/CREATININE RATIO | | N/A | 6-22 | |

Bun/Creatinine ratio is not reported when the BUN
and creatinine values are within normal limits.

| | | | |
|---|---|---|---|
| CALCIUM | 10.0 MG/DL | 8.6-10.3 | |
| PROTEIN, TOTAL | 7.6 G/DL | 6.1-8.1 | |
| ALBUMIN | 5.0 G/DL | 3.6-5.1 | |
| GLOBULIN, CALCULATED | 2.6 G/DL | 1.9-3.7 | |
| A/G RATIO | 1.9 | 1.0-2.5 | |
| BILIRUBIN, TOTAL | 0.4 MG/DL | 0.2-1.2 | |
| AST | 16 U/L | 10-40 | |
| ALT | 16 U/L | 9-46 | |
| ALKALINE PHOSPHATASE | 71 U/L | 40-115 | |

Fasting reference interval
For someone without known diabetes, a glucose value
between 100 and 125 mg/dL is consistent with
prediabetes and should be confirmed with a
follow-up test.

NON-AFRICAN AMERICAN eGFR
                      104 mL/min/1.73m2          > OR = 60

AFRICAN AMERICAN eGFR
                      121 mL/min/1.73m2          > OR = 60

Tests: (4) LIPID PANEL (7600X)

| | | | | |
|---|---|---|---|---|
| CHOLESTEROL | [H] | 205 mg/dL | 125-200 | *4 |
| TRIGLYCERIDES | | 127 mg/dL | <150 | |

Fasting reference interval
For someone without known diabetes, a glucose value
between 100 and 125 mg/dL is consistent with
prediabetes and should be confirmed with a
follow-up test.

| | | |
|---|---|---|
| HDL CHOLESTEROL | 76 mg/dL | > or = 40 |
| LDL CHOLESTEROL, CALCULATED | | |
| | 104 mg/dL | <130 |

Desirable range <100 mg/dL for patients with CHD or
diabetes and < 70 mg/dL for diabetic patients with
known heart disease.


**PFC** LLC
Police & Fire Clinic

920 Varnum Street NE  Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
*Page 3*
*Lab Report*

**Jeffrey L Smith**                                    Home: (847) 772-0507
Male DOB: 04/15/1985          Cell:


CHOLESTEROL/HDL RATIO
                          2.7 (calc)                    0.0-5.0
! NON-HDL CHOLESTEROL     129 mg/dL
    Target for non-HDL cholesterol is 30 mg/dL higher than
    LDL cholesterol target.

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 05/04/2017 10:00 AM
_____

(1) Order result status: Final
Collection or observation date-time: 05/03/2017 16:18:00
Requested date-time:
Receipt date-time:
Reported date-time: 05/04/2017 09:49:00
Referring Physician:
Ordering Physician: EMMANUEL ARHIN PA-C (earhin)
Specimen Source:
Source: LAB
Filler Order Number: QB7022084
Lab site: QBA Quest Diagnostics Incorporated 1901 Sulphur Spring Rd Baltimore
MD 21227 Edgar G. Khalluf, M.D.
Producer ID *1:QBA

(2) Order result status: Final
Collection or observation date-time: 05/03/2017 16:18:00
Requested date-time:
Receipt date-time:
Reported date-time: 05/04/2017 09:49:00
Referring Physician:
Ordering Physician: EMMANUEL ARHIN PA-C (earhin)
Specimen Source:
Source: LAB
Filler Order Number: QB7022084
Lab site: QBA Quest Diagnostics Incorporated 1901 Sulphur Spring Rd Baltimore
MD 21227 Edgar G. Khalluf, M.D.
Producer ID *2:QBA

(3) Order result status: Final
Collection or observation date-time: 05/03/2017 16:18:00
Requested date-time:
Receipt date-time:
Reported date-time: 05/04/2017 09:49:00
Referring Physician:
Ordering Physician: EMMANUEL ARHIN PA-C (earhin)
Specimen Source:
Source: LAB
Filler Order Number: QB7022084
Lab site: QBA Quest Diagnostics Incorporated 1901 Sulphur Spring Rd Baltimore
MD 21227 Edgar G. Khalluf, M.D.
Producer ID *3:QBA



**PFC**
ASSOCIATES LLC
Police & Fire Clinic

920 Varnum Street NE  Washington, DC 20017
(202) 854-7400 Fax: (202) 854-7564

*February 16, 2021*
Page 4
Lab Report

**Jeffrey L Smith**
Male DOB: 04/15/1985        Cell:

Home: (847) 772-0507

(4) Order result status: Final
Collection or observation date-time: 05/03/2017 16:18:00
Requested date-time:
Receipt date-time:
Reported date-time: 05/04/2017 09:49:00
Referring Physician:
Ordering Physician: EMMANUEL ARHIN PA-C (earhin)
Specimen Source:
Source: LAB
Filler Order Number: QB7022084
Lab site: QBA Quest Diagnostics Incorporated 1901 Sulphur Spring Rd Baltimore
MD 21227 Edgar G. Khalluf, M.D.
Producer ID *4:QBA


-----------------

The following lab values were dispersed to the flowsheet
with no units conversion:

   WHITE BLOOD CELL COUNT, 6.9 THOUSAND/UL, (F)  expected units: 10*3/mm3
   RED BLOOD CELL COUNT, 5.24 MILLION/UL, (F)  expected units: 10*6/mm3
   PLATELET COUNT, 273 THOUSAND/UL, (F)  expected units: 10*3/mm3
   ABSOLUTE NEUTROPHILS, 4782 CELLS/UL, (F)  expected units: K/uL
   ABSOLUTE LYMPHOCYTES, 1697 CELLS/UL, (F)  expected units: K/uL
   ABSOLUTE MONOCYTES, 304 CELLS/UL, (F)  expected units: K/uL
   ABSOLUTE EOSINOPHILS, 97 CELLS/UL, (F)  expected units: K/uL
   ABSOLUTE BASOPHILS, 21 CELLS/UL, (F)  expected units: K/uL


-----------------

The following non-numeric lab results were dispersed to
the flowsheet even though numeric results were expected:

   WBC, NONE SEEN
   SQUAMOUS EPITHELIAL CELLS, NONE SEEN
   BACTERIA, NONE SEEN
   BUN/CREATININE RATIO, N/A


-----------------

The following results were not dispersed to the flowsheet:

   AMORPHOUS SEDIMENT, *, (F)
   CRYSTALS, *, (F)
   CASTS, *, (F)
   NOTE, See Note, (F)
   NON-HDL CHOLESTEROL, 129 mg/dL, (F)


**Electronically signed by Emmanuel K Arhin PA-C on 05/04/2017 at 1:37 PM**



**PFC**
**ASSOCIATES LLC**
Police & Fire Clinic

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
Page 5
Lab Report

**Jeffrey L Smith**
Male  DOB: 04/15/1985      Cell:

Home: (847) 772-0507



**PFC** LLC
Police & Fire Clinic

920 Varnum Street NE   Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

February 16, 2021
Page 1
Lab Report

**Jeffrey L Smith**
Male  DOB: 04/15/1985        Cell:

Home: (847) 772-0507

**06/19/2015 - Lab Report: URINALYSIS,COMPLETE, CBC (INCLUDES DIFF-PLT), Comprehensive ...**
**Provider: Taisha Williams MD**
**Location of Care: MPD MEDICAL**

Patient: JEFFREY SMITH
Note: All result statuses are Final unless otherwise noted.

