**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | | |
|---|---|---|
| Erin Smith, et al | * | |
| Plaintiffs | * | |
| Vs. | * | Case No: **1:21-CV-02170 (FYP)** |
| David Walls Kaufman, et al | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **STATEMENT OF UNDISPUTED MATERIAL FACTS -**

| Plaintiff's Assertions | Defendant's Response |
|---|---|
| 1. This civil case was filed on August 13, 2021. Ex. 4, ECF #1 | Defendant Kaufman admits that this civil case was filed on August 13, 2021. |
| 2. On August 16, 2021, Defendant David Walls-Kaufman was served with the Summons and Complaint. Ex. 4, ECF #4 | Defendant Kaufman admits that he was served with the summons and complaint on August 16, 2021. |
| 3. The Complaint alleges *(inter alia)* that Defendant David Walls-Kaufman was inside the US Capitol on January 6, 2021. Ex. 1,112 | Defendant Kaufman admits that the complaint alleges that Defendant David Walls-Kaufman was inside the US Capitol on January 6, 2021. |
| 4. The Complaint alleges that David Walls-Kaufman was donning a maroon and white jacket inside the US Capitol on January 6, 2021. Ex.1,112; Ex 1,AttachmentA, p. 3. | Defendant Kaufman admits that the complaint alleges that David Walls-Kaufman was donning a maroon and white jacket inside the US Capitol on January 6, 2021. |

| | |
|---|---|
| 5. The Complaint attaches <u>images</u> of David Walls-Kaufman inside the US Capitol on January 6, 2021 wearing the maroon and white jacket.<br>Ex. 1, Attachment A. | Defendant Kaufman admits that the complaint attaches images of David Walls-Kaufman inside the US Capitol on January 6, 2021, wearing the maroon and white jacket. |
| 6. The Complaint alleges that David Walls-Kaufman is depicted in an internet interview wearing the same maroon and white jacket after January 6, 2021.<br>Ex. 1, 112. | Defendant Kaufman admits that the complaint alleges that David Walls-Kaufman is depicted in an internet interview wearing the same maroon and white jacket after January 6, 2021. |
| 7. The Complaint attached a "screen grab" of the internet interview.<br>Ex. 1 (Ex. A, p 2 of 8) | Defendant Kaufman admits that the complaint attached a "screen grab" of the internet interview. |
| 8. The internet interview referenced in the Complaint was entitled "Dr. David Walls-Kaufman, DC -An Interview at The Plaza."<br>Ex, **1** (Ex. A, p 2 of 8). | Defendant Kaufman admits that the complaint alleges that the referenced internet interview was entitled "Dr. David Walls-Kaufman, DC – An Interview at The Plaza." |
| 9. In the internet interview, Defendant Walls-Kaufman was wearing the same maroon and white motorcycle jacket in the online video as he wore while he was inside the Capitol.<br>Ex. 3, p. 126. | Defendant Kaufman admits that in the internet interview was wearing the same maroon and white motorcycle jacket in the online video as he wore while he was inside the Capitol. |
| 10. The interview was actually posted on the Defendant's personal YouTube site.<br>Ex. 3, p. 171. | Defendant Kaufman admits that the interview was actually posted on his personal YouTube site. |
| **11.** After the Defendant was served with the lawsuit, he destroyed the internet interview.<br>Ex. 2, Answers #23 & 24;<br>Ex. 3, pp. 124-125. | Defendant Kaufman Denies that he was served with the lawsuit; he destroyed the internet interview. Defendant removed the video from YouTube. See deposition of Defendant Kaufman, pg 170 |

| | |
|---|---|
| 12. Defendant admits that he destroyed the video (or had it destroyed) because of his alleged concerns for his personal safety. Ex. 2, Answesrs #23 & 24. Ex. 3, 125-126. | Defendant Kaufman Denies that he destroyed the video but admits that the reason for removing the unrelated video was due to personal safety. |

Respectfully submitted,
**KEMET HUNT LAW GROUP, INC.**

/s/ Hughie D. Hunt
Hughie D. Hunt, Esq.
DC Bar # 486347
7845 Belle Point Drive
Greenbelt, MD 20770
301-982-0888
Attorney for Defendant, *David Walls Kaufman*
hhunt@kemethuntlaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd May 2025, a copy of the foregoing document was served electronically via this Court's electronic filing system upon Attorney for Plaintiff, Richard J. Link, and David P. Weber.

/s/ Hughie D. Hunt
Hughie D. Hunt, Esq.