UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIN SMITH, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No. 21-CV-02170 |
| DAVID WALLS-KAUFMAN, et al | * | |
| Defendants | * | |

## ORDER

UPON CONSIDERATION of the Defendant's Motion in Limine to Exclude the Testimony of Dr. Jonathan Arden, and Plaintiffs' Opposition thereto, it is by the United States District Court for the District of Columbia,

ORDERED, that the Motion be and the same is hereby DENIED.

_____                             _____
Date                                                                         Judge Ana C. Reyes

Case 1:21-cv-02170-ACR    Document 93-1    Filed 05/26/25    Page 2 of 2