UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERIN SMITH, et al.                     *

    Plaintiffs                     *

v.                                     *     Case No. 21-CV-02170

DAVID WALLS-KAUFMAN, et al             *

    Defendants                     *

**Plaintiff's Exhibits – Summary Judgment and Motion in Limine Briefing**

|   |   |
|---|---|
| 1 | First Amended Complaint (08/14/21) |
| 2 | Defendant's Answers to Interrogatories |
| 3 | Deposition Transcript from David Walls-Kaufman (02/27/25) |
| 4 | Docket Entries<br>*Erin Smith v David Walls-Kaufman*, Case No. 21-CV-02170 |
| 5 | Second Amended Complaint |
| 6 | Expert Report – Grant Fredericks 07/06/22<br>CV<br>Declaration |
| 6-A | Fredericks Synchronized Video |
| 7 | Docket Entries and Judgment<br>*United States v David Walls-Kaufman*, Case No. 22-CR-216 |
| 8 | Statement of Offense<br>*United States v David Walls-Kaufman*, Case No. 22-CR-216 |
| 9 | Dr. Arden Report 08/13/21 & 02/28/25 |
| 10 | Presidential Pardon of 01/06/25 |
| 11 | Dr. Sheehan's Report 07/12/21 & 03/08/22<br>-CV |
| 12 | Text Message from Jeffrey Smith to Erin Smith 01/06/25 |

| 13 | Dr. Bardey's Report 02/21/21<br>-Declaration<br>-CV |
|----|------|
| 14 | Jeffrey Smith BWC |