Exhibit 4

**1:21-cv-02170-ACR** SMITH et al v. KAUFMAN et al
Ana C. Reyes, presiding
**Date filed:** 08/13/2021
**Date of last filing:** 04/04/2025

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | Filed & Entered: 08/13/2021 | Complaint |
| 2 | Filed & Entered: 08/14/2021 | Amended Complaint |
|   | Filed & Entered: 08/16/2021 | Case Assigned/Reassigned |
| 3 | Filed & Entered: 08/16/2021 | Summons Issued Electronically |
| 4 | Filed & Entered: 08/16/2021 | Summons Returned Executed |
| 5 | Filed & Entered: 08/16/2021 | Summons Returned Executed |
| 6 | Filed & Entered: 08/20/2021 | Certificate of Service |
|   | Filed & Entered: 08/23/2021 | Notice of Error |
| 7 | Filed & Entered: 08/27/2021 | Answer to Amended Complaint |
| 8 | Filed & Entered: 08/30/2021 | Order |
| 9 | Filed: 09/03/2021<br>Entered: 09/06/2021<br>Terminated: 09/07/2021 | Motion for Extension of Time to File Answer |
|   | Filed & Entered: 09/07/2021 | Order on Motion for Extension of Time to Answer |
|   | Filed & Entered: 09/21/2021 | Order on Motion to Continue |
| 10 | Filed & Entered: 09/21/2021<br>Terminated: 09/21/2021 | Motion to Continue |
|   | Filed & Entered: 10/01/2021 | Case Assigned/Reassigned |
| 11 | Filed & Entered: 10/07/2021 | Answer to Amended Complaint |
|   | Filed & Entered: 11/05/2021 | Set/Reset Hearings |
|   | Filed: 11/16/2021<br>Entered: 11/17/2021 | Set/Reset Hearings |
| 12 | Filed & Entered: 11/16/2021 | Order |
| 13 | Filed & Entered: 12/02/2021<br>Terminated: 12/06/2021 | Motion to Dismiss |
| 14 | Filed & Entered: 12/02/2021 | Meet and Confer Statement |
|   | Filed & Entered: 12/06/2021 | Order on Motion to Dismiss |
|   | Filed & Entered: 12/09/2021 | Scheduling Conference |
|   | Filed: 12/09/2021<br>Entered: 12/10/2021 | Set/Reset Deadlines |
| 15 | Filed & Entered: 12/09/2021<br>Terminated: 01/24/2022 | Motion to Amend/Correct |
| 16 | Filed & Entered: 01/09/2022 | Memorandum in Opposition |
| 17 | Filed: 01/18/2022 | Reply to opposition to Motion |

