**EXHIBIT** ____ 

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERIN SMITH, et al.                          *

    Plaintiffs                          *

v.                                          *          Case No. 21-CV-02170

DAVID WALLS-KAUFMAN, et al                  *

    Defendants                          *

## **DECLARATION**

COMES NOW Grant Fredericks, with a business address of 11001 East Coyote Rock Ln., Spokane Valley, WA, and states as follows:

1.    I am over the age of 18 and competent to testify as to the matters contained herein.

2.    I am a certified forensic video analyst.

3.    I was retained by the law firm of Goodwin Weber, PLLC to analyze video and then to offer my opinions based on the review of that video evidence.

4.    I prepared a report on July 6, 2022 which contains:
    (a) my background and qualifications;
    (b) the equipment used;
    (c) a description of the video, information and data provided to me;
    (d) technical considerations;  and
    (e) my opinions.

5.    In addition to my report, I prepared a video compilation of Jeffrey Smith's Bodyworn camera Axon_Body_3_Video_2021-01-06_1951_UTC.mpf ) and another video entitled JohnSullivan.Jade Sacker FULL UNEDITED VIDEO Capitol Riot.mp4. This is a complete synchronization of the events as described in my report.

6.    My proposed testimony is contained in the report (together with the synchronized video), to include ultimate opinions which are contained on page 21 of my report is incorporated herein by reference.  I ultimately found that the person identified to me as Defendant David Walls-Kaufman struck Officer Jeffrey Smith at least two (2) times with the police baton. I hold my opinions to a reasonable degree of certainty in the field of video analysis.

Pursuant to 28 USC § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on:

__May 25, 2025_____
Date

                                              Grant Fredericks

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ERIN SMITH
c/o Goodwin Weber PLLC
267 Kentlands Blvd #250
Gaithersburg, MD 208781

&                                                    Case No. 1:21-CV-2170

ERIN SMITH, PERSONAL
REPRESENTATIVE OF THE ESTATE OF JEFFREY SMITH
c/o Goodwin Weber PLLC
267 Kentlands Blvd #250 Gaithersburg, MD 20878

                                             Plaintiff

v.
DR. DAVID KAUFMAN
411 East Capitol St., SE
Washington, DC 20003

&

TAYLOR F. TARANTO
1311 N Beech Ave
Pasco, WA, 99301

                                             Defendant(s)

Forensic Video Analysis
Grant Fredericks
Analyst

## Table of Contents

Introduction ................................................................................. 3

Qualifications .............................................................................. 5

Compensation ............................................................................ 9

Primary Equipment & Software Used ....................................... 9

Exhibits ..................................................................................... 10

Technical Considerations .......................................................... 12

Analysis ..................................................................................... 13

Opinion ...................................................................................... 21

## Introduction

On June 28, 2022, I was first contacted by Attorney David Weber of Goodwin Weber in relation to the above reference civil case.

In various communications, I have been asked to conduct an analysis of video images in order to produce an accurate interpretation of technical issues relating to motion blur, speed of movement, timing, synchronization, tracking and contact and positioning of events. I was also asked to track the movements of two Defendants. Both Defendants were identified to me as Kaufman and Taranto. I have no personal knowledge of the Defendants; therefore, the identification in this report is dependent on the information that I was initially provided. All tracking, however, accurately tracks the individuals who were identified to me.

In order to conduct this analysis, I was provided with two primary video sources. One video source is from a Body Worn Camera (BWC), worn by Officer Jeffrey Smith of District of Columbia Metropolitan Police Department. The second video was recovered from an unknown open-source recording. A careful examination of both videos shows that they were recorded at the same time and location and could be easily synchronized.

A number of identifiable individuals (civilians and police) are depicted in both videos and are moving consistently in both.

This report tracks the movements primarily of Kaufman, Taranto and Smith. This report will show that both Kaufman and Taranto had physical contact with a number of police officers and were interfering with the attempted arrest/control of individuals involved in the storming of the Capitol Building in Washington, DC on January 6, 2021.

This report will show that Kaufman took control of Officer Smith's baton and struck Officer Smith in the head and in the chest.

This report will also show that after Kaufman assaulted Officer Smith, he is seen struggling over control of another baton with an unknown uniformed officer.

This report identifies slide numbers in a synchronized demonstrative utilizing the two video recordings. Each slide contains a linear record of movement and is separated in time by ~33 milliseconds (ms).

This report is not intended to provide opinions regarding medical issues, police practices, human factors, or use of force.

## Qualifications

I am a Certified Forensic Video Analyst with extensive experience in the recovery, scientific examination, and evaluation of recorded video and audio information involving criminal and civil investigations in the United States (US), Canada, the United Kingdom (UK), and elsewhere. I have been continuously active in this science since 1984.

I attained an undergraduate degree in Television Broadcast Communications, with an emphasis on television engineering in 1982.

As a Forensic Video Analyst, I have processed thousands of videotapes and computer discs containing digital multimedia evidence for both criminal and civil cases. I have been providing expert testimony as a Forensic Video Analyst since the early 1990's. In the past ten (10) years I have provided expert testimony in the field of Forensic Video Analysis more than one hundred and fifty (150) times in US and Canadian courts at all levels. I have testified as an expert in Forensic Video Analysis in Washington State, Arizona, California, Colorado, Connecticut, Florida, Idaho, Illinois, Iowa, Maine, Massachusetts, Michigan, Missouri, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Ohio, Oregon, Pennsylvania, South Carolina, Texas, British Columbia, Alberta, Manitoba, New Brunswick, Ontario, the Yukon Territories; London, England, Auckland, New Zealand, and in the Cayman Islands.

From 1999 until December of 2012, I was the Principal Instructor for a series of Forensic Video Analysis courses offered by the Law Enforcement & Emergency Services Video Association (LEVA), a non-profit organization that to date had trained more than 3000 law enforcement and private sector video analysts from around the world.

From 2006 until December of 2012, I was the Team Leader for LEVA's Forensic Video Analysis Certification Program.

From 1998 until 2013, I was the Team Leader of LEVA's Curriculum Development Committee, and I continued as an active member of the Committee until 2016.

I have been an active member of LEVA since 1994 and I continue offering instruction in the science of forensic video analysis.

From 2002 to 2021, I was a contract instructor of Forensic Video Analysis and Digital Multimedia Evidence Processing for the Federal Bureau of Investigation (FBI) National Academy in Quantico, VA. During this time, I taught all four annual FBINA Sessions. In 2019, I began teaching a series of classes for the FBI's National Command Center, National Executive Institute, and Law Enforcement Executive Development Center. Under this program, I teach four executive level video introductory sessions each year.

From 2006 until 2014, I was the Digital Video Advisor to the International Association of Chiefs of Police (IACP) for its In-Car Video project and for its Digital Interview Room Standards project, which was funded by the US Department of Justice (DOJ). These programs are focused specifically on the development of compression standards for improved performance of digital video systems to ensure accurate presentation in court. I am a co-author of the national standards for mobile video recording systems for law enforcement.

From 2004 until 2016, I was an instructor of Forensic Video Analysis at the University of Indianapolis, IN. I provided more than 2900 hours of classroom instruction to video analysts from throughout the world who have attended the university's Digital Multimedia

Evidence Processing Lab. Students serve as video analysts, primarily from law enforcement agencies in the US, Canada, the UK, Australia, and Asia. Each of the courses focused on digital video encoding and analog video engineering principles, and on the application of proper scientific methodologies for processing digital multimedia evidence, including scientific techniques used to determine image timing intervals to accurately convert time-lapsed video into real-time video for synchronization of separately recorded video and audio sources.

One of the courses that I taught at the University of Indianapolis is entitled Photographic/Video Comparisons, which focuses on the identification of vehicles, clothing, and weapons captured to digital and analog video recording sources. Vehicle identification examines class and unique characteristics of Questioned Vehicle, and often included headlight spread pattern analysis. Clothing identification examinations often involve comparing fabrics recorded under the influence of infrared illumination. I have conducted fabric analysis examinations throughout North America and other locations, and I have taught extensively on the influences of infrared illumination and its effect on fabrics recorded to video. I taught courses in Photographic/Video Comparisons of vehicles and clothing in Canada at the British Columbia Institute of Technology, in the UK, and in Indianapolis for each of the twenty (20) years from 1998 to 2017. This course is accredited by LEVA, which recognizes the course in its Forensic Video Analysis Certification Program.

A significant element of the Photographic/Video Comparison course material, and of the other courses that I teach, involves the science of Reverse Projection Photogrammetry. Reverse Projection is the scientific process of obtaining accurate measurements and making accurate observations from photographic and video images. Reverse Projection has been used among imaging scientists, investigators, and in US courts regularly for more

than forty (40) years as a tool to reproduce crime and accident scenes, to conduct measurements and to make other accurate observations. I have conducted calibrated measurements of video images using various technologies including 3D scanners, photographs, aerial drone video and drone images.

