**EXHIBIT** ___9

# ARDENFORENSICS

Arden Forensics, PA
333 Las Olas Way, #1104     703.749.0227 Office
Fort Lauderdale, FL 33301   703.563.6059 Fax

jlardenmd@ardenforensics.com
www.ardenforensics.com

**Jonathan L. Arden, MD**
President

28 February 2025

Dr. David P. Weber, Esq.
Goodwin Weber PLLC
11115 Lake View Ln., #1698
Berlin, MD 21811

### *Supplemental Report of Consultation*
### *Re: Erin Smith (Estate of Jeffrey Smith) v. Dr. David Kaufman*
### *(US District Court, District of Columbia, No. 1:21-CV-2170)*

Dear Dr. Weber:

## Introduction and Qualifications

I have prepared this expert witness report in accordance with the Federal Rules of Civil
Procedure, Rule 26(a)(2)(B).

You have asked me to provide consultation in the field of forensic pathology, which I have
practiced for 40 years. After receiving my MD degree from the University of Michigan in
1980, I completed training in anatomic pathology at the New York University Medical
Center (1980-1983) and in forensic pathology at the Office of the Chief Medical Examiner
for the State of Maryland (1983-1984). I have been certified in both anatomic and forensic
pathology by the American Board of Pathology since 1985. I am currently licensed to
practice medicine in five states. I spent the first 20 years of my career as a government-
employed medical examiner, including nine years with the Office of Chief Medical
Examiner for the City of New York where I finished as First Deputy Chief Medical
Examiner, and more than five years as the Chief Medical Examiner of Washington, DC.
I am currently president of Arden Forensics, PA, a consulting practice in forensic
pathology and medicine, and I hold a part-time appointment as a Forensic Pathologist in
the Office of the Chief Medical Examiner for the State of West Virginia. My full *curriculum
vitae,* including list of publications, is attached.

I have testified as an expert witness more than 900 times in various state and federal
courts, depositions, grand juries, and hearings. A log of my testimonial appearances for
the past four years is attached.

Re: Estate of Jeffrey Smith v. Kaufman, Supplemental Report of Dr. Arden, 2/28/2025

My fees for this matter are $650.00 per hour for review of materials and consultation, and $6,500.00 per day for court testimony. My full fee schedule is attached. My fees are not contingent upon the outcome of any case in which I consult.

**Materials Reviewed**

I have previously submitted a Declaration of 8/13/2021 concerning the death of Jeffrey Smith, in the matter of Erin Smith, Petitioner, to the Government of the District of Columbia Police and Firefighters' Retirement and Relief Board, Case No. PD21-1045. That Declaration is attached hereto, and is incorporated herein in its entirety by reference.

Since that Declaration was submitted, I have recently been provided and reviewed:

- The report of a psychological autopsy of Jeffrey Smith authored by Ally Epstein, Psy.D. and Alexander Sasha Bardey, MD., 2/21/2025
- Forensic Video Analysis Report of Grant Fredericks, with attached Synchronized Tracking of videos, 7/6/2022.

I have also relied upon my education, training, knowledge and experience as a physician, forensic pathologist, and a medical examiner.

**Analysis and Opinions**

This report supplements the analyses and opinions expressed in the Declaration of 8/13/2021, including incorporation of the data and opinions contained in the newly reviewed materials listed above.

The psychological autopsy established that both the psychological trauma and the physical injuries that Jeffrey Smith incurred on January 6, 2021 caused his behavioral changes that culminated in his death by suicide.

The video analysis demonstrated that Defendant Kaufman struck Jeffrey Smith with his own baton inside the face shield of his helmet, causing his helmet to move rapidly and to raise the face shield of the helmet, and then struck Jeffrey Smith a second time with the baton, moving Jeffrey Smith backward from the impact.

As previously stated in my Declaration, it is my opinion, to a reasonable medical certainty, that the trauma incurred in the events of January 6, 2021 was the direct cause of the depression and behavioral changes that resulted in the death by suicide of Jeffrey Smith. That trauma includes both the psychological and physical trauma caused by Defendant Kaufman when he attacked Jeffrey Smith with his own baton. The first impact of the baton was demonstrated to have shifted the helmet and raised the face shield of the helmet, showing application of blunt force to the head of Jeffrey Smith. It is more likely than not that the two strikes of Jeffrey Smith with the baton by Defendant Kaufman impacted and/or applied forces to the face/head of Jeffrey Smith. In addition, as was noted by the psychological autopsy, Jeffrey Smith sustained psychological trauma in the chaotic battle during the storming of the Capitol Building, which included psychological trauma inflicted

Re: Estate of Jeffrey Smith v. Kaufman, Supplemental Report of Dr. Arden, 2/28/2025

by Defendant Kaufman when he attacked Jeffrey Smith.  In summary, the trauma, both physical and psychological, inflicted on Jefrey Smith by Defendant Kaufman was a substantial causal factor to the death of Jeffrey Smith.

All opinions in this report are expressed with reasonable medical certainty.  I reserve the right to amend any statements or opinions if presented with additional significant information, as well as the right to rebut opinions expressed within my areas of expertise.

Yours truly,
Arden Forensics, PA

By: Jonathan L. Arden, MD, FCAP
     President

att.

GOVERNMENT OF THE DISTRICT OF COLUMBIA
Police and Firefighters' Retirement and Relief Board

In the matter of:                                    *D.C. Metropolitan Police Department*
                                                     *Case No. PD21-1045*

**ERIN SMITH**
Petitioner                                           *Survivor Annuitant*

## DECLARATION OF DR. JONATHAN L. ARDEN

COMES NOW your Affiant, Jonathan L. Arden, and states upon his personal knowledge, information and belief:

1.    I am over the age of 18 and I am competent to testify on the matters contained herein.

2.    I am a licensed medical doctor and have practiced in the field of forensic pathology for over 35 years. I am the former Chief Medical Examiner of the District of Columbia. A copy of my CV is attached hereto.

3.    I was retained to render an expert opinion on the manner and cause of death of Jeffrey L. Smith.

4.    In connection with this matter, I have reviewed the following:

a)    The Report of Investigation, and the Report of Autopsy with diagrams (signed March 18, 2021) for Jeffrey Louis Smith, from the Virginia Office of the Chief Medical Examiner.

b)    Certificate of Analysis (i.e., Toxicology Report) for Jeffrey Smith from the Virginia Department of Forensic Sciences, dated 2/10 2021.

c)    Autopsy photographs.

d)    Autopsy radiograph.

e)    Certificate of Death, dated 1/19/2021.

e)    The Forensic Medical Report of Dr. Patrick J. Sheehan, dated July 12, 2021.

f) The US Park Police crash report.

g) Police and Fire Clinic records for Jeffrey Smith.

h) Video of the event when Officer Smith was injured, with screen-capture images.

