**EXHIBIT** _____ \ \

**PATRICK J. SHEEHAN, M.D.**
**7350 VAN DUSEN ROAD**
**SUITE 240**
**LAUREL, MARYLAND  20707**
**Phone: 301-776-5753 - Fax: 301-317-9410**

July 12, 2021

Richard J. Link, Esquire
Goodwin Weber PLLC
267 Kentlands Boulevard, Suite 250
Gaithersburg, MD   20878

| | |
|---|---|
| **Re:** | **Deceased D.C. Police Officer Jeffrey L. Smith** |
| **D/I:** | **January 6, 2021** |
| **DOB:** | **April 15, 1985** |

Dear Mr. Link:

At your request, I have prepared a forensic medical report addressing the issues that led up to and caused the death of Officer Jeffrey L. Smith.

Prior to this report, I reviewed the records of PFC Associates LLC, Pamela Oriafo and Dr. Olusolo Maiomo, Jiji Ninan, Goodwin Weber PLLC, Richard J. Link, Esq., the Government of the District of Columbia Metropolitan Police Department, Commonwealth of Virginia Department of Health, Dr. Jocelyn Posthumus.

Prior to this report, I conducted interviews with Metropolitan Police Officer Matthew Givens [by phone], friends of Officer Smith, Andrew Hass [by phone], Antje Farmer [by phone], Officer Smith's widow, Erin Smith [in person], and Officer Smith's parents, Wendy Smith [in person], and Richard Smith [by phone].

Page 2

July 12, 2021

Re:  Metropolitan Police Officer Jeffrey Smith

D/I:  January 6, 2021


Prior to this report, I reviewed an article from The Washington Post, dated June 21, 2021, titled *"New law named for Raskin's son expands crisis call center."*


## REVIEW OF RECORDS:

In the January 14, 2021, note from PFC Associates LLC [Police & Fire Clinic], signed by Pamela Orialfo and Dr. Olusolo Malomo, under cc:  "f/u neck."  Under History of Present Illness:  "35 yo MPD male here for f/u after an injury to his neck on the day of the protest in the Capital (sic).  Member states he had twisted his neck when an object hit his fac (sic) shield.  States feeling well today, denies any headache or neck pain.  No dizziness, fever, chills, changes in vision.  N/V or unsteady gait."  His blood pressure, temperature, and pulse were taken.  Under Review of Systems:  "See HPI."  Under Impression & Recommendations:  "Problem 1: Neck pain, right...Duty Status... Discharge instructions discussed.  You made (sic) ice warm compress to affected area 15-20 minutes 3-4 times for (sic) day.  Continue to take Morin (sic) PRN for pain.  RTC for any other concerns."  A physical exam was done, results were detailed on Page 2. **[Dr. Sheehan's Note:**  It is worth noting that no one asked him about his mental health, if he had any suicidal or homicidal thoughts.  He had been injured in the January 6, 2021 rioting, experienced emotional, physical trauma, but was not questioned about suicidal or homicidal ideation.]

Page 3

July 12, 2021

Re:  Metropolitan Police Officer Jeffrey Smith

D/I:  January 6, 2021

In the January 6, 2021 note from PFC Associates LLC [Police & Fire Clinic], signed by Jiji Ninan and Dr. Olusolo Malomo, under cc: "rm 8 new injury c/o Neck Pain." Under History of Present Illness: "On duty injury as he was controlling the protesters today. He jarred his neck when an object hit his face shield. Pain is localized in his RT side of the neck and is aggravated by neck flexion…" Under Problems Added: "1) Dx of Neck pain, right…" Under Impression & Recommendations: "Problem #1: Neck pain, right…Likely neck starin (sic) without any radiculopathy. MSK pain. No radicular symptoms. Ibuprofen 600mg PO Q6hrs with food for pain. Ice application with a clothe (sic) covered ice pack for 48 hrs and then moist heat. Avoid activities which aggravate the pain. Seek medical care immediately if you develop sudden loss of sensation in the Rt arm, or fever or chills or shortness of breath or any unusual symptoms, worsening pain or incontinence of urine or stool or any weakness of the arms or leg or fever or chills or shortness of breath (sic). SL. RTC on Monday or fu/u and DS assessment." Under Physical Exam: "…Psych: alert and cooperative; normal mood and affect; normal attention span and concentration." [**Dr. Sheehan's Note:** Again, there were no questions asked about whether he had suicidal or homicidal thoughts.]

Reviewed other records from PFC Associates LLC [Police & Fire Clinic] of normal annual physical examinations. There was nothing in the records I reviewed that indicated he was treated for depression or had a diagnosis of depression.

Page 4

July 12, 2021

Re:  Metropolitan Police Officer Jeffrey Smith

D/I:  January 6, 2021

        In the May 29, 2021 letter from Goodwin Weber PLLC, signed by Richard J. Link, Page 1, Paragraph 2:  "…Jeffrey Smith was a D.C. Police Officer. On January 6, 2021 while in the performance of his duties as a police officer during the Capitol Insurrection, Officer Smith was attacked…he was struck in the face shield by flying metal objects…Officer Smith took his own life nine (9) days later – on January 15, 2021 – while he was driving to work on the GW Parkway…"  On Page 2, Paragraph 3: "According to Ms. Smith, her husband was in good physical and mental health before January 6, 2021.  He had no prior history of depression, PTSD or mental health problems…Ms. Smith believes that the horrific events of January 6th (including the assault) was the "personal injury" that caused her husband's death: i.e., his mental state deteriorated to the point where he was despondent, and totally lacked the mental capacity to form an intention to harm himself."

        In the January 26, 2021 report entitled: Capitol Complex Security Failures on January 6, 2021, Testimony of Robert J. Contee, III, Acting Chief of Police, from the Government of the District of Columbia Metropolitan Police Department to the United States House of Representatives Committee on Appropriations, Page 1, Paragraph 1: "…I am Robert J. Contee, III, the Acting Chief of Police of the Metropolitan Police Department of the District of Columbia…I will relate to you the facts as we know them at this time, based on the point of view of MPD and the government of the District of Columbia…"  Page 1, Paragraph 3: "…the Department was fully deployed on 12-hour

Page 5
July 12, 2021
Re:  Metropolitan Police Officer Jeffrey Smith
D/I:  January 6, 2021

shifts prior to January 6th, with no officers on day-off or leave...the U.S. Capitol Police

(USCP) had responsibility of the Capitol, including both the building and grounds...

more than 300 members of the D.C. National Guard were deployed on District streets

providing traffic control and other services to allow MPD to support the First

Amendment assembly and continue to provide services to our neighborhoods..."

