Plaintiff's PX-14 is too large for uploading to ECF. It will be hand delivered to chambers as well as a sharepoint link emailed to chambers on Tuesday, May 27, 2025 after the federal holiday has concluded. It is already in possession of Defendant.