UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERIN SMITH, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No. 21-CV-02170 |
| DAVID WALLS-KAUFMAN, et al | * | |
| Defendants | * | |

### PLAINTIFF'S OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COME NOW the Plaintiffs, by and through undersigned counsel, and file this Opposition to the Motion for Summary Judgment. The Plaintiffs aver that there is a dispute of material fact as to whether the Defendant committed an assault and battery on Decedent Jeffrey Smith with a police baton. The undisputed material facts are supported by: (1) video evidence; (2) forensic analysis of the video by Grant Fredericks (Plaintiffs' expert witness); (3) admissions that the Defendant made in his criminal case, as well as his discovery responses. Also, the Plaintiffs' medical experts – Dr. Bardey and Dr. Arden – will testify as to the causal nexus between the assault and the death of Jeffrey Smith and there is proximate cause. The basis for this Motion is spelled out in the accompanying Memorandum.

WHEREFORE, the premises considered, Plaintiffs pray:

A. That this Court deny the Defendant's Motion for Summary Judgment.

B. And for such other and further relief as this Court deems just and proper.

   /s/ *Dr. David P. Weber*
Dr. David P. Weber, #468260
GOODWIN WEBER PLLC
11115 Lake View Ln, #1698
Berlin, MD 21811(301) 850-7600
David.weber@goodwinweberlaw.com
richard.link@goodwinweberlaw.com
Counsel for Plaintiffs

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was electronically served, this 26th day of May, 2025, to: Hughie Hunt, Esq. KEMET HUNT LAW GROUP, INC., 7845 Belle Point Drive, Greenbelt, MD 20705  hhunt@kemethuntlaw.com

   /s/ *David P. Weber*
David P. Weber