UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIN SMITH, et al. | * |
| Plaintiffs | * |
| v. | *   Case No. 21-CV-02170 |
| DAVID WALLS-KAUFMAN, et al | * |
| Defendants | * |

## MEMORANDUM IN SUPPORT OF ADMITTING POLICE CHIEF'S CONGRESSIONAL TESTIMONY

Plaintiffs requests the court allow them to use the words of Police Chief during testimony of a session of congress which referenced the Decedent Police Officer Jeffrey L. Smith. Multiple cases in the District of Colombia U.S. District Court have opted to take judicial notice of sworn testimony in congress because it is not subject to reasonable dispute under Federal Rules of Evidence 201(b)(2). In one example, a DDC court allowed the testimony to congress from the Immigration and Customs Enforcement Director of Enforcement and Removal Operations to be admitted in for the plaintiffs because it comes from a source in which its accuracy cannot be reasonably questioned. *D.A.M v. Barr*, 474 F. Supp. 3d 45, 55 (D.D.C. 2020). Another matter also before the DDC allowed the plaintiffs to use testimony given before the House Judiciary Committee Subcommittee on Immigration and Citizenship. *Mirbaha v. Pompeo*, 513 F. Supp. 3d 179, 185 (D.D.C. 2021). We therefore ask the court to allow plaintiff while testifying to refer to the statements made by the Police Chief in a congressional hearing.

          /s/ *Dr. David P. Weber*
         Dr. David P. Weber, #468260
         Richard J. Link, Esq.
         GOODWIN WEBER PLLC
         11115 Lake View Ln, #1698
         Berlin, MD 21811(301) 850-7600
         David.weber@goodwinweberlaw.com
         richard.link@goodwinweberlaw.com
         Counsel for Plaintiffs

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the foregoing was electronically served, this 16th day of June, 2025, to: Hughie Hunt, Esq. KEMET HUNT LAW GROUP, INC., 7845 Belle Point Drive, Greenbelt, MD 20705  hhunt@kemethuntlaw.com

          /s/ *Dr. David P. Weber*

Dr. David P. Weber