UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ERIN SMITH, et al.                               *

Plaintiffs                                       *

v.                                               *   Case No. 21-CV-02170

DAVID WALLS-KAUFMAN, et al                       *

Defendants                                       *

## VERDICT FORM

1. Do you find the Defendant committed an intentional assault (attempted battery and/or apprehension of bodily harm) on Jeffrey Smith?



Yes ✓   No ____.

Proceed to question number 2.

2. Do you find that the Defendant committed an intentional battery (intentional harmful or offensive contact) on Jeffrey Smith?



Yes ✓   No ____.

6/20/2025
Date