CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ERIN SMITH et al

        vs.

DAVID KAUFMAN et al

Civil/Criminal No.: 21-cv-2170-ACR

### NOTE FROM JURY

To: Ms. White

The jury has finished discussing and reached a verdict.

Date: 6/23/2025

Time: ~~2:36~~ 1:56