UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERIN SMITH, et al.                                   *

      Plaintiffs                                   *

v.                                                            *        Case No. 21-cv-02170

DAVID WALLS-KAUFMAN, et al              *

      Defendants                                 *

## **VERDICT FORM**

1. Do you find that the assault/battery on January 6, 2021 at 2:56 PM caused an injury to Jeffrey Smith?

    Yes ✓ No ____ .

    If your answer is no, stop and return your verdict. If your answer is yes, proceed to #2.

2. How much do you find that the Estate of Jeffrey Smith is entitled to receive for his injuries?

    $ 60,000

Proceed to #3.

3. Do you find that the assault/battery on January 6, 2021 at 2:56 PM caused injury to Erin Smith's relationship with Jeffrey Smith?

    Yes ✓ No ____ .

If your answer is no, proceed to #5. If your answer is yes, proceed to #4.

4. How much do you find that Erin Smith is entitled to receive for her injuries?

    
    $ 60,000

Proceed to #5.

5.    Do you find that the Estate of Jeffrey Smith is entitled to punitive damages?

Yes ✓ No ____ .

If your answer is no, stop and return your verdict. If your answer is yes, proceed to

question number 6.

6.    If your answer to question 6 is yes, how much do you find Erin Smith and/or
the Estate of Jeffrey Smith is entitled to receive?

$ 380,000

6/23/2025
Date