Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

ERIN SMITH et al
VS.
DAVID WALLS-KAUFMAN et al

Civil/Criminal No. 21-cv-2170

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Jeffrey L. Smith MPD Injury Illness Report | 6/18/25 | 6/18/25 | Arden | 6/20/25 |
| 2 | Jeffrey L. Smith Body-worn Camera Footage @ 17:36 | 6/18/25 | 6/18/25 | Arden | 6/20/25 |
| 3 | Jeffrey L. Smith Death Certificate | 6/18/25 | 6/18/25 | Arden | 6/20/25 |
| 4 | Jeffrey L. Smith Autopsy Report | 6/18/25 | 6/18/25 | Arden | 6/20/25 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |