**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | | |
|---|---|---|
| Erin Smith, et al | * | |
| Plaintiffs | * | |
| Vs. | * | Case No: **1:21-CV-02170 (FYP)** |
| David Walls Kaufman, et al | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT MOTION TO EXTEND TIME FOR BRIEFING POST-TRIAL MOTIONS**

Plaintiffs and Defendant David Walls-Kaufman, by and through their respective counsel, hereby jointly move this Honorable Court for an extension of time to file post-trial motions. In support of this motion, the parties state as follows:

1. The jury trial in this matter concluded on June 23, 2025.

2. Under the Federal Rules of Civil Procedure and applicable Local Civil Rules, post-trial motions are currently due within the standard deadlines following entry of judgment.

3. The parties respectfully request a 60-day extension of time, up to and including August 22, 2025, to file post-trial motions, including motions for judgment as a matter of law, motions for new trial under Rule 59, or any other applicable motions and 75 days for Rule 50 motions.

4. Counsel for both parties requires additional time to review the full trial record, transcripts, and exhibits to prepare a comprehensive and efficient post-trial briefing.

5. The Parties are in ongoing negotiations

6. That no party will be prejudiced by the grant of extension of time and good cause exists to grant the relief requested.

7. This is the first request to extend the post-trial briefing schedule, and it is made jointly and in good faith.

**WHEREFORE**, the parties respectfully requests that:

A. The Joint Motion to Extend Deadline be granted.

B. That the deadline for filing post-trial motions under rule 59 be extended to August 22, 2025.

C. That the deadline for additional post-trial motions pursuant to rule 50 be extended to September 6, 2025.

D. And for such other and further relief as this Court deems just and proper.

Respectfully submitted,

| | |
|---|---|
| **KEMET HUNT LAW GROUP, INC.** | **GOODWIN WEBER PLLC** |
| /s/ Hughie D. Hunt | /s/ Dr. David P. Weber |
| Hughie D. Hunt, Esq. | Dr. David P. Weber, Esq. |
| DC Bar # 486347 | DC Bar # 468260 |
| 7845 Belle Point Drive | 11115 Lake View Ln, #1698 |
| Greenbelt, MD 20770 | Berlin, MD 21811 |
| (301) 982-0888 | (301) 850-7600 |
| Attorney for Defendant, *David Walls Kaufman* | Attorney for Plaintiffs |
| hhunt@kemethuntlaw.com | David.weber@goodwinweberlaw.com |
| | richard.link@goodwinweberlaw.com |

### POINTS AND AUTHORITIES

1. Federal Rule of Civil Procedure 50.
2. Federal Rule of Civil Procedure 59.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 30th day of June 2025, a copy of the foregoing document was served electronically via this Court's electronic filing system upon Attorney for Plaintiff, Richard J. Link, and David P. Weber.

                                                        /s/ Hughie D. Hunt
                                                        Hughie D. Hunt, Esq.