UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIN SMITH, et al. | * |
| Plaintiffs | * |
| v. | *   Case No. 21-CV-02170 |
| DAVID WALLS-KAUFMAN, et al | * |
| Defendants | * |

## JUDGMENT

THIS MATTER is before the Court on the Plaintiffs' Motion to Enforce Settlement Agreement and Defendant's Opposition thereto.

WHEREUPON the Court find that the parties attended mediation with Magistrate Judge Matthew Sharbaugh; that the agreement was reduced to writing; that the agreement contained all material terms; and the parties mutually assented to the settlement agreement; and

WHEREAS the parties contemplated that the Defendant, David Walls-Kaufman would pay Plaintiffs the sum of $465,000, with the first payment due on July 22, 2025; and

WHEREAS the Defendant failed to tender payment in accordance with the parties' agreement, it is the United States District Court for the District of Columbia,

ORDERED, that judgment be and it is entered in favor of Erin Smith (individually and on behalf of the Estate of Jeffrey Smith) and against David Walls

1

Kaufman in the sum of $465,000.00, plus interest at the legal (federal rate) from July 8, 2025; and it is further,

ORDERED that in accordance with the parties' settlement agreement, each party has irrevocably and unconditionally released, acquitted and discharged the other party from all claims, demands, actions, suits and causes of action at law, in equity or based on statute or regulation, including claims for damages, attorney's fees and costs, that each now has, has had, or hereafter may have, whether known or unknown, complete or inchoate, including those in any way arising out of or in any manner relating to allegations that gave rise to the instant case, except for any claim that Plaintiffs have against the Defendant for enforcement of this judgment.

AND IT IS FURTHER ORDERED that by agreement, the Plaintiffs intend to claim that the monies due and paid under this judgment shall be deemed non-economic damages for pain and suffering. By agreement, the Defendant takes no position as to how these payments are classified for tax purposes but in no event shall he bear responsibility or liability should the IRS reclassify any or all of the payments as something other than non-economic damages.

AND IT IS FURTHER ORDERED that, by agreement, the settlement and this judgment are not confidential, and each party is free to make any statement or communication concerning the other party, as there is no non-disparagement obligation; provided, however, that either party bears the ordinary legal risk for any

statement or communication made *after* this Settlement Agreement and Consent Judgment signed and filed with the Court.

SO ORDERED.

_____       _____
Date                             Judge Ana C. Reyes,
                                 US District Court for the District of Columbia