--Original Message-----
From: Sharbaugh Chambers <Sharbaugh_Chambers@dcd.uscourts.gov>
Sent: Monday, July 7, 2025 10:39 AM
To: Hughie Hunt <hhunt@kemethuntlaw.com>
Cc: David Weber <david.weber@goodwinweberlaw.com>
Subject: RE: Smith v. Kaufman | 21-cv-2170 | CONFIDENTIAL MEDIATOR'S PROPOSAL

Please find the Zoom information for tomorrow's mediation below. Thank you.

Topic: Smith v. Kaufman | 21-cv-2170 | ZOOM Mediation
Time: Jul 8, 2025 12:30 PM Eastern Time (US and Canada)

Join ZoomGov Meeting
https://uscourts-dcd.zoomgov.com/j/1604724792?pwd=TxKa7CL9Ub7PDDAfLqbXuMbyyCo8Tq.1



Join our Cloud HD Video Meeting

Zoom is the leader in modern enterprise cloud communications.

uscourts-dcd.zoomgov.com

Meeting ID: 160 472 4792
Passcode: 968537

Mitchell Knafo
Law Clerk to the Honorable Matthew J. Sharbaugh U.S. District Court for the District of Columbia
Chambers: (202) 354-3270
Direct: (202) 354-3039

-----Original Message-----
From: Hughie Hunt <hhunt@kemethuntlaw.com>
Sent: Saturday, July 5, 2025 11:27 AM
To: Sharbaugh Chambers <Sharbaugh_Chambers@dcd.uscourts.gov>
Cc: David Weber <david.weber@goodwinweberlaw.com>
Subject: Re: Smith v. Kaufman | 21-cv-2170 | CONFIDENTIAL MEDIATOR'S PROPOSAL

CAUTION - EXTERNAL:


Dr. Kaufman is available as well.

Thank you

Hughie Hunt



PLAINTIFF'S EXHIBIT 1

On Thu, Jul 3, 2025 at 1:35 PM Sharbaugh Chambers <Sharbaugh_Chambers@dcd.uscourts.gov> wrote:
>
> Counsel:
>
> Judge Sharbaugh is available on July 8 for a half day Zoom Mediation that would start at 12:30 PM. Please confirm availability.
>
> _____
> Chambers of the Honorable Matthew J. Sharbaugh U.S. District Court for
> the District of Columbia
> Chambers: (202) 354-3270
>
>
>
> -----Original Message-----
> From: David Weber <david.weber@goodwinweberlaw.com>
> Sent: Thursday, July 3, 2025 12:27 PM
> To: Hughie Hunt <hhunt@kemethuntlaw.com>
> Cc: Matthew Sharbaugh <Matthew_Sharbaugh@dcd.uscourts.gov>; Sharbaugh
> Chambers <Sharbaugh_Chambers@dcd.uscourts.gov>
> Subject: Re: Smith v. Kaufman | 21-cv-2170 | CONFIDENTIAL MEDIATOR'S
> PROPOSAL
>
> CAUTION - EXTERNAL:
>
>
> Widow Erin Smith and I have cleared calendars for July 8 for a Zoom mediation. If this is available for you judge, we would prefer this date.
> Thank you...
>
> Dr. David P. Weber, Attorney at Law
> Sent from my iPhone
>
> > On Jul 3, 2025, at 12:23 PM, Hughie Hunt <hhunt@kemethuntlaw.com> wrote:
> >
> > Dear Judge Sharbaugh:
> >
> > As you know, we have a Verdict in this matter and we now have an
> > extended post-trial motions schedule for the parties to engage in
> > settlement negotiations to resolve this matter without an appeal. We
> > are interested in scheduling a Remote Mediation with you on July 8th
> > if possible or at the next convenient time. Please let us know when
> > your calendar permits. The parties are motivated to move this
> > forward to resolution.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

2