| | |
|---|---|
| **From:** | Hughie Hunt |
| **To:** | Sharbaugh Chambers |
| **Cc:** | David Weber |
| **Subject:** | Re: Smith v. Kaufman - Settlement in Principle |
| **Date:** | Tuesday, July 8, 2025 4:43:54 PM |

Defendant Agrees. Thank you, I am glad we could work this out and all parties can move on.

Hughie Hunt

On Tue, Jul 8, 2025 at 4:38 PM Sharbaugh Chambers <Sharbaugh_Chambers@dcd.uscourts.gov> wrote:
>
> Counsel – As I've discussed with both sides, you have a settlement in principle. Below are the material terms we negotiated today, including to incorporate feedback from both counsel.
>
> To signify your agreement, please separately reply all to this email, "Agreed."
>
> Here are the material terms you negotiated:
>
> These material terms are to be memorialized in a Consent Order and/or Consent Confession of Judgment;
> Dr. Kaufman will pay Plaintiffs the total amount of $465,000, on the following schedule: (1) $165k delivered by Tuesday July 22, 2025; (2) $150k delivered by July 1, 2026; and (3) $150k delivered by July 1, 2027;
> Plaintiffs will take the position that this Consent Order payment is for pain and suffering and is otherwise non-taxable to Plaintiffs by the Commissioner of Internal Revenue as non-economic damages; Defendant will no position on the taxability of the payment to Plaintiffs and shall have no liability should the IRS reclassify any or all of the payment as economic damages;
> Both sides will mutually consent to the jurisdiction of USMJ Sharbaugh for purposes of enforcing the Consent Order and the remainder of the pending case or underlying case issues (if any);
> Both sides will agree to a general release and mutual waiver of claims, known or unknown, against the other from date of agreement back to beginning of time;
> Both sides will mutually agree to forego any and all posttrial motions and any and all appeal rights;
> The parties will file the Consent Order and/or Consent Confession of Judgment on the docket as soon as finalized, following the written consent to USMJ jurisdiction for those purposes, to be entered and approved by USMJ Sharbaugh;
> There shall be no interest on or execution of the judgment, as long as payments are timely made as agreed and ordered;
> In the event of noncompliance (including failure to pay), interest to be calculated from date of agreement at the applicable federal rate (which was reportedly 4.09% as of last week);
> In the event of noncompliance, the entire balance of the judgment will become due and owing immediately and execution may take place immediately without further consent by defendant;
> The parties will not be subject to confidentiality or non-disparagement obligations; each side may say what they may, subject to ordinary legal risk for doing so; and
> The parties shall file a joint status report by Friday July 11 advising Judge Reyes that they reached a settlement in principle.
>
>
>
> Matthew J. Sharbaugh
>
> United States Magistrate Judge
>
> U.S. District Court for the District of Columbia
>

PLAINTIFF'S EXHIBIT

ALL-STATE LEGAL®

2

| | |
|---|---|
| **From:** | David Weber |
| **To:** | Sharbaugh Chambers; hhunt@kemethuntlaw.com |
| **Subject:** | RE: Smith v. Kaufman - Settlement in Principle |
| **Date:** | Tuesday, July 8, 2025 4:42:00 PM |

Plaintiffs Agree.  Thank you Judge and Mr. Hunt for getting to this point.  David

**Dr. David P. Weber, CFE**
**Attorney at Law**
**GOODWIN WEBER PLLC**
**Attorneys Practicing in Virginia, Maryland and DC**
4073 Main Street, Second Floor
Chincoteague Island, VA 23336
**Direct** (757) 849-0222
**Email david.weber@goodwinweberlaw.com**

**Please send all mail (including Fedex/UPS) to:**
Goodwin Weber PLLC
11115 Lake View Ln #1698
Berlin, MD 21811
**Please visit our website:** http://goodwinweberlaw.com/

---

Confidentiality
The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. Unless you are a current client of the firm, it is not intended as legal advice, and may not be relied upon or used as legal advice.  Nor does this communication establish an attorney client relationship between us until a written engagement has been made. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

---

**From:** Sharbaugh Chambers <Sharbaugh_Chambers@dcd.uscourts.gov>
**Sent:** Tuesday, July 8, 2025 4:38 PM
**To:** David Weber <david.weber@goodwinweberlaw.com>; hhunt@kemethuntlaw.com
**Cc:** Sharbaugh Chambers <Sharbaugh_Chambers@dcd.uscourts.gov>
**Subject:** Smith v. Kaufman - Settlement in Principle

Counsel – As I've discussed with both sides, you have a settlement in principle. Below are the material terms we negotiated today, including to incorporate feedback from both counsel. To signify your agreement, please separately reply all to this email, "**Agreed**." Here are the material terms you negotiated:

- These material terms are to be memorialized in a Consent Order and/or Consent Confession of Judgment;

- Dr. Kaufman will pay Plaintiffs the total amount of **$465,000**, on the following schedule:

(1) $165k delivered by Tuesday July 22, 2025; (2) $150k delivered by July 1, 2026; and (3) $150k delivered by July 1, 2027;

- Plaintiffs will take the position that this Consent Order payment is for pain and suffering and is otherwise non-taxable to Plaintiffs by the Commissioner of Internal Revenue as non-economic damages; Defendant will no position on the taxability of the payment to Plaintiffs and shall have no liability should the IRS reclassify any or all of the payment as economic damages;

- Both sides will mutually consent to the jurisdiction of USMJ Sharbaugh for purposes of enforcing the Consent Order and the remainder of the pending case or underlying case issues (if any);

- Both sides will agree to a general release and mutual waiver of claims, known or unknown, against the other from date of agreement back to beginning of time;

- Both sides will mutually agree to forego any and all posttrial motions and any and all appeal rights;

- The parties will file the Consent Order and/or Consent Confession of Judgment on the docket as soon as finalized, following the written consent to USMJ jurisdiction for those purposes, to be entered and approved by USMJ Sharbaugh;

- There shall be no interest on or execution of the judgment, as long as payments are timely made as agreed and ordered;

- In the event of noncompliance (including failure to pay), interest to be calculated from date of agreement at the applicable federal rate (which was reportedly 4.09% as of last week);

- In the event of noncompliance, the entire balance of the judgment will become due and owing immediately and execution may take place immediately without further consent by defendant;

- The parties will not be subject to confidentiality or non-disparagement obligations; each side may say what they may, subject to ordinary legal risk for doing so; and

- The parties shall file a joint status report by Friday July 11 advising Judge Reyes that they reached a settlement in principle.

Matthew J. Sharbaugh
United States Magistrate Judge
U.S. District Court for the District of Columbia
202-354-3270

3