Outlook

**Smith v. Kaufman - Notice of Breach; Demand to Cure**

**From** David Weber <david.weber@goodwinweberlaw.com>
**Date** Wed 7/23/2025 8:25 PM
**To** Heba Carter <hcarter@gcpc.com>; Hughie Hunt <hhunt@kemethuntlaw.com>
**Cc** Micah J. Weber <micah.weber@goodwinweberlaw.com>; Richard Link <richard.link@goodwinweberlaw.com>

EXPLICITLY NOT FOR SETTLEMENT PURPOSES – INTENDED FOR EVIDENCIARY PURPOSES

Ms. Cater and Mr. Hunt:

I am addressing this to both of you as it does not appear that the Court has struck Mr. Hunt's appearance for Dr. Kaufman as of this time and has not entered Ms. Carter's appearance.

As both of you are well aware, a settlement agreement was reached in actuality and writing before Magistrate Judge Sharbaugh. This agreement was binding. Dr. Kaufman's first payment was due no later than yesterday, Tuesday, July 22, 2025 in hand at my law office mailing address.

This email is to notify you of Dr. Kaufman's breach, and our demand to cure immediately, no later than Friday, July 25, 2025.

As you are also both aware, the settlement agreement includes an acceleration clause with immediate interest accruing from the date of the agreement should Dr. Kaufman default in any manner, together with attorney fees, interest and costs of enforcement of the agreement. Dr. Kaufman is now in default, and the debt is immediately accelerate and is due and owing in full, plus interest that is accruing.

Next, the agreement calls for the consent of the resolution of this dispute and consent generally to the jurisdiction of U.S. Magistrate Judge Sharbaugh going forward in this case. I forwarded the consent form to Mr. Hunt last week and it has not been returned, which is also a separate breach of our settlement agreement. We demand that Dr. Kaufman cure this additional breach by signing and returning the form to me so that it can be filed in PACER.

To be clear, a material and key element in Widow Erin Smith's decision to settle this matter on a small discount and with a payment plan to accommodate Dr. Kaufman's time schedule was to allow for predictability and to dispense with post-verdict motions and cross-appeals, and the time and costs associated with these matters. Thus, she and the Estate of Officer Jeffrey Smith will be irreparably harmed by the failure to comply with the settlement agreement, and we intend to move for immediate relief and/or shortened times to respond to our motion to enforce the settlement agreement, and other relief.

I would also note that as part of any enforcement, the Plaintiffs are also considering bringing suit against any third parties, including potentially attorneys or other advisors, who have instructed or aided or abetted Dr. Kaufman in his breach of his agreement as potential tortious interference with a contractual agreement, which would allow potential recovery against the third party (or his or her carrier) in place of Dr. Kaufman or as joint and several tort feasors.

Thank you for your immediate attention to this notice of breach and demand to cure.

PLAINTIFF'S EXHIBIT 4

**Dr. David P. Weber, CFE**
**Attorney at Law**
**GOODWIN WEBER PLLC**
**Attorneys Practicing in Virginia, Maryland and DC**
4073 Main Street, Second Floor
Chincoteague Island, VA 23336
**Direct** (757) 849-0222
**Email** david.weber@goodwinweberlaw.com

**Please send all mail (including Fedex/UPS) to:**
Goodwin Weber PLLC
11115 Lake View Ln #1698
Berlin, MD 21811
**Please visit our website:** http://goodwinweberlaw.com/

---

Confidentiality
The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. Unless you are a current client of the firm, it is not intended as legal advice, and may not be relied upon or used as legal advice. Nor does this communication establish an attorney client relationship between us until a written engagement has been made. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.