| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

Erin Smith, et al.
VS.
David Walls-Kaufman, et al.

Civil/Criminal No. 21-CV-02170

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| A | Emails Dated 7.8.2025 Between Counsel and Hon J. Sharbaugh | | | | |
| B | Proposed Settlement Documents | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |