UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**ERIN SMITH,** *et al.*

      Plaintiff,

                                       Case No.**1:21-cv-02170**

v.

**DR. DAVID KAUFMAN,** *et al.,*

      Defendants.

---

## NOTICE OF CHANGE OF LAW FIRM

    Please note a change of law firm for Counsel for the Defendants, Dr. David Kaufman, et al ("Defendant"). Defendant's Counsel, Heba K. Carter, Esq., has joined the law firm of PJI Law, PLC contact information is provided below.

Heba K. Carter, Esquire
PJI Law, PLC
3900 Jermantown Road, Suite 220
Fairfax, VA 22030
Phone: 703-489-6598
hcarter@pjilaw.com

Please update the Courts file as necessary

                                                    Respectfully Submitted,

                                                    /s/Heba K. Carter
                                                   Heba K. Carter, Esq.
                                                   PJI Law, PLC
                                                   3900 Jermantown Road, Suite 220
                                                   Fairfax, VA 22030
                                                   Tel: (703)489-6598
                                                    hcarter@pjilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of December 2025, a true copy of the foregoing was sent via CM/ECF and email to:

Richard J. Link, Esq.
GOODWIN WEBER PLLC
267 Kentlands Boulevard, #250
Gaithersburg, MD 20878
rlink@karpellinklaw.com

David Paul Weber, Esq.
GOODWIN WEBER PLLC
11115 Lake View Ln, Ste #1698
Berlin, MD 21811
david.weber@goodwinweberlaw.com

Hughie Duvall Hunt , II, Esq.
KEMET HUNT LAW GROUP, INC.
7845 Belle Point Drive
Greenbelt, MD 20770
hhunt@kemethuntlaw.com

/s/Heba K. Carter_____
Heba K. Carter