**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**Erin Smith et al.,**
        **Plaintiffs**

**v.**

**David Walls-Kaufman et al,**

        **Defendants**

Case No. 1:21-cv-02170

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that Louis Manzo of Beveridge & Diamond, PC hereby appears as counsel on behalf of Erin Smith (individually and as personal representative of the Estate of Jeffrey Smith) in the above-captioned matter.

Dated: June 5, 2026         Respectfully Submitted,

*/s/ Louis Manzo* (DC Bar No. 90025415)

Beveridge & Diamond, PC

1900 N Street NW, Suite 100
Washington, DC 20036
Tel: (202) 789-6030

Lmanzo@bdlaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Louis Manzo*

Louis Manzo

2