Tests: (1) URINALYSIS,COMPLETE (5463X)

| | | |
|---|---|---|
| COLOR | YELLOW | "Range Below..." *1 |
| RANGE:  YELLOW,STRAW OR AMBER | | |
| CLARITY | CLEAR | CLEAR |
| SPECIFIC GRAVITY | 1.008 | 1.001-1.035 |
| PH | 7.0 | 5.0-8.0 |
| PROTEIN | NEG. | NEG. |
| GLUCOSE, QUAL | NEG. | NEG. |
| KETONES | NEG. | NEG. |
| BILIRUBIN | NEG. | NEG. |
| BLOOD | NEG. | NEG. |
| LEUKOCYTE ESTERASE | NEG. | NEG. |
| NITRITE | NEG. | NEG. |
| WBC | NONE SEEN | 0-5 |
| RBC | NONE SEEN | 0-2 |
| SQUAMOUS EPITHELIAL | NONE SEEN | 0-5 |
| HYALINE CASTS | NONE SEEN | NONE SEEN |
| BACTERIA | NONE SEEN | NONE SEEN |

Tests: (2) CBC (INCLUDES DIFF-PLT) (6399X)

| | | | |
|---|---|---|---|
| WHITE BLOOD CELL COUNT | | | |
| | 6.7 Thousand/uL | 3.8-10.8 | *2 |
| RED BLOOD CELL COUNT | 5.15 Million/uL | 4.20-5.80 | |
| HEMOGLOBIN | 15.2 g/dL | 13.2-17.1 | |
| HEMATOCRIT | 45.4 % | 38.5-50.0 | |
| MCV | 88 fL | 80-100 | |
| MCH | 29.5 pg | 27-33 | |
| MCHC | 33.5 g/dL | 32-36 | |
| PLATELET COUNT | 293 Thousand/uL | 140-400 | |
| RDW | 12.3 % | 11.0-15.0 | |
| MPV | 8.2 fL | 7.5-11.5 | |
| ABSOLUTE NEUTROPHILS | 4395 cells/uL | 1500-7800 | |
| ABSOLUTE LYMPHOCYTES | 1889 cells/uL | 850-3900 | |
| ABSOLUTE MONOCYTES | 315 cells/uL | 200-950 | |
| ABSOLUTE EOSINOPHILS | 87 cells/uL | 15-500 | |
| ABSOLUTE BASOPHILS | 13 cells/uL | 0-200 | |
| NEUTROPHILS | 65.6 % | | |
| LYMPHOCYTES | 28.2 % | | |
| REACTIVE LYMPHOCYTES | 0.0 % | | |
| MONOCYTES | 4.7 % | | |
| EOSINOPHILS | 1.3 % | | |
| BASOPHILS | 0.2 % | | |
| COMMENT | * | | |



**P F C** LLC
**ASSOCIATES**
Police & Fire Clinic

920 Varnum Street NE  Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

February 16, 2021
Page 2
Lab Report

**Jeffrey L Smith**                                          Home: (847) 772-0507
Male  DOB: 04/15/1985        Cell:


```
Tests: (3) Comprehensive Metabolic Panel (10231X)
  SODIUM                  143 mmol/L            135-146          *3
  POTASSIUM               4.7 mmol/L            3.5-5.3
  CHLORIDE                101 mmol/L            98-110
  CARBON DIOXIDE          27 mmol/L             19-30
  GLUCOSE          [H]    106 MG/DL             65-99
  UREA NITROGEN           13 MG/DL              7-25
  CREATININE              0.88 mg/dL            0.60-1.35
  BUN/CREATININE RATIO    N/A                   6-22
     Bun/Creatinine ratio is not reported when the BUN
     and creatinine values are within normal limits.
  CALCIUM                 9.9 MG/DL             8.6-10.3
  PROTEIN, TOTAL          7.8 G/DL              6.1-8.1
  ALBUMIN                 5.0 G/DL              3.6-5.1
  GLOBULIN, CALCULATED    2.8 G/DL              1.9-3.7
  A/G RATIO               1.8                   1.0-2.5
  BILIRUBIN, TOTAL        0.5 MG/DL             0.2-1.2
  AST                     20 U/L                10-40
  ALT                     17 U/L                9-46
  ALKALINE PHOSPHATASE    62 U/L                40-115
NON-AFRICAN AMERICAN eGFR
                         115 mL/min/1.73m2      > OR = 60

AFRICAN AMERICAN eGFR
                         134 mL/min/1.73m2      > OR = 60


Tests: (4) LIPID PANEL (7600X)
  CHOLESTEROL             186 mg/dL             125-200          *4
  TRIGLYCERIDES           106 mg/dL             <150
  HDL CHOLESTEROL         64 mg/dL              > or = 40
  LDL CHOLESTEROL, CALCULATED
                         101 mg/dL              <130
     Desirable range <100 mg/dL for patients with CHD or
     diabetes and < 70 mg/dL for diabetic patients with
     known heart disease.
  CHOLESTEROL/HDL RATIO
                         2.9 (calc)             0.0-5.0
! NON-HDL CHOLESTEROL     122 mg/dL
     Target for non-HDL cholesterol is 30 mg/dL higher than
     LDL cholesterol target.

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 06/20/2015 5:00 AM
```

_____

```
(1) Order result status: Final
Collection or observation date-time: 06/19/2015 09:51:00
Requested date-time:
Receipt date-time:
Reported date-time: 06/20/2015 04:50:00
Referring Physician:
Ordering Physician: TAISHA WILLIAMS MD (twilliams)
```



**PFC**
**ASSOCIATES LLC**
Police & Fire Clinic

920 Varnum Street NE  Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

February 16, 2021
Page 3
Lab Report

Home: (847) 772-0507

**Jeffrey L Smith**
Male DOB: 04/15/1985        Cell:

```
Specimen Source:
Source: LAB
Filler Order Number: QB5525568
Lab site: QBA Quest Diagnostics Incorporated 1901 Sulphur Spring Road
Baltimore MD 21227 Edgar G. Khalluf, M.D.
Producer ID *1:QBA  L

(2) Order result status: Final
Collection or observation date-time: 06/19/2015 09:51:00
Requested date-time:
Receipt date-time:
Reported date-time: 06/20/2015 04:50:00
Referring Physician:
Ordering Physician: TAISHA WILLIAMS MD (twilliams)
Specimen Source:
Source: LAB
Filler Order Number: QB5525568
Lab site: QBA Quest Diagnostics Incorporated 1901 Sulphur Spring Road
Baltimore MD 21227 Edgar G. Khalluf, M.D.
Producer ID *2:QBA  L

(3) Order result status: Final
Collection or observation date-time: 06/19/2015 09:51:00
Requested date-time:
Receipt date-time:
Reported date-time: 06/20/2015 04:50:00
Referring Physician:
Ordering Physician: TAISHA WILLIAMS MD (twilliams)
Specimen Source:
Source: LAB
Filler Order Number: QB5525568
Lab site: QBA Quest Diagnostics Incorporated 1901 Sulphur Spring Road
Baltimore MD 21227 Edgar G. Khalluf, M.D.
Producer ID *3:QBA  L

(4) Order result status: Final
Collection or observation date-time: 06/19/2015 09:51:00
Requested date-time:
Receipt date-time:
Reported date-time: 06/20/2015 04:50:00
Referring Physician:
Ordering Physician: TAISHA WILLIAMS MD (twilliams)
Specimen Source:
Source: LAB
Filler Order Number: QB5525568
Lab site: QBA Quest Diagnostics Incorporated 1901 Sulphur Spring Road
Baltimore MD 21227 Edgar G. Khalluf, M.D.
Producer ID *4:QBA  L


-----------------
```