|    | | | |
|----|---|---|---|
|    | Entered: | 01/21/2022 | |
| 18 | Filed & Entered: | 01/24/2022 | Order on Motion to Amend/Correct |
| 19 | Filed: Entered: | 01/24/2022 01/27/2022 | Answer to Amended Complaint |
|    | Filed & Entered: | 02/17/2022 | Scheduling Conference |
|    | Filed & Entered: | 02/18/2022 | Set/Reset Deadlines |
| 20 | Filed & Entered: | 02/18/2022 | Order |
|    | Filed & Entered: | 03/18/2022 | Set/Reset Deadlines |
| 21 | Filed & Entered: | 03/18/2022 | Order |
| 22 | Filed & Entered: Terminated: | 05/09/2022 05/10/2022 | Motion to Amend/Correct |
|    | Filed & Entered: | 05/10/2022 | Order on Motion to Amend/Correct |
| 23 | Filed & Entered: Terminated: | 05/10/2022 05/31/2022 | Motion to Amend/Correct |
| 24 | Filed & Entered: | 05/10/2022 | Errata |
|    | Filed & Entered: | 05/31/2022 | Order on Motion to Amend/Correct |
|    | Filed & Entered: | 05/31/2022 | Set/Reset Deadlines |
| 25 | Filed: Entered: | 05/31/2022 06/08/2022 | Amended Complaint |
| 26 | Filed & Entered: | 06/15/2022 | Answer to Amended Complaint |
|    | Filed & Entered: | 06/21/2022 | Order |
|    | Filed & Entered: | 06/22/2022 | Set/Reset Deadlines |
| 27 | Filed & Entered: | 06/27/2022 | Transcript |
| 28 | Filed & Entered: | 06/27/2022 | Transcript |
| 29 | Filed: Entered: | 06/28/2022 07/01/2022 | Answer to Amended Complaint |
| 30 | Filed & Entered: | 07/08/2022 | Notice (Other) |
|    | Filed & Entered: | 07/11/2022 | Notice of QC |
|    | Filed: Entered: | 07/11/2022 08/05/2022 | Set/Reset Hearings |
| 31 | Filed & Entered: | 07/11/2022 | Order |
| 32 | Filed & Entered: | 07/11/2022 | Notice (Other) |
| 33 | Filed & Entered: | 08/11/2022 | Notice of Appearance |
| 34 | Filed & Entered: | 08/11/2022 | Notice of Withdrawal of Appearance |
| 35 | Filed & Entered: | 08/11/2022 | Certificate of Service |
| 36 | Filed & Entered: Terminated: | 08/11/2022 08/15/2022 | Motion to Clarify |
| 37 | Filed & Entered: | 08/12/2022 | Meet and Confer Statement |
|    | Filed & Entered: | 08/15/2022 | Order |
|    | Filed & Entered: | 09/23/2022 | Notice (Other) |
| 38 | Filed & Entered: | 11/14/2022 | Notice (Other) |
| 39 | Filed & Entered: Terminated: | 11/16/2022 12/02/2022 | Motion to Stay |

|    | Date | Description |
|----|------|-------------|
|    | Filed & Entered: 12/02/2022 | Order on Motion to Stay |
|    | Filed: 12/02/2022  Entered: 12/05/2022 | Set/Reset Deadlines |
|    | Filed & Entered: 02/24/2023 | Case Assigned/Reassigned |
|    | Filed & Entered: 12/14/2023 | Order |
|    | Filed & Entered: 12/15/2023 | Set/Reset Deadlines/Hearings |
|    | Filed & Entered: 01/04/2024 | Order |
| 40 | Filed & Entered: 01/04/2024 | Meet and Confer Statement |
| 41 | Filed & Entered: 01/12/2024 | Meet and Confer Statement |
|    | Filed & Entered: 01/17/2024 | Order |
|    | Filed & Entered: 04/04/2024 | Notice of Hearing |
|    | Filed & Entered: 04/17/2024 | Status Conference |
| 42 | Filed & Entered: 05/08/2024 | Meet and Confer Statement |
| 43 | Filed & Entered: 05/09/2024 | Order |
| 44 | Filed & Entered: 05/09/2024 | Scheduling Order |
| 45 | Filed & Entered: 06/01/2024 | Rule 26a1 Statement |
| 46 | Filed & Entered: 06/03/2024 | Rule 26a1 Statement |
|    | Filed & Entered: 08/08/2024 | Order |
| 47 | Filed & Entered: 08/24/2024 | Interrogatories Propounded |
| 48 | Filed & Entered: 08/24/2024 | Request for Production of Documents |
|    | Filed & Entered: 08/26/2024 | Notice of Error |
| 49 | Filed & Entered: 08/26/2024 | Interrogatories Propounded |
| 50 | Filed & Entered: 08/26/2024 | Interrogatories Propounded |
| 51 | Filed & Entered: 08/26/2024 | Request for Production of Documents |
| 52 | Filed & Entered: 08/26/2024 | Status Report |
|    | Filed & Entered: 08/28/2024 | Order |
| 53 | Filed & Entered: 09/30/2024 | Rule 26b4 Statement |
| 54 | Filed & Entered: 10/04/2024 | Certificate of Service |
| 55 | Filed & Entered: 10/17/2024 | Interrogatories Propounded |
| 56 | Filed & Entered: 10/17/2024 | Request for Production of Documents |
| 57 | Filed & Entered: 10/18/2024 | Status Report |
|    | Filed & Entered: 11/07/2024 | Status Report Order |
|    | Filed & Entered: 11/09/2024 | Set/Reset Deadlines/Hearings |
|    | Filed & Entered: 11/25/2024 | Set/Reset Deadlines/Hearings |
| 58 | Filed & Entered: 11/26/2024 | Answer to Interrogatories |
| 59 | Filed & Entered: 11/26/2024 | Response to Discovery |
|    | Filed & Entered: 12/17/2024 | Order |
|    | Filed & Entered: 12/17/2024 | Set/Reset Deadlines/Hearings |
| 60 | Filed & Entered: 12/17/2024 | Status Report |
|    | Filed & Entered: 01/16/2025 | Order to Show Cause |
| 61 | Filed & Entered: 01/16/2025 | Motion to Compel |