Each of the courses that I teach focuses on reflection of light, both visual and infrared, pixel tracking, digital compression technology applications, macroblock analysis, motion vector analysis, color measurement/analysis, speed estimation, and on digital and analog artifact (error) identification for the purpose of ensuring accurate interpretation of video evidence.

I have lectured extensively on the technical uses and applications of various body worn video systems throughout the US, Canada and in other parts of the world. I am currently a consultant to Axon Enterprises, the maker of the Axon body camera that was worn by Officer Smith during the events in this case. I have conducted authentication examinations and video analysis investigations of many hundreds of incidents involving Axon body worn video systems.

I am a former Police Officer with the City of Vancouver Police Department in Canada where I was assigned to the Criminal Investigation Division as the head of the department's Forensic Video Unit.

## Compensation

See attached Fee Schedule

## Primary Equipment & Software Used

- Axon Investigate 2.8.0
- MediaInfo 0.7.58
- Photoshop 23.4.1
- QuickTime Pro 7.7.2

## Exhibits

All information, any and all of the underlying foundational or support materials, and/or any portion thereof within this document, or any of its references or attachments, are to be considered important exhibits with regard to this case and this report.

All .g64 files, .exe files, .mp4 files, .arv files, PDF files, .png files .JPG files, .xlxs files., .csv files, images, videos, recordings, testing, methods, procedures, etc. are all to be considered exhibits that are hereby fully incorporated, and are an integral part of this report, and may be used at any time during any aspect of proceedings associated with this case, including, but not limited to, deposition and/or trial as exhibits to aid in my testimony or presentation.

In order to attempt to answer the posed questions, I was provided with the following exhibits for my analysis:

Received July 4, 2022 – via e-mail:

**Item 1.**    Officer Jeff Smith BWC 1.pdf

**Item 2.**    23-5.pdf

**Item 3.**    23-6.pdf

Received July 4, 2022 – via DropBox:

**Item 4.**    Axon_Body_3_Video_2021-01-06_1951_UTC.mp4

Received July 4, 2022 – via File Share:

**Item 5.**    John SullivanJade Sacker FULL UNEDITED VIDEO Capitol Riot.mp4

**Item 6.**    Capital Breach Mashup.mp4

Each of these items was reviewed in detail.

## Technical Considerations

During the examination of the video in this case, careful consideration was given to technical variables that can introduce errors into the image, and that could result in the misinterpretation of the images by an untrained observer of compressed video images. Some of the variables that require accurate interpretation include:

- Color values affected by clipping and oversaturation
- Artificial edge patterns that may affect the shape of objects
- Object location and shape adjusted by lens distortion
- Lens curvature and distance evaluation based on wide angle lens
- Image refresh rates effecting event timing
- Motion blur caused by speed of movement of objects or of the camera
- GOP structure of images sequences
- Pixel tracking

## Analysis

The included document *Synchronized_Event_Tracking.pdf* provides a synchronized demonstrative utilizing Officer Smith's BWC video and video from an unknown source. The events depicted in the unknown source images were recorded at the same time and location as the BWC images.

For the purpose of clarity, the images from the unknown source video have been stabilized to remove some of the shaky appearance, further assisting visual intelligibility.

Colored arrows have been added to various images to assist with tracking individuals and for articulating timed observations.

All of the depicted events occur within the US Capitol Building.

A slide number has been added at the bottom right corner of each slide for reference purposes.

Slide 1 shows Officer Smith's BWC perspective on the right side and the unknown source is depicted on the left side.

Officer Smith's BWC was entitled *Axon_Body_3_Video_2021-01-06_1951_UTC.mp4* and is an original recording, based on the metadata found within the encoded file.

The open-source video was entitled *John SullivanJade Sacker FULL UNEDITED VIDEO Capitol Riot.mp4*.

In the BWC view of slide 1, Smith's left gloved hand is holding one end of his baton. The object at the top center of the image appears to be sunglasses, which become more visible throughout the recording.

Slide 11 shows a red arrow and a green arrow. The red arrow identifies the location of Defendant Kaufman at various times throughout the recordings.

The green arrow identifies the location of Defendant Taranto at various times throughout the recording.

Slide 13 shows a blue arrow. The blue arrow identifies the location of Officer Smith at various times throughout the recordings.

Slides 14 to 22 show Taranto and Kaufman facing a uniformed police officer. Their hands are extended outward toward an unknown male who is dress in black and who is in contact with an officer who is wearing a helmet.

Slides 30 to 44 shows Taranto raising a cane into the air as he faces a uniformed officer.

Slides 48 to 55 show Taranto reaching forward with his right hand and contacting the gloved left hand of the officer who is holding the unknown male.

Slides 76 to 155 show Taranto and Kaufman moving forward toward the male who is in the custody of the uniformed police officers.

The male is being moved backward through the police line toward Smith.

Slides 168 to 195 shows Smith moving forward toward the male. At slide 195, the mail is visible in Smith's BWC on the image on the left side of the slide.

Starting at slide 207, Kaufman is visible on Smith's BWC as he moves toward Smith.

Slide 249 shows the position of Taranto and Kaufman in relation to the location of Smith in the video on the right. In the same slide, Smith's BWC shows Kaufman with the red arrow. Taranto is visible to Kaufman's right and at the center of the BWC image. At the tip of the red arrow is the cane that is being carried by Taranto in his left hand. Smith's right hand is visible at the top of the image, extended toward Taranto.

Slides 250 to 261, shows Smith moving his right hand toward his body. At slide 261, his right hand grips the handle of his baton. His left hand is seen at the top left corner of the images gripping the other end of the baton.

The videos show that both Kaufman and Taranto continue moving toward Smith's position.

At Slide 266, a magnified view of Smith is added to the slides to assist with observations and timing events. The magnified view is an enlarged section from the unknown source video. Smith is at the center of the magnified area and is also tracked with the blue arrow in the larger image on the right (below).

Slides 264 to 274 show that Kaufman's right hand is gripping the left forearm of a uniformed officer who is standing in front of Smith.

Starting at slide 275, Kaufman releases his grip on the other officer and moves toward Smith.

At about slide 282, Kaufman and Smith are face to face and within arm's reach.

Slides 283 and 284 show Kaufman's left hand moving upward toward Smith.

Slide 285 shows Smith's right hand moving through the camera view toward Kaufman.

Slides 288 to 294, show Smith's right arm moving forward and connecting with Kaufman's left shoulder. Kaufman moves to his right during this contact.

Slide 300 shows Taranto's cane hand between Kaufman and Smith.

Slides 300 to 350 shows Kaufman and Taranto moving backward as the police line moves forward. Kaufman and Taranto remain mostly in view of Smith's BWC.

Slides 378 to 390 show Kaufman holding the end of Smith's baton. Another officer is in contact with Kaufman's right wrist/forearm.

At Slide 388, Smith's BWC shows that Kaufman is also holding the handle end of Smith's baton.

Slide 400 shows Smith's gloved right hand holding the handle of his baton. Kaufman's left hand is holding the baton near Smith's right hand.

Starting at slide 396, the baton swings downward toward Smith.

Slides 400 and 401 show that the baton begins to move upward toward Smith. At the same moment, Kaufman's left hand twists forward and Smith's grip of the baton separates. The baton continues moving upward toward Smith.

Slide 402 shows the baton moving upward in the BWC view. In the video on the right, Smith's gloved right hand becomes visible in front of his upper chest area. The light reflection at the front corner of Smith's face shield is moving upward, indicating that his head is moving downward. The magnified view also shows his helmet moving forward and downward.

It is important to note that Kaufman's left hand, Smith's right hand and the baton, are all suffering from 'motion blur'. Motion blur is caused when an object is moving very quickly, in relation to other objects within an image that are not moving quickly.

Slides 403 to 406 show Smith's right glove hand moving upward and under his face shield. Smith's BWC shows Kaufman is still holding the baton and the baton is moving upward toward Smith's face.

Slides 406 to 409 show Kaufman's left arm extended to a position above Smith's camera.

Slides 408 to 424 show Smith's face shield moving upward and away from his face. The shield and helmet are rotating upward to the right and backward to the left. It is not possible to know from the video images what movement the contact with the baton caused to Smith's head. When his helmet and face shield are visible again at slide 438, the face shield is on top of the helmet and is no longer covering his face.

Slides 415 to 420 show that Smith's head and shoulders move downward in the image immediately after contact with the baton to the area inside the face shield.