5.    I hold the following opinions to a reasonable degree of medical certainty:

a) I agree with the Medical Examiner's opinion that the direct cause of Jeffrey Smith's

death was a single tight contact gunshot wound to the head that resulted in a mortal brain

injury.

b) I agree with Dr. Sheehan's opinion that trauma of January 6, 2021 led to depression

which, in turn caused Jeffrey Smith's death. There is a direct cause and effect

relationship between the line of duty work trauma on January 6, 2021 and Jeffrey

Smith's death on January 15, 2021.

c) The social history reports from Erin Smith, together with the decedent's friends and

family, strongly support Dr. Sheehan's finding that Jeffrey Smith's suicide was

caused by the events of January 6, 2021. The report contains detailed information as

to the traumatic events of January 6, 2021 (as Jeffrey Smith described them to others).

Jeffrey Smith had no prior history of depression, mental health issues or mental health

treatment.   There is no evidence of any other intervening or superseding trauma

(between January 6, 2021 and January 15, 2021) that could have led to the suicide.

What is particularly compelling in this case is that there was a dramatic change in

Jeffrey Smith's mood and behavior after the January 6, 2021 riots. In my experience

as a forensic pathologist, it is not uncommon to see a suicide in an individual with no

prior history of mental health issues which is brought on by an acute trigger (like a

death, domestic issue or other physical trauma). As detailed by Dr. Sheehan, there is

hard and reliable evidence that Jeffrey Smith changed after the physical and

emotional trauma he experience on January 6, 2021 as he became withdrawn and

upset. These facts, together with the timing of the suicide (nine days after the trauma)

strongly supports causality.

d) The video of the event demonstrates that Officer Smith was struck in the face and

head while his face shield was up. In the *Injury or Illness Report* that he filed,

Officer Smith reported pain in his "neck and face," corroborating that he was struck

in the face. As a direct result if being struck in the face and head, Officer Smith was

stunned and fell. The loss of consciousness resulting from the blow indicates that he

suffered a concussion. The symptoms that he manifested after being injured in the

riot and leading up to his suicide, including anxiety and depression, represented post-

concussion syndrome. Therefore, his mood changes were the direct result of the head

trauma he suffered in the riot on January 6, 2021.

e) The acute, precipitating event that caused the death of Officer Smith was his

occupational exposure to the traumatic events (including sustaining a concussion

with post-concussive syndrome) that he suffered on January 6, 2021, in connection

with his duties as a Metropolitan Police Officer of the District of Columbia.

I DO SOLEMNLY SWEAR OR AFFIRM THAT THE FOREGOING IS TRUE THE BEST OF
MY KNOWLEDGE, INFORMATION AND BELIEF.


JONATHAN L. ARDEN, M.D.

DATE: 8/13/2021

3

# ARDENFORENSICS

333 Las Olas Way #1104
Fort Lauderdale, FL 33301

**Jonathan L. Arden, MD**
President

703.749.0227 Office
703.563.6059 Fax
jlardenmd@ardenforensics.com
www.ardenforensics.com

*Curriculum vitae* of Jonathan L. Arden, MD

## Employment

| | |
|---|---|
| **May 2022** | **Forensic Pathologist (Locum Tenens)** |
| | **National Autopsy Assay Group** |
| | **San Diego, CA** |
| **5/08–Present** | **Forensic Pathologist (Part-time)** |
| | **Office of the Chief Medical Examiner** |
| | **State of West Virginia** |
| **1/06-Present** | **President, Arden Forensics** |
| **3/04-Present** | **Consultant in Forensic Pathology and Medicine** |
| **12/03- 7/05** | **Medical Examiner, Northern Virginia Region (Part-time)** |
| **4/98-10/03** | **Chief Medical Examiner** |
| | **Office of the Chief Medical Examiner** |
| | **Washington, DC** |
| **3/89-4/98** | **Office of Chief Medical Examiner, City of New York** |
| | **New York, NY** |
| 7/96-4/98: | First Deputy Chief Medical Examiner |
| 7/91-7/96: | Acting First Deputy Chief Medical Examiner |
| 8/89-6/91: | Deputy Chief Medical Examiner |
| 3/89-7/89: | Deputy Medical Examiner |
| **2/86-2/89** | **Assistant Medical Examiner** |
| | **Office of the Chief Medical Examiner, State of Delaware** |
| **7/84-2/86** | **Deputy Medical Examiner-Pathologist** |
| | **Office of the Medical Examiner** |
| | **Suffolk County, New York** |

## Graduate Medical Training

| | |
|---|---|
| 7/83-6/84 | Resident in Forensic Pathology |
| | Office of the Chief Medical Examiner, State of Maryland |
| 7/80-6/83 | Resident in Anatomic Pathology |
| | New York University Medical Center |

## Education

University of Michigan Medical School: **MD**, 1980
University of Michigan: **BS** with High Distinction, 1976
The Johns Hopkins University, 1972-1974

*Curriculum vitae* of Jonathan L. Arden, MD                                    January 2025

## Medical Licensure

| | |
|---|---|
| New York | 1982 |
| Delaware | 1986-2001; 2005-2017 |
| District of Columbia | 1998-2006 |
| Virginia | 2003 |
| Maryland | 2005 |
| West Virginia | 2008 |
| Florida | 2020 |
| California | May 2022 – February 2023 (Temporary Emergency License) |

## Board Certification

1985    Diplomate, American Board of Pathology, Anatomic and Forensic Pathology

## Professional Memberships

College of American Pathologists (CAP)
Florida Medical Society
Consortium of Forensic Science Organizations (CFSO), 2020-2021
    Board of Directors representing NAME, 2020-2021
    Secretary, 2020-2021
National Association of Medical Examiners (NAME), 1987-2021
    Chair of the Board of Directors, 2020
    President, 2019
    Vice President, 2018
    Board of Directors, 2002-2008, 2018-2020
    Executive Committee, 2006-2008, 2018-2020
Medical Society of Virginia (2004-2021)
Medical Society of the District of Columbia, 1998-2003

## Academic Appointments

Clinical Assistant Professor of Pathology, George Washington University School of Medicine, 1998-2003
Clinical Assistant Professor of Pathology, State University of New York Health Sciences Center at
    Brooklyn, 1989-1998
Clinical Assistant Professor of Forensic Medicine, New York University School of Medicine, 1989-1998

## Selected Professional Activities

Editorial Board, *Academic Forensic Pathology*, appointed 2017-2021
Special Guest Editor, *Academic Forensic Pathology*, Volume Six, Issue One, March 2016, "Postmortem
    Changes"
Subject matter expert (representing National Association of Medical Examiners and working with RTI
    International) to develop web-based training program in forensic science, 2010-2011
Identification of the Missing focus group of the National Center for Forensic Science, National Institute of
    Justice (representing National Association of Medical Examiners), 2006-2007
Chair, Uniform Definitions and Standards Work Group, Center for Substance Abuse and Treatment's
    Project on Co-Occurring Disorders and Other Emerging Issues in Opioid Treatment, Substance
    Abuse and Mental Health Services Administration, US DHHS (representing National Association
    of Medical Examiners), 2004-2005
Environmental Clearance Committee for the Curseen-Morris Postal Facility (co-sponsored by US
    Environmental Protection Agency and DC Department of Health), 2003

*Curriculum vitae* of Jonathan L. Arden, MD                                          January 2025