Page 2, Paragraph 1:  "However, these resources were barely enough to counter an

event that had never happened in the history of the United States: a mob of thousands

launching a violent assault on the U.S. Capitol – the seat of our government – in an

attempt to halt the counting of electoral ballots, an essential step in the peaceful transfer

of power in our nation..."  Page 2, Paragraph 3:  "Our members arrived at a chaotic

scene.  The violent mob overran protective measures at the Capitol in an attempted

insurrection, prior to MPD officers arrival to the west front.  By 1:50 p.m., MPD had

declared the assembly to be a riot.  Upon arrival, the MPD platoons immediately began

working to achieve our objectives..."  Page 2, Paragraph 4:  "At 2:22 p.m., a call was

convened with, among others, myself, leadership of the Capitol Police, the D.C. National

Guard, and the Department of the Army.  I was stunned at the tepid response from

Department of the Army, which was reluctant to send the D.C. National Guard to the

Capitol... – the factors cited by the staff on the call – these issues become secondary

when you are watching your employees, vastly outnumbered by a mob, being physically

assaulted.  I was able to quickly deploy my force and issue directives to them while they

were in the field, and I was honestly shocked that the National Guard could not – or

Page 6

July 12, 2021

Re: Metropolitan Police Officer Jeffrey Smith

D/I: January 6, 2021

would not -- do the same...The Army staff responded that they were not refusing to send

them, but wanted to know the plan and did not like the optics of boots on the ground at

the Capitol." Page 3, Paragraph 1: "In the meantime, by 2:30 p.m. the District had

requested additional officers from as far away as New Jersey and issued notice of an

emergency citywide curfew beginning at 6 p.m....all rioters were removed from the

Capitol. Ninety minutes later, at 8 p.m., Congress was able to resume..." Page 3,

Paragraph 2: "...MPD's police officers were engaged in a literal battle for hours. Many

were forced into hand-to-hand combat to prevent more rioters from gaining entry into the

Capitol..." Page 3, Paragraph 3: "Those seven hours, between the urgent call for help

from the Capitol Police to MPD and the resumption of work by both houses of Congress,

will be indelibly etched on the memories of every law enforcement officer who was on

the scene, as it is undoubtedly in the minds of the elected officials, congressional staff,

and other Capitol employees...During the height of the incident, approximately 850 MPD

members were at the capitol, and by the day's end, an additional estimate of 250 had been

in the area to directly support the response and aftermath. MPD's estimate for the week

of the insurrection is approximately $8.8 million...MPD, Capitol Police, the Federal

Bureau of Investigation, and the Office of the U.S. Attorney for the District of Columbia

will be engaged for years in the investigation and prosecution of the insurgents..." Page

3 to 4, Paragraph 4 and 1, respectively: "Five people lost their lives on January 6[th] –

Capitol Police Officer Brian Sicknick and four others. And tragically, two officers who

were at the Capitol on January 6th, one each from the capitol Police and MPD, took their

Page 7
July 12, 2021
Re:   Metropolitan Police Officer Jeffrey Smith
D/I:  January 6, 2021

own lives in the aftermath of that battle.  We honor the service and sacrifices of Officers

Brian Sicknick, Howard Liebengood, and Jeffery (sic) Smith and offer condolences to all

the grieving families...Many more sustained injuries from the assault – scratches,

bruises, eyes burning from bear mace – that they did not even bother to report...shocked

and moved by the video of...and Officer Daniel Hodges in agony as he was crushed

between a door and a riot shield..."


In the January 6, 2021 Injury or Illness Report from the Metropolitan

Police Department, under Nature of Injury/Illness: "Pain to neck."  Under Cause: "Hit

with flying object in face shield of helmet."  Under Statement of Facts: "I was outside of

the US Capitol and people started throwing metal objects around 5:35 pm.  Some kind of

object hit me in the face shield.  Began feeling pain in my neck and face."


In the January 19, 2021 Certificate of Death, from the Commonwealth of

Virginia Department of Health – Division of Vital Records Commonwealth of Virginia,

under Describe How Injury Relating to Death Occurred:  "Shot self with a handgun."

Under Signature of Medical Examiner:  "/S/ Jocelyn Sutton Posthumus."


In the January 16, 2021 Report of Autopsy from the Office of the Chief

Medical Examiner, signed by Dr. Jocelyn Posthumus, under Evidence of Injury:

"...Gunshot wound...gunshot entrance wound with a 1/16"-1/8" rime of soot and a

Page 8

July 12, 2021

Re: Metropolitan Police Officer Jeffrey Smith

D/I: January 6, 2021


pattern abrasion at the 3 o'clock to 5 o'clock edge comprised of a 9/16" semicircular

abrasion with a 3/16" in diameter central abrasion...The bullet creates a hemorrhagic

wound path through the skin and subcutaneous soft tissues..." Under Pathological

Diagnoses: "...Perforating Gunshot Wound to the Head: Entrance right temple. Exit

above left ear, shored. No projectile or fragments recovered. Missile path through

cerebral hemispheres including deep gray nuclei. Direction leftward. Skull and facial

bone fractures. Associated injuries: Hemoaspiration, Periorbital, subgaleal, periosteal

and intracranial hemorrhages." Under Cause of death: "Gunshot Wound to the Head."

Under Manner of death: "Suicide." [**Dr. Sheehan's Note:** The rest of the report

describes the details of the autopsy.]


## PAST HISTORY:

Officer Smith came from a two parent home. He was one of three

children. He grew up in North Brook, Illinois. His parents are still married. He went to

Northern Illinois University, got a Sociology Degree.