**PFC**
ASSOCIATES LLC
Police & Fire Clinic

920 Varnum Street NE  Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

February 16, 2021
Page 4
Lab Report

**Jeffrey L Smith**                                                Home: (847) 772-0507
Male  DOB: 04/15/1985          Cell:

The following lab values were dispersed to the flowsheet
with no units conversion:

  WHITE BLOOD CELL COUNT, 6.7 THOUSAND/UL, (F)  expected units: 10*3/mm3
  RED BLOOD CELL COUNT, 5.15 MILLION/UL, (F)  expected units: 10*6/mm3
  PLATELET COUNT, 293 THOUSAND/UL, (F)  expected units: 10*3/mm3
  ABSOLUTE NEUTROPHILS, 4395 CELLS/UL, (F)  expected units: K/uL
  ABSOLUTE LYMPHOCYTES, 1889 CELLS/UL, (F)  expected units: K/uL
  ABSOLUTE MONOCYTES, 315 CELLS/UL, (F)  expected units: K/uL
  ABSOLUTE EOSINOPHILS, 87 CELLS/UL, (F)  expected units: K/uL
  ABSOLUTE BASOPHILS, 13 CELLS/UL, (F)  expected units: K/uL


-----------------

The following non-numeric lab results were dispersed to
the flowsheet even though numeric results were expected:

  WBC, NONE SEEN
  SQUAMOUS EPITHELIAL, NONE SEEN
  BACTERIA, NONE SEEN
  BUN/CREATININE RATIO, N/A


**Electronically signed by Taisha Williams MD on 06/22/2015 at 8:44 AM**

Quest Diagnostics Incorporated



PATIENT INFORMATION
**SMITH, JEFFREY L**

REPORT STATUS **Final**

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE (410-247-9100)

DOB: 04/15/1985  Age: 23
GENDER: M

ORDERING PHYSICIAN
DR. **LASTRAPES**
CLIENT INFORMATION
379687
PEC MPD
920 VARNUM ST NE
WASHINGTON, DC 20017

SPECIMEN INFORMATION
SPECIMEN:      QA8312660
REQUISITION: 3796870002878
LAB REF NO:

ID: 361744732

COLLECTED:   05/28/2008    19:36
RECEIVED:    05/29/2008    03:27
REPORTED:    05/29/2008    14:10

COMMENTS:    MPD APPL (847)772-0507

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| | | | | QBA |
| URINALYSIS, COMPLETE | | | | |
| COLOR | YELLOW | | YELLOW, STRAW OR AMBER | |
| CLARITY | CLEAR | | CLEAR | |
| SPECIFIC GRAVITY | 1.020 | | 1.005-1.030 | |
| PH | 5.5 | | 5.0-8.0 | |
| PROTEIN | NEG. | | NEG. | |
| GLUCOSE, QUAL | NEG. | | NEG. | |
| KETONES | | 1+ | NEG. | |
| BILIRUBIN | NEG. | | NEG. | |
| BLOOD | NEG. | | NEG. | |
| LEUKOCYTE ESTERASE | NEG. | | NEG. | |
| NITRITE | NEG. | | NEG. | |
| WBC | NONE SEEN | | 0-5 | |
| RBC | NONE SEEN | | 0-3 | |
| SQUAMOUS EPITHELIAL | NONE SEEN | | 0-5 | |
| BACTERIA | NONE SEEN | | NONE SEEN | |
| | | | | QBA |
| CBC (INCLUDES DIFF/PLT) | | | | |
| WHITE BLOOD CELL COUNT | 7.9 | | 3.8-10.8 THOUS/MCL | |
| RED BLOOD CELL COUNT | 5.05 | | 4.20-5.80 MILL/MCL | |
| HEMOGLOBIN | 15.3 | | 13.2-17.1 G/DL | |
| HEMATOCRIT | 43.1 | | 38.5-50.0 % | |
| MCV | 85 | | 80-100 FL | |
| MCH | 30.3 | | 27-33 PG | |
| MCHC | 35.5 | | 32-36 G/DL | |
| PLATELET COUNT | 253 | | 140-400 THOUS/MCL | |
| RDW | 12.1 | | 11.0-15.0 % | |
| MPV | 8.3 | | 7.5-11.5 FL | |
| ABSOLUTE NEUTROPHILS | 4969 | | 1500-7800 CELLS/MCL | |
| ABSOLUTE LYMPHOCYTES | 2236 | | 850-3900 CELLS/MCL | |
| ABSOLUTE MONOCYTES | 474 | | 200-950 CELLS/MCL | |
| ABSOLUTE EOSINOPHILS | 182 | | 15-550 CELLS/MCL | |
| ABSOLUTE BASOPHILS | 40 | | 0-200 CELLS/MCL | |
| NEUTROPHILS | 62.9 | | % | |
| LYMPHOCYTES | 28.3 | | % | |
| REACTIVE LYMPHOCYTES | 0.0 | | % | |
| MONOCYTES | 6.0 | | % | |
| EOSINOPHILS | 2.3 | | % | |
| BASOPHILS | 0.5 | | % | |
| COMMENT | | | | |
| | | Platelets appear adequate. | | |

SMITH, JEFFREY L - QA8312660

Page 1 - Continued on Page 2

Quest Diagnostics Incorporated

| | | |
|---|---|---|
| PATIENT INFORMATION | | REPORT STATUS Final |
| SMITH, JEFFREY L | | |
| | | ORDERING PHYSICIAN |
| QUEST DIAGNOSTICS INCORPORATED | DOB: 04/15/1985  Age: 23 | DR LASTRAPES |
| | GENDER: M | |
| REPORTED:  05/29/2008  14:10 | ID: 361744732 | |
| COLLECTED:  05/28/2008  19:36 | | |

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| | | | | QBA |
| RPR (DX) W-REFL TITER AND CONF | | | | |
|   RPR SCREEN | Non-Reactive | | Non-Reactive | |
| | | | | QBA |
| BASIC METABOLIC PANEL W-O eGFR | | | | |
|   SODIUM | 142 | | 135-146 mmol/L | |
|   POTASSIUM | 4.7 | | 3.5-5.5 mmol/L | |
|   CHLORIDE | 102 | | 98-110 mmol/L | |
|   CARBON DIOXIDE | 23 | | 21-33 mEQ/L | |
|   GLUCOSE | 92 | | 65-99 MG/DL | |
|   UREA NITROGEN | 15 | | 7-25 MG/DL | |
|   CREATININE | 1.05 | | 0.50-1.30 MG/DL | |
|   BUN/CREATININE RATIO | 14.3 | | 6-22 | |
|   CALCIUM | 9.8 | | 8.6-10.4 MG/DL | |
| | | | | QBA |
| HEPATIC FUNCTION PANEL | | | | |
|   PROTEIN, TOTAL | 8.0 | | 6.2-8.3 G/DL | |
|   ALBUMIN | 5.0 | | 3.6-5.1 G/DL | |
|   GLOBULIN, CALCULATED | 3.0 | | 2.1-3.7 G/DL | |
|   A/G RATIO | 1.7 | | 1.0-2.1 | |
|   BILIRUBIN, TOTAL | 0.7 | | 0.2-1.2 MG/DL | |
|   BILIRUBIN, DIRECT | 0.1 | | 0.0-0.2 MG/DL | |
|   ALT | 18 | | 10-40 U/L | |
|   AST | 15 | | 9-60 U/L | |
|   ALKALINE PHOSPHATASE | 72 | | 40-115 U/L | |
| | | | | QBA |
| LIPID PANEL | | | | |
|   CHOLESTEROL | 194 | | 125-200 MG/DL | |
|   TRIGLYCERIDES | 54 | | <150 MG/DL | |
|   HDL CHOLESTEROL | 95 | | >39 MG/DL | |
|   LDL CHOLESTEROL, CALCULATED | 88 | | 0-100 MG/DL | |
|   CHOLESTEROL/HDL RATIO | 2.0 | | 0.0-5.0 | |

Performing Laboratory Information:

QBA   Quest Diagnostics Incorporated 1901 Sulphur Spring Road Baltimore MD  21227 Laboratory Director: Robert R. L. Smith, M.D.