|    | | | |
|----|---|---|---|
|    | Terminated: | 02/05/2025 | |
| 62 | Filed & Entered: | 01/23/2025 | Notice (Other) |
| 63 | Filed & Entered: | 01/23/2025 | Response to Order to Show Cause |
|    | Filed & Entered: | 01/24/2025 | Order |
|    | Filed: Entered: | 01/24/2025 03/25/2025 | Set/Reset Deadlines/Hearings |
| 64 | Filed & Entered: Terminated: | 01/24/2025 01/28/2025 | Motion for Miscellaneous Relief |
| 65 | Filed & Entered: Terminated: | 01/24/2025 01/28/2025 | Motion for Extension of Time to Complete Discovery |
|    | Filed & Entered: | 01/27/2025 | Order |
| 66 | Filed & Entered: | 01/27/2025 | Response to Order of the Court |
|    | Filed & Entered: | 01/28/2025 | Order on Motion for Miscellaneous Relief |
|    | Filed & Entered: | 01/28/2025 | Order on Motion for Extension of Time to Complete Discovery |
| 67 | Filed & Entered: Terminated: | 01/29/2025 02/20/2025 | Motion for Protective Order |
| 68 | Filed & Entered: | 01/31/2025 | Rule 26b4 Statement |
| 69 | Filed & Entered: | 02/05/2025 | Withdrawal of Motion |
| 70 | Filed & Entered: | 02/11/2025 | Notice (Other) |
| 71 | Filed & Entered: | 02/20/2025 | Order on Motion for Protective Order |
|    | Filed & Entered: | 02/24/2025 | Order |
| 72 | Filed & Entered: | 03/03/2025 | Notice (Other) |
| 73 | Filed & Entered: | 03/14/2025 | Notice (Other) |
| 74 | Filed & Entered: | 03/14/2025 | Notice (Other) |
|    | Filed & Entered: | 03/17/2025 | Notice of Provisional/Government Not Certified Status |
|    | Filed & Entered: | 03/17/2025 | Notice of Provisional/Government Not Certified Status |
| 75 | Filed & Entered: | 03/17/2025 | Status Report |
| 76 | Filed & Entered: | 03/24/2025 | Notice (Other) |
| 77 | Filed & Entered: | 03/24/2025 | Notice (Other) |
|    | Filed & Entered: | 04/02/2025 | Order |
|    | Filed & Entered: | 04/03/2025 | Notice of Hearing |
|    | Filed & Entered: | 04/04/2025 | Order |
|    | Filed & Entered: | 04/04/2025 | Order |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/05/2025 12:01:43 | | | |
| PACER Login: | richardlink | Client Code: | |
| Description: | History/Documents | Search Criteria: | 1:21-cv-02170-ACR |
| Billable Pages: | 3 | Cost: | 0.30 |