At slide 409 to 419, Kaufman pulls his left hand down and away from Smith's face. His left hand is still holding the baton. Smith's hand is no longer in contact with the handle of the baton.

Another example of motion blur is seen at slide 418 and 419, as Kaufman moves the baton downward and then upward toward Smith for a second time.

Slide 419 shows Kaufman's left hand is gripping the handle. His fingers have a loose grip on the baton.

Slide 420, recorded ~33ms later, shows Kaufman's fist has a tight grip on the baton and the baton is again moving toward Smith.

Slides 421 to 425 shows the baton moving toward Smith's chest area.

Slide 426 shows the forward movement of the baton has stopped, having made contact with Smith's chest. His sunglasses have been forced upward in the image on impact with the fist and baton.

The magnified view of Smith on the right side shows his head moves upward and backward between slides 426 and 433, starting at the same time as the contact with the baton to his chest area.

Also starting at slide 426, and at the time of the second baton strike by Kaufman to Smith, Kaufman's right hand begins to grasp the left wrist area of the officer to Smith's left side.

The officer is holding Kaufman's upper garment with his right hand. A piece of jewelry or ring is around the officer's right wrist and his arm is outstretched.

At slide 426, Taranto's left hand is visible near Kaufman's chest.

Between slides 433 and 434, Taranto moves his left hand forward, toward the officer who is holding Kaufman.

At slides 440 and 441, Taranto's left arm is outstretched, and the officer's arm is bent back toward his body. The jewelry or ring around the officer's right wrist is visible. Taranto is in contact with the officer's left arm.

Starting at slide 447, Taranto's left arm is again positioned across Kaufman's chest.

At slide 441, Taranto's hand and arm move backward toward his body.

Slides 437 and 438 show Smith's right gloved hand in front of his BWC. His gloved hand is empty.

Between slides 445 and 470, Smith moves backward. As he moves, his head appears to sway backward and to the right. Smith continues to move backward and does not re-engage with Kaufman or Taranto.

Slide 457 is the first image that shows Kaufman's left hand is not holding the baton after the initial image showing him controlling it. The BWC shows that he was in contact with the baton for at least 2.5 seconds.

At slide 504, Smith is seen holding his baton in his left hand.

Starting at slide 772, Kaufman is seen raising another baton in the air with his right hand. A uniformed police officer is holding one portion of the baton.

Kaufman and Taranto remain together until the end of the video.

## Opinion

After carefully examining the provided videos in this case, I have formed the following opinions:

- the BWC and the open-source videos were reliably synchronized in the included demonstrative allowing for an accurate multi-view perspective of the events from the two unique camera angles.

- Defendant Kaufman struck Officer Smith at least two times with Officer Smith's baton.

- The first time Defendant Kaufman struck Officer Smith with the baton, the defendant directed the baton inside the face shield of the officer's helmet with enough force to cause Officer Smith's face shield and helmet to move rapidly from side to side on his head and for the face shield to be moved to a position over the helmet, exposing the officer's face.

- The second time that Defendant Kaufman struck Officer Smith with the baton, the baton made contact with an area of the officer's chest just above the camera position, causing the officer's glasses to move upward rapidly and causing the officer to move backward.

- Defendant Taranto on multiple occasions made physical contact with uniformed officers and positioned himself in front of Defendant Kaufman and the officers while Kaufman wielded the baton toward Officer Smith.

This report is true and accurate to a reasonable, or higher, degree of professional certainty and/or probability.



Grant Fredericks

**orensic ideo olutions**

July 7, 2020

## Standard Contract Fee/Retainer Schedule

This fee schedule is for forensic video/image/audio services performed by Mr. Grant Fredericks or his associates, acting under his supervision, d/b/a Forensic Video Solutions, Inc.. Fees listed are in United States dollars.

**Forensic Video/Image/Audio Analysis Hourly Fee:** $250/hr (minimum 3 hours). Includes: Digitization, Alignment, Enhancement, Reverse Projection (height estimation, vehicle identification, speed analysis, weapons comparison) Report Writing/Analysis/Opinion, Court Presentation Production.

**Video Authentication:** $3,000 per video; short segments may be charged at a lesser rate.

**Digital Video Recorder (DVR) Recovery:** $250/hr (minimum 2 hours). Includes: Technical Research, Forensic Data Recovery, Image Calibration.

**Travel (500+ miles):** $2,500/day per employee. Flat rate for travel to any location more than 500 miles from Spokane, Washington. (See Travel Considerations)

**Video Conferencing Service:** $60/hr – made available to minimize travel costs to client *(conferencing service fee only, does not include consultation or deposition fees.)*.

**Trial or Deposition Testimony:** $350/hr (minimum 3 hours; max $2500/day). All required interviews/meetings with opposing counsel that are recorded by any means are invoiced at this rate. Meetings/depositions where opposing counsel is responsible for payment must be paid in advance (see Payment Arrangements).

**Transcript Production:** $90/hr (no minimum). Includes: Accurate transcript production, each transcribed line of text is accurate to within 1/30 of a second where there is a reference and includes calibrated timeline of conversation. Transcript can be integrated into visual display as accurately aligned 'sub-titles' in 'lower third' of display.

**Courtroom Display Equipment Rental:** $200/day (minimum 3 days). Package includes six 22" LCD monitors, distribution amp, and required display cabling. Rental fee does not cover shipping. All shipping charges are the responsibility of the customer. Please contact us to check availability and scheduling.

---

*Expert Analysis | Expert Testimony | Expert Instruction*

16909 E Knox Lane, Spokane Valley, WA 99016
Info@forensicvideosolutions.com | www.forensicvideosolutions.com

**orensic  ideo  olutions**

**Archive Fee:** $250 one-time charge. This fee is a flat rate, one-time charge for data archiving and evidence retention. The fee is applied to the last invoice for all cases processed by FVS. Under this agreement, data and evidence will be secured for up to five years; anything beyond the initial 5 year term is the responsibility of the client, unless otherwise negotiated with FVS in writing.

**Please note:** A Retainer Agreement is required up front for most analysis projects.

**Late Fees:** All invoices are due 30 days from the date of receipt. After 60 days, a 1% re-billing fee will be applied for every 30 day period thereafter.

**Expenses:** The client is responsible for all reasonable costs of travel, hotel, and incidentals such as printed documentation, data copies, etc. FVS reserves the right to book air and hotel at coach/standard rates. Expenses are not included in the retainer payment, if one is made.

**Payment Arrangements:** The client agrees that it will not assign any invoices to a 3rd party for payment without written permission from FVS. The client is solely responsible to ensure that all FVS invoices are paid in full in a timely matter. In the event that a 3rd party offers to pay FVS invoices, the client assumes all responsibility to obtain payment from the 3rd party. If opposing counsel or other 3rd party has not paid costs within 90 days of the invoice date, the client agrees to pay the invoice in full.

**Travel Considerations:** Travel to locations less than 500 miles from Spokane, Washington may be billed as expenses plus the following, as is applicable: Travel time: $125/hr per employee. Overnight fee: $500 flat rate per employee. Standby/Court set up: $150/hr per employee. Trial/Deposition Testimony: $350/hr (minimum 3 hours).

**Criminal Defense Cases paid under 'Expert Witness Payment Schedules':** In all cases where FVS is required to apply for payment to a third party, a $1,000 refundable deposit is required from the attorney/client. The $1,000 deposit will be refunded in full when FVS has received full payment for agreed services. This deposit is intended to ensure that the client is invested in the payment recovery process on behalf of FVS.

**Client Acceptance:** Unless otherwise agreed in writing: in civil or in criminal defense cases, FVS works only under the direction of an attorney or an authorized person for a corporation or government agency. The signatory agrees to be responsible for all invoices incurred as a result of this engagement. The signatory must be a representative of a law firm or corporation, or other professional entity. Under no circumstances is a defendant, family member, relative, or friend of the defendant in a criminal proceeding considered to be 'the client, and all communication is restricted to the authorized party.

FVS does not enter into contingency agreements.

*Expert Analysis | Expert Testimony | Expert Instruction*

# CURRICULUM VITAE - GRANT FREDERICKS
## Certified Forensic Video Analyst

11001 East Coyote Rock Ln, Spokane Valley, WA | www.forensicvideosolutions.com
(509) 467-3559 | | grant@forensicvideosolutions.com

## SUMMARY OF QUALIFICATIONS

- Certified Forensic Video Analyst

- Former police officer with over thirty-five years of experience processing video evidence in the United States, Canada, the United Kingdom, Mexico, and in other countries throughout the world; conducted thousands of video related investigations.