Government of the District of Columbia:
  Child Fatality Review Committee, 1998-2003
  Mental Retardation and Developmental Disabilities Administration
  Fatality Review Committee, Chair, 2000-2003
  Emergency Preparedness Task Force and Emergency Preparedness Committee, 2001-2003
  Mayor's Health Policy Council, 1998-2003
Metropolitan Washington Council of Governments, Bio-terrorism Task Force, 2001-2003
Medical Society of the District of Columbia, Family Violence Task Force, 2000-2003
National Association of Medical Examiners, Interim Meeting, Program Chair, February 1997
New York State Commission on Domestic Violence Fatalities, 1996-1997
American Board of Pathology, Forensic Pathology Test Committee, 1992-1997
City of New York, Administration for Children's Services/Human Resources Administration, Child Fatality
  Review Panel, 1989-1998
City of New York, Criminal Justice Child Abuse Task Force, 1996-1998
New York City Multidisciplinary Child Fatality Review Team, Project Director, 1995-1998
Physician Assistant Program, The Brooklyn Hospital-Long Island University, Pathology Course Director,
  1991-1997

**Selected Continuing Medical and Other Education**

National Association of Medical Examiners, Annual and Interim Meetings (attended almost all for more
  than 20 years)

Fourth Annual Prescriptions for Criminal Justice Forensics, Fordham University School of Law, June 7,
  2013

26th Annual Forensic Anthropology Course, Maryland Office of Chief Medical Examiner, June 3-6, 2013

43rd Annual Forensic Dental Identification and Emerging Technologies Course of the Armed Forces
  Institute of Pathology, March 12-16, 2007

22nd Annual Washington Neuroradiology Course of the Armed Forces Institute of Pathology, February 17-
  18, 2007

15th Annual Anatomic Pathology Review Course of the Armed Forces Institute of Pathology, April 17-23,
  2005

**Selected Lectures and Presentations**

"Forensics - Anatomy of a Homicide, Corpses and Causes of Death: Forensic Pathology in the Criminal
Courts," Florida Association of Criminal Defense Lawyers (FACDL) 35th Annual Meeting, Fort Lauderdale,
FL, July 14, 2022.

"Forensic Pathology in the Criminal Courts: Understanding and Evaluating Injuries," Vermont Defender
  General Seminar, June 18, 2021

"Anatomy of a Homicide; Corpses and Causes of Death, Forensic Pathology in the Criminal Courts,"
  guest lecturer, The George Washington University Law School, Washington, DC, March 22, 2021

"Medical Examiner/Coroner Workforce Shortages and Pipeline," National Opioid and Emerging Drug
  Threats Policy and Practice Forum, National Institute of Justice, Washington, DC, July 18, 2019

"Anatomy of a Homicide; Corpses and Causes of Death, Forensic Pathology in the Criminal Courts,"
  guest lecturer, The George Washington University Law School, Washington, DC, March 29, 2019

"It Walks Like a Duck, Quacks Like a Duck But it's a Horse: The Process of Second Opinion Consultation,
  Independent Diagnosis of an Unusual Presentation of a Rare Disease Process, and Truth-seeking by

*Curriculum vitae* of Jonathan L. Arden, MD                                    January 2025

Experts in an Adversarial System," E. Matshes and J.L. Arden (presenting author), presented at the National Association of Medical Examiners Annual Meeting, October 2018

"Medicolegal Consulting/Private Practice Forensics Workshop," J. Melinek, K. Sperry, J.L. Arden, *et al.*, Moderator of Panel Discussion, presented at the National Association of Medical Examiners Annual Meeting, October 2018

"High-Profile Deaths:  Experiences and Lessons," presented at the World Association for Medical Law Annual World Congress, Los Angeles, CA, August 10, 2016

"Postmortem Changes and Time of Death," "The Forensic Postmortem Exam," "Death Investigation – Standards and Best Practices," "Writing the Death Certificate," presented at the West Virginia Office of the Chief Medical Examiner 2014 Forensic Death Investigation Training Course, Sutton, WV, March 17-19, 2014

"Anatomy of a Homicide; Corpses and Causes of Death, Forensic Pathology in the Criminal Courts," guest lecturer, The George Washington University Law School, Washington, DC, February 3, 2014

"Anatomy of a Homicide; Corpses and Causes of Death, Forensic Pathology in the Criminal Courts," guest lecturer, The George Washington University Law School, Washington, DC, February 4, 2013

"Postmortem Changes and Time of Death," "Sudden Natural Deaths," "Environmental Deaths," "Drugs & Alcohol Deaths," "Immersion Deaths," "Fire/Thermal Deaths," "Sharp/Blunt Injuries," "Asphyxia," "Transportation-Related Deaths," "Early Childhood Deaths," "Completing the Death Certificate/Writing Death Investigation Reports." presented at the West Virginia Office of the Chief Medical Examiner 2012 Forensic Death Investigation Training Course, Charleston, WV, October 22-24, 2012

"The Analyst at the Morgue – Helping Families Deal with Traumatic Bereavement," presented at the American Psychoanalytic Association Community Symposium, co-presentation with Bruce Sklarew, MD, June 15, 2012

"Forensic Pathology in the Criminal Courts: Advances, New Issues, Common Mistakes and Pitfalls (and Maybe More)," presentation to the Judges of the District of Columbia Superior Court, March 28, 2012

"Anatomy of a Homicide; Corpses and Causes of Death, Forensic Pathology in the Criminal Courts," guest lecturer, The George Washington University Law School, Washington, DC, January 30, 2012

"Postmortem Changes and Time of Death," "Sudden Natural Deaths," "Forensic Pathology I and II," "Early Childhood Deaths," "Writing Death Investigation Reports." presented at the West Virginia Office of the Chief Medical Examiner 2011 Forensic Death Investigation Training Course, Sutton, WV, October 24-26, 2011

"Sudden Unexplained Infant Death," authored and presented web-based training course in conjunction with RTI International, March-April 2011

"Postmortem Changes and Time of Death," "Sudden Natural Deaths," presented at the West Virginia Office of the Chief Medical Examiner 2010 Forensic Death Investigation Training Course, Sutton, WV, October 25, 2010

"Postmortem Changes and Time of Death," "Sudden Natural Deaths," and "Investigation of Early Childhood Deaths," presented at the West Virginia Office of the Chief Medical Examiner 2009 Forensic Death Investigation Training Course, Sutton, WV, October 5-6, 2009

"Death Investigation," presented at the South Carolina Coroner's Association 2009 Training Conference, Litchfield Beach, SC, June 10, 2009

4

*Curriculum vitae* of Jonathan L. Arden, MD                                    January 2025

"Forensic Pathology," presented at the Fifth National Seminar on Forensic Evidence and the Criminal
   Law, Philadelphia, PA, January 9, 2009

"The Role of the Forensic Pathologist in Homicide and Capital Defense," lecture given at the Yale Law
   School Capital Punishment Clinic, New Haven, CT, December 9, 2008

"Fatal Dissection and Rupture of a Coronary Artery Bypass Vein-Graft:  Implications for ME Jurisdiction
   and Practice," presented at the National Association of Medical Examiners Annual Meeting, October
   2008