On **July 9, 2021,** I interviewed individually Mrs. Erin Smith. She is the

36 year old widow of Officer Jeffrey Smith. She met her husband in 2015. They married

in February 2019. "January 6th was supposed to be a calm Trump Rally. It was

supposed to be pro police." People from the rally were trying to get into the U.S. Capitol

building. The Capitol Police called the Metropolitan Police for reinforcement. Officer

Page 9

July 12, 2021

Re:  Metropolitan Police Officer Jeffrey Smith

D/I:  January 6, 2021


Smith's unit was sent to the Capitol. "He didn't know the Capitol building. He was going into an unfamiliar place. He didn't know the layout of the Capitol. The last time he was in the Capitol was when he was 10 years old." While his unit was in the building, it came over the radio that shots were fired. Officers did not know who was shooting or if they were walking into gunfire. They didn't know if it was rioters or police that were shooting. "He didn't know if he was going to get out alive." During the riot, she texted him, was concerned if he was okay. "It was complete chaos. He texted me back saying it was crazy, it was the craziest thing he'd ever been a part of. I didn't hear from him until 8 p.m. I was texting him. He said, something happened, don't worry, I'm at the clinic. [Police & Fire Clinic in D.C.]" When he came home, he explained more of what happened. He said he had been punched in the face, hit in the head with a metal pole. He told his Sergeant he was hit when it happened, nothing was done. The mayor ordered a curfew. His unit was sent to guard a hotel in D.C. with orders to not let anyone in or out at the hotel. While outside the hotel, he was concerned residents of the hotel would throw objects down on them. "The people were not pro police." He put his helmet on to protect himself while standing in the street. His Sergeant ordered them to take their helmets off. He told his Sergeant he had already been hit in the head and was not going to be hit in the head again. [This was a different Sergeant from the one he reported his injury to.] The Sergeant asked him about him being injured. She was crying while discussing this. The Sergeant sent him to the police clinic. At the clinic, he was mistakenly given someone else's prescription. He was then sent home. He was seen in a

Page 10

July 12, 2021

Re:  Metropolitan Police Officer Jeffrey Smith

D/I:  January 6, 2021

follow up appointment on January 14, 2021. "No one from the clinic checked on him

until he returned [on January 14, 2021]." When he was seen in the clinic on January 14,

2021, he was seen for about "10 minutes." He was sent back to work, returned to work

the following day, January 15, 2021, "he shot himself in the head. He said he was in a lot

of pain in his neck. There were changes. He became extremely quiet. He didn't want to

walk the dog or go anywhere. He became short tempered." There was no talk of suicide.

After the January 6, 2021 incident, his mood changed. "He didn't want to talk about

anything. He didn't want to do anything. He was eating very little. He had problems

sleeping. I'd wake up in the middle of the night and he was pacing in the hallway inside

of the house. He'd tell me to go back to sleep, not to worry. When I woke up, he was

awake." She was crying while discussing this. Before the January 6, 2021 incident, they

would do things together. After the January 6, 2021 incident, "he didn't want to go to the

grocery store or walk the dog. I'd try and talk to him, but it was like he wasn't there. He

wasn't listening. He'd get angry with me." He had never been angry with her before.

He got frustrated but never angry. He became very irritable. "He didn't want to talk

about it. He couldn't believe it happened [the riot]." She thought possibly he did not

want to talk to her about the riot because he was concerned she would worry. A few

nights when she woke up, he was in bed crying. "He internalized things. He said it was

the worst day of his life [January 6, 2021]. He said, you train all the time but it's

different when you experience it. I'd never seen him that way before. He was extremely

even tempered. He was very calm about everything." She knew he was not right. "I did

Page 11

July 12, 2021

Re:  Metropolitan Police Officer Jeffrey Smith

D/I:  January 6, 2021


ask.  I tried to comfort him.  I don't know whether he wrecked his car and then shot

himself."  She does not know the timeline of the events.  Prior to the January 6, 2021

incident, he called his parents daily.  After January 6, 2021, he stopped calling them

daily.  He was released back to full duty on January 15, 2021.  "He was the type of guy

that put everyone's safety first."  He worked 12 1/2 years for the Metropolitan Police

Department.  He did not want to take the Sergeant's Exam because he was concerned

that he would be sent to Southeast D.C.  He worked in Northwest D.C., the Georgetown

area.  Following the January 6, 2021 incident, "if I talked to him, his mind was someplace

else."  She was crying while discussing this.  Before the January 6, 2021 incident, they

were very close.  They worked together on their house, took walks with the dog.  "He

was very close to the dog.  It was his dog.  It was so unlike him to not want to walk the

dog.  He had been so close to the dog."  Prior to January 6, 2021, she never saw him as a

depressed person.  "He was a low key person."  After his death, she received a call from

the Metropolitan Chief of Police stating that he was sorry for her loss.  The Chief gave a

Deposition shortly after the riot.  In his Deposition, he said the deaths of her husband and

other officers were related to the January 6, 2021, incident.


On **July 9, 2021**, I interviewed individually by telephone, Metropolitan

Police Officer Matthew Given.  He is 31 years old.  He knew Officer Smith for nine

years.  He was not aware of Mr. Smith being depressed.  "He never discussed suicide."

Officer Given did not talk to Officer Smith after January 6, 2021.  He last saw him two

Page 12
July 12, 2021
Re:  Metropolitan Police Officer Jeffrey Smith
D/I:  January 6, 2021

days before January 6, 2021. "When I found out it was a suicide, I never expected it
from him. He was always joking and being goofy. I never saw him as angry. When it
first came on the radio, I thought he died in a motor vehicle accident. I never saw him do
that. He was my first partner. I'd never seen him depressed. He was not the type to take
his life."

On **July 9, 2021**, I interviewed individually by telephone, Mr. Andrew
Hass. He is 36 years old. He had known Officer Smith since the 9th grade, when they
were 14-15 years old. They were close friends. "He'd never been depressed." A good
friend of theirs committed suicide in 2012. "Jeff said, he couldn't understand how
anyone could take their life." Mr. Hass spoke to Officer Smith on January 7th or 8th
[was uncertain of the exact date]. "He sounded different. A little down. He was quiet.
He seemed tired. He said [about January 6, 2021,] people were crazy, he couldn't believe
that people would act that way. He was hit in the head by an object. He told me he had
pain in his neck. His voice was slow. He wasn't as talkative as usual." They had
multiple conversations about their friend who hanged himself in 2012. "He said, I don't
believe he killed himself. I still can't believe it. There were no signs. He wasn't that
kind of person."