SMITH, JEFFREY L = QA8312660



# LIFETRACK MEDICAL SYSTEMS
### FAX: +1 985 249 2690

## Medical Imaging Department

Patient Name        : SMITH, JEFFREY L.          Modality      : DX
Patient ID          : 4732 (2)                   Body Part     : CHEST
Date of Birth       : 19850415 Sex : M   Age : 33Y11M   Study Date    : 2019-04-03
Referring Physician : LAWRENCE, TONY             Study Time    : 07:43:58
Study Description   : XR CHEST 2 VIEWS
Institution         : PFC Associates

---

## Final Radiologic Findings

History: Physical exam

Technique: PA and lateral chest.

Findings: The lungs are clear.  The heart size is normal.  There is no pneumothorax.  There is no effusion.

Impression:  Unremarkable exam.

Matt Hudkins
RADIOLOGIST



**PFC** LLC
Police & Fire Clinic

920 Varnum Street NE  Washington, DC 20017
(202) 854-7400  Fax: (202) 854-7564

*February 16, 2021*
*Page 1*
*Clinical Lists Update*

**Jeffrey L Smith**
Male  DOB: 04/15/1985          Cell:

Home: (847) 772-0507

**06/19/2015 - Clinical Lists Update: Radiology Reports:Chest, PA & lateral**
**Provider: Louis Napoli MD**
**Location of Care: MPD MEDICAL**

**Name:** Jeffrey L Smith
**D.O.B.:** 04/15/1985
**Patient ID:** 17561
**Order Date:** 06/19/2015
**Provider:** Taisha Williams

**Examination:** CHEST (PA AND LATERAL)

**Findings:** The lungs appear essentially clear.  The heart, great vessels, mediastinum and bony thorax are within normal limits.

**Impression:** Normal study.

Louis Napoli, M.D.
LN:rrr

d: 06/19/2015
t: 06/22/2015

**Electronically signed by Rita Randolph on 06/22/2015 at 12:27 PM**
**Electronically signed by Taisha Williams MD on 06/26/2015 at 1:50 PM**
**Electronically signed by Louis Napoli MD on 06/26/2015 at 2:47 PM**



**PFC ASSOCIATES LLC**
Police & Fire Clinic

920 Varnum Street, NE
Washington, DC 20017-2145
Office: (202) 854-7400
Fax: (202) 854-7827

# PFC HEALTH QUESTIONNAIRE

**DATE:** 1/14/21

**NAME:** Smith, Jeff

**DOB:** 4/15/85

**DEPARTMENT:** MPD

## IN THE LAST (3) DAYS HAVE YOU HAD:

**SHORTNESS OF BREATH?**.............................. YES _____ NO _X_

**A COUGH?**.............................................. YES _____ NO _X_

## OR TWO OR MORE OF THE FOLLOWING:

**FEVER?**.................................................. YES _____ NO _X_

**SORE THROAT?**...................................... YES _____ NO _X_

**CHILLS?**................................................. YES _____ NO _X_

**BODY ACHES?** (not related to activity) .......... YES _____ NO _X_

**NEW LOSS OF TASTE OR SMELL?**................. YES _____ NO _X_

**HEADACHE?**............................................ YES _____ NO _X_

*A joint partnership of Providence Hospital and Washington Hospital Center*
*To provide occupational medicine services for the District of Columbia's public safety officers.*

Revised 11/2/2020-dm

PD Form 42 Rev. 9/2019 *Autosized 1/95*

| INJURY – ON DUTY ☒ | METROPOLITAN POLICE DEPARTMENT. Washington, D.C. | TYPE OF REPORT | CCN NO. |
|---|---|---|---|
| INJURY – OFF DUTY ☐ | | ORIGINAL ☒ | |
| ILLNESS – ON DUTY ONLY ☐ | INJURY OR ILLNESS REPORT | SUPPLEMENTARY ☐  DATE OF ORIG RPT_____ | DATE REPORT PREPARED |

| NAME OF MEMBER (Last, First, MI) | RANK | CAD | BADGE | ELEMENT | CURRENT ASSIGNMENT |
|---|---|---|---|---|---|
| Smith, Jeffrey | OFC | 8739 | 4626 | 2D | 209 |

| NATURE OF INJURY / ILLNESS: (List your injuries specifying areas on body. In case of illness, list symptoms.) | DATE/ TIME OF INJURY/ ILLNESS |
|---|---|
| PAIN TO NECK. | 1735 / 1/6/21 |
| | DATE LAST WORKED |

| CAUSE: (List the known or suspected cause of your injury or illness.) | TOUR / DAYS OFF |
|---|---|
| Hit with flying object in face shld of helmet. | Eve Thur/Fri Sat |
| | SICK LEAVE BALANCE |

STATEMENT OF FACTS: (Describe the nature and circumstances of your injury/illness. Describe the area(s) of the body affected. Specify when and how the injury occurred, and include names and contact information of any witnesses to the injury/illness.)

I was outside of The US capital and people started Throwing things metal objects. around 535pm Same kind of object hit me in the face shld, began feeling pain in my neck and face.

| NAME OF DUTY OFFICIAL NOTIFIED | DATE & TIME | HOSPITAL/URGENT CARE TREATMENT | NAME OF HOSPITAL/ URGENT CARE |
|---|---|---|---|
| Sgt Nevel | 1/6/21 2100 | Yes ☐   No ☐ | |
| WATCH COMMANDER NOTIFIED (On Duty Injury/Illness Only) | DATE & TIME | WORKING OUTSIDE EMPLOYEMENT AT TIME OF THE INCIDENT | |
| | | Yes ☐   No ☐ | |
| SIGNATURE OF MEMBER OR OFFICIAL PREPARING REPORT IF MEMBER IS UNABLE | | SIGNATURE OF COMMANDING OFFICER | DATE |

| ➤ MEMBER ONLY ◀ | ➤ MEDICAL SERVICES DIVISION USE ONLY ◀ | | |
|---|---|---|---|
| VOLUNTARY WAIVER FOR NON-POD INJURY/ILLNESS | | | |
| ☐ I AM NOT REQUESTING A PERFORMANCE OF DUTY DETERMINATION FOR THIS INJURY/ ILLNESS. I ELECT TO USE MY OWN SICK LEAVE FOR ANY TIME OFF. | PERFORMANCE OF DUTY ☐ | NON-POD ☐ | |
| SIGNATURE OF MEMBER | APPROVED BY | CAD | DATE |

NOTE: PD Form 42 shall be submitted to MSD within 24 hours from the occurence or detection of any on-duty illness or injury. The official's certification of this report shall be completed by the end of the tour. Reports of off-duty injuries shall be certified within 24 hours of the report.