- Provides expert testimony throughout the United States and Canada at all court levels; has testified in Alabama, Arizona, California, Colorado, Connecticut, Florida, Idaho, Illinois, Iowa, Maine, Massachusetts, Michigan, Missouri, Nevada, New Hampshire, New Mexico, New York, North Carolina, North Dakota, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Washington State; Alberta, British Columbia, Manitoba, New Brunswick, Ontario, the Yukon Territories; London, England; Auckland, New Zealand; in the Cayman Islands, and elsewhere.

- Consultant for forensic video applications to the US Department of Justice, Office of the US Attorney General, International Association of Chiefs of Police, and to various industry leaders in the area of forensic video technology.

- Over twenty-five years of experience as a leading provider of forensic video training to government and to private video analysts from throughout the world.

- Contract Instructor of Forensic Video Analysis for the FBI Academy, Quantico, VA.

## AREAS OF EXPERTISE

Forensic Video Analysis, including:

- Image Interpretation
- Digital Video Examination, Recovery, and Processing
- Photographic Video Comparison
- Image Enhancement
- Color Correction
- Forensic Video Synchronization
- Height Comparison
- Reverse Projection
- Object Measurement
- Pixel Tracking
- Motion Analysis
- Speed Estimation
- Image Stabilization

## RELATED WORK EXPERIENCE

| | |
|---|---|
| Jan 1991 - Present | **Forensic Video Analyst**: Forensic Video Solutions<br>Analyst, Consultant, Expert Witness |
| 2019 - 2023 | **Instructor**: FBI Command Leadership Program (Quantico, VA) |
| 2002 - 2021 | **Instructor**: FBI National Academy (Quantico, VA) |
| 1998 - Apr 2018 | **Instructor**: Law Enforcement & Emergency Services Video Association (LEVA) |

*"Photographic Video Comparison"*
Level III (40-hour course taught once a year)

| | |
|---|---|
| 1998 - Dec 2012 | **LEVA Principal Instructor**<br>*"Forensic Video Analysis & the Law"*<br>Level I (40-hour course taught two times per year) |

*"Digital Multimedia Evidence Processing"*
Level II (40-hour course taught approximately two times per year)

| | |
|---|---|
| 2004 - 2016 | **Adjunct Instructor**: University of Indianapolis (Indianapolis, IN)<br>Forensic Video Analysis |

*"Photographic Video Comparison"*
(40-hour course taught at least once per year)

| | |
|---|---|
| Mar 2000 - Dec 2006 | **Manager**: Avid Technology, Public Safety Video Solutions<br>Forensic Video Development, Sales, Marketing, & Training |
| Jan 1998 - Aug 2006 | **Adjunct Instructor**: British Columbia Institute of Technology (Canada)<br>Forensic Sciences Program |

*"CCTV Surveillance Technologies"*
(40-hour course)

*"Photographic Video Comparison"*
(40-hour course)

| | |
|---|---|
| Dec 1988 - Apr 2000 | **Police Officer**: Vancouver Police Department (Canada)<br>Patrol, K-9 Unit |
| Jan 1998- Apr 2000 | **Coordinator/Analyst**: Forensic Video Unit |

| | |
|---|---|
| Oct 1984 - 2000 | **Producer, Director**: West Coast Communications (FVS) Film and Video Productions, Crime Recreations, & Video Clarification/Enhancement, including: |

| | |
|---|---|
| 1994, 1995, & 1996 | **Producer, Director, Writer**: Annual BC Road Test Series Aired on BCTV '92 & '93, and on CBC |
| 1988 | **Producer, Creator**: "MANHUNT LIVE" Internationally syndicated 2hr. live program investigating The Green River Murders. Hosted by CBS's DALLAS star, Patrick Duffy |
| Nov 1987 - Dec 1988 | **Writer, Producer, Director**: Seattle King-County Crime Stoppers Re-enactments. Weekly Productions. |
| Oct 1984 - Jan. 1988 | **Writer, Producer, Director**: Greater Vancouver Crime Stoppers Re-enactments. Weekly Productions. |

| | |
|---|---|
| 1984 - Present | **Free-lance Writer**: Published in: Maclean's, Vancouver Magazine, Government Video Magazine, Law Enforcement Technology Magazine, Forensic Imaging, The Police Chief Magazine |
| Jan 1983 - Jan 1988 | **News Reporter/Producer**: VU 13 TV (Vancouver, BC) On-Air Field Reporting, Nightly News Break Anchor. |

## EDUCATION

| | |
|---|---|
| 1978 - 1982 | B.A., Broadcast Communications; Gonzaga University Spokane, WA 99258. Graduated 1982. |

## PROFESSIONAL MEMBERSHIPS

| | |
|---|---|
| Oct 4, 1994 - Present | **Law Enforcement & Emergency Services Video Association** (LEVA) |
| Apr 1, 2001 - 2019 | **International Association for Identification** (IAI) |

## ADVISORY COMMITTEE/BOARD

- Global Strategic Solutions Working Group
  - Federal Advisory Committee to the U.S. Attorney General
  - Oct 2013 - October 2014

- National Institute of Justice (NIJ)
  - Sensors and Surveillance Technical Working Group
  - Jan 2011 - Dec 2013

- Law Enforcement & Emergency Services Video Association (LEVA)
  - Forensic Video Analysis Certification Committee
  - Oct 4, 2001 - Dec 31, 2012

- Law Enforcement & Emergency Services Video Association (LEVA)
  - Forensic Video Analysis Curriculum Development Committee
  - Jul 15, 1997 - Present

- International Association of Chiefs of Police (IACP)
  - Police In-car Camera Advisory Board – 2004 - 2011
  - Digital Video System for Public Safety Advisory Panel – 2013 - 2015

- Security Industry Association (SIA)
  - SIA Standards Committee, Digital Video Subcommittee
  - 2001 – 2006

## GOVERNMENT HEARINGS & BRIEFINGS

- May 25, 2009 - Braidwood Commission, "Expert in Forensic Video Analysis", In-custody Death, Vancouver, BC Commissioner Thomas Braidwood

- Dec. 12, 2002 - Testified in Washington, DC during the Public Oversight Hearing for the Committee on the Judiciary, Council of the District of Columbia, Bill 14-946, "Limited Authorization of Video Surveillance and Privacy Protection Act of 2002"

- Mar. 14, 2002 – Held separate briefing on "CCTV in America for Homeland Security" on Capitol Hill in Washington, DC

  - Judiciary Subcommittee on Technology, Terrorism & Government – Senator Feinstein

  - Judiciary Subcommittee on Immigration – Chief Counsel to Senator Ted Kennedy

  - Judiciary Subcommittee on Technology/Intellectual Properties – Senator Cantwell

## BROADCAST NEWS APPEARANCES

Various local and national broadcasts in Canada US & UK, including:

- 2016 – CBS News, 48 Hours – Forensic Video Consultant

- 2016 – Dateline NBC – Forensic Video Consultant

- 2009 - BBC Television – BBC NewsNight - Nico Bento Wrongful Conviction

- 2006 - National Geographic – Monsters of the Deep - Forensic Video Consultant

- 2006 - 2007 CourtTV – Video Justice Series (five programs)

- Apr. 9, 2003 - FoxNews, with John Gibson - examination of Saddam Hussein video

- Oct. 24, 2002 - Fox5, Washington DC, - examination of Osama bin Laden video

- Oct. 24, 2002 - FoxNews, "On the Record with Greta Van Susteren"

- Oct. 22, 2002 - CNN Headline News, Atlanta, GA - Washington, DC Sniper

- Oct. 14, 2002 - ABC World News Tonight with Peter Jennings

- Oct. 11, 2002 - Good Morning America, ABC News - Washington DC Sniper

- Dec. 18, 2001 - CNN Headline News, Atlanta, GA - examination of Osama bin Laden video

- Oct. 28, 2001 - MSNBC, NY - Forensic Video Applications In the News

- Oct. 24, 2001 - ABC News 20/20, FBI Academy - Training the Terrorist Hunters/Anthrax

- Nov. 20, 1994 - HBO - Shock Video 2: The Show Business of Crime and Punishment

## AWARDS

- 1990  International Association of Business Broadcasters Award
  *"Best Television Program"*

- 1988  Crime Stoppers International *"Best Television Re-enactment"*

- 1987  SAM Award *"Best Public Service Television Commercial"*

- 1987  Crime Stoppers International *"Best Television Re-enactment"*

- 1987  R.T.N.D.A. Award *"Best Investigative Story of The Year"*

- 1986  *"B.C. Broadcaster's Public Service Award"*

- 1986  R.T.N.D.A. Award *"Excellence in TV News Broadcasting"*

- 1985  Radio and Television News Directors' Association (R.T.N.D.A.) Award
  *"Excellence in TV News Broadcasting"*

## CERTIFICATES OF RECOGNITON

- **Chief Constable's Commendation**, 2013. For Technical Management of large scale video investigation. Vancouver Police Department

- **Vollmer Award for Excellence in Forensic Sciences,** 2011. Presented to LEVA by the International Association of Chiefs of Police

- **Chief Constable's Commendation**, 1996.