"Recognition and Interpretation of Child Abuse Injuries," Annual Meeting, Virginia Association of
   Orthopaedic Technologists, McLean, VA, March 31, 2007

"Pitfalls in the Practice of Forensic Pathology," Forensic Grand Rounds, Commonwealth of
   Massachusetts Office of the Chief Medical Examiner and Boston University School of Medicine,
   November 1, 2006

"The Role of the Forensic Pathologist in Homicide Defense," Seminar, Office of the Georgia Capital
   Defender, July 6, 2006

"Be Careful What You Wish For…" presented at the National Association of Medical Examiners Annual
   Meeting, October 2005

"Sudden Natural Deaths," presented at the Armed Forces Institute of Pathology Basic Forensic Pathology
   Course, December 2, 1999

"Subtle Child Abuse Fatalities" presented at the National Association of Medical Examiners Interim
   Meeting, February 1997

Teaching and lecturing for various audiences, including: physicians, graduate medical trainees and
   medical students, nurses and physician assistants, law enforcement, prosecutors and defense
   attorneys, and interdisciplinary government panels, 1986 - Present.  Topics include:
   - pediatric forensic pathology (child abuse and neglect, sudden infant death syndrome)
   - death investigation and certification
   - deaths in custody
   - sudden natural deaths
   - mistakes in homicide investigations
   - courtroom testimony and procedures

## Publications

Dror I, Melinek J, Arden JL, et al., Cognitive Bias in Forensic Pathology Decisions. Journal of Forensic
Sciences. https://doi.org/10.1111/1556-4029.14697, 2021

Arden JL. Letter from the Guest Editor. Academic Forensic Pathology 6(1):x-xi, March 2016

Shuangshoti S, Hjardemaal GM, Ahmad Y, Arden JL and Herman MM. Concurrence of multiple sclerosis
and glioblastoma multiforme. Clin. Neuropath. 22:304-8, 2003.

Borio L, Frank D, Mani V, Chiriboga C, Pollanen M, Ripple M, Ali S, DiAngelo C, Lee J, Arden J, Titus J,
Fowler D, O'Toole T, Masur H, Bartlett J, Inglesby T. Death due to bioterrorism-related inhalational
anthrax: report of 2 patients. JAMA. 2001 Nov 28; 286(20):2554-9.

Flomenbaum MA, Arden JL. Final Considerations: Interacting with the Medical Examiner, Chapter 24 in
*Emergency Diagnostic Testing, 2nd Ed,* Flomenbaum NE, Goldfrank L and Jacobson S, eds. Mosby-
Yearbook, Philadelphia, PA 1995

*Curriculum vitae* of Jonathan L. Arden, MD                              January 2025

Fried KS, Arden JL, Gouge TH, Balthazar EJ. Multifocal granular cell tumors of the gastrointestinal tract. Am J Gastroenterology 79(10):751-755, 1984

Smialek JE, Arden JL, Monforte JR. Changes observed in blood carbon monoxide levels due to decomposition. Abstract #c10, presented at National Association of Medical Examiners meeting, Miami, FL, 1981

Han SS, Holmstedt J, Geha-Mitzel M, Pirbazari M, Arden JL. *Biology of Aging*. Published by Program in Biology of Aging, University of Michigan Institute of Gerontology, Ann Arbor, MI, 1979

**JONATHAN L. ARDEN, MD**
**2021 TESTIMONY LOG**

| Date | Case | Criminal | Civil | Trial | Hearing | Deposition | Plaintiff | Defense | Prosecution |
|---|---|---|---|---|---|---|---|---|---|
| 1/7/2021 | Estate of Adelyn Gauthier v. IHC Health Services, Inc., et al. (Third Judicial District Court, Salt Lake Co., UT, No. 180905554) | | X | | | X | X | | |
| 1/21/2021 | US v. SOC Tony Dedolph (USN Court Martial) | X | | X | | | | X | |
| 1/26/2021 | Vicknair v. Plaisance and St. Tammany Parish Hospital (22nd Judicial District Court for the Parish of St. Tammany, Louisiana, Number 2017-15337) | | X | | | X | X | | |
| 3/16/2021 | Starling v Ohio Department of Disabilities (No. 2019-00747JD) | | X | X | | | X | | |
| 4/2/2021 | VA v. Demetrius Roots, Jr. (Chesterfield Co. Circuit Court, No. CR20F01587) | X | | X | | | | X | |
| 4/15/2021 | Debra Kirkland (Estate of Betty Steward) v. Durham Ridge Assisted Living LLC, et al.(Superior Court, Durham Co., NC, No. 20 CVS 1742) | | X | | | X | X | | |
| 4/19/2021 | Eureda Johnson (Estate of Eva Washington) v. Durham Ridge Assisted Living LLC, et al. (Superior Court, Durham Co., NC, No. 20 CVS 2815) | | X | | | X | X | | |
| 5/13/2021 | Tyrone Hood v. City of Chicago, et al (United States District Court for the Northern District of Illinois, Civil Action No. 16 CV 1970) | | X | | | X | X | | |
| 5/25/2021 | Sperling v. Clark Rifles (Superior Court of the State of Washington in and for the County of Clark, No. 16-2-02431-2) | | X | | | X | X | | |
| 6/2/2021 | MD v Steven Nathaniel David (Circuit Court of Maryland for Anne Arundel County, Case No: C-02-CR-19-002418) | X | | X | | | | X | |
| 6/9/2021 | Anthony Nicholas Marks v. State of Maryland, et al. (Circuit Court for Montgomery County, MD, Civil No. 481685-V) | | X | | | X | X | | |
| 6/16/2021 | MD v Andrew Michael Jones (Circuit Court for Harford County, Case No. C-12-CR-19-000598) | X | | X | | | | X | |
| 6/17/2021 | FL v Charles Williams Deas, III (Circuit Court for the Fourth Judicial Circuit, in and for Duval County, FL, S.A. Case No. 18CF056955AD, Clerk No: 162018CF010254A) | X | | | | X | | X | |
| 6/25/2021 | FL v Justin Allen Ruggiero (Circuit Court of the Eighteenth Judicial Circuit, in and for Seminole County, FL, Case No: 592017CF001905AXXXXX) | X | | | X | | | X | |
| 6/29/2021 | Altman v. Sentara Healthcare (Circuit Court for the City of Virginia Beach, VA, At Las No: CL19-1808) | | X | | | X | X | | |
| 7/9/2021 | AZ v. Jeffrey Martinson (Maricopa Co. Superior Court, No. CR 2004-124662-001-SE) | X | | | X | | | X | |
| 7/13/2021 | ME v. Gage Dalphonse (Androscoggin Superior Court, No. ANDCD-CR-19-2321) | X | | | X | | | X | |
| 7/28/2021 | CO v. Brandi LeClaire (Jefferson Co.District Court, No. 2019 CR 4676) | X | | X | | | | X | |
| 8/31/2021 | Estate of Rose Crnjak v. Lake Hospital System, et al (Court of Common Pleas, Cuyahoga County, OH, Case No. CV 20 932285) | | X | | | X | X | | |
| 9/21/2021 | NJ v. Tiray Summers (Union Co. Superior Court, No. 18-11-00691) | X | | X | | | | X | |
| 11/3/2021 | Moussavi, et al v. Community Support Services, Inc (Circuit Court for Montgomery County, MD, Case No. 453754-V) | | X | | | X | X | | |