On **July 9, 2021**, I interviewed individually by telephone, Ms. Antjer
Farmer. She is 43 years old. She had known Officer Smith since 2013. They would take

Page 13

July 12, 2021

Re: Metropolitan Police Officer Jeffrey Smith

D/I: January 6, 2021

their dogs to the dog park together, would see him at his home. She never saw him as sad. He was "very even keeled. He wasn't someone who was easily riled." She saw him go through different stages of life, his first marriage, getting married, his former girlfriends. "He always saw things in perspective." On January 8, 2021, she texted him. "I asked him if he was hanging in there. He always responded to texts. He texted back he was alright. I asked more questions. He said, it was crazy. We were literally in the halls of the Capitol pushing people out. It was like a movie." He sent her a picture of him in riot gear. Under the picture he said, "it's really crazy." He said his neck was hurt. They texted for a few days. "I said, it's scary with guns involved. He said, yeah, that's the issue, you don't know at the time how to act. At the time I thought someone was shooting people in the building. I said, I'll bet your adrenaline was so high. He said, it was crazy."

On **July 9, 2021**, I interviewed individually by telephone, Mr. Richard Smith, the 68 year old father of Officer Smith. Mr. Smith is 68 years old. He had the phone on speaker. His wife was in the room. There is no history of his son ever being depressed. "He used to talk to us. He knew the public was not happy with the police. He was concerned walking into a restaurant, getting food. He didn't know if they knew he was a police officer. He carried his lunch so he wouldn't have to go into a restaurant. I talked to him most days." Officer Smith's mother was in the hospital on January 15, 2021. "The doctor came in. He [Officer Smith] wanted to hear what the doctor had to

Page 14
July 12, 2021
Re:  Metropolitan Police Officer Jeffrey Smith
D/I:  January 6, 2021

say about his mother. It was a short conversation." Afterward, he told his parents he had

been hurt, had gone to the clinic. He told them he had been off a week. "He wasn't

offered mental health services. He was on his own. He didn't want to be a police officer

anymore [following the incident on January 6, 2021]. He was looking at other options.

He said the riot was crazy, they were outnumbered by the crowd."

I reviewed the June 22, 2021 article from The Washington Post, titled,

"*New law named for Raskin's son expands crisis call center.*" There is a new law, the

Thomas Bloom Raskin Act, named for the son of Maryland Congressman, Jamie B.

Raskin, whose son committed suicide while at Harvard Law School. The law expands

the State's Crisis Call Center. From the June 22, 2021 article: "…Raskin's son died on

Dec 31 after a long fight with depression, telling his family in a note, "Please forgive me.

My illness won today."

With a reasonable degree of medical probability, the proximate cause of

his depression was the trauma that he experienced while working as a Metropolitan

Police Officer on January 6, 2021.

With a reasonable degree of medical probability, there is no evidence in

the records or from the people I interviewed who were close to him, that he was ever

**Page 15**

**July 12, 2021**

**Re:  Metropolitan Police Officer Jeffrey Smith**

**D/I:  January 6, 2021**

depressed or had mental health problems prior to January 6, 2021. He was seen as "even keeled" and "not easily riled."

With a reasonable degree of medical probability, the proximate cause of his death was due to depression. He did not kill himself, the illness killed him. He had discussed with his friend, Andrew Hass, a mutual friend who committed suicide in 2012, stating to Mr. Hass that he did not believe that someone could kill themself.

Mr. Link, in your correspondence dated May 29, 2021, you asked the following questions:

"1)  What is the causal nexus (if any) between the events of January 6, 2021 and Officer's (sic) Smith's death on January 15, 2021 (i.e. what injury did he suffer on January 6, 2021)?"

**Response**:  With a reasonable degree of medical probability, the proximate cause of his depression was the trauma that he experienced on January 6, 2021.

"2)  Whether, as a result of any mental disease or defect, Officer Smith's (sic) lacked substantial capacity to form an intention to cause his own death?"

Page 16

July 12, 2021

Re:  Metropolitan Police Officer Jeffrey Smith

D/I:  January 6, 2021


Response:  With a reasonable degree of medical probability, due to mental illness, depression, he lacked the substantial capacity to form an intention to cause his own death.  Depression killed him.


If I can be of any further assistance, please feel free to contact me.


Patrick J. Sheehan, M.D.
Certified in Psychiatry by the
American Board of Psychiatry
and Neurology

PJS:bc

PATRICK J. SHEEHAN, M.D.
7350 VAN DUSEN ROAD
SUITE 240
LAUREL, MARYLAND  20707
Phone:  301-776-5753 - Fax:  301-317-9410

March 8, 2022

Richard J. Link, Esquire
Goodwin Weber PLLC
267 Kentlands Boulevard, Suite 250
Gaithersburg, MD   20878

Re:         **Deceased D.C. Police Officer Jeffrey L. Smith**
D/I:        **January 6, 2021**
DOB:        **April 15, 1985**

Dear Mr. Link:

On February 18, 2022, I interviewed individually Mrs. Erin Smith, the

widow of Officer Jeffrey Smith.  She gave history that her husband returned from work

following the riots at the U.S. Capitol around 2 a.m. on January 7, 2021.  "He said he lost

consciousness, that he was hit by a metal pipe and didn't know where he was."  He

complained to her of vision problems.  "He said his vision was fuzzy."  She does not

remember him complaining of balance problems.  "He had a bad headache."  He

complained of having a bad headache throughout the nine days before committing

suicide.  "He wasn't a person who complained.  He couldn't focus."  When she spoke to

him, "it was like he was listening but wasn't recognizing what was being said."  He

became very irritable.  If she asked him to do something and he did not do it, he would

Page 2

July 12, 2021

Re:  Metropolitan Police Officer Jeffrey Smith

D/I:  January 6, 2021

tell her he did not remember her asking him to do it.  He developed problems with sleep.

"He was very sensitive to noise.  He had to turn off the television."  He became sensitive

to light, particularly to bright lights.  "He'd turn the lights off and sit in the bedroom in

the dark."  He was easily distracted.  "He'd be discussing one thing and go off into

something different.  It was like he was all over the place."  He had angry outbursts.  "It

wasn't like him.  He was very short."  He would have an outburst if she asked him

something.  He began spending a lot of time on his cell phone.  "He said he couldn't

focus, pay attention.  His eyes would go blank."


        The symptoms described by Ms. Erin Smith are consistent with Post

Concussion Syndrome.  A concussion is a type of traumatic brain injury caused by a

bump, blow, or jolt to the head or by a hit to the body that causes a brain to move rapidly

back and forth in the skull.  An analogy is that a brain is like jello in a clear plastic

container.  When there is rapid movement back and forth, lines in the jello develop.

When an impact occurs to a person's skull, the brain moves rapidly forward and

backward in the skull.  Post Concussion Syndrome is the symptoms following a

concussion.