**Corporate Support Bureau**
**Medical Services Division**

920 Varnum Street NE, Washington, DC 20017   (202) 854-7731 (Office)

**TO:**  Jeffrey L. Smith
Officer
Second District

**THRU:**  Commander
Second District

**FROM:**  Matthew Miranda
Director
Medical Services Division

**EXAMINER:**  Tamicka Smithson
Claims Specialist
Medical Services Division

**DATE:**  January 7, 2021

**SUBJECT:**  Classification of PD 42 Illness/Injury Report
CCN: 21-002-555
Date of Incident: 01/06/2021
Report Date: 01/06/2021
Determination: Performance of Duty (POD)

### Jurisdiction

Pursuant to the Police and Firefighters Retirement and Relief Act, as amended, D.C. Code §5-708.01 et seq., and the Metropolitan Police Department (MPD) General Order PER 100.11, Parts IV & V (April 25, 2006), as amended (April 17, 2008) the Director, Medical Services Division (MSD), has jurisdiction in this matter.

### Determination

Having reviewed the request, records maintained at the MSD, also known as the Police and Fire Clinic (PFC), departmental policies and applicable DC and other pertinent workers compensation laws, the Director, Medical Services Division, has determined the member has reported a compensable injury that arose out of and in the course of his employment. The PD 42 report is thereby accepted and classified as **Performance of Duty (POD).**

The PD 42 report and the record on file at the Police and Fire Clinic (PFC) indicate the member incurred an injury while in the performance of his duty on the date of incident referenced in the subject. The member was assigned to "CDU 23"and deployed to the U.S. Capitol building. The member reported people started throwing metal objects; an object hit him in the face shield of his helmet and he sustained pain to his neck and face. The member presented at the PFC on January 06, 2021 for evaluation and treatment. The PFC medical provider diagnosed the member's injury as "Neck pain, right." The member was placed in a Sick Leave status and remains in that status as of this writing.

Based on the facts reported by the member, medical evidence and DC law, the Director, Medical Services Division, has determined the member has reported a compensable work-related injury or illness pursuant to the Police and Firefighters Retirement and Relief Act. In accordance with the D.C. Code § 5-633, the member shall be entitled to non-chargeable medical leave and administrative pay, for a period of not more than 2 years from the date of the original injury in accordance with rules established by the Mayor, for anytime not worked causally connected with the POD injury or illness.

Received by: _____     Date: _____

Serving Official: _____     Date: _____

cc :    Member's PD 42 file

**Officer Jeffrey L. Smith**
**CCN: 21-002-555**

*This Determination, prepared for workers' compensation purposes, may contain confidential and/or privileged information. In accordance with privacy regulations, only the member and/or appropriate and authorized personnel should have access to this document.*

Physical

Smith, Jeffrey L.
KDS

Smith Jeffrey   4/15/85 DOB   (4732)   DR Lawrence

**TRACKING SHEET**

|  | Bomb Squad | Biennial | Promotional | Pre-5 Yr | Probationary | Annual | Probationary | Promotional | Biennial | Probationary | Biennial |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | MPD |  |  |  | FD | USSF |  | USPP |  | USSS |
| Questionnaire |  | 72 |  |  |  |  |  |  |  |  |  |
| Med Hx |  | 72 |  |  |  |  |  |  |  |  |  |
| Occ Hx |  | 72 |  |  |  |  |  |  |  |  |  |
| BP/HR |  | JRD |  |  |  |  |  |  |  |  |  |
| Ht |  | JRD |  |  |  |  |  |  |  |  |  |
| Wt |  | JRD |  |  |  |  |  |  |  |  |  |
| CVS |  | 72 |  |  |  |  |  |  |  |  |  |
| Lung |  | 72 |  |  |  |  |  |  |  |  |  |
| MS |  | 72 |  |  |  |  |  |  |  |  |  |
| EKG[1] |  | JRD |  |  |  |  |  |  |  |  |  |
| Audiogram |  | JRD |  |  |  |  |  |  |  |  |  |
| Far Visual Acuity |  | JRD |  |  |  |  |  |  |  |  |  |
| Peripheral Vision |  | JRD |  |  |  |  |  |  |  |  |  |
| Color Vision |  | JRD |  |  |  |  |  |  |  |  |  |
| U/A |  | 26 |  |  |  |  |  |  |  |  |  |
| CBC |  | 72 |  |  |  |  |  |  |  |  |  |
| Chem Panel (Chem10) |  | 2C |  |  |  |  |  |  |  |  |  |
| LFTs[2] |  | 2C |  |  |  |  |  |  |  |  |  |
| Lipid Profile |  | 2C |  |  |  |  |  |  |  |  |  |
| Urine Drug Screen |  | 9 |  |  |  |  |  |  |  |  |  |
| CXR[3] |  | RL |  |  |  |  |  |  |  |  |  |
| Stress Test |  |  |  |  |  |  |  |  |  |  |  |
| Spirometry |  |  |  |  |  |  |  |  |  |  |  |

1. EKG – Every other year up to 35, then every year at 36 and beyond.
2. CXR – Every 4 years, unless otherwise indicated due to asbestos or other exposure.
3. Member has the right to decline CXR, if so please initial here _____.



920 Varnum Street, NE
Washington, DC 20017
(202) 269-7400
Fax (202) 269-7827

# TITMUS VISION TEST RECORD

NAME **Smith, Jeffrey L**          DATE **4-3-2019**

SOCIAL SECURITY NUMBER **4732**

DEPARTMENT **MPD**          AGE _____          ☑ M ☐ F

ASSES ☑ YES ☐ NO          CONTACT LENSES ☐ YES ☐ NO          X _____

AMOUNT OF TIME

| ST #1 BINOC. VISION | 4 cubes | 2 cubes | 3 cubes | FAR | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | NEAR | | | | | | | |

ST #2 BOTH EYES FAR          VISUAL ACUITY TESTING
TARGET

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| /200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 | 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 |
| | | UNCORRECTED | | | | | | | CORRECTED | | | | |

SINGLE VISION

ST #3 RIGHT-EYE FAR          TARGET

| | 2 | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 | 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 |
| | | UNCORRECTED | | | | | | | CORRECTED | | | | |

T #4 LEFT EYE FAR          TARGET

| | 2 | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| :00 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 | 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 |
| | | UNCORRECTED | | | | | | | CORRECTED | | | | |

Please turn page over

*A joint partnership of Providence Hospital and Washington Hospital Center to provide occupational medicine services for the District of Columbia's public safety officers.*

| TEST #2 BOTH EYES NEAR | | | | | | | VISUAL ACUITY TESTING TARGET | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 | 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 |
| | | | UNCORRECTED | | | | | | | CORRECTED | | | |

| TEST #3 RIGHT EYE NEAR | | | | | | | VISUAL ACUITY TESTING TARGET | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 | 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 |
| | | | UNCORRECTED | | | | | | | CORRECTED | | | |

| TEST #4 LEFT EYE NEAR | | | | | | | VISUAL ACUITY TESTING TARGET | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 | 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 |
| | | | UNCORRECTED | | | | | | | CORRECTED | | | |

| TEST #5 | STEREO | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| | DEPTH | B | L | B | T | T | L | R | L | R |

| TEST #6 | COLOR | - | A | B | C | D | E | F | 9/9 |
|---|---|---|---|---|---|---|---|---|---|

| | FAR VISION | | | | | | | NEAR VISION | |
|---|---|---|---|---|---|---|---|---|---|
| TEST #7 | VERTICAL | 1 | 2 | 3 | 4 | 5 | 6 | 7 | TEST #7 | VERTICAL | 1 2 3 4 5 6 7 |
| TEST #8 | LATERAL | | | | | | | | TEST #8 | LATERAL |
| 1 2 3 4 5 | 6 7 8 9 10 11 12 13 14 15 | | | | | | | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 |

| PERIMETER | Right Temporal | 85° | 70° | 55° | Nasal | 45° | Total | 130 |
|---|---|---|---|---|---|---|---|---|
| SCORE | Left Temporal | 85° | 70° | 55° | Nasal | 45° | Total | 130 |
| | | | | | Both Eyes | | Total | 260 |