- **Superintendent's Commendation**, 1995.

- **Superintendent's Commendation**, 1994.

- **Inspector's Commendation**, 1993.

- **Outstanding Contribution** to Seattle King County Crime Stoppers, 1989.

- **Outstanding Contribution** to Traffic Safety in the Community, 1988. Insurance Corporation of British Columbia.

- **Outstanding Contribution** to Greater Vancouver Crime Stoppers, 1987.

- **Deputy Commissioner's Commendation** for Search and Rescue Operation, 1987. Royal Canadian Mounted Police.

- **Chief Constable's Commendation** for Professional Conduct as a TV News Reporter, 1984. Vancouver Police Department.

## GUEST LECTURER & INSTRUCTOR

Primary Instructor for hundreds of Forensic Video workshops, lectures, and seminars in the United States, Canada, Brazil, Singapore, England, and the Bahamas.

# ADDITIONAL SPECIALIZED TRAINING – 2019 to 2022

Weaponizing Video Against Police – Connecticut Chiefs of Police Association Conference – Southington, CT – June 20, 2019 (Lecturer: 2 hrs)

Video Investigation for the Homicide Investigator – Lab – Toronto Police Service, Toronto, Canada, July 8 & 9, 2019 (Instructor: 16 hrs)

Weaponizing Video Against Police – FBI National Executive Institute – FBI Academy, Quantico, VA – August 6, 2019 (Lecturer: 2 hrs)

Video Literacy in the Digital Age – FBI National Academy – FBI Academy, Quantico, VA – August 8, 2019 (Lecturer: 2 hrs)

Video Investigation for Major Crime Investigators – Lab - Manchester Police Department, Manchester, NH, August 14 & 15, 2019 (Instructor: 16 hrs)

Weaponizing Video Against Police – Mid-States Organized Crime Information Center Annual Conference – Springfield, MO – August 21-22, 2019 (Lecturer: 4 hrs)

Video Investigation for Major Crime Investigators – Lab – Austin Police Department, Austin, TX, September 4 & 5, 2019 (Instructor: 16 hrs)

Video Investigation for Major Crime Investigators – Lab _ West Jordan Police Department, West Jordan, UT, September 19 & 20, 2019 (Instructor: 16 hrs)

Unmasking the Truth Behind Video Driven Investigations – National Association of Civilian Oversight of Law Enforcement – Detroit, MI – September 23, 2019 (Lecturer: 2 hrs)

Exposing Hidden Evidence in Use of Force Videos – Massachusetts State Police Academy – New Braintree, MA – September 25, 2019 (Lecturer: 2 hrs)

How Video is being Weaponized Against Police – Massachusetts State Police Academy – New Braintree, MA – September 26, 2019 (Lecturer: 2 hrs)

Video Examinations for Homicide Investigators – Arizona International Homicide Investigator's Conference - Las Vegas Nevada, October 1, 2019 (Lecturer: 4 hrs)

Law Enforcement & Emergency Services Training Conference – October 2019

- FFMPEG for Validation & Analysis – (Training: 2 hrs)
- Beyond Daubert: Defending Against Recent Challenges to LEVA's Training Program – (Training: 1.5 hrs)
- Forensic Video Applications: From Acquisition to Prosecution – (Training: 1.5 hrs)
- Hands-On Case Management with Input-Ace (Training: 2 hrs)
- Previewing Mobile Device & Storage Media – Performing Effective Onsite Triage (Training: 2 hrs)
- Digital Multimedia Evidence and the Organization of Scientific Area Committees (OSAC) – (Training 1.5hrs)
- 3D Laser Scanning Reverse Projection –(Training: 4 hrs)

Video Investigation for Technical Investigators – Lab _ Chicago Police Department, Chicago, IL, October 24 & 25, 2019 (Instructor: 16 hrs)

Democratization of Video Evidence – Developing Video Literacy for Every Investigator, International Association of Chiefs of Police Annual Conference, Chicago, IL, October 29, 2019 (Lecturer: 1.5 hrs)

Building Video Literacy for the Major Crime Investigator – FBI National Academy – FBI Academy, Quantico, VA – November 15, 2019 (Lecturer: 2 hrs)

How Video is Being Weaponized Against Police – Daigle Use of Force Summit, Uncasville, CT, December 3, 2019 (Instructor: 1.5 hrs)

Daigle Law Group – Use of Force Conference – December 3 – 5, 2019

- Use of Force Trends – Legal Standards for Policy & Training – Attorney Eric Daigle (Training: 2hrs)
- How Video is Being Weaponized – (Lecture: 1.25 hrs)
- Secrets to Uncovering Hidden Evidence in Use of Force Videos – Key Note Speaker - Daigle Use of Force Summit, Uncasville, CT, December 4, 2019 (Instructor: 2 hrs)
- Preparing an Internal OIS Investigation for Review – Lt. Alan Yu, Oakland Police Department – (Training: 1.25 hrs)
- Public Perception of Police and Use of Force – Attorney Lawrence Terra – (Training: 1.25 hrs)
- Human Dynamics: Strategies in Use of Force Investigation – Sgt. Jami Borden – Force Sciences – (Training 3.5 hrs)
- Force Investigations for Investigators – Captain Sean Case, Anchorage Police – (Training: 1.25 hrs.)
- Officer Involved Shooting, Difference Perspective – Attorney Eric Daigle – (Training: 1.25 hrs)

Weaponizing Video Against Police – Alaska FBINAA Chapter – December 6, 2019 (Lecturer: 4 hrs)

Building Video Literacy for the Police Investigator, Command Staff Presentation – Honolulu Police Department, Honolulu, HI – December 17, 2019 (Lecturer: 4 hrs)

Video Investigation for Major Crime Investigators – Lab – Honolulu Police Department, Honolulu, HI – December 18 & 19, 2019 (Instructor: 16 hrs)

Advanced Internal Affairs Training Program – Savannah, GA  January 15/16, 2020:

- Legal Issues Surrounding Video Admissibility – Attorney Eric Daigle (Training: 3.5 hrs)
- Conducting Use of Force Investigations/OIS Standards BWC Events – Lt. Alan Yu (Training: 3.5 hrs)
- The Secrets to Exposing Hidden Evidence in Use of Force Investigations – (Lecturer: 3.5 hrs)
- How Video is being Weaponized Against Police – (Lecturer: 3.5 hrs)

Video Investigation for Major Crime Investigators – Lab – Myrtle Beach Police Department, Myrtle Beach, FL – February 3 & 4, 2020  (Instructor: 16 hrs)

Building Video Literacy for the Major Crime Investigator – FBI National Academy – FBI Academy, Quantico, VA – February 6, 2020 (Lecturer: 2 hrs)

Video Examinations for the Police Investigator (Lab) - New York Office of Public Safety – New York State Police Academy, Albany, NY – March 2, 3, 4, 5 (Instructor: 32 HRS)

Calgary Cyber Summit, Calgary, Alberta – March 10, 11, 12, 2020

- Leveraging Cyber Threat Intelligence – (Training: 1 hr)
- Artificial Intelligence for Cyber Security – (Training: 1 hr)
- Investigating Transnational Cyber-Enabled Crimes – (Training: 1 hr)
- Digital Forensics in Criminal Defense – (Training: .5 hrs)
- Digital Video Evidence: Critical Implications for Investigators – (Instructor: 1 hr)

Online Video Evidence Training Symposium – Remote – June 1 – 5, 2020

- Conducting Video-Centric Investigation: Preparing for the End-Game – (Lecturer: 1.5 hrs)
- Legal Issues and Trends Related to Video Admissibility – Attorney Eric Daigle – (Training: 1.5 hrs)
- Analysis and Interviews for Force Investigation – Jamie Borden & Dr. Paul Taylor – (Training: 1.5 hrs)
- Violent Crime Digital Evidence Recovery During Covid-19, How Major Cities are Adjusting Workflows – Sgt. Michael Chiocca, Chicago Police Department – (Training: 1.5 hrs)

- Calculating Accurate Timing from Video – Andrew Fredericks – (Training: 1.5 hrs)
- DVR Evidence Recovery – The Good, the Bad and the Ugly – Tim Bate – (Training: 1.5 hrs)
- More Than Meets the Eye – Brandon Epstein – (Training: 1.5 hrs)
- Photoshop in the Video Analysis Workflow – George Reis – (Training: 1.5 hrs)
- Getting Started with Input-Ace – Brandon Wahl – (Training: 1.5hrs)
- Video Evidence and Photogrammetry – From the Field Through Analysis – Justin Wager – (Training: 1.5 hrs)