1

**ARDEN**FORENSICS

## JONATHAN L. ARDEN, MD
### 2025 TESTIMONY LOG

| DATE | CASE NAME AND LOCATION | Criminal | Civil | Trial | Hearing | Deposition | Plaintiff | Defense | Prosecution |
|---|---|---|---|---|---|---|---|---|---|
| 11/18/2021 | Kevin Quintanilla (Estate of William Antonio Quintanilla) v. Atlantic Waste Disposal, Inc., et al. (Circuit Court, Henrico Co., VA, No. CL19003058-00) | | X | | | X | | X | |
| 11/19/2021 | Shelby Wilson (Estate of Mark Wilson), et al., v. Dunstan Trucking, LLC, and Todd William Dunstan (District Court, Jefferson Co., KS, No. 2020-CV-000008) | | X | | | X | X | | |
| 12/17/2021 | Alexandrew Orellana (for Jose Orellana, deceased) v. County of Riverside, et al. (US District Court, Central District of California, No. 5:19-CV-01263-JGB-SHKx) | | X | | | X | | X | |
| 12/28/2021 | VT v. Tyler Pollender-Savery (Windsor Co. Superior Court, No. 1233-12-18 Wrcr) | X | | | | X | | X | |
| 1/6/2022 | Estate of Jennifer M. Dyer v. Penobscot County Jail, MedPro Associates, et al. (State of Maine, Penobscot Superior Court, Docket NO. BANSC-CV-2020-36) | | X | | | X | | X | |
| 1/7/2022 | Romeo (Estate of Harith Augustus) v. City of Chicago, et al. (Circuit Court of Cook County, IL, Case No. 2018 L 012534) | | X | | | X | X | | |
| 1/12/2022 | AR v. Cody Timothy Webb (Circuit Court of Garland County, AR, Case No. 26CR-21-887) | X | | | X | | | X | |
| 1/17/2022 | Marc Grano (Estate of Ezamay Robison), et al. v. Sierra Vista Hospital Auxiliary, Inc., et al. (Fourth Judicial District Court, San Miguel Co., NM, No. D-412-CV-2019-00542) | | X | | | X | X | | |
| 2/1/2022 | Jennifer Pierce (Estate of Steven Pierce) v. Unity Health Network, LLC, et al. (Summit Co., OH Court of Common Pleas, No. CV-2020-04-1293) | | X | | | X | X | | |
| 2/3/2022 | DE v. Cooke (Post-conviction; DE Superior Court No. 1:15-CV-130) | X | | | X | | | X | |
| 2/7/2022 | Estate of Lori Ringgold v. University of Maryland St. Joseph Medical Center, LLC, et al (Circuit Court for Baltimore County, MD, Case No.: C-03-CV-21-00846) | | X | | | X | X | | |
| 2/10/2022 | Commonwealth of Pennsylvania v. Lewis Nagy (County of Tioga, No. 143 CR 2020) | X | | X | | | | X | |
| 2/25/2022 | Nafisa Hoodboy (Estate of Jawaid Bhutto) v. The City View Condominium and Joseph Holston (DC Superior Court, No. 2021 CA 000108 B) | | X | | | X | X | | |
| 3/3/2022 | NY v. Kevin Holloway (NY Supreme Court, Westchester Co., No. 19-0039) | X | | X | | | | X | |
| 3/10/2022 | NY v. M. Robert Neulander (NY Supreme Court, Onondaga Co., No. 2014-0635-1) | X | | X | | | | X | |
| 3/29/2022 | Shanaye Batey, et al., v. Washington Hospital Center Corporation (District of Columbia, Superior Court, No. 2019 CA 006716 M) | | X | X | | | | X | |
| 4/5/2022 | AZ v. Dave Allen LaPorte (Apache Co., No. CR2019-0388) | X | | X | | | | X | |
| 4/18/2022 | NJ v. Ryan Keogh (Superior Court, Somerset Co., Indictment No. 19-05-00288-I) | X | | X | | | | X | |
| 4/19/2022 | Shahine Moussavi, et al. v. Community Support Services, Inc. (Circuit Court, Montgomery Co, MD, No. 453754-V) | | X | X | | | X | | |
| 4/21/2022 | VA v. Matthew Allen Coglio (Circuit Court, City of Newport News, Nos. CR21000477-01, 02, 03) | X | | X | | | | X | |
| 4/25/2022 | Timothy Rochell Caraway v. City of Pineville, et al. (US District Court, Western District of North Carolina, No. 3:21-cv-00454-FDW-DSC) | | X | | | X | X | | |
| 4/26/2022 | Dennis Wiertella (Estate of Randy Wiertella) v. Lake Co., OH, et al. (US District Court, Northern District of Ohio, No. 1:20-cv-02739) | | X | | | X | X | | |