        With a reasonable degree of medical probability, Officer Jeffrey Smith,

following his head injuries on January 6, 2021, developed a concussion with symptoms

consistent with Post Concussion Syndrome and Post Traumatic Headaches.

Page 3

July 12, 2021

Re:  Metropolitan Police Officer Jeffrey Smith

D/I:  January 6, 2021

---

If I can be of any further assistance, please feel free to contact me.

Patrick J. Sheehan, M.D.
Certified in Psychiatry by the
American Board of Psychiatry
and Neurology

PJS:je

**PATRICK J. SHEEHAN, M.D.** (March 10, 2022)

| NAME OF PARTY | DATE OF DEPOSITION/TESTIMONY | LOCATION |
|---|---|---|
| Re: Tamir Ali<br>*Attorney Bruce Bender*<br>Opposing Counsel:<br>*Attorney Eric Burns*<br>*Attorney Dov Szego* | August 16, **2021**<br>Deposition | Attorney Bender's<br>Rockville Office via<br>Zoom/Remote |
| Re: Norman Pulliam<br>*Attorney Julie Merman*<br>Opposing Counsel:<br>*Attorney Hauptmann* | March 10, **2020**<br>Deposition | Dr. Sheehan's<br>Laurel, MD Office |
| Re: Anthony Austin<br>*Attorney Benjamin Boscolo*<br>Opposing Counsel:<br>*Attorney David Godwin* | January 22, **2019**<br>Deposition | Dr. Sheehan's<br>Laurel, MD Office |
| Re: Frederick Baumann<br>*Attorney Debora Fajer-Smith* | July 15, **2019**<br>Deposition | Dr. Sheehan's<br>Laurel, MD Office |
| Re: Dina Ruano-Parades<br>*Attorney Alyse Prawde* | March 23, **2018**<br>Deposition | Dr. Sheehan's<br>Laurel, MD Office |
| Re: Mahmonir Niakan<br>*Attorney Bruce Bender* | April 3, **2018**<br>Deposition | Dr. Sheehan's<br>Laurel, MD Office |
| Re: Wiley Brown<br>*Attorney George Patterson* | March 8, **2017**<br>Deposition | Dr. Sheehan's<br>Laurel, MD Office |
| Re: Shirley Williams<br>*Attorney Bruce Bender* | May 16, **2017**<br>Testimony | Administrative Law<br>Hearing, Prince George's<br>County, MD |
| Re: Aeisha Haynes<br>*Attorney Janelle Ryan-Colbert* | November 6, **2017**<br>Testimony | Administrative Law<br>Hearing, Prince George's<br>County, Largo, MD |
| Re: Andrew Covahey<br>*Attorney Ari Laric* | November 10, **2016**<br>Deposition | Dr. Sheehan's<br>Laurel, MD Office |
| Re: Reginald Garrett | December 9, **2016**<br>Testimony | Circuit Court, Prince<br>George's County, Upper<br>Marlboro, MD |

Page **2** of **3**

### **PATRICK J. SHEEHAN, M.D.**  (March 10, 2022)

| NAME OF PARTY | DATE OF DEPOSITION/TESTIMONY | LOCATION |
|---|---|---|
| Re: David Colburn<br>*Attorney Julie D. Murray* | February 20, **2015**<br>Deposition | Dr. Sheehan's<br>Laurel, MD Office |
| Re: Noelle W. Maertens<br>*Attorney Leslie Gawlik* | March 17, **2015**<br>Deposition | Dr. Sheehan's<br>Laurel, MD Office |
| Re: Caroline Hofer<br>*Attorney Albert Schreyer* | July 6, **2015**<br>Deposition | Circuit Court, Calvert<br>County, Prince Frederick,<br>MD |
| Re: Suresh Dalwadi<br>*Attorney Matt Fochts*<br>Opposing Counsel:<br>*Attorney Jessica Ayd* | July 17, **2015**<br>Deposition | Dr. Sheehan's<br>Laurel, MD Office |
| Re: Wrongful<br>Death/Medical<br>Malpractice of **Emmanuel**<br>**Zephirin** vs Dr. Rehana<br>Hussain and Medstar<br>Southern Maryland<br>Hospital Center, Inc.<br>*Attorney Bruce Bender* | March 3, **2014**<br>Deposition | Dr. Sheehan's<br>Rockville, MD Office |
| Re: Wayne Vetter<br>*Attorney Matthew*<br>*Trollinger* | September 29, **2014**<br>Deposition | Dr. Sheehan's<br>Laurel, MD Office |
| Re: Fatou B. Ba<br>*Attorney Anthony*<br>*Zaccagnini* | October 10, **2014**<br>Deposition | Dr. Sheehan's<br>Laurel, MD Office |
| Re: Nettie Unangst<br>*Attorney Michelle Mtimet* | October 23, **2014**<br>Deposition | Dr. Sheehan's<br>Laurel, MD Office |
| Re: Felicia Royal<br>*Attorney Lauren Pisano* | November 21, **2014**<br>Deposition | Dr. Sheehan's<br>Laurel, MD Office |
| Re: Maria Clark-Davis<br>*Attorney Shawn Smith*<br>*Attorney Tim Driscoll* | December 11, **2014**<br>Deposition | Dr. Sheehan's<br>Laurel, MD Office |
| Re: Dennis Barger<br>*Attorney Michael J. Olley* | April 3, **2013**<br>Deposition | Dr. Sheehan's<br>Laurel, MD Office |