_Juno R. Darier_
Test Administrator

## POLICE FIRE CLINIC ASSOCIATES
## HEARING TEST NOTIFICATION

Listener: SMITH, JEFFREY       ID: 4732       Birthdate: 4/15/1985       Department: MPD

Test Date: 04/03/2019  2:31 PM

| Test Results | LEFT | | | | | | | | | RIGHT | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Frequency | .5 | 1k | 15 | 2k | 3k | 4k | 6k | 8k | | .5 | 1k | 15 | 2k | 3k | 4k | 6k | 8k |
| Baseline | -- | -- | -- | -- | -- | -- | -- | -- | | -- | -- | -- | -- | -- | -- | -- | -- |
| Current | 5 | 0 | -- | 0 | 0 | 5 | 5 | 5 | | 0 | 0 | -- | 5 | 5 | 5 | 10 | 5 |
| Change | -- | -- | -- | -- | -- | -- | -- | -- | | -- | -- | -- | -- | -- | -- | -- | -- |



Left Ear Hearing

Solid Line = Current Test Results



Right Ear Hearing

Dashed Line = Baseline Test Results

### LEFT

Your speech-frequency results are very good.

Your high-frequency results are very good.

No previous test so no comparison made.

### RIGHT

Your speech-frequency results are very good.

Your high-frequency results are very good.

No previous test so no comparison made.

Date: _____

# PFC
**ASSOCIATES**

920 Varnum Street, NE
Washington, DC 20017
(202) 269-7400
Fax (202) 269-7827

*EA*

# TITMUS VISION TEST RECORD

NAME __Jeffrey Smith__          DATE __5/8/7__

SOCIAL SECURITY NUMBER __4730__

DEPARTMENT __mpd__          AGE _____   ☑M ☐F

GLASSES ☑YES ☐NO     CONTACT LENSES ☑YES ☐NO     X _____
                                                    AMOUNT OF TIME

| TEST #1 BINOC. VISION | 4 cubes | 2 cubes | 3 cubes | | FAR | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | NEAR | | | | | | |

| TEST #2 BOTH EYES FAR | | | VISUAL ACUITY TESTING TARGET | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

VISUAL ACUITY TESTING
TARGET

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 | | 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 |
| | | UNCORRECTED | | | | | | | | | CORRECTED | | | |

SINGLE VISION

| TEST #3 RIGHT EYE FAR | | | | | | | | TARGET | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 | | 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 |
| | | UNCORRECTED | | | | | | | | | CORRECTED | | | |

| TEST #4 LEFT EYE FAR | | | | | | | | TARGET | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 | | 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 |
| | | UNCORRECTED | | | | | | | | | CORRECTED | | | |

Please turn page over

✓ EKAPR

*A joint partnership of Providence Hospital and Washington Hospital Center
to provide occupational medicine services for the District of Columbia's public safety officers.*

| TEST #2 BOTH EYES NEAR | | | | | | | VISUAL ACUITY TESTING<br>TARGET | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1<br>20/200 | 2<br>20/100 | 3<br>20/70 | 4<br>20/50 | 5<br>20/40 | 6<br>20/30 | 7<br>20/20 | 1<br>20/200 | 2<br>20/100 | 3<br>20/70 | 4<br>20/50 | 5<br>20/40 | 6<br>20/30 | 7<br>20/20 |
| | | | UNCORRECTED | | | | | | | CORRECTED | | | |

| TEST #3 RIGHT EYE NEAR | | | | | | | VISUAL ACUITY TESTING<br>TARGET | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1<br>20/200 | 2<br>20/100 | 3<br>20/70 | 4<br>20/50 | 5<br>20/40 | 6<br>20/30 | 7<br>20/20 | 1<br>20/200 | 2<br>20/100 | 3<br>20/70 | 4<br>20/50 | 5<br>20/40 | 6<br>20/30 | 7<br>20/20 |
| | | | UNCORRECTED | | | | | | | CORRECTED | | | |

| TEST #4 LEFT EYE NEAR | | | | | | | VISUAL ACUITY TESTING<br>TARGET | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1<br>20/200 | 2<br>20/100 | 3<br>20/70 | 4<br>20/50 | 5<br>20/40 | 6<br>20/30 | 7<br>20/20 | 1<br>20/200 | 2<br>20/100 | 3<br>20/70 | 4<br>20/50 | 5<br>20/40 | 6<br>20/30 | 7<br>20/20 |
| | | | UNCORRECTED | | | | | | | CORRECTED | | | |

| TEST #5 | STEREO | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| | DEPTH | B | L | B | T | T | L | R | L | R |

| TEST #6 | COLOR | A<br>1 | B<br>5 | C<br>6 | D<br>6 | E<br>1/8 | F<br>0 | 9/9 |
|---|---|---|---|---|---|---|---|---|

| | FAR VISION | | | | | | | NEAR VISION | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEST #7 | VERTICAL | 1 | 2 | 3 | 4 | 5 | 6 | 7 | TEST #7 | VERTICAL | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| TEST #8 | LATERAL | | | | | | | | TEST #8 | LATERAL | | | | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |

| PERIMETER<br>SCORE | Right Temporal | 85° | 70° | 55° | Nasal | 45° | Total | 130 |
|---|---|---|---|---|---|---|---|---|
| | Left Temporal | 85° | 70° | 55° | Nasal | 45° | Total | 130 |
| | | | | | Both Eyes | | Total | 260 |

Test Administrator



PFC Associates

HEARING TEST NOTIFICATION

Listener: SMITH,JEFFREY ID:4732      Clock:        Birth:04/15/1985
Test date: 05/03/2017 15:42

TEST RESULTS:                    LEFT                    RIGHT
  Frequency      .5 1k 15 2k 3k 4k 6k 8k    .5 1k 15 2k 3k 4k 6k 8k
  Current         5 -5 --  0  5 15 10  0    10  0 --  5  5  0 15  5

ANALYSIS OF RIGHT EAR:

ANALYSIS OF LEFT EAR:

Listener signature:_____    Date:_____

Smith, Jeffrey L.
# 4732   DOB: 4/15/85

EA 330am
5/3/2017

## TRACKING SHEET

| | Bomb Squad | Biennial | Promotional | Pre-5 year | Probationary | Annual | Probationary | Promotional | Biennial | Probationary | Biennial |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MPD | | | FD | | | USPP | | USS |
| Questionnaire | | EKAPAC | | | | | | | | | |
| Med Hx | | EKAPAC | | | | | | | | | |
| Occ Hx | | N/A | | | | | | | | | |
| BP/HR | | BB | | | | | | | | | |
| Ht | | | | | | | | | | | |
| Wt | | | | | | | | | | | |
| CVS | | EKAPAC | | | | | | | | | |
| Lung | | EKAPAC | | | | | | | | | |
| MS | | EKAPAC | | | | | | | | | |
| EKG¹ | | BB | | | | | | | | | |
| Audiogram | | | | | | | | | | | |
| Far Visual Acuity | | | | | | | | | | | |
| Peripheral Vision | | | | | | | | | | | |
| Color Vision | | | | | | | | | | | |
| U/A | | DG/16 | | | | | | | | | |
| CBC | | DG/16 | | | | | | | | | |
| Chem Panel (Chem10) | | DG/16 | | | | | | | | | |
| LFTs² | | DG/16 | | | | | | | | | |
| Lipid Profile | | DG/16 | | ■■■■ | | ■■■■ | | | | | |
| Urine Drug Screen | | DG/16 | | | | | | | ■■■■ | | |
| CXR³ | | BB/16 | | | | | | | | | |

1. EKG - Every other year up to 35, then every at 36 and beyond.
2. CXR – Every 4 years unless otherwise indicated due to asbestos or other exposure.
3. Member has right to decline CXR, if so initial here _____.