Exposing Hidden Evidence in Use of Force Videos – Daigle Law Group – Remote – March 23, 2020 (Lecturer: 4 hrs)

Weaponizing Video Against Police – Daigle Law Group – Remote – March 30, 2020 – (Lecturer: 4 hrs)

Digital Video Evidence: Critical Implications for the Police Investigator & Agency Executive - Pennsylvania State Police Chiefs Conference – January 13, 2021 – Remote – (Lecturer: 1 hr)

Digital Video Evidence – Collecting Visual Intelligence in the Capital Riot Investigation – FBI National Executive Institute, FBI Academy, Quantico, VA – February 11, 2021 – (Lecturer: 4 hrs)

2021 Video Evidence Training Symposium – Occam Video Solutions – March 22 & 25, 2021
- Video Investigation Units – How the Media is Leveraging Open Source Intelligence to Conduct Forensic Video Examinations– March 22, 2021 – Remote – (Lecturer: 1.5 hrs)
- Civilian Oversight: The Influence of Video on Public Perception – Seattle Inspector General Lisa Judge – Remote – March 22, 2021 - (Training: 1.5 hrs)
- Video Examination and Admissibility in the Courtroom – Are you and Expert? – Attorney Eric Daigle – Remote – March 23, 2021 – (Training 1.5 hrs)
- Fusion of 3D Technologies and Imagery – Professor Eugene Liscio, University of Toronto Mississauga, ON, Canada – Remote – March 23, 2021 – (Training: 1.5 hrs)
- Advancements in Technology for Calculating Speeds – Michael Jorgenson, James Kennedy, Andrew Fredericks – Remote – March 24, 2021 – (Training: 1.5 hrs)
- From Expert to Expert Witness – A Defense Attorney's Perspective – Attorney Solomon Friedman – Remote – March 24, 2021 - (Training: 1.5 hrs)
- Defending Against Recent Challenges to Video Evidence – Andrew Fredericks , Certified Forensic Video Analyst – Remote – March 25, 2021 – (Training: 1.5 hrs)
- Fast Forward: Emerging Trends in Video Evidence – Panel – Remote – March 25, 2021 – (Lecture/Panel Member: 1.5 hrs)

Video Examinations – Hands-On Workshop – Instructor Brandon Wahl, Certified Forensic Video Technician – Occam Video Solutions – March 30, 2021 – (Training: 4 hrs)

Unmasking the Truth Behind Video Driven Use of Force Investigations – A Canadian Perspective – April 29, 2021 – Burnaby, BC, Canada – (Instructor: 2.5 hrs)

Digital Video Evidence – Issues for a Safer Canada – Safer Schools – April 30, 2021 – White Rock, BC, Canada – (Instructor: 3 hrs)

Video Literacy for Every Police Officer – FBI National Command Course, FBI Academy, Quantico, VA – May 20, 2021 – (Instructor: 4 hrs)

Video Literacy for Every Police Officer – FBI National Executive Institute, FBI Academy, Quantico, VA – May 20, 2021 – (Instructor: 3 hrs)

Video Investigation for Major Crime Investigators – Lab – Anchorage Police Department, Anchorage, AK – June 17 & 18, 2021  (Instructor: 16 hrs)

Video Literacy for Law Enforcement: Exposing Hidden Evidence in Use of Force video Investigations – Daigle Law Group – Remote – June 7, 2021 – (Instructor: 3 hrs)

Video Literacy for Every Police Officer – FBI Law Enforcement Executive Development Center, Miami, FL – August 4, 2021 – (Instructor: 4 hrs)

Video Literacy for Every Police Officer – Montana Chief's Conference – Helena, MT, - October 6, 2021 – (Instructor: 4 hrs)

Video Centric Casework: Unmasking the Hidden Details from Video Driven Homicide and Officer Involved Shooting Investigations – Illinois Homicide Investigators Association – Chicago, IL – October 13, 2021 – (Instructor: 4 hrs)

Calculating Speed from Video Images – Spokane Police Academy, Spokane, WA – October 28, 2021 (Training: 8 hrs)

Unmasking Hidden Details from Video Driven Investigations – November 2, 2021 – Louisville, KY – (Instructor: 3 hrs)

Video Centric Casework – FBI National Academy – November 22, 2021 – Quantico, VA – (Instructor: 5 hrs)

Daigle Law Group – Use of Force Conference – November 29 – December 2, 2021 - Uncasville, CT

- Unmasking the Truth Behind Video Driven Investigations – November 29, 2021 – (Lab – Instructor – 8 hrs)
- Force Reporting & Force Investigation – November 30, 2021 – Attorney Eric Daigle – (Training: 1.25 hrs)
- Use of Force Review Boards – November 30, 2021 – Attorney Eric Daigle – (Training: 1.25 hrs)
- Navigating Policies During a User of Force Investigation – Cpl. Kevin Selverian – November 30, 2021 – (Training: 1.25 hrs)
- Unmasking the Truth Behind Video Driven Investigations of Police User of Force – December 1, 2021 – (Lecture: – 2 hrs)
- An Officer's Truth vs. The Objective Facts of the Case – Sgt. Jaime Borden – December 1, 2021 – (Training: 1.25 hrs)
- Force Investigations: A Leader's Perspective – Chief Ken Wallentine, West Jordan Police Department, UT – December 1, 2021 – (Training: 1.25 hrs)
- Human Performance in Use of Force – Dr. William Lewinski, Force Sciences – December 2, 2021 – (Training: 2.25 hrs)
- Applying Human Factors to Force Investigations – Dr. Paul Taylor, University of Colorado – December 2, 2021 – (Training: 1 hr)
- Speed and Motion: Interpreting Use of Force from Video Images – Det. Josh Guthrie, Pennsylvania State Police – December 2, 2021 – (Training: 1.25 hrs)
- Developing a Timeline in Use of Force Investigations – Sgt. Jamie Borden, Henderson Police Department – December 2, 2021 – (Training: 1.25 hrs)

Video Centric Use of Force Investigations – Critical Implications – January 27, 2022 – Remote - (Lecture – 4 hrs)

Protect Truth – 2022 Video Evidence Symposium – Remote – March 28 – 31, 2022
- The Role of Video Evidence in the Kyle Rittenhouse Trial – Mark D. Richards, Corey Chirafisi, Dr. John Black – (Training: 1.5 hrs)
- How Filters Effect the Interpretation of Video – Andrew Fredericks – (Training: 1.5 hrs)
- The Impact of Allowing Officers to View Video Prior to Providing a Statement – Dr. Paul Taylor – (Training: 1.5 hrs)
- How Video Tells a Story – Mark Scheffler – NYT Visual Investigation Team – (Training: 1.5 hrs)
- Case Study: Building Effective Workflows – (Lecturer: 1.5hrs)
- Maintaining Chain of Custody – Axon – (Training: 1.5 hrs)
- The Evolution of Court Acceptance of Video – Panel – (Training: 1.5 hrs)
- Speed and Motion | Interpreting Use of Force from Video Images – Det. Josh Guthrie – (Training: 1.5 hrs)

Unmasking the Truth Behind Video Driven Investigations – Critical Implications for the Senior Police Executive – Illinois Association of Chiefs of Police _ April 28, 2022 – Chicago, IL (Lecture: 3 hrs)

Unmasking the Truth Behind Video Driven Investigations – Critical Implications for the Senior Police Executive – FBI National Command Course _ May 6, 2022 – Fredericksburg, VA (Lecture: 2 hrs)

Weaponizing Video Against Police – Axon Accelerate – May 25, 2022 – Phoenix, AZ – (Lecture: 1 hr)

Weaponizing Video Against Police – A North American Perspective – International Council of Police Representative Associations – June 6, 2022 – Glasgow, Scotland – (Lecture: 4 hrs)

Unmasking the Truth Behind Video Driven Investigations – Critical Implications for the Senior Police Executive – FBI National Command Course _ August 8, 2022 – Charlottesville, VA (Lecture: 4 hrs)

Unmasking the Truth Behind Video Driven Investigations – Critical Implications for the Senior Police Executive – FBI National Command Course - September 26, 2022 – St. Augustine, FL (Lecture: 2 hrs)

# ADDITIONAL SPECIALIZED TRAINING – 2010 - 2019

The Truth About Video Evidence – FBI National Executive Institute – Charlottesville, VA – June 2019 (Lecture: 2 hrs)

Integrating Video into a Forensic Workflow – IACP Technology Conference – Jacksonville, FL –May 2019 (Lecture: 2 hrs)