ARDENFORENSICS

**JONATHAN L. ARDEN, MD**
**2025 TESTIMONY LOG**

| DATE | CASE NAME AND CAPTION | CASE TYPE | | APPEARANCE | | | RETAINED BY | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Criminal | Civil | Trial | Hearing | Deposition | Plaintiff | Defense | Prosecution |
| 4/29/2022 | Sharon D. Love (Estate of Yeardly R. Love) v. George W. Huguely, V (Circuit Court, City of Charlottesville, VA, No. CL-2018-648) | X | | X | | | | X | |
| 5/5/2022 | Angel Ellen Tyler, Administratrix of the Estate of Breanna Kristen Bumgarner v. Ford Motor Company, et al. (Circuit Court of Kanawha County, WV, Civil Action No.: 18-C-182) | | X | X | | | | | |
| 5/12/2022 | AZ v Jeffrey Martinson (Superior Court of the State of Arizona, County of Maricopa, CR2004-124662 001 / 1-CA-CR-13-0895) | X | | X | | | | X | |
| 5/23/2022 | AZ v Jeffrey Martinson (Superior Court of the State of Arizona, County of Maricopa, CR2004-124662 001 / 1-CA-CR-13-0895) | X | | X | | | | X | |
| 6/2/2022 | Estate of Wangsheng Leng v. City if Issaquah, et al. (US District Court for the Western District of Washington at Seattle, Case No. 2:19-CV-00490-TSZ) | | X | X | | X | | | |
| 6/6/2022 | Ashley Henson Grim (Estate of Helen Carr) v. Northchase Nursing and Rehabilitation Center, et al. (New Hanover Co., NC, Superior Court, No. 21 CV 405) | | X | | | X | X | | |
| 6/16/2022 | SC v. Michael Gamble (Court of General Sessions for the Fifth Judicial Circuit, County of Richland, Warrant No.: 2019A4010900058) | X | | X | | | | X | |
| 6/24/2022 | Lashaunda Brown-Proctor (Estate of M.P.) v. Washington Hospital Center Corporation (Washington, DC Superior Court, No. 2020 CA 005111 M) | | X | | | X | X | | |
| 6/30/2022 | Estate of D'Londre Minifield v. City of Winchester, et al. (US District Court for the Western District of Virginia, Harrisonburg Division, Case No. 5:17-cv-0043) | | X | | | X | | X | |
| 7/1/2022 | VT v Ronald Pritchard (Lamoille County, Docket #287-6-19 Lecr) | X | | | | X | | X | |
| 7/13/2022 | Estate of Randall C. Wright v. Bavaria Inn Restaurant, Inc. (District Court, Arapahoe County, CO, Case No.: 19CV32418) | | X | | | X | | X | |
| 7/16/2022 | Freddie Eugene Owens, et al. v. Brian P. Stirling and South Carolina Department of Corrections, et al. (Court of Common Pleas, County of Richland, SC, Case No. 2021-CP-40-02306) | | X | | | X | X | | |
| 7/21/2022 | FL v Charles Williams Deas, III (Circuit Court for the Fourth Judicial Circuit, in and for Duval County, FL, S.A. Case No. 18CF056955AD) | X | | X | | | | X | |
| 8/1/2022 | MS v. Anthony Fox (Hinds Co. Circuit Court, No. 20-0-577) | X | | X | | | | X | |
| 8/3/2022 | Freddie Eugene Owens, et al., v. Bryan P. Stirling, South Carolina Department of Corrections, and Henry McMaster (Court of Common Pleas, Richland Co., No. 2021-CP-40-02306) | | X | X | | | X | | |
| 8/9/2022 | Alice Martin (Estate of Michael Elam, Jr.) v. Officer Bolanos and the City of Chicago (US District Court, Northern District of Illinois, No. 19 CV 04130) | | X | | | X | X | | |
| 8/11/2022 | AR v. Cody Timothy Webb (Garland Co. Circuit Court, No. 26CR-21-887-I) | X | | | X | | | X | |
| 8/17/2022 | Estate of Martha Mackey deMontpellier v. Jeremy Carpenter and Chicamacomico Banks Fire Department, Inc. (US District Court, Eastern District of North Carolina, No. 2:21-cv-3-BO) | | X | | | X | X | | |

ARDENFORENSICS

| DATE | CASE NAME AND CITATION | Criminal | Civil | Trial | Hearing | Deposition | Plaintiff | Defense | Prosecution |
|---|---|---|---|---|---|---|---|---|---|
| 8/18/2022 | Estate of Grace Misowitz, et al., v. Angels Among Us ALF, Inc., et al. (Circuit Court of Maryland for Baltimore County, Case No. C-03-CV-21-001013) | | X | | | X | X | | |
| 9/9/2022 | State of Vermont v. Samuel Ortiz (District Court, Orleans Unit, Criminal Division Docket No. 694-9-19 Oscr) | X | | | | X | | X | |
| 9/13/2022 | NJ v Travis Flood (Middlesex County Superior Court, Indictment No. 18-11-01521) | X | | X | | | | X | |
| 9/16/2022 | Lisa A. Sukeena (Estate of Michael Raymond Sukeena, III) v. Michael David Perez, MD, et al. (Circuit Court, Prince William Co., VA, No. CL20-8478) | | X | | | X | X | | |
| 9/22/2022 | Marvin Tinsley Haw, IV (deceased). (Appeal, Board of Trustees, Employoees' Retirement System, Baltimore Co., MD, No. 2017-02-R) | | X | | | X | X | | |
| 9/28/2022 | MD v. Tristan Thigpen (Prince George's Co. Circuit Court, No. CT201016X) | X | | X | | | | X | |
| 10/7/2022 | Samantha Drover-Mundy and Zachary Mundy (Estate of Lillian Mundy) v. Fisher-Price, Inc., Mattel, Inc. et al. (Los Angeles Co., CA, Superior Court, No. 19STCV42341) | | X | | | X | X | | |
| 10/10/2022 | Vanessa Gillyard (Estate of Laverne McGhee) v. Dimensions Health Corp., et al. Prince George's Co., MD, Circuit Court, No. CAL21-04933) | | X | | | X | X | | |
| 10/11/2022 | AZ v. Bryan Miller (Maricopa County Superior Court, No. CR20156-102066-001) | X | | X | | | | X | |
| 10/17/2022 | Anne Langerak (Estate of William Garcia) v. Arundel Lodge, Inc. (De Bene Esse Deposition; Circuit Court, Anne Arundel Co., MD, No. C-02-CV-21-000047) | | X | | | X | X | | |
| 10/18/2022 | Wayne K. Langford v. Riverside Physician Services, Inc. and Ashley N. Smith, FNP-C (Circuit Court, City of Newport News, VA, No. CL2001159T-01) | | X | | | X | X | | |
| 10/26/2022 | VT v. Tyler Pollender-Savery (Windsor Co. Superior Court, No. 1233-12-18 Wrcr) | X | | X | | | | X | |
| 10/28/2022 | NJ v. Timothy Wright (Atlantic County Superior Court, No. 19-06-01274) | X | | X | | | | X | |
| 11/4/2022 | Veronica Baxter (Estate of Angelo J. Crooms) and Al-Quan Pierce (Estate of Sincere Pierce) v. Evelyn Miranda (Estate of Jafet Santiago Miranda) and Wayne Ivey, Brevard Co. Sheriff (US District Court, Middle District of Florida, No. 6:21-cv-00718-CEM-LHP) | | X | | | X | X | | |
| 11/17/2022 | Nanette R. Larose v. Suheil F. Abdulnur Montgomery Co., MD, Circuit Court, No. 483949-V) | | X | | | X | X | | |
| 11/22/2022 | VT v. Craig C. Jacobsen (Windham Co. Superior Court, No. 20-CR-00321) | X | | | | X | | X | |
| 1/9/2023 | Marcel Brown v. City of Chicago, et al. (US District Court, Northern District of Illinois, No. 19-cv-4082) | | X | | | X | X | | |
| 1/24/2023 | John McCarthy (Estate of Kristen McCarthy) v. The Providence Center, Inc. (Providence, RI Superior Court, No. PC-2017-0007) | | X | | | X | X | | |
| 1/25/2023 | Tara Wright McGehee v. Vanessa H. Gregg, MD, et al. Circuit Court, City of Charlottesville, VA, No. CL21-310) | | X | | | X | X | | |