Page **3** of **3**

## **PATRICK J. SHEEHAN, M.D.** (March 10, 2022)

| NAME OF PARTY | DATE OF DEPOSITION/TESTIMONY | LOCATION |
|---|---|---|
| Re: Joyce Dogbey<br>*Attorney Bruce Bender* | August 23, **2013**<br>Deposition | Circuit Court, Prince George's County, Upper Marlboro, MD |
| Re: Zhane Heard<br>*Attorney Matt Bryant* | August 28, **2013**<br>Testimony | N/A |
| Re: Donna Knight<br>*Attorney Mark Miller* | January 12, **2012**<br>Deposition | Dr. Sheehan's Laurel, MD Office |
| Re: Jason C. Thomas<br>*Attorney Burt Kahn* | May 24, **2012**<br>Deposition | Dr. Sheehan's Laurel, MD Office |
| Re: Stephon Green<br>*Attorney Richard W. Galiher, Jr.* | October 24, **2012**<br>Deposition | Circuit Court, Prince George's County, Upper Marlboro, MD |
| Re: Vanessa Springer<br>*Attorney Puja Gupta* | January 14, **2011**<br>Deposition | Dr. Sheehan's Laurel, MD Office |
| Re: John Floyd<br>*Attorney Ari Laric* | January 20, **2011**<br>Deposition | Dr. Sheehan's Laurel, MD Office |
| Re: Carol Gordon<br>*Attorney William Inman* | January 27, **2011**<br>Deposition | Dr. Sheehan's Laurel, MD Office |
| Re: Fariba Waldrop<br>*Attorney Joyce Smithey* | March 31, **2011**<br>Deposition | Attorney Smithey's Greenbelt Office |
| Re: Lanice Beasley<br>*Attorney Martin Stanshine* | August 18, **2011**<br>Deposition | Dr. Sheehan's Laurel, MD Office |
| Re: Angela Arrich-Maselas<br>*Attorney Lauren Pisano* | September 8, **2011**<br>Deposition | Dr. Sheehan's Laurel, MD Office |
| Re: Christine Hajek<br>*Attorney Puja Gupta* | November 23, **2011**<br>Testimony | Dr. Sheehan's Laurel, MD Office |
| Re: Joyce Dogbey<br>*Attorney Bruce Bender* | October 11, **2010**<br>Deposition | Circuit Court, Prince George's County, Upper Marlboro, MD |

## CURRICULUM VITAE (2018)

### PATRICK J. SHEEHAN, M.D.

**ADDRESS:**         4720 Jasmine Drive                              7350 Van Dusen Road
                     Rockville, Maryland  20853                      Suite 240
                     301-929-1986                                    Laurel, MD  20707
                                                                     301-776-5753

**DATE OF BIRTH:** January 15, 1942    **HEALTH:**    Excellent

**HEIGHT:**        6' 1"               **WEIGHT:**    205 pounds

**S.S.N.:**        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

## LICENSURE:

Maryland, July 1, 1972, License No. D0014088

Certified in Psychiatry by the American Board of Psychiatry and Neurology, January 1976

## TRAINING:

Columbia College, New York, NY------------------------------------------------------A.B. June 1965
Upstate Medical Center, Syracuse, NY---------------------------------------------M.D. June 1970

Residency in Adult Psychiatry, Upstate Medical Center, Syracuse, NY ----------- 1970-1972

Third Year of Residency at Walter Reed Army Medical Center (WRAMC),
    Washington, D.C. ----------------------------------------------------------------1972-1973

Diplomat of National Board of Medical Examiners, Certificate No. 111408------July 1, 1971

## MILITARY SERVICE:

June 1969 – August 1969--------------------------------- Medical Clerk at Fitzsimmons Army
                                                          Hospital, Denver, CO

July 1972 – July 1973 -------------------------------- Third year of Psychiatric Residency at
                      ---------------------------------------------------------- WRAMC

Patrick J. Sheehan, M.D.                    - 2 -

July 1973 – July 1975 ------------------------------------- Two years military obligation at the
                                                            Pentagon and WRAMC

## WORK EXPERIENCE:

1970 – 1972------------------------------    Part-time employment at St. Joseph's Hospital. Did
        psychiatric work-ups and did work ups for all methadone patients at St. Joseph's
        Methadone Clinic.

1972 – 1973------------------------------    Consultant to Drug and Alcohol Unit at Walter Reed
        during residency training.

June 1973 – 1974 -----------------------    Psychiatrist for the Pentagon and consulting psychiatrist
        to Ft. Meyer Mental Health Center; consulting psychiatrist to Drug and Alcohol Abuse
        Program, Ft. Meyer.

June 1974 – 1975 -----------------------    Psychiatrist for Army Physical Disability Review
        Council, WRAMC. Reviewed all psychiatric disability cases for the Army; psychiatric
        consultant for Commanding General, U.S. Army Physical Disability Agency. Rewrote
        Army Regulations 635 – 40, Psychotic Section on Disability Ratings published in April
        1975. Supervisor for Psychiatric Resident at Walter Reed.

August 1972 – October 1976----------    Part-time psychiatric consultant to Prince George's
        Emergency Psychiatric Service.

1972 – 1975------------------------------    Part-time private practice.

1975 – Present----------------------------    Full-time private practice.

1975 – 1979------------------------------    Supervisor, Department of Psychiatry, Prince George's
        General Hospital.

Chairman, CT Task Force, Greater Laurel Beltsville Hospital, 1982, 1983.

Chairman, Medical Staff Fundraiser, 1982, Greater Laurel Beltsville Fundraiser went over
$180,000.

Chairman, Department of Psychiatry at Greater Laurel Beltsville Hospital, 1982 – 1984, re-
elected Chairman, 1984 – 1986.

Medical Member of Transition Health Task Force for County Executive, Parris Glendening,
1983, 1986.

Legislative Representative for Med Chi, 1983 – 1993, for 21st District.

Patrick J. Sheehan, M.D.                    - 3 -

Chief Consultant for Psychiatry Specialty, Prince George's County Medical Society, 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994.

Peer Review Consultant, Prince George's Foundation, 1983 – 1984.

Peer Review Consultant, Delmarva Foundation, 1985 – 1994.

Elected member of the Executive Committee of the Suburban Maryland Psychiatric Society, 1987, 1988.

Member of Prince George's Blue Ribbon Commission on Health, 1992, 1993, 1994.

Member of Medical Advisory Committee for County Executive Parris Glendening, 1992, 1993, 1994.

Member of Med Chi Drug Committee.

Chairman of Ethics Committee, Laurel Regional Hospital, 1992, 1993, 1994.

Physician member of Health Transition Task Force for Governor Glendening, 1994 – 1995.

Human Services Subcommittee for Prince George's County, 1991.

Psychiatric Consultant for National Security Agency.

Consultant to American Psychiatric Associations' Joint Commission on Government Affairs, 1996, 1997.


## PROFESSIONAL ORGANIZATIONS:

American Psychiatric Association

Washington Branch of American Psychiatric Association

Medical & Chirurgical Faculty of Maryland

Prince George's County (Maryland) Medical Society


## AWARDS:

United Press International – Honorable Mention – All Ivy Football Team, 1964.

Patrick J. Sheehan, M.D.                    - 4 -

Prize Room Award from the Dean of Columbia College for outstanding contributions to Columbia College, 1964.