Revised 10/2016



SMITH, JEFFREY
ID:    4732

05/03/2017 15:03:54

Sinus rhythm
ST junctional depression is nonspecific

* Unconfirmed Analysis *

D.O.B.: 04/16/1985    32 YEARS
MALE
Meds:
Class:
Dr:    EA
Tech:    BO

Borderline ECG

| | |
|---|---|
| Ventrical Rate: | 83 bpm |
| RR Interval: | 722 ms |
| PR Interval: | 136 ms |
| QRS Duration: | 98 ms |
| QT Interval: | 364 ms |
| QTc Interval: | 404 ms |
| QT Dispersion: | 14 ms |
| P-R-T AXIS: | 36° 25° 46° |

∅ Chest SR
∅ ST As
Benign EKG

Smith, Jeffrey L    # 4732    4/15/85

6/19/15   TW

## TRACKING SHEET

| | Bomb Squad | Biennial | Promotional | Pre-5 year | Probationary | Annual | Probationary | Promotional | Biennial | Probationary | Biennial |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MPD    FD | | | | USPP    FD | | USPP | | USSS |
| Questionnaire | | TW | | | | | | | | | |
| Med Hx | | TW | | | | | | | | | |
| Occ Hx | | TW | | | | | | | | | |
| BP/HR | | R.B | | | | | | | | | |
| Ht | | R.B | | | | | | | | | |
| Wt | | R.B | | | | | | | | | |
| CVS | | TW | | | | | | | | | |
| Lung | | TW | | | | | | | | | |
| MS | | TW | | | | | | | | | |
| EKG[1] | | R.B | | | | | | | | | |
| Audiogram | | Not Working | | | | | | | | | |
| Far Visual Acuity | | R.B | | | | | | | | | |
| Peripheral Vision | | R.B | | | | | | | | | |
| Color Vision | | R.B | | | | | | | | | |
| U/A | | R.B | | | | | | | | | |
| CBC | | R.B | | | | | | | | | |
| Chem Panel (Chem10) | | R.B | | | | | | | | | |
| LFTs[2] | | R.B | | | | | | | | | |
| Lipid Profile | | R.B | | | | | | | | | |
| Urine Drug Screen | | R.B | | | | | | | | | |
| CXR[3] | | TW | | | | | | | | | |
| PFT | | | | | | | | | | | |

1. EKG – Every other year up to 35, then every year at 36 and beyond.
2. Lipid Profile – Every other year unless otherwise indicated.
3. CXR – Every 4 years, unless otherwise indicated due to asbestos or other exposure.
4. PFT (HAZMAT physical) – initial evaluation or respiratory symptoms or exposed to irritating substance, or annually if asbestos exposed.  Member may decline; if so initial here: _____

PFC Associates

HEARING TEST NOTIFICATION

Listener: SMITH,JEFFREY L ID:4792        Clock:        Birth:04/12/1985
Test date: 06/26/2015 09:51

TEST RESULTS:                LEFT                    RIGHT
  Frequency        .5 1k 15 2k 3k 4k 6k 8k    .5 1k 15 2k 3k 4k 6k 8k
  Current          10  0 --  5  5  5 15  0    10 10 --  0  5  5  5  5

ANALYSIS OF RIGHT EAR:

ANALYSIS OF LEFT EAR:

| Left Ear Hearing | Right Ear Hearing |
|---|---|
| | |

Listener signature: _____    Date:_____



T·W



920 Varnum Street, NE
Washington, DC 20017
(202) 269-7400
Fax (202) 269-7827

# TITMUS VISION TEST RECORD

NAME _Jeffrey L. Smith_     DATE _06/19/15_

SOCIAL SECURITY NUMBER _4732_

DEPARTMENT _PFC_     AGE _30_     ☑ M   ☐ F

GLASSES ☑ YES   ☐ NO     CONTACT LENSES ☐ YES  ☑ NO     X _____
AMOUNT OF TIME

| TEST #1 BINOC. VISION | 4 cubes | 2 cubes | 3 cubes | FAR | |
| NEAR | |

**TEST #2 BOTH EYES FAR**   VISUAL ACUITY TESTING
TARGET

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 | | 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 |
| | | UNCORRECTED | | | | | | | | | CORRECTED | | | |

**SINGLE VISION**

**TEST #3 RIGHT EYE FAR**   TARGET

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 | | 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 |
| | | UNCORRECTED | | | | | | | | | CORRECTED | | | |

**TEST #4 LEFT EYE FAR**   TARGET

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 | | 20/200 | 20/100 | 20/70 | 20/50 | 20/40 | 20/30 | 20/20 |
| | | UNCORRECTED | | | | | | | | | CORRECTED | | | |

Please turn page over

*A joint partnership of Providence Hospital and Washington Hospital Center
to provide occupational medicine services for the District of Columbia's public safety officers.*

| TEST #2 BOTH EYES NEAR | | | | VISUAL ACUITY TESTING<br>TARGET | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1<br>20/200 | 2<br>20/100 | 3<br>20/70 | 4<br>20/50 | 5<br>20/40 | 6<br>20/30 | 7<br>20/20 | 1<br>20/200 | 2<br>20/100 | 3<br>20/70 | 4<br>20/50 | 5<br>20/40 | 6<br>20/30 | 7<br>20/20 |
| | | | UNCORRECTED | | | | | | | CORRECTED | | | |

| TEST #3 RIGHT EYE NEAR | | | | VISUAL ACUITY TESTING<br>TARGET | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1<br>20/200 | 2<br>20/100 | 3<br>20/70 | 4<br>20/50 | 5<br>20/40 | 6<br>20/30 | 7<br>20/20 | 1<br>20/200 | 2<br>20/100 | 3<br>20/70 | 4<br>20/50 | 5<br>20/40 | 6<br>20/30 | 7<br>20/20 |
| | | | UNCORRECTED | | | | | | | CORRECTED | | | |

| TEST #4 LEFT EYE NEAR | | | | VISUAL ACUITY TESTING<br>TARGET | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1<br>20/200 | 2<br>20/100 | 3<br>20/70 | 4<br>20/50 | 5<br>20/40 | 6<br>20/30 | 7<br>20/20 | 1<br>20/200 | 2<br>20/100 | 3<br>20/70 | 4<br>20/50 | 5<br>20/40 | 6<br>20/30 | 7<br>20/20 |
| | | | UNCORRECTED | | | | | | | CORRECTED | | | |

| TEST #5 | STEREO | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| | DEPTH | B | L | B | T | T | L | R | L | R |

| TEST #6 | COLOR | A | B | C | D | E | F | 9/9 |
|---|---|---|---|---|---|---|---|---|

| | FAR VISION | | | | | | | NEAR VISION | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEST #7 | VERTICAL | 1 | 2 | 3 | 4 | 5 | 6 | 7 | TEST #7 | VERTICAL | 1 | 2 | 3 | 4 | 5 | 6 | 7 |

| TEST #8 | LATERAL | | TEST #8 | LATERAL |
|---|---|---|---|---|

| 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| PERIMETER<br>SCORE | Right Temporal | 85° | 70° | 55° | Nasal | 45° | Total | 130 |
|---|---|---|---|---|---|---|---|---|
| | Left Temporal | 85° | 70° | 55° | Nasal | 45° | Total | 130 |
| | | | | | Both Eyes | | Total | 260 |

R. Burto

Test Administrator

Form 42 Rev. 9/2019 Automated 3/95

| ☒ INJURY – ON DUTY | METROPOLITAN POLICE DEPARTMENT | TYPE OF REPORT | CCN NO. |
|---|---|---|---|
| ☐ INJURY – OFF DUTY | Washington, D.C. | ☒ ORIGINAL | DATE REPORT PREPARED |
| ☐ ILLNESS – ON DUTY ONLY | INJURY OR ILLNESS REPORT | ☐ SUPPLEMENTARY DATE OF ORIG RPT | |

| NAME OF MEMBER (Last, First, MI) | RANK | CAD | BADGE | ELEMENT | CURRENT ASSIGNMENT |
|---|---|---|---|---|---|
| Smith, Jeffrey | OFC | 8739 | 4626 | 2D | 209 |

NATURE OF INJURY / ILLNESS:  (List your injuries-specifying areas on body. In case of illness, list symptoms.)