Video Realities, an Executive's Decision – FBI LEEDS – Virginia Beach, VA – April 2019 (2 hrs)

Advancing Body Worn Video Strategies for Police Agencies – Tennessee Police Chiefs – Nashville, TN – February 2019 (4 hrs)

Byte Level Analysis – Occam Video Solutions, Spokane, WA – January 2019 (16 hrs)

Integrating Metadata into Video Images – Israeli Intelligence Services, Jerusalem, Israel, -January 2019 (4 hrs)

LEVA Conference – San Antonio – Various Training Sessions – November 2018 (6 hrs)

Video Analysis for Civilian Oversight – New York City, October 2018 (16 hrs)

International Association of Chiefs of Police – Legal Officers Section – Orlando, FL – October 2018 (4 hrs)

Video Evidence Management – LA County Sheriff's Office – August 2018 (2 hrs)

Video Infrastructure for Large Scale Police Agencies – LA County Sheriff's Office – August 2018 (2 hrs)

Video Analysis for the Technical Investigator – NATIA, Phoenix, AZ – July 2018 (2 hrs)

Use of Force, Applications for Video Examinations in Canada, Vancouver Police, June 2018 (16 hrs)

Weaponizing Video Against Police – FBI National Academy, Enrichment – May 2018 (2 hrs)

Video Analysis Review – Black Lake, Colville, WA (LEVA Instructors) – February 2018 – (16 hrs)

DLG Summit – Video Analysis for Use of Force Investigators – Uncaseville, CT - November 2017 (4 hrs)

Las Vegas Use of Force Conference – Video Expose – November 2017 (4 hrs)

Video Examinations for the Police Investigators – Lincoln, NE – November 2017 (16 hrs)

International Association of Chiefs of Police – Legal Officers Section – Philadelphia, PA – October 2017 (4 hrs)

FL Association of Police Attorneys – Legal Considerations for the Admissibility of Video Evidence, October 2017 (4 hrs)

Video Investigations for Senior Police Executives - FBI National Academy – Quantico, VA September 2017 (2 hrs)

National Internal Affairs Association – Unmasking the Truth Behind Video Driven Investigations – Montreal, Canada – August 2017 – (4 hrs)

Body Worn Video Executive Training – Watchguard – Allen, TX – January 2017 (4 hrs)

SIFIR - Force Investigations for Internal Investigators – Seattle, WA – January 2017 (4 hrs)

3D Imaging Technology - 3rd Tech, Colville, WA - Feb 2012 (24 hrs)

Forensic Image Processing & Analysis Workshop - North Carolina State University, College of Textiles, Raleigh, NC - May 2010 (32 hrs)

Advanced Forensic Video Analysis Issues - LEVA, Spokane, WA - Feb 2010 (32 hrs)

# APPENDIX A

## EXPERT TESTIMONY (Last 12 Years)

05/20/24 – State v Jeffrey Alan Nelson,
Murder
Judge Nicole Gaines Phelps, King County Superior Court, Kent, WA

04/15/24 – Regina v Boden, Clarke, Webster,
Burglary, Etc.
Judge Roger Chapple, Grand Court, Cayman Islands

03/26/24 – State v Joshua Puloka,
Murder x 3
Judge Leroy McCullough, King County Superior Court, Kent, WA

10/02/23 – State v Burbank, Collins & Rankine,
Murder
Judge Bryan Chushcoff, Pierce County Superior Court, Tacoma, WA

01/31/23 - State v DARCUS ALLEN,
Murder x 4, Trial
Judge Edmund Murphy, Pierce County Superior Court, Dept. 2, Tacoma, WA

10/10/22 - State v DARCUS ALLEN,
Murder x 4, Hearing
Judge Edmund Murphy, Pierce County Superior Court, Dept. 2, Tacoma, WA

5/18/22 – State v Richard Ellis
First Degree Murder
Honorable Judge John Kissinger, New Hampshire Superior Court, Concord, NH

5/18/22 – State v Richard Ellis
First Degree Murder - Hearing
Honorable Judge John Kissinger, New Hampshire Superior Court, Concord, NH

01/01/21 – R v Alex McCrory & Colin Duffy
Attempted Murder, Terrorism
Mr. Justice John O'Hara, Royal Court of Justice, Belfast, Ireland - Remote

12/10/20 – R v Gurpreet Singh
Murder
Birmingham Crown Court, Birmingham, UK - Remote

1/8/20 - Commonwealth vs. Charles Williams
First-degree murder, Attempted Murder and Prohibited Possession of a Firearm
Dauphin County Court of Common Pleas, Judge William T. Tully

10/10/19 - Commonwealth vs. Charles Williams (Hearing)
First-degree murder, Attempted Murder and Prohibited Possession of a Firearm
Dauphin County Court of Common Pleas, Judge William T. Tully

9/13/19 – State of South Carolina vs Sidney Moorer
Kidnapping
Circuit Judge Benjamin Culbertson, Fifteenth Judicial Circuit, Horry County, SC

6/17/19 - R. v. Daniel Montsion
Manslaughter
Ontario Court of Justice, The Honourable Justice Robert Kelly, Ottawa, ON

5/10/19 – R. v Elmer Write & Nikel Thomas
Home Invasion (Indictment 11/2018)
Mr. Justice Roger Chapple, Grand Court of the Cayman Islands

4/8/19 - State of New Mexico v Devon Lymon,
First Degree Murder
Judge Neil Candelaria, Second Judicial District, Albuquerque, NM

2/25/19 - State v Alexander Villa
First Degree Murder
Honorable James Linn, Circuit Court of Cook County, Chicago, IL

11/13/18 – People v Lonnie Ray SWARTZ, Case # CR-15-1723-TUC-RCC-DTF
Second Degree Murder
Honorable Raner C Collins, United State District Court, Tucson, AZ

10/10/18 – State of South Carolina vs Tammy Moorer
Kidnapping
Circuit Judge Benjamin Culbertson, Fifteenth Judicial Circuit, Horry County, SC

08/23/18 – State v. Kim Thien BUI, Hung Thanh TRAN, and Thuan TRAN, Case #SCD270648
Assault
Judge Michael Groch D1502, San Diego, CA

08/20/18 – State v. Roy OLIVER, Case # 17-045812
Second Degree Murder
Judge Brandon Birmingham, Dallas County, TX

08/06/18 – State v. Kim Thien BUI, Hung Thanh TRAN, and Thuan TRAN, Case #SCD270648, 402 Hearing
Assault
Judge Michael Groch D1502, San Diego, CA

08/02/18 – R v Gerard Jaleel BUSH Rico WALTON
Possession of Unlicensed Firearm
Justice Francis Belle, Grand Court of the Cayman Islands

04/11/18 – People v Lonnie Ray SWARTZ, Case # CR-15-1723-TUC-RCC-DTF
Second Degree Murder
Honorable Raner C Collins, United State District Court, Tucson, AZ

01/29/18 – Ex Parte George Robert POWELL II, Cause No. 63436B
Appeal
Judge John Gauntt, District Court, Bell County, TX

12/04/17 - People v. Michael SLAGER
Murder
Honorable David C. Norton, US District Court, Charleston, SC

11/15/17 - People v Tyler Dean, Kevin Garcia & Ryan Valdez, Case # CN358872
Murder
Judge Richard R Monroy, San Diego Superior Court, North County Division, CA

10/11/17 - People v Alfred MURPHY, Nicoy SMITH, and Danielle DUMONT, Case # SCE359335
Murder
Honorable Patricia Cookson, Department 16, El Cajon, CA

10/09/17 - State of Washington v. Cleanthony JIMERSON, 15-1-03011-2 KNT
Murder x3
Judge Janet Helson, King County, WA

06/22/17 - United States v Lonnie Ray SWARTZ, CR15-1723 TUC RCC

Murder

U.S. District Court, AZ

06/12/17 - - State v Raymond TENSING, Case # 8-1503961

Murder

Honorable Leslie E. Ghiz, Court of Common Pleas, Hamilton County, OH

05/26/17 - State v Raymond TENSING, Case # 8-1503961

Murder

Honorable Leslie E. Ghiz, Court of Common Pleas, Hamilton County, OH

03/17/17 - People of the State of Illinois vs. Roberto CERDA, No. 11 CR 10290

Murder x 3

Judge Timothy Joyce, Circuit Court of Cook County, IL

11/17/16 - People v. Michael SLAGER

Murder

Judge Clifton Newman, County of Charleston, SC

11/2/16 - State v Raymond TENSING

Murder

Judge Megan E. Shanahan, Hamilton County Common Pleas Court, Cincinnati, OH

11/8/16 - State v DARCUS ALLEN,

Murder x 4, Hearing

Judge Katherine M. Stolz, Pierce County Superior Court, Dept. 2, Tacoma, WA

7/1/16 - R v Brandon LIBERAL

Burglary

Justice Marva McDonald-Bishop, Grand Court, Cayman Islands

6/22/16 - State v Sydney MOORER & Tammy MOORER

Murder

Judge Markley Dennis, Cir. Ct. J.; South Carolina Jud. Dept. Horry County, SC

6/8/16 - People v. Gilberto NUNEZ, Ulster County Indictment # 2015-119

Murder

Judge Donald A. Williams, Ulster County, NY

4/26/16 - R v Justin RAMOON & Osborne DOUGLAS

Murder

Mr. Justice Charles Quin, Grand Court, Cayman Islands

4/18/16 - State v Sydney MOORER & Tammy MOORER, Jones Hearing

Kidnapping

Judge Markley Dennis, Cir. Ct. J.; South Carolina Jud. Dept. Horry County, SC

4/15/16 - People v. Gilberto NUNEZ, Ulster County Indictment # 2015-119, Frye Hearing