ARDENFORENSICS

## JONATHAN L. ARDEN, MD
### 2025 TESTIMONY LOG

| Date | Case Name and Caption | Criminal | Civil | Trial | Hearing | Deposition | Plaintiff | Defense | Prosecution |
|---|---|---|---|---|---|---|---|---|---|
| 1/26/2023 | Cheryl Watson, et al. v. Lewis Primary Care PA, et al. (Wicomico Co., MD, Circuit Court, No. C-22-CV-21-000076) | | X | | | X | X | | |
| 1/27/2023 | Miriam M. Munoz, et al. v. Six Flags America LP, et al. (Circuit Court, Prince George's Co., MD, No. CAL 21-02107) | | X | | | X | X | | |
| 2/3/2023 | Estate of Rose Crnjak v. Lake Hospital Systems, Inc., et al. (Cuyahoga Co, OH, Court of Common Pleas, No. CV 20 932285) | | X | X | | | X | | |
| 2/8/2023 | Melissa B. Knibbs (Estate of Michael Scott Knibbs) v. Anthony Momphard, Jr., et al. (US District Court, Western District of North Carolina, No. 1:19-cv-130) | | X | X | | | X | | |
| 2/22/2023 | MA v. Kurvin Richardson (Suffolk Co. Superior Court, No. 2005-10676) | X | | | X | | | X | |
| 3/2/2023 | MA v. Frederick Pinney (District Court, Hampden Co., MA, No. 1423CR002123) | X | | X | | | | X | |
| 3/21/2023 | John Halley (Estate of Lynell I. Halley, Sr.) v. MedStar Georgetown Medical Center, Inc., et al. (Superior Court, District of Columbia, No. 2021 CA 002691 M) | | X | | | X | X | | |
| 3/29/2023 | FL v. Randy Seal (Circuit Court, Putnam Co.,FL, No. 2004-1683-CF) | X | | | | X | | X | |
| 4/25/2023 | Tara Wright McGehee (Estate of Simon McGehee) v. Vanessa H. Gregg, MD, et al. (Circuit Court, City of Charlottesville, VA, No. CL21-310) | | X | X | | | X | | |
| 5/1/2023 | FL v. Randy Seal (Circuit Court, Putnam Co.,FL, No. 2004-1683-CF) | X | | | X | | | X | |
| 5/2/2023 | Estate of Martha Mackey deMontpellier v. Jeremy Carpenter and Chicamacomico Banks Fire Department, Inc. (US District Court, Eastern District of North Carolina, No. 2:21-cv-3-BO) | | X | X | | | X | | |
| 5/4/2023 | Jennifer Pierce (Estate of Steven Pierce) v. Unity Health Network, LLC, et al. (Summit Co., OH Court of Common Pleas, No. CV-2020-04-1293) | | X | X | | | X | | |
| 6/15/2023 | Ulys Pruitt and Crystal Pruitt (Estate of Preston Pruitt) v. Fisher-Price, Inc., et al. (Los Angeles Co., CA, Superior Court, No. 20STCV00315) | | X | | | X | X | | |
| 6/30/2023 | Romeo (Estate of Harith Augustus) v. City of Chicago, et al. (Circuit Court of Cook County, IL, Case No. 2018 L 012534) | | X | X | | | X | | |
| 7/13/2023 | VA v. Vincent M. McClean (Circuit Court, City of Portsmouth, VA, No. CR23000082) | X | | X | | | | | X |
| 8/15/2023 | Arfhy Santos v. The United States of America, SA William Sheehan, Individually, (US District Court, Southern District of NY, No. 21 CV 8009 (PMH)) | | X | | | X | | X | |
| 10/3/2023 | Laquana Ross (Estate of Joel Marrable), et al., v. Rollins, Inc. and Orkin, Inc. (Dekalb Co., GA, No. 22A02694) | | X | | | X | | X | |
| 10/24/2023 | In the Interest of H.F.J., a Child (District Court, 261st Judicial District, Travis County, TX, Cause Nos. D-1-FM-22-002444 amd D-1-FM-22-006451) | | X | | X | | X | | |
| 11/1/2023 | Commonwealth of VA v. Shyan J. Csatlos (Circuit Court of the City of Virginia Beach, Docket #CR20-001447) | X | | X | | | | X | |

ARDENFORENSICS

**JONATHAN L. ARDEN, MD**
**2025 TESTIMONY LOG**

| Date | Case name and particulars | Criminal | Civil | Trial | Hearing | Deposition | Plaintiff | Defense | Prosecution |
|---|---|---|---|---|---|---|---|---|---|
| 11/2/2023 | AR v. Cody Timothy Webb (Garland Co. Circuit Court, No. 26CR-21-887-I) | X | | | X | | | X | |
| 11/9/2023 | Debra Jones, et al. v. United States (US Court of Federal Claims, No. 13-227L) | | X | X | | | X | | |
| 12/15/2023 | Richard Nordan, Esq. (Administrator, Estate of Eric Avila Cruz) v. Michael Carson, et al. (US District Court, Eastern District of North Carolina, No. 5:22-CT-03207-D) | | X | | | X | X | | |
| 1/22/2024 | Irving W. Walker (Personal Representative of the Estate of William K. Schapiro, et al., v. Victor Ferrans, MD, LLC, et al. (Circuit Court for Baltimore County, MD, Case No. C-03-CV-22-003781) | | X | | | X | X | | |
| 1/23/2024 | Estate of Kayla Crews v. The Esate of Theopolis O. Owens, Genoa City, et al. (Circuit Court, Lake Co., IL, No. 22 LA 392) | | X | | | X | X | | |
| 2/1/2024 | MI v. Hunter Locke-Hughes (Macomb Co. Circuit Court, No. 22-2116-FC) | X | | X | | | | X | |
| 2/15/2024 | Estate of Casey MacAdam v. OhioHealth Corp., et al. (Court of Common Pleas, Franklin Co., OH, No. 21 CV 3369) | | X | | | X | X | | |
| 2/28/2024 | AZ v. Shawn M. Main (Pinal Co. Superior Court, No. CR2015-03954) | X | | X | | | | X | |
| 3/5/2024 | John Curry (Estate of Joseph A. Curry) v. Rumpke Transportation Co LLC, et al. (Jefferson KY Circuit Court, No. 22-CI-003235) | | X | | | X | X | | |
| 3/6/2024 | Vicknair v. Plaisance and St. Tammany Parish Hospital (22nd Judicial District Court for the Parish of St. Tammany, Louisiana, Number 2017-15337) | | X | | | X | X | | |
| 3/7/2024 | Lynn Branscome (Estate of Megan Branscome), et al., v. Richard Reaven, MD, et al. (Carroll County, MD Circuit Court, No. C-06-CV-23-000193) | | X | | | X | | X | |
| 3/11/2024 | Adrien Padovani (Estate of Niko Padovani) v. Fisher-Price, Inc., et al., (Superior Court, County of Los Angeles, CA, No. 19STCV42307) and Candice Ezell (Estate of Constantine Ezell) v. Fisher-Price, Inc.,, et al. (Superior Court, County of Los Angeles, CA, No. 19STCV42310) | | X | | | X | X | | |
| 3/22/2024 | Laurita Pullman (Estate of John Steele, III v. Washington Metropolitan Area Transit Authority, US District Court, District of Maryland, No. DKC 22-1304) | | X | | | X | X | | |
| 3/28/2024 | PA v. Orlando Williams (Allegheny Co., PA, No. CP-02-CR-0009866-2016) | X | | | X | | | X | |
| 4/8/2024 | Estate of Megan Branscome, et al., v. Richard Reaven, MD, et al. (Circuit Court for Carroll County, MD, Case No. C-06-cv-23-000193) | | X | X | | | | X | |
| 4/10/2024 | Commonwealth of VA v. Wesley Horbal (Circuit Court for Virginia Beach, VA, Case #CR23000353-00) | X | | X | | | | X | |
| 5/1/2024 | Commonwealth of VA v. Vincent McDonald McClean (Portsmouth Circuit Court, Case No. CR23000286) | X | | X | | | | | X |
| 5/3/2024 | Estate of Kenneth Lashon Tucker v. Greenville County, et al. (US District Court for the District of South Carolina, Case No.: 2:22-cf-2389-JDA-MGB) | | X | | | X | X | | |
| 5/20/2024 | Hays v. Piedmont et al.,, (Superior Court of Newton County, GA, Civil Action No. SUCV2020000284) | | X | | | X | | X | |