Columbia College Class of 1913 Trophy for highest scholastic average on varsity football team, 1965.

Columbia College Robenz Scholarship Recipient, annual scholarship awarded to the two outstanding pre-med Seniors, SY 1964-65.

Army Commendation Medal, 1975.

From the Board of Trustees of Greater Laurel Beltsville Hospital, 1983, "For the acquisition of the CT Scanner for the man who made it happen." 1983.

Laurel Medical Society President's Award, 1985, "For meritorious service to the Laurel Community and the Greater Laurel Beltsville Hospital."

Prince George's County Medical Society Award, 1987.

Prince George's County Medical Society Award, 1988, "In recognition and appreciation of his dedication and tireless efforts to effectively promote the goals and objectives of the Prince George's County Medical Society's Political Action Committee."

An award from the Senate of Maryland for "Outstanding legislative contributions on behalf of the Prince George's County Medical Society." President of the Senate, Senator Thomas V. Mike Miller, Jr., presented the award at the Society's annual banquet to honor installation of officers, 1990.

Prince George's County Medical Society award, 1990, "In recognition and appreciation of Dr. Sheehan's tireless and enthusiastic efforts in working to improve the effectiveness of the Prince George's Medical Society's Political Action Committee."

Award from Prince George's County Medical Society, presented to Patrick J. Sheehan, M.D., member of the Political Action Committee, 1991, "In recognition and appreciation of your outstanding leadership in working to strengthen and improve effectiveness of the Society's Political Action Committee."

Prince George's County Hospice Award, December, 1991, "Special Thanks for fundraising efforts."

Suburban Psychiatric Society Award, March, 1991, "Proudly recognizes Patrick Sheehan, M.D., for Distinguished Service to the Psychiatric Community."

Prince George's County Medical Society Award, January, 1992, "In recognition of his legislative efforts on behalf of Prince George's County Medical Society."

Patrick J. Sheehan, M.D.                    - 5 -

Laurel Medical Society Ambassador Award, Annual Dinner, March 28, 1993.

Award from Prince George's County Medical Society, January, 1994.

Award from Dimensions Healthcare System, Laurel Regional Hospital, and President of Medical & Dental Staff, April, 1999, "For your energetic, selfless devotion and support to your patients, colleagues, and friends as well as over two decades of clinical excellence, leadership, and outstanding physician advocacy of the Laurel Regional Hospital Medical and Dental Staff. Chairperson Nominating Committee Medical and Dental Staff 1978 – 1999.  Chairperson, Department of Psychiatry and Ethics Committee."

CV:je March 2019

**PATRICK J. SHEEHAN, M.D.**
**7350 VAN DUSEN ROAD, SUITE 240**
**LAUREL, MD  20707**
**TELEPHONE:  301-776-5753; FACSIMILE:  301-317-9410**
<u>**DR. SHEEHAN'S FEE SCHEDULE FOR LEGAL CASES (9/23/19)**</u>

In legal cases, sometimes I am asked to provide information and/or testimony about the patient's medical condition and the treatment I provided.  At a minimum, these medical services require my time to review medical records, prepare for the deposition or court appearance, meet with the Attorney, and testify.  I do not provide these services on a contingency basis.  The patient/claimant/Attorney is responsible to pay me for my medical services according to the fee schedule printed below.

Payment for my medical reports and copies of medical records is <u>due before transmission to you</u>.  Payment for my meeting/discussion with the Attorney, deposition preparation, my deposition/court appearance, and testimony is <u>due 21 business days before meeting/discussion or testimony, whichever is earlier, or at an earlier date at my discretion</u>.

I know that court dockets are subject to last-minute changes.  I will keep **100%** of my fee for review of any medical records if my testimony is canceled or rescheduled 15 days or less from the date of the scheduled deposition or court appearance.  If my testimony is canceled or rescheduled less than **15** days prior to the deposition or court appearance, I will retain **100%** of the preparation, deposition or court appearance, and testimony fee, due to the disruption of my medical practice.

| | |
|---|---|
| EVALUATION | $480 AN HOUR |
| REVIEW OF MEDICAL RECORDS | $480 AN HOUR |
| PREPARATION FOR TRIAL/DEPOSITION | $480 AN HOUR |
| REVIEW OF NEW MEDICAL RECORDS RECEIVED <u>AFTER</u> PREPARATION FOR DEPOSITION | $480 AN HOUR |
| ATTORNEY-PHYSICIAN DISCUSSION | $480 AN HOUR |
| DEPOSITION IN PHYSICIAN'S OR ATTORNEY'S OFFICE | $750 AN HOUR (or any part thereof) |
|   VIDEO DEPOSITION IN PHYSICIAN'S OFFICE | $750 AN HOUR (or any part thereof) |
| TRAVEL TIME TO COURT FOR TESTIMONY OR TO ATTORNEY'S OFFICE FOR A DEPOSITION (FROM DR. SHEEHAN'S OFFICE TO LOCATION AND RETURNING FROM LOCATION TO DR. SHEEHAN'S OFFICE) | $480 AN HOUR |
| COURT APPEARANCE | |
| -- MORNING OR AFTERNOON OR A FRACTION | $5,000 |
| -- FULL DAY | $10,000 |
| PHOTOCOPYING OF OFFICE RECORDS | At Maryland allowable rate |

## CURRICULUM VITAE (2018)

### PATRICK J. SHEEHAN, M.D.

**ADDRESS:**     4720 Jasmine Drive                         7350 Van Dusen Road
                 Rockville, Maryland  20853                 Suite 240
                 301-929-1986                               Laurel, MD  20707
                                                            301-776-5753

**DATE OF BIRTH:** January 15, 1942      **HEALTH:**   Excellent

**HEIGHT:**        6' 1"                 **WEIGHT:**   205 pounds

**S.S.N.:**        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

## LICENSURE:

Maryland, July 1, 1972, License No. D0014088

Certified in Psychiatry by the American Board of Psychiatry and Neurology, January 1976

## TRAINING:

Columbia College, New York, NY ------------------------------------------------- A.B. June 1965
Upstate Medical Center, Syracuse, NY ----------------------------------------- M.D. June 1970

Residency in Adult Psychiatry, Upstate Medical Center, Syracuse, NY ---------- 1970-1972

Third Year of Residency at Walter Reed Army Medical Center (WRAMC),
   Washington, D.C. ------------------------------------------------------------- 1972-1973

Diplomat of National Board of Medical Examiners, Certificate No. 111408 ------ July 1, 1971

## MILITARY SERVICE:

June 1969 – August 1969 --------------------------------- Medical Clerk at Fitzsimmons Army
                                                          Hospital, Denver, CO

July 1972 – July 1973 ------------------------------------ Third year of Psychiatric Residency at
-------------------------------------------------------- WRAMC

Patrick J. Sheehan, M.D.                    - 2 -

July 1973 – July 1975 ----------------------------------- Two years military obligation at the
Pentagon and WRAMC

## WORK EXPERIENCE:

1970 – 1972 ----------------------------- Part-time employment at St. Joseph's Hospital.  Did
psychiatric work-ups and did work ups for all methadone patients at St. Joseph's
Methadone Clinic.