PAIN TO ~~Neck~~

DATE/ TIME OF INJURY/ILLNESS
1735 / 1/6/21

DATE LAST WORKED

CAUSE: (List the known or suspected cause of your injury or illness.)

Hit with flying object in face shld of helmet.

TOUR / DAYS OFF
Eve Thur Fri Sat

SICK LEAVE BALANCE

STATEMENT OF FACTS:  (Describe the nature and circumstances of your injury/illness.  Describe the area(s) of the body affected.  Specify when and how the injury occurred, and include names and contact information of any witnesses to the injury/illness.)

I was outside of the US capital and people started throwing things metal objects around 535pm Some kind of object hit me in the face shld. began feeling pain in my neck and face.

| NAME OF DUTY OFFICIAL NOTIFIED | DATE & TIME | HOSPITAL/URGENT CARE TREATMENT | NAME OF HOSPITAL/ URGENT CARE |
|---|---|---|---|
| Sgt Nevel | 1/6/21 2100 | ☐ Yes   ☐ No | |
| WATCH COMMANDER NOTIFIED (On Duty Injury/Illness Only) | DATE & TIME | WORKING OUTSIDE EMPLOYEMENT AT TIME OF THE INCIDENT | |
| | | ☐ Yes   ☐ No | |
| SIGNATURE OF MEMBER OR OFFICIAL PREPARING REPORT IF MEMBER IS UNABLE | | SIGNATURE OF COMMANDING OFFICER | DATE |

| ➤ MEMBER ONLY ◄ | ➤ MEDICAL SERVICES DIVISION USE ONLY ◄ |
|---|---|

| VOLUNTARY WAIVER FOR NON-POD INJURY/ILLNESS | | |
|---|---|---|
| ☐ I AM NOT REQUESTING A PERFORMANCE OF DUTY DETERMINATION FOR THIS INJURY/ ILLNESS, I ELECT TO USE MY OWN SICK LEAVE FOR ANY TIME OFF. | ☐ PERFORMANCE OF DUTY | ☐ NON-POD |
| SIGNATURE OF MEMBER | APPROVED BY          CAD | DATE |

NOTE:  PD Form 42 shall be submitted to MSD within 24 hours from the occurence or detection of any on-duty illness or injury. The official's certification of this report shall be completed by the end of the tour.  Reports of off-duty injuries shall be certified within 24 hours of the report.

**D.C. POLICE AND FIRE CLINIC**
**PFC ASSOCIATES, LLC 920 Varnum Street, N.E., Washington, DC 20017**

| | | | | TIME IN | TIME OUT |
|---|---|---|---|---|---|
| | | | | 10:15 PM | 1:31 AM |

| DATE | CLINIC DATA RECORD | | | | |
|---|---|---|---|---|---|
| 01/07/2021 | **APPOINTMENTS** | | | | |

| NAME | SEX | AGE | DATE OF BIRTH | E-MAIL ADDRESS | |
|---|---|---|---|---|---|
| Smith, Jeffrey L | M | 35 | 04/15/1985 | jeffreyl.smith@dc.gov | |

| DEPARTMENT | RANK | ASSIGNED UNIT | CLINIC IN DUTY STATUS | LAST FULL DUTY DATE |
|---|---|---|---|---|
| MPD | Officer | 2D-Second District - PSA 209 | Sick | 01/06/2021 |

| | | Work # |
|---|---|---|
| HOME ADDRESS | | |
| 7202 Regent Dr | | Cell # |
| Alexandria, VA   22307 | | |
| | | Home # |
| APPOINTMENT TYPE | | (847) 772-0507 |
| New Injury | | |

| TO BE COMPLETED BY PFC ASSOCIATES, LLC MEDICAL STAFF | FOLLOW-UP VISIT (S) |
|---|---|
| REMARKS: | RETURN TO CLINIC          01/14/2021 |
| | APPOINTMENT TIME      5:15 PM |
| | PROVIDER TO BE SEEN   Oriaifo, Pamela |
| | Date of appointment: |
| Electronically Signed by Provider  JiJi J Ninan | Time of appointment: |
| | Provider's name |
| | Date of appointment: |
| | Time of appointment: |
| | Provider's name |

IS THIS A NEW INJURY?          ☐ -N/A   ☑ -YES   ☐ -NO

CLAIMING POD INJURY?         ☐ -N/A   ☑ -YES   ☐ -NO

ARE YOU ENGAGED IN OUTSIDE EMPLOYMENT?   ☐ -YES   ☐ -NO

| | |
|---|---|
| Sick Duty Date:          01/07/2021 | |
| Limited Duty Date: | |
| Return to Full Duty: | |

By affixing my signature below I acknowledge my medical duty status and understand that I must appear for all follow up appointments. I also understand that if I am placed in a "limited duty" status I must speak with a Clinic Liaison Official from my Agency before leaving the Clinic. I further understand that although this form may reflect "limited duty," in order to actually work in that capacity while recuperating from an injury; I must receive separate written authorization from a Clinic Liaison Official from my agency and present _____ in order to work in a limited duty capacity.

**\*\*ATTENTION SUPERVISORS \*\***

The duty status reflected on this form ONLY indicates a member's Medical Duty Status. It is the responsibility of the member and the member's command to ensure that they are administratively permitted to work either full or limited duty per Departmental Policy.

**Your Current Overall Medical Duty Status:**

Signature                               Date 01/07/2021

Sick

DATE: 01/07/2021

© Version 212012

CDS 2 of 2



**PFC ASSOCIATES LLC**
Police & Fire Clinic

920 Varnum Street, NE
Washington, DC  20017-2145
Office: (202) 854-7400
Fax: (202) 854-7827

# PFC HEALTH QUESTIONNAIRE

**DATE:** 1/6/21

**NAME:** Smith, Jeffrey

**DOB:** 4/15/85

**DEPARTMENT:** MPD

## IN THE LAST (3) DAYS HAVE YOU HAD:

**SHORTNESS OF BREATH?**.............................. YES _____ NO ✗

**A COUGH?**.................................................... YES _____ NO ✗

## OR TWO OR MORE OF THE FOLLOWING:

**FEVER?**......................................................... YES _____ NO ✗

**SORE THROAT?**............................................ YES _____ NO ✗

**CHILLS?**....................................................... YES _____ NO ✗

**BODY ACHES? (not related to activity)** .......... YES _____ NO ✗

**NEW LOSS OF TASTE OR SMELL?**.................. YES _____ NO ✗

**HEADACHE?**................................................. YES _____ NO ✗

*A joint partnership of Providence Hospital and Washington Hospital Center*
*To provide occupational medicine services for the District of Columbia's public safety officers.*

Revised 11/2/2020-dm