Murder

Judge Donald A. Williams, Ulster County, NY

12/15/15 - Tamir RICE – Police Involved Shooting Death

Grand Jury, Cincinnati, OH

11/26/15 - R v Devon ANGLIN, Indictment 70/10

Murder

Mr. Justice Charles Quin, Grand Court, Cayman Islands

10/28/15 - People v. Matthew POCCI, Case #SCD260967

Aggravated Assault

Honorable Amalia L. Meza, San Diego County Superior Court, CA

10/26/15 - R v. Dennis OLAND

Murder

Mr. Justice John J. Walsh, Court of Queen's Bench, Saint John Judicial District, New Brunswick, Canada

10/01/15 - People v. Gilberto A. NUNEZ, Ulster County Indictment # 2015-119

Second Degree Murder

Grand Jury, Ulster County, NY

8/27/15 - James C. FUDA v. King County, et al, No. 11-2-19682-8 KNT

Dangerous Driving Resulting in Death

Kent, WA

8/14/15 - R v Andrew LOPEZ, Bron WEBB, Randy CONNOR, Dwight WRIGHT, Indictment: 115/15

Robbery

Mr. Justice Francis Belle, Grand Court, Cayman Islands,

6/16/15 - Appeal of Joseph WOLFE v. City of Fullerton Hearing
Police Misconduct
Fullerton, CA

3/23/15 - Kelly THOMAS Hearing
Police Misconduct
Fullerton, CA

3/19/15 - State v. Erick WALKER, Cause #13-1-01557-3
Murder
Judge Thomas J. Wynne, Snohomish County, WA

1/20/15 - State of Iowa vs. Antonio HUTCHINS, Black Hawk County Case No: FECR192543
First Degree Murder
Des Moines, IA

12/18/14 - Corrie BURCKHARD vs. BNSF Railway, et al., Cause No. 4:13 – cv – 038
Civil
Judge Daniel L. Hovland, U.S. District Court, Fargo, ND

11/19/14 - State v. Jaycee FULLER, Cause #09-1-01865-2

Murder
Judge Ronald Culpepper, Pierce County Superior Court, WA

11/13/14 – People v Casey Michael TSCHIDA
Murder
San Diego, CA

11/12/14 - People v. HAQQ, Cause No. ADP521
Murder
Superior Court, San Diego, CA

09/16/14 - R v. Dennis OLAND, Preliminary Hearing
Murder
Judge Ronald LeBlanc, St. John Provincial Court, St. John, NB

8/28/14 - Government of the United States v Staff Sgt. Arthur LAHMON
First Degree Murder, Article 32
US Military Court, Eastern Region Camp Lejeune, NC

5/6/14 - R v. Aasif PATEL & Wariskhan PATHAN
Murder
Ontario Superior Court, Toronto, ON

4/8/14 - People v. Kassim ALHIMIDI, Case No: SCE325289

Murder
Judge William McGrath, San Diego Superior Court, CA

2/25/14 - Mitchell COHEN v Transportation Insurance Company, 1:10-CV-0743 (GTS/RFT)

Civil
Judge Glenn T. Suddaby, US District Court, Northern District, NY

2/03/14 - Adalberto FLORES-HARO et al v. WC et al, Case No. 3:12-cv-01616-HA

Civil
Grand Jury, Multnomah County, Portland, OR

12/20/13 - People v VILLALTA, Indictment #2928-2012
Possession of Child Pornography
Judge Charles S. Lopresto, Queens County Court, NY

11/25/13 - State of Oregon v. Silvano VELASQUEZ, Case No. 1310-35017

Homicide
Grand Jury, Multnomah County, Portland, OR

11/13/13 - State of Washington v. Morris TALAGA, 11-1-12176-0 KNT
Aggravated Assault
Judge James Cayce, King County, WA

10/31/13 - People v. Shane GRATTAN
Murder
Judge Amalia L. Meza, San Diego, CA

10/22/13 - State of Texas v. Tyrone Pierre THOMAS, Cause # 1195093
Murder 1
Judge Mike Thomas, Criminal District Court #4, Tarrant County, TX

10/21/13 - Sonia VISHNO, Administratrix of the Estate of Joel GONZALEZ v Larry FORAN; New Penn
Motor Express, Inc.; and All Star Appliance, Inc., Docket No. UWY-CV-08-5008713 S
Suppression Hearing
New Haven, CT

10/09/13 - R v Mignot, et al
Robbery
Justice Alistair Malcolm, Grand Court, Cayman Islands

04/23/13 - R v TOMASSA, et al
Robbery
Justice Alexander Henderson, Grand Court, Cayman Islands

1/7/13 - Manal AL MEHDHAR v. Greyhound Lines, Inc. et al, Index Number: 12010-4702
Civil
Judge Joseph R. Glownia, Erie County Supreme Court, NY

12/3/12 - State of Texas v. Randy SIEBEL, Cause # 1195090
Murder 1
Judge Mike Thomas, Criminal District Court #4, Tarrant County, TX

10/15/12 - Anthony PIRONE v Bay Area Rapid Transit
Employee Relations
Arbitration, Oakland, CA

8/22/12 - ARSENAULT v. City of Seattle

Use of Force
US Federal Judge James L. Robarts ,US District Court for the Western Division, WA

6/20/12 - R v. Christopher SHADROCK
Murder
Honorable Justice Brewer, High Court, Auckland Registry, New Zealand

5/30/12 - Amilton Nicolas BENTO v. Chief Constable of the Bedfordshire Police, Case No: HQ10D01015
Slander
Mr. Justice David Michael Bean, High Court of Justice, Queen's Bench Division, London, England

1/5/12 - State of Texas v. Kwane A. ROCKWELL, DA Case # 1195088
Murder 1
Judge Elizabeth Berry, Criminal District Court, TX

12/5/11 - R v Devon ANGLIN
Murder
Chief Justice Anthony Smellie, Grand Court, Cayman Islands

11/30/11 - State v. Alfred Joseph SANCHEZ, Cause # 09-1-591-9
Attempted Murder – Rebuttal Evidence
Judge Christine Pomeroy, Superior Court, Thurston County, WA

11/09/11 - State v. Alfred Joseph SANCHEZ, Cause # 09-1-591-9
Attempted Murder
Judge Christine Pomeroy, Superior Court, Thurston County, WA

10/25/11 - PASKALIDIS v. Caprice Hospitality, et al, 2011 BCSC 1699
Personal Injury - Civil
Justice William F. Ehrcke, Supreme Court, Vancouver, BC

10/19/11 - People v. Chu VUE & Lang VUE, Court No. 09F02572-b
First Degree Murder
Honorable Steve White, Sacramento Superior, CA

08/19/11 - R v Devon ANGLIN, Indictment 70/10
Murder
Mr. Justice Cooke, Grand Court, Cayman Islands

05/31/11 - TX v. State v. Trevante SMITH, Cause numbers 10CR3584 and 10CR3585

Robbery
Judge Wayne Mallia, 405th District Court, Galveston County, TX

04/20/11 - WA v. LIPSEY, 09-1-02790-7 SEA
Murder 2
Honorable Bruce E. Heller, King County Superior Court, WA

03/30/11 - State v. Aaron J. LAROSE, 0911-CR03956-01
Homicide
Judge Nancy Schneider, 11th Judicial Circuit, Division 2, St. Charles County, MO

03/23/11 - WA v. Darcus Dewayne ALLEN, 10-1-00938-0
Murder x 4
Judge Frederick Fleming, Pierce County, WA

11/2/10 - WA v. Alfred Joseph SANCHEZ, Cause # 09-1-591-9
Attempt Murder
Judge Christine Pomeroy, Thurston County Superior Court, WA