ARDENFORENSICS

**JONATHAN L. ARDEN, MD**
**2025 TESTIMONY LOG**

| Date | Case Name and Jurisdiction | Criminal | Civil | Trial | Hearing | Deposition | Plaintiff | Defense | Prosecution |
|---|---|---|---|---|---|---|---|---|---|
| 5/24/2024 | State of Florida v. Yvonne Serrano (Circuit Court, Seventeenth Judicial Circuit, In and for Broward County, FL, Case No.: 23006242CF10A) | X | | | | X | | X | |
| 6/5/2024 | State of Florida v. Yvonne Serrano (Circuit Court, Seventeenth Judicial Circuit, In and for Broward County, FL, Case No.: 23006242CF10A) | X | | X | | | | X | |
| 6/26/2024 | Gianquitti v. RI (Providence Superior Court, Post-Conviction, No. PM-2018-7370) | | X | | X | | X | | |
| 7/8/2024 | In re Arbitration of the Estate of Thelma Wray v. North Point Partners, LLC, d/b/a North Pointe of Asheboro, NC | | X | | | X | X | | |
| 8/7/2024 | Riemer v. Bayside Homes Delaware LLC (C.A. No. S20C-09-014 RHR) | | X | | | X | X | | |
| 8/13/2024 | Estate of Dennis Zabel v. Dr. Michael Gartner and Mayo Clinic System, Mankato (State of MN, District Court for the County of Blue Earth, Court File No.: 07-CV-20-3440) | | X | | | X | X | | |
| 8/27/2024 | Marcel Brown v. City of Chicago, et al. (US District Court, Northern District of Illinois, No. 19-cv-4082) | | X | X | | | X | | |
| 10/29/2024 | State of Georgia v. Melody Walker Farris (Superior Court of Cherokee County, Indictment No.: 24CR0715) | X | | X | | | | X | |
| 10/30/2024 | Estate of Aida Norma Gutierrez v. St. Teresa of Avila Church (US District Court, Southern District of NY, Index No. 22CIV.2211(VB)) | | X | | | X | X | | |
| 11/5/2024 | State of Florida v. Demorris Andy Hunter (Circuit Court of the Ninth Judicial Circuit of Florida, In and For Orange County, FL, Case No.: 2002-CF-006796-A-O) | X | | | X | | | X | |
| 11/13/2024 | State of Arizona v. James Potillo (Pinal County, No.: CR2020-02307) | X | | X | | | | X | |
| 11/26/2024 | Karen Spicknall (Estate of William T. Spicknall) and Kaylin Spicknall v. Beroske Farms and Greenhouse, Inc., et al. (US District Court, District of Maryland, No. TJS-24-829) | | X | | | X | | X | |
| 12/6/2024 | AZ v. Michael Aguilar (Pima Co. Superior Court, No. CR-2022-1602-001) | X | | X | | | | X | |
| 1/7/2025 | Joseph DiStefano, et al. v. Karl McIntosh MD, et al. (Superior Court, Delaware, No. N21C-06-233 FJJ) | | X | | | X | X | | |
| 1/27/2025 | FL v. Demorris Andy Hunter (Orange Co. Circuit Court, No. 49-2002-CF-6796-A-O) | X | | | | X | | X | |

7

ARDENFORENSICS

# ARDENFORENSICS

333 Las Olas Way #1104
Ft. Lauderdale, FL 33301

**Jonathan L. Arden, MD**
President

703.749.0227 Office
703.563.6059 Fax
jlardenmd@ardenforensics.com
www.ardenforensics.com

## 2024 FEE SCHEDULE

### Consultations                                                    $650.00/Hour
- Review of documents, photographs or other materials
- Examinations of slides, radiographs or tissue
- Writing reports, correspondence and emails
- Meetings, conferences and telephone contacts
- Literature and medical research
- Preparation for trial or deposition testimony

### Local or Video Depositions and Meetings                          $650.00/Hour
- All depositions subject to a minimum charge of two (2) hours, payable in advance
- Payment due at least seven (7) calendar days prior to scheduled deposition
- Non-refundable if deposition is cancelled within five (5) calendar days of scheduled deposition date

### Local Travel                                                     $325.00/Hour + Mileage
- Up to 250 miles from Fort Lauderdale, FL area
- Mileage billed at IRS 2024 standard rate of 67 cents/mile

### Out-of-Town Meetings                                             $5,000.00/Day + Expenses
- Greater than 250 miles from Fort Lauderdale, FL area

### Out-of-Town Depositions                                          $6,500.00/Day + Expenses
- In-person depositions greater than 250 miles from Fort Lauderdale, FL
- $1,300.00 payable in advance, subject to same terms as local depositions (above)
- Travel time included
- Depositions requiring an overnight stay will be charged an additional $650.00
- Cancellation of depositions within five (5) calendar days of confirmed schedule date (without rescheduling) will be charged a cancellation fee of $2,600.00, plus any expenses incurred in anticipation of a cancelled deposition appearance

### In-Person Trials                                                 $6,500.00/Day + Expenses
- Trial Testimony
- Trial appearances requiring an overnight stay for travel or meetings will be charged an additional $650.00
- Non-testimonial trial days (observation/trial support, meetings) charged at Out-of-Town Meetings rate of $5,000.00/Day plus expenses
- Cancellation of court appearances within one (1) calendar week of confirmed schedule date (without rescheduling) will be charged a cancellation fee of $2,600.00, plus any expenses incurred in anticipation of a scheduled trial appearance.

### Video Trials (Flat Fee)                                          $4,000.00

### Notes / Further Terms and Conditions
- This is the Arden Forensics 2024 standard fee schedule; individual contract terms may vary.
- New cases will remain on the same fee schedule for a minimum of 12 months of contract date, after which the rate may change to the Arden Forensics then-current rate.
- A $2,000.00 non-refundable retainer is required to initiate consultation.
- Minimum billing increment is 0.25 hours.
- Expenses are billed in addition to consultation fees.
- Fees and expenses may be billed monthly for ongoing matters.
- Payment is due 30 days from Invoice Date. Late payments are subject to interest charges.
- All air and rail travel will be booked by Arden Forensics at the commercially available rate, consistent with Dr. Arden's availability and location, and shall be in the form of fully refundable tickets. Trips consisting of a total travel time (including layovers) of greater than or equal to seven (7) hours, or total flight time of greater than or equal to five (5) hours shall be booked at business or first class fare.
- Requests for services with a return date in fewer than five (5) business days may, at the discretion of Dr. Arden, be subject to a fee surcharge.