1972 – 1973 ----------------------------- Consultant to Drug and Alcohol Unit at Walter Reed
during residency training.

June 1973 – 1974 ----------------------- Psychiatrist for the Pentagon and consulting psychiatrist
to Ft. Meyer Mental Health Center; consulting psychiatrist to Drug and Alcohol Abuse
Program, Ft. Meyer.

June 1974 – 1975 ----------------------- Psychiatrist for Army Physical Disability Review
Council, WRAMC.  Reviewed all psychiatric disability cases for the Army; psychiatric
consultant for Commanding General, U.S. Army Physical Disability Agency.  Rewrote
Army Regulations 635 – 40, Psychotic Section on Disability Ratings published in April
1975.  Supervisor for Psychiatric Resident at Walter Reed.

August 1972 – October 1976---------- Part-time psychiatric consultant to Prince George's
Emergency Psychiatric Service.

1972 – 1975----------------------------- Part-time private practice.

1975 – Present -------------------------- Full-time private practice.

1975 – 1979----------------------------- Supervisor, Department of Psychiatry, Prince George's
General Hospital.

Chairman, CT Task Force, Greater Laurel Beltsville Hospital,  1982, 1983.

Chairman, Medical Staff Fundraiser, 1982, Greater Laurel Beltsville Fundraiser went over
$180,000.

Chairman, Department of Psychiatry at Greater Laurel Beltsville Hospital, 1982 – 1984, re-
elected Chairman, 1984 – 1986.

Medical Member of Transition Health Task Force for County Executive, Parris Glendening,
1983, 1986.

Legislative Representative for Med Chi, 1983 – 1993, for 21st District.

Patrick J. Sheehan, M.D.                        - 3 -

Chief Consultant for Psychiatry Specialty, Prince George's County Medical Society, 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994.

Peer Review Consultant, Prince George's Foundation, 1983 – 1984.

Peer Review Consultant, Delmarva Foundation, 1985 – 1994.

Elected member of the Executive Committee of the Suburban Maryland Psychiatric Society, 1987, 1988.

Member of Prince George's Blue Ribbon Commission on Health, 1992, 1993, 1994.

Member of Medical Advisory Committee for County Executive Parris Glendening, 1992, 1993, 1994.

Member of Med Chi Drug Committee.

Chairman of Ethics Committee, Laurel Regional Hospital, 1992, 1993, 1994.

Physician member of Health Transition Task Force for Governor Glendening, 1994 – 1995.

Human Services Subcommittee for Prince George's County, 1991.

Psychiatric Consultant for National Security Agency.

Consultant to American Psychiatric Associations' Joint Commission on Government Affairs, 1996, 1997.


## PROFESSIONAL ORGANIZATIONS:

American Psychiatric Association

Washington Branch of American Psychiatric Association

Medical & Chirurgical Faculty of Maryland

Prince George's County (Maryland) Medical Society


## AWARDS:

United Press International – Honorable Mention – All Ivy Football Team, 1964.

Patrick J. Sheehan, M.D.                    - 4 -

Prize Room Award from the Dean of Columbia College for outstanding contributions to Columbia College, 1964.

Columbia College Class of 1913 Trophy for highest scholastic average on varsity football team, 1965.

Columbia College Robenz Scholarship Recipient, annual scholarship awarded to the two outstanding pre-med Seniors, SY 1964-65.

Army Commendation Medal, 1975.

From the Board of Trustees of Greater Laurel Beltsville Hospital, 1983, "For the acquisition of the CT Scanner for the man who made it happen." 1983.

Laurel Medical Society President's Award, 1985, "For meritorious service to the Laurel Community and the Greater Laurel Beltsville Hospital."

Prince George's County Medical Society Award, 1987.

Prince George's County Medical Society Award, 1988, "In recognition and appreciation of his dedication and tireless efforts to effectively promote the goals and objectives of the Prince George's County Medical Society's Political Action Committee."

An award from the Senate of Maryland for "Outstanding legislative contributions on behalf of the Prince George's County Medical Society." President of the Senate, Senator Thomas V. Mike Miller, Jr., presented the award at the Society's annual banquet to honor installation of officers, 1990.

Prince George's County Medical Society award, 1990, "In recognition and appreciation of Dr. Sheehan's tireless and enthusiastic efforts in working to improve the effectiveness of the Prince George's Medical Society's Political Action Committee."

Award from Prince George's County Medical Society, presented to Patrick J. Sheehan, M.D., member of the Political Action Committee, 1991, "In recognition and appreciation of your outstanding leadership in working to strengthen and improve effectiveness of the Society's Political Action Committee."

Prince George's County Hospice Award, December, 1991, "Special Thanks for fundraising efforts."

Suburban Psychiatric Society Award, March, 1991, "Proudly recognizes Patrick Sheehan, M.D., for Distinguished Service to the Psychiatric Community."

Prince George's County Medical Society Award, January, 1992, "In recognition of his legislative efforts on behalf of Prince George's County Medical Society."

Patrick J. Sheehan, M.D.                    - 5 -

Laurel Medical Society Ambassador Award, Annual Dinner, March 28, 1993.

Award from Prince George's County Medical Society, January, 1994.

Award from Dimensions Healthcare System, Laurel Regional Hospital, and President of Medical
& Dental Staff, April, 1999, "For your energetic, selfless devotion and support to your patients,
colleagues, and friends as well as over two decades of clinical excellence, leadership, and
outstanding physician advocacy of the Laurel Regional Hospital Medical and Dental Staff.
Chairperson Nominating Committee Medical and Dental Staff 1978 – 1999.  Chairperson,
Department of Psychiatry and Ethics Committee."

CV:je March 2019